# EXHIBIT 1

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Amazing Fantasy | #15 | 1 | 6/5/1962 | MCI | B976775 |
| Amazing Spider-Man | #1 | 1 | 12/10/1962 | MCI | B12112 |
| Amazing Spider-Man | #2 | 1 | 2/12/1963 | MCI | B22020 |
| Amazing Spider-Man | #3 | 1 | 4/9/1963 | MCI | B32700 |
| Amazing Spider-Man | #4 | 1 | 6/11/1963 | MCI | B45564 |
| Amazing Spider-Man | #5 | 1 | 7/9/1963 | MCI | B50165 |
| Amazing Spider-Man | #6 | 1 | 8/8/1963 | MCI | B57887 |
| Amazing Spider-Man | #7 | 1 | 9/10/1963 | MCI | B63121 |
| Amazing Spider-Man | #8 | 1 | 10/8/1963 | MCI | B72284 |
| Amazing Spider-Man | #9 | 1 | 11/12/1963 | MCI | B72337 |
| Amazing Spider-Man | #10 | 1 | 12/9/1963 | MCI | B79629 |
| Amazing Spider-Man | #11 | 1 | 1/10/1964 | MCI | B86108 |
| Amazing Spider-Man | #12 | 1 | 2/11/1964 | MCI | B93262 |
| Amazing Spider-Man | #13 | 1 | 3/10/1964 | MCI | B96821 |
| Amazing Spider-Man | #14 | 1 | 4/9/1964 | MCI | B102930 |
| Amazing Spider-Man | #15 | 1 | 5/12/1964 | MCI | B112138 |
| Amazing Spider-Man | #16 | 1 | 6/9/1964 | MCI | B127533 |
| Amazing Spider-Man | #17 | 1 | 7/9/1964 | MCI | B121808 |
| Amazing Spider-Man | #18 | 1 | 8/11/1964 | MCI | B129017 |
| Amazing Spider-Man | #19 | 1 | 9/8/1964 | MCI | B136435 |
| Amazing Spider-Man | #20 | 1 | 10/8/1964 | MCI | B140632 |
| Amazing Spider-Man | #21 | 1 | 11/10/1964 | MCI | B147192 |
| Amazing Spider-Man | #22 | 1 | 12/10/1964 | MCI | B157768 |
| Amazing Spider-Man | #23 | 1 | 1/12/1965 | MCI | B162019 |
| Amazing Spider-Man | #24 | 1 | 2/11/1965 | MCI | B167575 |
| Amazing Spider-Man | #25 | 1 | 3/11/1965 | MCI | B173323 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Amazing Spider-Man | #26 | 1 | 4/8/1965 | MCI | B179808 |
| Amazing Spider-Man | #27 | 1 | 5/11/1965 | MCI | B190434 |
| Amazing Spider-Man | #28 | 1 | 6/8/1965 | MCI | B196230 |
| Amazing Spider-Man | #29 | 1 | 7/8/1965 | MCI | B200698 |
| Amazing Spider-Man | #30 | 1 | 8/10/1965 | MCI | B208267 |
| Amazing Spider-Man | #31 | 1 | 9/9/1965 | MCI | B215968 |
| Amazing Spider-Man | #32 | 1 | 10/12/1965 | MCI | B229417 |
| Amazing Spider-Man | #33 | 1 | 11/11/1965 | MCI | B229427 |
| Amazing Spider-Man | #34 | 1 | 12/9/1965 | MCI | B238351 |
| Amazing Spider-Man | #35 | 1 | 1/11/1966 | MCI | B241516 |
| Amazing Spider-Man | #36 | 1 | 2/10/1966 | MCI | B248224 |
| Amazing Spider-Man | #37 | 1 | 3/10/1966 | MCI | B251737 |
| Amazing Spider-Man | #38 | 1 | 4/12/1966 | MCI | B257745 |
| The Fantastic Four Annual | #1 | 1 | 7/2/1963 | MCI | A645698 |
| Strange Tales Annual | #2 | 1 | 6/11/1963 | MCI | A640416 |
| Amazing Spider-Man Annual | #1 | 1 | 6/11/1964 | MCI | A713458 |
| Amazing Spider-Man Annual | #2 | 1 | 6/1/1965 | MCI | A772745 |
