# EXHIBIT 26



2021MARVEL-0126023













32

2021MARVEL-0126045









2021MARVEL-0126046









2021MARVEL-0126047








35

2021MARVEL-0126048