IH-32

Rev: 2014-1

# United States District Court

for the

# Southern District of New York

## Related Case Statement

### Full Caption of Later Filed Case:

Marvel Characters, Inc.

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | 1:21-cv-07957 |
| Patrick S. Ditko, in his capacity as Administrator of the Estate of Stephen J. Ditko | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

(Case 1) Marvel Worldwide, Inc., Marvel Characters, Inc., and MVL Rights, LLC

(Case 2) Marvel Characters, Inc.

|  |  |
|---|---|
| Plaintiff | Case Number |
| vs. | (Case 1) 10-cv-141  (Case 2) 1:21-cv-7955 |
| (Case 1) Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan N. Kirby | |
| (Case 2) Lawrence D. Lieber | |
| Defendant | |

IH-32                                                                                        Rev: 2014-1

Status of Earlier Filed Case:

☐  Closed          (If so, set forth the procedure which resulted in closure, e.g., voluntary
                         dismissal, settlement, court decision.  Also, state whether there is an appeal
                         pending.)

☑  Open            (If so, set forth procedural status and summarize any court rulings.)

As to Case 1 above, following this Court's grant of summary judgment in Marvel Characters, Inc., Marvel
Worldwide, Inc., MVL Rights, LLC, and Marvel Entertainment, Inc.'s favor, and the Second Circuit's affirmance
of that decision, see Marvel Characters, Inc. v. Kirby, No. 10-cv-141 (S.D.N.Y.), aff'd, 726 F.3d 119 (2d Cir.
2013), the parties settled the matter in 2014.  Case 2 above was filed today, immediately before the filing of this
case.

Explain in detail the reasons for your position that the newly filed case is related to the
earlier filed case.

Please see attached explanation.

Signature:  Molly M. Lens                              Date: 9/24/2021

                 O'Melveny & Myers LLP

Firm:  _____