**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br><br> Defendant. | Civil Action No. 1:21-cv-07957 <br><br> **MOTION FOR ADMISSION** *PRO HAC VICE* |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Court for the Southern District of New York, I, Daniel M. Petrocelli, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for plaintiff Marvel Characters, Inc. in the above-captioned case.

I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.  I have attached a declaration pursuant to Local Rule 1.3.

Dated: September 24, 2021
    Los Angeles, CA

By: */s/ Daniel M. Petrocelli*

Daniel M. Petrocelli
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone:  (310) 246-6850
E-mail: dpetrocelli@omm.com

*Counsel for Plaintiff Marvel Characters, Inc.*