UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>               Plaintiffs,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>               Defendant. | Civil Action No. 1:21-cv-07957<br><br>**DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

### DECLARATION OF DANIEL M. PETROCELLI

I, Daniel M. Petrocelli, hereby state and declare as follows:

1. I am a partner of O'Melveny & Myers LLP, counsel for record for plaintiff Marvel Characters, Inc. in this matter. I submit this declaration in support of my motion for admission *pro hac vice*. I have personal knowledge of the facts set forth below, and, if called upon, I could and would testify to the truth of the following.

2. I am a member in good standing of the State Bar of California, and there are no pending disciplinary proceedings against me in any state or federal court.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2021
Los Angeles, California

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli