**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Defendant. | Civil Action No. 1:21-cv-07957<br><br>**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*** |

The motion of Danielle R. Feuer for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the State Bar of California, and that her contact information is as follows:

> Danielle R. Feuer
> O'MELVENY & MYERS LLP
> 400 South Hope Street, 18th Floor
> Los Angeles, California 90071
> Tel:  (213) 430-6069
> dfeuer@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff Marvel Characters, Inc. in the above-captioned matter:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____          _____
                                                                                    Hon.
                                                                                    United States District Judge