**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MARVEL CHARACTERS, INC.,

Plaintiffs,

v.

PATRICK S. DITKO, in his capacity as
Administrator of the Estate of Stephen J. Ditko,

Defendant.

Civil Action No. 1:21-cv-07957

**DECLARATION OF
KENDALL TURNER IN
SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

**DECLARATION OF KENDALL TURNER**

I, Kendall Turner, hereby state and declare as follows:

1.    I am a counsel at O'Melveny & Myers LLP, counsel for record for plaintiff Marvel Characters, Inc. in this matter.  I submit this declaration in support of my motion for admission *pro hac vice*.  I have personal knowledge of the facts set forth below, and, if called upon, I could and would testify to the truth of the following.

2.    I am a member in good standing of the Bars of Washington, D.C. and California, and there are no pending disciplinary proceedings against me in any state or federal court.

3.    I have never been convicted of a felony.

4.    I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2021
Washington, D.C.

*/s/ Kendall Turner*
Kendall Turner