**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

MARVEL CHARACTERS, INC.,

              Plaintiff,

    v.

PATRICK S. DITKO, in his capacity as
Administrator of the Estate of Stephen J. Ditko,

              Defendant.

Civil Action No. 1:21-cv-07957

**[PROPOSED] ORDER ON
MOTION FOR ADMISSION
*PRO HAC VICE***

The motion of Kendall Turner for admission to practice *pro hac vice* in the above-captioned matter is granted.

Applicant has declared that she is a member in good standing of the Bars of Washington, D.C. and California, and that her contact information is as follows:

Kendall Turner
O'MELVENY & MYERS LLP
1625 I Street, NW
Washington, DC 20006
Tel:  (202) 383-5204
kendallturner@omm.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiff Marvel Characters, Inc. in the above-captioned matter:

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  _____

_____
Hon.
United States District Judge