AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Marvel Characters, Inc. )
*Plaintiff* )
v. ) Case No. 1:21-cv-7957
Patrick S. Ditko )
*Defendant* )

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Marvel Characters, Inc.

Date: 10/01/2021

Allen W. Burton
*Attorney's signature*

/s/ Allen W. Burton, SDNY Bar #AB3206
*Printed name and bar number*

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
*Address*

aburton@omm.com
*E-mail address*

(212) 326-2282
*Telephone number*

(212) 326-2061
*FAX number*