AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Marvel Characters, Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-07957 |
| Patrick S. Ditko | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick S. Ditko.

Date: October 12, 2021

/s/ Marc Toberoff
*Attorney's signature*

Marc Toberoff; 1748748
*Printed name and bar number*

Toberoff & Associates, P.C.
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
*Address*

mtoberoff@toberoffandassociates.com
*E-mail address*

310-246-3333
*Telephone number*

310-246-3101
*FAX number*