**SUPPLEMENT TO REPORT ON THE FILING OR DETERMINATION
OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 5. | B45564 | Amazing Spider-Man, Vol. 1, Issue 4 | Marvel Characters, Inc. |
| 6. | B50165 | Amazing Spider-Man, Vol. 1, Issue 5 | Marvel Characters, Inc. |
| 7. | B57887 | Amazing Spider-Man, Vol. 1, Issue 6 | Marvel Characters, Inc. |
| 8. | B63121 | Amazing Spider-Man, Vol. 1, Issue 7 | Marvel Characters, Inc. |
| 9. | B72284 | Amazing Spider-Man, Vol. 1, Issue 8 | Marvel Characters, Inc. |
| 10. | B72337 | Amazing Spider-Man, Vol. 1, Issue 9 | Marvel Characters, Inc. |
| 11. | B79629 | Amazing Spider-Man, Vol. 1, Issue 10 | Marvel Characters, Inc. |
| 12. | B86108 | Amazing Spider-Man, Vol. 1, Issue 11 | Marvel Characters, Inc. |
| 13. | B93262 | Amazing Spider-Man, Vol. 1, Issue 12 | Marvel Characters, Inc. |
| 14. | B96821 | Amazing Spider-Man, Vol. 1, Issue 13 | Marvel Characters, Inc. |
| 15. | B102930 | Amazing Spider-Man, Vol. 1, Issue 14 | Marvel Characters, Inc. |
| 16. | B112138 | Amazing Spider-Man, Vol. 1, Issue 15 | Marvel Characters, Inc. |
| 17. | B127533 | Amazing Spider-Man, Vol. 1, Issue 16 | Marvel Characters, Inc. |
| 18. | B121808 | Amazing Spider-Man, Vol. 1, Issue 17 | Marvel Characters, Inc. |
| 19. | B129017 | Amazing Spider-Man, Vol. 1, Issue 18 | Marvel Characters, Inc. |
| 20. | B136435 | Amazing Spider-Man, Vol. 1, Issue 19 | Marvel Characters, Inc. |
| 21. | B140632 | Amazing Spider-Man, Vol. 1, Issue 20 | Marvel Characters, Inc. |
| 22. | B147192 | Amazing Spider-Man, Vol. 1, Issue 21 | Marvel Characters, Inc. |
| 23. | B157768 | Amazing Spider-Man, Vol. 1, Issue 22 | Marvel Characters, Inc. |
| 24. | B162019 | Amazing Spider-Man, Vol. 1, Issue 23 | Marvel Characters, Inc. |
| 25. | B167575 | Amazing Spider-Man, Vol. 1, Issue 24 | Marvel Characters, Inc. |
| 26. | B173323 | Amazing Spider-Man, Vol. 1, Issue 25 | Marvel Characters, Inc. |
| 27. | B179808 | Amazing Spider-Man, Vol. 1, Issue 26 | Marvel Characters, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 28. | B190434 | Amazing Spider-Man, Vol. 1, Issue 27 | Marvel Characters, Inc. |
| 29. | B196230 | Amazing Spider-Man, Vol. 1, Issue 28 | Marvel Characters, Inc. |
| 30. | B200698 | Amazing Spider-Man, Vol. 1, Issue 29 | Marvel Characters, Inc. |
| 31. | B208267 | Amazing Spider-Man, Vol. 1, Issue 30 | Marvel Characters, Inc. |
| 32. | B215968 | Amazing Spider-Man, Vol. 1, Issue 31 | Marvel Characters, Inc. |
| 33. | B229417 | Amazing Spider-Man, Vol. 1, Issue 32 | Marvel Characters, Inc. |
| 34. | B229427 | Amazing Spider-Man, Vol. 1, Issue 33 | Marvel Characters, Inc. |
| 35. | B238351 | Amazing Spider-Man, Vol. 1, Issue 34 | Marvel Characters, Inc. |
| 36. | B241516 | Amazing Spider-Man, Vol. 1, Issue 35 | Marvel Characters, Inc. |
| 37. | B248224 | Amazing Spider-Man, Vol. 1, Issue 36 | Marvel Characters, Inc. |
| 38. | B251737 | Amazing Spider-Man, Vol. 1, Issue 37 | Marvel Characters, Inc. |
| 39. | B257745 | Amazing Spider-Man, Vol. 1, Issue 38 | Marvel Characters, Inc. |
| 40. | A645698 | The Fantastic Four Annual, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 41. | A640416 | Strange Tales Annual, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 42. | A713458 | Amazing Spider-Man Annual, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 43. | A772745 | Amazing Spider-Man Annual, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 44. | B988507 | Strange Tales, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 45. | B992202 | Strange Tales, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 46. | B999792 | Strange Tales, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 47. | B6037 | Strange Tales, Vol. 1, Issue 105 | Marvel Characters, Inc. |
