# EXHIBIT 28

2021MARVEL-0127112



2021MARVEL-0127113

















TM & © 2006 MARVEL   TM & © 2006 MARVEL   2021MARVEL-0127114

















TM & © 2006 MARVEL                    TM & © 2006 MARVEL

2021MARVEL-0127115















TM & © 2006 MARVEL     TM & © 2006 MARVEL

2021MARVEL-0127116

Case 1:21-cv-07959-LAK Document 74-36 Filed 05/19/23 Page 7 of 20













TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127117

TM & © 2006 MARVEL






















TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127119





THIS IS THE WAY THIS LITTLE TALE WAS TOLD TO US... YOU MAY BELIEVE, OR YOU MAY NOT! BUT OF ONE THING WE ARE CERTAIN... YOU WILL NEVER FORGET IT!



NESTLED IN THE BLUE MEDITERRANEAN LIES A SMALL VOLCANIC ISLE, INHABITED ONLY BY A SMALL COMMUNITY OF STALWART FISHERMEN...



BUT THERE IS ONE ISLANDER WHO IS NOT A FISHERMAN! HE IS OLD PEDROS, THE VILLAGE BELL-RINGER!

I MUST NOT BE LATE! IT IS TIME FOR MY BELLS!



EVERY MORNING FOR MORE YEARS THAN ONE CAN COUNT, OLD PEDROS HAS WALKED TO THE ANCIENT CHURCH AND RUNG THE MELLOW BELLS...



OLD PEDROS HAS RUNG THE BELL FOR ALL OF HIS ADULT LIFE, EVERY MORNING OF EVERY WEEK, OF EVERY MONTH, OF EVERY YEAR...



JUST AS HIS FATHER DID BEFORE HIM, AND HIS FATHER'S FATHER, FOR AS LONG AS THE CHURCH HAS ENDURED!

BONG! BONG!



THE BELLS HAVE GUIDED FISHERMEN, SOUNDED ALARMS, TOLLED THE DAYS! THEY ARE AS MUCH A PART OF THE LITTLE VILLAGE AS THE VERY SOIL UPON WHICH MEN TROD!

I HEAR THE BELL THRU THE FOG! THE SHORE IS JUST AHEAD!



AND OLD PEDROS, TOO, IS PART OF THE VILLAGE... JUST AS THE VILLAGE IS PART OF HIM!

GOOD DAY TO YOU, MADAM!

AND TO YOU, PEDROS!



BUT THEN ONE DAY, ONE FATEFUL DAY, A CHANGE OCCURS! A TERRIFYING CHANGE -- AS A THIN CLOUD OF SMOKE BEGINS TO TRICKLE UPWARD FROM THE LONG DEAD VOLCANO!

THE VOLCANO! IT -- IT IS COMING TO LIFE!



PRAY THAT IT IS JUST AN ILLUSION! FOR IF THE ANGRY MOUNTAIN SHOULD ERUPT, IT MEANS THE END OF OUR LAND, OUR HOMES...



BUT IT IS NO ILLUSION! THERE IS NO OTHER CHOICE! WE MUST ALL FLEE THE ISLAND -- WHILE WE STILL CAN!



WITH HEAVY HEARTS, THE VILLAGERS GATHER THEIR MEAGER POSSESSIONS...

THIS IS INDEED A SAD DAY FOR US!

BE GRATEFUL, WOMAN! AT LEAST WE SHALL ESCAPE WITH OUR LIVES!





WE ARE FORTUNATE THAT WE HAD ENOUGH TIME TO FLEE!

WE SHALL FIND NEW HOMES ON THE MAINLAND!

TM & © 2006 MARVEL    TM & © 2006 MARVEL

2021MARVEL-0127120










TM & © 2006 MARVEL

2021MARVEL-0127121








TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127122











# FAN PAGE

## IMPORTANT ANNOUNCEMENT FROM THE EDITOR!

You will notice that the format of AMAZING has been changed. There are a number of reasons for this, and we want to take you, our valued readers, into our confidence.

