# EXHIBIT 29



**AMAZING FANTASY #15, PAGE 1 ORIGINAL ART, BY STEVE DITKO; COURTESY THE LIBRARY OF CONGRESS;**
**ART COMMENTARY BY COMICS SCHOLAR BLAKE BELL**

CLEARLY VISIBLE ON THE PAGE ARE ALL OF DITKO'S ERASED PENCIL MARKS, AS WELL AS THE ORIGINAL PENCILED LETTERING. THE ORIGINAL LETTERING IN THE TOP THREE PANELS EXCEEDS THE PANEL BOUNDARIES RENDERED IN THE FINISHED INKS. IN THE SHADOW OF SPIDER-MAN, DITKO ORIGINALLY DREW A MORE DEFINED FIGURE—ESPECIALLY THE HEAD—BEFORE ADDING THE SURROUNDING SHADOW. MOST INTERESTING ON THE PAGE IS THE "PLASTIC SURGERY" ON LIZ ALLAN'S FACE VIA WHITE-OUT. CONSENSUS EXISTS THAT LEE HAD ARTIST AL HARTLEY (KNOWN FOR DRAWING ATTRACTIVE WOMEN) GIVE A MORE "CONVENTIONAL" LOOK TO THE BOOK'S FEMALE CENTERPIECE.



*AMAZING FANTASY* #15, PAGE 2 ORIGINAL ART, BY STEVE DITKO

THE NOTE AT THE BOTTOM OF THE PAGE, "BILL, SHOOT THIS PAGE TOO!", IS LIKELY PEOPLE AT THE PRINTER COMMUNICATING BACK AND FORTH. IN THE MIDDLE OF PANEL 2, "STEVE: CHANGE WAFFLES TO PANCAKES" APPEARS TO BE WRITTEN AND ERASED WITH AN ARROW POINTING TO THE PLATE AUNT MAY IS HOLDING. LIZ ALLAN'S LINE IN THE SECOND LAST PANEL: "GIVE OUR REGARDS TO THE ATOMSMASHERS" WAS USED AS THE TITLE TO SEAN HOWE'S 2004 BOOK ABOUT WRITERS ON COMICS.










*AMAZING FANTASY* #15, PAGE 3 ORIGINAL ART, BY STEVE DITKO

AS MUCH AS LEE GAVE HIS ARTISTS FREEDOM TO PLOT THEIR OWN BOOKS, HE WAS VERY PARTICULAR ABOUT WHAT WENT OUT IN PRINTED FORM. IN THE MARGIN BESIDE PANEL 6, THERE'S A NOTE TO DITKO: "STEVE REMOVE SPIDER—CHANGE POSITION OF HAND," WITH A LINE POINTING TO PARKER'S LOWER LEFT SIDE. RIGHT BELOW THE LAST PANEL, ANOTHER NOTE: "STEVE - MAKE THIS A CLOSED SEDAN. NO ARMS SHOWING. DON'T IMPLY WRECKLESS DRIVING—S." THIS PERHAPS ILLUSTRATES LEE'S FEAR OF THE INDUSTRY CENSOR, THE COMICS CODE AUTHORITY.



*AMAZING FANTASY* #15, PAGE 4 ORIGINAL ART, BY STEVE DITKO

WITHIN PANEL 5, LEE AGAIN LEAVES AN ART DIRECTION NOTE TO DITKO: "STEVE MAKE THIS A GLOOMY BACK ALLEY SO NO ONE CAN SEE HIM," BUT IT APPEARS (OTHER THAN MAKING THE FOREGROUND BUILDING CAST IN A SOLID BLACK SHADOW) DITKO ONLY MAKES THIS ADDITION IN THE FOLLOWING PANEL, WITH THE WEBBING AND A LONE SPIDER IN THE FOREGROUND WHILE PARKER WALKS AWAY. IN PANEL 3, THERE IS SIGNIFICANT WHITE-OUT COVERING LETTERING THAT SHOWS THE TWO WORD BALLOONS WERE ORIGINALLY ONE.

Steve Ditko



*AMAZING FANTASY* #15, PAGE 5 ORIGINAL ART, BY STEVE DITKO

LEE WAS ALSO NOT AGAINST REWRITING DIALOGUE SIGNIFICANTLY BEFORE GOING TO PRINT. IN THE LAST PANEL, THE PROMOTER'S THOUGHT BALLOON ORIGINALLY READ "SENSATIONAL! FANTASTIC! AND THAT MASK GIMMICK GIVES HIM JUST THE RIGHT TOUCH OF MYSTERY! HE WAS TERRIFIC!" BUT THAT HAS BEEN TRANSFERRED TO THE MAN IN FRONT OF THE PROMOTER, SPEAKING IT ALOUD. THE PARKER FIGURE IN PANEL 6 AND THE WRESTLER FIGURE IN PANEL 2 SHOWS DITKO ERASING NUMEROUS PENCIL LINES THAT HE DEEMED EXTRANEOUS IN THE INKING STAGE.



*AMAZING FANTASY* #15, PAGE 6 ORIGINAL ART, BY STEVE DITKO

IN THE LOWER RIGHT CORNER OF EVERY PAGE IS A COMICS CODE AUTHORITY STAMP MARKED "MAR 6, 1962" GIVING ONE AN IDEA OF HOW FAR AHEAD THE WORK WAS COMPLETED AND SUBMITTED TO THE CCA, COMPARED TO THE AUGUST 1962 COVER DATE, WHICH WOULD HAVE HIT NEWSSTANDS IN JUNE. MOST NOTICEABLE ON THIS PAGE IS THAT A PASTE-UP HAS FALLEN OFF THE BOTTOM RIGHT CORNER OF PAGE SIX. THIS LIKELY WOULD HAVE READ "CONTINUED AFTER THE NEXT PAGE" (TO DENOTE AN ADVERTISEMENT FOLLOWING BETWEEN THIS AND THE NEXT PAGE.)



