AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:21-cv-07957   **DATE FILED** 9/24/2021 | U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
| **PLAINTIFF**<br>MARVEL CHARACTERS, INC. | **DEFENDANT**<br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | B976775 | Amazing Fantasy, Vol. 1, Issue 15 | Marvel Characters, Inc. |
| 2 | B12112 | Amazing Spider-Man, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 3 | B22020 | Amazing Spider-Man, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 4 | B32700 | Amazing Spider-Man, Vol. 1, Issue 3 | Marvel Characters, Inc. |
| 5 | | SEE ATTACHMENT FOR ADDITIONAL WORKS | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | /s/ J. Gonzalez | 9/24/2021 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**SUPPLEMENT TO REPORT ON THE FILING OR DETERMINATION
OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

|  | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 5. | B45564 | Amazing Spider-Man, Vol. 1, Issue 4 | Marvel Characters, Inc. |
| 6. | B50165 | Amazing Spider-Man, Vol. 1, Issue 5 | Marvel Characters, Inc. |
| 7. | B57887 | Amazing Spider-Man, Vol. 1, Issue 6 | Marvel Characters, Inc. |
| 8. | B63121 | Amazing Spider-Man, Vol. 1, Issue 7 | Marvel Characters, Inc. |
| 9. | B72284 | Amazing Spider-Man, Vol. 1, Issue 8 | Marvel Characters, Inc. |
| 10. | B72337 | Amazing Spider-Man, Vol. 1, Issue 9 | Marvel Characters, Inc. |
| 11. | B79629 | Amazing Spider-Man, Vol. 1, Issue 10 | Marvel Characters, Inc. |
| 12. | B86108 | Amazing Spider-Man, Vol. 1, Issue 11 | Marvel Characters, Inc. |
| 13. | B93262 | Amazing Spider-Man, Vol. 1, Issue 12 | Marvel Characters, Inc. |
| 14. | B96821 | Amazing Spider-Man, Vol. 1, Issue 13 | Marvel Characters, Inc. |
| 15. | B102930 | Amazing Spider-Man, Vol. 1, Issue 14 | Marvel Characters, Inc. |
| 16. | B112138 | Amazing Spider-Man, Vol. 1, Issue 15 | Marvel Characters, Inc. |
| 17. | B127533 | Amazing Spider-Man, Vol. 1, Issue 16 | Marvel Characters, Inc. |
| 18. | B121808 | Amazing Spider-Man, Vol. 1, Issue 17 | Marvel Characters, Inc. |
| 19. | B129017 | Amazing Spider-Man, Vol. 1, Issue 18 | Marvel Characters, Inc. |
| 20. | B136435 | Amazing Spider-Man, Vol. 1, Issue 19 | Marvel Characters, Inc. |
| 21. | B140632 | Amazing Spider-Man, Vol. 1, Issue 20 | Marvel Characters, Inc. |
| 22. | B147192 | Amazing Spider-Man, Vol. 1, Issue 21 | Marvel Characters, Inc. |
| 23. | B157768 | Amazing Spider-Man, Vol. 1, Issue 22 | Marvel Characters, Inc. |
| 24. | B162019 | Amazing Spider-Man, Vol. 1, Issue 23 | Marvel Characters, Inc. |
| 25. | B167575 | Amazing Spider-Man, Vol. 1, Issue 24 | Marvel Characters, Inc. |
| 26. | B173323 | Amazing Spider-Man, Vol. 1, Issue 25 | Marvel Characters, Inc. |
| 27. | B179808 | Amazing Spider-Man, Vol. 1, Issue 26 | Marvel Characters, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 28. | B190434 | Amazing Spider-Man, Vol. 1, Issue 27 | Marvel Characters, Inc. |
| 29. | B196230 | Amazing Spider-Man, Vol. 1, Issue 28 | Marvel Characters, Inc. |
| 30. | B200698 | Amazing Spider-Man, Vol. 1, Issue 29 | Marvel Characters, Inc. |
| 31. | B208267 | Amazing Spider-Man, Vol. 1, Issue 30 | Marvel Characters, Inc. |
| 32. | B215968 | Amazing Spider-Man, Vol. 1, Issue 31 | Marvel Characters, Inc. |
| 33. | B229417 | Amazing Spider-Man, Vol. 1, Issue 32 | Marvel Characters, Inc. |
| 34. | B229427 | Amazing Spider-Man, Vol. 1, Issue 33 | Marvel Characters, Inc. |
| 35. | B238351 | Amazing Spider-Man, Vol. 1, Issue 34 | Marvel Characters, Inc. |
| 36. | B241516 | Amazing Spider-Man, Vol. 1, Issue 35 | Marvel Characters, Inc. |
| 37. | B248224 | Amazing Spider-Man, Vol. 1, Issue 36 | Marvel Characters, Inc. |
| 38. | B251737 | Amazing Spider-Man, Vol. 1, Issue 37 | Marvel Characters, Inc. |
| 39. | B257745 | Amazing Spider-Man, Vol. 1, Issue 38 | Marvel Characters, Inc. |
