Marc Toberoff (MT 4862)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. | Case No.: 1:21-cv-07957-LAK <br><br> Hon. Lewis A. Kaplan <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PATRICK S. DITKO TO RESPOND TO COMPLAINT** |

WHEREAS, Defendant Patrick S. Ditko's ("Defendant") response to the Complaint filed in this matter by Plaintiff Marvel Characters, Inc. ("Plaintiff") is currently due November 30, 2021, shortly after the Thanksgiving Holiday;

WHEREAS, Defendant therefore requested a one (1) week extension to respond to the Complaint; and

WHEREAS, this is Defendant's first request for such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective counsel of record, subject to the Court's approval, that the date for Defendant to respond to the Complaint shall be extended by one (1) week to December 7, 2021.

Date: November 26, 2021				Respectfully submitted,

						By: _____/s/ Marc Toberoff_____
						        Marc Toberoff

						TOBEROFF & ASSOCIATES, P.C.
						*mtoberoff@toberoffandassociates.com*
						23823 Pacific Coast Hwy, Suite 50-363
						Malibu, CA 90265
						Telephone: (310) 246-3333
						Facsimile: (310) 246-3101

						*Attorneys for Defendant Patrick S. Ditko*

Date: November 26, 2021				Respectfully submitted,

						**O'MELVENY & MYERS LLP**


						By: _____/s/ Daniel M. Petrocelli_____
						          Daniel M. Petrocelli

						Daniel M. Petrocelli
						dpetrocelli@omm.com
						Molly M. Lens
						mlens@omm.com
						Danielle Feuer
						dfeuer@omm.com
						1999 Avenue of the Stars, 8th Floor
						Los Angeles, California 90067
						Telephone: (310) 553-6700
						Facsimile: (310) 246-6779

						Allen W. Burton
						aburton@omm.com
						Times Square Tower
						7 Times Square
						New York, NY 10036
						Telephone: (212) 326-2000
						Facsimile: (212) 326-2061

						Kendall Turner
						kendallturner@omm.com
						1625 I Street NW
						Washington, DC 20006
						Telephone: (202) 383-5300
						Facsimile: (202) 383-5414

*Attorneys for Plaintiff Marvel Characters, Inc.*

SO ORDERED:

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE:_____