Marc Toberoff (MT 4862)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Pacific Coast Hwy, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*



## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. | Case No.: 1:21-cv-07957-LAK <br><br> Hon. Lewis A. Kaplan <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PATRICK S. DITKO TO RESPOND TO COMPLAINT** |

WHEREAS, Defendant Patrick S. Ditko's ("Defendant") response to the Complaint filed in this matter by Plaintiff Marvel Characters, Inc. ("Plaintiff") is currently due November 30, 2021, shortly after the Thanksgiving Holiday;

WHEREAS, Defendant therefore requested a one (1) week extension to respond to the Complaint; and

WHEREAS, this is Defendant's first request for such an extension;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, through their respective counsel of record, subject to the Court's approval, that the date for Defendant to respond to the Complaint shall be extended by one (1) week to December 7, 2021.

Date: November 26, 2021                    Respectfully submitted,

                                           By: _____/s/ Marc Toberoff_____
                                                        Marc Toberoff

                                           TOBEROFF & ASSOCIATES, P.C.
                                           mtoberoff@toberoffandassociates.com
                                           23823 Pacific Coast Hwy, Suite 50-363
                                           Malibu, CA 90265
                                           Telephone: (310) 246-3333
                                           Facsimile: (310) 246-3101

                                           *Attorneys for Defendant Patrick S. Ditko*

Date: November 26, 2021                    Respectfully submitted,

                                           **O'MELVENY & MYERS LLP**

                                           By: _____/s/ Daniel M. Petrocelli_____
                                                        Daniel M. Petrocelli

                                           Daniel M. Petrocelli
                                           dpetrocelli@omm.com
                                           Molly M. Lens
                                           mlens@omm.com
                                           Danielle Feuer
                                           dfeuer@omm.com
                                           1999 Avenue of the Stars, 8th Floor
                                           Los Angeles, California 90067
                                           Telephone: (310) 553-6700
                                           Facsimile: (310) 246-6779

                                           Allen W. Burton
                                           aburton@omm.com
                                           Times Square Tower
                                           7 Times Square
                                           New York, NY 10036
                                           Telephone: (212) 326-2000
                                           Facsimile: (212) 326-2061

                                           Kendall Turner
                                           kendallturner@omm.com
                                           1625 I Street NW
                                           Washington, DC 20006
                                           Telephone: (202) 383-5300
                                           Facsimile: (202) 383-5414

SO ORDERED

_[signature]_
LEWIS A. KAPLAN, USDJ

11/29/21

1