# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK |
| LAWRENCE D. LIEBER,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC., and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBPOENAS AND SUBPOENA RESPONSES** |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 4/19/22 |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | |

|  |
|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck, <br><br> Defendant. |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck <br><br> Counterclaimant, <br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. |

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. and Defendants and Counterclaimants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler (collectively, the "Parties") stipulate as follows:

**WHEREAS**, four other actions are currently pending in this Court and the United States District Courts for the Eastern District of New York and the Central District of California: ~~Marvel Characters, Inc. v. Ditko, No. 1:21-cv-07957-LAK (S.D.N.Y.); Marvel Characters, Inc. v. Dettwiler, No. 1:21-cv-07959-LAK (S.D.N.Y.)~~[1]; *Marvel Characters, Inc. v. Solo*, No. 1:21-cv-05316-DG-TAM (E.D.N.Y.); and *Marvel Characters, Inc. v. Hart-Rico*, No. 2:21-cv-07624-DMG-KES (C.D. Cal.) (together with the above-captioned action, the "Pending Actions").

**WHEREAS**, the Parties expect third-party witnesses to have information relevant to the Pending Actions.

---

[1] On March 25, 2022, the Court consolidated the three cases in this jurisdiction for all pretrial purposes. *See* Order (ECF No. 38), *Marvel Characters, Inc. v. Lieber*, No. 1:21-cv-07955-LAK (S.D.N.Y.); Order (ECF No. 30), *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK (S.D.N.Y.); Order (ECF No. 36), *Marvel Characters, Inc. v. Dettwiler*, No. 1:21-cv-07959-LAK (S.D.N.Y.).

**WHEREAS**, the Parties agree that third-party discovery in the Pending Actions should be conducted in an efficient manner, so as to reduce the burden both to the Parties and third parties.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. Any third-party subpoena and related notice of subpoena served in any of the Pending Actions shall be deemed served in all the Pending Actions.

2. All responses served, documents produced, and/or testimony provided in any of the Pending Actions in response to any such third-party subpoena shall likewise be deemed served, produced, and/or provided in all the Pending Actions.

Dated: April 18, 2022  **O'MELVENY & MYERS LLP**

By: /s/ *Daniel M. Petrocelli*
Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Danielle Feuer*
dfeuer@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

Kendall Turner*
kendallturner@omm.com
1625 I Street NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated: April 18, 2022            **TOBEROFF & ASSOCIATES, P.C.**

By:     */s/ Marc Toberoff*
           Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

4/19/22