UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
Marvel Characters, Inc.,
                       Plaintiff,
     v.

Lawrence D. Lieber,
                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
Marvel Characters, Inc.,
                       Plaintiff,
     v.

Patrick S. Ditko,
*in his capacity as Administrator of the*
*Estate of Stephen J. Ditko,*
                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
Marvel Characters, Inc.,
                       Plaintiff,
     v.

Keith A. Dettwiler,
*in his capacity as Executor of the*
*Estate of Donald L. Heck,*
                       Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

21-cv-7955 (LAK)

21-cv-7957 (LAK)

21-cv-7959 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-22

## THIRD AMENDED SCHEDULING ORDER

A pretrial conference having been held today via video-conference, it is hereby,

     ORDERED that the following schedule of deadlines shall govern the further conduct of pretrial proceedings in these cases:

1.     No additional parties may be joined after April 8, 2022.
2.     No amendments to the pleadings will be permitted after April 8, 2022.
3.     The parties shall make required 26(a)(2) disclosures with respect to:
     a.     expert witnesses on or before November 28, 2022;
     b.     rebuttal expert witnesses on or before December 16, 2022.
4.     All discovery, including any depositions of experts, shall be completed on or before March 1, 2023.
5.     A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before May 8, 2023.
6.     Any motions for summary judgment shall be filed on or before April 7, 2023.
7.     If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.
8.     Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions *in limine*.

     No further extensions to this schedule shall be granted.

Dated: October [?], 2022

                                                                              Lewis A. Kaplan
                                                              United States District Court