```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Marvel Characters, Inc.,
                Plaintiff,                              21-cv-7955 (LAK)
        v.

Lawrence D. Lieber,
                Defendant.
------------------------------x
Marvel Characters, Inc.,
                Plaintiff,                              21-cv-7957 (LAK)
        v.

Patrick S. Ditko,
in his capacity as Administrator of the
Estate of Stephen J. Ditko,
                Defendant.
------------------------------x
Marvel Characters, Inc.,
                Plaintiff,                              21-cv-7959 (LAK)
        v.

Keith A. Dettwiler,
in his capacity as Executor of the
Estate of Donald L. Heck,
                Defendant.
------------------------------x
```

## ORDER OF REFERENCE TO A MAGISTRATE JUDGE

The above-entitled actions are referred to Magistrate Judge Gorenstein, who has been designated in 21-cv-7955 (LAK), for settlement purposes.

Dated: October 19, 2022

Lewis A. Kaplan
United States District Court