# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE D. LIEBER, <br><br> Defendant. | Case No.: 1:21-cv-7955-LAK <br> and consolidated cases <br> 21-cv-7957-LAK and 21-cv-7959-LAK |
| LAWRENCE D. LIEBER, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC., and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE** |
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY <br> DOC #: <br> DATE FILED: 3-17-2023 |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

MARVEL CHARACTERS, INC.,

Plaintiff,

v.

KEITH A. DETTWILER, in his capacity as
Executor of the Estate of Donald L. Heck,

Defendant.

KEITH A. DETTWILER, in his capacity as
Executor of the Estate of Donald L. Heck

Counterclaimant,

v.

MARVEL CHARACTERS, INC. and DOES
1-10, inclusive,

Counterclaim-Defendants.

## **STIPULATION**

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. ("Marvel") and

Defendants and Counterclaimants Lawrence D. Lieber, Patrick S. Ditko, and Keith A. Dettwiler

(collectively, the "Parties") stipulate as follows:

**WHEREAS**, the Court issued the Third Amended Scheduling Order for the above three

referenced cases (which have been consolidated for pretrial purposes) such that motions for

summary judgment are due on or before April 7, 2023.[1]

**WHEREAS**, the Parties all intend to file cross motions for summary judgment;

**WHEREAS**, Defendants-Counterclaimants' counsel, Marc Toberoff must undergo two

important medical surgeries between today's date and April 7, 2023, which will severely limit

his ability to work on Defendants-Counterclaimants' summary judgment motion due April 7,

2023;

---

[1] *See* Order (ECF No. 51), Marvel Characters, Inc. v. Lieber, No. 1:21-cv-07955-LAK
(S.D.N.Y.); Order (ECF No. 46), Marvel Characters, Inc. v. Ditko, No. 1:21-cv-07957-LAK
(S.D.N.Y.); Order (ECF No. 49), Marvel Characters, Inc. v. Dettwiler, No. 1:21-cv-07959-LAK
(S.D.N.Y.).

**WHEREAS**, Defendants-Counterclaimants have asked Marvel to agree to a four-week extension of the deadline to file motions for summary judgment in light of Mr. Toberoff's forthcoming medical surgeries;

**WHEREAS**, Marvel has advised Defendants-Counterclaimants that it agrees to the requested extension subject to approval of the Court;

**WHEREAS**, to the extent that the deadline for motions for summary judgment is extended, the Parties agree that an extension of the joint pretrial submissions is also warranted; and

**WHEREAS**, recognizing that the Third Scheduling Order states that no further extensions will be permitted, these modifications will not meaningfully delay the overall progress of the case and may actually increase the efficient progression of the case.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1.    The deadline to submit motions for summary judgment shall be continued to May 5, 2023.

2.    The deadline to submit the joint pretrial order shall be continued to August 29, 2023.[2]

---

[2] The Parties selected this date as it would align the submission of the joint pretrial order in this case with the deadline for similar submissions in the related pending matter in the Central District of California. *Marvel Characters, Inc. v. Rico*, No. 2:21-cv-07624-DMG-KES.

Dated:  March 16, 2023

**O'MELVENY & MYERS LLP**

By:       /s/ Daniel M. Petrocelli
              Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated:  March 16, 2023

**TOBEROFF & ASSOCIATES, P.C.**

By:       /s/ Marc Toberoff
              Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Lawrence D. Lieber, Patrick S.
Ditko, and Keith A. Dettwiler*

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

3/17/23