# EXHIBIT 2

Case 1:21-cv-07957-LAK   Document 70-2   Filed 05/19/23   Page 1 of 5

CRB:JV

October 4, 1967

Mr. Michael E. Schultz
Ehrenkranz, Ehrenkranz & Schultz
40 Wall Street
New York, New York

Dear Mickey:

The list of Martin Goodman's Corporations which you loaned me is enclosed.

**Redacted - Privileged**

Sincerely yours,

KENYON & KENYON

Charles R. Brainard

Encs.
cc: Mr. Charles Goodman

## Martin Goodman's Corporations

| Active Corporations | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Animated Timely Features, Inc. (C) *#  *formerly Mohawk; then Miss America* | MG | 9/30/66 $104,300 | $ 22,000 |
| Atlas Magazines, Inc. (S & C) # | | 2/28/66 $740,000 | 216,500 |
| Bard Publishing Corp. (C) *# | MG & JG | 10/31/66 $132,000 | 26,800 |
| Canam Publishers Sales Corp. (C) * | MG & JG | 1/31/66 $189,000 | 84,500 |
| Interstate Publishing Corp. (C) *# | MG & JG | 8/31/66 $54,500 | 600 |
| Leading Magazine Corp. (C) *#  *formerly Leading Comics Corp.* | MG | 11/30/66 $139,000 | 11,750 |
| Male Publishing Corp. (S & C) *# | MG | 4/30/66 $500,000 | 125,100 |
| Newsstand Publications, Inc. (S) * | MG & JG | 2/28/66 $180,000 | 112,500 |
| Non-Pareil Publishing Corp. (S & C) # | MG | 3/31/66 $120,000 | 82,750 |
| Official Magazine Corp. (S & C) * | MG | 1/31/66 $394,000 | 50,500 |
| Olympia Publications Inc. (C) # | MG | 10/31/66 $31,400 | 17,000 |
| Vista Publications, Inc. (S & C) *  *formerly Select* | MG | 12/31/66 $153,500 | 61,000 |
| Zenith Books, Inc. (S & C) | MG | 4/30/66 $26,300 | 1,350 |
| Zenith Publishing Corp. (S) *# | MG | 9/30/66 $246,000 | 75,150 |
| Tip Top Publications, Inc. (Puzzles) | AG | 4/30/66 $3,800 | 7,300 |

### Servicing Corporations & Partnerships

| | | | |
|---|---|---|---|
| Empire State Consolid. Advertising Corp. (Advertising) | MG & JG | 7/31/66 $132,150 | 24,000 |
| Americas Magman Sales Corp. # | MG | 5/31/66 $25,150 | 3,700 |
| Magman Export Corp. ←(Reprint rights in foreign countries) # | MG | 5/31/66 $49,100 | 6,200 |

*Received from m.c... 10/3/67*

2021MARVEL-0069702

| Servicing Corporations & Partnerships (contd.) | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Magazine Management Co. (Servicing Partnership) | MG & JG | 9/30/66 $84,780 | $138,252 |
| The Goodman Foundation, Inc. | | | |

Inactive Corporations

| | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Atlas News Co., Inc. *# | MG | 9/30/66 $57,800 | 2,800 (d) |
| Chipiden Publishing Corp. *# | MG & JG | 12/31/66 $49,000 | 2,200 (d) |
| Cornell Publishing Corp. *# | MG | 10/31/66 $39,500 | 3,600 |
| Emgee Publications, Inc. *# (formerly Comic Combine) | MG | 1/31/66 $17,600 | 1,100 (d) |
| Gem Publications, Inc. *# | MG & JG | 10/31/66 $59,500 | 2,000 (d) |
| Hercules Publishing Corp. *# | MG & JG | 9/30/66 $45,800 | 1,250 (d) |
| Jaygee Publications, Inc. *# formerly U.S.A. Comic Magazine | MG | 12/31/66 $100,000 | 4,100 (d) |
| Manvis Publications, Inc. # | MG & JG | 7/31/66 $45,500 | 1,000 |
| Margood Publishing Corp. *# | MG & JG | 6/30/66 $116,000 | 6,050 |
| Marvel Comics, Inc. *# | MG & JG | 1/31/66 $100,000 | 1,600 (d) |
| Medalion Publishing Corp. *# | MG & JG | 8/31/66 $22,750 | 1,800 (d) |
| Mutual Magazine Corp. *# | MG | 10/31/66 $96,800 | 1,200 (d) |
| Prime Publications, Inc. # | MG | 11/30/66 $17,500 | (22) |
| Red Circle Magazines, Inc. *# | MG | 12/31/66 $50,500 | 3,250 (d) |
| Sphere Publications, Inc. *# | MG & JG | 9/30/66 $89,200 | 4,400 (d) |
| Timely Comics, Inc. *# Daily | MG & JG | 12/31/66 $197,500 | 7,000 (d) |
| 20th Century Comics Corp. # | MG & JG | 7/31/66 $68,500 | 875 |
| Walden Publishing Co., Inc. # formerly Lion Books | MG | 10/31/66 $68,800 | (125) |
| Warwick Publications, Inc. *# formerly Animirth Comics | MG | 12/31/66 $62,000 | 2,100 (d) |

| Inactive Corporations (contd.) | Ownership | Fiscal Year, Net Worth | Net Profit for Fiscal Year |
|---|---|---|---|
| Western Fiction Publishing Co., Inc. *# | MG & JG | 10/31/66 $110,000 | $ 4,200 (d) |

---

\*   Stockholders of Atlas Magazines, Inc.

\#   Stockholders and/or lenders to Woodmere Construction Company. Martin Goodman is also a stockholder and lender to Woodmere Construction Company.

(d)  This symbol is used where substantially all of the income of the corporation is derived from dividends received from Atlas Magazines, Inc.