# EXHIBIT 3

MAY 19, 1966

## ACTIVE CORPORATIONS and MAGAZINES

1. ANIMATED TIMELY FEATURES, INC...............Closing date, Sept. 30

    Marvel Collectors Items Classics

2. ATLAS MAGAZINES, INC........................Closing date, Feb. 28

    Complete Man's Magazine
    Cartoon Laughs
    My Confessions
    Stag
    Stag Annual #3-1966 Ship 12/1/65

    Thor (Retitled eff #126 March '66 issue)
    Thor King Size #2-1966 Ship 6/1/66
    Rawhide Kid

3. BARD PUBLISHING CORP........................Closing date, Oct. 31

    Sgt. Fury
    Sgt. Fury Annual #2-1966 Ship 5/2/66

4. CANAM PUBLISHERS SALES CORP.................Closing date, Jan. 31

    The Fantastic Four
    The Fantastic Four King Size #4-Nov. 1966 Ship 7/1/66
    The X-Men

5. INTERSTATE PUBLISHING CORP..................Closing Date, Aug. 31

    Movie World
    Marvel Super Heroes #1-1966 Ship 6/1/66

6. LEADING MAGAZINE CORP.......................Closing date, Nov. 30

    Kid Colt Outlaw

7. MALE PUBLISHING CORP........................Closing date, Apr. 30

    Male
    Male Annual #3-1966 Ship 7/1/66
    Screen Stars

    Modeling With Millie
    Patsy and Hedy

8. NEWSSTAND PUBLICATIONS, INC.................Closing date, Feb. 28

    Cartoons and Gags
    For Men Only

9. NON-PAREIL PUBLISHING CORP..................Closing date, March 31

    Confessions
    Laugh Parade

    Amazing Spider-Man
    Amazing Spider-Man King Size #3-1966 Ship 7/1/66
    Marvel Tales (Bi-monthly eff. #3 July '66-Ship 3/1/66)
    Two Gun Kid

2021MARVEL-0069261

ACTIVE CORPS.            -2-                    MAY 19, 1966

10. OFFICIAL MAGAZINE CORP.........................Closing date, Jan. 31

    Movie Album
    My Romance
    True Action
    True Secrets

11. OLYMPIA PUBLICATIONS, INC......................Closing date, Oct. 31

    Daredevil

12. VISTA PUBLICATIONS, INC........................Closing date, Dec. 31

    Action for Men
    Man's World

    The Avengers
    Millie the Model
    Millie the Model Annual #5-1966 Ship 5/2/66
    Strange Tales
    Tales to Astonish
    Tales of Suspense

13. ZENITH PUBLISHING CORP.........................Closing date, Sept. 30

    Men
    Men Annual #1-1966 Ship 9/1/66

14. ZENITH BOOKS, INC..............................Closing date, Apr. 30

    Fantasy Masterpieces

---

15. AMERICAS MAGMAN SALES CORP (Export)............Closing date, May 31
16. EMPIRE STATE CONSOLIDATED ADVERTISING CORP.
                    (Advertising ).......Closing date, July 31
17. MAGAZINE MANAGEMENT CO........................Closing date, Sept. 30
18. MAGMAN EXPORT CORP. (Export)..................Closing date, May 31

---

19. TIP TOP PUBLICATIONS, INC.....................Closing date, April 30

    Complete Crossword Puzzles
    Tip Top Crossword Puzzles
    Original Crossword Puzzles

