# EXHIBIT 4

| | | | VICE PRES | SEC | | Stockhold. | Closing date |
|---|---|---|---|---|---|---|---|
| Bank | | Martin Goodman | | | | | |
| | | Goodman Foundation | | | | | |
| | | M. M. Bond a/c | | | | MG | DEC |
| | X 20 Animirth Comics, Inc. WARWICK | NG | | | MG | | MAY |
| A N | Americas Magman Sales Corp. | MG | JH | DJ | MG | | |
| | Atlas News Co., Inc. | MG | | | MG | | OCT |
| A MFR | Baird Publishing Corp. | MG | JH | JG | MG | JG | OCT |
| A MFR | Broadcast Feature Publications, Inc. OLYMPIA | MG | JH | DJ | MG | | JAN |
| A MFR | Canam Publishers Sales Corp. | MG | JH | JG | MG JG | | |
| | Chipiden Publishing Corp. | | | JG | MG JG | | |
| | Classic Syndicate Inc. KILLED | | | | | | |
| | Comic Combine Corp. EMCEE | | JH | DS | MG | | |
| | Cornell Publishing Corp. | | | | MG | | OCT |
| | Current Detective Stories Inc. KILLED | | | | | | |
| A N | Empire State Consolidated Adv. Corp. | MG | JH | JG | MG | JG | JULY |
| | Echo Parade Inc. KILLED | | | | | | |
| | Gem Publications, Inc. | | | | MG | JG | |
| N | Hercules Publishing Corp. | | | | MG | JG | AUG |
| A MFR | Interstate Publishing Corp. | MG | JH | DS | MG | JG | NOV |
| A N | Leading Magazine Corp. 23 | MG | JH | DS | MG | | DEC |
| MFR | Lion Books Inc. WALDEN | MG | JH | DS | MG | | SEPT |
| N | Magazine Management Co. | | | | MG | JG | MAY |
| A N | Magman Export Corp. | MG | JH | DJ | MG | | |
| | Mag. Mgt. Co. Subs. a/c | | | | | | |
| N-57 | Mag. Mgt. Co. Payroll a/c | | | | | | APR |
| MFR | Male Publishing Corp. | MG | JH | DS | MG | JG | JULY |
| N | Manvis Publications, Inc. | MG | | | MG | JG | |
| N | Margood Publishing Corp. | | | | MG | | |
| | Marjean Magazine Corp. KILLED | | | | | | |
| | Marvel Comics, Inc. | MG | | | MG | JG | JAN |
| | Medalion Publishing Corp. | MG | | | MG | JG | |
| A MFR | Miss America Publishing Corp. | MG | JH | DJ | MG TREAS | MG | SEPT |
| N | Mutual Magazine Corp. | | | | MG | | |
| A N | Newsstand Publications Inc. | ? MG | JH | DJ | MG | JG | FEB |
| N | Non-Pareil Publishing Corp. | MG | JH | DS | MG | | MAR |
| A N | Official Magazine Corp. | MG | JH | DS | MG | | JAN |
| | Postal Publications, Inc. KILLED | | | | | | |
| | Prime Publications, Inc. | MG | JH | DS | MG | | NOV |
| | Red Circle Magazines, Inc. | MG | JH | | MG | | DEC |
| A N | Select Publications, Inc. VISTA | MG | JH | DS | MG | | DEC |
| | Sphere Publications, Inc. | | | | MG | JG | |
| | Sports Action, Inc. KILLED | | | | | | |
| | Timely Comics, Inc. | | | | MG | JG | DEC |
| N | 20th Century Comic Magazine Corp. | | | | MG | | |
| | U.S.A. Comic Magazine Corp. JAYGEE | | | | MG | | |
| | Western Fiction Publishing Co., Inc. | | | | MG | JG | SEPT |
| A MFR | Zenith Publishing Corp. | MG | JH | DS | MG | | APR |
| A N | ZENITH BOOKS INC. | MG | JH | DS | MG | | FEB |
| N | ATLAS MAG INC. (PUBLISHER) | MG | JH | DS | MG | | FEB |
| MFR | ATLAS MAG INC (WAREHOUSE) | | | | | | |
| N-57 | ATLAS MAG INC PAYROLL | | | | | | |

2021MARVEL-0069792