# EXHIBIT 11

# Copyright Office of the United States of America

## THE LIBRARY OF CONGRESS

THIS IS TO CERTIFY THAT THE ATTACHED DOCUMENT
WAS RECORDED IN THE COPYRIGHT OFFICE ON THE DATE
AND IN THE PLACE SHOWN BELOW.
THIS CERTIFICATE IS ISSUED UNDER THE SEAL OF THE
COPYRIGHT OFFICE.

*Barbara Ringer*

Register of Copyrights

Date of Recordation    7 Dec 78

Volume  1720    Pages  124-148

Certification A
(Jan. 1978-20,000)

2021MARVEL-0008074

VOL. | 720 PAGE 124

FOR RECORDAL AT THE COPYRIGHT OFFICE:

## ACKNOWLEDGEMENT OF ASSIGNMENT

By this document:

1. Martin Goodman and Jean Goodman hereby acknowledge
and confirm on behalf of themselves and on behalf of any and all
of their companies, partnerships and corporations, including the
Marvel Comics Group and those companies, partnerships and corpor-
ations listed on Schedule A hereto but only to the extent that
they had (or still have) authority (joint or several) to act
therefor, that pursuant to the Agreement of Sale of June 28, 1968,
any and all right, title and interest they or any of said com-
panies, partnerships or corporations may have had or controlled
in or to any copyrights and renewals and extensions of copyrights,
in the publications and other works published by said companies,
partnerships or corporations including, without limitation, those
publications identified on Schedule B hereto, are assigned to
Cadence Industries Corporation (previously, before a change of
name, known as Perfect Film & Chemical Corporation), doing
business through its Marvel Comics Group Division, a corporation
organized under the laws of the State of Delaware and having a
place of business at 575 Madison Avenue, New York, New York 10022.

2. Stuart J. Freedman, Secretary of said Cadence
Industries Corporation, and of its wholly owned subsidiary,
Magazine Management Co., Inc., a corporation organized under
the laws of the State of Delaware and having a place of business
at 575 Madison Avenue, New York, New York 10022, hereby
acknowledges and confirms, on behalf of said Cadence Industries
Corporation, its Marvel Comics Group Division and said
Magazine Management Co., Inc., that to the extent their right,
title and interest in or to the copyrights and renewals and
extensions of copyrights in the said publications and works and
in the publications and other works published by them relates to
the Marvel Comics Group, they are by mesne assignments, assigned

2021MARVEL-0008075

to Cadence Industries Corporation, doing business through its
Marvel Comics Group Division and that, to the extent that said
right, title and interest does not relate to the Marvel Comics
Group and relates to the business of said wholly owned
subsidiary they are by mesne assignments, assigned to said
Magazine Management Co., Inc.

    3.  Martin Goodman, Jean Goodman and Stuart J.
Freedman hereby acknowledge that it is the purpose and intent
of this Acknowledgement of Assignment to document and record the
assignments of the aforementioned rights, and it is specifically
understood that no change is hereby intended or made in the
aforesaid Agreement of Sale *and this document is not meant to enlarge or modify the obligations of the parties to said Agreement of sale.*

WITNESS:

MARTIN GOODMAN on behalf of himself
and the aforesaid companies, partner-
ships and corporations.

WITNESS:

JEAN GOODMAN on behalf of herself
and the aforesaid companies, partner-
ships and corporations.

WITNESS:
THERESA A. ALBANESE
A Notary Public of New Jersey
My Commission expires Apr. 21, 1985

STUART J. FREEDMAN, on behalf of
Cadence Industries Corporation
its aforesaid division and wholly
owned subsidiary.

2.

2021MARVEL-0008076

## SCHEDULE A

Amazing Detective Cases Corp.

Americas Magman Sales Corp.

Animated Timely Features, Inc., Marvel Comics Group

Animirth Comics, Inc.

Atlas Magazines, Inc.

Atlas News Co., Inc.

Bard Publishing Co.

Bilbara Publishing Co., Inc.

Brief Digest Corp.

Britan Publishing Corp.

Broadcast Features Publications, Inc.

Canam Publishers Sales Corp.

Chipiden Publishing Corp.

Christiana Publishing Corp.

Classic Detective Stories, Inc.

Classic Syndicate, Inc.

Comedy Publications, Inc.

Comic Combine Corp.

Commonwealth Publishing Corp.

Complete Photo Story Corp.

Cornell Publishing Corp.

Crime Bureau Stories, Inc.

Crime Files, Inc.

Current Detective Stories, Inc.

Daring Comics Inc.

Emgee Publications, Inc.

