# EXHIBIT 13

## COPYRIGHT ASSIGNMENT

This Assignment is made as of December 29 , 1986 by CADENCE INDUSTRIES CORPORATION, doing business as Marvel Comics Group (hereinafter referred to as the "Assignor"), a corporation organized under the laws of the State of Delaware, and having a place of business at 387 Park Avenue South, New York, New York 10016, to MARVEL ENTERTAINMENT GROUP, INC. (hereinafter referred to as the "Assignee"), a corporation organized under the laws of the State of Delaware, and having a place of business at 387 Park Avenue South, New York, New York 10016, witnesseth that:

WHEREAS, the Assignor is the owner of numerous copyrights relating to the Assignor's Marvel Comics Group business; and,

WHEREAS, the Assignee is desirous of acquiring all right, title and interest in and to said copyrights relating to the Assignor's Marvel Comics Group business;

NOW, THEREFORE, to all whom it may concern, be it known that for and in consideration of the sum of One Dollar ($1.00) and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Assignor does by these presents and as of the date hereof sell, assign, transfer and convey unto the Assignee, and its successors and assigns, any and all right, title and interest throughout the

world which the Assignor may have or control in and to all copyright rights relating in any way to the Assignor's Marvel Comics Group business, including but not limited to all copyright rights relating in any way to the works (including but not limited to publications, motion picture films and musical works) whose titles are identified on Schedule "A" attached hereto, as well as all copyright registrations and applications for copyright registration of said works, all rights to renewal and extension of copyright, and all rights to make application or institute suit for the past, present or future infringement thereof.

                                    CADENCE INDUSTRIES CORPORATION
                                    DOING BUSINESS AS
                                    MARVEL COMICS GROUP


                                    By:
                                        Name:  _____
                                        Title: _____

Subscribed before me
this ___ day of _____ , 1986


_____
Notary Public

SCHEDULE "A"

COPYRIGHT TITLES

OF THE

MARVEL COMICS GROUP and/or
MAGAZINE MANAGEMENT CO., INC.
(and their predecessors in interest)

2021MARVEL-0008105

## SCHEDULE OF TITLES UNDER
## WHICH COPYRIGHTS HAVE BEEN REGISTERED FOR BOOKS,
## PERIODICALS AND OTHER PUBLICATIONS

| Title: | Year of Publication: |
|---|---|
| Achievement Plan for Use In Baptist Sunday Church Schools, The | 1946 |
| Adventure Into Friendship, An | 1948 |
| Adventure in Paradise | 1958 |
| All the World's Cars, 1954 | 1954 |
| Amazing Spider-Man Annual, The | 1964 |
| Amazing Spider-Man Annual, The | 1965 |
| Amazing Spider-Man Coloring Book, The | 1976 |
| Amazing Spider-Man Game [directions] | 1967 |
| Amazing Spider Man King Size, The | 1973 |
| Amazing Spider Man All Plastic Assembly Kit, The | 1974 |
| American Aircraft Modeler Annual, 1968 | 1968 |
| America Modeler Annual | 1961 (November 3) |
| American Modeler Annual | 1961 (November 14) |
| American Modeler Annual | 1962 |
| American Modeler Annual | 1963 |
| American Modeler Annual | 1964 |
| American Modeler Annual | 1965 |
| Another Story Shop | 1947 |
| Answering God's Call | 1952 |
| Ardmore Oklahoma, Criss Cross Directory | 1955 |
| Around the Mediterranean with My Bible | 1948 |
| Avengers Battle the Earth-Wrecker, The | 1967 |

2021MARVEL-0008106

| | |
|---|---|
| Bachelor Magazine | 1956 |
| Baptist Ministry, The:  Then and Now | 1953 |
| Baptist Witness, The | 1953 |
| Baptist Under the Cross:  World-wide Witness of American Baptists | 1953 |
| "...And Be Baptized" | 1952 |
| Baseball Stars of 1953 | 1953 |
| Baseball Stars of 1957 | 1957 |
| Best Cartoons from Argosy, The | 1958 |
| Best Cartoons [from MALE] | 1970 |
| Best Detective Cases | 1971 (January 7) |
| Best Detective Cases | 1971 (December 13) |
| Best of True Secrets, The | 1974 |
| Big Millie The Model Annual, The | 1962 |
| Big Strange Tales Annual, The | 1962 |
| Blessed Be Egypt My People | 1953 |
| Borrowed Glow, The | 1947 |
| Candide | 1952 |
| Captain America Coloring Book | 1966 |
| Captain America:  The Great Gold Steal | 1968 |
| Cartoon Kids | 1957 |
| Cartoons from the Editors of Male and Stag | 1964 |
| Cartoons the French Way | 1955 |
| Cedar Block, The | 1949 |
| Children We Teach, The | 1950 |
| Christian Beliefs | 1947 |

| | |
|---|---|
| Christian Home in a Rural Setting, The | 1953 |
| Christian Journalism for Today | 1952 |
| Church Officers at Work | 1951 |
| College Humor | 1956 |
| Combat | 1956 |
| Congo Cameos | 1952 |
| Consumer's Fight-Back Book, The | 1972 |
| Corpse Comes Ashore, The | 1945 |
| Corpse Hangs High | 1943 |
| Corpse and the Three Ex-Husbands, The | 1944 |
| Cowards or Conquerors | 1951 |
| Dallas Social Register | 1940 |
| Dallas Social Register | 1943 |
| D-As in Dead | 1944 |
| Dead Giveaway | 1944 |
| Death is the Host | 1943 |
| Death Goes Native | 1944 |
| Desmoines, Iowa, Criss Cross Directory | 1955 |
| Discovering Wayside Treasures | 1948 |
| Doomsday | 1953 |
| East St. Louis, Illinois, Criss Cross Directory | 1955 (February 1) |
| East St. Louis, Illinois Criss Cross Directory | 1955 (November 2) |
| Enid, Oklahoma, Criss Cross Directory | 1955 |
| Establishing the Converts | 1952 |

| | |
|---|---|
| Etched in Murder | 1959 |
| Every Man's Bible | 1953 |
| Example Race-Speed Analysis | 1972 |
| The Fabulous Fantastic Four Find Themselves Prisoners of the Pharaoh & The Amazing Spider Man:  The Birth of a Super-Hero! | 1967 |
| Facts You Should Know About Reducing | 1941 |
| Fantastic Four Annual, The | 1963 |
| Fantastic Four Annual, The | 1964 |
| Fantastic Four Annual | 1965 |
| Fantastic Four in the House of Horrors, The | 1969 |
| Fighting Man | 1953 |
| Final Appearance | 1944 |
| Flagellant on Horseback | 1950 |
| "Follow Me" | 1949 |
| For Christ and the Church | 1952 |
| For Men Only Annual | 1970 |
| For Men Only Annual | 1973 |
| For Men Only Annual | 1974 (May 21) |
| For Men Only Annual | 1974 (October 22) |
| For Men Only Annual | 1975 |
| For Stags Only | 1955 |
| Fort Smith, Van Buren, Barling, Arkansas Criss Cross Directory | 1955 |
| Foundations For Freedom | 1952 |
| 450 Stories From Life | 1947 |
| French and Frisky | 1956 |

| | |
|---|---|
| Giant-Size Avengers | 1975 |
| Giant-Size Captain America | 1975 |
| Giant-Size Captain Marvel | 1975 |
| Giant-Size Captain Spiderman | 1975 |
| Giant-Size Doc Savage | 1975 |
| Giant-Size Hulk | 1975 |
| Giant-Size Iron Man | 1975 |
| Giant-Size Power Man | 1975 |
| Giant-Size Thor | 1975 |
| Jackie Gleason | 1955 |
| God's Gold | 1949 |
| Golden Dress, The | 1944 |
| Gospel of Paul, The | 1973 |
| Graf-Fun Game on United States Geography | 1943 |
| Great Tales of City Dwellers | 1955 |
| Great Tales of the Deep South | 1955 |
| Great Tales of the Far West | 1956 |
| Growing in God's Way | 1953 |
| Guide to Audio-Visual Materials for Elementary School Social Studies, A | 1950 |
| Guiding Children in the Nursery Class | 1948 |
| Guiding Youth in Christian Growth | 1954 |
| H As In Hangman | 1944 |
| Half | 1953 |
| Handful of Hell, A | 1956 |
| Hardboiled Lineup, The | 1956 |

2021MARVEL-0008110

| | |
|---|---|
| King Size The Amazing Spiderman | 1973 |
| King Size Conan the Barbarian | 1973 |
| King Size Fantastic Four | 1973 |
| Knowing The New Testament | 1954 |
| Lawton, Oklahoma, Criss Cross Directory, 1956 | 1955 |
| Lazy-Man-Rest-Not:  The Burma Letters of Brayton C. Case | 1946 |
| Learning to Know Jesus | 1950 |
| Stan Lee Presents:  The Fantastic Four:  And Now, Then, The Invaders | 1976 |
| Stan Lee Presents:  The Invincible Iron Man | 1976 |
| Stan Lee Presents:  Savage Fists of Kung Fu | 1975 |
| Stan Lee Presents:  The Spectacular Spider Man | 1975 |
| Let's Get Acquainted | 1948 |
| Letters to Jack | 1949 |
| Life and Laughter | 1950 |
| Lisping Man, The | 1944 |
| Little Killer | 1952 |
| Magnificent Sophia Loren #1, The | 1957 |
| Making Our Friendships Christian | 1952 |
| Male Annual | 1964 |
| Male Annual | 1965 |
| Male Annual | 1966 |
| Male Annual | 1967 |
| Male Annual | 1968 |

2021MARVEL-0008111

| | |
|---|---|
| Male Annual | 1970 |
| Male Annual | 1973 |
| Male Annual | 1974 |
| Male Annual | 1975 |
| Man I Killed, The | 1952 |
| Man Can Know God, A | 1949 |
| Manhood Regained | 1941 |
| Man -- Living Soul | 1952 |
| Marvel and DC Present MGM's Marvelous Wizard of Oz | 1975 |
| Marvel Tales Annual | 1964 |
| Marvel Tales Annual | 1965 |
| Marvel Treasury Special: Giant Superhero Holiday Grab-Bag, 1974 | 1974 |
| Masterpieces of Old Testament Literature (Pupil's Book) | 1954 |
| Masterpieces of Old Testament Literature (Teacher's Book) | 1954 |
| Meaning of Church Membership, The | 1950 |
| Memo to Institutional Clients | 1970 |
| Men Annual | 1966 |
| Men Annual | 1967 |
| Men Annual | 1968 |
| Men Annual | 1969 |
| Men Annual | 1973 |
| Midsummer Night's Murder | 1945 |
| Mighty Marvel Bicentennial Calendar, The, 1976 | 1975 |

2021MARVEL-0008112

| | |
|---|---|
| Mighty Marvel Calendar for 1975 | 1974 |
| Millie the Model Annual | 1963 |
| Millie the Model Annual | 1964 |
| Millie the Model Annual | 1965 |
| Mission to City Multitudes | 1954 |
| Missionary Education in a Baptist Church | 1953 |
| Missionary Education of Children | 1954 |
| Modeled in Murder | 1943 |
| Modern Movies' Hollywood Exposed Annual | 1975 |
| Moments of Worship | 1953 |
| More You Don't Say | 1963 |
| Motorsport | 1957 |
| Movie Annual | 1955 |
| Movie Life Year Book | 1945 |
| Movie Life Year Book | 1947 |
| Movie Stars Annual | 1962 |
| Movie Stars Annual | 1963 (January 8) |
| Movie Stars Annual | 1963 (July 8) |
| Movie Stars Annual | 1963 (December 27) |
| Movie Stars Parade Album | 1946 |
| Movie World Annual | 1974 |
| Movie World Annual | 1975 |
| Multiply Quickly | 1939 |
| Murder Goes to College | 1944 |
| Murder in the House with the Blue Eyes | 1944 |
| Murder With Long Hair | 1944 |

