# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3
 4    _____
                                     )
 5    STAN LEE MEDIA, INC.,          )
                                     )
 6              Plaintiff,           )
                                     )
 7         vs.                       ) Civil Action No.
                                     ) 1:12-cv-02663-WJM-KMT
 8    THE WALT DISNEY COMPANY,       )
                                     )
 9              Defendants.          )
      _____)
10
11
12
13
14             VIDEOTAPED DEPOSITION OF STAN LEE
15                  Beverly Hills, California
16                 Wednesday, March 13, 2013
17                         Volume 1
18
19
20
21    Reported by:
      ALENE M. CASTRO
22    CSR No. 4847
23    Job No. 1619769
24
25    PAGES 1 - 70
```

Page 1

2021MARVEL-0131319

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4      _____
                                              )
 5      STAN LEE MEDIA, INC.,                 )
                                              )
 6                 Plaintiff,                 )
                                              )
 7           vs.                              ) Civil Action No.
                                              ) 1:12-cv-02663-WJM-KMT
 8      THE WALT DISNEY COMPANY,              )
                                              )
 9                 Defendants.                )
        _____)
10
11
12
13
14         Videotaped deposition of STAN LEE, Volume 1,
15   taken on behalf of Plaintiff, at 9601 Wilshire
16   Boulevard, Suite 700, Beverly Hills, California,
17   beginning at 9:01 a.m. and ending at 11:04 a.m. on
18   Wednesday, March 13, 2013, before ALENE M. CASTRO,
19   Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25

                                                    Page 2
```

```
 1    APPEARANCES:
 2
 3    For Plaintiff Stan Lee Media, Inc.:
 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE
 5         BY:  ROBERT S. CHAPMAN
 6         BY:  JAMES MOLEN
 7         Attorneys at Law
 8         9601 Wilshire Boulevard, Suite 700
 9         Beverly Hills, California 90210
10         (310) 855-3200
11         rchapman@eisnerlaw.com
12         jmolen@eisnerlaw.com
13
14    For Defendant The Walt Disney Company:
15         WEIL, GOTSCHAL & MANGES LLP
16         BY:  BRUCE R. RICH
17         BY:  RANDI W. SINGER
18         Attorneys at Law
19         767 Fifth Avenue
20         New York, New York 10153-0119
21         (212) 310-8152
22         bruce.rich@weil.com
23         randi.singer@weil.com
24
25
```

Page 3

```
 1    APPEARANCES (continued):
 2
 3    For Stan Lee Individually:
 4         SHERMAN & HOWARD
 5         BY:  MARK W. WILLIAMS
 6         Attorney at Law
 7         633 Seventeenth Street, Suite 3000
 8         Denver, Colorado  80202-3622
 9         mwilliams@shermanhoward.com
10         (303) 299-8211
11
12         --and--
13
14         GANFER & SHORE LLP
15         BY:  IRA BRAD MATETSKY
16         Attorney at Law
17         360 Lexington Avenue
18         New York, New York  10017
19         (212) 922-9250
20         imatetsky@ganfershore.com
21
22
23
24
25
```

Page 4

```
 1    APPEARANCES (Continued):
 2
 3    Also Present:
 4        MICHAEL WOLK, Walt Disney Corporate Representative
 5        ELI BARD, Deputy Chief Counsel, Marvel
 6        Entertainment
 7
 8    Videographer:
 9        DAVID WEST
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

2021MARVEL-0131323

```
 1                        INDEX
 2   WITNESS                                    EXAMINATION
 3   STAN LEE
 4   Volume 1
 5
 6                   BY MR. CHAPMAN                    12
 7
 8
 9                       EXHIBITS
10   NUMBER                                           PAGE
11   Exhibit 1    Subpoena to Testify for Stan Lee     14
12
13   Exhibit 2    Email chain, the latest from Lee     23
14                to Thall sent 12/16/00
15
16   Exhibit 3    Letter dated 10/15/98 to Stan Lee    26
17                re Employment Agreement/Rights
18                Assignment
19
20   Exhibit 4    Letter dated 10/15/98 to Stan Lee    28
21                re Employment Agreement/rights
22                Assignment; SLM 0129116-129120
23
24   Exhibit 5    Stan Lee v Marvel Entertainment      32
25                Complaint
```

2021MARVEL-0131324

