# EXHIBIT 7

1  ROY THOMAS
2  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
3
4
   GARY FRIEDRICH ENTERPRISES, LLC, et al.,
5
        Plaintiffs,
6
   vs.                          Civil Action No.
7                               08-CV-01533(BSJ)(JCF)
8  MARVEL ENTERPRISES, INC., et al.,
9       Defendants.
10                  — — —
11      Videotaped deposition of ROY THOMAS,
12 VOLUME II, taken on behalf of Defendants, before
13 Rita A. DeRouen, Registered Professional Reporter
14 and Notary Public, at the Radisson Hotel, 2100
15 Bush River Road, Board Room, Columbia, South
16 Carolina, on the 13th day of April, 2011,
17 commencing at 11:01 a.m.
18
19
20
21
22
23
24
25 TSG Job # 37618

Case 1:21-cv-07957-LAK Document 71-7 Filed 05/19/23 Page 3 of 18

Page 172

```
 1              ROY THOMAS
 2  APPEARANCES OF COUNSEL:
 3       On Behalf of the Plaintiffs:
 4       CHARLES S. KRAMER, ESQ.
         Riezman Berger
 5       7700 Bonhomme Avenue
         Seventh Floor
 6       St. Louis, Missouri  63105
 7
 8    -and-
 9       ERIC W. EVANS, ESQ.
         Roth Evans, P.C.
10       2421 Corporate Centre Drive
         Suite 200
11       Granite City, Illinois  62040
12
13
14       On Behalf of the Defendants:
15       JODI A. KLEINICK, ESQ.
         Paul Hastings Janofsky & Walker
16       75 East 55th Street
         First Floor
17       New York, New York  10022
18
19
20
21  Also Present:  Donald Graves, CLVS
                   Eli Bard, Marvel Entertainment
22
23
24
25                      — — —
```

TSG Reporting - Worldwide   877-702-9580

2021MARVEL-0130514

```
 1                    ROY THOMAS
 2                     I N D E X
 3   EXAMINATION                                    PAGE
 4   By Mr. Kramer                                   342
 5   By Ms. Kleinick                            174, 404
 6
                   INDEX TO EXHIBITS
 7
                                                    PAGE
 8
     Exhibit 18, E-mail, Bates THOM0000213           240
 9   Exhibit 19, The Ghost Rider Comic Book,         250
                 1 Feb, Color
10   Exhibit 20, Tales of The Ghost Rider Comic     255
                 Book, No. 13, Color
11   Exhibit 21, Interview of Roy Thomas, Bates     258
                 MVL-00015453 - 15468
12   Exhibit 22, Newsarama.com Article, Bates       263
                 Friedrich 000317 - 320
13   Exhibit 23, CBA Interview, Bates               271
                 THOM0008015 - 8029
14   Exhibit 24, SEMissourian.com Article,          276
                 Bates Friedrich 000341 - 345
15   Exhibit 25, Ghost Rider DVD                    339
     Exhibit 26, E-mail, Bates THOM0000128          360
16
17          PREVIOUSLY IDENTIFIED EXHIBITS
18   Exhibit 4                                      257
     Exhibit 7                                      375
19   Exhibit 8                                      359
     Exhibit 14                                     241
20   Exhibit 16                                     188
     Exhibit 17                                     189
21   Exhibit 18                                     359
22
23
24
```

Page 178

1              ROY THOMAS
2  do any -- much real staff writing in that
3  madhouse, it was just too noisy and clamorous, and
4  I wasn't the kind of person who could write under
5  those circumstances.
6       Q.   Were you paid a -- was -- was the
7  staff writing position a salaried position?
8       A.   Yes.
9       Q.   And I believe you testified that you
10 received separate compensation for the freelance
11 work that you -- for the freelance writing that
12 you did during this time period?
13      A.   Yes.  It began almost im --
14 immediately really.
15      Q.   And how were you compensated for the
16 freelance work that you did?
17      A.   Well, without remembering every
18 single check as to how often, I know there were
19 just checks that every -- I don't remember if they
20 were every week or second week, they would have a
21 separate check that would come in for whatever
22 work you had vouchered as freelance during that
23 period.
24      Q.   Were -- were you paid based on a --
25 on a page rate for that work?

