# EXHIBIT 8

Page 1

ROY THOMAS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARY FRIEDRICH ENTERPRISES, LLC, et al.,

    Plaintiffs,

vs.                        Civil Action No.
                            08-CV-01533(BSJ)(JCF)

MARVEL ENTERPRISES, INC., et al.,

    Defendants.

                     — — —

       Videotaped deposition of ROY THOMAS, taken on behalf of Plaintiffs, before Rita A. DeRouen, Registered Professional Reporter and Notary Public, at the Radisson Hotel, 2100 Bush River Road, Board Room, Columbia, South Carolina, on the 12th day of April, 2011, commencing at 9:04 a.m.

**CERTIFIED COPY**

TSG Job # 37617

TSG Reporting - Worldwide       877-702-9580

2021MARVEL-0041265

```
 1                ROY THOMAS
 2  APPEARANCES OF COUNSEL:
 3           On Behalf of the Plaintiffs:
 4           CHARLES S. KRAMER, ESQ.
             Riezman Berger
 5           7700 Bonhomme Avenue
             Seventh Floor
 6           St. Louis, Missouri   63105
 7
 8      -and-
 9           ERIC W. EVANS, ESQ.
             Roth Evans, P.C.
10           2421 Corporate Centre Drive
             Suite 200
11           Granite City, Illinois   62040
12
13
14           On Behalf of the Defendants:
15           JODI A. KLEINICK, ESQ.
             Paul Hastings Janofsky & Walker
16           75 East 55th Street
             First Floor
17           New York, New York   10022
18
19
20
21  Also Present:  Donald Graves, CLVS
                   Eli Bard, Marvel Entertainment
22
23
24
25                     — — —
```

```
 1                    ROY THOMAS
 2                     I N D E X
 3   EXAMINATION                                        PAGE
 4   By Mr. Kramer                                        5
 5   By Ms. Kleinick                                     --
 6
                   INDEX TO EXHIBITS
 7
                                                        PAGE
 8
     Exhibit 1,  Notice of Deposition                     8
 9   Exhibit 2,  Letter and Response and Objections      10
                 to Subpoena Duces Tecum
10   Exhibit 3,  The Amazing Spiderman Comic Book,       36
                 111 August 02457
11   Exhibit 4,  Ghost Rider Comic Book, 5 Aug 02120    43
     Exhibit 5,  Synopsis for "Stilt-Man Stalks the     77
12               Soundstage," "The Tribune," and "The
                 Horn of the Bull"
13   Exhibit 6,  Article, Ghost Rider in the Sky,        83
                 Bates MVL-00013449
14   Exhibit 7,  Newsarama.com Article, Bates            90
                 Friedrich 000321 - 324
15   Exhibit 8,  Ghost Rider Marvel Spotlight, Bates     94
                 MVL-00009536 - 9580
16   Exhibit 9,  Letter, Bates THOM0008819              111
     Exhibit 10, Eli Bard's Business Card               112
17   Exhibit 11, Excerpt of Article, Bates
                 THOM0008906 - 8907
18   Exhibit 12, Ghost Rider "Hellfire Edition"         128
                 Blu-Ray DVD Proposal, Bates
19               SPE-00013559 - 13567
     Exhibit 13, Talent Release, Bates SPE-0003464      128
20   Exhibit 14, E-mail, Bates Friedrich 000250         135
     Exhibit 15, Copy of Pay Stub and Trade             139
21               Paperback  Incentive Forms, Bates
                 THOM0008673 - 8677
22   Exhibit 16, 2006 Form 1099 for Roy Thomas,         146
                 Bates THOM0007669
23   Exhibit 17, 2207, 2008, 2009 Form 1099s for        147
                 Ray Thomas, Bates
24               THOM0007668 - 7666
25
```

Page 15

1         ROY THOMAS
2         Q.    Do -- do you know what the actual
3    formal company name was of the company that you
4    joined back in 1965?
5         A.    I was given to -- understood it was
6    Magazine Management, which is a name I had not
7    heard before.  That was the parent company, Marvel
8    Comics was sort of a division of it.
9         Q.    And, when you first joined the Marvel
10   Comics operations of Magazine Management, what was
11   your -- what was your job?
12        A.    I was hired as officially a staff
13   writer, was the official position at first.
14        Q.    And how long did you remain a staff
15   writer?
16        A.    I don't know.  Really just a couple
17   of months because it quickly metamorphosed into
18   the job of being like an editorial assistant
19   without much of a real title.  The duties didn't
20   change much, it just became the editorial
21   assistant, and I did my writing freelance.
22        Q.    When you say you did your writing
23   freelance, you're talking about writing for some
24   comics?
25        A.    Yes.

