# EXHIBIT 9

Contains Confidential Portions

Page 1

```
 1
 2            UNITED STATES DISTRICT COURT
 3            SOUTHERN DISTRICT OF NEW YORK
 4    MARVEL WORLDWIDE, INC.,          )
      MARVEL CHARACTERS, INC.,         )
 5    and MVL RIGHTS, LLC,             )
                                       )
 6                    Plaintiffs,      )
                                       )    Case No.
 7            vs.                      )    10-141-CMKF
                                       )
 8    LISA R. KIRBY, BARBARA J.        )
      KIRBY, NEAL L. KIRBY, and        )
 9    SUSAN N. KIRBY,                  )
                                       )
10                    Defendants.      )
      ---------------------------)
11                  **REVISED**
12            PARTIALLY CONFIDENTIAL
13         PURSUANT TO PROTECTIVE ORDER
14            (Pages 66 through 70)
15    VIDEOTAPED DEPOSITION OF LAWRENCE LIEBER
16            New York, New York
17            January 7, 2011
18
19
20
21
22
23    Reported by:
24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR
25    JOB NO. 35338
```

2021MARVEL-0130397

Contains Confidential Portions

Page 2

1

2                      January 7, 2011

3

4          Partially confidential videotaped

5      deposition of LAWRENCE LIEBER, held at

6      Weil Gotshal & Manges, 767 Fifth Avenue,

7      New York, New York, before Kathy S. Klepfer,

8      a Registered Professional Reporter, Registered

9      Merit Reporter, Certified Realtime Reporter,

10     Certified Livenote Reporter, and Notary Public

11     of the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2021MARVEL-0130398

Contains Confidential Portions

1

2                    A P P E A R A N C E S:

3

4    WEIL, GOTSHAL & MANGES

5    Attorneys for Plaintiffs

6         767 Fifth Avenue

7         New York, New York  10153

8    BY:  RANDI W. SINGER, ESQ.

9         SABRINA A. PERELMAN, ESQ.

10

11   TOBEROFF & ASSOCIATES

12   Attorneys for the Defendants

13        2049 Century Park East, Suite 2720

14        Los Angeles, California  90067

15   BY:  MARC TOBEROFF, ESQ.

16

17

18   ALSO PRESENT:

19        ELI BARD, Marvel Entertainment

20        MATTHEW SMITH, Legal Video Specialist

21

22

23

24

25

2021MARVEL-0130399

Contains Confidential Portions

Page 4

1

2

3           IT IS HEREBY STIPULATED AND

4      AGREED, by and between the attorneys for

5      the respective parties herein, that the

6      filing and sealing be and the same are

7      hereby waived.

8           IT IS FURTHER STIPULATED AND

9      AGREED that all objections, except as to

10     the form of the question, shall be

11     reserved to the time of the trial.

12          IT IS FURTHER STIPULATED AND

13     AGREED that the within deposition may be

14     sworn to and signed before any officer

15     authorized to administer an oath, with

16     the same force and effect as if signed

17     and sworn to before the Court.

18

19

20

21

22

23

24

25

2021MARVEL-0130400

Contains Confidential Portions

Page 12

L. Lieber

1

2          I also, you know, I also, in doing

3      this, I had to use the sense of the visual.

4      Comics are different from novels in that it's a

5      visual medium, so you have to be -- know that.

6      And it's also sequential, so the artist has to

7      have a sense of sequence and story.  But both

8      are doing them, you know, about playing a part.

9          But a page of script would have panel

10      one, panel two, panel three.  Didn't have to

11      have six panels.  Sometimes if there was a lot

12      of action, you might play up that panel and only

13      have five, let's say, one panel across.

14      Q.    Okay.  So it wouldn't look like -- it

15      wouldn't just be a short story, it would be --

16      it would describe the --

17      A.    Oh, no.  It would be panel by panel.

18      No.  No.

19      Q.    And where would -- how would you get

20      the idea for the story?  How would you know what

21      to write about?

22      A.    Well, my brother made up the plot and

23      gave me a synopsis.

24      Q.    And your brother is?

25      A.    Stan Lee.  I'm sorry.

2021MARVEL-0130408

Contains Confidential Portions

Page 13

1               L. Lieber

2        Q.    And did all of the ideas for stories
3    come from Stan Lee or was there any other way
4    you would get ideas?

