# EXHIBIT 10

Confidential Pursuant to Protective Order

Page 150

1        UNITED STATES DISTRICT COURT
2         SOUTHERN DISTRICT OF NEW YORK
3
4  MARVEL WORLDWIDE, INC.,         )
   MARVEL CHARACTERS, INC.,        )
5  and MVL RIGHTS, LLC,            )
                                   )
6          Plaintiffs,             )
                                   )
7    vs.                           ) Case No. 10-141-CMKF
                                   )
8  LISA R. KIRBY, BARBARA J.       )
   KIRBY, NEAL L. KIRBY and        )
9  SUSAN N. KIRBY,                 )
                                   )
10         Defendants.             )
                                   )
11 ─────────────────────────────────
12
13
14
15       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
16                      VOLUME II
17              DEPOSITION OF STAN LEE
18               LOS ANGELES, CALIFORNIA
19            WEDNESDAY, DECEMBER 8, 2010
20
21
22
23
   REPORTED BY:
24 Alejandria E. Kate
   CSR NO. 11897, HI 448, RPR, CLR
25 JOB NO.:  35197

Confidential Pursuant to Protective Order

```
                                                    Page 151
 1
 2
 3
 4
 5              DECEMBER 8, 2010
 6                 9:11 A.M.
 7
 8
 9     Deposition of STAN LEE, held at the offices
10     of VENABLE LLP, 2049 Century Park East, Suite
11     2100, Los Angeles, California, pursuant to
12     agreement before Alejandria E. Kate, a
13     Registered Professional Reporter and
14     Certified Shorthand Reporter of the State of
15     California.
16
17
18
19
20
21
22
23
24
25
```

2021MARVEL-0131063

```
                                                            Page 152
 1    A P P E A R A N C E S:
 2
 3    ATTORNEY FOR THE PLAINTIFFS:
 4         WEIL, GOTSHAL & MANGES
           BY:  JAMES W. QUINN, ESQ.
 5              RANDI W. SINGER, ESQ.
           767 Fifth Avenue
 6         New York, New York  10153
 7         -AND-
 8         HAYNES AND BOONE
           BY:  DAVID FLEISCHER, ESQ.
 9         1221 Avenue of the Americas
           26th Floor
10         New York, New York  10020
11
12    ATTORNEY FOR THE DEFENDANTS:
13         TOBEROFF & ASSOCIATES
           BY:  MARC TOBEROFF, ESQ.
14              NICHOLAS C. WILLIAMSON, ESQ.
                JEFFREY R. RHOADS, ESQ. (Page 200)
15         2049 Century Park East
           Suite 2720
16         Los Angeles, California  90067
17
18    FOR THE WITNESS:
19         GANFER & SHORE
           BY:  ARTHUR LIEBERMAN, ESQ.
20              (APPEARANCE VIA VIDEO CONFERENCE)
           360 Lexington Avenue
21         14th Floor
           New York, NY  10017
22
23    ALSO PRESENT:
24         ELI BARD, Marvel Entertainment
25
```

Page 334

1   these characters with you?
2        A.   I gave Jack as much credit as you could give
3   any human being.  Now, again, I refer to Jack and Ditko
4   and all the guys I work with as co-creators now.  And
5   the reason I do, Ditko, I was discussing it with him
6   once.  And he said, "You know, you say you created
7   Spider-Man.  Okay.  It was your idea.  I admit that.
8   But all you had was an idea.  Until I drew it, there
9   was no Spider-Man."
10            That made a little sense to me.  So I figured,
11  okay, I'm going to call you my co-creator, and I'm
12  going to call Jack and all the guys I work with.  But
13  that was to make them feel good.
14            And maybe in a sense there was some validity,
15  but when you get to who came up with the idea, it was
16  me who said, "I want do a strip called Spider-Man," and
17  I hired Jack, and I didn't like it, and then I hired
18  Ditko.
19            And I said, "I want a villain named Galactus,"
20  and I told Jack.  He loved the idea.  He drew a
21  beautiful Galactus.
22            I said, "I want to do a thunder god," because
23  the Greek Gods and the Roman Gods had all been done.  I
24  said, "Jack, I think you know a lot about the Norse
25  gods.  Let's do Thor."

