# EXHIBIT 11

Page 207

```
 1            UNITED STATES DISTRICT COURT
 2           SOUTHERN DISTRICT OF NEW YORK
 3              Case No. 10-141-CMKF
 4
 5    MARVEL WORLDWIDE, INC.,
 6    MARVEL CHARACTERS, INC., and
 7    MVL RIGHTS, LLC,
 8         Plaintiffs,
 9    VS.
10    LISA R. KIRBY, BARBARA J. KIRBY,
11    NEAL L. KIRBY and SUSAN N. KIRBY,
12         Defendants.
13
14
15                  Volume II
16          Videotape Deposition of:
17                 Roy Thomas
18        Wednesday, October 27, 2010
19         Orangeburg, South Carolina
20
21
22
23
24
25
```

```
 1              APPEARANCES:
 2    FOR THE PLAINTIFFS:
 3        MARVEL WORLDWIDE, INC., MARVEL CHARACTERS,
 4        IN.C, and MVL RIGHTS, LLC
 5        BY:  JODI AILEEN KLEINICK
 6        PAUL HASTINGS JANOFSKY & WALKER
 7        75 East 55 Street
 8        New York, NY  10022
 9
10    -AND-
11
12
13        ELI BARD
14        VICE PRESIDENT, DEPUTY GENERAL COUNSEL
15        MARVEL ENTERTAINMENT, INC.
16        417 Fifth Avenue
17        New York, NY  10016
18
19
20
21
22
23
24
25    (Appearances continued:)
```

```
 1   FOR THE DEFENDANTS:
 2        LISA R. KIRBY, BARBARA J. KIRBY,
 3        NEAL L. KIRBY and SUSAN N. KIRBY
 4        BY:  MARC TOBEROFF
 5        TOBEROFF & ASSOCIATES
 6        2049 Century Park East
 7        Suite 2720
 8        Los Angeles, CA   90067
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2021MARVEL-0130956

