# EXHIBIT 15

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAN LEE, | ) |
| PLAINTIFF, | ) |
| VS. | ) CASE NO. 02-CV-8945 (RSS) |
| MARVEL ENTERPRISES, INC.; ET AL., | ) |
| DEFENDANTS. | ) |

# DEPOSITION OF STAN LEE

NOVEMBER 18, 2003

KELLI C. NORDEN
CSR 7200
12782

KELLI NORDEN AND ASSOCIATES
COURT REPORTERS
11726 SAN VICENTE BOULEVARD, SUITE 205
LOS ANGELES, CALIFORNIA 90049
(310) 820-7733    FAX (310) 820-7933

2021MARVEL-0041703
2021MARVEL-0131483

DEPOSITION OF STAN LEE

09:17:19

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   STAN LEE,                      )
                                    )
 6           PLAINTIFF,             )
                                    )
 7           VS.                    ) CASE NO. 02-CV-8945
                                    )           (RSS)
 8   MARVEL ENTERPRISES, INC.,      )
     AND MARVEL CHARACTERS,         )
 9   INC.,                          )
                                    )
10           DEFENDANTS.            )
                                    )
11
12
13
14
15        DEPOSITION OF STAN LEE, TAKEN ON
16   BEHALF OF THE DEFENDANTS, AT 515
17   SOUTH FLOWER STREET, 25TH FLOOR,
18   LOS ANGELES, CALIFORNIA, COMMENCING
19   AT 10:09 A.M., TUESDAY, NOVEMBER 18,
20   2003, BEFORE KELLI C. NORDEN, CSR
21   NUMBER 7200.
22
23
24
25
```

2

DEPOSITION OF STAN LEE

```
 1  APPEARANCES OF COUNSEL:
 2
 3  FOR THE PLAINTIFF:
 4          DICKSTEIN SHAPIRO MORIN & OSHINSKY
            BY:  JUDITH R. COHEN, ESQ.
 5                  - AND -
            ARTHUR LIEBERMAN, ESQ.
 6                  - AND -
            HOWARD GRAFF, ESQ.
 7          1177 AVENUE OF THE AMERICAS
            NEW YORK, NEW YORK  10036-2714
 8          212.896.5414
            COHENJ@DSMO.COM
 9
10
    FOR THE DEFENDANTS:
11
            PAUL, HASTINGS, JANOFSKY &
12          WALKER, L.L.P.
            BY:  DAVID FLEISCHER, ESQ.
13                  - AND -
            JODI AILEEN KLEINICK, ESQ.
14          75 EAST 55TH STREET
            NEW YORK, NEW YORK  10022
15          212.318.6751
            JODIKLEINICK@PAULHASTINGS.COM
16
17
    ALSO PRESENT:
18
            ELI BARD, ESQ., MARVEL ENTERPRISES
19
            LISA LEVOTE, LEGAL VIDEO SERVICES
20
21
22
23
24
25
```

3

2021MARVEL-0041705
2021MARVEL-0131485

DEPOSITION OF STAN LEE

```
                    I N D E X

DEPONENT:          EXAMINED BY:              PAGE:
STAN LEE           MR. FLEISCHER              11
                   (AFTERNOON SESSION)       102
```

EXHIBITS MARKED FOR IDENTIFICATION:

DEFENDANTS':

(BOUND UNDER SEPARATE COVER)

1 - LETTER TO MR. LEE FROM MR. FEINBERG
    OF CADENCE DATED 4-9-76 (3 PAGES)              28

2 - LETTER TO MR. LEE FROM MR. FREEDMAN
    OF CADENCE DATED 1-15-80 (5 PAGES)             31

3 - LETTER TO MR. LEE FROM MARVEL
    ENTERTAINMENT GROUP DATED AS OF
    4-1-80 (9 PAGES)                               33

4 - LETTER TO MR. LEE FROM MARVEL
    ENTERTAINMENT GROUP DATED AS OF
    4-1-80 (3 PAGES)                               37

5 - LETTER TO MR. GALTON OF MARVEL
    ENTERTAINMENT GROUP, FROM MR.
    TABACHNICK OF WOLF, RIFKIN, DATED
    11-8-85 (12 PAGES)                             48

6 - CADENCE INTERNAL CORRESPONDENCE RE
    STAN LEE DATED 11-10-85 (2 PAGES)              50

7 - LETTER TO MR. TABACHNICK FROM MR.
    CALAMARI DATED 11-19-85 (3 PAGES)              57

4

KELLI NORDEN AND ASSOCIATES    (310) 820-7733    FAX: (310) 820-7933

2021MARVEL-0041706
2021MARVEL-0131486

DEPOSITION OF STAN LEE

