# EXHIBIT 18

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - x

JOSEPH H. SIMON, :

        Plaintiff, :

   -against- :

MARTIN GOODMAN and JEAN GOODMAN, :
individually and d/b/a MAGAZINE
MANAGEMENT COMPANY, KRANTS FILMS, INC., :
RKO GENERAL, INC., and WESTON
MERCHANDISING CORP., :

       Defendants. :

- - - - - - - - - - - - - - - - - - - - - - x

                  375 Park Avenue,
                  New York, New York.

                  January 19, 1968,
                  10:30 A. M.

CONTINUED EXAMINATION BEFORE TRIAL of MARTIN GOODMAN, a defendant in the above-entitled action, taken before a Notary Public of the State of New York, at 375 Park Avenue, New York, New York, pursuant to Notice dated November 16, 1967, and stipulations between counsel.

RAYVID REPORTING SERVICE
CERTIFIED STENOTYPE REPORTERS
150 NASSAU STREET
NEW YORK, N. Y. 10038

CORTLANDT 7-3877
             3878

1                                                                    45

2       A p p e a r a n c e s :

3            FRIEND & REISKIND, Esqs.,
                  Attorneys for Plaintiff,
4            375 Park Avenue,
             New York, New York.
5            BY:  EDWIN M. REISKIND, Esq., of Counsel.

6            KENYON & KENYON, Esqs.,
                  Attorneys for Defendants,
7            59 Maiden Lane,
             New York, New York.
8            BY:  CHARLES R. BRAINARD, Esq. and
                  THOMAS L. CREEL, Esq., of Counsel.
9
        A l s o   P r e s e n t :
10
             CHARLES GOODMAN.
11
                          - - -
12

13      M A R T I N    G O O D M A N , called as a witness,

14           having been previously duly sworn by the

15           Notary Public, resumed and testified further as

16           follows:

17      CONTINUED EXAMINATION

18      BY MR. REISKIND:

19           Q    You were supposed to procure some additional

20      information for us. Have you been able to get us the

21      information?

22      A    I am not aware; was I?

23                MR. BRAINARD:  We have not had a copy

24           of the transcript available before just now

25           but we have made an effort to gather that

```
1                          Goodman                           73
2       America in the name of one of your companies?
3       A     I believe that is correct.
4       Q          These companies are owned and controlled
5       by you and Mrs. Jean Goodman, doing business as
6       Magazine Management Company?
7       A     No, each corporation stands on its own.
8       Q          You and your wife are the principal stock-
9       holders of the corporations involved in this group?
10      A     I own them either completely or my wife may own
11      some stock in some of them.
12      Q          You are familiar with a property and as-
13      sets of these corporations?
14      A     I am.
15      Q          Is the character Captain America indicated
16      as an asset of any of these corporations?
17      A     Do you mean is there a specific value carried
18      on the books?
19      Q          Yes, that is exactly what I have reference
20      to.
21      A     One dollar.
22      Q          The same thing applies to the other phases
23      of the rights in Captain America, that is in addition
24      to the publication rights the trade-mark rights?
25                 MR. BRAINARD:  I understood that is
```

# I N D E X

**WITNESS**                                                          **PAGE**

Martin Goodman                                                         45


# E X H I B I T S

**PLAINTIFF'S FOR**
**IDENTIFICATION**

| | | |
|---|---|---|
| 1 | Letter dated January 9, 1961. | 52 |
| 2 | Notice of deposition. | 58 |
| 3 | Document entitled Schedule 1. | 67 |
| 4 | Contract dated September 27, 1943. | 95 |

2021MARVEL-0068906

101

STATE OF NEW YORK       )
                        ) SS:
COUNTY OF NEW YORK      )

### CERTIFICATE OF REPORTER

I, NORMAN ROSEN, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify that the within continued examination before trial in the Matter of Simon against Goodman et al, was held on January 19, 1968, at 10:30 A. M., at the offices of Friend & Reiskind, Esqs., 375 Park Avenue, New York, New York, and faithfully and impartially recorded stenographically the said questions, answers and colloquy.

I further certify that after said examination before trial was recorded stenographically by me, was reduced to typewriting under my supervision and hereby submit that the within contents of said examination before trial is true and accurate, to the best of my ability.

I further certify that I am not a relative nor an attorney for the within parties connected with the aforesaid examination before trial, nor otherwise interested in the testimony of the witness MARTIN GOODMAN, a defendant herein.

RAYVID REPORTING SERVICE

2021MARVEL-0068907