# EXHIBIT 23C

AGREEMENT  made this 26 day of SEPTEMBER, 1978, by Alan Weiss
and between
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _Alan Weiss_____            by _____

AGREEMENT made this 22 day of MAY , 19 78 by
and between GLYNIS WEIN
residing at _____Redacted - PII_____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by _Glynis Wein_                   by _Sol Brodsky_

AGREEMENT made this *9th* day of *October*          , 1978, by and between *Michael Weiss* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *Michael Weiss*                by *Sol Brodsky*


CONFIDENTIAL                                        MARVEL0008228

Confidential                                          2021MARVEL-0017564

AGREEMENT made this *10* day of *October*, 19 *78*, by and between *David Wennel*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____


CONFIDENTIAL

MARVEL0008229

2021MARVEL-0017565

Confidential

AGREEMENT made this 7TH day of JUNE , 19 78 , by and between MARV WOLFMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                    MARVEL COMICS GROUP, a division
                            of Cadence Industries Corporation

by _Marv Wolfman_           by _Art Brodsky_

CONFIDENTIAL                 MARVEL0008230

Confidential                  2021MARVEL-0017566

AGREEMENT made this 7TH day of JUNE , 19 78 , by and between MARV WOLFMAN residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _____              by _____

CONFIDENTIAL

Confidential

AGREEMENT   made this 7TH day of  JUNE        , 19 78 , by
and between MARV WOLFMAN
residing at [ Redacted - PII ]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL  COMICS  GROUP,  a division
                                      of Cadence Industries Corporation


by _Marv Wolf_____       by _Art Brodsky_____

CONFIDENTIAL                                              MARVEL0008232

Confidential                                              2021MARVEL-0017568

AGREEMENT   made this      day of  *6 June* , 19*78* , by *Nickelby*
and between *Michael Wolfman*
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER  wishes to
have MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL  has informed SUPPLIER  that MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER  agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _____        by _____

AGREEMENT made this      day of 6/14 , 19 78, by
and between DENISE VLADIMER WOHL
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Denise V. Wohl_               by _Al Bersky_

Confidential                                              2021MARVEL-0017570

AGREEMENT made this        day of JUNE  6  , 19 7 8 , by
and between ANDREW P. YANCHUS
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

*Andrew P. Yanchus*


by_____         by_____

*Rbel* **AGREEMENT** made this 5th day of *DECEMBER* , 1978 , by and between THOMAS YEATES II residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____       by _____


CONFIDENTIAL                      MARVEL0008236

Confidential                      2021MARVEL-0017572

AGREEMENT made this 22 day of MAY , 19 78, by
and between NELSON YOMTOU
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                        MARVEL  COMICS  GROUP,  a division
                               of Cadence Industries Corporation

by _____     by _____

CONFIDENTIAL

Confidential

MARVEL0008237

2021MARVEL-0017573

AGREEMENT made this 5 day of OCTOBER , 1978, by and between RONALD ZALME residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                         MARVEL COMICS GROUP, a division
                                 of Cadence Industries Corporation

by _Ronald Zalme_                by _Sol Brodsky_

CONFIDENTIAL                    MARVEL0008238

Confidential                    2021MARVEL-0017574

AGREEMENT made this *1st* day of *OCTOBER*, 19*79*, by and between *BRENT ERIC ANDERSON* residing at _____ Redacted - PII _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _*Brent Eric Anderson*_

by _*Sol Brodsky*_

AGREEMENT made this 26 day of October, 19 79, by and between WALLACE WOOD

residing at [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUPPLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by ___Wallace Wood___

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008240

Confidential

2021MARVEL-0017576

AGREEMENT made this 7th day of April , 19 79 , by and between YONG MONTANO (CONSTANTINO T. MONTANO JR.) residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

[Redacted - PII]

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL for ver all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division

                                  of Cadence Industries Corporation


by CONSTANTINO T. MONTANO JR.  by
     (YONG MONTANO)

AGREEMENT made this *31* day of *MAY*, 19*79*, by and between *EDUARDO BARRETO* residing at (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by_____

