# EXHIBIT 24B

| | EXAMINED BY | | RENEWAL APPLICATION RECEIVED |
|---|---|---|---|
| | CHECKED BY | | NOV 17 1993 |
| | CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical · Vol · No. · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**2**
Title of Contribution
Title of Periodical · Vol · No · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**3**
Title of Contribution
Title of Periodical · Vol · No. · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**4**
Title of Contribution
Title of Periodical · Vol · No · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**5**
Title of Contribution
Title of Periodical · Vol · No · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**6**
Title of Contribution
Title of Periodical · Vol · No · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**7**
Title of Contribution
Title of Periodical · Vol · No · Issue Date
Date of Publication (Month) (Day) (Year) · Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, INC
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name: Carol G. Platt

Date:

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

● October 1989—50,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 3

2021MARVEL-0005930

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 196230 |
| | DO NOT WRITE HERE |

**FORM B**



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ Non-Pareil Publishing Corp. _____

Address ____ 625 Madison Ave., New York, N.Y. 10022 ____

Name _____

Address _____

**2. Title:** AMAZING SPIDER-MAN _____

*(Title of periodical)*

Vol. ___ 1 ___ No. ___ 28 ___ Date on copies ____ Sept. 1965 ____

**3. Citizenship of Author:**

Citizenship ____ USA ____     Domiciled in U. S. A.   Yes ☐   No ☐

*(Name of country)*

**4. Publication:**

  **(a) Date of Publication of This Issue:**

     6/8/65

  **(b) Place of Publication of This Issue:**

     USA

*(Name of country)*

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** _____

  **(b) Process Used:** _____

  **(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name — MAGAZINE MANAGEMENT CO.

Address — 625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr." or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received JUN 11 1965 | |
| Two copies received JUN 11 1965 | |
| Fee received | |

114842

2021MARVEL-0005932

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL



RE 644 – 275

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 1 7 1993
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1 29 OCTOBER 1965
If a periodical or other serial, give: Vol. No. Issue Date

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 200698

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JULY 8 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0005933

| | |
|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED |
| CHECKED BY | |
| CORRESPONDENCE ☐ Yes | NOV 17 1993 |
| | REMITTANCE NUMBER AND DATE |
| DEPOSIT ACCOUNT FUNDS USED ☐ | |

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 2 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 3 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 4 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 5 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 6 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |
| 7 | Title of Contribution | |
| | Title of Periodical | Vol    No    Issue Date |
| | Date of Publication (Month) (Day) (Year) | Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name  Marvel Entertainment Group, INC

Account Number:  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name  CAROL PLATT, Marvel ent.Group

Address  387 Park Avenue South

New York    NY    10016
(City)    (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of  Marvel Entertainment Group, INC.
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)  *Carol Platt*

Typed or printed name  Carol G. Platt

Date:

**7** Certification (Application must be signed)

| | |
|---|---|
| MARVEL ENTERTAINMENT GROUP, INC. (Name) | MAIL CERTIFICATE TO |
| 387 Park Avenue South (Number, Street and Apartment Number) | |
| NEW YORK    NY    10016 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

**8** Address for Return of Certificate

October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE 1989-262-308 6

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 200698 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ......Non-Pareil Publishing Corp.......................................................

Address ......625 Madison Ave., New York, N.Y. 10022..............................

Name .....................................................................................................

Address ..................................................................................................

**2. Title:** ......AMAZING SPIDER-MAN......................................................
                                        *(Title of periodical)*

Vol. ......1...... No. ....29...... Date on copies ......Oct. 1965.................

**3. Citizenship of Author:**

Citizenship ......USA..................................................... Domiciled in U.S.A. Yes ☐ No ☐
                        *(Name of country)*

**4. Publication:**

   *(a)* **Date of Publication of This Issue:**

     **7/8/65**
              *(Month)*     *(Day)*     *(Year)*

   *(b)* **Place of Publication of This Issue:**

     **USA**
                    *(Name of country)*

**5. Manufacture Outside United States:**

   *(a)* **Portion of the Manufacturing Done Abroad:** ..............................

   *(b)* **Process Used:** ...................................................................

   *(c)* **Country of Manufacture:** ..................................................

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0005935

Steve Ditko

**6. Deposit account:**

.................................................................................................................

**7. Send correspondence to:**

Name .................................................................    Address ...............................................................

**8. Send Certificate to:**

(Type or print name and address)    Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address    (Number and street)

(City)    (State)    (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 16 1965 | |
| Two copies received<br>JUL 16 1965 | |
| Fee received | |

114843

2021MARVEL-0005936

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE 559 189

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY 10016.
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work.  AMAZING SPIDER-MAN
If a periodical or other serial, give. Vol.  1    No.  3    Issue Date  July 1963

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

NON-PAREIL PUBLISHING CORPORATION

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 32700

ORIGINAL COPYRIGHT CLAIMANT:
NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  April 9, 1963

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION

RE . 559 189

EXAMINED BY
CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED

RENEWAL APPLICATION RECEIVED:
DEC 27.1991

REMITTANCE NUMBER AND DATE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**2**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**3**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**4**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**5**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**6**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**7**
Title of Contribution:
Title of Periodical:                          Vol.      No.      Issue Date
Date of Publication:   (Month)   (Day)   (Year)   Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York        NY        10016
(City)        (State)        (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
                                          (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): Carol G. Platt

Typed or printed name: Carol G. Platt

Date: 12/23/91

**⑦ Certification (Application must be signed)**

MAIL
CERTIFICATE
TO

Marvel Entertainment Group, Inc.
                    (Name)
387 Park Avenue South
      (Number Street and Apartment Number)
New York, NY 10016
      (City)        (State)        (ZIP code)

(Certificate will
be mailed in
window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 10

2021MARVEL-0005938

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   32700 |

DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ NON-PAREIL PUBLISHING CORP.

Address _____ 655 Madison Ave., NYC #1

Name _____

Address _____

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ____ 1 ____ No. ____ 5 ____ Date on copies ____ July 1963

**3. Citizenship of Author:**

Citizenship _____ USA _____ Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

**(a) Date of Publication of This Issue:**

4/9/63

**(b) Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

2021MARVEL-0005939

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................ Address ....... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name ......... MAGAZINE MANAGEMENT CO.