| Strange Tales | #102 | 1 | 8/9/1962 | MCI | B988507 |
| Strange Tales | #103 | 1 | 9/11/1962 | MCI | B992202 |
| Strange Tales | #104 | 1 | 10/9/1962 | MCI | B999792 |
| Strange Tales | #105 | 1 | 11/8/1962 | MCI | B6037 |
| Strange Tales | #106 | 1 | 12/10/1962 | MCI | B12120 |
| Strange Tales | #107 | 1 | 1/10/1963 | MCI | B17484 |
| Strange Tales | #108 | 1 | 2/12/1963 | MCI | B22022 |
| Strange Tales | #109 | 1 | 3/12/1963 | MCI | B28143 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | #110 | 1 | 4/9/1963 | MCI | B34036 |
| Strange Tales | #111 | 1 | 5/9/1963 | MCI | B38264 |
| Strange Tales | #112 | 1 | 6/11/1963 | MCI | B45565 |
| Strange Tales | #113 | 1 | 7/9/1963 | MCI | B51854 |
| Strange Tales | #114 | 1 | 8/8/1963 | MCI | B57888 |
| Strange Tales | #115 | 1 | 9/10/1963 | MCI | B66036 |
| Strange Tales | #116 | 1 | 10/8/1963 | MCI | B66782 |
| Strange Tales | #117 | 1 | 11/12/1963 | MCI | B72341 |
| Strange Tales | #118 | 1 | 12/9/1963 | MCI | B79628 |
| Strange Tales | #119 | 1 | 1/10/1964 | MCI | B86103 |
| Strange Tales | #120 | 1 | 2/11/1964 | MCI | B93261 |
| Strange Tales | #121 | 1 | 3/10/1964 | MCI | B96828 |
| Strange Tales | #122 | 1 | 4/9/1964 | MCI | B102931 |
| Strange Tales | #123 | 1 | 5/12/1964 | MCI | B112132 |
| Strange Tales | #124 | 1 | 6/9/1964 | MCI | B127512 |
| Strange Tales | #125 | 1 | 7/9/1964 | MCI | B121798 |
| Strange Tales | #126 | 1 | 8/11/1964 | MCI | B129014 |
| Strange Tales | #127 | 1 | 9/8/1964 | MCI | B136445 |
| Strange Tales | #128 | 1 | 10/8/1964 | MCI | B140634 |
| Strange Tales | #129 | 1 | 11/10/1964 | MCI | B147181 |
| Strange Tales | #130 | 1 | 12/10/1964 | MCI | B157772 |
| Strange Tales | #131 | 1 | 1/12/1965 | MCI | B162016 |
| Strange Tales | #132 | 1 | 2/11/1965 | MCI | B167564 |
| Strange Tales | #133 | 1 | 3/11/1965 | MCI | B173315 |
| Strange Tales | #134 | 1 | 4/8/1965 | MCI | B179809 |
| Strange Tales | #135 | 1 | 5/4/1965 | MCI | B190436 |

| Publication Title | Issue No. | Vol. No. | First Publication Date | © Owner | © Reg No. |
|---|---|---|---|---|---|
| Strange Tales | #136 | 1 | 6/8/1965 | MCI | B196229 |
| Strange Tales | #137 | 1 | 7/8/1965 | MCI | B200686 |
| Strange Tales | #138 | 1 | 8/10/1965 | MCI | B208272 |
| Strange Tales | #139 | 1 | 9/9/1965 | MCI | B215981 |
| Strange Tales | #140 | 1 | 10/12/1965 | MCI | B229414 |
| Strange Tales | #141 | 1 | 11/11/1965 | MCI | B229431 |
| Strange Tales | #142 | 1 | 12/9/1965 | MCI | B238352 |
| Strange Tales | #143 | 1 | 1/11/1966 | MCI | B241519 |
| Strange Tales | #144 | 1 | 2/10/1966 | MCI | B248225 |
| Strange Tales | #145 | 1 | 3/10/1966 | MCI | B251650 |
| Strange Tales | #146 | 1 | 4/12/1966 | MCI | B257744 |
| Strange Tales | #147 | 1 | 5/10/1966 | MCI | B277438 |