| 48. | B12120 | Strange Tales, Vol. 1, Issue 106 | Marvel Characters, Inc. |
| 49. | B17484 | Strange Tales, Vol. 1, Issue 107 | Marvel Characters, Inc. |
| 50. | B22022 | Strange Tales, Vol. 1, Issue 108 | Marvel Characters, Inc. |

| COPYRIGHT REGISTRATION NO. | | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 51. | B28143 | Strange Tales, Vol. 1, Issue 109 | Marvel Characters, Inc. |
| 52. | B34036 | Strange Tales, Vol. 1, Issue 110 | Marvel Characters, Inc. |
| 53. | B38264 | Strange Tales, Vol. 1, Issue 111 | Marvel Characters, Inc. |
| 54. | B45565 | Strange Tales, Vol. 1, Issue 112 | Marvel Characters, Inc. |
| 55. | B51854 | Strange Tales, Vol. 1, Issue 113 | Marvel Characters, Inc. |
| 56. | B57888 | Strange Tales, Vol. 1, Issue 114 | Marvel Characters, Inc. |
| 57. | B66036 | Strange Tales, Vol. 1, Issue 115 | Marvel Characters, Inc. |
| 58. | B66782 | Strange Tales, Vol. 1, Issue 116 | Marvel Characters, Inc. |
| 59. | B72341 | Strange Tales, Vol. 1, Issue 117 | Marvel Characters, Inc. |
| 60. | B79628 | Strange Tales, Vol. 1, Issue 118 | Marvel Characters, Inc. |
| 61. | B86103 | Strange Tales, Vol. 1, Issue 119 | Marvel Characters, Inc. |
| 62. | B93261 | Strange Tales, Vol. 1, Issue 120 | Marvel Characters, Inc. |
| 63. | B96828 | Strange Tales, Vol. 1, Issue 121 | Marvel Characters, Inc. |
| 64. | B102931 | Strange Tales, Vol. 1, Issue 122 | Marvel Characters, Inc. |
| 65. | B112132 | Strange Tales, Vol. 1, Issue 123 | Marvel Characters, Inc. |
| 66. | B127512 | Strange Tales, Vol. 1, Issue 124 | Marvel Characters, Inc. |
| 67. | B121798 | Strange Tales, Vol. 1, Issue 125 | Marvel Characters, Inc. |
| 68. | B129014 | Strange Tales, Vol. 1, Issue 126 | Marvel Characters, Inc. |
| 69. | B136445 | Strange Tales, Vol. 1, Issue 127 | Marvel Characters, Inc. |
| 70. | B140634 | Strange Tales, Vol. 1, Issue 128 | Marvel Characters, Inc. |
| 71. | B147181 | Strange Tales, Vol. 1, Issue 129 | Marvel Characters, Inc. |
| 72. | B157772 | Strange Tales, Vol. 1, Issue 130 | Marvel Characters, Inc. |
| 73. | B162016 | Strange Tales, Vol. 1, Issue 131 | Marvel Characters, Inc. |
| 74. | B167564 | Strange Tales, Vol. 1, Issue 132 | Marvel Characters, Inc. |
| 75. | B173315 | Strange Tales, Vol. 1, Issue 133 | Marvel Characters, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 76. | B179809 | Strange Tales, Vol. 1, Issue 134 | Marvel Characters, Inc. |
| 77. | B190436 | Strange Tales, Vol. 1, Issue 135 | Marvel Characters, Inc. |
| 78. | B196229 | Strange Tales, Vol. 1, Issue 136 | Marvel Characters, Inc. |
| 79. | B200686 | Strange Tales, Vol. 1, Issue 137 | Marvel Characters, Inc. |
| 80. | B208272 | Strange Tales, Vol. 1, Issue 138 | Marvel Characters, Inc. |
| 81. | B215981 | Strange Tales, Vol. 1, Issue 139 | Marvel Characters, Inc. |
| 82. | B229414 | Strange Tales, Vol. 1, Issue 140 | Marvel Characters, Inc. |
| 83. | B229431 | Strange Tales, Vol. 1, Issue 141 | Marvel Characters, Inc. |
| 84. | B238352 | Strange Tales, Vol. 1, Issue 142 | Marvel Characters, Inc. |
| 85. | B241519 | Strange Tales, Vol. 1, Issue 143 | Marvel Characters, Inc. |
| 86. | B248225 | Strange Tales, Vol. 1, Issue 144 | Marvel Characters, Inc. |
| 87. | B251650 | Strange Tales, Vol. 1, Issue 145 | Marvel Characters, Inc. |
| 88. | B257744 | Strange Tales, Vol. 1, Issue 146 | Marvel Characters, Inc. |
| 89. | B277438 | Strange Tales, Vol. 1, Issue 147 | Marvel Characters, Inc. |