We hate to throw in the towel, but we find that it is simply impossible to produce a magazine like AMAZING each and every month, containing five highly original and carefully plotted stories, without the quality eventually beginning to suffer. Rather than risk losing your confidence, we have decided to change AMAZING in such a way that it will STILL present the finest in fantasy — but in a different way!

As you can see, we are introducing one of the most unusual new fantasy characters of all time — The SPIDERMAN, who will appear every month in AMAZING. Perhaps, if your letters request it, we will make his stories even longer, or have TWO Spiderman stories per issue.

Also, we are discontinuing our contents page, as many of you have requested. We feel your point is well taken — you would prefer us to make one of the stories a page longer instead.

Finally, we are omitting the word ADULT from our masthead. A number of our teen-age readers have written to say that it makes them feel a bit awkward to buy a magazine which seems to be written exclusively for older readers. We never expected such a reaction, but we certainly don't want to embarrass ANY of our loyal readers.

And there you have it — our new editorial policy, and the reason we have undertaken it. Naturally, we are most anxious to have your opinions, and will be waiting eagerly for your letters. Rest assured that, although it is impossible for us to answer your letters personally, we carefully read each and every one, and are guided by your desires when we edit our magazine!

*Unfortunately, we have no room in this issue for many of your interesting letters, but we want to specially thank the following fans for their helpful suggestions and comments: Michael Snell, Milford, Mass.; Jeff Allen, S. Miami, Fla.; Patrick Geary, APO 12, N.Y.; C. W. Parsons, Detroit, Mich.; Michael Geller, Paterson, N.J.; Daniel Cole, Alberta, Canada; Margaret Ingalls, Arlington, Va.; Gregory Christiano, Bronx, N.Y.; Peter Panagiotis, Cranston, R.I.; Chris Ussler, Milwaukee, Wisc.; Paul Walker, McConnelsville, Ohio; Robert Zeck, Minneapolis, Minn.; Michael Siegel, Bronx, N.Y.; Dmytro Zupnyk, Chisholm, Minn.; Eugene Chan, San Francisco, Cal.; G. B. Love, Miami, Fla.; Tom Joyce, Bklyn., N.Y.; Mark Lamberti, Wichita, Kan.; Dullum and Walter, Portland, Ore.; Britt W. Barrett, Norfolk, Va. — and the many, many other loyal fans whose names we shall try to print in future issues.*

And now, here is our AMAZING SCOREBOARD, which will give you a chance to compare your favorite stories with those of our other readers:

**FAVORITE STORY:** (By more than 300 votes) "SOMETHING FANTASTIC" (The first time a 3-pager has ever scored so heavily)

**RUNNER UP:** "THE LIVING STATUES"

**OTHERS, IN ORDER OF VOTES CAST:** "Melvin and the Martian"; "The Plague"; "I, the Gargoyle"

More fantasy and surprises next issue — don't miss it! And, until then, send YOUR letter to:

THE EDITOR
AMAZING FANTASY
THIRD FLOOR
655 MADISON AVE.
NEW YORK 21, N.Y.

TM & © 2006 MARVEL

## STAMPS / SHOP BY MAIL

**STAMP COLLECTING OUTFIT** — A packet of stamps from all parts of world. Package of stamp hinges; perforation gauge and millimeter scale; watermark detector. Everything ONLY 10¢ to approval buyers. LORRAINE W. BROWN, Dept. 10, Marion, Mich.

**1¢** — Thousands of beautiful stamps at only 1¢ each — why pay more when you can get the best for less. Write today for approvals. PENNY STAMP SERVICE, Orange, California

**DRESSES 24¢** — Shoes 39¢ • Men's Suits $4.95 • Trousers $1.20. Better used clothing. Write for FREE Catalog. TRANSWORLD, Dept. 143-A, 162 Christopher Ave., Brooklyn 12, N.Y.