*AMAZING FANTASY* #15, PAGE 7 ORIGINAL ART, BY STEVE DITKO

OWING TO THE ANTICIPATED PLACEMENT OF AN ADVERTISEMENT, FOR THE REMAINING PAGES, THE STORY NUMBERING IN THE LAST PANEL IS ONE PAGE NUMBER BEHIND WHAT IS WRITTEN IN THE TOP AND BOTTOM MARGIN. IN THE FIRST PANEL, THE LEGS OF THE SPIDER SYMBOL HAVE BEEN ADDED IN WHITE-OUT OR WHITE INK. ON SPIDER-MAN'S HANDS AND FEET, THERE CAN BE SEEN ERASED PENCIL MARKS TO DENOTE WEBBING THAT WOULD HAVE ATTACHED HIM TO THE WALL. THIS CAN ALSO BE SEEN IN THE LAST PANEL ON THE PREVIOUS PAGE, STANDING IN DIRECT CONTRAST TO WHAT HAS ALWAYS BEEN ACCEPTED AS HIS ABILITY TO STICK TO WALLS THROUGH HIS COSTUME.



*AMAZING FANTASY* #15, PAGE 8 ORIGINAL ART, BY STEVE DITKO

BESIDE PANEL 3, THERE'S A NOTE FROM LEE TO DITKO: "STEVE OMIT CROOK! SHOW DOOR SLAMMING!" WITH AN ARROW POINTING TO THE CLOSING ELEVATOR, BUT DITKO SEEMS TO HAVE IGNORED IT. PANEL 4 APPEARS TO HAVE BEEN ALTERED FROM THE INITIAL PENCILS. A POLICE OFFICER CAN BE SEEN TO THE READER'S RIGHT OF THE CROOK'S FACE, AS IF DITKO HAD ORIGINALLY DRAWN THE PANEL WITH THE COP LOOKING THROUGH THE CLOSING DOOR, THEN CHANGED THE VANTAGE POINT COMPLETELY. ALSO, BESIDE PANEL 2, THERE'S ANOTHER NOTE TO DITKO THAT IS DIFFICULT TO TRANSLATE, BUT THE FINAL HALF APPEARS TO READ "…SHOW NO B.S. HUMOR! (WITHOUT GUY SMILING)".



*AMAZING FANTASY* #15, PAGE 9 ORIGINAL ART, BY STEVE DITKO

PANEL 1 AGAIN SHOWS THAT THE SPIDER SYMBOL ON THE BACK OF HIS COSTUME WAS JUST A CIRCLE BEFORE WHITE-OUT OR WHITE INK WAS USED TO FILL IN THE LEGS AND HEAD. THE SECOND LAST PANEL HAS A WHITE-OUT CORRECTION OVER THE "IT'S BEEN DE-" WORDING AND IN THE LAST PANEL, THE ORIGINAL PENCILS SHOW A CAR BEING PRESENT TO THE READER'S LEFT OF THE OPEN WINDOW.



***AMAZING FANTASY* #15, PAGE 10 ORIGINAL ART, BY STEVE DITKO**

WITH MANY SHOTS OF SPIDER-MAN IN COSTUME, ONE MARVELS AT DITKO'S ATTEMPT TO PORTRAY THE COSTUMED HERO WITH THE SAME BODY TYPE AS HIS TEEN-AGED ALTER EGO MIGHT HAVE. RATHER THAN A BULKED-UP CAPTAIN AMERICA, WHO GREW PHYSICALLY WHEN HE RECEIVED HIS POWERS, SPIDER-MAN STILL SEEMS AS SPINDLY AS PARKER (THIS IN SHARP CONTRAST TO THE MUSCULAR FIGURE IN ISSUE #33, WHERE DITKO HAS SPIDER-MAN THROWING OFF THE MACHINERY IN THE CLIMACTIC MOMENT OF THAT FAMOUS TRILOGY.)



*AMAZING FANTASY* #15, PAGE 11 ORIGINAL ART, BY STEVE DITKO

IN PANEL FIVE, A COP'S HEAD WAS ERASED. IN THE BOTTOM LEFT MARGIN, A NOTE FROM LEE: "SORRY ABOUT THIS – HAVE STEVE LIFT IT UP" WITH TWO ARROWS—ONE POINTING AT THE COP ON THE LEFT AND ONE AT THE HEAD THAT HAS BEEN ERASED. THE PAGE NUMBER WAS MOVED UP, FROM THE BOTTOM RIGHT CORNER OF THE NEXT-ISSUE CAPTION, TO THE BOTTOM LEFT PANEL TO ACCOMMODATE THE BLURB, LIKELY WRITTEN AFTER DITKO HAD PENCILED THE ARTWORK. "FANTASY –" IS RELETTERED OVER WHITE-OUT, AND "ADULT FANTASY" CAN BE SEEN UNDERNEATH, SUGGESTING THAT THE BOOK'S PREVIOUS TITLE WAS LETTERED BY ACCIDENT (OR THAT THE STORY WAS COMPLETED BEFORE THE NAME CHANGE).