| 40. | A645698 | The Fantastic Four Annual, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 41. | A640416 | Strange Tales Annual, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 42. | A713458 | Amazing Spider-Man Annual, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 43. | A772745 | Amazing Spider-Man Annual, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 44. | B988507 | Strange Tales, Vol. 1, Issue 102 | Marvel Characters, Inc. |
| 45. | B992202 | Strange Tales, Vol. 1, Issue 103 | Marvel Characters, Inc. |
| 46. | B999792 | Strange Tales, Vol. 1, Issue 104 | Marvel Characters, Inc. |
| 47. | B6037 | Strange Tales, Vol. 1, Issue 105 | Marvel Characters, Inc. |
| 48. | B12120 | Strange Tales, Vol. 1, Issue 106 | Marvel Characters, Inc. |
| 49. | B17484 | Strange Tales, Vol. 1, Issue 107 | Marvel Characters, Inc. |
| 50. | B22022 | Strange Tales, Vol. 1, Issue 108 | Marvel Characters, Inc. |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 51. | B28143 | Strange Tales, Vol. 1, Issue 109 | Marvel Characters, Inc. |
| 52. | B34036 | Strange Tales, Vol. 1, Issue 110 | Marvel Characters, Inc. |
| 53. | B38264 | Strange Tales, Vol. 1, Issue 111 | Marvel Characters, Inc. |
| 54. | B45565 | Strange Tales, Vol. 1, Issue 112 | Marvel Characters, Inc. |
| 55. | B51854 | Strange Tales, Vol. 1, Issue 113 | Marvel Characters, Inc. |
| 56. | B57888 | Strange Tales, Vol. 1, Issue 114 | Marvel Characters, Inc. |
| 57. | B66036 | Strange Tales, Vol. 1, Issue 115 | Marvel Characters, Inc. |
| 58. | B66782 | Strange Tales, Vol. 1, Issue 116 | Marvel Characters, Inc. |
| 59. | B72341 | Strange Tales, Vol. 1, Issue 117 | Marvel Characters, Inc. |
| 60. | B79628 | Strange Tales, Vol. 1, Issue 118 | Marvel Characters, Inc. |
| 61. | B86103 | Strange Tales, Vol. 1, Issue 119 | Marvel Characters, Inc. |
| 62. | B93261 | Strange Tales, Vol. 1, Issue 120 | Marvel Characters, Inc. |
| 63. | B96828 | Strange Tales, Vol. 1, Issue 121 | Marvel Characters, Inc. |
| 64. | B102931 | Strange Tales, Vol. 1, Issue 122 | Marvel Characters, Inc. |
| 65. | B112132 | Strange Tales, Vol. 1, Issue 123 | Marvel Characters, Inc. |
| 66. | B127512 | Strange Tales, Vol. 1, Issue 124 | Marvel Characters, Inc. |
| 67. | B121798 | Strange Tales, Vol. 1, Issue 125 | Marvel Characters, Inc. |
| 68. | B129014 | Strange Tales, Vol. 1, Issue 126 | Marvel Characters, Inc. |
| 69. | B136445 | Strange Tales, Vol. 1, Issue 127 | Marvel Characters, Inc. |
| 70. | B140634 | Strange Tales, Vol. 1, Issue 128 | Marvel Characters, Inc. |
| 71. | B147181 | Strange Tales, Vol. 1, Issue 129 | Marvel Characters, Inc. |
| 72. | B157772 | Strange Tales, Vol. 1, Issue 130 | Marvel Characters, Inc. |
| 73. | B162016 | Strange Tales, Vol. 1, Issue 131 | Marvel Characters, Inc. |
| 74. | B167564 | Strange Tales, Vol. 1, Issue 132 | Marvel Characters, Inc. |
| 75. | B173315 | Strange Tales, Vol. 1, Issue 133 | Marvel Characters, Inc. |

| | **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
|---|---|---|---|
| 76. | B179809 | Strange Tales, Vol. 1, Issue 134 | Marvel Characters, Inc. |
| 77. | B190436 | Strange Tales, Vol. 1, Issue 135 | Marvel Characters, Inc. |
| 78. | B196229 | Strange Tales, Vol. 1, Issue 136 | Marvel Characters, Inc. |
| 79. | B200686 | Strange Tales, Vol. 1, Issue 137 | Marvel Characters, Inc. |
| 80. | B208272 | Strange Tales, Vol. 1, Issue 138 | Marvel Characters, Inc. |
| 81. | B215981 | Strange Tales, Vol. 1, Issue 139 | Marvel Characters, Inc. |
| 82. | B229414 | Strange Tales, Vol. 1, Issue 140 | Marvel Characters, Inc. |
| 83. | B229431 | Strange Tales, Vol. 1, Issue 141 | Marvel Characters, Inc. |
| 84. | B238352 | Strange Tales, Vol. 1, Issue 142 | Marvel Characters, Inc. |
| 85. | B241519 | Strange Tales, Vol. 1, Issue 143 | Marvel Characters, Inc. |
| 86. | B248225 | Strange Tales, Vol. 1, Issue 144 | Marvel Characters, Inc. |
| 87. | B251650 | Strange Tales, Vol. 1, Issue 145 | Marvel Characters, Inc. |
| 88. | B257744 | Strange Tales, Vol. 1, Issue 146 | Marvel Characters, Inc. |
| 89. | B277438 | Strange Tales, Vol. 1, Issue 147 | Marvel Characters, Inc. |