2021MARVEL-0069262

MAY 1966

## SLICKS

| | | |
|---|---|---|
| ACTION FOR MEN | VISTA | BI 35¢-40¢ |
| CARTOONS AND GAGS | NEWSSTAND | BI 35¢ U.S. & Can. eff 10/66 issue |
| CARTOON LAUGHS | ATLAS MAG | BI eff #15 Spring '66 issue 35¢ |
| COMPLETE MAN'S MAGAZINE | ATLAS MAG | BI eff 9/66 issue 35¢-40¢ |
| COMPLETE CROSSWORD PUZZLES | TIP TOP | BI 35¢ |
| CONFESSIONS | NON-PAREIL | BI 25¢-30¢ |
| FOR MEN ONLY | NEWSSTAND | M 40¢ |
| LAUGH PARADE | NON-PAREIL | BI 35¢ U.S. & Can. eff 9/66 issue |
| MALE | MALE | M 40¢ |
| MALE ANNUAL | MALE | 50¢-60¢ |
| MAN'S WORLD | VISTA | BI 50¢ eff Aug. '66 issue |
| MEN | ZENITH PUB | M 40¢ |
| MEN ANNUAL | ZENITH PUB | 50¢-60¢ #1-1966 Ship 9/1/66 |
| MOVIE ALBUM | OFFICIAL | SEMI ANNUAL 35¢-40¢ |
| MOVIE WORLD | INTERSTATE | BI 25¢-30¢ |
| MY CONFESSIONS | ATLAS MAG | BI 25¢-30¢ |
| MY ROMANCE | OFFICIAL | BI 25¢-30¢ |
| ORIGINAL CROSSWORD PUZZLES | TIP TOP | BI eff 2/66 issue 35¢ |
| SCREEN STARS | MALE | BI 35¢-40¢ |
| STAG | ATLAS MAG | M 40¢ |
| STAG ANNUAL | ATLAS MAG | 50¢-60¢ eff #3 |
| TIP TOP CROSSWORD PUZZLES | TIP TOP | BI 35¢ |
| TRUE ACTION | OFFICIAL | BI 35¢-40¢ |
| TRUE SECRETS | OFFICIAL | M 25¢-30¢ |

2021MARVEL-0069263

COMICS

| | | | |
|---|---|---|---|
| AMAZING SPIDER-MAN | NON-PAREIL | 12¢ | M |
| AMAZING SPIDER-MAN ~~ANNUAL~~ King Size | NON-PAREIL | 25¢ | #3-~~1966~~ ship 7/1/66 |
| THE AVENGERS | VISTA | 12¢ | M |
| FANTASTIC FOUR | CANAM | 12¢ | M |
| FANTASTIC FOUR KING SIZE | CANAM | 25¢ | #4 11/66 ship 7/1/66 |
| FANTASY MASTERPIECES | ZENITH BOOKS | 25¢ | BI |
| DAREDEVIL | OLYMPIA | 12¢ | M |
| KID COLT OUTLAW | LEADING | 25¢ eff 9/66 issue | BI |
| MARVEL COLLECTORS ITEMS CLASSICS | ANIMATED | 25¢ | BI eff #2 issue |
| MARVEL TALES | NON-PAREIL | 25¢ | BI #3 7/66 issue |
| MARVEL SUPER HEROES KING SIZE | INTERSTATE | 25¢ | #1 1966 ship 6/1/66 |
| MODELING WITH MILLIE | MALE | 12¢ | 8 x year |
| MILLIE THE MODEL | VISTA | 12¢ | M eff 4/66 issue |
| MILLIE THE MODEL ANNUAL | VISTA | 25¢ | #5 1966 ship 5/2/66 |
| PATSY AND HEDY | MALE | 12¢ | BI |
| RAWHIDE KID | ATLAS MAG | 12¢ | BI |
| SGT. FURY | BARD | 12¢ | M |
| SGT. FURY ANNUAL | BARD | 25¢ | #2 1966 ship 5/2/66 |
| STRANGE TALES | VISTA | 12¢ | M |
| TALES TO ASTONISH | VISTA | 12¢ | M |
| TALES OF SUSPENSE | VISTA | 12¢ | M |
| THOR (retitled eff 3/66 issue) | ATLAS MAG | 12¢ | M |
| THOR KING SIZE | ATLAS MAG | 25¢ | #2 1966 ship 6/1/66 |
| TWO GUN KID | NON-PAREIL | 12¢ | BI |
| THE X-MEN | CANAM | 12¢ | M |

11 Monthly 12¢ covers
 3 Bi-Monthly 12¢ covers
 1 8 x year 12¢ cover
 4 Bi-Monthly 25¢ covers
 6 Annuals 25¢ covers
25

2021MARVEL-0069264