Empire State Consolidated Adv. Corp.

Euclid Publishing Co., Inc.

Eye Publishing Corp.

Fantasy Comics, Inc.

Feature Story Corp.

2021MARVEL-0008077

Foto Parade, Inc.

Gem Publications, Inc.

Hercules Publishing Co.

H-K Publications, Inc.

International Magazine Sales (Dave Goodman)

Interstate Publishing Co.

Jaygee Publications, Inc.

Jeangood Publishing Corp.

Jest Publishing Co., Inc.

Leading Comic Corp.

Leading Magazine Corp., Marvel Comics Group

Lion Books, Inc.

Magazine Management Co., Inc.

Magman Export Corp.

Male Publishing Corp.

Manvis Publications, Inc.

Margood Publishing Corp.

Marjean Magazine Corp.

Marjean TV Enterprises

Marvel Comics Group

Marvel Comics, Inc.

Medalion Publishing Corp.

Miss America Publishing Corp.

Mohawk Publishing Corp.

Mutual Magazine Corp.

Newsstand Publications, Inc.

Non Pareil Publishing Corp.

2

2021MARVEL-0008078

VOL. 1720 PAGE 128

Official Magazine Corp.

Olympia Publications, Inc.

Olympus Publishing Corp.

Postal Publications, Inc.

Prime Publications, Inc.

Red Circle Magazines, Inc.

Revere Publishing Corp.

Select Publications, Inc.

Snap Publishing Co., Inc.

Sphere Publications, Inc.

Sports Action, Inc.

Stag Publishing Corp.

Timely Comics, Inc.

Timely Publications

Tip Top Publications, Inc.

20th Century Comic Magazine Corp.

20th Century Comics Corp.

Universal Crime Stories, Inc.

U.S.A. Comic Magazine Corp.

Transcontinental Publishing Corp.

Vista Publications, Inc.

Walden Publishing Co., Inc.

Warwick Publications, Inc.

Western Fiction Pub. Co. Inc.

Young Allies, Inc.

Zenith Books, Inc.

Zenith Publishing Corp.

Zest Publishing Co., Inc.

2021MARVEL-0008079

VOL. | 720 PAGE | 29

### SCHEDULE B

Action for Men    (Changed to the New Action For Men)

Action Life

Actual Romances (changed to Secret Confessions)

Ad Lib

An Adventure Into Friendship

Adventure Into Mystery

Adventure Life

Adventure in Paradise

Adventure Trails

Adventures of Homer Ghost

Adventures of Pussycat, The

Adventures Into Terror

Adventures Into Weird Worlds

Air Life

All Baseball Stories

All Football Stories

All Select Comics

All Star Detective

All Surprise Comics

All Teen Comics (changed to Teen Comics)

All the World's Cars, 1954

All True Crime Cases (changed to All True Crime)

All Western Winners

All Winners

All Winners Comics

Amazing Adult Fantasy (changed to Amazing Fantasy)

2021MARVEL-0008080

Amazing Adventures

Amazing Comics

Amazing Detective

Amazing Detective Cases

Amazing Mysteries

American Sky Devils

Angel

Animated Funny Comic-Tunes

Animated Movie Tunes Comics

Annie Oakley

Annie Oakley Western

Another Story Shop

Apache Kid, The (changed to Apache Kid)

Arizona Kid, The

Around the Mediterranean with My Bible

Arrowhead

Astonishing

Auto Age

Avengers, The

Bachelor

Bachelor's Pin-Ups

Baptist Under the Cross: World-wide Witness of American Baptists

Baseball Stars of 1953

Baseball Stars of 1957

Battle

Battle Action

Battle.Brady

Battlefield (changed to War Adventures on the Battlefield; changed to Battlefield)

Battlefront

Battleground

Best Cartoons from Argosy, The

Best Detective Cases

Best Detective Novel of the Month

Best Detective Selection

Best Love

Best Love Magazine

Best Sports

Best Western Novels (changed to Best Western)

Best Western Novels Magazine

Big Baseball Stories

Big Book Sports

Big Sports Magazine

Black Knight

Black Rider (changed to Western Tales of Black Rider; changed to Black Rider)

Blaze Carson

Blaze --- The Wonder Collie

Blonde Phantom

Blonde Phantom Comics

Boxing Life

Brand Echh (changed to Not Brand Echh)

Brief

Buck Duck

Bunk

Campus Humor (changed to Campus Jokes and Cartoons)

37

2021MARVEL-0008082

Captain America

Captain America Comics

Captain Marvel

Captain Savage and His Leatherneck Raiders (changed
to Captain Savage)