2021MARVEL-0008113

| | |
|---|---|
| Murder R.F.D. | 1944 |
| Murder Will In | 1944 |
| Muskogee, Oklahoma, Criss Cross Directory | 1955 |
| Naked in the Dark | 1953 |
| Netherlands, The (Holland) (Teacher's Guide) | 1943 |
| Netherlands, The (East Indies) (Teacher's Guide) | 1943 |
| Netherlands, The (West Indies) (Teacher's Guide) | 1943 |
| New Testament Evangelism, How it Works Today | 1946 |
| Oklahoma City Criss Cross Directory, 1956 | 1955 |
| Omaha, Nebraska, Criss Cross Directory | 1955 |
| Origins of Marvel Comics | 1974 |
| On Whom the Spirit Came | 1948 |
| Our Church Plans for Adult Education | 1952 |
| Our Church Plans for Children | 1951 |
| Our Church Plans for Youth | 1953 |
| Patsy and Hedy Annual | 1963 |
| Patsy Walker's Fashion Parade | 1965 |
| Gil Paust's Gun Book | 1956 |
| People Maker, The | 1959 |
| Peoria, Illinois, Criss Cross Directory | 1955 |

| | |
|---|---|
| Plane Geometry Outline | 1940 |
| Planning Christian Education in the Local Church | 1949 |
| Price and the Prize, The | 1954 |
| Pupil's Work Sheets to Accompany the Vacation Church School Text Jesus, Friend of All | 1950 |
| Pupil's Work Sheets to Accompany the Vacation Church School Text Learning to Know Jesus | 1950 |
| Quintet | 1956 |
| Rascal's Guide, The | 1959 |
| Rawhiders | 1959 |
| Red Lily, The | 1957 |
| Rhapsody in Black | 1953 |
| Right or Wrong? | 1953 |
| Rogues and Lovers | 1956 |
| Romance of Doorbells, The | 1951 |
| Saskia | 1953 |
| Say Yes to Murder | 1943 |
| Screen Stars Yearbook | 1974 |
| Screen Stars Yearbook | 1975 |
| Screen Stars Yearbook | 1976 |
| Sensational New Movie Starlets | 1956 |
| Sgt. Fury Annual | 1965 |
| Sermon on the Mount | 1952 |
| Sex Life and You | 1949 |
| Shady Doings | 1944 |
| Signora, La | 1957 |

2021MARVEL-0008115

| | |
|---|---|
| Simon Called Peter | 1948 |
| Singing Widow, The | 1945 |
| Sintown, U.S.A. | 1952 |
| Skin Problem Facing Young Men and Women, The | 1948 |
| Son of Origins of Marvel Comics | 1975 |
| Sorority House | 1956 |
| Spectacular Spider-Man Marvel Treasury Edition | 1974 |
| Spirit Tree, The | 1951 |
| Springfield, Illinois Criss Cross Directory | 1955 (January 1) |
| Springfield, Illinois Criss Cross Directory | 1955 (October 26) |
| Springfield, Missouri Criss Cross Directory | 1955 |
| Stag Annual | 1965 |
| Stag Annual | 1966 |
| Stag Annual | 1967 |
| Stag Annual | 1968 |
| Stag Annual | 1969 |
| Stag Annual | 1970 |
| Stag Annual | 1973 |
| Stag Annual | 1974 (February 5) |
| Stag Annual | 1974 (July 2) |
| Stag Gags | 1954 |
| Story of Jesus Pt. 1-[2], The (Pupil's Book) | 1950 |
| Story of Jesus, The (Teacher's Book) | 1950 |
| Strange Tales Annual | 1963 |

| | |
|---|---|
| Strangler's Holiday | 1942 |
| Superman and the Amazing Spider-Man | 1976 |
| Table Talk and Tidbits | 1953 |
| Tales of Asgard | 1968 |
| Teacher's Guide to Accompany Kit of Visual Teaching Aids on South America | 1942 |
| Teacher's Guide to Accompany Kit of Visual Teaching Aids on United States Geography | 1942 |
| Teaching Juniors | 1954 |
| Teaching Kindergarten Children | 1949 |
| Teaching Primary Children | 1951 |
| Tents Toward the Sunrise | 1953 |
| This Is It | 1957 |
| 3 Girls and a Killer | 1943 |
| Tiger Street | 1954 |
| Toward Better Health | 1948 |
| Toward Christian Camping | 1948 |
| Trustees of Creation | 1949 |
| Tulsa, Oklahoma, Criss Cross Directory | 1955 |
| TV Annual | 1954 |
| TV Annual | 1956 |
| TV Annual | 1957 |
| TV By Day Album | 1974 |
| TV By Day Yearbook | 1974 |
| Twelve Laws of Life | 1950 |
| Twiggy, The Girl, The Look, The Scene | 1967 |

2021MARVEL-0008117

| | |
|---|---|
| Understanding Adults | 1948 |
| Use of Visual Aids in the Teaching of Arithmetic, The | 1950 |
| We Can Win Others | 1953 |
| We Worship Together | 1948 |
| What About Memory Work? | 1947 |
| Where Jesus Walked | 1953 |
| Who's Delinquent | 1954 |
| Wichita, Kansas, Criss Cross Directory, 1956 | 1955 |
| Wichita Falls, Texas Criss Cross Directory | 1955 |
| Wit and Wisdom of Watergate, The | 1973 |
| Wives and Lovers | 1956 |
| Woman's Life, A | 1954 |
| Women Without Men | 1957 |
| Word Hunt Special | 1973 |
| Writing for Christian Publications | 1953 |
| Ye Are My Witnesses | 1954 |
| You Don't Say | 1963 (February 5) |
| Zeno's 1974 Horoscope Calendar: Aquarius | 1973 |
| Zeno's 1974 Horoscope Calendar: Aries | 1973 |
| Zeno's 1974 Horoscope Calendar: Cancer | 1973 |

Zeno's 1974 Horoscope Calendar:          1973
Capricorn

Zeno's 1974 Horoscope Calendar:          1973
Gemini

Zeno's 1974 Horoscope Calendar:          1973
Leo

Zeno's 1974 Horoscope Calendar:          1973
Libra

Zeno's 1974 Horoscope Calendar:          1973
Pisces

Zeno's 1974 Horoscope Calendar:          1973
Sagittarius

Zeno's 1974 Horoscope Calendar:          1973
Scorpio

Zeno's 1974 Horoscope Calendar:          1973
Taurus

Zeno's 1974 Horoscope Calendar:          1973
Virgo

2021MARVEL-0008119

All Winners

All Winners Comics

Amazing Adult Fantasy (changed to Amazing Fantasy)

Amazing Adventures

Amazing Comics

Amazing Detective

Amazing Detective Cases

Amazing Mysteries

Amazing Spider-Man

American Sky Devils

Angel

Animated Funny Comic-Tunes

Animated Movie Tunes Comics

Annie Oakley

Annie Oakley Western

Apache Kid, The (changed to Apache Kid)

Arizona Kid, The

Arrgh

Arrowhead

Astonishing

Astonishing Tales

Auto Age

Avengers, The

Bachelor

Bachelor's Pin-Ups

Baptist Leader

2021MARVEL-0008120

Battle

Battle Action

Battle Brady

Battlefield (changed to War Adventures on the Battlefield;
changed to Battlefield)

Battlefront

Battleground

Beauty Photography

Best Cartoons from the Editors of Stag and Male

Best Detective Cases

Best Detective Novel of the Month

Best Detective Selection

Best Detective Stories

Best Love

Best Love Magazine

Best of Male and For Men Only, The

Best Sports

Best Western Novels (changed to Best Western)

Best Western Novels Magazine

Beware

Bible Tales For Young Folk (changed to Bible Tales For
Young People)

Big Baseball Stories

Big Book Sports

Big Sports Magazine

Billy Buckskin

Black Goliath

Black Knight

Black Rider (changed to Western Tales of Black Rider; changed to Black Rider)

Blaze Carson

Blaze--The Wonder Collie

Blonde Phantom

Blonde Phantom Comics

Boat Sport

Boxing Life

Brand Echh (changed to Not Brand Echh)

Brief

Buck Duck

Bunk

Campus Humor (changed to Campus Jokes and Cartoons)

Campus Humor Combined with Campus Howl

Captain America

Captain America Comics

Captain Marvel

Captain Savage and His Leatherneck Raiders (changed to Captain Savage)

Linda Carter, Student Nurse

Cartoon Capers

Cartoon Comedy

Cartoon Laughs

Cartoons For Men Only (changed to Cartoons and Gags)

Cartoons Marooned

Casey Crime Photographer

Cat, The

Caught

Celebrity

Chamber of Chills

Chamber of Darkness

Champions, The

Cheers

Chili

Cindy Comics (changed to Cindy Smith)

Combat

Combat Kelly

Comedy

Comedy Comics

Comic Capers

Commando Adventures

Complete A Word

Complete Baseball

Complete Comics

Complete Crossword Puzzles (changed to Complete All-Easy Crossword)

Complete Detective

Complete Detective Cases

Complete Football

Complete Mystery

Complete Police Cases

Complete Puzzles

Complete Sports

Complete TV

Complete War Novels Magazines

Complete Western

Complete Western Book Magazine

Conan the Barbarian

Confessions

Confession Stories

Country and Western World

Cowboy Action

Cowboy Romances

Cowgirl Romances

Crazy

Crazy Magazine

Creatures on the Loose

Crime Can't Win

Crime Cases

Crime Cases Comics

Crime Exposed

Crimefighters

Crime Must Lose

Crime Novel Selection, A

Crossword Puzzles for Experts

Crypt of Shadows

Cupid

Daredevil

Daring Comics

Daring Mystery Comics

2021MARVEL-0008124

Date With Millie, A (changed to Life With Millie)

Date With Patsy, A

Day By Day A Better Weigh

Dead of Night

Deadly Hands of Kung Fu, The

Deb

Defenders, The

Della Vision

Detective Short Stories

Devil Dog Dugan

Dexter the Demon

Dippy Duck

Doc Savage

Doctor Strange

Dolly Dill Comics

Dopey Duck Comics

Dracula (changed to Dracula Lives)

Dynamic Science Stories

Easy-Timed Crossword Puzzles (changed to Easy-Timed
Crossword's Word Hunt)

Eternals, The

Exclusive Detective

Exclusive Detective Cases

Exotic

Expose Detective

Expose Detective Cases

2021MARVEL-0008125

Exposed

Exposed Crime Cases

Eye (changed to Eye-People and Pictures; changed to Eye)

Eye, The (of Pinkerton's National Detective Agency, Inc. changed to The Eye)

Faithful

Fantastic Four, The

Fantasy Masterpieces

Fear

Film Album

Film Funnies

Film Humor
Filmland
Film Stars Album

Film Stars Magazine

Fishing Adventures

Five Western Novels

Flash

Flash, The

Flash Comics

Flying Age Including Flying Aces (changed to Flying Age Traveler; changed to Flying Models Including Flying Aces; changed to Flying Models (Including Air World and Flying Aces); changed to Flying Models Including Air World and Flying Aces; changed to Flying Models)

Focus

Focus Magazine

For Men Only

For Men Only Annual

2021MARVEL-0008126

For Women Only

Form A Word

Foto Parade

Foto - Parade of People

Frankenstein

Frankie

Frankie Comics (changed to Frankie and Lana Comics)

Frankie Fuddle

Frontier Western

Funny Frolics

Funny Frolics Comics

Gay

Gay Comics

Gayety

Georgie Comics (changed to Georgie and Judy Comics;
changed to Georgie Comics; changed to Georgie)

Ghost Rider, The (Ghost Rider)