```
1    INDEX (Continued):
2                      EXHIBITS
3    NUMBER                                              PAGE
4    Exhibit 6    Employment Agreement between           38
5                 Marvel Enterprises, Inc. and Stan
6                 Lee dated 11/1/98;
7                 MVL_SLMI0003352-3364
8
9    Exhibit 7    Letter dated 11/9/98 to Hardie         43
10                from Lieberman;
11                MVL_SLMI0003158-3159
12
13   Exhibit 8    Letter dated 6/8/00 to Lipson          45
14                from Lieberman;
15                MVL_SLMI0004566-4572
16
17   Exhibit 9    Letter dated 11/4/98 to Lieberman      48
18                from Hardie; MVL_SLMI0003156
19
20   Exhibit 10   Excerpts from the book "Stan Lee       57
21                Conversations"
22
23
24
25
                                                    Page 7
```

```
INDEX (Continued):

          INSTRUCTIONS NOT TO ANSWER
               PAGE     LINE
                15       13
                16       12
                16       18
                17        1
```

Sarnoff, A VERITEXT COMPANY
877-955-3855

2021MARVEL-0131326

```
 1       Q    So the salary didn't cover your writing?
 2            MR. WILLIAMS:  Object to the form of the
 3   question.  Mischaracterizes his testimony.                       
 4            You can go ahead and answer.
 5            THE WITNESS:  I don't really know how to          10:48:25
 6   answer that.  I got the salary, and I was -- well, I
 7   also got paid for the writing -- they paid me for
 8   what I wrote besides my salary.
 9   BY MR. CHAPMAN:
10       Q    So you got a salary whether you wrote or         10:48:41
11   not; correct?
12       A    Yes.
13       Q    And then if you wrote, you got paid in
14   addition; is that your testimony?
15       A    Right.  Except if I hadn't written, they         10:48:51
16   wouldn't have been so generous with the salary.  But
17   you're right, I got paid as editor and art director,
18   and I also got paid separately for whatever I wrote.
19       Q    Now, sir, you've told me that you've been
20   deposed before?                                            10:49:24
21       A    Yes.
22       Q    In connection with which case or cases was
23   that?
24       A    I don't even remember.  The one with
25   Marvel.  It seems to me there was something with          10:49:35
```

Page 63

```
 1
 2
 3
 4        I, STAN LEE, do hereby declare under
 5   penalty of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10        EXECUTED this 22 day of April 2013,
11   at  Beverly Hills  ,  CA  .
              (City)                    (State)
12
13
14
15
                        _____
16                      STAN LEE
                        Volume 1
17
18
19
20
21
22
23
24
25
                                              Page 69
```

2021MARVEL-0131387

## ACKNOWLEDGMENT

State of California
County of __Los Angeles__ )

On __April 22, 2013__ before me, __Kimberly Luperi__
(insert name and title of the officer)

personally appeared __Stan Lee__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __[signature]__   (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

STATEMENT OF CHANGES

DEPOSITION OF STAN LEE
March 13 and 14, 2013

STAN LEE MEDIA, INC. V. THE WALT DISNEY COMPANY
Civil Action No. 1:12-cv-02663-WJM-KMT
United States District Court, District of Colorado

| PAGE | LINE | SHOULD READ | REASON |
|---|---|---|---|
| 5 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 75 | 4 | SLMI corporate representative | Incorrect corporate designation |
| 89 | 8 | proceed | Typographical error |
| 119 | 8 | Perelman, the fellow who controls Revlon, had | Correction of name |
| 127 | 20-22 | I loved the way he drew the Surfer. To Jack it was just a throw-away character, but I decided to call him the Silver Surfer and give him a certain personality. | Correction of name and clarification of response |

_____
Stan Lee

Acknowledged before me this _____ day of April, 2013.

[SEAL]

_____
Notary Public

My commission expires: _____

## ACKNOWLEDGMENT

State of California
County of Los Angeles             )

On April 22, 2013            before me, Kimberly Luperi                    
                                         (insert name and title of the officer)

personally appeared  Stan Lee                                              ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

2021MARVEL-0131390

```
 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4          That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12          Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16          I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: March 16th, 2013
23                          _____
24                          ALENE M. CASTRO
25                          CSR No. 4847
```

Page 70