2021MARVEL-0130520

1          ROY THOMAS
2  individual writer and artist.
3          It generally was a page, more likely
4  two or three pages, of typed copy that told the
5  basic story.  It didn't break it down into panels
6  or pages, didn't include much, if any, of the
7  actual dialogue, but it told the basic story,
8  which the artist was then supposed to translate
9  into pictures.
10          Of course, as I said, this was often
11 done -- increasingly and in various situations, it
12 was also done verbally without something being
13 written down.  It depended on the relationship
14 between the artist and the writer.  If the artist
15 really wanted a written plot, he would get one,
16 some would just as soon not have one.
17     Q.    The next step in the process that you
18 described during your testimony yesterday was
19 where the artist would break down the plot into
20 actual pages of the story, quote, adding whatever
21 he felt he needed to add to flesh out the story.
22          Do you recall that?
23     A.    Yes.
24     Q.    And you also testified that, at that
25 point, materials would be what you referred to as

```
 1                    ROY THOMAS
 2   trafficked through the office to various extents?
 3        A.   Yes.
 4             MR. KRAMER:  Object to the form of
 5   the question, that misstates his prior testimony.
 6   BY MS. KLEINICK:
 7        Q.   What did you mean by "trafficked
 8   through the office"?
 9        A.   Well, particularly, it could have
10   even been that the plot was sent -- was mailed
11   from the office if the person was in there and
12   gave -- and turned it in.
13             But, especially by the time the
14   artist had drawn the pencil drawings, they -- they
15   had to either mail them or physically bring them
16   by the office, which meant that the production
17   manager and a couple of people, you know, working
18   under him would -- would take care of it, they
19   would take care of it so that it went to the next
20   person, which was generally the letterer unless
21   Stan or I or someone said that they needed to see
22   the script or the artwork before it went to --
23   before it went to the letterer.
24             Again, that depended on the trust in
25   the artist and various other factors as to how
```

1                    ROY THOMAS
2   closely and at what stage something was looked
3   at.
4              Oh, and I also stated yesterday that
5   trafficking sometimes was just verbal directions
6   and that the artist might be told, to save time,
7   to -- and some of them just hand-delivered it
8   because they were neighbors or whatever, to give
9   the art directly to -- the art and the script
10  directly to the letterer.
11             Once the -- I'm sorry, maybe I
12  misstated.  First we had to have the art come back
13  to the office for the writer to do the dialogue,
14  and that went -- then it went to the letterer.  In
15  each -- in each step it was trafficked by the
16  office either physically or by phone.
17       Q.    I think that you testified that the
18  -- that after the materials went to the
19  letterer --
20       A.    Uh-huh.
21       Q.    -- then it would go -- they would go
22  to the inker; is that correct?
23       A.    Yes.  Either directly mailed by the
24  letterer or maybe delivered to him if -- or picked
25  up by him or trafficked through the office, either