2021MARVEL-0041279

Page 16

ROY THOMAS

2  Q. And, by freelance, you mean it wasn't
3  part of your normal job and you did it on the
4  side?
5  A. Yes, after those first two or three
6  months, where much of what I did was on staff, and
7  after that it was freelance.
8  Q. And when you did your freelance
9  writing, you did that on your own time?
10  A. Yes.
11  Q. Do you know who owned Magazine
12  Management at the time?
13  A. He may have had some family members
14  who had a piece, but mainly I understood it was
15  Martin Goodman.
16  Q. And, to the best of your
17  understanding, Mr. Goodman owned Magazine
18  Management either by himself or with other family
19  members --
20  A. Uh-huh.
21  Q. -- correct?
22  A. Yes.
23  Q. When you were doing freelance writing
24  back in that period of time, in the, say, mid
25  1960s, where would you get your writing

2021MARVEL-0041280

```
                                            Page 17
 1                ROY THOMAS
 2   assignments?
 3        A.    Basically from Stan Lee, the -- the
 4   editor.  Sometimes they came through the
 5   production manager, Sol Brodsky.
 6        Q.    And they would basically tell you
 7   what they wanted you to write and then you would
 8   go out and put something together?
 9             MS. KLEINICK:  Objection.
10             THE WITNESS:  Stan would assign me to
11   write something, either a plot or just to dialogue
12   a story that had already -- to add dialogue to a
13   story that had perhaps already been drawn,
14   whatever -- whatever was needed.
15   BY MR. KRAMER:
16        Q.    Do you know if Martin Goodman ever
17   sold Magazine Management?
18        A.    Yes, my understanding is that he --
19   he did or -- in the late '60s, '68 or '69,
20   something like that.
21        Q.    Do you know who he sold it to?
22        A.    The company name that I recall was
23   Perfect Film and Chemical.  It soon evolved, I
24   think, to Cadence or something, but I don't know
25   exactly how or why.
```

2021MARVEL-0041281

Page 169

1                ROY THOMAS
2           C E R T I F I C A T E
3
4
5  SOUTH CAROLINA:
6  RICHLAND COUNTY:
7
8
9           I hereby certify that the foregoing
10 deposition was reported, as stated in the caption,
11 and the questions and answers thereto were reduced
12 to that written page under my direction; that the
13 foregoing pages 1 through 168 represent a true and
14 correct transcript of the evidence given.  I
15 further certify that I am not in any way
16 financially interested in the result of said case.
17           Pursuant to Rules and Regulations of
18 the Board of Court Reporting of the Judicial
19 Council of South Carolina, I make the following
20 disclosure:
21           I am a South Carolina Court
22 Reporter.  I am here as an independent contractor
23 for TSG Reporting.
24           I was contacted by the offices of
25 TSG Reporting to provide court reporting services

2021MARVEL-0041433

Page 170

ROY THOMAS

1  
2  for this deposition.  I will not be taking this
3  deposition under any contract that is prohibited
4  by O.C.S.C.A. 15-14-7 (a) or (b).
5           I have no written contract to
6  provide reporting services with any party to the
7  case, any counsel in the case, or any reporter or
8  reporting agency from whom a referral might have
9  been made to cover this meeting.  I will charge
10 my usual and customary rates to all parties in the
11 case.
12          This, the 15th day of April, 2011.
13
14  _____
15  RITA A. DEROUEN
16  My Commission Expires
17  August 12, 2019

TSG Reporting - Worldwide              877-702-9580

2021MARVEL-0041434