5        A.    No, they all came from Stan Lee.

6        Q.    Did you ever work on -- did you ever
7    get artwork that you would then write the
8    dialogue for, or did you always write the script
9    first?

10       A.    I always wrote the script first,
11    except later on, I --

12       Q.    We don't have to worry about -- I'm
13    focusing you, I'm sorry, I'm focusing you on the
14    period 1958 to 1965.

15       A.    I would think during that period I
16    always did, but there was a time -- but I don't
17    know when it was, that's why I started to say
18    that -- when I once or twice did it differently.
19    But I always wrote a script here.

20       Q.    Okay.

21       A.    I always wrote the script.

22       Q.    Who came up with the ideas for the
23    characters that would be in the story?

24       A.    Stan.  Well, wait a minute.  You say
25    the characters?

2021MARVEL-0130409

Contains Confidential Portions

Page 14

1                        L. Lieber

2        Q.     Yes.

3        A.     Stan.   Yes.   Yes.   Stan, yes.   Yes,

4   sure.

5        Q.     Who was responsible for giving you the

6   assignment to write a particular script or a

7   particular --

8        A.     Stan.

9        Q.     When he would give you an assignment,

10  did you have a deadline or something that you

11  had to get it back by a certain time?

12       A.     I remember -- well, I knew I had to do

13  it fast, and the only thing I remember a little

14  more vividly is with I think it was Jack Kirby

15  where he would say Jack needs work and he was

16  concerned about getting it to him.   He said,

17  "Write this," and, you know, sometimes I would

18  write, and if it was weekend, I wouldn't wait

19  until Monday to bring it into the office to give

20  it to Stan, but I remember going over to the

21  West Side, the main post office at night and

22  mailing it.

23              And I was learning to write in the

24  early years so I wasn't too fast, and Jack was

25  very fast and a wonderful, wonderful artist.   So

2021MARVEL-0130410

Contains Confidential Portions

1                    L. Lieber

2            But writing was a little different.

3    Stan had his own way of writing and his own --

4    using as few words as possible, making them

5    count, and he -- he was a good editor.  So I

6    learned from him.  I learned well enough that I

7    was able to give a course some years later for

8    him.

9        Q.    You mentioned that Stan would give you

10   the synopsis or the plot.  How?  How would he

11   give that to you?  Would he --

12       A.    As far as I remember, it was -- you

13   mean written.  He would give it written to me.

14       Q.    And then after you did the assignment

15   and you -- what would happen?  Then you would

16   bring it to the office?

17       A.    I would grow to the office with it.

18   Yeah, I would bring it to the office.

19       Q.    And what would happen next?

20       A.    He would go over it and, as I said, if

21   it were in the early years, he might correct or

22   change a line or two.  But he always used it.

23   He, he -- I never had to, you know, go home and

24   do it again.  He was very easy, he was showing

25   me.  He said, "Oh, you could have said this.

2021MARVEL-0130412

Contains Confidential Portions

Page 17

1                    L. Lieber

2    You could have done that," and he'd make some

3    little corrections.  And as time went on, he had

4    fewer to make.

5        Q.    Do you know what would happen to the

6    script after Stan went over it and made whatever

7    changes?

8        A.    Yeah.  It would be sent to the artist,

9    I would guess.

10       Q.    Okay.

11       A.    Whether it was, you know, the various

12   artists, yeah.

13       Q.    Did you ever -- did you have any

14   contact with the story after you turned it in

15   and made whatever changes?

16       A.    No.

17       Q.    Did you ever have discussions with

18   artists about the stories or the scripts?

19       A.    No.

20       Q.    You mentioned Jack Kirby.  Did you

21   ever have any interactions with Jack Kirby when

22   he was drawing scripts that you had done?

23            MR. TOBEROFF:  Assumes facts.

24       A.    What's that?

25       Q.    Let me take a step back then.

2021MARVEL-0130413

Contains Confidential Portions

Page 18

1                              L. Lieber

2              Do you know which artists were

3      assigned to draw some of the scripts that you

4      did?

5          A.    Yes.  At the time, I mean, I knew

6      which artists were working.