Page 335

1   And he said, "Great." And he did it.
2   So in that sense, I was a co-creator with
3   everybody. But the original concept, the original
4   ideas, came from me. And I would give them to an
5   artist, and I would say, "Here, you work on it." Or I
6   might give it to a writer and say, "This is the idea,
7   now you write it."
8   So, again, I don't know what "creator" means
9   or "co-creator." It depends how you define it.
10   Q.   So is it your testimony that you came up with
11   the ideas, and they merely executed your ideas? Is
12   that your testimony?
13   A.   For the main characters. While they were
14   drawing the scripts. They might come up with a lot of
15   other characters in line of drawing the scripts. Sure.
16   Just like Jack came up with The Surfer. I didn't tell
17   him to do The Surfer.
18   Q.   So everything about those characters, main
19   characters, were your ideas?
20   A.   Yes. Every one of those particular --
21   Q.   They just drew it up for you?
22   A.   Pardon me?
23   Q.   It was all your idea; they merely just drew it
24   up for you?
25   MR. QUINN:   Object to the form.

Confidential Pursuant to Protective Order

Page 336

1    You can answer.
2    THE WITNESS:  I know it sounds -- it's hard to
3  believe, but, yes, they were all my ideas.
4  BY MR. TOBEROFF:
5    Q.   I'm just trying to get at what you believe.
6    A.   Well, that's what I believe, and that's the
7  truth.  I came up with Spider-Man, the X-Men,
8  Daredevil, Dr. Strange, Iron Man, The Avengers.  Those
9  particular -- and Sergeant Fury.  They were my ideas,
10 and I gave them to artists to do, and I told them how I
11 wanted them done.
12         Jack Kirby was the best artist we have.  And
13 whenever he was available, I would give him the script.
14   Q.   And anything in these -- it's now 2010, but
15 anything in these interviews that were given in the
16 '60s or the '70s that contradict that was merely for
17 publicity, to make these people feel good; is that
18 correct?
19         MR. QUINN:  Object to form.
20         You can answer.
21         THE WITNESS:  Yes.  And they didn't contradict
22 it that much.  The spirit was there.  It's just I tried
23 to make the guys feel good and look better, just the
24 way I did with the damn bullpen.
25   ///

2021MARVEL-0131248

Page 376

```
1                    EXAMINATION
2   BY MR. QUINN:
3        Q.    You recall that Mr. Toberoff asked you some
4   questions in connection with Spider-Man, and there was
5   some testimony that you gave regarding the fact that
6   you -- the original pages that Kirby had drawn --
7   Mr. Kirby had drawn with regard to Spider-Man, that you
8   had rejected them?
9        A.    Right.
10       Q.    And you decided to use Ditko, Steve Ditko,
11  instead?
12       A.    Right.
13       Q.    Did Mr. Kirby get paid for those rejected
14  pages?
15       A.    Sure.
16       Q.    And did you have a practice at that time with
17  regard to paying artists even when the pages were
18  rejected by you or required large changes?
19       A.    Any artists that drew anything that I had
20  asked him or her to draw at my behest, I paid them for
21  it.  If it wasn't good, we wouldn't use it.  But I
22  asked them to draw it, so I did pay them.
23       Q.    I'm going to jump around a little bit.
24       A.    You have some filing system.
25       Q.    I do.
```

Page 383

1    Q.   So that's not a reference to the creation of
2   the characters?
3         MR. TOBEROFF:  Leading.
4         THE WITNESS:  No.
5   BY MR. QUINN:
6    Q.   And looking at Lee Number 34, "Son of
7   Origins," that you wrote, Mr. Toberoff asked you some
8   questions about something you wrote on Page 14, but he
9   left out this part, where you wrote, speaking of, I
10  believe, the X-Men, "No sooner did I discuss the basic
11  premise with Jack, than we were off and running."
12        Is that consistent with your recollection that
13  before Jack did any drawing, you gave him the basic
14  premise?
15        MR. TOBEROFF:  Leading.
16        THE WITNESS:  Yes.
17  BY MR. QUINN:
18   Q.   Did Mr. Kirby ever begin work on a book
19  published by Marvel before you had assigned him that
20  work?
21   A.   No.
22        MR. TOBEROFF:  Leading.
23        THE WITNESS:  No.
24        MR. TOBEROFF:  Vague.
25        THE WITNESS:  At least mine are one-word

Page 384

1  answers now.
2  BY MR. QUINN:
3      Q.   By the way, I think you -- there was some
4  questioning about a man by the name of Sal Brodsky.
5           Do you remember Mr. Brodsky?
6      A.   Yes.
7           (Reporter clarification.)
8           MR. QUINN: Brodsky, B-R-O-D-S-K-Y.  Sal.
9  BY MR. QUINN:
10     Q.   Did Sal Brodsky decide either whether or how
11 much people were going to get paid -- people being
12 artists were going to get paid?
13     A.   No.
14     Q.   Whose job was it to decide whether they would
15 be paid and how much?
16     A.   Mine.  And, of course, Martin Goodman's,
17 whenever he bothered.
18     Q.   Did Mr. Kirby bring you sketches of The
19 Fantastic Four before you and he had talked about doing
20 The Fantastic Four?
21     A.   No.
22     Q.   And was part of your job at Marvel, when you
23 were editor in chief, to set deadlines for the artists?
24     A.   Always.
25     Q.   How did that work?