```
 1                    EXHIBIT INDEX
 2
    EXHIBIT 23 - E-MAIL DATED JUNE            226
 3       13TH, 2010, FROM ROY AND DAN
         THOMAS
 4
    EXHIBIT 24 - COMIC BOOK ROY               260
 5       THOMAS, 1996 - MARKETPLACE
 6  EXHIBIT 25 - MARVEL COMICS GROUP          261
         HANDWRITTEN NOTE DATED OCTOBER
 7       28/65
 8  EXHIBIT 26 - DECLARATION OF ROY           269
         WILLIAM THOMAS, JR.
 9
    EXHIBIT 27 - DECLARATION OF ROY           296
10       THOMAS
11  EXHIBIT 28 - TWO SUBPOENAS                297
         DIRECTED TO ROY THOMAS
12
13                    WITNESS INDEX:
14  ROY THOMAS:
15       Examination by Mr. Toberoff          211
16       Examination by Ms. Kleinick          296
17       Examination by Mr. Toberoff          299
18
19
20
21
22
23
24
25
```

1                    Thomas
2   the beginning; whether that was verbal -- or as
3   it was in so many cases -- written.
4            That kind of was part of the
5   writing, and it's part of the payment.
6       Q.    What is the -- have you ever heard
7   of the term Marvel Method?
8       A.    Yes.
9       Q.    What is -- when you came to Marvel
10  in July of 1965, was the Marvel Method in use
11  at that time?
12           MS. KLEINICK:  Objection.
13      A.    Yes.
14      Q.    What is the Marvel Method?
15      A.    The Marvel Method -- sometimes also
16  called the Stan Lee Method -- but it didn't
17  totally originated with him, but mostly arose
18  in the -- I'm not really quite sure -- but it
19  was in place by the time I got there.
20           Because Stan became too busy to
21  write full scripts; and Larry Lieber, who had
22  been writing the scripts from his plots, you
23  know, was either too busy or was doing his
24  westerns and things and somewhat withdrawing
25  from doing the superheros.

1           Thomas
2              Stan was -- became -- would come up
3    with the idea for the plots, I guess, adapting
4    from the way he had originally done plots that
5    Larry would turn in the scripts.
6              And he simply would give those plots
7    to the artists, who would then draw the story,
8    break them down into pictures, expanding them,
9    whatever needed to be done to break them down
10   into pictures.
11             They would then turn them in, and he
12   would then add the -- he would dialogue it,
13   which means the dialogue and captions -- he
14   would add it later -- instead of writing what
15   we call script in advance, which is the more
16   usual method of writing comic books beforehand.
17        Q.   Are you aware that Stan Lee has been
18   interviewed numerous times in which he has
19   described the Marvel Method?
20        A.   I'm sure he has, yes.  I'm aware of
21   that.
22        Q.   Are you aware that Stan Lee, in
23   interviews, has stated that in 1960s, under the
24   Marvel Method, that artists were expected to
25   plot stories?

2021MARVEL-0130966

# ERRATA SHEET

Transcript of Roy Thomas
October 13, 2010 and October 14, 2010

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 10 | 16 | various | varies | Transcription error |
| 25 | 13 and 14 (and in passim throughout transcript) | Brodski | Brodsky | Spelling error |
| 30 | 8 | I remember calling myself | I don't remember calling myself | Transcription error |
| 33 | 19 | Berpoorten | Verpoorten | Spelling error |
| 35 | 14 | increasing | increasingly | Clarification |
| 43 | 5 | newspaper script that | newspaper strip that | Transcription error |
| 45 | 8 | Milly | Millie | Spelling error |
| 45 | 10 | Heady | Hedy | Spelling error |
| 46 | 17 | Ironman | Iron Man | Spelling error |
| 46 | 18 | we wrote | he wrote | Transcription error |
| 50 | 15 | "dialogue for" | "dialogue" for | Transcription error |
| 76 | 20 | comics code | Comics Code | Transcription error |
| 87 | 7-8 | Comics Book | Comix Book | Spelling error |
| 88 | 22 | Dennis | Denis | Spelling error |
| 92 | 6 | Magazine fancy | magazine – "fanzine" | Transcription error |

2021MARVEL-0131055

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 93 | 17-18 | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8." And there's a newspaper Puppet Master. Do you see that? | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8. Prisoners of Puppet Master." Do you see that? | Transcription error |
| 95 | 13 | Evenier | Evanier | Spelling error |
| 109 | 17 | surfer | Surfer | Spelling error |
| 119 | 24 | Coleman | Colan | Transcription error |
| 138 | 17-22 | Oh Romita. I had some communications with John Romita. I don't think I did, unless I would have mentioned it in passing sometime in an e-mail, but I don't recall doing that. We have very little communication and so forth. There was certainly nothing substantive. | I have not had any communications with John Romita about this case. | Clarification |
| 152 | 21 | gone | gotten | Transcription error |
| 158 | 9 | you say that at a minimum would be a co-writer and | you say that at a minimum you would be a co-writer and | Transcription error |
| 179 | 8-9 | Carmen Empitimo | Carmine Infantino | Spelling error |
| 191 | 5 | regretted | regret | Transcription error |

2021MARVEL-0131056

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 195 | 3 | Jerry | Gerry | Spelling error |
| 196 | 15 | Jerry | Gerry | Spelling error |
| 218 | 17 | originated | originate | Transcription error |
| 224 | 18 | including the two I dialogue, did not have any | including the two I dialogued, I did not have any | Transcription error |
| 232 | 3 | don't | didn't | Transcription error |
| 233 | 18 | balloon | Balloons | Transcription error |
| 237 | 14-16 | So in that case, as far as I know, Jack did all the plotting and was credited, you know, and we all knew it. | So in that case, as far as I know, Jack did the plotting and, though he wasn't specifically credited with the plot, we knew he had done it. | Clarification |
| 238 | 3 | Well, -- yes. | Well, -- no. It was after Jack left Marvel in 1970. | Clarification |
| 239 | 19 | House Roy | Houseroy | Spelling error |
| 240 | 16 | do that | get at | Transcription error |
| 241 | 3 | enjoined | enjoyed | Transcription error |
| 241 | 5 | statement | sometimes | Transcription error |
| 241 | 6 | deprecating | deprecatingly | Transcription error |
| 242 | 8-10 | stories that were at alternate realty, that took off from a certain point in borrowed continuity, and developed story almost in a | stories that were set in an alternate reality, that took off from a certain point in normal continuity, and developed a story almost in a | Transcription error |

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 246 | 21 | Dan | Dann | Spelling error |
| 253 | 3-5 | pursuant to a Xerox, at my request, to him. And the Xerox that said it was on the way; that then this followed. | pursuant to a fax, at my request, to him. And the fax that said it was on the way; that then this followed. | Clarification |
| 253 | 11-12 | I had contacted Stan and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a Xerox saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | I had contacted Stan by and asked him if he had it. Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it. So he sent me a fax saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | Clarification |
| 277 | 8 | Meade | Romita | Transcription error |
| 279 | 17 | the seventies | the sixties | Clarification |
| 280 | 16 | Yes, I furnished some plot, | Yes, I furnished some plots, | Transcription error |
| 291 | 14 | He called Sol Brodsky, you know, a | He called in Sol Brodsky, you know, a | Transcription error |
| 293 | 13 | are. | were. | Transcription error |
| 295 | 5 | his work, and Stan didn't feel that he needed | his work, and Stan didn't feel that they needed | Clarification |

_[signature]_
Roy Thomas

Sworn to before me
this 7th day of December, 2010

_[signature]_ Vickie B. Stoudenmire
Notary Public

LEGAL_US_E # 90833583.1

2021MARVEL-0131059

```
                                                        Page 310
 1               REPORTER'S CERTIFICATION
 2
 3          I, Jane G. Drobnick LaPorte, court
 4    reporter and notary public, do hereby certify
 5    that the above and foregoing transcript is true
 6    and correct.
 7          Dated this 8th day of November,
 8    2010.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
                    _____
23                  Jane LaPorte
24                  Jane G. LaPorte
25
```

2021MARVEL-0131061