```
                    I N D E X  (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
 8  -  LETTER TO MR. GOODKIND OF ENGEL &
        ENGEL FROM MR. BIERSTEDT OF NEW
        WORLD PICTURES DATED 3-29-88
        (16 PAGES)                                    58

 9  -  LETTER TO MR. LEE FROM MR. GALTON
        OF CADENCE DATED 3-7-85 (3 PAGES)             63

10  -  LETTER TO MR. BEVINS OF THE ANDREWS
        GROUP FROM MR. BIERSTEDT DATED
        3-24-89 (3 PAGES)                             73

11  -  LETTER TO MR. ZEMELMAN OF NEW WORLD
        ENTERTAINMENT FROM MR. BIERSTEDT
        DATED 7-31-89 (1 PAGE)                        77

12  -  LETTER TO MR. ZEMELMAN FROM MR.
        BIERSTEDT DATED 10-16-89 (1 PAGE)            100

13  -  LETTER TO MR. ZEMELMAN FROM MR.
        BIERSTEDT DATED 9-25-89 (4 PAGES)            102

14  -  LETTER TO MR. ZEMELMAN FROM MR.
        BIERSTEDT DATED 11-21-89 (1 PAGE)            114

15  -  FAX TO MR. BIERSTEDT FROM MR.
        ZEMELMAN FAX DATED AT THE TOP OF
        THE PAGE 12-22-89 (4 PAGES)                  115

16  -  LETTER TO MR. ZEMELMAN FROM MR.
        BIERSTEDT DATED 1-3-90 (2 PAGES)             120

17  -  LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED 12-22-89
        (3 PAGES)                                    124

18  -  LETTER TO MR. ZEMELMAN FROM MR.
        BIERSTEDT DATED 2-5-90 (1 PAGE)              130
```

5

2021MARVEL-0041707
2021MARVEL-0131487

DEPOSITION OF STAN LEE

```
                  I N D E X (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
 19  - LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED 12-1-93
       (3 PAGES)                                     149
 20  - LETTER TO MR. BEVINS FROM MR.
       BIERSTEDT DATED 3-7-94 (3 PAGES)              154
 21  - LETTER TO MR. BEVINS FROM MR.
       BIERSTEDT DATED 3-11-94 (7 PAGES)             158
 22  - LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED AS OF
       4-1-94 (3 PAGES)                              169
 23  - FAX TO MR. BIERSTEDT FROM MR.
       SHAPIRO DATED 4-11-94 (10 PAGES)              173
 24  - LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED
       4-12-94 (5 PAGES)                             175
 25  - LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED 4-12-94
       (4 PAGES)                                     175
 26  - LETTER TO MR. LEE FROM MS. BURKE OF
       MARVEL ENTERTAINMENT GROUP DATED
       7-31-95 (1 PAGE)                              177
 27  - ASSIGNMENT OF EMPLOYMENT AGREEMENT
       (5 PAGES)                                     181
 28  - LETTER TO MR. LEE FROM MR. ISKO OF
       MARVEL ENTERTAINMENT GROUP DATED
       2-5-97 (2 PAGES)                              183
 29  - LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED AS OF
       11-1-98 (13 PAGES)                            193
```

DEPOSITION OF STAN LEE