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by_____

CONFIDENTIAL

MARVEL0008242

Confidential

2021MARVEL-0017578

AGREEMENT made this     day of     DEC 7, 1979, by and between PETER A. BRAMLEY residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation

by _Peter A. Bramley_                 by _Bl Brodsky_

CONFIDENTIAL                          MARVEL0008243

Confidential                            2021MARVEL-0017579

AGREEMENT  made this 22 day of May           , 1979, by and between Tim A Conrad residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                        MARVEL  COMICS  GROUP,  a division
                                of Cadence Industries Corporation


by _Tim P. Conrad_              by _A. Brodsky_

AGREEMENT made this       day of *Sept 13* , 19 *79*, by
and between *Dennis B Ena*
residing at                                            Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                        MARVEL COMICS GROUP,  a division
                                of Cadence Industries Corporation


by *Dennis B Ena*               by_____

CONFIDENTIAL                                   MARVEL0008245

Confidential                                   2021MARVEL-0017581

AGREEMENT made this *14* day of *JUNE* , 19*77*, by and between *DANIEL CRESPI* _____ residing at [Redacted - PII] _____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

by _____

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____

AGREEMENT  made this 24th day of September , 1979, by and between Jack Davis residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor,  SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____

AGREEMENT made this 26th day of JANUARY , 19 79, by and between STEVE DITKO , residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _____      by _____

AGREEMENT made this 15th day of August , 19 79 , by and between TED EISENBERG residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER TED EISENBERG          MARVEL COMICS GROUP, a division
                                of Cadence Industries Corporation

X
by _____      by _____

X S.S. # [Redacted - PII]

AGREEMENT made this *20* day of *DECEMBER*, 19*79*, by and between *JOEY EPSTEIN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

AGREEMENT  made this ᵗᵉⁿᵗʰ day of December , 19⁷⁹ , by
and between Bill Flanagan
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _Bill Flanagan_                by _Sol Brodsky_

CONFIDENTIAL                                          MARVEL0008251

AGREEMENT  made this      day of *Feb. 8* , 19 77 , by
and between D ANIEL   FINGERLIN
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation


by _Daniel Fingerlin_             by ___Brodsky___

CONFIDENTIAL

Confidential

AGREEMENT made this 22nd day of August, 1979, by and between ARNOLDO FRANCHIONI, residing at ~~Redacted - PII~~ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER 1 Pg. "A CRAZY VIGNETTE"
2 pg. "SPECIALIZED READING CLASSES"

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _aurelido franchioni_

by _Ax Rootsk_

Social Security No. ~~Redacted - PII~~

CONFIDENTIAL

Confidential

AGREEMENT made this 21st day of DECEMBER , 1979 , by and between **LARRY FREDERICKS**
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Larry Fredericks_             by _____


CONFIDENTIAL

Confidential

**AGREEMENT** made this _1_ day of _April_ , 19_79_, by and between _Daniel Gutman_ - residing at Redacted - PII (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

X by _Daniel Gutman_

S.S. # Redacted - PII

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Al Brodsky_

AGREEMENT made this *20* day of *DECEMBER*, 19*79*, by and between *TOM HACHTMAN* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Tom Hachtman_

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this *6* day of *AUGUST* , 19*79* , by and between *ALEX JAY* | Redacted - PII | residing at (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____        by _____

CONFIDENTIAL

Confidential

AGREEMENT  made this *30th* day of *MAY* , 1977, by and between   Arvell Jones

residing at   [Redacted - PII]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

    MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

    THEREFORE,  the parties agree as follows:

    In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

    SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

    This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

    IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____   by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 26 day of FEB , 1979, by and between GIL KANE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.*

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Gil Kane_

by _J. Brodsky_

*This agreement does not apply to or set aside the prior agreement concerning any rights to the character "Blackmark" or to any stories or art in which he is featured. "Blackmark" remains copyrighted only by Gil Kane.

CONFIDENTIAL

MARVEL0008259

Confidential

2021MARVEL-0017595

AGREEMENT  made this *20* day of *November*, 19*79* by and between *PAUL KIRCHNER*             SS
residing at [Redacted - PII]                        [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                 of Cadence Industries Corporation

by *Paul Kirchner*                by *Sol Brodsky*

CONFIDENTIAL

MARVEL0008260

2021MARVEL-0017596

Confidential

AGREEMENT  made this 29thday of  May       , 19 79 , by
and between   David Anthony Kraft
residing at                    [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL  is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to
have  MARVEL  order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering
from  SUPPLIER  written material or art work and paying therefor,
SUPPLIER  acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by  SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights
of any kind and nature in and to the Work, the right to use  SUP-
PLIER's  name in connection therewith and agrees that  MARVEL  is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                 of Cadence Industries Corporation

by _David Anthony Kraft_         by _Sol Brodsky_

AGREEMENT made this 8 day of JANUARY , 1979 , by
and between ROMAS KUKALIS
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York 10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Romas Kukalis_               by _____