Address ......... 655 MADISON AVENUE

NEW (Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received APR 18 1963 | |
| Two copies received APR 18 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—860,000)          *Page 4*

2021MARVEL-0005940

# CERTIFICATE OF REGISTRATION

## FORM RE

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL



RE 644 – 287

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)  (Day)  (Year)

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**
Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY     10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:     1

If a periodical or other serial, give: Vol.        No.     30     Issue Date     NOVEMBER 1965

---

**(3)**
Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4)**
Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 208267 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give.
AUGUST 10 1965
DATE OF PUBLICATION: (Month) (Day) (Year)

OR

• If the original registration for this work as made in unpublished form, give:
DATE OF REGISTRATION: (Month) (Day) (Year)

2021MARVEL-0005941

| | | | | |
|---|---|---|---|---|
| | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR |
| | CHECKED BY | | | COPYRIGHT |
| | CORRESPONDENCE ☐ Yes | | NOV 17 1993 REMITTANCE NUMBER AND DATE | OFFICE USE |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**⑤** Renewal for Group of Works

| | | | | |
|---|---|---|---|---|
| 1 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 2 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 3 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 4 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 5 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 6 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |
| 7 | Title of Contribution | | | |
| | Title of Periodical | Vol No | Issue Date | |
| | Date of Publication (Month) (Day) (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York (City)   NY (State)   10016 (Zip)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of Marvel Entertainment Group, INC. (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_
Typed or printed name Carol G. Platt
Date

**⑦** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC. (Name)
387 Park Avenue South (Number, Street and Apartment Number)
NEW YORK (City)   NY (State)   10016 (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

# October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE 1989—262-308 8

2021MARVEL-0005942

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| B | B 208267 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



1. **Copyright Claimant(s) and Address(es):**

   Name ..... **Non-Pareil Publishing Corp.**

   Address ..... **625 Madison Ave., New York, N.Y. .... 10022**

   Name .....

   Address .....

2. **Title:** ..... **AMAZING SPIDER-MAN**
   (Title of periodical)

   Vol. ..... **1** ..... No. ..... **30** ..... Date on copies ..... **Nov. 1965**

3. **Citizenship of Author:**

   Citizenship ..... **USA** ..... Domiciled in U.S.A. Yes ☐ No ☐
   (Name of country)

4. **Publication:**

   (a) **Date of Publication of This Issue:**

   ..... **8/10/65**
   (Month)    (Day)    (Year)

   (b) **Place of Publication of This Issue:**

   ..... **.. USA**
   (Name of country)

5. **Manufacture Outside United States:**

   (a) **Portion of the Manufacturing Done Abroad:** .....

   (b) **Process Used:** .....

   (c) **Country of Manufacture:** .....

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0005943

**6. Deposit account:**

..............................................................................................................

**7. Send correspondence to:**

Name .................................................. Address ..................................................

**8. Send Certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

625 MADISON AVENUE

NEW YORK, N. Y. 10022

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| **AUG 23 1965** | |
| Two copies received | |
| **AUG 23 1965** | |
| Fee received | |

# CERTIFICATE OF REGISTRATION





**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

RE 644 – 299

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)**

Renewal claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

**1** Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2** Name
Address
Claiming as
(Use appropriate statement from instructions)

**3** Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1    31    DECEMBER 1965
If a periodical or other serial, give: Vol.    No.    Issue Date

---

**(3)**

Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(3)**

Facts of original registration

**ORIGINAL REGISTRATION NUMBER:**
B 215968

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION SEPTEMBER 9 1965
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0005945

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|
| CHECKED BY | | NOV 17 1993 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

| 1 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 2 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 3 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 4 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 5 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 6 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

| 7 | Title of Contribution | | | | Vol    No    Issue Date | |
|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South**
**New York** (City)   **NY** (State)   **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): *Carol Platt*

Typed or printed name  **Carol G. Platt**

Date

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

MARVEL ENTERTAINMENT GROUP, INC. (Name)
387 Park Avenue South (Number Street and Apartment Number)
NEW YORK (City)   NY (State)   10016 (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

October 1989—50,000     ☆U.S. GOVERNMENT PRINTING OFFICE 1989—262-306 8

2021MARVEL-0005946

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 215968 DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ....... **Non-Pareil Publishing Corp.** ........................................................

Address ...... **625 Madison Ave., New York, N.Y. 10022** ...............................

Name .................................................................................................................

Address .............................................................................................................

**2. Title:** **AMAZING SPIDER-MAN**
(Title of periodical)

...........................................................................................................................

Vol. **1** No. **31** Date on copies **Dec. 1965**

**3. Citizenship of Author:**

Citizenship ......... **USA** ......................... Domiciled in U.S.A. Yes ☐ No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

......... **9/9/65** .................................................................................................
(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

......... **USA** ........................................................................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...............................................

(b) Process Used: .............................................................................................

(c) Country of Manufacture: ..............................................................................

*Complete all applicable spaces on next page*



| EXAMINER |
|---|
| |

**6. Deposit account:**

..................................................................................................................................

**7. Send correspondence to:**

Name ......................................................................    Address ......................................................................

**8. Send Certificate to:**

(Type or
print
name and
address)

Name

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
(Number and street)
NEW YORK, N. Y. 10022

Address

(City)        (State)        (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  SEP 27 1965 | |
| Two copies received  SEP 27 1965 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE  1965 O—760-224        (Feb. 1965—150,000)        **Page 4**

1148 45



# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL



RE 645-142

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993
(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions
thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1    No. 32    Issue Date JANUARY 1966

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 229417

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: OCTOBER 12    1965
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0005949

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | NOV 17 1993 REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical ......... Vol ..... No. ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number. .........

**2**
Title of Contribution ...........
Title of Periodical ......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number. .........

**3**
Title of Contribution ...........
Title of Periodical ......... Vol ..... No. ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number. .........

**4**
Title of Contribution ...........
Title of Periodical ......... Vol ..... No ..... Issue Date ..........
Date of Publication ..... (Month) ..... (Day) ..... (Year) ..... Registration Number. .........

**5**
Title of Contribution: ...........
Title of Periodical: ......... Vol ..... No. ..... Issue Date ..........
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**6**
Title of Contribution: ...........
Title of Periodical: ......... Vol ..... No. ..... Issue Date ..........
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**7**
Title of Contribution: ...........
Title of Periodical: ......... Vol ..... No. ..... Issue Date ..........
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633...........

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South...........
New York (City) NY (State) 10016 (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, INC...........
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: Carol G. Platt
Date: ..........

**7** Certification (Application must be signed)

| MARVEL ENTERTAINMENT GROUP, INC, (Name) 387 Park Avenue South (Number, Street and Apartment Number) NEW YORK (City) NY (State) 10016 (ZIP code) | **MAIL CERTIFICATE TO** (Certificate will be mailed in window envelope) |
|---|---|

**8** Address for Return of Certificate

8 October 1989—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-305.5

2021MARVEL-0005950

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  229417 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ...... Non-Pareil Publishing Corp.

Address ...... 625 Madison Ave., New York, N.Y. 10022

Name ......

Address ......

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ...... 1 ...... No. ...... 32 ...... Date on copies ...... Jan. 1966

**3. Citizenship of Author:**

Citizenship ...... USA

(Name of country)          Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

10/12/65

(Month)          (Day)          (Year)

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

| EXAMINER |
|----------|
| E |



2021MARVEL-0005951

Steve Ditko

**6. Deposit account:**

...................................................................................................

**7. Send correspondence to:**

Name .................................................... Address ....................................................