**PHOTO BARGAINS** — ONLY $1.00 — YOUR CHOICE: 2 8x10 ENLARGEMENTS (1 Colored in Oil) or 4 5x7 ENLARGEMENTS (1 Colored in Oil) or 25 WALLET PHOTOS (plus FREE 5x7 Enl.). Lovely reproductions of your favorite photo on finest quality double weight portrait paper. Send any size photo, snapshot, or negative (returned unharmed). Add 25¢ for postage and handling. QUALITY VALUES, 2 East Avenue, Studio 669A, Larchmont, N.Y.

**BETTER U.S. APPROVALS** — To introduce our BETTER U.S. APPROVALS we offer 15 of the most wanted U.S. stamps, including a Columbian, Bi-Cents, Army-Navy, Famous American, Airs and other Commems. for only 10¢. OCEAN STAMPS, BOX 64-D, BROOKLYN 29, N.Y.

**POEMS WANTED** for musical setting and recording. Send poems Free Examination. AMERICA'S LARGEST SONG STUDIO, FIVE STAR MUSIC MASTERS, 92 BEACON BLDG., BOSTON, MASS.

**½ OFF** — OUR APPROVALS are sold at 50% of Scott Catalogue prices. MAKE US PROVE IT! CATALINA STAMPS, Dept. C, Orange, California

**250 WAYS to MAKE LOTS of MONEY AT HOME** — "SPARE CASH" • P.O. BOX 1225 • NEWARK 1, N.J.

**SONG IDEAS WANTED** — Songwriters, with publisher contacts, want song ideas. SHARE ROYALTIES. NO FEES. Send poems: SONGWRITERS' ASSOCIATES, Studio 19, 1650 Broadway, New York 19, N.Y.

**25 DIFF. CHINA 10¢** — BIG Value ONLY 10¢ to Approval Buyers. EXTRA! We give our regular customers a $6,000 Space Album after certain purchases. WEST COAST STAMPS, Box 2107-X, Santa Ana, Calif.

**103 DIFF. BRITISH EMPIRE 10¢** — Genuine Catalog value over $2.00. 100% Satisfaction Guaranteed — approvals. LINCOLN STAMP CO., St. Catharines 416, Ont.

**1001 THINGS YOU CAN GET FREE 50¢** — Gifts • Samples • Books • Stamps Etc. THINGS FREE • P.O. BOX 1225 • NEWARK 1, N.J.

**WEIRD DIAMOND SHAPE COFFEE STAMPS** — Lovely Flower Triangle! First American big commemorative, Greenland, Idol Dancer, etc. 10¢ with approvals. Capital Stamp Co., Ferrysburg 19 Mich.

**LOOK — GIANT PHILIPPINE** stamp, plus New Zealand, Cuba and others. Only 5¢ with U.S. or foreign approvals. Earl Thompson, 5448 Odell St., St. Louis 9, Mo.

**BIG STAMP JUNGLE 10¢** — With Approvals. Zebu, kookaburra, lion, koalabear, rhinoceros and many others. Watermark Detector FREE. CROWN STAMP CO., VIRGIL 318, ONT.

**GHANA** — 7 Different beautiful Ghana Commemoratives valued at more than 60¢ — just 10¢ to all those requesting our famous approvals. VIKING, GREAT NECK 13, N.Y.

**INSIGNIA ARMY • NAVY • MARINE 40—$1.00** — Includes 40 Different Shoulder Emblems, Ratings, Chevrons, G-Bars, Medals, Ribbons, Collar Insignia, etc. ORDER NOW! Send $1.00 for 40 or $5.00 for 250. NO DUPLICATES — ALL DIFFERENT. EMBLEM SALES CO., Dept. 1000, P.O. Box 187, Madison Sq. Sta., N.Y. 10

**WORLD-WIDE STAMPS!!** — 100 diff. World FREE to approval service applicants 5¢. 8 diff. Mint Space Stamps for 25¢. SPRUCELAND C2, 115 State St., Spgfld 3, Mass.

**WILL ROGERS AIR! HELICOPTER TRIANGLE!!** Plus Monte Carlo Dove Triangle! Stamp printed in Solid Gold! New York Empire State Bldg. airmail, lovely Congo Orchids in full colors, etc., 10¢ with approvals. Sunny Stamps Service, Apopka 19A, Florida.