Carton Kids

Cartoon Capers

Cartoon Comedy

Cartoons from the Editors of Male and Stag

Cartoons the French Way

Cartoon Laughs

Cartoons For Men Only (changed to Cartoons and Gags)

Cartoons Marooned

Casey Crime Photographer

Cindy Comics (changed to Cindy Smith)

College Humor

Combat

Combat

Combat Kelly

Comedy

Comedy Comics

Comic Capers

Commando Adventures

Complete Baseball

Complete Comics

Complete Crossword Puzzles (changed to Complete All-Easy
Crossword)

Complete Detective

Complete Detective Cases

Complete Football

Complete Mystery

Complete Police Cases

Complete Puzzles

Complete Sports

2021MARVEL-0008083

Complete TV

Complete War Novels Magazines

Complete Western

Complete Western Book Magazine

I Confess

My Confession

Confessions

Confession Stories

Cowboy Action

Cowboy Romances

Cowgirl Romances

Crazy

Crime Can't Win

Crime Cases

Crime Cases Comics

Crime Exposed

Crimefighters

Crime Must Lose

A Crime Novel Selection

Crossword Puzzles for Experts

Daredevil

Daring Comics

Daring Mystery Comics

A Date with Millie (changed to Life with Millie)

A Date with Patsy

Detective Short Stories

Devil Dog Dugan

Dexter the Demon

My Diary

Dippy Duck

2021MARVEL-0008084

Doctor Strange

Dolly Dill Comics

Dopey Duck Comics

It's A Duck's Life

Exclusive Detective

Exclusive Detective Cases

Exotic

Expose Detective

Expose Detective Cases

Exposed

Exposed Crime Cases

Eye (changed to Eye-People and Pictures; changed to Eye)

Fantastic Four, The

<mark>Fantastic Four Annual, The</mark>

Fantasy Masterpieces

Fighting Man

Film Album

Film Funnies

Film Humor

Filmland

Film Stars Album

Film Stars Magazine

Final Appearance

Fishing Adventures

Five Western Novels

Flash

Focus

Foto Parade

Foto - Parade of People

2021MARVEL-0008085

VOL. 1720 PAGE 135

Frankie

Frankie Comics (changed to Frankie and Lana Comics)

Frankie Fuddle

French and Frisky

My Friend Irma

Frontier Western
Funny Frolics

Funny Frolics Comics

Gay

Gay Comics

Gayety

Georgie Comics (changed to Georgie and Judy Comics;
  changed to Georgie Comics; changed to Georgie)

Ghost Rider, The (Ghost Rider)

G.I. Tales

Girl Comics (changed to Girl Confessions)

My Girl Pearl

Girls' Life

Great Tales of City Dwellers

Great Tales of the Deep South

Great Tales of the Far West

Groovy

Growing in God's Way

Gunhawk, The

Gunsmoke Western

H As In Hangman

A Handful of Hell

Hardboiled Lineup, The

2021MARVEL-0008086

Hedy De Vine

Hedy De Vine Comics (changed to Hedy of Hollywood Comics)

Hedy of Hollywood

Hedy Wolfe

Hollywood Picture Life (changed to Hollywood Life)

Homer, The Happy Ghost

Homer Hooper

Honeymoon

How I Made a Million

Human Torch, The

Human Torch Comics, The

Hunting Adventures

Hush, Gabriel!

Ideal

Ideal Comics (changed to Willie Comics; changed to L'il Willie Comics; changed to Willie Comics)

Ideal Crossword Puzzles (changed to Original Crossword Magazine; changed to Original Crossword)

Incredible Hulk, The

Intimate Confessions

Iron Man

Iron Man & Sub-Mariner

Jann of the Jungle

Jeanie Comics

Jest

Joker   (changed to Joker Magazine)

Joker Comics

Journey Into Mystery

Journey Into Mystery Annual

Journey Into Unknown Worlds

2021MARVEL-0008087

Jubilee

Julie

Jungle Action (changed to Jungle Action and Black Panther)

Jungle Tales

Junior Class

Junior Crossword Magazine

Junior Miss

Junior Miss Comics

Junior Programs

Juniors

Junior Teacher

Justice Comics (changed to Justice)

Kathy

Adventures of KA-ZAR the Great

The Kellys

Ken (changed to Complete Man's Magazine; changed to Ken;
   changed to Complete Man Magazine)

Kent Blake of the Secret Service

Kid Colt Outlaw

Kid From Dodge City

Kid From Texas, The

Kid Comics

Kid Komics

Kill One, Kill Two

Komic Kartoons

Krazy Komics

Krazy Krow Comics

Lana (changed to Little Lana)