G.I. Joe

G.I. Tales

Giant Size Avengers

Giant Size Chillers

Giant Size Conan

Giant Size Creatures

Giant Size Daredevil

Giant Size Defenders

Giant Size Dracula

Giant Size Fantastic Four

Giant Size Invaders

Giant Size Kid Colt

Giant Size Man-Thing

Giant Size Marvel Triple Action

Giant Size Master of Kung-Fu

Giant Size Spiderman

Giant Size Superstars

Giant Size Super-Villain Team-Up

Giant Size Werewolf

Giant Size X-Men

Girl Comics (changed to Girl Confessions)

Girls' Life

Great Robberies and How They Were Solved

Groovy

Gunhawk, The

Gunhawks

Gun-Slinger

Gunsmoke Western

Handy Crossword Puzzles

Harvey

Haunt of Horror, The

Hedy De Vine

Hedy De Vine Comics (changed to Hedy of Hollywood Comics)

Hedy of Hollywood

Hedy Wolfe

| Title | Year |
|---|---|
| Tom Hardy, Explorer | 1947 |
| Tom Hardy, P.K. | 1945 |
| Helping Children to Worship | 1947 |
| Highlights and Points of Emphasis in Planning for Lay Leadership in American Baptist Churches from the Lay Leadership Development Conference, American Baptist Assembly, Green Lake, Wisconsin, July 23-27, 1952 | 1953 |
| History of the Baptists, A | 1950 |
| How I Made A Million | 1955 |
| How to Play The Game of Climb the Pyramid | 1949 |
| How to Remember Names and Faces | 1938 |
| How to Use American Baptist Uniform Lessons in the Church School | 1952 |
| Hush, Gabriel! | 1944 |
| I Will Follow Jesus | 1952 |
| Incredible Hulk, The | 1974 |
| Instructions for Assembling. 421. "The Hulk" | 1966 |
| Instructions for Assembling. 477. "Spider Man" | 1966 |
| Interpreters Needed | 1951 |
| Jesus, Friend of All | 1950 |
| Joplin, Missouri, Criss Cross Directory,1956 | 1955 |
| Journey Into Mystery Annual | 1965 |
| Joyful Journey, Highlights on the Highway | 1951 |
| Julie | 1956 |
| Kill One, Kill Two | 1944 |

Hero For Hire

High Call, The

Hit! (Magazine)

Hollywood Picture Life (changed to Hollywood Life)

Home

Homer, The Happy Ghost

Homer Hooper

Honeymoon

Howard the Duck

Human Torch, The

Human Torch Comics, The

Hunting Adventures

I Confess

Ideal

Ideal Comics (changed to Willie Comics; changed to L'il Willie Comics; changed to Willie Comics)

Ideal Crossword Puzzles (changed to Original Crossword Magazine; changed to Original Crossword)

Ideals

Incredible Hulk, The

Inhumans

Intermediate-Senior Class

Intimate Confessions

Intimate Romances

Intimate Secrets

Invaders, The

Iron Fist

Iron Man

Iron Man & Sub-Mariner

It's A Duck's Life

Jann of the Jungle

Jeanie Comics

Jest

Joker (changed to Joker Magazine)

Joker Comics

Journey Into Mystery

Journey Into Unknown Worlds

Jubilee

Jungle Action (changed to Jungle Action and Black Panther)

Jungle Tales

Junior Class

Junior Crossword Magazine

Jr. Hi Topic (changed to Jr. High Topic)

Junior Miss

Junior Miss Comics

Junior Programs

Junior Teacher

Juniors

Justice, The

Justice Comics (changed to Justice)

Kathy

Ka-zar

Kellys, The

Ken (changed to Complete Man's Magazine; changed to Ken; changed to Complete Man Magazine)

Kent Blake of the Secret Service

Kid Colt Outlaw

Kid From Dodge City

Kid From Texas, The

Kid Comics

Kid Komics

Komic Kartoons

Krazy Komics

Krazy Krow Comics

Kull, the Conqueror (changed to Kull, the Destroyer)

Laff

Lana (changed to Little Lana)

Laugh Parade

Lawbreakers

Lawbreakers Always Lose

Leading Detective Cases

Stan Lee Presents The Marvelous Land of Oz

Life Confessions

Life Romances

Life Story Confessions

Li'l Kids

Li'l Pals

Little Aspirin

Little Lenny

Little Lizzie

2021MARVEL-0008132

Lorna, the Jungle Queen (changed to Lorna, the Jungle Girl)

Love Adventures (changed to Actual Confessions)

Love Classics

Love Dramas

Loveland

Love Letters (changed to Love Secrets)

Love Romances

Lovers! The Magazine of Enchantment

Lovers

Love Secrets

Love Tales

Love Trails

Loving

Mad About Millie

Make-A-Word

Male

Male Annual

Male Home Companion, The

Man Comics

Man-Thing

Man's World

Margie

Margie Comics

Marine Comedy

Marines At War

2021MARVEL-0008133

Marines In Action

Marines In Battle

Marvel

Marvel Adventures

Marvel Boy

Marvel Chillers

Marvel Collectors Item Classic

Marvel Comics

Marvel Double Feature

Marvel Feature

Marvel Mystery Comics (changed to Marvel Tales)

Marvel Premiere

Marve Presents

Marvel Science

Marvel Spectacular

Marvel Spotlight

Marvel Super-Heroes

Marvel Tales

Marvel Team-Up

Marvel Treasury Edition

Marvel Triple Action

Marvel Two-In-One

Marvel's Greatest Comics

Marvel's Space-Born Superhero! Captain Marvel

Marvin Mouse

2021MARVEL-0008134

Master of Kung-Fu

Matt Slade, Gunfighter (changed to Kid Slade, Gunfighter)

Meet Miss Bliss

Melodyland

Melodyland Messenger

Melvin Monster

Melvin the Monster

Men

Menace

Men Annual

Men In Action

Men's Adventures

Mighty Marvel Western, The

Millie the Model Comics (changed to Millie the Model)

Millie the Model Queen Size

Miss America (changed to Miss America Magazine; changed to Miss America)

Miss America Club News

Miss America News

Miss America Special Edition (changed to Miss America Young Life)

Mitzi

Mitzy Comics (changed to Mitzi's Boy Friend; changed to Mitzi's Romances)

Modeling With Millie

Modern Love Stories

Modern Movies (changed to Modern Movies Hollywood Exposed)

Molly Manton's Romances

Monkey and the Bear, The

Monster Madness

Monsters of the Movies

Monsters on the Prowl

Monsters to Laugh With (changed to Monsters Unlimited)

Monsters Unleashed

Motorsport

Movie Album Magazine (changed to Movie Album)

Movie Annual

Movie Stars Parade (changed to Movie Stars TV Close-Ups; changed to Movie Stars)

Movie Stars Parade Album

Movie Tunes Comics

Movie World

Movies Magazine

My Confession

My Diary

My Friend Irma

My Girl Pearl

My Love

My Love Story

My Romance (changed to My Own Romance)

My Secret Story (changed to Modern Love Stories, changed to Modern Love)

Mystery Tales

Mystic

Mystical Tales

Mystic Comics

Namora

National Detective

National Detective Cases

Navy Action

Navy Combat

Navy Tales

Nellie

Nellie the Nurse

Nellie the Nurse (changed to Nellie the Nurse Comics; changed to Nellie the Nurse)

New Cartoons Jokes and Gags

Nick Fury, Agent of Shield

Night Nurse

Night Rider

1949 Complete Baseball

1949 Complete Football

Old Hollywood

Omega the Unknown

Oscar

Oscar Comics (changed to Awful Oscar; changed to Oscar Comics)

Our Love

Our Love Story

Outlaw Fighters

Outlaw Kid, The

Wendy Parker

Patsy and Hedy

Patsy and Her Pals

Patty Powers

Peter, The Little Pest

Petey

Photo

Picture

Picture Life

Pik-A-Word

Police Action

Police Badge

Powerhouse Pepper Comics (changed to Powerhouse Pepper)

Power Man

Practical Handyman

Primary Teacher

Prince Namor The Submariner

Prison of Time

Private Eye

Quick Trigger Western

Radioland and Television

Ranch Love Stories

Ranchland Love

Rapid Crossword Puzzles

Rawhide Kid (changed to The Rawhide Kid)

Read

Real Experiences

Real Life Adventures

Real Sports

Red Raven Comics

Red Warrior

Red Wolf

Reno Browne

Rex Hart

Ringo Kid (changed to The Ringo Kid)

Riot

Romance Diary

Romance Tales

Romances of Molly Manton

Romances of Nurse Helen Grant, The

Romances of the West

Romantic Affairs

Romantic Confessions

Rugged Action

Rusty

Rusty Comics (changed to Rusty and her Family Comics)

Sailor Sweeney

Salute

Savage Tales

2021MARVEL-0008139

Screen Illustrated

Screen Magazine (changed to Screen)

Screen Scene

Screen Secrets (changed to TV & Screen Secrets)

Screen Stars

Screen Stars Album

Screen Western Stories

Screen World

Secret Place (changed to The Secret Place)

Secret Story

Secret Story Romances

Sensation

Sergeant Barney Barker

Sgt. Fury (changed to Sergeant Fury and His Howling Commandos)

Sexuality

Shanna, the She-Devil

Sherry the Showgirl

Shield

Showgirls

Silly Tunes Comics

Silver Streak Comics

Silver Surfer, The

Sir!

Six Gun Western

Skull the Slayer

Snafu

Snap

Son of Satan

Spaceman

Space Squadron

Space World

Space Worlds

Special Marvel Edition

Spellbound

Spectacular Spider-Man, The

Spidey Super Stories

Spoof

Sport Life

Sport Pix

Sports Action

Sportsman (changed to Sportsman and Guns)

Sports Short Stories

Sports Stars

Sport Trails

Spy Cases

Spy Fighters

Spy Thrillers

Stag

Stag Annual

Stories of Romance

Story World (changed to Roadrunner)

2021MARVEL-0008141

Strange Stories of Suspense

Strange Tales

Strange Tales of the Unusual

Strange Worlds

Sub-Mariner (changed to Sub-Mariner Comics; changed to Sub-Mariner; changed to The Submariner)

Sun Girl

Super Crosswords

Super Rabbit

Super Rabbit Comics

Supernatural Thrillers

Survey

Swank

Swift Crossword Puzzles

Tales of Justice

Tales of Suspense

Tales of Marines

Tales to Astonish

Teen

Teen-Age Romance

Teen-Age Romances

Teens

Teen Tempo

Television Life

Ten True Crime Cases

Terry Toons Comics (changed to Paul Terry's Terrytoon Comics; changed to Paul Terry's Comics; changed to Paul Terry's Adventures of Mighty Mouse; changed to Adventures of Mighty Mouse; changed to Mighty Mouse)

Tessie the Typist (changed to Tiny Tessie)

Texas Kid

Tex Morgan

Tex Taylor

Thor

Thor King Size

3-Book Western

3-D Action

3-D Tales of the West

Three Western Novels

Three Western Novels Magazine

Tip Top Crossword Puzzles (changed to Tip-Top Crossword)

Tomb of Darkness

Tomb of Dracula

Tough Kid Squad Comics

Tower of Shadows

Triple-Length Adventure

True Action (changed to Fifteen Detective Stories;
changed to True Adventures)

True Adventure

True Complete Mystery

True Life Tales

True Secrets

True Tales of Love

True Western

Tru-Life Detective Cases

TV Album

2021MARVEL-0008143

TV Annual

TV By Day

TV By Day Album

TV Day Stars

TV Illustrated Magazine

TV Land (changed to Day-Time Stars)

TV Movie & Record Stars Illustrated (changed to TV Movie & Record Stars; changed to Movies Illustrated)

TV People and Pictures (changed to TV People)

TV Pictorial

TV and Screen World (changed to Screen World and TV; changed to TV World; changed to TV and Screen World; changed to Screen World)

T.V. Star Life (changed to T.V. Circle)

TV World Album

2 Daring Love Novels

Two Gun Kid

Two Gun Western

Two-Gun Western Novels Magazine

Uncanny Tales

Uncensored Magazine

Unknown Worlds (changed to Journey Into Unknown Worlds; changed to Unknown Worlds)

U.S.A. Comics

Vampire Tales

Vault of Evil

Venus

2021MARVEL-0008144

Vital Detective Cases

Wacky Duck

Patsy Walker

War

War Action

War Adventures

War Combat (changed to Combat Casey)

War Comics

War Is Hell

Warlock

We Come To Worship Thee, O Lord...