1                    ROY THOMAS
2       basis on his own, he might be thinking a little
3       ahead.
4               Of course, that was then subject to
5       my or to Stan Lee's veto when they suggested a
6       story line.  It was certainly not part of their
7       job to do.
8       BY MS. KLEINICK:
9           Q.   I asked you -- my question was:  Are
10      you aware of any instance where that happened?
11          A.   I'm -- I'm not aware of any instance
12      where it happened.
13          Q.   To your knowledge, at any point
14      between July of 1965 and the end of 1972, did
15      Marvel ever buy a plot or synopsis or script that
16      was created on spec by a freelance writer or
17      artist?
18              MR. KRAMER:  Object to the form, lack
19      of foundation.
20              THE WITNESS:  I -- I can't think of
21      one.
22      BY MS. KLEINICK:
23          Q.   During the time period between July
24      of 1965 and the end of 1972, after a writer --
25      strike that.

```
 1                    ROY THOMAS
 2             During the time period between July
 3   of 1965 and the end of 1972, were there any
 4   production deadlines set with respect to the comic
 5   book issues that were being published by Marvel?
 6             MR. KRAMER:  Object to form, lack of
 7   foundation.
 8             THE WITNESS:  They always had
 9   deadlines.  Everything -- everything had a
10   deadline really.
11   BY MS. KLEINICK:
12        Q.   Do you know who set those deadlines?
13        A.   They were set on behalf of the -- the
14   editor, Stan Lee, until maybe the very end of that
15   period by the production manager on -- on the
16   editor's authority.
17        Q.   And were there any restrictions on
18   the number of pages for particular comic books
19   during this time period?
20             MR. KRAMER:  Object to form, lack of
21   foundation.
22             THE WITNESS:  Most of the stories had
23   a definite page length, which would vary from time
24   to time, 20, 21, or whatever pages.  We did have a
25   few stories -- comics we called mystery comics
```

ROY THOMAS

with -- without continuing characters in which there was more flexibility, it might be a five-page story, a seven-page story, or whatever.

The writer was generally given some page length when he was told to write the story. Occasionally he might find some excuse and get approval to vary it, but there was -- there was always some sort of limitation there.

BY MS. KLEINICK:

Q. And during the July of 1965 to the end of 1972 time period, who, if anyone, at Marvel decided which books would be published?

MR. KRAMER: Object to form and foundation.

THE WITNESS: It was always -- the ultimate say, as far as I know, was the publisher, who, up through most -- through most of that time was Martin Goodman, both before and for some time after he sold the company.

There was a period near the end of that time for a year or so, maybe it was a little less than that year, not too much more, when his son, Charles Chip Goodman, was the -- was the publisher, and he had that decision.

1         ROY THOMAS
2         That would have been at the very end
3    of that period.  Stan increasingly had authority
4    to do things, but it was always rather vague.  He
5    still ultimately had to have the publisher's
6    authority to start a book or kill a book or do
7    anything of that sort.
8    BY MS. KLEINICK:
9         Q.    What do you mean by "start a book"?
10        A.    To authorize a new comic book title
11   as opposed to an existing one.
12        Q.    When you were the assistant editor at
13   Marvel, did you have authority to make changes to
14   the materials that were submitted for publication
15   by a freelance writer or artist if you believed
16   changes were appropriate?
17              MR. KRAMER:  Object to form and
18   foundation.
19              THE WITNESS:  I have to ask, did you
20   mean strictly assistant or after I was also called
21   associate editor after about '66 or '67?  I wanted
22   to make sure when I answered it.
23   BY MS. KLEINICK:
24        Q.    I was referring just to the period
25   when you were assistant editor.

1        ROY THOMAS

2  things when he felt there was a good reason, it

3  wasn't a good enough name or something along those

4  lines, something might come to his attention.

5        Q.   You testified that between July of

6  1965 and the end of 1972 freelance writers were

7  paid based on a page rate for the writing that

8  they did for Marvel; is that correct?

9        A.   Yes.

10       Q.   Do you know who established the page

11 rate that any particular writer would be paid

12 during this time period?

13            MR. KRAMER:  Object to form, lack of

14 foundation.

15            THE WITNESS:  Ultimately, it was the

16 publisher.  Stan could make recommendations.  And

17 I believe, again, his recommendations were maybe a

18 little more -- had a little more force as time

19 went on, but it was ultimately the publisher's

20 responsibility, they all had to be approved by

21 him, whether it be either Martin Goodman or Chip

22 Goodman.

23 BY MS. KLEINICK:

24       Q.   For the period from July 1965 to the

25 end of '72, with respect to your freelance writing

2021MARVEL-0130566

ROY THOMAS

work, were there any general time frames in relationship to time that the issue was dialogued that you were paid with respect to that issue?