7          Q.    Okay.

8          A.    There was Jack Kirby.  There was Don

9      Heck.  And I didn't write the stories.  Stan

10     liked -- there was usually one story for Ditko

11     in the books and Stan liked to write that

12     himself, so he made it up and he worked with

13     Ditko.

14              And I'm not certain if that was in all

15     the books or just one book.  It might have been

16     one.  But I remember Don Heck and there might

17     have been some others who came and went, I don't

18     know.  Jack you usually did the main story in

19     the book, the first story, and there might have

20     been Paul Reinman.  I'm not sure.  Might have --

21     I think he was an inker, but he might have

22     penciled, too, occasionally.

23         Q.    Let's talk about some specific books

24     for a few minutes.  Are you familiar with the

25     book Thor?

2021MARVEL-0130414

Contains Confidential Portions

Page 30

1                    L. Lieber

2    you missed Milly when she was handing out the

3    checks, then you went to bookkeeping and went

4    over to Milly and she opened her drawer and

5    said, "Here's your check."  But if you didn't

6    come into the office, I don't remember if they

7    sent them to you.  Maybe they then sent them to

8    you at home.  I -- I don't recall getting it at

9    home.  I know I got paid.

10       Q.    That was my next question.  Did you

11   get paid for all the work you did for Marvel?

12       A.    Yes.  Yes.

13            MR. TOBEROFF:  Objection.

14       Q.    Do you know what Milly's last name

15   was?  Do you remember?

16       A.    No.

17       Q.    Okay.

18       A.    No.

19       Q.    When you received -- were you always

20   paid by check from Marvel?

21       A.    You mean as opposed to cash?

22       Q.    Yes.

23       A.    No.  It was always check.  Always

24   check.

25       Q.    Do you recall --

2021MARVEL-0130426

Contains Confidential Portions

Page 31

1                          L. Lieber

2                MR. TOBEROFF:  Just a second.  Could

3        you do me a favor and just pause before

4        answering a question so I have room to

5        object before?  I'm supposed to object

6        before you answer.

7                THE WITNESS:  Yes.

8                MR. TOBEROFF:  I'm supposed to object

9        before you answer.

10               THE WITNESS:  Okay.

11               MR. TOBEROFF:  Sometimes if you answer

12       too rapidly, I would be talking over you.  I

13       don't want to do that.

14               THE WITNESS:  Okay.

15               MR. TOBEROFF:  Thank you.

16       BY MS. SINGER:

17           Q.   When you would receive a check from

18       Marvel, was there anything printed on the check

19       besides, you know, your name and the amount?

20               MR. TOBEROFF:  Objection.

21           A.   Yes.

22               MR. TOBEROFF:  Go ahead.

23           Q.   You can answer.

24           A.   I paused.

25           Q.   Good work.

2021MARVEL-0130427

Contains Confidential Portions

Page 32

1                          L. Lieber

2            Was there anything, just to be clear

3     so for the record --

4       A.    Yes, there was something printed on

5     the back.

6       Q.    And what was printed on the back of

7     the check?

8       A.    I don't recall the exact words, but

9     the gist of it was that I was giving up all

10    rights to it, that the work, you know, now is

11    with the company and -- and I don't remember the

12    exact wording, but I think it was something

13    "giving up your rights" or "all rights."  That

14    was the way I interpreted it anyway.  I didn't

15    think much about it because I felt the only

16    reason I was doing it was to get paid, you know.

17      Q.    And do you recall that those words or

18    something to that effect being on the back of

19    every check you got from Marvel for that period

20    from 1958 to '65?

21            MR. TOBEROFF:  Objection as to form.

22      A.    I don't know the year, you know, all

23    the years and I don't know if it was.  I

24    remember in the early years seeing it.

25    Afterwards, I had been so used to it that I

TSG Reporting - Worldwide    877-702-9580

2021MARVEL-0130428

Contains Confidential Portions

Page 33

1                          L. Lieber

2    wouldn't have noticed if it was still there or

3    not.  I didn't think anything of it, so I don't

4    remember if it lasted until '65 or when it

5    stopped or occasionally or whatever.

6         Q.    Do you have any recollection that it

7    stopped at some point?

8         A.    No.  No.

9         Q.    Let's talk about The Rawhide Kid.  Did

10   you have any involvement in The Rawhide Kid?