Page 385

1       A.   Oh, I received a schedule from somebody in the
2  company whose job that was, who worked with the
3  printer, when the printer would need each book.
4            Then it was up to me to figure out who should
5  write it, who should draw it and give them enough time
6  so that I would get the completed book in time to send
7  it to the printer.
8            So, for example, if I had a book that was due
9  quickly, I would give it to Jack, who was very fast.  I
10 wouldn't give it to another artist who was slower.  And
11 it was always a matter of production and deadlines.
12      Q.   I'm not going to go over testimony you've
13 given in the prior deposition, but I do have one
14 question.
15           To your knowledge, was anything in The
16 Fantastic Four based on a previous work by Kirby called
17 "Challenges of the Unknown"?
18      A.   No.  I had never -- to this day I've never
19 read "Challenges of the Unknown," and I really know
20 nothing about it, except that there is or was a book of
21 that title.
22      Q.   And to your knowledge, was the idea for
23 Spider-Man something that Kirby brought to you based on
24 his previous work on something called "The Fly"?
25      A.   No.

1    Q.   Now, when you -- when you were serving as an
2    editor at Marvel, in the period 1958 to 1963, you were
3    paid a salary as an editor?
4    A.   Yes.
5    Q.   And how were you paid for your work as a
6    writer on the comics?
7    A.   I was paid on a freelance basis, like any
8    freelance writer.
9    Q.   And does that mean you were paid by the page?
10   A.   Yes.
11   Q.   And was it your belief that because Marvel had
12   bought that work from you, that they owned all right,
13   title and interest in the work?
14   A.   Yes, I did believe that.
15           MR. TOBEROFF:  I'm done.
16           MR. QUINN:  Okay.  I have nothing further.
17           MR. LIEBERMAN:  You may leave, Mr. Lee.
18           THE COURT REPORTER:  No stipulation, then?
19   It's Code?
20           MR. TOBEROFF:  In California, we do a
21   stipulation.
22           MR. LIEBERMAN:  Mr. Lee, leave.  We're
23   finished.
24           MR. FLEISCHER:  Why don't we go off the
25   record, Marc, and tell us what stipulation you want to

Confidential Pursuant to Protective Order

Page 400

1          C E R T I F I C A T E
2
3  STATE OF CALIFORNIA   )
                         ) ss.
4  COUNTY OF LOS ANGELES )
5
6          I, ALEJANDRIA E. KATE, a Registered
7     Professional Reporter and Notary Public
8     within and for the State of California,
9     do hereby certify:
10         That the foregoing record of
11    proceedings is a full and correct
12    transcript of the stenographic notes taken
13    by me therein.
14         In witness whereof, I have hereunto
15    set my hand this 20th day of December,
16    2010.
17
18
19            *Alejandria Kate*
20         ALEJANDRIA E. KATE, CSR 11897
21
22
23
24
25

2021MARVEL-0131312

Confidential Pursuant to Protective Order

Page 401

```
                              I N D E X

WITNESS:               EXAMINATION                    PAGE

STAN LEE               By Mr. Toberoff                153

                       (Afternoon Session)            298

                       By Mr. Quinn                   376

                       By Mr. Toberoff                389


         QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
                    PAGE         LINE
                    162            2
                    182           13
                    190            4
                    239           17



                            E X H I B I T S

             (ALL EXHIBITS MARKED CONFIDENTIAL)
DEFENDANTS'                                           PAGE
Exhibit LEE 13--  Employment Agreement,               172
                  Bates-stamped MARVEL 0007134
                  through 0007144
Exhibit LEE 14--  Settlement Agreement,               188
                  Bates-stamped MARVEL 0016508
                  through 0016511
Exhibit LEE 15--  Letter dated July 26, 2002,         208
                  Bates-stamped MARVEL 0011424
```