```
 1                I N D E X  (CONTINUED)
 2
 3   EXHIBITS MARKED FOR IDENTIFICATION:
 4   DEFENDANTS':
 5   (BOUND UNDER SEPARATE COVER)
 6   30  - LETTER TO MR. LEE FROM MR. LIEBERMAN
           DATED 10-19-98 (2 PAGES)                  204
 7
     31  - LETTER TO MR. LEE FROM STAN LEE
 8         ENTERTAINMENT INC. DATED 10-15-98
           (5 PAGES)                                 222
 9
10
11
12
13              INFORMATION REQUESTED:
14                      (NONE)
15
16
17
18         QUESTIONS UNANSWERED BY THE DEPONENT:
19                      (NONE)
20
21
22
23
24
25
```

7

2021MARVEL-0041709
2021MARVEL-0131489

## DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:08:49 | 1 | PERMIT MR. LIEBERMAN TO ATTEND THE DEPOSITION, BUT |
| 10:08:53 | 2 | THAT MR. LIEBERMAN WOULD NOT BE PERMITTED TO |
| 10:08:56 | 3 | PARTICIPATE OR CONFER WITH THE WITNESS DURING THE |
| 10:08:59 | 4 | COURSE OF THE DEPOSITION; AND THAT IF THE |
| 10:09:03 | 5 | DEFENDANT WAS SO ADVISED AT SOME LATER POINT IN |
| 10:09:07 | 6 | THE CASE, THE DEFENDANT COULD MOVE TO DISQUALIFY |
| 10:09:12 | 7 | COUNSEL. |
| 10:09:13 | 8 | AND WITH THAT NOTATION, I THINK |
| 10:09:16 | 9 | WE'RE READY TO BEGIN. |
| | 10 | |
| | 11 | EXAMINATION |
| 10:09:17 | 12 | BY MR. FLEISCHER: |
| 10:09:17 | 13 | Q.   GOOD MORNING, MR. LEE. |
| 10:09:18 | 14 | A.   GOOD MORNING. |
| 10:09:20 | 15 | Q.   IF ANY OF THE QUESTIONS I MAY ASK |
| 10:09:22 | 16 | DURING THE COURSE OF THE DEPOSITION ARE UNCLEAR TO |
| 10:09:25 | 17 | YOU OR IN ANY WAY CONFUSING, PLEASE LET ME KNOW |
| 10:09:31 | 18 | AND I'LL TRY TO REPHRASE THE QUESTIONS SO THEY ARE |
| 10:09:34 | 19 | CLEAR. |
| 10:09:35 | 20 | A.   THANK YOU. |
| 10:09:39 | 21 | Q.   MR. LEE, WHEN WAS THE FIRST TIME |
| 10:09:42 | 22 | THAT YOU HAD ANY CONNECTION WITH MARVEL OR ANY OF |
| 10:09:44 | 23 | ITS PREDECESSOR COMPANIES? |
| 10:09:46 | 24 | A.   EITHER LATE '39 OR EARLY '40. |
| 10:09:48 | 25 | Q.   AND WHAT WAS THE FIRST POSITION YOU |

11

2021MARVEL-0041713
2021MARVEL-0131493

DEPOSITION OF STAN LEE

| Time | # | |
|---|---|---|
| 10:09:51 | 1 | HAD WITH MARVEL OR ONE OF ITS PREDECESSORS? |
| 10:09:55 | 2 | A. WELL, I WAS REALLY AN ASSISTANT TO |
| 10:09:57 | 3 | THE EDITOR AND THE HEAD ARTIST. ACTUALLY, THE |
| 10:10:03 | 4 | ONLY ARTIST. AND AFTER A SHORT TIME, I BECAME A |
| 10:10:11 | 5 | COPYWRITER. |
| 10:10:11 | 6 | Q. NOW, THE EDITOR AT THAT TIME WAS |
| 10:10:13 | 7 | WHO? |
| 10:10:13 | 8 | A. JOE SIMON. |
| 10:10:15 | 9 | Q. AND HOW LONG WERE YOU MR. SIMON'S |
| 10:10:24 | 10 | ASSISTANT? |
| 10:10:25 | 11 | A. GEE, I DON'T KNOW. A YEAR OR SO. |
| 10:10:33 | 12 | Q. AND WHAT HAPPENED AFTER THAT YEAR |
| 10:10:34 | 13 | AS MR. SIMON'S ASSISTANT? |
| 10:10:37 | 14 | A. WELL, AT SOME POINT, MR. SIMON AND |
| 10:10:40 | 15 | MR. KIRBY, THE ARTIST, THEY WERE DISMISSED FROM |
| 10:10:42 | 16 | THE COMPANY AND I WAS THE ONLY ONE LEFT. SO I |
| 10:10:45 | 17 | BECAME THE EDITOR JUST BECAUSE THERE WAS NOBODY |
| 10:10:51 | 18 | ELSE. |
| 10:10:51 | 19 | Q. AND TO WHOM DID YOU REPORT IN THAT |
| 10:10:53 | 20 | CAPACITY? |
| 10:10:53 | 21 | A. THE PUBLISHER, MARTIN GOODMAN. |
| 10:10:58 | 22 | Q. AND HOW LONG DID YOU REMAIN IN THE |
| 10:11:00 | 23 | POSITION OF EDITOR OF MARVEL'S PREDECESSOR? |
| 10:11:09 | 24 | A. TILL ABOUT 1970. |
| 10:11:11 | 25 | Q. WAS THERE A TIME DURING WHICH YOU |

12

2021MARVEL-0041714
2021MARVEL-0131494

DEPOSITION OF STAN LEE