AGREEMENT made this *9th* day of *APRIL* , 19*79*, by and between *ANDY LAMBERTI* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by X *Andy Lamberti*

SS# [Redacted - PII]

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 24 day of September , 1979, by and between DAVID MANAK
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division
of Cadence Industries Corporation


by David J. Manak

by J. Brodsky


CONFIDENTIAL

Confidential

AGREEMENT made this    day of *FEBRUARY 2*, 1979, by and between *ROBERTA McKENZIE* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Robert_____

by _Al Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this 7th day of April, 19 79, by and between YONG MONTANO (CONSTANTINO T. MONTANO JR.) residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

[Redacted - PII]

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL for ever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, A division
                                  of Cadence Industries Corporation

by CONSTANTINO T. MONTANO JR.     by _____
   (YONG MONTANO)

AGREEMENT made this  3 day of January       , 1979 , by and between  Peter John Palmer
residing at  _____ Redacted - PII _____
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL  COMICS  GROUP,  a division
                                  of Cadence Industries Corporation

by _Peter John Palmer_____      by _Sol Brodsky_____

CONFIDENTIAL

Confidential

AGREEMENT made this *15* day of *OCT*, 19*79*, by and between *MICHAEL J. PELLOWSKI* residing at ⌐Redacted - PII⌐ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Michael J Pellowski*        by _____

CONFIDENTIAL

MARVEL0008268

Confidential

2021MARVEL-0017604

AGREEMENT made this 12ᵗʰ day of DECEMBER , 1979 , by and between WENDY PINI residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Wendy Pini_____

by _/./ R(adsk/_____

CONFIDENTIAL

Confidential

AGREEMENT made this       day of   September, 19 79, by
and between   John Pound
residing at           Redacted - PII                    Redacted - PII
(herein "Supplier") and the Marvel Comics Group, a division of Cadence
Industries Corporation, 575 Madison Avenue, New York, New York  10022
(herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes to
have MARVEL order or commission either written material or art work
as a contribution to the collective work known as the Marvel Comics
Group. MARVEL has informed SUPPLIER that MARVEL only orders or
commissions such written material or art work on an employee-for-hire
basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering
from SUPPLIER written material or art work and paying therefor,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such Work was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the Work, the right to use SUP-
PLIER's name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-
clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-
fit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


X by    John M Pound          by    Stl Brodsky

AGREEMENT made this _7_ day of _Aug_____ , 19_79_ , by and between _NESTOR REDONDO_ residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 19th day of December, 1979, by and between ALEXANDER SAVIUK residing at [Redacted - PII] [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Alexander Saviuk_

by _Brodsky_

CONFIDENTIAL

Confidential

MARVEL0008272

2021MARVEL-0017608

AGREEMENT made this 2 day of FEBRUARY 16, 1979, by and between AL SCADUTO residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by X Al Scaduto,

by [signature]

S.S # [Redacted - PII]

CONFIDENTIAL

**AGREEMENT** made this 5th day of February , 1979 , by and between Michael Shapiro residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP- PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex- clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben- fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER

Michael Shapiro


by _Michael Shapiro_


MARVEL COMICS GROUP, a division of Cadence Industries Corporation


by _[signature]_

CONFIDENTIAL

Confidential

AGREEMENT made this *19th* day of *November* , 19*79* , by and between *James Shooman* residing at ___Redacted - PII___ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008275

Confidential

2021MARVEL-0017611



25 June 79


Jim Shooter
Marvel Comics
575 Madison Ave.
NYC 10022


Re: "MASTER OF SHADOWS"
    Red Sonja story by Christy Marx


Dear Jim,


This letter is to confirm what I told you verbally on
our telephone call, that as far as the above captioned
story is concerned you may rest assured that I will
abide by the basic Marvel agreement to cede you the
rights.

Please see the second enclosed letter for further
comments upon the contract in general.

Sincerely yours,

Christy Marx

**Redacted - PII**


P.S.

Jim - thanks for the prompt payment!