**8. Send Certificate to:**

(Type or
print    Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **OCT 28 1965**<br><br>Two copies received | |
| Fee received **Deposit Account $4.00** | |

114846

2021MARVEL-0005952

# CERTIFICATE OF REGISTRATION



**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



ACTING REGISTER OF COPYRIGHTS

OFFICIAL SEAL

United States of America

RE 645-170

EFFECTIVE DATE OF RENEWAL REGISTRATION

**NOV 1 7 1993**

(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

Renewal (possible)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol. 1    No. 33    Issue Date FEBRUARY 1966

---

**③** serial

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**④** ...s of ...nal ...tration

**ORIGINAL REGISTRATION NUMBER:**

B 229427

**ORIGINAL COPYRIGHT CLAIMANT:**

NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: NOVEMBER 11, 1965
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0005953

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|
| **Amended by Copyright Office** | CHECKED BY | | FOR COPYRIGHT OFFICE USE ONLY |
| | CORRESPONDENCE ☐ Yes | NOV 17 1993 REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

| 1 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 2 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 3 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 4 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 5 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 6 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 7 | Title of Contribution | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | Vol | No | Issue Date | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name **Marvel Entertainment Group, INC**

Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name CAROL PLATT, Marvel ent.Group
Address 387 Park Avenue South
(Apt)
New York     NY     10016
(City)     (State)     (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of: **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_
Typed or printed name **Carol G. Platt**
Date

**7** Certification (Application must be signed)

| MARVEL ENTERTAINMENT GROUP, INC. (Name) | **MAIL CERTIFICATE TO** | **8** Address for Return of Certificate |
|---|---|---|
| 387 Park Avenue South (Number, Street and Apartment Number) | | |
| NEW YORK    NY    10016 (City)    (State)    (ZIP code) | (Certificate will be mailed in window envelope) | |

October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308/8

2021MARVEL-0005954

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 229427 |
| | DO NOT WRITE HERE |

**FORM B**

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ............ **Non-Pareil Publishing Corp.**

Address ............ **625 Madison Avenue, New York, N.Y. 10022**

Name ............

Address ............

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. **1** No. **33** Date on copies **February, 1966**

**3. Citizenship of Author:**

Citizenship **U.S.A.** Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

    **(a) Date of Publication of This Issue:**

**11/11/65**
(Month)    (Day)    (Year)

    **(b) Place of Publication of This Issue:**

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ............

    **(b) Process Used:** ............

    **(c) Country of Manufacture:** ............

*Complete all applicable spaces on next page*


EXAMINER

**6. Deposit account:**

......................................................................................................................

**7. Send correspondence to:**

Name .................................................................     Address ..........................................................

**8. Send Certificate to:**

(Type or print name and address)

| | |
|---|---|
| Name | MAGAZINE MANAGEMENT CO. |
| Address | 625 MADISON AVENUE |
| | NEW YORK, N.Y. 10022 (Number and street) |
| (City) | (State)        (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.*   Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?*   Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.*   There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.*   The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.*   Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.*   Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4.   (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice:*   The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection.   If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received  NOV 19 1965 | |
| Two copies received  NOV 19 1965 | |
| Fee received  Deposit Account $4.00 | |

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



RE 645-177

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993

(Month)    (Day)    (Year)

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

*United States of America*

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

| 1 | Name MARVEL ENTERTAINMENT GROUP, INC. |
|---|---|
| | Address 387 Park Avenue South, New York, NY   10016 |
| | Claiming as Proprietor of copyright in a composite work made for hire |
| | (Use appropriate statement from Instructions) |

| 2 | Name |
|---|---|
| | Address |
| | Claiming as (Use appropriate statement from Instructions) |

| 3 | Name |
|---|---|
| | Address |
| | Claiming as (Use appropriate statement from Instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:

If a periodical or other serial, give: Vol. **1**    No. **34**    Issue Date   **MARCH 1966**

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

| **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|
| B 238351 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: **DECEMBER 9, 1965**

(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:

(Month)    (Day)    (Year)

2021MARVEL-0005957

| ·:· Amended by Copyright Office | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 17 1993 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**2**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**3**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**4**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**5**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**6**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**7**
Title of Contribution:
Title of Periodical: ................................ Vol ......... No ......... Issue Date ...........
Date of Publication: (Month) (Day) (Year)    Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **CAROL PLATT, Marvel ent. Group**
Address: **387 Park Avenue South** (Apt)
**New York** (City)    **NY** (State)    **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☑ duly authorized agent of: **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) .... *Carol Platt*
Typed or printed name .... **Carol G. Platt**
Date: ....

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City)    **NY** (State)    **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

☆ October 1989—30,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-308 B

2021MARVEL-0005958

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 238351 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Non-Pareil Publishing Corp.** ......

Address ...... **625 Madison Avenue, New York, N.Y. 10022** ......

Name ......

Address ......

**2. Title:** **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ...... **1** ...... No. **34** ...... Date on copies ...... **March, 1966** ......

**3. Citizenship of Author:**

Citizenship ...... **U.S.A.** ......     Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**12/9/65**

(Month)       (Day)       (Year)

(b) Place of Publication of This Issue:

**U.S.A.**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

| EXAMINER |
|---|

2021MARVEL-0005959

Steve Ditko

**6. Deposit account:**

-------------------------------------------------------------------------

**7. Send correspondence to:**

Name ------------------------------------------------- Address -----------------------------------------------

**8. Send Certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK N. Y. 10022
(Number and street)

(City)      (State)      (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1965. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 16 1965 | |
| Two copies received<br>DEC 16 1965 | |
| Fee received<br><br>Deposit Account $6.00 | |

1K1848

2021MARVEL-0005960

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America



RE

RE 684-347

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 2 1994**

(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| | | |
|---|---|---|
| **(1)** Rene Claimants) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) | |
| | **1** Name .... **MARVEL ENTERTAINMENT GROUP, INC.** Address **387 Park Avenue South, New York, NY 10016** Claiming as **Proprietor of copyright in a composite work made for hire** (Use appropriate statement from instructions) | |
| | **2** Name . Address . Claiming as (Use appropriate statement from instructions) | |
| | **3** Name . Address . Claiming as (Use appropriate statement from instructions) | |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Amazing Spider-Man

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

071105530

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: **1**     **35**     **April 1966**

If a periodical or other serial, give: Vol ........... No. ........... Issue Date ...........

| | |
|---|---|
| **(3)** Auth··s) | **AUTHOR(S) OF RENEWABLE MATTER:** Non-Pareil Publishing Corporation |

| | | |
|---|---|---|
| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** ~~B-241526~~ ⸫ B 241516 | **ORIGINAL COPYRIGHT CLAIMANT:** Non-Pareil Publishing Corporation |
| | **ORIGINAL DATE OF COPYRIGHT:** • If the original registration for this work was made in published form, give: DATE OF PUBLICATION **January 11, 1966** (Month) (Day) (Year) | OR • If the original registration for this work was made in unpublished form, give: DATE OF REGISTRATION ........... (Month) (Day) (Year) |

2021MARVEL-0005961

| □ Amended by Copyright Office | EXAMINED BY | RENEWAL APPLICATION RECEIVED |  | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
|  | CHECKED BY | DEC 22 1994 |  |  |
|  | DEPOSIT ACCOUNT FUNDS USED □ | REMITTANCE NUMBER AND DATE |  |  |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON.)