**$5 SPECIAL STAMP OFFER! 10¢** — Amazing offer to introduce our better U.S. approvals. Get 2 different $5.00 U.S. stamps PLUS 20 more hi-values, air mails, commemoratives, etc. Send only 10¢ for this splendid value. Send your dime TODAY to: IRWIN STAMP CO., Box 17, BROOKLYN 30, N.Y.

**GIGANTIC COLLECTION FREE!** — Includes Triangles, Early United States — Animals — Commemoratives — British Colonies — High Value Pictorials, etc. Complete Collection plus Big Illustrated Magazine all free. Send 5¢ for postage. GRAY STAMP CO., Dept. MC, Toronto, Canada

**TERRIFIC TRIANGLES!!** Tropical Fish, Sports, Vatican 1911 ANGLES, also African Flowers, winged Angola Map, tri-colored Flag, etc. Approval buyers 10¢ to 20 picture. POTOMAC STAMP COMPANY, Dept. 7, Washington 15, D.C.


**MAGIC WATER PISTOL** — AUTOMATIC REPEATING — Aim at One Person — Shoot Water at Someone Else! ONLY 95¢ POST PAID (NO COD's) MONEY BACK GUARANTEE. TURN KNOB TO SHOOT WATER RIGHT OR LEFT. Naranjo & Company, P.O. Box 134, Kew Gardens, N.Y.

**MAYFLOWER STAMP ALBUM 10¢** — 487 Illustrations, 64 pages. To Introduce our approvals. NIAGARA STAMP CO., St. Catharines 718, Ont.

**American Historical Collection!!** Enormous George Washington beauty, F.D. Roosevelt DIAMOND, Giant Abe Lincoln USA Flag commemorative, plus Midget soldier, Latin Orchid issue, Old IFNI overprint, etc. 10¢ with approvals. Roseland Stamps, Spring Lake 19A, Mich.

**POEMS WANTED** — For musical setting. Send Poems today for Free Examination. Any subject. Immediate consideration. CROWN MUSIC CO., 49-MC W. 32 St., New York 1

**1000 TRICKS 25¢** — BIG EXCITING MAGIC & FUN CATALOG! 160 PAGES! AMAZE!... ENTERTAIN! HAVE FUN START NOW! Tricks, Jokes, Magic, Illusions, Secrets, Puzzles, Stunts, etc. World famous! Rush name, address & only 25¢. FREE CARD TRICK given with Each Catalog! HOUSE OF 1000 MYSTERIES, Dept. MC8-62, Trumbull Conn.

**FABULOUS AMERICAN SET** — Flag Set, National Park Set, and Presidential Set value up to $5. Send 10¢ for 15 of the above Stamps plus full particulars and Approvals. MAXIM STAMP CO., Dept. MC, 145 Nassau St., New York 38, N.Y.

**225 STAMPS FOR ONLY 10¢** — THIS MAMMOTH VALUE INCLUDES STAMPS WORTH UP TO 25¢! ALSO APPROVALS. WRITE TODAY! MYSTIC STAMP CO., Camden 3, New Jersey

**NEW — POCKET SIZE INVENTION HELPS HYPNOTIZE YOURSELF or OTHERS IN MINUTES! MUST WORK or MONEY BACK!** — Hold the HYPNO-CONE in front of the person you want to hypnotize. Gently vibrate the plastic lens. It starts a whirling hypnotic pattern into motion that is so fascinating, it captures and holds your subject's gaze. Now give your hypnotic suggestions! Get this amazing product complete with a FREE revealing booklet of secrets and instructions that tell you what to say and do, how to command and re-hypnotize without the CONE. Get the CONE, Booklet and Stand for fast Hypnosis — only $1.00 ppd. Sent in a plain wrapper. Money back if not delighted! HYPNOTIC-AIDS • Dept. A83, 1123 Broadway, N.Y.C. 10

TM & © 2006 MARVEL

2021MARVEL-0127125








TM & © 2006 MARVEL

2021MARVEL-0127126
















TM & © 2006 MARVEL
TM & © 2006 MARVEL
2021MARVEL-0127127











# NOW! EVERYTHING YOU NEED TO START YOUR VALUABLE STAMP COLLECTION!

## FREE U.S. STAMP IF YOU ACT NOW!

Imagine getting this terrific kit complete—and at a price so low it's amazing. You get the U.S. Album pictured here. You get 10 U.S. Stamps...all different... that go into the Album. You get the magnifying glass, perforation gauge, stamp tongs, and a packet of hinges.