Laugh Parade

Lawbreakers

Lawbreakers Always Lose

2021MARVEL-0008088

Leading Detective Cases

Learning to Know Jesus

Letters to Jack

Life Confessions

Life and Laughter

Life Romances

Life Story Confessions

Linda Carter, Student Nurse

Lisping Man, The

Little Aspirin

Little Killer

Little Lenny

Little Lizzie

Lorna, the Jungle Queen (changed to Lorna, the Jungle Girl)

Love Adventures (changed to Actual Confessions)

Love Classics

Love Dramas

Loveland

Love Letters (changed to Love Secrets)

My Love

My Love Story

Our Love

Our Love Story

Love Romances

Lovers! The Magazine of Enchantment

Lovers

Love Secrets

Love Tales

Love Trails

Magnificent Sophia Loren #1, The

Male

Male Annual

Male Home Companion, The

Margie

Margie Comics

Marines At War
Marine Comedy
Marines In Action

Marines In Battle

Marvel

Marvel Boy

Marvel Collectors Item Classic

Marvel Comics

Marvel Mystery Comics (changed to Marvel Tales)

Marvel Science

Marvel Super-Heroes

Marvel Tales
Marvel Tales Annual

Marvel's Space-Born Superhero! Captain Marvel

Matt Slade, Gunfighter (changed to Kid Slade, Gunfighter)

Melodyland

Melvin the Monster

Men

Men Annual

Menace

Men In Action

For Men Only

Men's Adventures

Midsummer Night's Murder

Mighty Marvel Western, The

Millie the Model Annual

Millie the Model Comics (changed to Mille the Model)

Miss America (changed to Miss America Magazine; changed
to Miss America)

Miss America Club News

Miss America News

Miss America Special Edition (changed to Miss America Young Life)

3.

2021MARVEL-0008090

Mitzi

Mitzy Comics (changed to Mitzi's Boy Friend; changed to
    Mitzi's Romances)

Modeled in Murder

Modeling With Millie

Modern Love Stories


Modern Movies (changed to Modern Movies Hollywood Exposed)

Molly Manton's Romances

Monkey and the Bear, The

Monsters to Laugh With (changed to Monsters Unlimited)

Motorsport

Movie Album Magazine (changed to Movie Album)

Movie Annual

Movie Life Year Book

Movie Stars Parade (changed to Movie Stars TV Close-Ups;
    changed to Movie Stars)

Movie Tunes Comics

Movie World

Movies Magazine

Mystery Tales

Mystic

Mystical Tales

Mystic Comics

Naked in the Dark

Namora

National Detective

National Detective Cases

Navy Action

Navy Combat

Navy Tales
Nellie
Nellie the Nurse

2021MARVEL-0008091

Nellie the Nurse (changed to Nellie the Nurse Comics;
  changed to Nellie the Nurse)

New Cartoons Jokes and Gags

New Testament Evangelism, How It Works Today

Nick Fury, Agent of Shield

1949 Complete Football

Oscar

Oscar Comics (changed to Awful Oscar; changed to Oscar Comics)

Outlaw Fighters

Outlaw Kid, The
Patsy and Hedy Annual
Patsy and Her Pals

Patsy Walker
Patsy Walker's Fashion Parade

Gil Paust's Gun Book

Photo

Picture

Picture Life

Police Action

Powerhouse Pepper Comics (changed to Powerhouse Pepper)

Practical Handyman

Price and the Prize, The

Primary Teacher

Private Eye

Quick Trigger Western

Quintet

Radioland and Television

Ranch Love Stories

Ranchland Love
Rascal's Guide, The

Rawhide Kid (changed to The Rawhide Kid)

Rawhiders

Read

Real Experiences

Real Life Adventures

Real Sports

Red Lily, The

Red Raven Comics

Red Warrior

How to Remember Names and Faces

Reno Browne

Rex Hart

Rhapsody in Black

Right or Wrong?

Ringo Kid (changed to The Ringo Kid)

Riot

Romance Diary

My Romance (changed to My Own Romance)

Romance Tales

Romances of Molly Manten

Romances of Nurse Helen Grant, The

Romances of the West

Romantic Affairs

Romantic Confessions

Rugged Action

Rusty

Rusty Comics (changed to Rusty and her Family Comics)

Sailor Sweeney

Salute

Saskia

Stan Lee Presents Savage Fists of Kung Fu

Say Yes to Murder

2021MARVEL-0008093

Screen Magazine (changed to Screen)

Screen Stars

Screen Stars Album

Screen Western Stories

Screen World

Secret Place (changed to The Secret Place)

Secret Story

Secret Story Romances

Sensational New Movie Starlets

Sergeant Barney Barker

Sgt. Fury (changed to Sergeant Fury and His Howling Commandos)

Sherry the Showgirl

Showgirls

Silly Tunes Comics

Silver Streak Comics

Silver Surfer, The

Sintown, U.S.A.