Weird Wonder Tales

Werewolf By Night

Western Action

Western Fiction Magazine

Western Gunfighters

Western Kid (changed to The Western Kid)

Western Life Romances

Western Magazine

Western Novel and Short Stories

Western Outlaws

Western Outlaws and Sheriffs

Western Short Stories

Western Team-Up

Western Thrillers

Western Trails

Western Winners

Where Creatures Roam

Where Monsters Dwell

Whip Wilson

Wild

Wild West (changed to Wild Western)

Wild Western

Willie

Willie the Wiseguy

Witness, The

Wonder Duck

Word Hunt Puzzles (changed to Word Hunt)

Word Hunt Special

Word Scan Puzzles (changed to Word Scan)

World of Fantasy

World of Mystery

World of Suspense

World's Greatest Songs

World's Toughest Crosswords

Worlds Unknown

Wyatt Earp

X-Men, The

Yellow Claw, The

Yoo Hoo

Young Allies Comics (changed to Young Allies; changed
to Young Allies Comics)

Young Hearts

2021MARVEL-0008146

Young Men (changed to Young Men on the Battlefield;
changed to Young Men)

Young Movie Lovers

Young People (changed to Impact; changed to Action/Impact)

Young People's Class

Young People's Topic

Zest

Ziggy Pig Silly Seal

Ziggy Pig-Silly Seal Comics

Zombie

2021MARVEL-0008147

Actual Confessions

An Adventure Into Friendship: A Program for Junior High Camps

Amazing Detective Cases

Baptist Reader

The Best of True Secrets and My Romance.  Summer 1974

The Best of True Secrets and My Romance.  No. 2 1975

Captain Savage

Cartoons & Gags

Complete All-Easy Crossword

The Corpse Hangs High; An Abridgement

D-As In Dead: An Abridgement

Day-Time Stars

Dead Giveaway; An Abridgement

Death in the Host; Abridgement

Eye-People And Pictures

Fantastic Four

Flying Models Including Air World And Flying Aces

The Girls of Male & Stag

The Golden Dress; An Abridgement

H As In Hangman; An Abridgement

The Highcall Home

Incredible Hulk

Junior High Topic

The Lisping Man; An Abridgement

2021MARVEL-0008148

Marvel Comics Group

Marvel Movie Premiere

Mighty Marvel Western

Millie the Model

Modeled in Murder; Abridgement

Monsters of the Movies Annual

Movie World Yearbook.  No. 4, 1977

Movie World Yearbook.  No. 3, 1976

Murder Goes to College; An Abridgement

Murder With Long Hair; An Abridgement

Nick Fury

Not Brand Echh

Original Crossword

Original Crossword Magazine

Patsy Walker

The Rawhide Kid

The Ringo Kid

Savage Tales Featuring Ka-Zar

Screen Stars Yearbook No. 4, 1977

Secret Confessions

Secret Place

The Sensuous Streaker, 1974

Sportsman

Stag Annual.  No. 20, 1976

Stag Annual.  No. 21, 1976

Stag Annual.  No. 23, 1977

Stan Lee Presents Dracula Lives! Summer 1975

Stan Lee Presents: Mighty Marvel Mazes

Stan Lee Presents Monsters Unleashed Annual. Summer 1975

Stan Lee Presents Savage Tales Featuring Ka-Zar

Stan, Lee Presents Tales of the Zombie, Summer 1975

Stan Lee Presents The Deadly Hands of Kung Fu Special

Stan Lee Presents The Savage Sword of Conan Special

The Sub-Mariner

Superstars Album. No. 1, 1976

Superstars Album. No. 1, 1976

3 Girls and a Kiler; Abridgement

Tom Hardy, Explorer

Tom Hardy, P.K.

Tommy, The Movie; Fantastic Filmbook of The Rock Opera Smash

True Secrets Yearbook. No. 3, Summer 1976

True Secrets Yearbook. No. 4, Summer 1977

TV and Screen Secrets

TV By Day Album, 1974. No. 2

TV By Day Yearbook. No. 3, 1975

TV By Day Yearbook. No. 4, 1976

TV Day Stars Annual. No. 2, 1976

TV Day Stars Annual

TV Lane

TV People

2021MARVEL-0008150

TV World

Twelve Laws of Life

Warewolf by Night

The Western Kid

Who's Who In Country & Western World

The Wonderful Lawrence Welk Story

Word Scan

Word Hunt

Wyall Earp

2021MARVEL-0008151

Alpha Flight

Alien Legion

Annie

The Avengers annual

Battlestar Galactica

Beauty and the Beast

Bizarre Adventures

Blade Runner

Blip

Captain America Annual

Captain America Special Edition

Cloak and Dagger

Conan the Barbarian Movie Special

Conan the King

Coyote

Crash Ryan

The Dark Crystal

Dazzler

Dennis the Menace

Dennis the Menace comics digest

Doctor Strange classics starring Doctor Strange

2021MARVEL-0008152

Doctor Strange/Silver Dagger

Doctor Who

Dragonslayer

Dreadstar

Dreadstar annual

Elektra

Epic Illustrated

Falcon

Fraggle Rock

Francis, Brother of the Universe

Fun and Games Magazine

The Further Adventures of Indiana Jones

G.I. Joe, A Real American Hero

Gargoyle

Hawkeye

Healthcliff

Hercules

The Hulk

Iceman

Incredible Hulk annual

The Incredible Hulk versus Quasimodo

Iron Man annual

The Jack of Hearts

Ka-Zar the Savage

King Conan

2021MARVEL-0008153

Kitty Pryde and Wolverine

The Kree-Skull War starring The Avengers

The Last Starfighter

The Life of Pope John Paul II

Machine Man

Magik

Marvel Age

Marvel comics calendar

Marvel Fanfare

Marvel Movie Showcase featuring Star Wars

Marvel Movie Spotlight featuring Raiders of the Lost Ark

The Marvel No-Prize Book

Marvel Premiere featuring Doctor Who

Marvel Premiere featuring Star-Lord

Marvel Preview

Marvel Super Action

Marvel Super Action featuring the Avengers

Marvel Super Action starring the Avengers

Marvel Super Heroes - Secret Wars

Marvel Tales starring Spider-Man

Marvel Team-Up annual

Marvel Two-In-One annual

The Micronauts

Micronauts special edition

Moon Knight

2021MARVEL-0008154

Moon Knight special edition

Mother Teresa of Calcutta

The New Mutants

Obnoxio the Clown

The Official Marvel index to the Amazing Spider-Man

Original Crosswords

Original Puzzles and Games

Original Wordhunt

Peter Parker, the Spectacular Spider-Man

Peter Parker, the Spectacular Spider-Man Annual

Peter Porker, the Spectacular Spider-Ham

Planet Terry

Power Man and Iron Fist

Power Pack

Powerman and Iron Fist

Questprobe

Raiders of the Lost Ark

Red Sonja

Rocket Raccoon

Rom

Rom annual

Royal Roy

The Saga of Crystar, Crystal warrior

The Savage She-Hulk

Savage Sword of Conan

2021MARVEL-0008155

Sergio Aragones' Groo the Wanderer

Sisterhood of Steel

Six from Sirius

The Spectacular Spider-Man Annual

Spider-Man and Daredevil

Spider-Woman

Stan Lee presents The Mighty Marvel fun book

Star Trek

Star Wars

Star Wars annual

Star Wars - Return of the Jedi

Starlord

Starriors

Startruck

Strawberry Shortcake

Super- Villain classics

Team America

The Thing

Thor annual

Timespirits

Top Dog

The Transformers

U.S.1.

The Uncanny X-Men

The Vision and the Scarlet Witch

2021MARVEL-0008156

Wally the Wizard

Web of Spider-Man

West Coast Avengers

What If?

Walverine

The X-Men and the Micronauts

X-Men annual

X-Men Classics starring the X-Men

How to draw comics the Marvel way

Cry of the beast

Not Brand Echh

2021MARVEL-0008157

Adventure Fold-Up Figures featuring Pit of the Viper

The Adventures of Kool-Aid Man

The Adventures of Quik Bunny

The Alphabet pet battles the X-Men: A Marvel Super activity book

The Amazing Spider-Man

The Amazing Spider-Man, guest starring Spider-Woman

The Amazing Spider-Man unmasked: A coloring book

The Amazing Spider-Man: a Marvel supersize coloring book

The Amazing Spider-Man and Wolverine in the Crime of the Centuries: coloring activity book

And call my killer, Modok

Attack of the Tarantula

Annie

The Bad Little Bug

Bat Man versus the Incredible Hulk

The Battle of the energy drainers

The Big Top mystery

The Big bugs mystery surprise: A Marvel super-size coloring book

Captain America

Chaos in Kansas City

Chaos on Crystalium: a Marvel super activity book

Circus of Crime

The Colorado Caper

2021MARVEL-0008158

Crime campaign

Crime Campaign

Crisis at Cape Canaveral

Crystar, Crystal Warrior--Menace of the Magma Men: a Marvel super activity book

Crystar Crystal Warrior: the origin of Crystar

Doctor Strange

Doomsday

The Electric Company color and learn

The Electric Company color and learn: animals

The Electric Company color and learn: letters and numbers

The Electric Company color and learn: seasons

The Fantastic Four

Fantastic Four versus the Frightful Four coloring book

Fantastic Four roast: the world's silliest comic magazine: Vol. 1, no. 1 May 1982

Fun with words: book 1, featuring the Amazing Spider-Man and other Super Heroes characters: a Golden Everything workbook

Fun with numbers: book 2, featuring Captian America and other Super Heroes characters: a Golden Everything workbook

Fun with numbers: book 1, featuring the Fantastic Four and other Super Heroes characters: a Golden everything workbook

Fun with words: book 2, featuring the Incredible Hulk and other Super Heroes characters: a Golden everything workbook

G.I. Joe: a Real American Hero

G.I. Joe: a Real American Hero

The Great Rodeo robbery

In the grip of the Green Goblin

Holocaust for hire

How to draw comics the Marvel way

The Incredible Hulk

The Incredible Hulk

The Incredible Hulk

The Incredible Hulk lost in time

The Incredible Hulk: V. 2

The Incredible Hulk: V. 4

The Incredible Hulk coloring and activity
book in "three incredible tales"

The Island of danger

The Man who stole tomorrow

Marvel's Greatest superhero battles

The Marvel Fumetti Book: V. 1, no. 1, Apr. 1984

The Marvel Fun Book: V. 1, no. 1, April, 1984

The Marvel Super Heroes' Christmas coloring book

Marvel Super Heroes, game adventure entitled, "Cat's paw"

Marvel Super Heroes: game adventure entitled "Lone Wolves"

Marvel super heroes' game adventure entitled, Project Wideawake

Marvel Super Heroes Secret Wars: Camtain America and Iron Man
in Escape form doom: coloring activity book

Marvel Super Heroes Secret Wars: special campaign adventure

Marvel Super Heroes Secret Wars: stamp fun, 32 stamps plus
games, puzzles, and coloring fun

Marvel Super Heroes Secret Wars: Captain America and Iron Man
in Escape from doom: coloring activity book

Marvel Super Heroes Secret Wars stamp fun book

2021MARVEL-0008160

Marvel Super Heroes Secret Wars: stamp fun, 32 stamps plus games, puzzles and coloring fun

Mayhem in Manhattan

Murder moon: a novel

The Mystery of the Power Crown: Featuring the Enchantress, The Wingless Wizard, the Trapster and the Rhino