        MR. KRAMER: Object to form.

        THE WITNESS: It would depend on when I managed to get the -- the voucher in. It was my responsibility, as it was other writers, to fill out vouchers and put them in, and they would go down -- go to be signed at some stage during the week and then we would be paid.

        Generally speaking, if I recall correctly, we usually put in the writing rate after the whole thing was written as opposed to putting in something when the plot was turned in.

BY MS. KLEINICK:

    Q.    During this time period, with respect to your freelance writing work, were you typically paid before the issue hit the stands?

    A.    Usually I would have been because they -- because by the time I -- from the time that I might have finished the story until it was on sale was going to be at least two or three months, possibly a little more, possibly even a couple of months more.

```
 1                    ROY THOMAS
 2            So if -- even if I missed a pay
 3   period, it was only going to be a couple weeks or
 4   so, two or three weeks, before I was paid.  So I
 5   was almost always paid before it was on sale.
 6        Q.   And during this time period with
 7   respect to your freelance writing work, did you
 8   receive the same page rate regardless of whether
 9   the issue ultimately sold well or not?
10        A.   Yes, I did.
11        Q.   Do you have any understanding of
12   whether other freelance writers who submitted
13   materials to Marvel during this time were also
14   paid the same -- their same page rate regardless
15   of whether the issue they worked on ultimately
16   sold well or not?
17            MR. KRAMER:  Objection.  Object to
18   form and lack of foundation.
19            THE WITNESS:  Yes.  It was a straight
20   page rate system.
21   BY MS. KLEINICK:
22        Q.   When you first joined Marvel in the
23   -- in 1965, was it your understanding that the
24   materials that you were submitting for publication
25   as a freelance writer were works-for-hire owned by
```

```
1                    ROY THOMAS
2   hire," but it was just another term for the way I
3   felt I had been working all along.
4         Q.   So what you understood -- or your
5   understanding was that the work that you were
6   creating, to the extent you would have any rights
7   in it, you were giving those rights up to
8   Marvel --
9              MS. KLEINICK:  Objection.
10  BY MR. KRAMER:
11        Q.   -- at all times?
12             MS. KLEINICK:  Mischaracterizes his
13  testimony.
14             THE WITNESS:  The back of the check
15  said that I was -- that by signing the check I was
16  signing over my rights to -- to Marvel.
17  BY MR. KRAMER:
18        Q.   And later, in the mid 1970s when the
19  term "work-for-hire" started banging around, you
20  understood that to refer to the same general
21  situation that had already existed?
22             MS. KLEINICK:  Objection.
23             THE WITNESS:  Yes, I did.
24  BY MR. KRAMER:
25        Q.   And do you understand that work-for-
```

Page 410

1           ROY THOMAS

2         C E R T I F I C A T E

3

4

5  SOUTH CAROLINA:

6  RICHLAND COUNTY:

7

8

9           I hereby certify that the foregoing
10  deposition was reported, as stated in the caption,
11  and the questions and answers thereto were reduced
12  to that written page under my direction; that the
13  foregoing pages 1 through 168 represent a true and
14  correct transcript of the evidence given.  I
15  further certify that I am not in any way
16  financially interested in the result of said case.
17           Pursuant to Rules and Regulations of
18  the Board of Court Reporting of the Judicial
19  Council of South Carolina, I make the following
20  disclosure:
21           I am a South Carolina Court
22  Reporter.  I am here as an independent contractor
23  for TSG Reporting.
24           I was contacted by the offices of
25  TSG Reporting to provide court reporting services

2021MARVEL-0130752

Page 411

ROY THOMAS

for this deposition. I will not be taking this deposition under any contract that is prohibited by O.C.S.C.A. 15-14-7 (a) or (b).

I have no written contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this meeting. I will charge my usual and customary rates to all parties in the case.

This, the 18th day of April, 2011.

*Rita Derouen*

RITA A. DEROUEN
My Commission Expires
August 12, 2019

2021MARVEL-0130753