11        A.    Oh, yes.  Yes.  I wrote The Rawhide

12   Kid and I drew it.  It had been written, yeah,

13   before me by Stan and Jack Kirby.

14        Q.    So did you write the first issue of

15   The Rawhide Kid?

16        A.    No.  No.  No.  No, I -- I, no, it --

17   it came when Jack moved on to doing

18   super-heroes.

19        Q.    What -- how did you come to work on

20   Rawhide Kid?

21        A.    I don't remember whether I initiated

22   it or Stan offered it to me.  I -- I liked -- it

23   was an opportunity for me to write and draw the

24   same strip, and that appealed to me.  I felt I

25   would have more control over it.  And at that

2021MARVEL-0130429

Contains Confidential Portions

Page 47

1                       L. Lieber

2               MS. SINGER:   19 out of 20 -- 19 out of

3        30, I'm sorry.   The very last line on page

4        19.

5               MR. TOBEROFF:   "Getting back to the

6        writing aspect"?

7               MS. SINGER:   Yes, carrying over.

8        Q.      And you say, "They were full scripts

9    and I didn't think of Jack when I wrote it at

10   all.   All I thought of was will Stan like this

11   or will he tell me, 'Larry, this isn't good, you

12   can't do this.'   I didn't want to hear something

13   like that."

14               Is that consistent with your

15   recollection?

16        A.      Yes.

17        Q.      There's a reference here to "Marvel

18   style."   Do you know what that is?

19        A.      I believe so.   You want me --

20        Q.      What's your understanding of what

21   Marvel style was?

22        A.      The Marvel style is what Stan did, or

23   I think I said in the interview it began around

24   the time of the super-heroes and with Jack

25   Kirby, perhaps with others, I don't know.   Jack

2021MARVEL-0130443

Contains Confidential Portions

Page 48

1                    L. Lieber

2   might have been -- I think Jack was the first.

3   And where he would discuss a story or a plot

4   with the artist and the artist would write it --

5   not write, I'm sorry.  The artist would lay it

6   out and draw it with enough knowledge about what

7   the story is and leave room for dialogue to come

8   later.

9        Q.    And the "he" there was Stan Lee?

10       A.    I'm sorry?

11       Q.    The "he" when you said "he"?

12       A.    Stan Lee.  It would be Stan Lee and

13   the artist.

14       Q.    Okay.

15       A.    Yeah, that would be -- and I think

16   that was called the Marvel style.

17       Q.    The way -- when we talked about the

18   first script for Iron Man and the first script

19   for Thor and the first script for Ant-Man, were

20   those Marvel style?

21       A.    No.

22             MR. TOBEROFF:  Objection to form.

23       Q.    Was the first scripts for Marvel --

24   strike that.  Let me start again.

25             Were the scripts that you wrote for

2021MARVEL-0130444

Contains Confidential Portions

Page 110

1                       L. Lieber

2        A.    No.

3        Q.    Did anyone at Marvel ever promise you

4   more work or more money or anything if you gave

5   a deposition or testified?

6        A.    No.

7        Q.    You spoke with Mr. Toberoff about a

8   zombie story, a plot that you gave them, and

9   there was an editor who made you redo it a

10  couple of times.   Who was that editor?

11       A.    Marv Wolfman.

12       Q.    Do you know approximately when that

13  was?

14       A.    It was -- I did the -- I'm trying -- I

15  figure in the '70s, probably, in the '70s.   It

16  was after I finished The Rawhide Kid, which I --

17  I don't know when it was, and sometime after

18  that.

19       Q.    Okay.   Other than that, that zombie

20  story with Mr. Wolfman, did you ever -- strike

21  that.   For the period 1958 to 1965, did you ever

22  submit any work to Marvel that hadn't been

23  assigned to you?

24       A.    No.   No.

25             MS. SINGER:   I have no further

2021MARVEL-0130506

Contains Confidential Portions

Page 112

1                        L. Lieber

2              MS. SINGER:  Okay.

3              THE VIDEOGRAPHER:  This concludes tape

4      number 3 of 3 of the videotaped deposition

5      of Lawrence Lieber.  The time is 2:24 P.M.

6      We are now off the record.

7                          oOo

8

9

10

11

12

13

14

15

16

17

18                    *Lawrence Lieber* (signature)

                   LAWRENCE LIEBER

19

20      Subscribed and sworn to

        before me this 14 day

21      of February 2011.