2021MARVEL-0131313

```
 1                 I N D E X  (CONTINUED):
 2
 3                       E X H I B I T S
 4            (ALL EXHIBITS MARKED CONFIDENTIAL)
 5    DEFENDANTS'                                          PAGE
 6    Exhibit LEE 16--   Letter dated March 20, 2006,      210
                         Bates-stamped LEE 0409
 7                       through 0411
 8    Exhibit LEE 17--   Letter dated December 18,         213
                         2009, Bates-stamped LEE 0201
 9                       through 0212
10    Exhibit LEE 18--   Letter dated May 2, 2008,         225
                         Bates-stamped LEE 0424
11                       through 0430
12    Exhibit LEE 19--   Stock Purchase Agreement,         241
                         Bates-stamped LEE 0174
13                       through 0184
14    Exhibit LEE 20--   Confidential Draft4,              245
                         Bates-stamped LEE 0169
15                       through 0170
16    Exhibit LEE 21--   Letter dated January 19,          246
                         1972, Bates-stamped MARVEL
17                       0014654 through 0014657
18    Exhibit LEE 22--   Preliminary Statement,            249
                         Bates-stamped MARVEL 0016161
19                       through 0016164
20    Exhibit LEE 23--   Amendment dated May 2, 2008,      254
                         Bates-stamped MARVEL 0016141
21                       through 0016142
22    Exhibit LEE 24--   E-mail dated January 14th,        258
                         2010, Bates-stamped MARVEL
23                       0008901
24
25
```

```
 1                I N D E X  (CONTINUED):
 2
 3                    E X H I B I T S
 4           (ALL EXHIBITS MARKED CONFIDENTIAL)
 5   DEFENDANTS'                                           PAGE
 6   Exhibit LEE 25--   Preliminary Statement,             262
                       Bates-stamped MARVEL 0016157
 7                     through 0016160
 8   Exhibit LEE 26--   Subpoena to Produce                267
                       Documents, Information, or
 9                     Objects or to Permit
                       Inspection of Premises in a
10                     Civil Action
11   Exhibit LEE 27--   Copy of check, Bates-stamped       276
                       MARVEL 0014603 through
12                     0014604
13   Exhibit LEE 28--   Copy of check, Bates-stamped       280
                       MARVEL 0014602 through
14                     0014611
15   Exhibit LEE 29--   Excerpts From The 1975 Stan        285
                       Lee Panel, Bates-stamped K
16                     01298 through 01302
17   Exhibit LEE 30--   Stan Lee: T.V. Archives 2004,      286
                       Bates-stamped THOM 0000365
18                     through 0000382
19   Exhibit LEE 31--   The Silver Surfer No. 64           288
20   Exhibit LEE 32--   The Comic Book Makers, Joe         293
                       Simon
21
     Exhibit LEE 33--   Alter Ego, Stan Lee, No. 74        298
22
     Exhibit LEE 34--   Son of Origins of Marvel           306
23                     Comics, by Stan Lee
24   Exhibit LEE 35--   The Incredible, by Stan Lee        308
25
```

2021MARVEL-0131315

Page 404

```
                 I N D E X  (CONTINUED):


                     E X H I B I T S
             (ALL EXHIBITS MARKED CONFIDENTIAL)
DEFENDANTS'                                                    PAGE
Exhibit LEE 36--   Stan Lee Universe, Stan Lee                 311
                   and Jack Kirby, WBAI Radio,
                   New York, March 3, 1967
Exhibit LEE 37--   Stan the Man Lee, Maestro of                312
                   the Marvel Mythos

Exhibit LEE 38--   MARVEL by Les Daniels                       318

Exhibit LEE 39--   Stan Lee, It's a Marvelous                  320
                   Life
Exhibit LEE 40--   Comics Interview                            322
Exhibit LEE 41--   The Fantastic Four, By Stan                 328
                   Lee

Exhibit LEE 42--   The Superhero Women, By Stan                330
                   Lee
Exhibit LEE 43--   Interview with Stan Lee (Part               339
                   1 of 5), dated June 26, 2000

Exhibit LEE 44--   Spidey: The Movie, No. 85                   343

Exhibit LEE 45--   Artwork Release,                            352
                   Bates-stamped MARVEL 0013830
Exhibit LEE 46--   Opinion, Marvel Entertainment               356
                   Group, Inc., debtors

Exhibit LEE 47--   Artwork Release,                            362
                   Bates-stamped MARVEL 0013831
Exhibit LEE 48--   Excelsior, The Amazing Life                 367
                   of Stan Lee
```

```
                                                          Page 405
 1                    I N D E X (CONTINUED):

 2

 3                         E X H I B I T S

 4              (ALL EXHIBITS MARKED CONFIDENTIAL)

 5    PLAINTIFFS'                                           PAGE

 6     Exhibit LEE 49--  Letter dated March 27, 1962,       386
                         Bates-stamped THOM 0002628
 7

       Exhibit LEE 50--  Letter dated January 8, 1962,      387
 8                       Bates-stamped THOM 0002631

 9     Exhibit LEE 51--  Letter dated January 9, 1963,      387
                         Bates-stamped THOM 0002629
10                       through 0002630

11

12

13       EXHIBITS PREVIOUSLY MARKED AND ATTACHED HERETO:

14    Exhibit 1

15    Exhibit 2

16    Exhibit 3

17    Exhibit 11

18    Exhibit 12

19

20

21

22

23

24

25
```