```
10:11:12   1  ENTERED THE MILITARY SERVICE?
10:11:19   2          A.    YES.  I BELIEVE IT WAS -- LET'S
10:11:20   3  SEE.  I GOT OUT IN '45 AND I WAS THERE FOR THREE
10:11:23   4  YEARS, SO IT MUST HAVE BEEN 1942.
10:11:26   5          Q.    SO DURING THAT TIME, I ASSUME YOU
10:11:27   6  DIDN'T FUNCTION AS THE EDITOR OF MARVEL?
10:11:29   7          A.    NO.  I GOT A REPLACEMENT FOR THOSE
10:11:31   8  THREE YEARS, BUT I DID WRITE FOR MARVEL.
10:11:39   9          Q.    DURING THOSE THREE YEARS?
10:11:41  10          A.    UH-HUH.  YES.
10:11:42  11          Q.    AND WHAT DID YOU WRITE, IF YOU CAN
10:11:44  12  RECALL?
10:11:45  13          A.    COMIC STRIPS.
10:11:47  14          Q.    DID YOU CREATE ANY CHARACTERS
10:11:49  15  DURING THOSE THREE YEARS THAT WERE PUBLISHED BY
10:11:53  16  MARVEL?
10:11:53  17          A.    NO, I DON'T THINK SO.  I THINK I
10:11:55  18  WROTE STORIES ABOUT EXISTING CHARACTERS.
10:11:57  19          Q.    DO YOU RECALL WHAT THE NAMES OF
10:11:58  20  THOSE EXISTING CHARACTERS WERE?
10:12:00  21          A.    NO.  WELL, PROBABLY CAPTAIN AMERICA
10:12:03  22  AND A LOT OF OTHERS.  I DON'T EVEN REMEMBER THE
10:12:17  23  NAMES.
10:12:17  24          Q.    IN CONNECTION WITH YOUR WORK IN
10:12:19  25  COMICS, MR. LEE, WHAT ASPECT OF COMIC BOOK WORK IS
```

13

DEPOSITION OF STAN LEE