CONFIDENTIAL

MARVEL0008276

Confidential

2021MARVEL-0017612

AGREEMENT made this _2_ day of _January_ , 19_ _, by and between _DAVID SIMONS_ Redacted - PII residing at [ Redacted - PII ] [ Redacted - PII ] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____    by _____

AGREEMENT  made this **30th** day of **October** , 19**79**, by and between **Steve Skeates**
residing at [Redacted - PII]
(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                      MARVEL COMICS GROUP, a division
                              of Cadence Industries Corporation

by _____          by _____

CONFIDENTIAL

MARVEL0008278

Confidential

AGREEMENT  made this 26 day of OCTOBER , 19 79, by and between NED SONNTAG residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER  wishes to have MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL  has informed SUPPLIER  that MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor, SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _____

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _____

CONFIDENTIAL

MARVEL0008279

2021MARVEL-0017615

Confidential

AGREEMENT  made this  1  day of FEBRUARY , 1979, by and between  RICK VEITCH  residing at ____Redacted - PII____  ____Redacted - PII____ (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York  10022 (herein "Marvel").

MARVEL  is in the business of publishing comic and other magazines known as the Marvel Comics Group, and  SUPPLIER  wishes to have  MARVEL  order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL  has informed  SUPPLIER  that  MARVEL  only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE,  the parties agree as follows:

In consideration of  MARVEL's  commissioning and ordering from  SUPPLIER  written material or art work and paying therefor,  SUPPLIER  acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by  SUPPLIER  for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER  expressly grants to  MARVEL  forever all rights of any kind and nature in and to the Work, the right to use  SUP-PLIER's  name in connection therewith and agrees that  MARVEL  is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER  agrees not to contest  MARVEL's  exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN  WITNESS  WHEREOF,  the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by _Rick Veitch_

MARVEL  COMICS  GROUP,  a division of Cadence Industries Corporation

by _J R Brodsky_

CONFIDENTIAL

MARVEL0008280

2021MARVEL-0017616

Confidential

AGREEMENT made this *20* day of *December*, 19*79*, by and between IRVING WATANABE residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

by *Irving Watanabe*

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *[signature]*

CONFIDENTIAL

Confidential

AGREEMENT made this 18 day of DECEMBER, 1979, by and between MARY WILSHIRE residing at _____ Redacted - PII (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's ex-clusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the ben-fit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _Mary B. Wilshire_             by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008282

Confidential

2021MARVEL-0017618

AGREEMENT made this 26 day of October , 19 79 , by and between WALLACE WOOD residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benfit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Wallen wood_

by _Sol Brodsky_

CONFIDENTIAL

MARVEL0008283

Confidential

2021MARVEL-0017619

AGREEMENT made this *14* day of *FEBRUARY*, 1979, by and between *LINDA WELSH ZALME* residing at [_____ Redacted - PII _____] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL's commissioning and ordering from SUPPLIER written material or art work and paying therefor, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such Work was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the Work, the right to use SUP-PLIER's name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL's exclusive, complete and unrestricted ownership in and to the Work.

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by _____        by _____

ss # **Redacted - PII**

AGREEMENT made this 13th day of JUNE 19 83 by and between ARTHUR R. ADAMS

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                    MARVEL COMICS GROUP, a division
                                            of Cadence Industries Corporation


by _____                  by _____

AGREEMENT made this *19* day of *AUGUST* 19 *83* by and between *SAMUEL AGRO*

residing at | **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Samuel Agro_

by _[signature]_

Redacted - PII

AGREEMENT made this *18th* day of *August* 19*83* by and between *JUAN C. ALCANTARA* Redacted - PII

residing at Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by *Juan C. Alcantara*             by _____

Redacted - PII

AGREEMENT made this 20th day of October 19 83 by
and between    Bill Anderson

residing at    **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by  Bill Anderson          by  [signature]

CONFIDENTIAL                         MARVEL0008571

Confidential                                    2021MARVEL-0017907

AGREEMENT made this *12* day of *SEPTEMBER* 1983     by
and between *CRAIG- ANDERSON*

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

        MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

        THEREFORE, the parties agree as follows:

        In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

        SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

        This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

        IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Craig Anderson*                   by _____