**(5) Renewal for Group of Works**

**1**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**2**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**3**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**4**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**5**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**6**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**7**
Title of Contribution: ...................
Title of Periodical: ...................   Vol ... No. ... Issue Date ...
Date of Publication: ........ (Month) ...... (Day) ...... (Year)   Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt)
New York, NY    10016
(City)    (State)    (ZIP)

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
□ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) _Andrew J. Daly_

Typed or printed name: Andrew J. Daly    Date DEC 1 6 1994

**(7) Certification** (Application must be signed)

| MAIL CERTIFICATE TO | **(8) Address for Return of Certificate** |
|---|---|

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY   10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

U S GOVERNMENT PRINTING OFFICE 1978-261-022/10

Apr. 1978 - 500,000

2021MARVEL-0005962

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  241516 |
|  | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name ...... **Non-Pareil Publishing Corp.**

Address ...... **625 Madison Avenue, New York, N.Y. 10022**

Name ......

Address ......

**2. Title:** ...... **AMAZING SPIDER-MAN**

(Title of periodical)

Vol. **1** No. **35** Date on copies ...... **April, 1966**

**3. Citizenship of Author:**

Citizenship ...... **U.S.A.** ...... Domiciled in U.S.A. Yes ☐ No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**1/11/66**

(Month)     (Day)     (Year)

(b) Place of Publication of This Issue:

**U.S.A.**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......



EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0005963

**6. Deposit account:**

...................................................................................................................

**7. Send correspondence to:**

Name ................................................................     Address ................................

**8. Send Certificate to:**

(Type or
print       Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N.Y. 10022

| (City) | (State) | (ZIP code) |

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which may be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>JAN 28 1966<br>Two copies received<br><br>JAN 28 1966<br>Fee received    Deposit Account $6.00 | |

114849

2021MARVEL-0005964

Steve Ditko

# CERTIFICATE OF REGISTRATION

# FORM RE

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



REGISTRATION NUMBER

**RE 684-362**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 2 2 1994**
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| ① Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name.... **MARVEL ENTERTAINMENT GROUP, INC.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name..... <br> Address..... <br> Claiming as..... <br> (Use appropriate statement from instructions) |
| | 3 | Name..... <br> Address..... <br> Claiming as..... <br> (Use appropriate statement from instructions) |

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**Amazing Spider-Man**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portion thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work **1**    **36**    **May 1966**
If a periodical or other serial, give Vol .... No. .... Issue Date

073105541 • 0731055741

| ③ Author(s) | AUTHOR(S) OF RENEWABLE MATTER: <br> **Non-Pareil Publishing Corporation** |
|---|---|

---

| ④ Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: <br> **B 248224** | ORIGINAL COPYRIGHT CLAIMANT: <br> **Non-Pareil Publishing Corporation** |
|---|---|---|
| | ORIGINAL DATE OF COPYRIGHT: | |
| | • If the original registration for this work was made in published form, give: <br> DATE OF PUBLICATION **February 10, 1966** <br> (Month)  (Day)  (Year) | OR { • If the original registration for this work was made in unpublished form give: <br> DATE OF REGISTRATION .... <br> (Month)  (Day)  (Year) |

2021MARVEL-0005965

Steve Ditko

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY | | DEC 22 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**2**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**3**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**4**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**5**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**6**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**7**
Title of Contribution: .......................................................................
Title of Periodical: ............................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: ___(Month)___ ___(Day)___ ___(Year)___ Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt)
New York, NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature. (X) _[signature]_
Typed or printed name Andrew J. Daly
Date DEC 1 6 1994

**⑦ Certification (Application must be signed)**

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S GOVERNMENT PRINTING OFFICE 1978-261-022/10                Apr. 1978—500,000

2021MARVEL-0005966

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 248224 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name  **Non-Pareil Publishing Corp.**

Address  **625 Madison Avenue, New York, N.Y.  10022**

Name

Address

**2. Title:** **AMAZING SPIDER-MAN**
(Title of periodical)

Vol.  **1**  No.  **36**  Date on copies  **May, 1966**

**3. Citizenship of Author:**

Citizenship  **U.S.A.**
(Name of country)  Domiciled in U.S.A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**2/10/66**
(Month)  (Day)  (Year)

(b) Place of Publication of This Issue:

**U.S.A.**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

EXAMINER
*PP*

2021MARVEL-0005967

**6. Deposit account:**

............................................................................................

**7. Send correspondence to:**

Name ........................................................    Address ........................................................

**8. Send Certificate to:**

(Type or
print      Name
name and
address)   Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK N. Y. 10022

(Number and street)

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>FEB 16 1966 | |
| Two copies received<br><br>FEB 16 1966 | |
| Fee received<br><br>Deposit Account $6.00 | |

U.S. GOVERNMENT PRINTING OFFICE: 1965—O-791-820        (Dec. 1965—200,000)

114850

2021MARVEL-0005968

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 684-381

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 2 1994
(Month)     (Day)     (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

---

**①**
Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name .... **MARVEL ENTERTAINMENT GROUP, INC.**
Address **387 Park Avenue South, New York, NY 10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name ....
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name ....
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**Amazing Spider-Man**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

0711055552

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work
If a periodical or other serial, give: Vol **1**     No **37**     Issue Date **June 1966**

---

**③**
Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**Non-Pareil Publishing Corporation**

---

**④**
Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
**B 251737**

**ORIGINAL COPYRIGHT CLAIMANT:**
**Non-Pareil Publishing Corporation**

---

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION **March 10, 1966**
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0005969

| | | |
|---|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | DEC 27 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5) Renewal for Group of Works**

**1**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**2**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**3**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**4**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**5**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**6**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**7**
Title of Contribution: ....................
Title of Periodical: ....................    Vol. ....    No. ....    Issue Date ....
Date of Publication: ....    (Month)    (Day)    (Year)    Registration Number: ....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South    (Apt)
New York, NY    10016
(City)    (State)    (ZIP)

**(6) Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) _Andrew J. Daly_
Typed or printed name: Andrew J. Daly
Date: DEC 1 6 1994

**(7) Certification** (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978-261-822/10

Apr. 1978—5(K),000

2021MARVEL-0005970

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 251737 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name    Non-Pareil Publishing Corp.

Address    625 Madison Avenue, New York, N.Y.    10022

Name ...........................................................................

Address .........................................................................

**2. Title:**    AMAZING SPIDER-MAN

(Title of periodical)

Vol. 1    No. 37    Date on copies    June, 1966

**3. Citizenship of Author:**

Citizenship    U.S.A.

(Name of country)

Domiciled in U.S.A.   Yes ☐   No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

3/10/66

(Month)    (Day)    (Year)

(b) **Place of Publication of This Issue:**

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** ...........................

(b) **Process Used:** .........................................................

(c) **Country of Manufacture:** ...............................................

EXAMINER

*Complete all applicable spaces on next page*

2021MARVEL-0005971

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to** MAGAZINE MANAGEMENT CO.

Name ······· 625 MADISON AVENUE Address ·······

**8. Send Certificate to:** NEW YORK, N. Y. 10022

(Type or print name and address)



Name —— MAGAZINE MANAGEMENT CO.