This offer is made for one reason only—to quickly introduce you to the excitement, fun, and profit of saving postage stamps.

Stamp collecting is perfect for boys and girls because—before you know it—the stamps that cost you pennies may be worth dollars! And what a thrill it can be when you fill up a page—why, you've never known anything like it!

So send in today! Here's all you do. Just mail in the coupon below. SEND NO MONEY— just your name and address. Kit will be sent complete for only $2 plus C.O.D. postage. Or send $2, and we pay postage—a worthwhile saving to you.

When your Scott Stamp Kit arrives, look it over. If you're not more than satisfied, return for your $2 back. But act today! Quick action will get you ABSOLUTELY FREE a U.S. Stamp suitable for mounting in their special album.

Even if you should return the kit, the Stamp is yours to keep! Don't miss out! Order your kit right away. This amazing offer may be withdrawn without notice, so don't delay!

**MAIL COUPON TODAY**

Scott Publications, Inc.
488 Madison Avenue
New York 22, New York

☐ Please send me my Scott Stamp Kit for $2 plus C.O.D. postage and my FREE U.S. Stamp.

☐ Please send me my Scott Stamp Kit and my FREE U.S. Stamp. I enclose $2 cash, check, or Money Order.

I understand that if I am not completely delighted, my $2 will be refunded and I can keep my FREE U.S. Stamp.

NAME_____
STREET_____
CITY_____ZONE____STATE____

## LEARN ANY DANCE FAST!
### IN ONE HOUR — GIANT FOOT CHARTS!

Now it's easy to learn any dance AT HOME in 1 HOUR with GIANT FOOT CHARTS. Surprise your friends with NEW steps in CHA-CHA, JITTERBUG, FOX TROT, TWIST! Place the Giant Foot Charts on floor. Left foot red, right foot black. Turn on radio — and START TO DANCE. You step from one to the other, following easy-to-understand directions. Simple as A-B-C. Anybody "catches on" in minutes — teenagers, husband and wife, or old folks. This NEW MODERN WAY will make a good dancer out of YOU! Gain new self-confidence and friends . . . look professional on the dance floor. Be popular with dates. Avoid the embarassment of not knowing the "latest steps." Learn over 30 new steps . . . includes 100 pictures. Send $1 plus 50c handling—get 1 complete American-Style Dance Course including Fox Trot, Jitterbug, TWIST and Waltz. SPECIAL: Send $2, plus 50c handling ($2.50 total) and get BOTH American-Style and Latin-American Courses including Cha-Cha-Cha, Rhumba, Tango, Mambo and Meringue. (Necessary Giant Foot Charts included.) Satisfaction Guaranteed — or return Courses and Money Refunded. Send cash or check (save c.o.d. fee). ORDER TODAY.
FAMOUS DANCE COURSE, Dept. A, Box 1042, Miami Beach 39, Florida.

ONLY $1

## LIVE SEA HORSES!

Order one mated pair of Dwarf species Living Sea Horses, sent air mail from Florida for $3.50 postage paid. We include food and instructions free. The Sea Horse often swims in an upright position and "bucks" like a stallion. It is not unusual for Mr. and Mrs. Sea Horse to swim along with tails entwined. The Father actually bears the young alive! At times 3 or 4 babies take a ride on the Father's head! Easy for you to keep in a goldfish bowl. Hardy, educational, fun for the entire family. We guarantee Live Delivery. An ideal gift for young or old. Special Offer: Order 2 mated Pair for $6.98 and get 1 PAIR FREE! (Extra food included.) Also available: Send $1 for pair of beautiful artificial Sea Horse Trees—will decorate and beautify any fish bowl. Order today!