Six Gun Western

Snafu

Snap

Sorority House

Spaceman

Space Squadron

Space Worlds

Spectacular Spider-Man, The

Spellbound

Amazing Spider-Man

Amazing Spider-Man Annual, The

Spirit Tree, The

Sport Life

Sport Pix

Sports Action

Sportsman (changed to Sportsman and Guns)

Sports Short Stories

2021MARVEL-0008094

Sports Stars

Sport Trails

Spy Cases

Spy Fighters

Spy Thrillers

Stag

Stag Annual

Stag Gags

For Stags Only

Stories of Romance

Strange Stories of Suspense

Strange Tales

Strange Tales Annual

Strange Tales of the Unusual

Strange Worlds

Strangler's Holiday

Sub-Mariner (changed to Sub-Mariner Comics; changed to
Sub-Mariner; changed to The Submariner)

Prince Namor the Submariner

Sun Girl

Super Rabbit

Super Rabbit Comics

Swank

Tales of Asgard

Tales of Justice

Tales of Suspense

Tales of the Marines

Tales to Astonish

Teaching Juniors

Teen

Teen-Age Romance

Teen-Age Romances

Teens

Teen Tempo

2021MARVEL-0008095

VOL. 1720 PAGE 145

Television Life

Ten True Crime Cases

Tents Toward the Sunrise

Terry Toons Comics (changed to Paul Terry's Terrytoon Comics; changed to Paul Terry's Comics; changed to Paul Terry's Adventures of Mighty Mouse; changed to Adventures of Mighty Mouse; changed to Mighty Mouse)

Tessie the Typist (changed to Tiny Tessie)

Texas Kid

Tex Morgan

Tex Taylor

Thor

Thor King Size

3-Book Western

3-D Action

3-D Tales of the West

Three Western Novels

Three Western Novels Magazine

Tip Top Crossword Puzzles (changed to Tip-Top Crossword)

Tough Kid Squad Comics

Triple-Length Adventure

True Action (changed to Fifteen Detective Stories, changed to True Adventures)

True Adventure

True Complete Mystery

True Life Tales

True Secrets

True Tales of Love

True Western

2021MARVEL-0008096

VOL. 1720 PAGE 146

TV Album

TV Annual

TV Land (changed to Day-Time Stars)

TV Movie & Record Stars Illustrated (changed to TV Movie & Record Stars; changed to Movies Illustrated)

TV People and Pictures (changed to TV People)

TV Pictorial

TV and Screen World (changed to Screen World and TV; changed to TV World; changed to TV and Screen World; changed to Screen World)

TV World Album

2 Daring Love Novels

Two Gun Kid

Two Gun Western

Two-Gun Western Novels Magazine

Uncanny Tales

Understanding Adults

Unknown Worlds (changed to Journey Into Unknown Worlds; changed to Unknown Worlds)

U.S.A. Comics

Venus

Wacky Duck

War

War Action

War Adventures

War Combat (changed to Combat Casey)

War Comics

Wendy Parker

2021MARVEL-0008097

Western Fiction Magazine

Western Gunfighters

Western Kid (changed to The Western Kid)

Western Life Romances

Western Magazine

Western Novel and Short Stories

Western Outlaws

Western Outlaws and Sheriffs

Western Short Stories

Western Thrillers

Western Trails

Western Winners

Whip Wilson

Wild

Wild West (changed to Wild Western)

Wild Western
Willie

Willie the Wiseguy

The Witness

Wives and Lovers

A Woman's Life

Women Without Men
For Women Only

Wonder Duck

World of Fantasy

World of Mystery

World of Suspense

2021MARVEL-0008098

Wyatt Earp

The X-Men

Ye Are My Witnesses

Yellow Claw, The

Yoo Hoo

You Don't Say

More You Don't Say

Young Allies Comics (changed to Young Allies; changed to
    Young Allies Comics)

Young Hearts

Young Men (changed to Young Men on the Battlefield; changed
    to Young Men)

Young Movie Lovers

Young People (changed to Impact; changed to Action/Impact)

Young People's Class

Young People's Topic

Zest

Ziggy Pig Silly Seal

Ziggy Pig Silly Seal Comics

23

2021MARVEL-0008099