The Night before Christmas stamp fun

Nightmare

The Official Marvel Comics Try-Out Book: no. 1

The Origin of Spider-Man

Pipeline to Peril

The Power of Iron Man

The Saga of Crystar coloring book

Santa and the lazy elf

Santa's Christmas Trip Around the world

The Schemer Strikes

The Secret of Spider-Man's shield

Southwest showdown

Spider-Man, Fire-Star, and Iceman

Spider-Man and the Dallas Cowboys - "Danger in Dallas"

Spider-Man, Storm and Power Man battle Smokescreen

Spider-Man, Fire-Star, and Iceman at the Dallas Ballet

Spider-Man's Christmas: super-size coloring book

Spider-Man versus the Hulk

Stamp fun with dinosaurs and other prehistoric animals

Stalker from the stars

2021MARVEL-0008161

Stan Lee presents The Amazing Spider-Man, Christmas in Dallas

Stan Lee presents the Amazing Spider-Man: no. 3

Stan Lee presents An hours of fun book, Marvel mazes to drive
you mad

Stan Lee presents the best of Spidey super stories

Stan Lee presents Captain America

Stan Lee presents Captain America

Stan Lee presents Doctor Strange mystic number puzzles

Stan Lee presents the Incredible Hulk

Stan Lee presents the Incredible Hulk

Stan Lee presents the Incredible Hulk: no. 2

Stan Lee presents the Incredible Hulk word webs

Stan Lee presents the Incredible Hulk's smashing puzzlers

Stan Lee presents Sub-Mariner mazes

Stan Lee presents The Marvel Comics illustrated version of
Spider-Man 2

Stan Lee presents The Marvel Comics illustrated version of
Spider-Man 2

Stan Lee presents The Marvel Comics illustrated version of The
Incredible Hulk

Stan Lee presents The Marvel Comics illustrated version of
Daredevil

Stan Lee presents The Mighty Marvel jumbo fun book: fun books
no. 1-3 in one volume

Stan Lee presents Doctor Strange, master of the mystic arts

Stan Lee presents Doctor Strange mystic number puzzles

Stan Lee presents Ms. Marvel's seventh sense Pic-A-Word

Stan Lee presents the Mighty World of Marvel Pin-Up Book

Stan Lee presents the mighty Marvel superheroes fun book: no. 3

Stan Lee presents Marvel word games

Star Wars --Return of the Jedi

Summer time sticker fun book

Super Heroes puzzles and games: featuring the exciting origins of Spider-Man, Captain America, the Incredible Hulk, Spider Woman

This is Blue Star calling the Marvel Super Heroes: a Marvel super activity book

Things that go: stamp fun book

To capture the magic crystal

Tower of doom

Trapped

The Tournament

The Uncanny X-Men

The Uncanny X-Men at the state fair of Texas

What price a life?: All New A Tale of triumph and tragedy in the Mighty Marvel Tradition

2021MARVEL-0008163

Action for Men (changed to The New Action For Men)

Action Life

Actual Romances (changed to Secret Confessions)

Ad Lib

Adult Class

Adventure Into Mystery

Adventure Life

Adventure Trails

Adventures of Homer Ghost

Adventures of Ka-zar the Great

Adventures of Pussycat, The

Adventures on the Planet of the Apes

Adventures Into Terror

Adventures Into Weird Worlds

Air Life

Air Trails Hobbies For Young Men (changed to Young Men; changed to American Modeler; changed to American Aircraft Modeler)

All Baseball Stories

All Football Stories

All Select Comics

All Star Detective

All Surprise Comics

All Teen Comics (changed to Teen Comics)

All True Crime Cases (changed to All True Crime)

All Western Winners

The Amazing Spiderman; King Size

The Amazing Spider-Man Calendar, 1978

Astonishing Baseball Stars of 1953

Captain Savage

Captain America Game

Bring On The Back Guys

The Cat Chili

Combat Casey

Captain America Saving the Capitol

Conan The Barbarian; King Size

Cartoons and Gags

Crazy Super Special

Dead of the Night

Marvel Comics Group, A Division of Cadence Industries

Corporation

Doctor Strange Annual

Dracula

Fantastic Four; King Size

Fantastic Four

Georgie Giant - Size Avengers

Ghostwriter

Giant - Size Conan

The Fabulous Fantastic Four Find Themselves...

The Fantastic Four on Rooftop

Georgie

Giant-Size X-Men Girl Comics

Girl Comics

Girl Confessions

Hedy of Hollywood Comics

Jack and Jill

Joker Magazine

Justice

Knight Rider

Let's Go Crazy Super Special

Lorna, The Jungle Girl

Marvel Adventure

Marvel's Space-Born Superhero

Marvel Comics Group, A Division of Cadence Industries Corporation

Marvel Comics Memory Album Calendar, 1977

Marvel Times

Marvel Treasury Special

Millie the Model

Miss America Magazine

Nick Fury

Nellie The Nurse Comics

Original Crossword Magazine

2021MARVEL-0008166

The Rawhide Kid

Stan Lee Presents Captain America's Bicentennial Battles

Stan Lee Presents Daredevil, The Man Without Fear

Stan Lee Presents Luke Cage, Power Man

Stan Lee Presents Master of Kung Fu

Stan Lee Presents Savage Fists of Kung Fu

Stan Lee Presents: Spidey and the Uncanny X-Men Together

Stan Lee Presents The Dynamic Defenders

Stan Lee Presents The Ever-Lovin', Blue-Eyed Thing

Stan Lee Presents: The Fantastic Four: And Now, Then, The
        Invaders

Stan Lee Presents The Incredible Hulk

Stan Lee Presents: The Invincible Iron Man Writer

Stan Lee Presents The Marvelous Land of Oz

Stan Lee Presents The Mighty Avengers

Stan Lee Presents The Mighty Marvel Strength and Fitness Book

Stan Lee Presents The Mighty Marvel Superheroes' Cookbook

Stan Lee Presents The Mighty Marvel Superheroes' Fun Book

Stan Lee Presents The Mighty Marvel Superheroes' Fun Book No. 2

Stan Lee Presents The Mighty Thor

Stan Lee Presents: The Spectacular Spider-Man

Stan Lee Presents: The Mighty Marvel Memory Album

Sgt. Fury

Story World...

Story World. Oct. 1950

Story World. Nov. 1950

Story World. Dec. 1950

Story World. Jan. 1951

Story World. Feb. 1951

The Sub-Mariner

The Superhero Women

Sub Supernatural Thrillers

2001: A Space Odyssey

Venus...

Venus. Nov. 1950

Venus. Feb. 1951

Venus. April 1951

War Adventures on the Battlefield

Wendy Parker

Wendy Parker...

Young Men ...

Young Men. Dec. 1950

Young Men On The Battlefield

Young Men Feb. 1951

Young Men. April 1951

Zest. Nov. 1950

Zest. Jan. 1951

Zest. Feb. 1951

Child rescue; Hulk

Marvel Comics Super-Heroes card game

The Incredible Hulk Junior Guild round jigsaw puzzle

The Many arms of Doctor Octopus

Kang articulated figure

The Fantastic Mister Fantastic: comics

The Amazing Spider-Man Frame-Tray Puzzle. No. 4519B

The Amazing Spider-Man Frame-Tray Puzzle. No. 4519A

The Amazing Spider Man with the Fantastic Four. No. 4705-X

The Amazing Spider Man Game with the Fantastic Four No. 4705

The Amazing Spider-Man in "Double Identity."

The Amazing Spider-Man in seeing Double. No. 1639

The Amazing Spider-Man in Weather Forecast: Danger! No. 1642

The Amazing Spider-Man Slate Paper Saver No. 4478B.

The Amazing Spider-Man Sticker Fun. No. 2193

Captain America in the Challenge of Super Sport. No. 1663:69

Captain America Magic Slate Paper Saver. No. 4446A.

Stan Lee Presents Daredevil, the man without Fear

The Fabulous Fantastic Four Frame-Tray Puzzle. No. 4503A

Fantastic Four meet "The Witch" No. 1030

Giant Superhero Team-Up

The Incredible Hulk at the Circus Coloring Book. No. 1040.

The Mighty Thor in "The Wrath of Odin".

2021MARVEL-0008169

The Marvel comics illustrated version of Star Wars

Stan Lee presents Ms. Marvel's seventh sense Pic-A-Word shapes

Cry of the beast

Marvel Comics the new Fantastic Four game

The Man who stole tomorrow

Spider-Man versus the Hulk

Stan Lee presents The Marvel Comics illustrated version
        Of Conan The Barbarian

The Alphabet pet battles the X-Men: a Marvel super activity book

Spider-Man, Fire-Star, and Iceman at the Dallas Ballet Nutcracker

The Electric Company color and learn: celebrations

Guaranteed trade allowance (certificate)

Guaranteed trade allowance (print ad)

Summer fun with the Marvel Super Heroes.

Marvel Super Heroes game adventure entitled "The Last resort".

Doctor Doom's terrible shrinking machine

The Arms of Doctor Octopus

Captain America Annual

Captain America in "Where Walks the Sleeper".

The Fabulous Fantastic Four

Sergeant Fury

Spider-Man Zaps Mister Zodiac

2001: A Space Odyssey

The Black Dragon

Dreadstar and Company

The Ewoks

Longshot

The Life of Captain Marvel

Marvel Graphic Novel

Marvel's Greatest Comics

Moonshadow

The Official Handbook of the Marvel Universe

Secret Wars II

COMPLETE LIST OF MARVEL TITLES (EPIC,
AND STAR INCLUSIVE) SHIPPED 1985 & 1986


ALADDIN EFFECT GRAPHIC NOVEL
ALIEN LEGION (EPIC)
ALPHA FLIGHT
ALPHA FLIGHT ANNUAL
AMAZING HIGH ADVENTURE
AMAZING SPIDER-MAN
AMAZING SPIDER-MAN ANNUAL
AMAZING SPIDER-MAN DIGEST COMICS
ANIMAX
AVENGERS
AVENGERS ANNUAL
AVENGERS VS. THE X-MEN
BALDER THE BRAVE
BEAUTY AND THE BEAST
BLACK CAT POSTER
BLACK DRAGON   (EPIC)
BOZZ CHRONICLES (EPIC)
CAPTAIN AMERICA
CAPTAIN AMERICA ANNUAL
CAPTAIN AMERICA POSTER
CARE BEARS
CHUCK NORRIS AND THE KARATE KOMMANDOS
CLASSIC X-MEN
CLOAK & DAGGER
CLOAK & DAGGER PORTFOLIO
CLOAK & DAGGER POSTER
COMET MAN
CONAN THE BARBARIAN
CONAN THE BARBARIAN ANNUAL
CONAN THE KING
COYOTE   (EPIC)
DAKOTA NORTH
DAREDEVIL
DAREDEVIL GRAPHIC NOVEL
DAREDEVIL POSTER
DAZZLER
DEFENDERS
DEFENDERS OF THE EARTH
DOCTOR STRANGE
DOCTOR STRANGE GRAPHIC NOVEL .
DOCTOR WHO
D.P. 7

DREADSTAR   (EPIC)
DREADSTAR & COMPANY (6 ISSUE REPRINT)   (EPIC)
DROIDS
DUNE
ELEKTRA ASSASSIN
ELFQUEST (EPIC)
EPIC ILLUSTRATED