22               (signature)

23      _____

24

25

2021MARVEL-0130508

Contains Confidential Portions

Page 113

1                   L. Lieber

2                 CERTIFICATE

3       STATE OF NEW YORK )

                      :  ss

4       COUNTY OF NEW YORK)

5            I, Kathy S. Klepfer, a Registered

6       Merit Reporter and Notary Public within and

7       for the State of New York, do hereby

8       certify:

9            That LAWRENCE LIEBER, the witness

10      whose deposition is herein before set forth,

11      was duly sworn by me and that such

12      deposition is a true record of the testimony

13      given by such witness.

14           I further certify that I am not

15      related to any of the parties to this action

16      by blood or marriage and that I am in no way

17      interested in the outcome of this matter.

18           I further certify that neither the

19      deponent nor a party requested a review of

20      the transcript pursuant to Federal Rule of

21      Civil Procedure 30(e) before the deposition

22      was completed.

23           In witness whereof, I have hereunto

24      set my hand this 20th day of January, 2011.

25      --------  *Kathy S. Klepfer*  -----------

2021MARVEL-0130509

Contains Confidential Portions

Page 114

1                      L. Lieber

2                      INDEX

3    TESTIMONY OF L. LIEBER:                    PAGE

4    Examination by Ms. Singer              6, 109

5    Examination by Mr. Toberoff                50

6    LIEBER EXHIBITS:                          PAGE

7    Exhibit 1, a document bearing Bates Nos.     40

8    MARVEL0017320 through 332

9    Exhibit 2, a document bearing Bates Nos.     44

10   MARVEL0017333 through 362

11   Exhibit 3, Excerpts from Son of Origins      83

12   of Marvel Comics, by Stan Lee

13   Exhibit 4, an excerpt from a magazine        98

14   entitled Five Fabulous Decades of the World's

15   Greatest Comics by Les Daniels

16   Exhibit 5, reduced copies of six large pages    102

17   of drawings by Jack Kirby that were in the

18   possession of Lawrence Lieber and furnished in

19   response to subpoena

20   Exhibit 6, an excerpt from Jack Kirby Collector    105

21   Forty-One

22   Exhibit 7, a document bearing Bates Nos.     107

23   MARVEL0016570

24   Exhibit 8, excerpts from Comic Book Marketplace    108

25   No. 72, October 1999

2021MARVEL-0130510

Contains Confidential Portions

Page 115

1                    L. Lieber

2                 INDEX (Cont'd.)

3   LIEBER EXHIBITS:                        PAGE

4   Exhibit 9, excerpts from Comic Book Marketplace   108

5   No. 73, November 1999

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2021MARVEL-0130511

Contains Confidential Portions

Page 116

1              L. Lieber
2    NAME OF CASE:  Marvel v. Kirby, et al.
3    DATE OF DEPOSITION:  January 7, 2011
4    NAME OF WITNESS:  Lawrence Lieber
5    Reason Codes:
6         1.  To clarify the record.
          2.  To conform to the facts.
7         3.  To correct transcription errors.
8    Page _10_ Line _15_ Reason _2_
     From YOUR--YOUR STORIES, YOUR LETTERS    YOUR LETTERS IN THE
9                              IN THE
     Page _12_ Line _25_ Reason _3_
10   From STAN LEE. I'M SORRY. to    STAN LEE
11   Page _15_ Line _17_ Reason _3_
     From I WOULD GROW TO THE ... to   I WOULD GO TO THE ...
12
     Page _18_ Line _9_ Reason _1,2_
13   From HECK, I DIDN'T WRITE THE STORIES, STA to HECK. I WROTE THEIR STORIES.
14   Page _18_ Line _10_ Reason ____
     From LIKED--THERE WAS USUALLY to   THERE WAS USUALLY ONE STORY
15                                       FOR DITKO
     Page _____ Line _____ Reason _____.
16   From _____ to _____
17   Page _____ Line _____ Reason _____
     From _____ to _____
18
     Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
     From _____ to _____
21
     Page _____ Line _____ Reason _____
22   From _____ to _____
23   Page _____ Line _____ Reason _____
     From _____ to _____
24
25                                 _____

2021MARVEL-0130512