```
10:15:01   1        A.   I DON'T THINK I DID.  NOT THAT I
10:15:03   2   CAN REMEMBER.
10:15:08   3        Q.   WOULD YOU BASICALLY DESCRIBE YOUR
10:15:10   4   DUTIES AND RESPONSIBILITIES AS THE EDITOR OF
10:15:14   5   MARVEL OR ITS PREDECESSOR COMPANY AT THE TIME THAT
10:15:18   6   YOU RESUMED THAT POST AFTER RETURNING FROM
10:15:21   7   MILITARY SERVICE IN OR ABOUT 1945.
10:15:26   8        A.   WELL, IT WAS MY JOB TO DETERMINE
10:15:29   9   WHAT SCRIPTS -- ALONG WITH THE PUBLISHER, MARTIN
10:15:34  10   GOODMAN, TO DETERMINE WHAT STRIPS WE WOULD
10:15:36  11   PUBLISH, WHAT MATERIAL WE WOULD PUBLISH.
10:15:38  12             ONCE THAT DETERMINATION WAS MADE,
10:15:42  13   IT WAS UP TO ME TO HIRE THE ARTIST, TO EITHER
10:15:46  14   WRITE THE STORY MYSELF OR HIRE A WRITER.
10:15:50  15             IF I HIRED A WRITER, TO MAKE SURE
10:15:53  16   THAT HE WROTE THE STORY THE WAY I WANTED HIM TO
10:15:56  17   AND TO ALSO HIRE THE LETTERERS, THE INKERS, THE
10:16:01  18   COLORISTS, AND GENERALLY, TO MAKE SURE THAT THE
10:16:03  19   WORK WAS AS GOOD AS IT COULD BE.
10:16:09  20        Q.   WAS THERE ANY DIFFERENCE IN THE WAY
10:16:10  21   YOU WERE COMPENSATED FOR WORK THAT YOU DID ON A
10:16:17  22   PARTICULAR SERIES OF COMIC BOOKS WHERE YOU HAD
10:16:23  23   CREATED THE STORY, WRITTEN THE STORY YOURSELF, AS
10:16:26  24   OPPOSED TO EDITING THE STORY WRITTEN BY SOMEONE
10:16:28  25   ELSE?
```

16

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:16:28 | 1 | A. COULD YOU SAY THAT AGAIN? |
| 10:16:31 | 2 | Q. WERE YOU PAID ANY DIFFERENTLY IN |
| 10:16:32 | 3 | YOUR CAPACITY AS A WRITER VERSUS AN EDITOR? |
| 10:16:35 | 4 | A. OH, YES. AS AN EDITOR, I RECEIVED |
| 10:16:38 | 5 | A SALARY, BUT I HAD ALWAYS BEEN PAID FOR EVERY |
| 10:16:44 | 6 | STORY I WROTE AS THOUGH I WERE A FREELANCER. I |
| 10:16:50 | 7 | GOT PAID BY THE PAGE, AS ALL THE FREELANCERS DID |
| 10:16:56 | 8 | ALSO. |
| 10:16:59 | 9 | Q. OKAY. CAN YOU RECALL THE NAMES OF |
| 10:17:01 | 10 | THE CHARACTERS, TO THE EXTENT POSSIBLE, IN |
| 10:17:06 | 11 | CHRONOLOGICAL ORDER, THAT YOU WERE INVOLVED IN |
| 10:17:11 | 12 | CREATING AS A WRITER? |
| 10:17:14 | 13 | A. WE'D BE HERE ALL DAY, BUT I CAN -- |
| 10:17:18 | 14 | MILLIE THE MODEL, ZIGGY PIG AND SILLY SEAL AND, I |
| 10:17:25 | 15 | THINK, THE DESTROYER. |
| 10:17:29 | 16 | AND YOU KNOW, THERE WERE SO MANY |
| 10:17:33 | 17 | AND I NEVER KNEW I'D BE QUESTIONED ABOUT IT HALF A |
| 10:17:37 | 18 | CENTURY LATER THAT I DIDN'T -- |
| 10:17:39 | 19 | I DID SUPERHEROES; I DID WESTERN -- |
| 10:17:42 | 20 | THERE WAS KID COLT OUTLAW; THERE WAS THE BLACK |
| 10:17:47 | 21 | RIDER; THERE WAS THE BLACK KNIGHT, THE TWO-GUN |
| 10:17:54 | 22 | KID, COMBAT KELLY, COMBAT CASEY, FLOOP AND |
| 10:18:05 | 23 | SKILLYBOO. |
| 10:18:06 | 24 | I MEAN, I COULD GO ON ALL MORNING. |
| 10:18:08 | 25 | I DID LITERALLY HUNDREDS OF WESTERNS, WAR STORIES, |

17

2021MARVEL-0041719
2021MARVEL-0131499