SS #  **Redacted - PII**

AGREEMENT made this 3ʳᵈ day of JUNE 1983 by and between MARK ARMSTRONG

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


by _Mark Armstrong_____                 by _____

CONFIDENTIAL

MARVEL0008573

2021MARVEL-0017909

SS #   Redacted - PII

AGREEMENT made this 8th day of Sept 1983 by and between TOM ARVIS

residing at   **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by _Thomas J. Arvis, Jr_              by _____

CONFIDENTIAL

Confidential

AGREEMENT made this    day of    10/11/  19 83  by  3x

and between   MARK  BADGER    Redacted - PII

residing at   Redacted - PII

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _Mark Badger_____          by _____

SS #  **Redacted - PII**

AGREEMENT made this *30th* day of *January* 19 *83*  by and between *MARK E. BAGLEY*

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _*Mark E. Bagley*_

by _____

*Social Security #*           SS #   **Redacted - PII**

*date*
*name*   AGREEMENT made this      day of *July 11,* 19 83   by
  and between *Richard Bakner*              **Redacted - PII**
*address* residing at         **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation



by X *Richard Bakner*            by _____
   *Richard Bakner*

   *phone #*

Redacted - PII

AGREEMENT made this 27th day of DECEMBER 1984 by and between JAMES BALDWIN

residing at       **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel"):

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by _____           by _____

SS #  **Redacted - PII**

AGREEMENT made this 12 day of Apr.  19 85 by and between MICHAEL BARON

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                                MARVEL COMICS GROUP, a division
                                        of Cadence Industries Corporation


X by ___Michael Baron___        by_____

**Redacted - PII**

AGREEMENT made this      day of 4/16      19 85  by
and between

residing at ⌐ **Redacted - PII** ¬

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016   (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by  DELFINI P. BARRAS _____     by _____

CONFIDENTIAL                                    MARVEL0008580

Confidential                                    2021MARVEL-0017916

Redacted - PII

AGREEMENT made this *6th* day of *January,* 19 *83* by and between *Frederick Baumann* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Frederick Baumann_           by _____

CONFIDENTIAL

MARVEL0008581

2021MARVEL-0017917

Confidential

SS #  **Redacted - PII**

AGREEMENT made this 6th day of *APRIL*  1983  by and between *ROBERT BOLLING*

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation

by *Robert Bolling*              by _____

2X

SS #   Redacted - PII

AGREEMENT made this *15* day of *July*     19 *8 3*  by and between  JAY BOYAR

residing at          **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _Jay Boyar_

by _[signature]_

CONFIDENTIAL

MARVEL0008583

2021MARVEL-0017919

AGREEMENT made this *15th* day of *March*, 19*83*, by and between *June Brigman* residing at [Redacted - PII] (herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 575 Madison Avenue, New York, New York 10022 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by *June Brigman*                 by _____

SS# [Redacted - PII]

CONFIDENTIAL

MARVEL0008584

2021MARVEL-0017920

SS #  **Redacted - PII**

3r

AGREEMENT made this ᵗⁿ day of APRIL     198 5   by
and between  Margaret A. Brockie

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Margaret A. Brockie_____    by _____

CONFIDENTIAL

Confidential

AGREEMENT made this 10 day of JAN 19 8Y by and between BEN BROWN

residing at ⬚ Redacted - PII ⬚

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

CONFIDENTIAL

SS #  **Redacted - PII**

AGREEMENT made this 28ᵗʰ day of *December* 1983 by and between *BEN BROWN*

residing at | **Redacted - PII** |

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been er are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _____

by _____

SS# **Redacted - PII**

CONFIDENTIAL

MARVEL0008587

2021MARVEL-0017923

Confidential

SS #   **Redacted - PII**

AGREEMENT made this _05_ day of _May_ 19_84_ by and between _Nancy Leigh Brown_

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _Nancy Leigh Brown_            by _____

CONFIDENTIAL

MARVEL0008588

Confidential

2021MARVEL-0017924

37

SS #   *Redacted - PII*

**Redacted - PII**

AGREEMENT made this *8th* day of *DECEMBER* 19 *83* by and between *KEN BRUZENAK*

residing at            **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been ~~K for are in the future~~ created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation


by *Ken Bruzenak*                  by _____

CONFIDENTIAL

Confidential

2021MARVEL-0017925

AGREEMENT made this 5 day of OCTOBER 1984 by and between RICH BUCKLER

residing at <span>Redacted - PII</span>

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER ~~(Redacted)~~     OCT 8 1984

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by _(signature)_          by _(signature)_

34

ss # **Redacted - PII**

AGREEMENT made this *7th* day of *November* 19 *84* by
and between *Tim BURGARD*

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein. SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.

SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation


by *Tim E Burgard*                    by _____

CONFIDENTIAL
MARVEL0008591

Confidential
2021MARVEL-0017927

Redacted - PII

AGREEMENT made this **7th** day of **FEBRUARY** 19**84** by and between *Michael Chen*

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein.  SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER                           MARVEL COMICS GROUP, a division
                                   of Cadence Industries Corporation

by _____         by *Michael Z. Holton*

AGREEMENT made this *12th* day of *DECEMBER* 19 *83* by and between *MICHAEL CUEN*

residing at [ **Redacted - PII** ]

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.


SUPPLIER                          MARVEL COMICS GROUP, a division
                                  of Cadence Industries Corporation


by _____    by _____

CONFIDENTIAL

Confidential

*NELSON CHIN*

SS # **Redacted - PII**

AGREEMENT made this ____ day of *Jan. 26th* 19 83 by and between

residing at **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of Cadence Industries Corporation, 387 Park Avenue South, New York, New York 10016 (herein "Marvel").

MARVEL is in the business of publishing comic and other magazines known as the Marvel Comics Group, and SUPPLIER wishes to have MARVEL order or commission either written material or art work as a contribution to the collective work known as the Marvel Comics Group. MARVEL has informed SUPPLIER that MARVEL only orders or commissions such written material or art work on an employee-for-hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering from SUPPLIER written material or art work and paying therefore, SUPPLIER acknowledges, agrees and confirms that any and all work, writing, art work material or services (the "Work") which have been or are in the future created, prepared or performed by SUPPLIER for the Marvel Comics Group have been and will be specially ordered or commissioned for use as a contribution to a collective work and that as such "Work" was and is expressly agreed to be considered a work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights of any kind and nature in and to the "Work", the right to use SUPPLIER'S name in connection therewith and agrees that MARVEL is the sole and exclusive copyright proprietor thereof having all rights of ownership therein. SUPPLIER agrees not to contest MARVEL'S exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective heirs, successors, administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

SUPPLIER

MARVEL COMICS GROUP, a division of Cadence Industries Corporation

by *Nelson Chin*

by _____

CONFIDENTIAL

MARVEL0008594

Confidential

2021MARVEL-0017930

AGREEMENT made this *21* day of *FEBRUARY*  19*84*  by
and between *DON R. CHRISTENSEN*

residing at  **Redacted - PII**

(herein "Supplier") and the Marvel Comics Group, a division of
Cadence Industries Corporation, 387 Park Avenue South, New York,
New York  10016  (herein "Marvel").

MARVEL is in the business of publishing comic and other
magazines known as the Marvel Comics Group, and SUPPLIER wishes
to have MARVEL order or commission either written material or art
work as a contribution to the collective work known as the Marvel
Comics Group.  MARVEL has informed SUPPLIER that MARVEL only orders
or commissions such written material or art work on an employee-for-
hire basis.

THEREFORE, the parties agree as follows:

In consideration of MARVEL'S commissioning and ordering
from SUPPLIER written material or art work and paying therefore,
SUPPLIER acknowledges, agrees and confirms that any and all work,
writing, art work material or services (the "Work") which have been
or are in the future created, prepared or performed by SUPPLIER
for the Marvel Comics Group have been and will be specially ordered
or commissioned for use as a contribution to a collective work and
that as such "Work" was and is expressly agreed to be considered a
work made for hire.

SUPPLIER expressly grants to MARVEL forever all rights
of any kind and nature in and to the "Work", the right to use
SUPPLIER'S name in connection therewith and agrees that MARVEL is
the sole and exclusive copyright proprietor thereof having all rights
of ownership therein.  SUPPLIER agrees not to contest MARVEL'S
exclusive, complete and unrestricted ownership in and to the "Work".

This Agreement shall be binding upon and inure to the
benefit of the parties hereto and their respective heirs, successors,
administrators and assigns.

IN WITNESS WHEREOF, the parties hereto have executed
this Agreement as of the date first above written.


SUPPLIER                              MARVEL COMICS GROUP, a division
                                      of Cadence Industries Corporation



by *Don R. Christensen*          by *Michael Z. Holston*