Address —— 625 MADISON AVENUE

NEW YORK, N. Y. 10022
(Number and street)

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAR 21 1966 | |
| Two copies received MAR 21 1966 | |
| Fee received Deposit Account $6.00 | |

114851

2021MARVEL-0005972

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL



RE 684-389

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 2 1994
(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

| **①** Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|
| | Name....**MARVEL ENTERTAINMENT GROUP, INC.**...... <br> Address....**387 Park Avenue South, New York, NY  10016** <br> Claiming as....**Proprietor of copyright in a composite work made for hire**...... <br> (Use appropriate statement from instructions) |
| 2 | Name........ <br> Address........ <br> Claiming as........ <br> (Use appropriate statement from instructions) |
| 3 | Name........ <br> Address........ <br> Claiming as........ <br> (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**Amazing Spider-Man**

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work........

If a periodical or other serial, give: Vol......**1**......No.......**38**......Issue Date......**July 1966**

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | **Non-Pareil Publishing Corporation** |

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> **B 257745** | **ORIGINAL COPYRIGHT CLAIMANT:** <br> **Non-Pareil Publishing Corporation** |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION......**April 12, 1966**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION........
(Month)   (Day)   (Year)

2021MARVEL-0005973

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | DEC 27 1994 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**(5) Renewal for Group of Works**

**1**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... N ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Numb .........

**3**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... No ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**4**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**5**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**6**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... No. ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Number: .........

**7**
Title of Contribution: .............................
Title of Periodical: ................. Vol. ..... Nc ..... Issue Date .........
Date of Publication: .......... (Month) ..... (Day) ..... (Year) ..... Registration Numbt .........

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Group
Address: 387 Park Ave. South (Apt)
New York, NY 10016
(City) (State) (ZIP)

**(6) Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _[signature]_
Typed or printed name: Andrew J. Daly
Date: DEC 1 6 1994

**(7) Certification (Application must be signed)**

---

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Ave. South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**(8) Address for Return of Certificate**

2021MARVEL-0005974

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



FORM B

CLASS **B**   REGISTRATION NO.   **B 257745**

DO NOT WRITE HERE

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name   Non-Pareil Publishing Corp.

Address   625 Madison Ave., New York, N.Y. 10022

Name

Address

**2. Title:**   AMAZING SPIDER-MAN

(Title of periodical)

Vol. 1   No. 38   Date on copies   July, 1966

**3. Citizenship of Author:**

Citizenship   U.S.A.

(Name of country)   Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

4/12/66

(Month)   (Day)   (Year)

(b) Place of Publication of This Issue:

U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

EXAMINER


2021MARVEL-0005975

**6. Deposit account:**

...................................................................

**7. Send correspondence to:**

Name ............................................    Address ......



**8. Send Certificate to:**

(Type or
print          Name
name and
address)    Address

(Number and street)

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

---

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

---

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>APR 21 1966 | |
| Two copies received<br>APR 21 1966 | |
| Fee received<br>Deposit Account $6.00 | |

114888

2021MARVEL-0005976

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE . 559 208

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  AMAZING SPIDER-MAN

If a periodical or other serial, give  Vol.  1    No  4    Issue Date  September 1963



---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 45564

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  June 11, 1963
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

Steve Ditko

| RE  559 208 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE: | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**2**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**3**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**4**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**5**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**6**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**7**
Title of Contribution: .....................
Title of Periodical: ..................... Vol..... No..... Issue Date .....
Date of Publication: (Month) (Day) (Year)  Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) .... Carol G. Platt
Typed or printed name .... Carol G. Platt
Date    12/23/91

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

2021MARVEL-0005982

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 45564 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... **NON-PAREIL PUBLISHING CORP.**

Address ..... **655 Madison Ave., N.Y.C. 21**

Name .....

Address .....

**2. Title: AMAZING SPIDER-MAN**

(Title of periodical)

Vol. ..... **1** ..... No. ..... **4** ..... Date on copies ..... **Sept. 1963**

**3. Citizenship of Author:**

Citizenship ..... **USA**

(Name of country)

Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**6/11/63**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

2021MARVEL-0005983

**6. Deposit account:**

**7. Send correspondence to:**

Name ..........................................    Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name

MAGAZINE MANAGEMENT CO.

Address
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of its first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received JUN 11 1963 | |
| Two copies received JUN 11 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—420703        (Feb. 1958—250,000)

14915

2021MARVEL-0005984

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**REGISTRATION NUMBER**

RE 559 215

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 2 7 1991
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **①** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions) |
|---|---|
| 1 | Name  Marvel Entertainment Group, Inc.<br>Address  387 Park Avenue South, New York, NY  10016<br>Claiming as  Proprietor of copyright in a composite work made for hire<br><small>(Use appropriate statement from instructions)</small> |
| 2 | Name<br>Address<br>Claiming as  <small>(Use appropriate statement from instructions)</small> |
| 3 | Name<br>Address<br>Claiming as  <small>(Use appropriate statement from instructions)</small> |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  AMAZING SPIDER-MAN

If a periodical or other serial, give  Vol.  1    No  5    Issue Date  October 1963

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:**<br><br>NON-PAREIL PUBLISHING CORPORATION |
|---|---|

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br><br>B 50165 | **ORIGINAL COPYRIGHT CLAIMANT:**<br><br>NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form.
give  **July 9, 1963**

DATE OF PUBLICATION    M:···    Da·    ·ear

OR

- If the original registration for this work was made in unpublished form
give

DATE OF REGISTRATION    ·M>···    Da·    ·ear

2021MARVEL-0006013

RE 559 215

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**2**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**3**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**4**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**5**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**6**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**7**
Title of Contribution: .....................
Title of Periodical: ..................... Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number: .....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ..... _Carol G. Platt_
Typed or printed name **Carol G. Platt**
Date **12/23/91**

⑦ Certification (Application must be signed)

| | MAIL CERTIFICATE TO | ⑧ Address for Return of Certificate |
|---|---|---|
| **Marvel Entertainment Group, Inc.** (Name)<br>**387 Park Avenue South** (Number, Street and Apartment Number)<br>**New York, NY 10016** (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) | |

2021MARVEL-0006014

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 50165 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN   *Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **NON-PAREIL PUBLISHING CORP.** ____

Address ____ **655 Madison Ave., N.Y.C. 21** ____

Name ____

Address ____

**2. Title:** ____ **AMAZING SPIDER-MAN** ____
                                    (Title of periodical)

Vol. ____ **1** ____ No. ____ **5 2** ____ Date on copies ____ **Oct. 1963** ____

**3. Citizenship of Author:**

Citizenship ____ **USA** ____          Domiciled in U. S. A.   Yes ☐   No ☐
                    (Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

____ **7/9/63** ____

(b) Place of Publication of This Issue:

____ **USA** ____
                    (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ____

(b) Process Used: ____

(c) Country of Manufacture: ____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

Address _____

NEW YORK 21, N. Y.