**FLORIDA SEA HORSE CO.**, DEPT. M   BOX 5095, MIAMI 1, FLORIDA

TM & © 2006 MARVEL
TM & © 2006 MARVEL
2021MARVEL-0127128
















TM & © 2006 MARVEL

2021MARVEL-0127129

TM & © 2006 MARVEL

BOYS, GIRLS, MEN, WOMEN
IF YOU KNOW JUST 20 PEOPLE...
YOU CAN MAKE AT LEAST $50.00
—MORE LIKELY $100.00 to $200.00
IN YOUR SPARE TIME!

Everyone You Know Needs Christmas Cards and Everyone Loves Wallace Brown Cards

Do you know 20 people? Of course you do! Add up a half-dozen relatives, perhaps 5 neighbors, the butcher, the baker, the milkman, the grocer, your dentist, several friends and other tradespeople—and you've probably got a lot more than 20. So what are you waiting for? These folks alone can bring you in at least $50.00, probably $100.00 to $200.00 extra money in just a few hours spare time. And this is just a start! Almost *everyone* you know needs Christmas Cards, and when you show them the spectacular nationally famous 1962 Wallace Brown Line of Cards and Gift Items—it's love at first sight. They'll snap up 2, 3, 6 or more Christmas Card Boxes right on the spot. Keep up to 50¢ of every dollar you take in! This is the fun way of making money because it's so easy. We send you samples that do the selling for you. And, besides making money you'll save money on your own personal Christmas Cards, Gifts, Wrappings, etc. See for yourself without risking a penny. Mail coupon, you'll be glad you did!

Get These 2 Assortments ON APPROVAL
YULETIDE CHARM ASS'T. (top) is a tremendous value! 21 beautiful, sparkling cards glowing and glistening with old-fashioned Christmas cheer!
REGAL LUSTRE ASS'T. (bottom) . . . 21 magnificent cards on lustrous Kromekote paper, enriched with gold bronzing and sparkling decorations. Sells on sight!

GET FREE CATALOG, TOO!
—Send Coupon Below

Be first in your neighborhood to cash in on this easy way to extra money with the 1962 Wallace Brown Line of Christmas Cards and Gift Items. Mail coupon this minute! You'll get 2 Christmas Card Assortments on approval. And FREE Samples of Name-Imprinted Personal Christmas Cards. Plus FREE full-color catalog showing lots more money-makers, including many Christmas Assortments, Everyday Greeting Card Assortments, Decorated Stationery, Gift Wrappings, Novelty Gifts, etc. Everything you need to start making money at once—and we show you how.

FREE Samples of Popular-Priced, Name-Imprinted PERSONAL CHRISTMAS CARDS

Thrill your friends and neighbors and make even MORE MONEY for yourself with exquisite, custom-designed NAME-IMPRINTED Christmas Cards at amazingly low prices. A large variety of exclusive, original designs for folks who want the finest quality in Personalized Christmas Cards at prices everybody can afford. They sell just by being shown. It's easy, too, because . . . *we ship direct to your customers and we pay the postage.* You have no bother, no trouble and no wasted time making deliveries. Send the coupon right away for your FREE Samples of the 4 Great New Lines of these fast-selling Personalized Christmas Cards!

ORGANIZATIONS:
Churches, clubs, veterans' auxiliaries, etc. can now add hundreds of dollars to their treasuries with these fast sellers. Give organization name on coupon for Fund-Raising Plan. Mail coupon NOW!

Wallace Brown, Inc. 11 East 26th St., Dept. D-134 New York 10, New York

SEND NO MONEY   Paste Coupon on postcard or mail in envelope

WALLACE BROWN, INC., 11 East 26th St.
Dept. D-134 New York 10, N.Y.

Send 2 Christmas Card Assortments on approval, plus FREE Samples of Name-Imprinted Personal Christmas Cards, FREE full-color Catalog, and details of simple money-making plan.

Name_____
Address_____
City & Zone_____ State_____
If writing for an organization, give its name_____

TM & © 2006 MARVEL

2021MARVEL-0127130