ETERNALS
EWOKS
FALLEN ANGELS
FANTASTIC FOUR
FANTASTIC FOUR ANNUAL
FANTASTIC FOUR INDEX
FANTASTIC FOUR VS. THE X-MEN
FANTASTIC FOUR CLASSIC POSTER
FIRESTAR
FRAGGLE ROCK
GARGOYLE
GET ALONG GANG
G.I. JOE
G.I. JOE DIGEST COMICS
G.I. JOE ORDER OF BATTLE
G.I. JOE SPECIAL MISSIONS
G.I. JOE VS. THE TRANSFORMERS
G.I. JOE YEARBOOK
GREENBERG THE VAMPIRE GRAPHIC NOVEL
GROO THE WANDERER (EPIC)
HEATHCLIFF
HE-MAN AND THE MASTERS OF THE UNIVERSE
HOOKY GRAPHIC NOVEL
HOWARD THE DUCK
HOWARD THE DUCK SUPERSPECIAL
HOWARD THE DUCK MOVIE TIE-IN (3 ISSUE LIMITED SERIES)
HUGGA BUNCH
ICEMAN
INCREDIBLE HULK
INCREDIBLE HULK ANNUAL
INCREDIBLE HULK VS. WOLVERINE
INCREDIBLE HULK POSTER
INDIANA JONES
INHUMANOIDS
IRON MAN
IRON MAN ANNUAL
JUSTICE
KICKERS, INC.
KULL THE CONQUEROR
LABYRINTH SUPERSPECIAL
LABYRINTH (3 ISSUE LIMITED SERIES)
LIFE OF CAPTAIN MARVEL
LONGSHOT
MADBALLS

MARK HAZZARD: MERC
MARVEL FANFARE
MARVEL AGE
MARVEL AGE ANNUAL
MARVEL HEROES FOR HOPE
MARVEL SAGA
MARVEL TALES
MARVEL TEAM UP INDEX
MARVEL TRY OUT BOOK

MARVEL 25TH ANNIVERSARY
MEPHISTO VS. 4 HEROES
MICRONAUTS
MISTY
MOON KNIGHT
MOONSHADOW (EPIC)
MUPPET BABIES
THE 'NAM
NEW MUTANTS
NEW MUTANTS SPECIAL (ONESHOT)
NEW MUTANTS ANNUAL
NEW UNIVERSE POSTER
NIGHTCRAWLER
NIGHTMASK
THE OFFICIAL HANDBOOK OF THE CONAN UNIVERSE
THE OFFICIAL HANDBOOK OF THE MARVEL UNIVERSE
THE OFFICIAL HANDBOOK OF THE MARVEL UNIVERSE TRADE PAPERBACK
THE ONE (EPIC)
PETER PARKER,THE SPECTACULAR SPIDER-MAN
PETER PARKER,THE SPECTACULAR SPIDER-MAN ANNUAL
PETER PORKER,THE SPECTACULAR SPIDER-HAM
PHOENIX POSTER
PLANET TERRY
POPPLES
POWER MAN AND IRON FIST
POWER PACK
PSI FORCE
PUNISHER
PUNISHER POSTER
QUESTPROBE
RAWHIDE KID
RED SONJA
RED SONJA SUPERSPECIAL MOVIE ADAPTATION
RED SONJA MOVIE TIE-IN (2 ISSUE LIMITED SERIES)
REVENGE OF THE LIVING MONOLITH GRAPHIC NOVEL
ROBOTIX
ROCKET RACCOON
ROM: SPACEKNIGHT
ROM: SPACEKNIGHT ANNUAL
ROYAL ROY
SANTA CLAUS THE MOVIE SUPERSPECIAL
SAVAGE SWORD OF CONAN
SAVAGE TALES
SECRET WARS II
SECRET WARS II POSTER
SECTAURS
SHE-HULK GRAPHIC NOVEL
SHE-HULK POSTER
SILVER SURFER POSTER
SISTERHOOD OF STEEL  (EPIC)
SIX FROM SIRIUS II
SOLOMON KANE
SPIDER-MAN INDEX
SPIDER-MAN OLD AND NEW POSTER

2021MARVEL-0008174

SPIDER-MAN CLASSIC POSTER
SPIDER-MAN VS. WOLVERINE
SPITFIRE & THE TROUBLESHOOTERS
SQUADRON SUPREME
STAR COMICS POSTER
STAR DIGEST COMICS
STARBRAND
STARSTRUCK  (EPIC)
STAR WARS
STEELGRIP STARKEY (EPIC)
STORM POSTER
STRANGE TALES
STRAWBERRY SHORTCAKE
STRIKEFORCE MORITURI
SWORDS OF THE SWASHBUCKLERS
2010
TALES OF ASGARD: THE RAVEN BANNER GRAPHIC NOVEL
THE THING
THOR
THOR ANNUAL
THOR POSTER
THUNDERCATS
TIME SPIRITS  (EPIC)
TOP DOG
TRANSFORMERS
TRANSFORMERS DIGEST COMIC
TRANSFORMERS MOVIE (3 ISSUE LIMITED SERIES)
TRANSFORMERS UNIVERSE
VISION AND SCARLET WITCH
VOID INDIGO (EPIC)
WALLY THE WIZARD
WEB OF SPIDER-MAN
WEB OF SPIDER-MAN ANNUAL
WEST COAST AVENGERS
WEST COAST AVENGERS ANNUAL
WHITE QUEEN POSTER
WOLVERINE POSTER
WONDER MAN
X-FACTOR
X-FACTOR ANNUAL
X-FACTOR POSTER
X-MEN
X-MEN ANNUAL
X-MEN POSTER
X-MEN/ALPHA FLIGHT (2 ISSUE LIMITED SERIES)
X-MEN TRADE PAPERBACK

2021MARVEL-0008175

# MARVEL BOOKS
## 1985/1986

Coloring Books:

    "Spider-Man Unmasked"
     "Fantastic Four"
     "X-Men"
    "Super Heroes Activity Book"

    "Secret Wars" No. 1
    "Secret Wars" No. 2

    Howard The Duck: "Menace From Space"
    Howard THE Duck: "Rock-n-Roll Star"

Giant Size Coloring Books:

    "Santa & The Elves"
    "Marvel Super Heroes" -Secret Wars Supersize Coloring Book
    "Snowball's Wish"
    "Spider-Man - Arms of Doctor Octopus"
    "Super Heroes Christmas"

Stamp Fun Books:

    Secret Wars - "Marvel Super Heroes Secret Wars"
    Secret Wars - "Spider-Man Stamp Fun"

    "Stamp Fun With Things That Go - Puzzles & Coloring Fun,"
    "Stamp Fun With Dinosaurs and Other Prehistoric Animals"

Sticker Adventure Books:

    "Tower of Doom"
    "Secret of Spider-Man's Shield"
    "Summertime Sticker Fun Book"

    Howard The Duck:   "A Walk Back In Time"
    Howard The Duck:   "Around The World"

Storybooks:

    "Escape From Doom"
    "Crime of The Centuries"
    "Superheroes"

Activity Books

    "Summer Fun With The Marvel Super Heroes"
    "Family Christmas Activity Book"
    "Target Safety Book"
    "Crime of the Centuries"

## MARVEL SUPERHEROES

**MIGHTY THOR**

| Digest # | Title |
| --- | --- |
| MTH 6522 | ENTER HERCULES |
| MTH 6523 | WHEN MEET THE IMMORTALS |
| MTH 6524 | WHOM THE GODS WOULD DESTROY |
| MTH 6525 | THE POWER OF PLUTO |
| MTH 6526 | THE VERDICT OF ZEUS |
| MTH 6527 | THUNDER IN THE NETHERWORLD |
| MTH 6528 | CHAINED EVIL |
| MTH 6529 | SANDI, MASTER OF THE SUPERNATURAL |
| MTH 6530 | THE ENCHANTED HAMMER |
| MTH 6531 | THE ENCHANTRESS & THE EXECUTIONER |
| MTH 6532 | GIANTS WALK THE EARTH |
| MTH 6533 | BATTLE OF THE GODS |
| MTH 6534 | AT THE MERCY OF LOKI |
| MTH 6535 | TRIAL OF THE GODS |
| MTH 6536 | RETURN TO EARTH |
| MTH 6537 | MOLTO, THE LAVA MAN |
| MTH 6538 | INVASION OF LAVA MEN |
| MTH 6539 | LIVING ROCK |

2021MARVEL-0008177

## FANTASTIC FOUR TITLE SHEET

| Episode # | Series # | Episode Title |
|-----------|----------|---------------|
| 1 | 4301 | " A Monster Among Us!" |
| 2 | 4303 | "Phantom of Film City" |
| 3 | 4306 | "The Mole Man" |
| 4 | 4304 | "Medusa & The Inhumans" |
| 5 | 4302 | "The Menace of Magneto" |
| 6 | 4308 | "Meet Doctor Doom" |
| 7 | 4305 | "The Diamond of Doom" |
| 8 | 4309 | "Frightful Four" |
| 9 | 4310 | "Calamity on the Campus" |
| 10 | 4307 | "Olympics of Space" |
| 11 | 4311 | "Impossible Man" |
| 12 | 4312 | "Final Victory of Dr. Doom" |
| 13 | 4313 | "Living Bomb Burst" |

2021MARVEL-0008178

<u>Musical Works</u>

Fantastic Four (Music)

Spiderwoman (Music)

2021MARVEL-0008179

**VA**

The Amazing Spider-Man

The Amazing Spider-Man extra thick frame - tray puzzle

The Amazing Spider-Man Junior Guild Round Jigsaw puzzle:

no. 4426

The Amazing Spider-Man: Magic Slate paper saver, no. 4444D-30

The Amazing Spider-Man Jigsaw Puzzle: 100 large pieces fully
interlocking: no. 4605-2

The Amazing Spider-Man Jigsaw Puzzle: no. 4605-24

The Amazing Spider-Man Jigsaw Puzzle: no. 4605-26

The Amazing Spider-Man Jigsaw Puzzle: no. 4609

The Amazing Spider-Man puzzle: no. 4605-26

The Amazing Spider-Man puzzle: no. 4609-30

The Amazing Spider-Man: no. 4610-1

The Amazing Spider-Man puzzle: no. 4674

The Amazing Spider-Man paint with water: no. 7205 B.

Breaking bars

Captain America

Captain America jigsaw puzzle: no. 4605-24

Captain America puzzle: no. 4674

Captain America game: no. 4803

Captain America game (board label): no. 4803-X

Child Rescue: Hulk

Doctor

Doctor Doom articulated figure

Doctor Octopus

The Fabulous Fantastic Four jigsaw puzzle: no. 4605-25

The Fabulous Fantastic Four puzzle: no. 4674

Fantastic Four Game: no. 4902, 4902-X1

Fantastic Four coloring book featuring Herbie the robot: no.
1394

The Incredible Hulk

The Incredible Hulk

The Incredible Hulk

The Incredible Hulk coloring book, The Wisdom of the Watcher:
no. 1394-1

The Incredible Hulk: J26

The Incredible Hulk coloring book, The Wisdom of the Watches:
no. 1394-1

The Incredible Hulk coloring book: no. 1395

The Incredible Hulk game: no. 4320

The Incredible Hulk Junior Guild round jigsaw puzzle:
no. 4426-1

The Incredible Hulk: 100 large pieces, fully interlocking:
no. 4605-24

The Incredible Hulk jigsaw puzzle: no. 4605-1

The Incredible Hulk jigsaw puzzle: no. 4605-1

The Incredible Hulk puzzle: no. 4605-27

The Incredible Hulk jigsaw puzzle: no. 4609-1

The Incredible Hulk jigsaw puzzle: no. 4609-2

The Incredible Hulk puzzle: no. 4610-30

The Incredible Hulk puzzle: no. 4674

The Incredible Hulk paint with water: no. 7205 A

The Incredible Hulk magic slate: no. 4442A-40

The Incredible Hulk Magic Slate paper saver: no. 4442-1E

The Incredible Hulk: a sticker book: no. 2169-4

Iron/man: H 44

Iron Man articulated figure

Kang articulated figure

Magneto

The Many arms of Doctor Octopus

Marvel Super Heroes fantasy jugsaw (sic) puzzle: no. 4788

Marvel Super Heroes' game adventure entitled, Project Wideawake

Saving Boat

Spider-Man articulated figure

The Sub-mariner: J27

Super Heroes: a coloring book: no. 1830-32

Super Heroes, featuring the Amazing Spider-Man, The Incredible

Hulk, The Fantastic Four and Captain America

Wolverine

Movie World Yearbook, No. 3

The Oyster Mystery Coloring Book

Superhero Gift Pack No. 19701

2021MARVEL-0008183

SCHEDULE OF TITLES UNDER WHICH COPYRIGHTS HAVE
BEEN REGISTERED OTHER THAN BOOKS AND PERIODICALS

| Title: | Year of Publication: |
|---|---|
| Dramatic or Dramatico-Musical Compositions | |
| Attalea | 1951 |
| Baker's Dozen | 1953 |
| In Heaven and Earth | 1946 |
| Seeds in the Wind | 1948 |
| Time That Comes, The | 1954 |
| | |
| Musical Compositions | |
| All The Queen's Men | 1966 |
| Animal Kingdom | 1966 |
| By and By | 1937 |
| Call Me | 1966 |
| Don't Wonder Why | 1966 |
| Down on the Funny Farm | 1966 |
| Everything Is Rationed But Love | 1942 |
| Fellow From Oahu, The | 1939 |
| For Old Times Sake | 1943 |
| Give Thanks That We're Americans | 1943 |
| Gone But Not Forgotten | 1947 |
| Goodnight, My Love | 1966 |

| | |
|---|---|
| He Ain't A Bad Man; (She Ain't A Bad Girl) | 1966 |
| Here Is Beauty, Lord, To Spare | 1946 |
| I Get What I Want | 1966 |
| I Had A Love | 1966 |
| I'm Comin' Back; (I'm Coming Back) | 1966 |
| I'm A Hungry Boy | 1966 |
| I Want You All To Myself | 1941 |
| Never Before | 1945 |
| Nocturne | 1941 |
| Roo-Ta Too-Ta Bonna | 1945 |
| Sereneta | 1941 |
| That's When I Want You Most | 1943 |
| Wish You Were Here | 1943 |
| Without You | 1945 |