```
10:19:01   1              TOWARDS THE LATTER PERIOD, WHEN WE
10:19:04   2   WERE HEAVILY INVESTED IN SUPERHEROES AND WHEN I
10:19:07   3   CHANGED THE NAME OF THE COMPANY TO "MARVEL COMICS"
10:19:13   4   AND WE DID THE STORIES THAT ARE NOW PRETTY WELL
10:19:15   5   KNOWN OR THE CHARACTERS THAT ARE WELL KNOWN, THERE
10:19:19   6   WERE A FEW ARTISTS THAT I WORKED WITH MORE THAN
10:19:21   7   OTHERS.
10:19:21   8              THERE WAS JACK KIRBY, STEVE DITKO,
10:19:26   9   JOHN ROMITA, GIL KANE, JOHN BUSCEMA AND A FEW
10:19:41  10   OTHERS.
          11   BY MR. FLEISCHER:
10:19:41  12         Q.   FOCUSING ON THE SUPERHERO GENRE --
10:19:45  13         A.   UH-HUH.
10:19:46  14         Q.   -- WOULD YOU IDENTIFY THE
10:19:49  15   CHARACTERS THAT YOU CONSIDER THE MOST ENDURING
10:19:52  16   THAT YOU CREATED AS A WRITER.
10:19:53  17              MS. COHEN:  OBJECT TO FORM.
10:19:54  18              YOU MAY ANSWER.
10:19:56  19              THE DEPONENT:  SPIDER-MAN, THE
10:19:59  20   X-MEN, THE INCREDIBLE HULK, DAREDEVIL, THE
10:20:09  21   FANTASTIC FOUR, IRON MAN, SERGEANT FURY AND HIS
10:20:17  22   HOWLING COMMANDOS, NICK FURY, AGENT OF SHIELD,
10:20:25  23   DOCTOR STRANGE, THE SILVER SURFER.
10:20:32  24              THOSE ARE THE ONES THAT COME TO
10:20:33  25   MIND RIGHT NOW.
```

19

2021MARVEL-0041721
2021MARVEL-0131501

```
 1  STATE OF CALIFORNIA       )
                              ) SS.
 2  COUNTY OF LOS ANGELES     )

 3

 4          I, KELLI C. NORDEN, CERTIFIED
 5  SHORTHAND REPORTER, CERTIFICATE NUMBER 7200,
 6  FOR THE STATE OF CALIFORNIA, HEREBY CERTIFY:
 7          THE FOREGOING PROCEEDINGS WERE TAKEN
 8  BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9  AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY
10  ME;
11          THE TESTIMONY OF THE DEPONENT AND ALL
12  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE
13  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER
14  TRANSCRIBED;
15          THE FOREGOING TRANSCRIPT IS A TRUE AND
16  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17          I FURTHER CERTIFY THAT I AM NEITHER
18  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION,
19  NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.
20          IN WITNESS WHEREOF, I HAVE HEREUNTO
21  SUBSCRIBED MY NAME THIS  1st  DAY OF  December,
22  2003.
23
24                          _____
25                           Kelli C. Norden
```

KELLI NORDEN AND ASSOCIATES     (310) 820-7733     FAX: (310) 820-7933

2021MARVEL-0041956
2021MARVEL-0131736