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 16 1963 | |
| Two copies received<br>JUL 16 1963 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—420703          (Feb. 1958—250,000)

14819

2021MARVEL-0006016

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE **559 235**

EFFECTIVE DATE OF RENEWAL REGISTRATION
**DEC 2 7 1991**
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1   Name  Marvel Entertainment Group, Inc.
    Address  387 Park Avenue South, New York, NY  10016
    Claiming as  Proprietor of copyright in a composite work made for hire
    (Use appropriate statement from instructions)

2   Name
    Address
    Claiming as  (Use appropriate statement from instructions)

3   Name
    Address
    Claiming as  (Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN



**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  AMAZING SPIDER-MAN
If a periodical or other serial, give  Vol. **1**      No **6**      Issue Date  **November 1963**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 57887

**ORIGINAL COPYRIGHT CLAIMANT:**
NON-PAREIL PUBLISHING CORPORATION

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form.
give  **August 8, 1963**
DATE OF PUBLICATION
Month    Day    Year

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
Month    Day    Year

Steve Ditko

| RE    559 235 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**2**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**3**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**4**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**5**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**6**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**7**
Title of Contribution: .............................................................
Title of Periodical: .......................................... Vol. ...... No. ...... Issue Date ......
Date of Publication: .......................................... Registration Number: ......
(Month)  (Day)  (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ....el. Entertainment. Group, Inc.
Account ....... DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)  (State)  (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Carol G. Platt*
Typed or printed name .... Carol G. Platt
Date  12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)  (State)  (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate



2021MARVEL-0006018

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 57887 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN    *Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ......... NON-PAREIL PUBLISHING CORP.

Address ......... 655 Madison Ave., N.Y.C. 21

Name .........

Address .........

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ..... 1 ..... No. ..... 6 ..... Date on copies ......... Nov. 1963

**3. Citizenship of Author:**

Citizenship ..... USA

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

8/8/63

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .........

(b) Process Used: .........

(c) Country of Manufacture: .........

*Complete all applicable spaces on next page*

2021MARVEL-0006019

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address

**8. Send certificate to:**

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Type or print     Name
name and address)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>AUG 14 1963 | |
| Two copies received<br>AUG 14 1963 | |
| Fee received | |

14820

2021MARVEL-0006020

# CERTIFICATE OF RENEWAL REGISTRATION





This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

## FORM RE
UNITED STATES COPYRIGHT OFFICE



**REGISTRATION NUMBER**

RE   559 248

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)  (Day)  (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|
| 1 | Name **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY 10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| 2 | Name .......... <br> Address .......... <br> Claiming as .......... (Use appropriate statement from instructions) |
| 3 | Name .......... <br> Address .......... <br> Claiming as .......... (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

04721500  0472150000

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   AMAZING SPIDER-MAN

If a periodical or other serial, give: Vol. **1**   No. **7**   Issue Date **December 1963**

---

| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|

---

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 63121 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give **September 10, 1963**
  DATE OF PUBLICATION   (Month)   (Day)   (Year)

OR

- If the original registration for this work was made in unpublished form, give
  DATE OF REGISTRATION   (Month)   (Day)   (Year)

2021MARVEL-0006021

| RE    559 248 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**2**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**3**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**4**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**5**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**6**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**7**
Title of Contribution: ...............
Title of Periodical: ............... Vol. ... No. ... Issue Date
Date of Publication: ...... (Month) ... (Day) ... (Year) Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ...... *Carol G. Platt*

Typed or printed name ... Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY. 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022  10

2021MARVEL-0006022

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    63121 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ——— NON-PAREIL PUBLISHING CORP.

Address ——— 655 Madison Ave., N.Y.C. 21

Name —————————————

Address —————————————

**2. Title:** AMAZING SPIDER-MAN

(Title of periodical)

Vol. ——1—— No. ——7—— Date on copies —— Nov. Dec. 1963

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) **Date of Publication of This Issue:**

9/10/63

(b) **Place of Publication of This Issue:**

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: —————

(b) Process Used: —————

(c) Country of Manufacture: —————

*Complete all applicable spaces on next page*

2021MARVEL-0006023

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................    Address ..............

MAGAZINE MANAGEMENT CO.
655 MADISON AVE NE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name ...........................................

Address ........................................

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received <br> SEP 16 1963 <br><br> Two copies received <br> SEP 16 1963 <br><br> Fee received | #Copyright Office Note <br> Cover of copies gives, Dec.and mast- <br> head gives, Nov'63. Let'r filed with <br> correspond. states Dec'63 is correct. |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430705          (Feb. 1958—250,000)          *Page 4*   114821



2021MARVEL-0006024

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE

UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    5.59 303

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

| **(1) Renewal Claimant(s)** | | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|---|
| | 1 | Name. **Marvel Entertainment Group, Inc.** <br> Address **387 Park Avenue South, New York, NY  10016** <br> Claiming as **Proprietor of copyright in a composite work made for hire** <br> (Use appropriate statement from instructions) |
| | 2 | Name. <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |
| | 3 | Name. <br> Address <br> Claiming as <br> (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work AMAZING SPIDER-MAN.

If a periodical or other serial give  Vol. 1 …    No 8    Issue Date January 1964

barcode: 047215135 / *047215135*

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

NON-PAREIL PUBLISHING CORPORATION

---

**(4) Facts of Original Registration**

| **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|
| B 72284 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give **October 8, 1963**

DATE OF PUBLICATION    M⸳⸳    Da.    Year

OR

• If the original registration for this work was made in unpublished form.
give

DATE OF REGISTRATION    M⸳⸳    Da.    Year

2021MARVEL-0006025

| RE    559 303 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**2**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**3**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**4**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**5**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**6**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**7**
Title of Contribution: ...........................................
Title of Periodical: ................................. Vol....... No....... Issue Date ......
Date of Publication: ....... (Month) ....... (Day) ....... (Year) ....... Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**    (City)    **NY**  (State)   **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.



Handwritten signature: (X) ...........................

Typed or printed name ·  **Carol G. Platt**

Date  **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**New York, NY 10016**
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate



U S GOVERNMENT PRINTING OFFICE 1976-261-022 10

2021MARVEL-0006026

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 72284 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN
*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___NON-PAREIL PUBLISHING CORP.___

Address ___655 Madison Ave., N.Y.C. 21___

Name _____

Address _____

**2. Title:** ___AMAZING SPIDER-MAN___

(Title of periodical)

Vol. ___1___   No. ___8___   Date on copies ___Jan. 1964___

**3. Citizenship of Author:**

Citizenship ___USA___
(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

___10/8/63___

**(b) Place of Publication of This Issue:**

___USA___
(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*



2021MARVEL-0006027

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print       **Name** _____
name and                    MAGAZINE MANAGEMENT CO.
address)   **Address** _____
                              655 MADISON AVENUE
                              _____
                                    (Number and street)

_____       _____       _____
(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received<br>OCT 25 1963 | |
| Two copies received<br>OCT 11 1963 | |
| Fee received | |

114822

2021MARVEL-0006028

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

# FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE   559 307

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| **①** Renewal Claimant(s) | | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |
|---|---|---|
| | 1 | Name Marvel Entertainment Group, Inc. <br> Address 387 Park Avenue South, New York, NY 10016 <br> Claiming as Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from instructions) |
| | 2 | Name ................ <br> Address ................ <br> Claiming as ................ (Use appropriate statement from instructions) |
| | 3 | Name ................ <br> Address ................ <br> Claiming as ................ (Use appropriate statement from instructions) |

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING SPIDER-MAN

04215372
*04721531372*

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work AMAZING SPIDER-MAN

If a periodical or other serial give Vol 1 . No 9 . Issue Date February 1964

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** |
|---|---|
| | NON-PAREIL PUBLISHING CORPORATION |

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br> B 72337 | **ORIGINAL COPYRIGHT CLAIMANT:** <br> NON-PAREIL PUBLISHING CORPORATION |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give **November 12, 1963**
DATE OF PUBLICATION     M....     Da...     Year

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION     M....     Da...     Year

| | | |
|---|---|---|
| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

RE    559 307

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**2**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**3**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**4**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**5**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**6**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**7**
Title of Contribution: ...........
Title of Periodical: ...........  Vol. ...  No. ...  Issue Date ...
Date of Publication: ... (Month) ... (Day) ... (Year)   Registration Number: ...