MAPS

| | |
|---|---|
| Netherlands Map | 1943 |
| Netherlands East Indies Map (The Netherlands East Indies, its people & their development) | 1943 |
| Netherlands East Indies Map (The Netherlands East Indies compared with the United States) | 1943 |
| South America Map (Outline map of) | 1942 |
| South America Map (The People of) | 1942 |
| South America Map (Transportation in) | 1942 |

United States Map                          1942


Works of Art, Models or Designs for Works of Art

Amazing Spider-Man, The                    1966
[about to leap down to
injured male; model]

Incredible Hulk, The                       1966
[standing with clenched
fist; model]


Photographs

Atomic Energy for Better Health,           1954
Pt. A:  Radioactive Atoms

Atomic Energy for Better Health,           1954
Pt. B:  Using Isotopes to
Improve Health

Changing Face of the Earth, The            1954
Pt. A:  How the Earth's
Surface Changes

Changing Face of the Earth,                1954
Pt. B:  Demonstrating Changes
in the Earth's Surface

Changing Weather, Pt. A:                   1954
Exploring Weather Fronts

Changing Weather, Pt. B:                   1954
What Weather Fronts Bring

Cooperation Among Plants and               1954
Animals, Pt. A:  Helpful
Plants and Animals

Cooperation Among Plants and               1954
Animals, Pt. B:  Protecting
Plants and Animals

Food in the Body, Pt. A:  Learn-           1954
ing About Nutrients

2021MARVEL-0008186

| | |
|---|---|
| Food in the Body, Pt. B: Using the Nutrients | 1954 |
| Good Water to Drink, Pt. A: Exploring Water Sources | 1954 |
| Good Water to Drink, Pt. B: Purifying Drinking Water | 1954 |
| How New Plants are Produced, Pt. A:  Plant Families | 1954 |
| How New Plants are Produced, Pt. B:  Growing New Plants | 1954 |
| Invisible Ocean, An, Pt. A: Exploring the Air | 1954 |
| Invisible Ocean, An, Pt. B: Putting Air to Work | 1954 |
| Moving Things From Place to Place, Pt. A:  Modern Engines | 1954 |
| Moving Things From Place to Place, Pt. B:  Putting Engines to Work | 1954 |
| Our Neighbors in Space, Pt. A: Pathways to the Planets | 1954 |
| Our Neighbors in Space, Pt. B: Space Ship to the Planets | 1954 |
| Speaking and Hearing, Pt. A: Sonic and Supersonic Sounds | 1954 |
| Speaking and Hearing, Pt. B: Putting Sound to Work | 1954 |
| Sun and the Earth, The, Pt. A: Exploring the Sun | 1954 |
| Sun and the Earth, The, Pt. B: The Sun at Work | 1954 |

2021MARVEL-0008187

## Prints and Pictorial Illustrations

| | |
|---|---|
| Amazing Spider-Man, The No. 4535A | 1976 |
| Amazing Spider-Man, The No. 4535B | 1976 |
| Amazing Spider-Man, The, All Plastic Assembly Kit; Kit No. 477-100 | 1966 |
| Amazing Spider-Man Game, The | 1967 |
| Amazing Spider-Man Game with Marvel Super Heroes for 2, 3 or 4 Players, The; No. 4723 | 1967 |
| Captain America Game 4642 | 1966 |
| Captain America Game 4642-X | 1966 |
| [Captain America Saving the Capitol] Color Print | 1967 |
| Early American Settlement | 1942 |
| Fantastic Four on Rooftop, The | 1969 |
| Game of Climb the Pyramid Label, The | 1949 |
| Game of "Climb the Pyramid", The [Pyramid with Egyptian figures] | 1949 |
| Growth of Transportation and its Role in the Growth of America | 1942 |
| Incredible Hulk, The; All Plastic assembly kit; Kit No. 421-100 | 1966 |
| Netherlands, The | 1943 |
| Netherlands East Indies, Their Share in World Production, The | 1943 |
| Netherlands West Indies, The | 1943 |

People Who Helped Build          1942
Our Country

Power - The Forces Man Use      1942
to Do His Work

Scene in the Amazon Jungle, A   1942

Some Kinds of Work Men Do       1942

South America - The Land and    1942
Its Products

South American Costumes, Fiesta 1942
and Folk Dress

South America's Trade With The  1942
United States

Symbol Set - Netherlands East   1943
Indies - Industry and Agriculture

Symbol Set - Netherlands        1943
West Indies - Industry and
Agriculture

Understanding Our Neighbors     1942

United States is a Great        1942
Manufacturing Nation, The

## Schedule of Titles Under which Copyrights Have Been Registered Using Forms VA and PA

**PA**

Spider-Woman: no. DFE 3814, A Crime In Time

Spider-Woman: no. DFE 3816, A Deadly dream

Spider-Woman: no. DFE 3803, The Amazon adventure

Spider-Woman: no. DFE 3810, Dracula's revenge

Spider-Woman: no. DFE 3808, Games of doom

Spider-Woman: no. DFE 3804, The Ghost Vikings

Spider-Woman: no. 3813 (II), The Great Magini

Spider-Woman: no. 3812 (12), Invasion of the black hole

Spider-Woman: no. DFE 3805, The Kingpin strikes again

Spider-Woman: no. DFE 3807, The Kongo Spider

Spider-Woman: no. DFE 3806, The Lost Continent

Spider-Woman: no. DFE 3801, Pyramids of terror

Spider-Woman: no. DFE 3802, Realm of darkness

Spider-Woman: no. DFE 3815, Return of Spider-Woman

Spider-Woman: no. DFE 3809, Shuttle to disaster

Spider-Woman: no. 3811 (no. 09), The Spider-Woman and the fly

## SPIDERMAN TITLE LIST

| Episode # | Digest # | Title |
|---|---|---|
| 1 | 7808 | The Power of Dr. Octopus |
|   | 7813 | Sub-Zero for Spidey |
| 2 | 7803 | Where Crawls the Lizard |
|   | 7810 | Electro the Human Lightning Bolt |
| 3 | 7802A | The Menace of Mysterio |
|   | 7802B | The Menace of Mysterio |
| 4 | 7814 | The Sky if Falling |
|   | 7806 | Captured by J. Jonah Jameson |
| 5 | 7804 | Never Step on a Scorpion |
|   | 7807 | Sands of Crime |
| 6 | 7821 | Diet of Destruction |
|   | 7818 | The Witching Hour |
| 7 | 7801 | The Kilowatt Kaper |
|   | 7818 | The Peril of Parafino |
| 8 | 7809A | Horn of the Rhino |
|   | 7809B | Horn of the Rhino |
| 9 | 7820 | The One-Eyed Idol |
|   | 7817 | Fifth Avenue Phantom |
| 10 | 7823 | The Revenge of Dr. Magneto |
|    | 7816 | The Sinister Prime Minister |
| 11 | 7834 | The Night of the Villains |
|    | 7842 | Here Comes Trouble |
| 12 | 7825 | Spiderman meets Dr. Noah Boddy |
|    | 7832 | The Fantastic Fakir |
| 13 | 7839 | Return of the Flying Dutchman |
|    | 7835 | Farewell Performance |
| 14 | 7833 | The Golden Rhino |
|    | 7828 | Blueprint for Crime |
| 15 | 7844 | The Spider and the Fly |
|    | 7841 | The Slippery Dr. Von Schlick |
| 16 | 7837 | The Vulture's Prey |
|    | 7822 | The Dark Terrors |

## SPIDERMAN TITLE LIST

| Episode # | Digest # | Title |
|-----------|----------|-------|
| 17        | 7815     | The Terrible Triumph of Dr. Octopus |
|           | 7827     | Magic Malice |
| 18        | 7843     | Fountain of Terror |
|           | 7826     | Fiddler on the Loose |
| 19        | 7846     | To Catch a Spider |
|           | 7838     | Double Identity |
| 20        | 7845     | Sting of the Scorpion |
|           | 7847     | Trick of Treachery |

### SPIDERMAN II

| Episode # | Digest # | Title |
|-----------|----------|-------|
| 21        | 8801     | The Origin of Spiderman |
| 22        | 8803     | King Pinned |
| 23        | 8806     | Swing City |
| 24        | 8805     | Criminals in the Clouds |
| 25        | 8804     | Menace from the Bottom of the World |
| 26        | 8808     | Diamond Dust |
| 27        | 8807     | Spiderman Battles the Moleman |
| 28        | 8852     | Phantom from the Depths of Time |
| 29        | 8812     | The Evil Sorcerer |
| 30        | 8815     | Vine |
| 31        | 8810     | Pardo Presents |
| 32        | 8816     | Cloud City of Gold |
| 33        | 8813     | Neptune's Nose Cone |
| 34        | 8811     | Home |
| 35        | 8814     | Blotto |
| 36        | 8817     | Thunder Rumble |
| 37        | 8818     | Spiderman Meets Skyboy |
| 38        | 8821     | Cold Storage |

2021MARVEL-0008192

# MARVEL SUPERHEROES

## THE INCREDIBLE HULK

**Digest #**

| MHU 6222 | ENTER TYRANNUS |
| MHU 6223 | BEAUTY AND THE BEAST |
| MHU 6224 | THEY DWELL IN THE DEPTHS |
| MHU 6225 | THE TERROR OF THE T-GUN |
| MHU 6226 | I...AGAINST THE WORLD |
| MHU 6227 | BRUCE BANNER IS THE HULK |
| MHU 6228 | THE INCREDIBLE HULK VS THE METAL MASTER |
| MHU 6229 | THE MASTER TESTS HIS METAL |
| MHU 6230 | MIND OVER METAL |
| MHU 6231 | THE RINGMASTERS |
| MHU 6232 | CAPTIVE OF THE CIRCUS |
| MHU 6233 | THE GRAND FINALE |
| MHU 6234 | THE MAN CALLED BOMMERANG |
| MHU 6235 | THE HULK INTERVENES |
| MHU 6236 | LESS THAN MONSTER, MORE THAN MAN |
| MHU 6237 | WITHIN THE MONSTER DWELLS A MAN |
| MHU 6238 | ANOTHER WORLD, ANOTHER FOE |
| MHU 6239 | THE WISDOM OF THE WATCHER |