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel  Entertainment Group, Inc.
Account Number: DA-009633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York  (City)  NY  (State)  10016  (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol G. Platt_
Typed or printed name  Carol G. Platt
Date  12/23/91

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)  (State)  (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10

2021MARVEL-0006030

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B       72337 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*  Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ___NON-PAREIL PUBLISHING CORP.___

Address ___655 Madison Ave., N.Y.C. 21___

Name _____

Address _____

**2. Title:** ___AMAZING SPIDER-MAN___   (Title of periodical)

Vol. ___1___   No. ___9___   Date on copies ___Feb. 1964___

**3. Citizenship of Author:**

Citizenship ___USA___   (Name of country)   Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

   ___11/12/63___

  **(b) Place of Publication of This Issue:**

   ___USA___   (Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** _____

  **(b) Process Used:** _____

  **(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name ................................................................

**8. Send certificate to:**

Address ............

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Type or print
name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First; Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second; Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third; Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br><br>NOV 12 1963 | |
| Two copies received<br><br>NOV 12 1963 | |
| Fee received | |

114823

2021MARVEL-0006032

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER

RE    636 396

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 15 1992
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **1** Renewal Claimant(s) | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See instructions) |
|---|---|
| 054458 2577 | 1  Name **Marvel Entertainment Group, Inc.**<br>Address **387 Park Avenue South, New York, NY  10016**<br>Claiming as **Proprietor of copyright in a work made for hire** (Use appropriate statement from instructions) |
| | 2  Name<br>Address<br>Claiming as (Use appropriate statement from instructions) |
| | 3  Name<br>Address<br>Claiming as (Use appropriate statement from instructions) |

| **2** Work Renewed | TITLE OF WORK IN WHICH RENEWAL IS CLAIMED: |
|---|---|
| | AMAZING SPIDER-MAN ANNUAL |
| | **RENEWABLE MATTER:**<br>**Entire work as originally copyrighted, including all portions thereof.** |
| | **CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**<br>Title of periodical or composite work: ...<br>If a periodical or other serial give: Vol. **1**  No. **1**  Issue Date **1964** |

| **3** Author(s) | AUTHOR(S) OF RENEWABLE MATTER: |
|---|---|
| | STAN LEE, EMPLOYEE FOR HIRE OF NON-PAREIL PUBLISHING CORPORATION |

| **4** Facts of Original Registration | ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|---|
| | A 713458 | NON-PAREIL PUBLISHING CORPORATION |
| | **ORIGINAL DATE OF COPYRIGHT:**<br>• If the original registration for this work was made in published form, give:<br>DATE OF PUBLICATION: JUNE 11 1964<br>(Month) (Day) (Year) | **OR** • If the original registration for this work was made in unpublished form, give:<br>DATE OF REGISTRATION:<br>(Month) (Day) (Year) |

2021MARVEL-0006033

RE   636 396

EXAMINED BY

CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED ✓

RENEWAL APPLICATION RECEIVED

FEB 08 1993   DEC 15 1992   FOR
COPYRIGHT
OFFICE
USE
ONLY

REMITTANCE NUMBER AND DATE

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

| | | (Month) | (Day) | (Year) | | | |
|---|---|---|---|---|---|---|---|
| 1 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 2 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 3 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 4 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 5 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 6 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |
| 7 | Title of Contribution:<br>Title of Periodical:<br>Date of Publication: | | | | Vol.    No.<br>Registration Number | | Issue Date |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_

Typed or printed name: Carol G. Platt

Date: 12/23/91

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1979—261-022/10

Apr 1979—500,000

2021MARVEL-0006034

**Page 3**

# Certificate
## Registration of a Claim to Copyright
## in a published book manufactured in the United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **FORM A** | |
| **A** | A  713458 |
| | DO NOT WRITE HERE |

This is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereby affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ............ **Non-Pareil Publishing Corp.**

Address ............ **655 Madison Ave., New York, N.Y. 10021**

Name ............

Address ............

**2. Title:** ............ **AMAZING SPIDER-MAN ANNUAL**

(Title of book)

............

**3. Authors:**

Name ............ **Stan Lee** ............ Citizenship ............ **USA**

(Legal name followed by pseudonym if latter appears on copies) ............ (Name of country)

Domiciled in U.S.A. Yes ...... **X** No ...... Address ............ **655 Madison Ave., New York, N.Y.**

Name ............

(Legal name followed by pseudonym if latter appears on copies) ............ Citizenship ............ (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ............

Name ............

(Legal name followed by pseudonym if latter appears on copies) ............ Citizenship ............ (Name of country)

Domiciled in U.S.A. Yes ...... No ...... Address ............

**4. Date of Publication of This Edition:**

**6 - 11 - 64**

(Month)    (Day)    (Year)

**5. New Matter in This Version:**

............

............

............

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition ............ (Year)

Was registration for the foreign edition made in the U.S. Copyright Office? Yes ...... No ......

If your answer is "Yes," give registration number ............

| EXAMINER |
|---|
| |

*Complete all applicable spaces on next page*

Steve Ditko

**7. Deposit account:**

**8. Send correspondence to:**

Name ........................................................    Address ........................................................

**9. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)                    (State)                    (ZIP code)

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

### How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish The Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority, . . ."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of

Congress, Washington, D.C., 20540, two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1964. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

### Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has

been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within 6 months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U.S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received<br>AUG 31 1964 | |
| Two copies received<br>AUG 31 1964 | |
| Fee received | |

2021MARVEL-0006036

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL



RE 648 – 827

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 1 7 1993

(Month)   (Day)   (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**①** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

THE AMAZING SPIDER-MAN ANNUAL

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof
*Editorial revision, additional test and pictorial matter.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1   No. 2   Issue Date 1965

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**Martin Goodman

NON-PAREIL PUBLISHING CORPORATION

---

**④** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| A 772745 | NON-PAREIL PUBLISHING CORPORATION |

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JUNE   1   1965
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006037

| | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| *Amended by Copyright Office **Amended by C. O.; authorized per telephone on 1/25/94 from Carol Platt. | CHECKED BY ☑ CORRESPONDENCE ☐ Yes DEPOSIT ACCOUNT FUNDS USED ☐ | NOV 17 1993 REMITTANCE NUMBER AND DATE | |