2021MARVEL-0008193

## SPIDERMAN TITLE LIST

| Episode # | Digest # | Title |
|-----------|----------|-------|
| 39 | 8802 | To Cage a Spider |
| 40 | 8819A<br>8819B | The Winged Thing<br>Conner's Reptiles |
| 41 | 8823A<br>8823B | Trouble with Snow<br>Spiderman vs Desperado |
| 42 | 8822A<br>8822B | Sky Harbor<br>The Big Brainwasher |
| 43 | 8824A<br>8824B | The Vanishing Dr. Vespasian<br>The Scourge of the Scarf |
| 44 | 8825A<br>8825B | Super Swami.<br>The Birth of Micro Man |
| 45 | 8826A<br>8826B | Knight Must Fall<br>The Devious Dr. Dumpty |
| 46 | 8827 | Up From Nowhere |
| 47 | 8828 | Rollarama |
| 48 | 8820A<br>8820B | Rhino<br>The Madness of Mysterio |
| 49 | 8849 | Revolt in the Fifth Dimension |
| 50 | 8809 | Specialist and Slaves |
| 51 | 8829 | Down to Earth |
| 52 | 8830 | Trip into Tomorrow |

2021MARVEL-0008194

MARVEL SUPERHEROES

## CAPTAIN AMERICA

| Digest # | Title |
|---|---|
| MCA 6122 | THE SENTINEL AND THE SPY |
| MCA 6123 | THE FANTASTIC ORIGIN OF RED SKULL |
| MCA 6124 | LEST TYRANNY TRIUMPH |
| MCA 6125 | THE RED SKULL LIVES |
| MCA 6126 | HE WHO HOLDS THE COSMIC CUBE |
| MCA 6127 | THE RED SKULL SUPREME |
| MCA 6128 | WHEN THE COMMISSAR COMMANDS |
| MCA 6129 | DOORWAY TO DOOM |
| MCA 6130 | DUEL OR DIE |
| MCA 6131 | LET THE PAST BE DONE |
| MCA 6132 | THE INCONCEIVABLE ADAPTOID |
| MCA 6133 | THE SUPER-ADAPTOID |
| MCA 6134 | THE BITTER TASTE OF DEFEAT |
| MCA 6135 | SORCERY'S TRIUMPH |
| MCA 6136 | THE ROAD BACK |
| MCA 6137 | THE SWORDSMAN |
| MCA 6138 | VENGEANCE IS OURS |
| MCA 6139 | EMISSARY OF DESTRUCTION |

## MARVEL SUPERHEROES

### THE INCREDIBLE HULK

| Digest # | Title |
|----------|-------|
| MHU 6201 | MENACE TO MANKIND |
| MHU 6202 | CAPTURED AT LAST |
| MHU 6203 | ENTER...THE CHAMELEON |
| MHU 6204 | A TITAL RIDES THE TRAIN |
| MHU 6205 | THE HORDE OF HUMANOIDS |
| MHU 6206 | HULK ON THE RAMPAGE |
| MHU 6207 | THE POWER OF DR. BANNER |
| MHU 6208 | WHERE STRIDES THE BEHEMOTH |
| MHU 6209 | BACK FROM THE DEAD |
| MHU 6210 | MICRO-MONSTERS |
| MHU 6211 | THE LAIR OF THE LEADER |
| MHU 6212 | TO LIVE AGAIN |
| MHU 6213 | ORIGIN OF THE HULK |
| MHU 6214 | ENTER THE GORGON |
| MHU 6215 | TO BE A MAN |
| MHU 6216 | THE TERROR OF THE TOADMAN |
| MHU 6217 | BRUCE BANNER-WANTED FOR TREASON |
| MHU 6218 | HULK RUNS AMOK |
| MHU 6219 | THE SPACE PHANTOM |
| MHU 6220 | STING OF THE WASP |
| MHU 6221 | EXIT THE HULK |

2021MARVEL-0008196

## MARVEL SUPERHEROES

### IRON MAN

| Digest # | Title |
| --- | --- |
| MIR 6301 | THE MANDARIN'S REVENGE |
| MIR 6302 | THE MANDARIN'S DEATH RAY |
| MIR 6303 | NO ONE ESCAPES THE MANDARIN |
| MIR 6304 | THE MOLE MAN STRIKES |
| MIR 6305 | THE DRAGON OF THE FLAMES |
| MIR 6306 | DECISION UNDER THE EARTH |
| MIR 6307 | THE DEATH OF TONY STARK |
| MIR 6308 | THE HANDS OF THE MANDARIN |
| MIR 6309 | THE ORIGIN OF THE MANDARIN |
| MIR 6310 | IF I DIE, LET IT BE WITH HONOR |
| MIR 6311 | A WORLD IS WAITING |
| MIR 6312 | WHAT PRICE VICTORY |
| MIR 6313 | THE CRIMSON DYNAMO |
| MIR 6314 | THE CRIMSON DYNAMO STRIKES AGAIN |
| MIR 6315 | CAPTURED |
| MIY 6316 | DOUBLE DISASTER |
| MIR 6317 | ENTER HAPPY HOGAN |
| MIR 6318 | OF ICE AND MEN |
| MIR 6319 | ENTER HAWKEYE |
| MIR 6320 | SO SPINS THE WEB |
| MIR 6321 | TRIPLE JEOPARDY |

2021MARVEL-0008197

# MARVEL SUPERHEROES

## CAPTAIN AMERICA

| Digest # | Title |
|----------|-------|
| MCA 6101 | THE SLEEPER SHALL AWAKE |
| MCA 6102 | WHERE WALKS THE SLEEPER |
| MCA 6103 | THE FINAL SLEEP |
| MCA 6104 | ZEMO AND MASTERS OF EVIL |
| MCA 6105 | ZEMO STRIKES |
| MCA 6106 | THE FURY OF ZEMO |
| MCA 6107 | THE GIRL FROM CAP'S PAST |
| MCA 6108 | THE STAGE IS SET |
| MCA 6109 | THIRTY MINUTES TO LIVE |
| MCA 6110 | THE ORIGIN OF CAPTAIN AMERICA |
| MCA 6111 | WRECKERS AMONG US |
| MCA 6112 | ENTER RED SKULL |
| MCA 6113 | MIDNIGHT IN GREYMOOR CASTLE |
| MCA 6114 | IF THIS BE TREASON |
| MCA 6115 | WHEN YOU LIE DOWN WITH DOGS |
| MCA 6116 | THE RETURN OF CAPTAIN AMERICA |
| MCA 6117 | THE SEARCH |
| MCA 6118 | TO LIVE AGAIN |
| MCA 6119 | REVENGE OF CAPTAIN AMERICA |
| MCA 6120 | THE TRAP IS SPRUNG |
| MCA 6121 | SO DIES A VILLAIN |

2021MARVEL-0008198

## MARVEL SUPERHEROES

### IRON MAN

| Digest # | Title |
| --- | --- |
| MIR 6322 | ULTIMO |
| MIR 6323 | ULTIMO LIVES |
| MIR 6324 | CRESCENDO |
| MIR 6325 | THE DREAM MASTER |
| MIR 6326 | IF A MAN BE MAD |
| MIR 6327 | DUEL IN SPACE |
| MIR 6328 | MY LIFE FOR YOURS |
| MIR 6329 | THE BLACK KNIGHT'S GAMBIT |
| MIR 6330 | THE MENACE OF THE MONSTER |
| MIR 6331 | BEAUTY AND THE ARMOR |
| MIR 6332 | PERIL IN SPACE |
| MIR 6333 | AS A CITY WATCHES |
| MIR 6334 | THE OTHER IRON MAN |
| MIR 6335 | FOR THE LIFE OF HAPPY |
| MIR 6336 | INTO THE JAWS OF DEATH |
| MIR 6337 | CLIFFS OF DOOM |
| MIR 6338 | THE FALSE CAPTAIN AMERICA |
| MIR 6339 | THE UNMASKING |

2021MARVEL-0008199

## MARVEL SUPERHEROES

### SUB-MARINER

| Digest # | Title |
|----------|-------|
| MSU 6401 | THE START OF THE QUEST |
| MSU 6402 | ESCAPE TO NOWHERE |
| MSU 6403 | A PRINCE THERE WAS |
| MSU 6404 | NOT ALL MY POWER CAN SAVE ME |
| MSU 6405 | WHEN FAILS THE QUEST |
| MSU 6406 | THE END OF THE QUEST |
| MSU 6407 | TO WALK AMONGST MEN |
| MSU 6408 | WHEN RISES THE BEHEMOTH |
| MSU 6409 | TO THE DEATH |
| MSU 6410 | THE THING FROM SPACE |
| MSU 6411 | NO ESCAPE FROM NAMOR |
| MSU 6412 | A PRINCE DIES FIGHTING |
| MSU 6413 | ATLANTIS UNDER ATTACK |
| MSU 6414 | SANDS OF TERROR |
| MSU 6415 | THE IRON IDOL OF INFAMY |
| MSU 6416 | DR. DOOM'S DAY |
| MSU 6417 | THE DOOMED ALLEGIANCE |
| MSU 6418 | TUG OF DEATH |
| MSU 6419 | LET THE STRANGED DIE |
| MSU 6420 | TO DESTROY A TYRANT |
| MSU 6421 | TO SAVE A CITY |

2021MARVEL-0008200

# MARVEL SUPERHEROES

## SUB-MARINER

| Digest # | Title |
| --- | --- |
| MSU 6422 | QUEST FOR THE X-ATOM |
| MSU 6423 | THE WORLD WITHIN |
| MSU 6424 | ATLANTIS IS DOOMED |
| MSU 6425 | BEWARE THE SIREN SONG |
| MSU 6426 | THE SPELL OF LORELEI |
| MSU 6427 | RETURN OF THE MUDBEAST |
| MSU 6428 | THE PLANET OF DOOM |
| SU 6429 | TO TEST A PRINCE |
| MSU 6430 | TO SAVE A PILOT |
| MSU 6431 | TO CONQUER A CROWN |
| MSU 6432 | A PRINCE NO MORE |
| MSU 6433 | HE WHO WEARS THE CROWN |
| MSU 6434 | SHIP OF DOOM |
| MSU 6435 | THE FALL OF ATLANTIS |
| MSU 6436 | FORCES OF VENGEANCE |
| MSU 6437 | PERIL IN THE SURFACE WORLD |
| MSU 6438 | SO SPREADS THE NET |
| MSU 6439 | THE UNVEILING |

2021MARVEL-0008201

# MARVEL SUPERHEROES

## MIGHTY THOR

| Digest # | Title |
|----------|-------|
| MTH 6501 | TRAPPED BY LOKI |
| MTH 6502 | VENGENCE OF LOKI |
| MTH 6503 | THE DEFEAT OF LOKI |
| MTH 6504 | MYSTERIOUS MR. HYDE |
| MTH 6505 | THE REVENGE OF MR. HYDE |
| MTH 6506 | SHOWDOWN WITH MR. HYDE |
| MTH 6507 | THE ABSORBING MAN |
| MTH 6508 | IN MY HANDS THIS HAMMER |
| MTH 6509 | VENGENCE OF THE THUNDER GOD |
| MTH 6510 | THE GRAY GARGOYLE |
| MTH 6511 | THE WRATH OF ODIN |
| MTH 6512 | TRIUMPH IN STONE |
| MTH 6513 | TO KILL A THUNDER GOD |
| MTH 6514 | THE DAY OF THE DESTROYER |
| MTH 6515 | TERROR OF THE TOMB |
| MTH 6516 | THE TOMORROW MAN |
| MTH 6517 | RETURN OF ZARKO |
| MTH 6518 | SLAVE OF EVIL |
| MTH 6519 | EVERY HAND AGAINST HIM |
| MTH 6520 | THE POWER OF THE THUNDER GOD |
| MTH 6521 | THE POWER OF ODIN |

2021MARVEL-0008202