---

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤**
Renewal
for Group
of Works

| | | | | |
|---|---|---|---|---|
| **1** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **2** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **3** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **4** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **5** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **6** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |
| **7** | Title of Contribution Title of Periodical Date of Publication (Month) (Day) (Year) | | Vol No Registration Number | Issue Date |

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name CAROL PLATT, Marvel ent.Group
Address 387 Park Avenue South
New York      NY      10016
        (City)      (State)      (ZIP)

**⑥**
Fee and
Correspond-
ence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant   ☑ duly authorized agent of: Marvel Entertainment Group, INC.
                                              (Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name: Carol G. Platt

Date: _____

**⑦**
Certification
(Application
must be
signed)

---

MARVEL ENTERTAINMENT GROUP, INC.
                              (Name)
387 Park Avenue South
        (Number, Street and Apartment Number)
NEW YORK      NY      10016
    (City)      (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧**
Address for
Return of
Certificate

---

★ October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/1

2021MARVEL-0006038

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

**FORM A**

| CLASS **A** | REGISTRATION NO. A 772745 |
| --- | --- |
| | DO NOT WRITE HERE |

This Is To Certify that the statements set forth on this page have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name        Non-Pareil Publishing Corp.

Address     625 Madison Ave., New York, N.Y. 10022

Name        ----------------

Address     ----------------

**2. Title:** AMAZING SPIDER-MAN ANNUAL

(Title of book)

**3. Authors:**

Name        Martin Goodman                                        Citizenship        USA
            (Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.   Yes   X   No ---------   Address   325 Madison Ave., New York, N.Y. 10022

Name ----------------                                         Citizenship ----------------
            (Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.   Yes --------   No --------   Address ----------------

Name ----------------                                         Citizenship ----------------
            (Legal name followed by pseudonym if latter appears on copies)          (Name of country)

Domiciled in U. S. A.   Yes --------   No --------   Address ----------------

**4. Date of Publication of This Edition:**

6/1/65

**5. New Matter in This Version:**

Editorial revision, additional test and

pictorial matter.

**6. U. S. Edition of Book in English First Manufactured and Published Abroad:** If this is the U. S. edition of a book in English, and all or a substantial part of the English text of an earlier foreign edition was manufactured and first published abroad, complete the following spaces.

Year date of first publication of foreign edition ....................
(Year)

Was claim to ad interim copyright registered in the foreign edition?    Yes ☐    No ☐

If claim to ad interim copyright was *not* registered, is U. S. copyright in the foreign edition claimed by virtue of the Universal Copyright Convention?    Yes ☐    No ☐

*Complete all applicable spaces on next page*

2021MARVEL-0006039

**7. Deposit account:**

--------------------------------------------------------------------------------

**8. Send correspondence to:**

Name _____    Address _____

**9. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

Address _____

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within six months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U. S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application and affidavit received JUN 11 1965 | |
| Two copies received JUN 11 1965 | |
| Fee received | |

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**RE 684-455**

EFFECTIVE DATE OF RENEWAL REGISTRATION
**DEC 22 1994**
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

**①** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1   Name  MARVEL ENTERTAINMENT GROUP, INC.
    Address  387 Park Avenue South, New York, NY  10016
    Claiming as  Proprietor of copyright in a composite work made for hire
    (Use appropriate statement from instructions)

2   Name  ....................
    Address  ....................
    Claiming as  ....................
    (Use appropriate statement from instructions)

3   Name  ....................
    Address  ....................
    Claiming as  ....................
    (Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Amazing Spider-Man Annual

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  ........  **1**  ........  **3**  ........  **November 1966**

If a periodical or other serial give Vol  ........  No  ........  Issue Date

07075421 0

---

**③** **Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Non-Pareil Publishing Corporation

---

**④** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 282923

**ORIGINAL COPYRIGHT CLAIMANT:**
Non-Pareil Publishing Corporation

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  **August 2, 1966**
                      (Month)  (Day)  (Year)

{ OR }

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
                      (Month)  (Day)  (Year)

2021MARVEL-0006041

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | |
|---|---|---|---|---|
| CHECKED BY | | DEC 27 1994 | | FOR COPYRIGHT OFFICE USE ONLY |
| DEPOSIT ACCOUNT FUNDS USED. ☐ | | REMITTANCE NUMBER AND DATE | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**2**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**3**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**4**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**5**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**6**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**7**
- Title of Contribution: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
- Title of Periodical: . . . . . . . . . . . . . . . . . . . Vol . . . . . No . . . . Issue Date . . . . .
- Date of Publication: . . . . . . . . . . . . . . . . . . . . . Registration Number: . . . . .
  (Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc
Account Number: DA-059633 . . . . . . . . . . . . . . .

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Andrew J. Daly, Marvel Ent. Gr
Address 387 Park Ave. South (Apt.)
New York, NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature:
Typed or printed name: Andrew J. Daly
Date DEC 1 6 1994

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc,
(Name)
387 Park Ave. South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

2021MARVEL-0006042

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B  282923**<br>DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name  **Non-Pareil Publishing Corp.**

Address  **625 Madison Avenue, New York, N.Y.  10022**

Name .................................................................

Address .............................................................

**2. Title:**  AMAZING SPIDER-MAN  (KING SIZE SPECIAL)

(Title of periodical)

Vol.  **1**    No.  **3**    Date on copies  **November, 1966**

**3. Citizenship of Author:**

Citizenship ........ **U.S.A.** ........    Domiciled in U.S.A.  Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

**8/2/66**

(Month)    (Day)    (Year)

(b) Place of Publication of This Issue:

**U.S.A.**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ..........................

(b)  odess Used: ...........................................................

(c) Country of Manufacture: ..............................................

*Complete all applicable spaces on next page*

EXAMINER 

2021MARVEL-0006043

**6.** Deposit account:

...................................................................................................

**7.** Send correspondence to:

Name .................................................     Address ..............

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

**8.** Send Certificate to:

(Type or
print          Name
name and
address)   Address



MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (State)          (ZIP code)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U.S. Department of Commerce, Washington, D.C., 20231.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $6. (NOTE: A deposit account, against which fees can be drawn, may be established. For details write to the Copyright Office.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1966. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| Two copies received | |
| Fee received | |

114923

2021MARVEL-0006044

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



RE 684-455

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 2 1994
(Month)   (Day)   (Year)

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| | |
|---|---|
| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions) |

1. Name: MARVEL ENTERTAINMENT GROUP, INC.
   Address: 387 Park Avenue South, New York, NY 10016
   Claiming as: Proprietor of copyright in a composite work made for hire
   *(Use appropriate statement from instructions)*

2. Name:
   Address:
   Claiming as:
   *(Use appropriate statement from instructions)*

3. Name:
   Address:
   Claiming as:
   *(Use appropriate statement from instructions)*

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

Amazing Spider-Man Annual

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1
If a periodical or other serial, give Vol   No. 3   Issue Date November 1966

070754210

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

Non-Pareil Publishing Corporation

---

**(4)** Facts of Original Registration

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 282923 | Non-Pareil Publishing Corporation |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION: August 2, 1966
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006265