# EXHIBIT 24D

**6. Deposit account:**

**7. Send correspondence to:**

Name _____  Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____
(Number and street)

_____
(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br><br>SEP 16 1963<br>Two copies received<br><br>SEP 16 1963<br>Fee received | |

124250

2021MARVEL-0006392

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

# FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**
RE  559 259

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 2 7 1991
(Month)  (Day)  (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)



**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

JOURNEY INTO MYSTERY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.



**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work  **JOURNEY INTO MYSTERY**
If a periodical or other serial give: Vol  **1**  No  **99**    Issue Date **December  1963**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

ATLAS MAGAZINES, INC.

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 72283

**ORIGINAL COPYRIGHT CLAIMANT:**

ATLAS MAGAZINES, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form.
give  **October 1, 1963**
DATE OF PUBLICATION    (Month)  (Da.)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    (Month)  (Da.)  (Year)

2021MARVEL-0006393

RE  559 259

<table>
<tr><td>EXAMINED BY:</td><td colspan="2">RENEWAL APPLICATION RECEIVED:</td><td rowspan="3">FOR COPYRIGHT OFFICE USE ONLY</td></tr>
<tr><td>CHECKED BY:</td><td colspan="2">DEC. 27. 1991</td></tr>
<tr><td>DEPOSIT ACCOUNT FUNDS USED: ☐</td><td colspan="2">REMITTANCE NUMBER AND DATE.</td></tr>
</table>

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE. CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**2**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**3**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**4**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**5**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**6**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**7**
Title of Contribution: ................................................................
Title of Periodical: .................................... Vol .... No.... Issue Date
Date of Publication: ........................................ Registration Number:
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)    (Apt.)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) _Carol G. Platt_
Typed or printed name    Carol G. Platt
Date    12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY  10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

2021MARVEL-0006394

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B ᵢ    72283 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ....ATLAS MAGAZINES, INC.

Address ....655 Madison Ave., N.Y.C. 21

Name ....

Address ....

**2. Title:** ....JOURNEY INTO MYSTERY
(Title of periodical)

Vol. ....**1**.... No. ....**99**.... Date on copies ....**Dec. 1963**

**3. Citizenship of Author:**

Citizenship ....**USA**
(Name of country)    Domiciled in U. S. A.    Yes ☐ No ☐

**4. Publication:**

    **(a) Date of Publication of This Issue:**

    ....**10/1/63**

    **(b) Place of Publication of This Issue:**

    ....**USA**
    (Name of country)

**5. Manufacture Outside United States:**

    **(a) Portion of the Manufacturing Done Abroad:** ....

    **(b) Process Used:** ....

    **(c) Country of Manufacture:** ....

*Complete all applicable spaces on next page*



2021MARVEL-0006395

**6. Deposit account:**

................................................................................

**7. Send correspondence to:**

Name .................................................... Address ...... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or
print
name and
address)

Name ........ MAGAZINE MANAGEMENT CO.

Address ........ 655 MADISON AVENUE

NEW YORK 21, N. Y.

(Number and street)

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received OCT 25 1963 | |
| Two copies received OCT 11 1963 | |
| Fee received | |

124739

2021MARVEL-0006396

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** B | 982809 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name **VISTA PUBLICATIONS, INC.** .......................................

Address **655 Madison Ave., N.Y.C. 21** ...................................

Name ...............................................................

Address ............................................................

**2. Title: STRANGE TALES** ...............................................
(Title of periodical)

Vol. **1** ..... No. **101** ..... Date on copies ..... **Oct. 1962** ..........

**3. Citizenship of Author:**

Citizenship **USA** ..........................................
(Name of country)
Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

........ **7/10/62** .............................................

(b) Place of Publication of This Issue:

........ **USA** ................................................
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....................

(b) Process Used: ...............................................

(c) Country of Manufacture: .....................................

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

Address _____

(City)     (Zone)     (State)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| JUL 16 1962 | |
| Two copies received | |
| JUL 16 1962 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

134830

2021MARVEL-0006398

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
|---|
| RE ⁻ 497-989 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name .... Marvel Entertainment Group, Inc.
Address .... 387 Park Avenue South, New York, NY 10016
Claiming as .... Proprietor of copyright in a composite work made for hire.
(Use appropriate statement from Instructions)

2
Name ....
Address ....
Claiming as ....
(Use appropriate statement from Instructions)

3
Name ....
Address ....
Claiming as ....
(Use appropriate statement from Instructions)

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: .... STRANGE TALES ....
If a periodical or other serial, give: Vol. .... 1 .... No. .... 102 .... Issue Date .... November 1962 ....

03937836D

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 988507 | Vista Publications, Inc. |

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: .... August 9, 1962 .... (Month) (Day) (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION: .... (Month) (Day) (Year)

MARVEL0001256

2021MARVEL-0006399

| | | |
|---|---|---|
| RE 497-989 | EXAMINED BY: ...... <br> CHECKED BY ...... <br> CORRESPONDENCE: <br> ☐ Yes <br> DEPOSIT ACCOUNT <br> FUNDS USED: ☑ | RENEWAL APPLICATION RECEIVED: <br> NOV 20.1990 <br> REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**2**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**3**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**4**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**5**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**6**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**7**
Title of Contribution: .............................................................
Title of Periodical: ........................... Vol ........ No ...... Issue Date ......
Date of Publication: .......... (Month) ...... (Day) ...... (Year) ...... Registration Number: ......

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard
Address: Kenyon & Kenyon, One Broadway
New York, New York 10004

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) *Lisa Massaro*
Typed or printed name: Lisa Massaro
Date: 11/19/90

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Charles R. Brainard (Name)
Kenyon & Kenyon, One Broadway (Street Address/Apt Number)
New York, New York 10004 (City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

GOVERNMENT PRINTING OFFICE: 1987—161-531/40,020

March 1987—25,000

MARVEL0001257

2021MARVEL-0006400

Don Heck, Steve Ditko, Larry Lieber

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**



| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | 992202 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __VISTA PUBLICATIONS, INC._____

Address __655 Madison Ave., N.Y.C. 21_____

Name _____

Address _____

**2. Title:** __STRANGE TALES_____
(Title of periodical)

_____

Vol. __1__  No. __103__  Date on copies __December, 1962_____

**3. Citizenship of Author:**

Citizenship __USA_____  Domiciled in U. S. A.  Yes ☐  No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

__9/11/62_____

(b) **Place of Publication of This Issue:**

__USA_____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name
MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE

Address
NEW YORK 21, N. Y.
(Number and Street)

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received SEP 17 1962 | |
| Two copies received SEP 17 1962 | |
| Fee received | |

134832

2021MARVEL-0006402

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM. (See instructions)

1. Name ... Marvel Entertainment Group, Inc.
   Address ... 387 Park Avenue South, New York, NY 10016.
   Claiming as ... Proprietor of copyright in a composite work made for hire

2. Name
   Address
   Claiming as

3. Name
   Address
   Claiming as

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including
all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:
Title of periodical or composite work: STRANGE TALES

If a periodical or other serial give: Vol. 1    No. 104    Issue Date January 1963

AUTHOR(S) OF RENEWABLE MATTER:

Vista Publications, Inc.

ORIGINAL REGISTRATION NUMBER:         ORIGINAL COPYRIGHT CLAIMANT:

Vista Publications, Inc.

MARVEL0001844

2021MARVEL-0006403

Steve Ditko, Larry Lieber



MARVEL0001845

2021MARVEL-0006404

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

RE   498-038

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 20 1990

(Month)          (Day)          (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

| | | |
|---|---|---|
| 1 | Name | Marvel Entertainment Group, Inc. |
| | Address | 387 Park Avenue South, New York, NY 10016 |
| | Claiming as | Proprietor of copyright in a composite work made for hire. |
| | | (Use appropriate statement from instructions) |
| 2 | Name | |
| | Address | |
| | Claiming as | (Use appropriate statement from instructions) |
| 3 | Name | |
| | Address | |
| | Claiming as | (Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   STRANGE TALES

If a periodical or other serial, give: Vol   1   No   105   Issue Date   February 1963

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

---

**④ Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 6037 | Vista Publications, Inc. |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form. give:
DATE OF PUBLICATION:   November 8, 1962
(Month)   (Day)   (Year)

OR

- If the original registration for this work was made in unpublished form. give:
DATE OF REGISTRATION:   (Month)   (Day)   (Year)

2021MARVEL-0006405

| RE · 498-038 | EXAMINED BY | | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | CHECKED BY | | NOV. 2 0. 1990 | |
| | CORRESPONDENCE ☐ Yes | | REMITTANCE NUMBER AND DATE: | |
| | DEPOSIT ACCOUNT FUNDS USED· ☑ | | | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

| | | |
|---|---|---|
| 1 | Title of Contribution:<br>Title of Periodical:  Vol . . . . No . . . . Issue Date<br>Date of Publication:  Registration Number:<br>(Month)  (Day)  (Year) | |
| 2 | Title of Contribution:<br>Title of Periodical:  Vol. . No . . Issue Date<br>Date of Publication:  Registration Number:<br>(Month)  (Day)  (Year) | |
| 3 | Title of Contribution:<br>Title of Periodical:  Vol . No . . Issue Date<br>Date of Publication:  Registration Number:<br>(Month)  (Day)  (Year) | |
| 4 | Title of Contribution:<br>Title of Periodical:  Vol . . No . . Issue Date<br>Date of Publication:  Registration Number:<br>(Month)  (Day)  (Year) | |
| 5 | Title of Contribution:<br>Title of Periodical:  Vol . No . . Issue Date<br>Date of Publication:  Registration Number<br>(Month)  (Day)  (Year) | |
| 6 | Title of Contribution:<br>Title of Periodical:  Vol . No . Issue Date<br>Date of Publication·  Registration Number<br>(Month)  (Day)  (Year) | |
| 7 | Title of Contribution:<br>Title of Periodical:  Vol . No . Issue Date<br>Date of Publication:  Registration Number.<br>(Month)  (Day)  (Year) | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account )

Name: **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent )

Name **Charles R. Brainard**

Address **Kenyon & Kenyon, One Broadway**

**New York, New York  10004**

(City)  (State)  (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I. the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant  ☒ duly authorized agent of· **Marvel Entertainment Group, Inc.**

(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature. (X) . . . . . . . . . .

Typed or printed name  ·· **Lisa Massaro**

Date **11/19/90**

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

**Charles R. Brainard**

**Kenyon & Kenyon, One Broadway**

**New York, New York  10004**

(City)  (State)  (Zip Code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

134746  ☆ March 1987—25,000

2021MARVEL-0006406

Page 3

# Certificate

**FORM B**

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    6037 |
| | DO NOT WRITE HERE |

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*
ABRAHAM L. KAMINSTEIN

**1. Copyright Claimant(s) and Address(es):**

Name ...**VISTA PUBLICATIONS, INC.**....................................

Address ..**655 Madison Ave., N.Y.C. 21**................................

Name .............................................................................

Address ..........................................................................

**2. Title:** ..**STRANGE TALES**........................... *(Title of periodical)*

Vol. ....**1**........   No. ........**105**-   Date on copies ..............**Feb. 1963**...............

**3. Citizenship of Author:**

Citizenship ..**USA**.................................. *(Name of country)*   **Domiciled in U. S. A.   Yes** ☐ **No** ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

    ........**11/8/62**.............................................

  **(b) Place of Publication of This Issue:**

    ........**USA**............................... *(Name of country)*

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ..................................

  **(b) Process Used:** .......................................................

  **(c) Country of Manufacture:** ..............................................

*Complete all applicable spaces on next page*

2021MARVEL-0006407

**6. Deposit account:**

**7. Send correspondence to:** ,

Name ................................................ Address ...... MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)     Name ........ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

Address ....... NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received | |
| NOV 15 1962 | |
| Two copies received | |
| NOV 15 1962 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O 430703          (Feb. 1958—250,000)          *Page 4*

134746

2021MARVEL-0006408

RE       498-069

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1  Name     Marvel Entertainment Group, Inc.
   Address   387 Park Avenue South, New York, NY 10016
   Claiming as   Proprietor of copyright in a composite work made for hire

2  Name
   Address
   Claiming as

3  Name
   Address
   Claiming as

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:   STRANGE TALES

If a periodical or other serial give: Vol.   1   No.   106   Issue Date   March 1963

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

**ORIGINAL REGISTRATION NUMBER**       **ORIGINAL COPYRIGHT CLAIMANT**

Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT**

MARVEL0001846

2021MARVEL-0006409



MARVEL0001847

2021MARVEL-0006410

REGISTRATION NUMBER

RE    497-688

EFFECTIVE DATE OF REGISTRATION

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM** (See instructions)

Name    Marvel Entertainment Group, Inc.
Address    387 Park Avenue South, New York, NY 10016
Claiming as    Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

Name
Address
Claiming as
(Use appropriate statement from instructions)

Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including
all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work    STRANGE TALES

If a periodical or other serial give: Vol    1    No    107    Issue Date    April 1963

**AUTHOR(S) OF RENEWABLE MATTER:**

Vista Publications, Inc.

**PREVIOUS REGISTRATION NUMBER:**    **ORIGINAL COPYRIGHT CLAIMANT:**

Vista Publications, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

DATE OF PUBLICATION    January 10, 1963    OR    DATE OF REGISTRATION

MARVEL0001848

2021MARVEL-0006411



MARVEL0001849

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE . 559 166

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name .. Marvel Entertainment Group, Inc.
Address .. 387 Park Avenue South, New York, NY  10016
Claiming as .. Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

2  Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from Instructions)

3  Name ..........
Address ..........
Claiming as ..........
(Use appropriate statement from Instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: .. STRANGE TALES ..........
If a periodical or other serial give: Vol ....1.... No. ...108.... Issue Date ....May..1963....

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:

B 22022

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form.
give.
DATE OF PUBLICATION  Feb. 12, 1963
(Month)    (Day)    (Year)

OR

* If the original registration for this work was made in unpublished form.
give.
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001272

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY: | DEC. 27. 1991 | |
| RE . 559 166 | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

| | | |
|---|---|---|
| 1 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 2 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 3 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 4 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 5 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 6 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |
| 7 | Title of Contribution: .......................................................... | |
| | Title of Periodical: ................................ Vol. ......... No. ...... Issue Date .............. | |
| | Date of Publication: .......................................... Registration Number: ................... | |
| | (Month)        (Day)         (Year) | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group

Address: 387 Park Avenue South

New York        NY        10016
(City)        (State)        (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol G. Platt_

Typed or printed name: Carol G. Platt

Date .... 12/23/91 ...

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY  10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

MARVEL0001273

2021MARVEL-0006414

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER
RE . 559 177

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**①**
**Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name Marvel Entertainment Group, Inc.
Address 387 Park Avenue South, New York, NY  10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions).

**3**
Name ...........
Address ...........
Claiming as ...........
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: STRANGE TALES

If a periodical or other serial, give: Vol 1 No. 109 Issue Date June 1963

---

**③**
**Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④**
**Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
B 28143

ORIGINAL COPYRIGHT CLAIMANT:
VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION    Mar. 12, 1963
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001276

2021MARVEL-0006415

| RE    559 177 | EXAMINED BY: ........... CHECKED BY: ........... | RENEWAL APPLICATION RECEIVED: DEC. 27, 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
|  | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**2**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**3**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**4**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**5**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**6**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**7**
Title of Contribution: ........................
Title of Periodical: ................. Vol....... No...... Issue Date ...........
Date of Publication: ....................... Registration Number: ...........
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)          (State)   (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge
Handwritten signature: (X) ............................
Typed or printed name ...... Carol G. Platt ......    Date    12/23/91

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)      (State)      (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978—261-022 1C

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

# FORM RE

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 192

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

| **①** Renewal Claimant(s) | | RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions) |
|---|---|---|
| | 1 | Name **Marvel Entertainment Group, Inc.**<br>Address **387 Park Avenue South, New York, NY  10016**<br>Claiming as **Proprietor of copyright in a composite work made for hire**<br>(Use appropriate statement from instructions) |
| | 2 | Name<br>Address<br>Claiming as<br>(Use appropriate statement from instructions) |
| | 3 | Name<br>Address<br>Claiming as<br>(Use appropriate statement from instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give Vol **1**   No **110**   Issue Date  **July 1963**

---

| **③** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:**<br><br>VISTA PUBLICATIONS, INC. |
|---|---|

---

| **④** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:**<br>B 34036 | **ORIGINAL COPYRIGHT CLAIMANT:**<br><br>VISTA PUBLICATIONS, INC. |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

* If the original registration for this work was made in published form, give

DATE OF PUBLICATION  **Apr 9, 1963**
(Month) (Day) (Year)

OR

* If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006417

RE    559 192

| EXAMINED BY ✗ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**2**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**3**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**4**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**5**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**6**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**7**
Title of Contribution: ........................................................
Title of Periodical: .......................... Vol .......... No .......... Issue Date ..........
Date of Publication: .......... (Month) .......... (Day) .......... (Year) .......... Registration Number ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York        NY     10016**
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) *Carol G. Platt*

Typed or printed name        **Carol G. Platt**

Date **12/23/91**

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

| Marvel Entertainment Group, Inc. |
| (Name) |
| 387 Park Avenue South |
| (Number Street and Apartment Number) |
| New York, NY 10016 |
| (City)    (State)    (ZIP code) |

**8** Address for Return of Certificate

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

CLASS    REGISTRATION NO.

**B**   B     34036

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ............. **VISTA PUBLICATIONS, INC.** ------------------------------------

Address .......... **655 Madison Ave., N.Y.C. 21** ----------------------------------

Name ----------------------------------------------------------------------------------

Address --------------------------------------------------------------------------------

**2. Title:** ...... **STRANGE TALES** --------------------------------------------

                                     (Title of periodical)

Vol. ............ **1** ... No. ......... **110** .. Date on copies ...... **July 1963** ------------

**3. Citizenship of Author:**

Citizenship ...... **USA** ------------------------------------------------------    **Domiciled in U. S. A.**    Yes ☐   No ☐

                  (Name of country)

**4. Publication:**

   **(a) Date of Publication of This Issue:**

       **4/9/63** -----------------------------------------------------------------

   **(b) Place of Publication of This Issue:**

       **USA** ---------------------------------------------------------------------

                  (Name of country)

**5. Manufacture Outside United States:**

   **(a) Portion of the Manufacturing Done Abroad:** ---------------------------------------

   **(b) Process Used:** ------------------------------------------------------------------------

   **(c) Country of Manufacture:** -----------------------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006419

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address ____ MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print    Name _____
name and address)

Address _____

MAGAZINE MANAGEMENT CO

655 M (Number and street) UE

NEW YORK 21 N Y

(City)                (Zone)                (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received APR 18 1963 | |
| Two copies received APR 18 1963 | |
| Fee received | |

134751

2021MARVEL-0006420

## CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE 559 201

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**①** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

3
Name ....................
Address ....................
Claiming as ....................
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol. **1** No. **111** Issue Date **August 1963**

---

**③** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**④** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:
**B 38264**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give.
DATE OF PUBLICATION **May 9, 1963**
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give.
DATE OF REGISTRATION
(Month)    (Day)    (Year)

MARVEL0001284

2021MARVEL-0006421

| RE 559 201 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**2**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**3**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**4**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**5**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**6**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**7**
Title of Contribution: ...............................................
Title of Periodical: ................................ Vol. ...... No. ...... Issue Date ............
Date of Publication: ...............................................  Registration Number: ............
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (Apt)(ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant        ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) ...Carol G. Platt...
Typed or printed name: ...Carol G. Platt...
Date ... 12/23/91 ...

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022  1C

# CERTIFICATE OF RENEWAL REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE   559 209

EFFECTIVE DATE OF RENEWAL REGISTRATION
.......... DEC 2 7 1991 ..........
(Month)      (Day)      (Year)

---

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name .................
Address .................
Claiming as .................
(Use appropriate statement from instructions)

3
Name .................
Address .................
Claiming as .................
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**

If a periodical or other serial give: Vol. **1** No. **112** Issue Date **September 1963**

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER:
**B 45565**

ORIGINAL COPYRIGHT CLAIMANT:
**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

* If the original registration for this work was made in published form, give
DATE OF PUBLICATION **June 11, 1963**
(Month)   (Day)   (Year)

OR

* If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)   (Day)   (Year)

MARVEL0001288

2021MARVEL-0006423

| | | |
|---|---|---|
| RE . 559 209 | EXAMINED BY: _____  CHECKED BY: .........  DEPOSIT ACCOUNT FUNDS USED: ☐ | RENEWAL APPLICATION RECEIVED:  DEC. 27. 1991  REMITTANCE NUMBER AND DATE: | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

1
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

2
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

3
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

4
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

5
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

6
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

7
Title of Contribution: ...........................................................
Title of Periodical: .......................................... Vol........ No...... Issue Date ...........
Date of Publication: ..........................................  Registration Number: ......................
(Month)    (Day)    (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY      10016
(City)        (State)      (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant      ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _____
Typed or printed name: Carol G. Platt
Date: 12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)        (State)      (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022  10

MARVEL0001289

2021MARVEL-0006424

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
RE    559 225

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)        (Day)        (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

**1**
Name .. Marvel Entertainment Group, Inc. ...............
Address .. 387 Park Avenue South, New York, NY  10016 ......
Claiming as .. Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name ..............................................................
Address ..........................................................
Claiming as ......................................................
(Use appropriate statement from instructions)

**3**
Name ..............................................................
Address ..........................................................
Claiming as ......................................................
(Use appropriate statement from instructions)

---

**② TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: ..STRANGE TALES.........................

If a periodical or other serial give: Vol ....1......... No...113............ Issue Date ..October. 1963...........

---

**③ Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**④ Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: .. B 51854 ...............

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.
give: July 9, 1963
DATE OF PUBLICATION (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give:
DATE OF REGISTRATION (Month) (Day) (Year)

MARVEL0001292

2021MARVEL-0006425

| RE 559 225 | EXAMINED BY: ⟋⟍ | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY: ........... | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**2**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**3**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**4**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**5**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**6**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**7**
Title of Contribution: ................................................................
Title of Periodical: ................... Vol. ...... No. ...... Issue Date .................
Date of Publication: ......................... Registration Number: .....................
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) ........... *Carol G. Platt*
Typed or printed name: .... Carol G. Platt
Date    12/23/91

⑦ Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)      (State)      (ZIP code)

MAIL CERTIFICATE TO
(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-761-022-1C

MARVEL0001293

2021MARVEL-0006426

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE  559 236

EFFECTIVE DATE OF RENEWAL REGISTRATION

DEC 2 7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1 Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2 Name.........
Address.........
Claiming as.........
(Use appropriate statement from instructions)

3 Name.........
Address.........
Claiming as.........
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work: **STRANGE TALES**
If a periodical or other serial give: Vol **1** No. **114** Issue Date **November 1963**

---

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

**B 57888**

ORIGINAL COPYRIGHT CLAIMANT:

**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form.
give. **August 8, 1963**
DATE OF PUBLICATION    (Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give.
DATE OF REGISTRATION    (Month) (Day) (Year)

MARVEL0001296

2021MARVEL-0006427

| RE    559 236 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ Renewal for Group of Works

**1**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**2**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**3**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**4**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**5**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**6**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**7**
Title of Contribution: ..................................................................
Title of Periodical: .......................... Vol. ........ No.... Issue Date ...........
Date of Publication: ..................................... Registration Number: ..........
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA~059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *[signature]*

Typed or printed name: Carol G. Platt

Date   12/23/91

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)        (State)        (ZIP CODE)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978—261-022 1C

MARVEL0001297

2021MARVEL-0006428

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**FORM RE**
. UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

RE    559 249

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 2 7 1991
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**(1)** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1  Name. **Marvel Entertainment Group, Inc.**
   Address **387 Park Avenue South, New York, NY 10016**
   Claiming as **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from Instructions)

2  Name. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   (Use appropriate statement from Instructions)

3  Name. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Address . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Claiming as . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   (Use appropriate statement from Instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

**STRANGE TALES**

RENEWABLE MATTER:

**Entire work as originally copyrighted, including all portions thereof.**

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work. **STRANGE TALES** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
If a periodical or other serial, give: Vol. **1** . . . . . . . . . . No. **115** . . . . . . . . . . Issue Date **December 1963** . . . . . . . . . . . . . . . .

---

**(3)** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

**VISTA PUBLICATIONS, INC.**

---

**(4)** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

. **B 66036** . . . . . . . . . . . . . . . . . .

ORIGINAL COPYRIGHT CLAIMANT:

**VISTA PUBLICATIONS, INC.**

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form.
give **September 10, 1963**
DATE OF PUBLICATION    Month    Day    Year

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    Month    Day    Year

MARVEL0001300

2021MARVEL-0006429

RE    559 249

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| CHECKED BY: | | DEC. 27. 1991 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤** Renewal for Group of Works

**1**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**2**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**3**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**4**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**5**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**6**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**7**
Title of Contribution: ......................................
Title of Periodical: .................... Vol. ....... No. ....... Issue Date ...............
Date of Publication: .................... (Month) (Day) (Year) ........ Registration Number: ...............

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X): _Carol G. Platt_
Typed or printed name: Carol G. Platt
Date: 12/23/91

**⑦** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978–261-022 IC

MARVEL0001301

2021MARVEL-0006430

Steve Ditko

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records

*REGISTER OF COPYRIGHTS*
*United States of America*

# FORM RE

UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE 559 250

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991

(Month)  (Day)  (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

0472151 8 *

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial give  Vol.  **1**     No. **116**     Issue Date **January 1964**

---

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

**B 66782**

**ORIGINAL COPYRIGHT CLAIMANT:**

**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  **October 8, 1963**
DATE OF PUBLICATION
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006431

| RE | 559 250 | EXAMINED BY: CHECKED BY: | RENEWAL APPLICATION RECEIVED: DEC. 27, 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol....... No...... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**2**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**3**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**4**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**5**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**6**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**7**
Title of Contribution: .......................................................................
Title of Periodical: ........................................ Vol..... No..... Issue Date ......
Date of Publication: ................................................ Registration Number ......
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York          NY          10016
(City)        (State)        (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature: (X) *Carol G. Platt*
Typed or printed name    Carol G. Platt
Date    12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY  10016
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134757
2021MARVEL-0006432

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B    66782 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN    *Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ---- **VISTA PUBLICATIONS, INC.** ----

Address -- **855 Madison Ave., N.Y.C. 21** --

Name --------------------

Address --------------------

**2. Title: STRANGE TALES**

(Title of periodical)

--------------------

Vol. ---- **1** ---- No. ---- **116** -- Date on copies ---- **Jan. 1964** --

**3. Citizenship of Author:**

Citizenship ---- **USA** ----
(Name of country)    Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**10/8/63**

(b) Place of Publication of This Issue:

**USA**
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: --------------------

(b) Process Used: --------------------

(c) Country of Manufacture: --------------------

*Complete all applicable spaces on next page*



2021MARVEL-0006433

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.

Address _____

655 MADISON AVENUE

NEW YORK 21, N. Y.

(City)            (Zone)            (State)

## Information concerning copyright in **periodicals**

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>OCT 11 1963 | |
| Two copies received<br>OCT 11 1963 | |
| Fee received | |

2021MARVEL-0006434

# CERTIFICATE OF RENEWAL REGISTRATION



UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM RE
UNITED STATES COPYRIGHT OFFICE

| REGISTRATION NUMBER |
| --- |
| RE   559 311 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month)      (Day)      (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES
If a periodical or other serial, give  Vol  1   No  117   Issue Date  february 1964

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 72341

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  November 12, 1963
DATE OF PUBLICATION  Month  Day  Year

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION  Month  Day  Year

2021MARVEL-0006435

| RE    559 311 | EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27.1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

**1**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number ..................
(Month)      (Day)      (Year)

**2**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number ..................
(Month)      (Day)      (Year)

**3**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number ..................
(Month)      (Day)      (Year)

**4**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number: ..................
(Month)      (Day)      (Year)

**5**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number ..................
(Month)      (Day)      (Year)

**6**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number ..................
(Month)      (Day)      (Year)

**7**
Title of Contribution: ..........................................................................
Title of Periodical: ......................................... Vol ...... No ...... Issue Date ...........
Date of Publication: ...................................... Registration Number: ..................
(Month)      (Day)      (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE: (Give name** and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York    NY    10016
(City)    (State)    (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X): Carol Platt

Typed or printed name    Carol G. Platt

Date    12/23/91

**7** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY    10016
(City)    (State)    (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE 1978-261-027 1C

134758
2021MARVEL-0006436

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** B | 72341 |

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

ABRAHAM L. KAMINSTEIN

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ **VISTA PUBLICATIONS, INC.** _____

Address __ **655 Madison Ave., N.Y.C. 21** _____

Name _____

Address _____

**2. Title:** __ **STRANGE TALES** _____
_(Title of periodical)_

_____

Vol. ____ **1** _____ No. _____ **117** __ Date on copies ____ **Feb. 1964** _____

**3. Citizenship of Author:**

Citizenship **USA** _____ Domiciled in U. S. A.  Yes ☐  No ☐
_(Name of country)_

**4. Publication:**

(a) **Date of Publication of This Issue:**

_____ **11/12/63** _____

(b) **Place of Publication of This Issue:**

_____ **USA** _____
_(Name of country)_

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

_Complete all applicable spaces on next page_

2021MARVEL-0006437

Steve Ditko

6. **Deposit account:**

7. **Send correspondence to:**

Name _____     Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print
name and address)

Name _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address _____

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received **NOV 12** 1963 | |
| Two copies received **NOV 12 1963** | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O-430703          (Feb. 1958—250,000)          *Page 4*

134758

2021MARVEL-0006438

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE   559 323

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 2 7 1991
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

| **(1)** Renewal Claimant(s) | **RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)** |
|---|---|
| 1 | Name Marvel Entertainment Group, Inc. <br> Address 387 Park Avenue South, New York, NY  10016 <br> Claiming as Proprietor of copyright in a composite work made for hire <br> (Use appropriate statement from Instructions) |
| 2 | Name .................... <br> Address .................... <br> Claiming as .................... (Use appropriate statement from Instructions) |
| 3 | Name .................... <br> Address .................... <br> Claiming as .................... (Use appropriate statement from Instructions) |

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work   STRANGE TALES

If a periodical or other serial, give   Vol   1   No   118   Issue Date   March 1964

04721S532

---

| **(3)** Author(s) | **AUTHOR(S) OF RENEWABLE MATTER:** <br><br> VISTA PUBLICATIONS, INC. |
|---|---|

---

| **(4)** Facts of Original Registration | **ORIGINAL REGISTRATION NUMBER:** <br><br> B 79628 | **ORIGINAL COPYRIGHT CLAIMANT:** <br><br> VISTA PUBLICATIONS, INC. |
|---|---|---|

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION   Dec   9   1963
(Month) (Day) (Year)

**OR**

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006439

| RE   559 323 | EXAMINED BY<br>CHECKED BY | RENEWAL APPLICATION RECEIVED<br>DEC. 27. 1991 | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
| --- | --- | --- | --- |
| | DEPOSIT ACCOUNT<br>FUNDS USED<br>☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**⑤** Renewal for Group of Works

**1**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number: ..................
(Month)        (Day)        (Year)

**2**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**3**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**4**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**5**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**6**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**7**
Title of Contribution: .................................................
Title of Periodical: ..................................... Vol. ....... No. ....... Issue Date ......
Date of Publication: .................................... Registration Number ..................
(Month)        (Day)        (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number  DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York        NY        10016
(City)        (State)        (ZIP)

**⑥** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)  *Carol G. Platt*

Typed or printed name    Carol G. Platt

Date   12/23/91

**⑦** Certification (Application must be signed)

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number  Street and Apartment Number)
New York, NY  10016
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑧** Address for Return of Certificate

134759
2021MARVEL-0006440

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    79628 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ----- **VISTA PUBLICATIONS, INC.** --------------------------------------

Address --- **655 Madison Ave., N.Y.C. 21** -----------------------------------

Name ------------------------------------------------------------------------

Address ----------------------------------------------------------------------

**2. Title:** **STRANGE TALES** -------------------------------------------------
                                              *(Title of periodical)*

-----------------------------------------------------------------------------

Vol. ------ **1** ------- No. ------ **118** --- Date on copies --- **Mar. 1222 1964** --------------------

**3. Citizenship of Author:**

Citizenship **USA** ------------------------------------------------------ Domiciled in U. S. A.   Yes ☐   No ☐
                                    *(Name of country)*

**4. Publication:**

  **(a) Date of Publication of This Issue:**

-------- **12/9/63** ---------------------------------------------------------

  **(b) Place of Publication of This Issue:**

-------- **USA** -------------------------------------------------------------
                                    *(Name of country)*

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** -------------------------------

  **(b) Process Used:** ---------------------------------------------------------

  **(c) Country of Manufacture:** -----------------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006441

**6. Deposit account:**

**7. Send correspondence to:**

Name ........................................................    Address ..............

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print     **Name** ..............................................
name and address)

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE

**Address** ..............................................

NEW YORK 21, N. Y.

           (City)           (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received <br> DEC 23 1963 |
| Two copies received <br> DEC 23 1963 |
| Fee received |

134759

2021MARVEL-0006442

# CERTIFICATE OF RENEWAL REGISTRATION



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

# FORM RE
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

RE    559 327

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 27 1991
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES



**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol  1    No  119    Issue Date  April 1964

---

**(3) Author(s)**



**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4) Facts of Original Registration**



**ORIGINAL REGISTRATION NUMBER:**

B 86103

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give  January 10, 1964    (in notice: 1963)
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION    (Month)    (Day)    (Year)

2021MARVEL-0006443

| RE  559 327 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 27. 1991 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**2**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**3**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**4**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**5**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**6**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**7**
Title of Contribution: ..................
Title of Periodical: .................. Vol. .... No. .... Issue Date ..........
Date of Publication: .................. Registration Number ..........
(Month) (Day) (Year)

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York NY 10016
(City) (State) (Zip)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol G. Platt*
Typed or printed name Carol G. Platt
Date 12/23/91

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978-761-022 1C

134760
2021MARVEL-0006444

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B    86103 |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name __M. VISTA PUBLICATIONS, INC._____

Address __855 Madison Ave., N.Y.C. 10021_____

Name _____

Address _____

**2. Title:** __STRANGE TALES_____
(Title of periodical)

Vol. __1__    No. __119__    Date on copies __Apr. 1964_____

**3. Citizenship of Author:**

Citizenship __USA_____    Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) **Date of Publication of This Issue:**

__1/10/64__ *

(b) **Place of Publication of This Issue:**

__USA_____
(Name of country)

**5. Manufacture Outside United States:**

(a) **Portion of the Manufacturing Done Abroad:** _____

(b) **Process Used:** _____

(c) **Country of Manufacture:** _____

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

**8. Send certificate to:**

(Type or print
name and address)

Address _____ MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Name _____
MAGAZINE MANAGEMENT CO.
Address _____
655 MADISON AVENUE
NEW YORK 21, N. Y.
(Number and street)

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JAN 20 1964 | * in notice: 1963 |
| Two copies received<br>JAN 20 1964 | |
| Fee received | |

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703          (Feb. 1958—250,000)          *Page 4*

1347760
2021MARVEL-0006446

# CERTIFICATE OF RENEWAL REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

RE    599 630

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

DEC 15 1992
(Month)    (Day)    (Year)

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**1** Renewal Claimant(s)

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

STRANGE TALES



RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol  1  No.  120  Issue Date  MAY 1964

---

**3** Author(s)

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

---

**4** Facts of Original Registration

ORIGINAL REGISTRATION NUMBER:

B 93261

ORIGINAL COPYRIGHT CLAIMANT:

VISTA PUBLICATIONS, INC.

ORIGINAL DATE OF COPYRIGHT:

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  FEBRUARY 11 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)  (Day)  (Year)



2021MARVEL-0006447

| RE 599 630 | EXAMINED BY |  | RENEWAL APPLICATION RECEIVED |  | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
|  | CHECKED BY |  | DEC. 15. 1992 |  |  |
|  | DEPOSIT ACCOUNT FUNDS USED ☐ |  | REMITTANCE NUMBER AND DATE |  |  |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**1**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number ...

**2**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .....

**3**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number.....

**4**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number.....

**5**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number.

**6**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number .

**7**
Title of Contribution:
Title of Periodical: ........ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... (Month) ..... (Day) ..... (Year) ..... Registration Number.

**⑤ Renewal for Group of Works**

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: **Marvel Entertainment Group, Inc.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**        **NY**        **10016**
(City)        (State)        (ZIP)

**⑥ Fee and Correspondence**

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant     ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) _Carol Platt_

Typed or printed name.        **Carol G. Platt**
Date ...........

**⑦ Certification (Application must be signed)**

---

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

134761
2021MARVEL-0006448

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



CLASS

**B**

REGISTRATION NO.

B NOT WRITE HERE **93261**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*

**1. Copyright Claimant(s) and Address(es):**

Name ....... **VISTA PUBLICATIONS, INC.**

Address ....... **855 Madison Ave., N.Y.C. 10021**

Name .......

Address .......

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ....... **1** ... No. ....... **120** ... Date on copies ....... **May 1964**

**3. Citizenship of Author:**

Citizenship ....... **USA** ....................... Domiciled in U. S. A    Yes ☒    No ☐

(Name of country)

**4. Publication:**

  **(a) Date of Publication of This Issue:**

....... ~~2/11/x~~    **2/11/64**

  **(b) Place of Publication of This Issue:**

....... **USA**

(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** .......

  **(b) Process Used:** .......

  **(c) Country of Manufacture:** .......

*Complete all applicable spaces on next page*



2021MARVEL-0006449

**6. Deposit account:**

**7. Send correspondence to:**

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

655 MADISON AVENUE

NEW YORK 21 N. Y.
(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>FEB 13 1964 | |
| Two copies received<br>FEB 13 1964 | |
| Fee received | |

134761
2021MARVEL-0006450

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE 599 650 |

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 1 5 1992
(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**1** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name Marvel Entertainment Group, Inc.
Address 387 Park Avenue South, New York, NY 10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**2**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work STRANGE TALES
If a periodical or other serial, give Vol 1   No 121   Issue Date JUNE 1964

---

**3** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**4** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 96828

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION MARCH 10 1964
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006451

| RE | 599 650 | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|---|
| | | CHECKED BY | | DEC. 15. 1992 | |
| | | DEPOSIT ACCOUNT FUNDS USED ☐ | | REMITTANCE NUMBER AND DATE. | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical: ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: . ...... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**2**
Title of Contribution:
Title of Periodical: ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ........ ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**3**
Title of Contribution:
Title of Periodical: ................ **Vol.** ..... No. ..... Issue Date .....
Date of Publication: ... ..... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**4**
Title of Contribution:
Title of Periodical: ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**5**
Title of Contribution: .
Title of Periodical: . ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: . ..... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**6**
Title of Contribution:
Title of Periodical: ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

**7**
Title of Contribution:
Title of Periodical: . ................ Vol. ..... No. ..... Issue Date .....
Date of Publication: ..... ..... ..... Registration Number: ..... .....
(Month)        (Day)        (Year)

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent.** Group
Address **387 Park Avenue South**
**New York          NY        10016**
(City)        (State)        (ZIP)

**6** Fee and Correspondence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)    *Carol Platt*

Typed or printed name    **Carol G. Platt**
Date .....

**7** Certification (Application must be signed)

---

**MAIL CERTIFICATE TO**

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY 10016**
(City)        (State)        (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

Apr 1978 – 300,000

134762

2021MARVEL-0006452

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 96828 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ... **VISTA PUBLICATIONS, INC.**

Address ... **655 Madison Ave., N.Y.C. 10021**

Name ...

Address ...

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ... **1** ... No. ... **121** ... Date on copies ... **June 1964**

**3. Citizenship of Author:**

Citizenship ... **USA** ... (Name of country) ... Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**3/10/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...

(b) Process Used: ...

(c) Country of Manufacture: ...

*Complete all applicable spaces on next page*

6. **Deposit account:**

7. **Send correspondence to:**

Name _____    Address ...... MAGAZINE MANAGEMENT CO.
                                              655 MADISON AVENUE
                                              NEW YORK 21, N. Y.

8. **Send certificate to:**

(Type or print name and address)

Name ____ MAGAZINE MANAGEMENT CO.

Address ____ 655 MADISON AVENUE
_____(Number and street)_____
NEW YORK 21, N. Y.

(City)            (Zone)            (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

**NOTE:** It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received **MAR 16 1964** | |
| Two copies received **MAR 16 1964** | |
| Fee received | |

134762
2021MARVEL-0006454

# FORM RE

## CERTIFICATE OF RENEWAL REGISTRATION

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 652 |

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 1 5 1992
(Month)     (Day)     (Year)

---

**DO NOT WRITE ABOVE THIS LINE.  FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See instructions)

1  Name  Marvel Entertainment Group, Inc.
   Address  387 Park Avenue South, New York, NY 10016
   Claiming as  Proprietor of copyright in a composite work made for hire
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give  Vol. 1  No. 122  Issue Date  JULY 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 102931 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  APRIL 9 1964
                     (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
                     (Month)    (Day)    (Year)

2021MARVEL-0006455

| RE    599 652 | EXAMINED BY _KKS_<br>CHECKED BY ✓ | RENEWAL APPLICATION RECEIVED<br>**DEC 15 1992** | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |
|---|---|---|---|
| | DEPOSIT ACCOUNT<br>FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

⑤ **Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**2**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**3**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**4**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**5**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**6**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**7**
Title of Contribution:
Title of Periodical:                    Vol.    No.      Issue Date
Date of Publication:     (Month)    (Day)    (Year)      Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York**          **NY**      **10016**
(City)          (State)      (ZIP)

⑥ **Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of: **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X)   _Carol Platt_
Typed or printed name:   **Carol G. Platt**
Date

⑦ **Certification (Application must be signed)**

MAIL
CERTIFICATE
TO

**Marvel Entertainment Group, Inc.**
(Name)
**387 Park Avenue South**
(Number Street and Apartment Number)
**New York, NY  10016**
(City)          (State)      (ZIP code)

(Certificate will be mailed in window envelope)

⑧ **Address for Return of Certificate**

134763
2021MARVEL-0006456

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   102931 |
| | DO NOT WRITE HERE |

**FORM B**

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*William L. Krunstein*
Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name  VISTA PUBLICATIONS, INC.

Address  655 Madison Ave., N.Y.C. 10021

Name

Address

**2. Title:** STRANGE TALES

(Title of periodical)

Vol.  1    No.  122    Date on copies  July 1964

**3. Citizenship of Author:**

Citizenship  USA

(Name of country)

Domiciled in U. S. A.    Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

4/3/64

(b) Place of Publication of This Issue:

USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad:

(b) Process Used:

(c) Country of Manufacture:

*Complete all applicable spaces on next page*

Steve Ditko



**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address _____

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(Number and street)

(City)    (Zone)    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received<br>APR 13 1964 | |
| Two copies received APR 13 1964 | |
| Fee received | |

134763
2021MARVEL-0006458

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE    599 664 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name   **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY  10016**
Claiming as   **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**



**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give  Vol.  **1**     No  **123**     Issue Date  **AUGUST 1964**

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 112132 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form.
give      **MAY 12 1964**
DATE OF PUBLICATION      (Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form.
give
DATE OF REGISTRATION      (Month)  (Day)  (Year)

2021MARVEL-0006459

RE    599 664

EXAMINED BY _XMP_
CHECKED BY

DEPOSIT ACCOUNT
FUNDS USED □

RENEWAL APPLICATION RECEIVED

**DEC. 15. 1992**

REMITTANCE NUMBER AND DATE.

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

| | | |
|---|---|---|
| **1** | Title of Contribution: | |
| | Title of Periodical: | Vol. ... No. ... Issue Date |
| | Date of Publication: ...... (Month) (Day) (Year) | Registration Number |
| **2** | Title of Contribution: | |
| | Title of Periodical: | **Vol.** ..... **No.** ... Issue Date |
| | Date of Publication: (Month) (Day) (Year) | **Registration Number** . |
| **3** | Title of Contribution: | |
| | Title of Periodical: | **Vol.** ... **No.** ........ Issue Date |
| | Date of Publication: (Month) (Day) (Year) | **Registration Number** |
| **4** | Title of Contribution: | |
| | Title of Periodical: | Vol. No. **Issue Date** |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |
| **5** | Title of Contribution: | |
| | Title of Periodical: | Vol. No ... **Issue Date** |
| | Date of Publication: (Month) (Day) (Year) | Registration Number |
| **6** | Title of Contribution: | |
| | Title of Periodical: | Vol. No. ... **Issue Date** .. . |
| | Date of Publication: (Month) (Day) (Year) | Registration Number. . . |
| **7** | Title of Contribution: | |
| | Title of Periodical: | Vol. No ... Issue Date .. . |
| | Date of Publication: (Month) (Day) (Year) | Registration Number: |

**5**

Renewal
for Group
of Works

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**     **NY**     **10016**
(City)     (State)     (ZIP)

**6**

Fee and
Correspond-
ence

---

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
□ renewal claimant     ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  _Carol Platt_

Typed or printed name     Carol G. Platt

Date _DEC 1 1992_

**7**

Certification
(Application
must be
signed)

---

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY 10016**
(City)     (State)     (ZIP code)

**MAIL
CERTIFICATE
TO**

(Certificate will
be mailed in
window envelope)

**8**

Address for
Return of
Certificate

---

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

Register of Copyrights
United States of America

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **FORM B** |
| | B 112132 |
| | DO NOT WRITE HERE |



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ Vista Publications, Inc.

Address ____ 655 Madison Ave., N.Y.C. 10021

Name ____

Address ____

**2. Title:** ____ STRANGE TALES

(Title of periodical)

Vol. ____ **1** ____ No. **123** ____ Date on copies ____ **August 1964**

**3. Citizenship of Author:**

Citizenship ____ **U.S.A.** ____ (Name of country) ____ Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

____ 5/12/84 ____

(b) Place of Publication of This Issue:

____ U.S.A. ____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ____

(b) Process Used: ____

(c) Country of Manufacture: ____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

(City)     (Zone)     (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received MAY 19 1964 | |
| Two copies received MAY 19 1964 | |
| Fee received | |

134764
2021MARVEL-0006462

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



| REGISTRATION NUMBER |
| RE    599 689 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

---

**(1)** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1   Name  Marvel Entertainment Group, Inc.
    Address  387 Park Avenue South, New York, NY  10016
    Claiming as  Proprietor of copyright in a composite work made for hire
    (Use appropriate statement from instructions)

2   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

3   Name
    Address
    Claiming as
    (Use appropriate statement from instructions)

---

**(2)**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  STRANGE TALES

If a periodical or other serial, give Vol. 1   No. 124   Issue Date  SEPTEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**

VISTA PUBLICATIONS, INC.

---

**(4)** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 127512

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION  JUNE 9 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)    (Day)    (Year)

| RE 599 689 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

| | | | | | **5** Renewal for Group of Works |
|---|---|---|---|---|---|
| 1 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 2 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 3 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 4 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 5 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 6 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |
| 7 | Title of Contribution: | | | | |
| | Title of Periodical: | | Vol. No. Issue Date | | |
| | Date of Publication: (Month) (Day) (Year) | | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name Carol Platt, Marvel Ent. Group
Address 387 Park Avenue South
New York       NY       10016
(City)       (State)       (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Carol Platt*

Typed or printed name   Carol G. Platt
Date   DEC 14 1992

**7** Certification (Application must be signed)

| MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|
| Marvel Entertainment Group, Inc. (Name) | |
| 387 Park Avenue South (Number Street and Apartment Number) | |
| New York, NY 10016 (City) (State) (ZIP code) | (Certificate will be mailed in window envelope) |

134766

2021MARVEL-0006464

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



FORM B

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B   127512 |

DO NOT WRITE HERE

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 655 Madison Ave., N.Y. 10021

Name ....

Address ....

**2. Title:** .... STRANGE TALES

(Title of periodical)

Vol. ....1.... No. ....124.... Date on copies ....Sept., 1964....

**3. Citizenship of Author:**

Citizenship .... U.S.A.  Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

6/9/64

(b) Place of Publication of This Issue:

.... U.S.A.

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*



2021MARVEL-0006465

**6. Deposit account:**

**7. Send correspondence to:**

Name _____   Address _____

**8. Send certificate to:**

(Type or
print          Name
name and
address)    Address

MAGAZINE MANAGEMENT CO.

655 MADISON AVENUE

NEW YORK 21, N. Y.

(Number and street)

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received | |
| JUN 15 1964   JUL -9 1964 | |
| Two copies received | |
| JUN 15 1964 | |
| Fee received | |

134766

2021MARVEL-0006466

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 680 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)   (Day)   (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  **Marvel Entertainment Group, Inc.**
Address  **387 Park Avenue South, New York, NY   10016**
Claiming as  **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**(2) Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work  **STRANGE TALES**

If a periodical or other serial, give  Vol  **1**   No.  **125**   Issue Date  **OCTOBER 1964**

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**



054582351

---

**(4) Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

**B 121798**

**ORIGINAL COPYRIGHT CLAIMANT:**

**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form. give

DATE OF PUBLICATION  **JULY 9 1964**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form. give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006467

| EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR |
|---|---|---|---|---|
| CHECKED BY | | DEC 15 1992 | | COPYRIGHT |
| DEPOSIT ACCOUNT FUNDS USED | | REMITTANCE NUMBER AND DATE | | OFFICE USE ONLY |

RE   599 680

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5**
**Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**2**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**3**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**4**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**5**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**6**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**7**
Title of Contribution:
Title of Periodical:                                    Vol.      No.           Issue Date
Date of Publication:        (Month)    (Day)    (Year)    Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name: Marvel Entertainment Group, Inc.
Account Number:   DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York          NY          10016
(City)          (State)          (ZIP)

**6**
**Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant          ☒ duly authorized agent of Marvel Entertainment Group, Inc.
                                   (Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X)
Typed or printed name   Carol G. Platt          DEC 14 1992
                                                        Date

**7**
**Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**8**
**Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978-261-022-10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| CLASS | REGISTRATION NO. |
|---|---|
| **B** | 121798 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSED SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **655 Madison Ave., N.Y. 10021**

Name ......

Address ......

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. **1**    No. **125**    Date on copies **Oct., 1964**

**3. Citizenship of Author:**

Citizenship **USA**

(Name of country)

Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

**7/9/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

2021MARVEL-0006469

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or
print
name and
address)

Name

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
(Number and street)
NEW YORK 21, N. Y.

Address

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice.* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>JUL 10 1964 | |
| Two copies received<br>JUL 10 1964 | |
| Fee received | |

134765
2021MARVEL-0006470

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

*REGISTER OF COPYRIGHTS*
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
| --- |
| RE  599 705 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
| --- |
| DEC 1 5 1992 |
| (Month)  (Day)  (Year) |

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**①** **Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name    Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②** **Work Renewed**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work   STRANGE TALES
If a periodical or other serial give  Vol.  1    No.  126    Issue Date  NOVEMBER 1964

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** **Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 129014

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form. give

DATE OF PUBLICATION  AUGUST 11 1964
(Month)  (Day)  (Year)

OR

• If the original registration for this work was made in unpublished form. give

DATE OF REGISTRATION
(Month)  (Day)  (Year)

2021MARVEL-0006471

RE    **599 705**

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | DEC. 15. 1992 | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5**
Renewal for Group of Works

|   | | |
|---|---|---|
|   | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 2 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 3 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 4 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 5 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 6 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |
| 7 | Title of Contribution: | |
|   | Title of Periodical: | Vol. No. Issue Date |
|   | Date of Publication: (Month) (Day) (Year) | Registration Number |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name **Marvel Entertainment Group, Inc.**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name **Carol Platt, Marvel Ent. Group**
Address **387 Park Avenue South**
**New York**        **NY**        **10016**
(City)        (State)        (Zip)

**6**
Fee and Correspondence

**CERTIFICATION:** I. the undersigned. hereby certify that I am the: (Check one)

☐ renewal claimant        ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)

of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)  *Carol Platt*

Typed or printed name        **Carol G. Platt**

Date        JUL [illegible]

**7**
Certification (Application must be signed)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY   10016**
(City)        (State)        (Zip code)

**8**
Address for Return of Certificate

134767
2021MARVEL-0006472

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B 129014 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights
United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 655 Madison Ave., New York, N.Y. 10021

Name .....

Address .....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ..... 1 ..... No. ..... 126 ..... Date on copies ..... November 1964

**3. Citizenship of Author:**

Citizenship ..... USA ..... (Name of country) ..... Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

..... 8/11/64

(b) Place of Publication of This Issue:

..... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

---------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or
print          Name
name and
address)      Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| AUG 11 1964 | |
| Two copies received | |
| AUG 11 1964 | |
| Fee received | |

134767

2021MARVEL-0006474

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE 599 720 |

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 15 1992
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. **STRANGE TALES**

If a periodical or other serial, give  Vol. **1**  No. **127**     Issue Date   **DECEMBER 1964**

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**     **VISTA PUBLICATIONS, INC.**

---

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 136445

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION   **SEPTEMBER 8 1964**
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month) (Day) (Year)

2021MARVEL-0006475

| RE 599 720 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC 15 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

| 1 | Title of Contribution: |
| | Title of Periodical: .............  Vol .....  No .....  Issue Date |
| | Date of Publication: .......... (Month) ..... (Day) ..... (Year)   Registration Number |

| 2 | Title of Contribution: ...... |
| | Title of Periodical: ......  Vol. ....  No. ....  Issue Date |
| | Date of Publication: ...... (Month) ..... (Day) ..... (Year)   Registration Number: ....... |

| 3 | Title of Contribution: ......... |
| | Title of Periodical: ......  Vol. ....  No .....  Issue Date ..... |
| | Date of Publication: ....... (Month) ..... (Day) ..... (Year)   Registration Number: .... |

| 4 | Title of Contribution: ........ |
| | Title of Periodical: ......  Vol. ....  No.... .  Issue Date |
| | Date of Publication: ........ (Month) ..... (Day) ..... (Year)   Registration Number: ..... |

| 5 | Title of Contribution: ...... |
| | Title of Periodical: .....  Vol. ....  No. ....  Issue Date . |
| | Date of Publication: ....... (Month) ..... (Day) ..... (Year)   Registration Number: ....... |

| 6 | Title of Contribution: ...... |
| | Title of Periodical: ......  Vol. ....  No. ....  Issue Date ...... |
| | Date of Publication: ...... (Month) ..... (Day) ..... (Year)   Registration Number ...... |

| 7 | Title of Contribution: ...... |
| | Title of Periodical: ......  Vol. ....  No. ....  Issue Date ..... |
| | Date of Publication: ...... (Month) ..... (Day) ..... (Year)   Registration Number: .... |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account )

Name: Marvel Entertainment Group, Inc.

Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group (Name if renewal claimant)

Address: 387 Park Avenue South

New York          NY          10016
(City)          (State)          (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

☞ Handwritten signature: (X) Carol Platt

Typed or printed name: Carol G. Platt

Date: DEC 1 4 1992

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

New York, NY 10016
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

134768

2021MARVEL-0006476

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B  136445 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ...... **Vista Publications, Inc.**

Address ...... **655 Madison Ave., New York, N.Y. 10021**

Name ......

Address ......

**2. Title:** **STRANGE TALES**

(Title of periodical)

Vol. ...... **1** ...... No. ...... **127** ...... Date on copies ...... **Dec., 1964**

**3. Citizenship of Author:**

Citizenship ...... **USA** ...... Domiciled in U. S. A.   Yes ☐   No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

...... **9/8/64**

(b) Place of Publication of This Issue:

**USA**

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ......

(b) Process Used: ......

(c) Country of Manufacture: ......

*Complete all applicable spaces on next page*

**6. Deposit account:**

_____

**7. Send correspondence to:**

Name _____     Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21    Y.
(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

_When To Use Form B._  Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

_What Is a "Periodical"?_  Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

_No "Blanket" Copyright._  There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

_No Copyright in Titles._  The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

_Duration of Copyright._  Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

_First: Produce Copies of the Issue With Copyright Notice._  Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

_Second: Publish the Issue With Copyright Notice._  The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

_Third: Register Your Copyright Claim._  Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

_The Copyright Notice:_  The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| Application received | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| SEP 17 1964 | |
| Two copies received | |
| SEP 17 1964 | |
| Fee received | |

134762
2021MARVEL-0006478

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER |
|---|
| RE     599 733 |

| EFFECTIVE DATE OF RENEWAL REGISTRATION |
|---|
| DEC 1 5 1992 |
| (Month)    (Day)    (Year) |

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name  **Marvel Entertainment Group, Inc.**
   Address  **387 Park Avenue South, New York, NY  10016**
   Claiming as  **Proprietor of copyright in a composite work made for hire**
   (Use appropriate statement from instructions)

2  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

3  Name
   Address
   Claiming as
   (Use appropriate statement from instructions)

**(2)** **TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof.**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:  **STRANGE TALES**
If a periodical or other serial, give  Vol  **1**   No.  **128**   Issue Date  **JANUARY 1965**

**AUTHOR(S) OF RENEWABLE MATTER:**

**Author(s)**   **VISTA PUBLICATIONS, INC.**

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 140634 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give
  DATE OF PUBLICATION  **OCTOBER 8 1964**
  (Month)   (Day)   (Year)

OR

- If the original registration for this work was made in unpublished form, give
  DATE OF REGISTRATION
  (Month)   (Day)   (Year)

2021MARVEL-0006479

| | |
|---|---|
| RE **599 733** | EXAMINED BY<br>CHECKED BY<br>DEPOSIT ACCOUNT FUNDS USED ☐ | RENEWAL APPLICATION RECEIVED<br>**DEC 15 1992**<br>REMITTANCE NUMBER AND DATE | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**2**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**3**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**4**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**5**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication (Month) (Day) (Year) Registration Number.

**7**
Title of Contribution:
Title of Periodical: Vol. No. Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel** Entertainment Group, Inc.
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York              NY          10016
(City)            (State)          (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X) *Carol Platt*
Typed or printed name    Carol G. Platt
Date **DEC 14 1992**

**⑦ Certification (Application must be signed)**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)        (State)      (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022 10                   Apr 1978 - 500.000

B4769

2021MARVEL-0006480

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  140664 |
| | 140·634 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name ___ **Vista Publications, Inc.** ___

Address ___ **625 Madison Ave.** ___

Name ___ **New York, N.Y. 10022** ___

Address ___

**2. Title:** ___ **STRANGE TALES** ___
(Title of periodical)

Vol. ___ **1** ___ No. ___ **128** ___ Date on copies ___ **Jan. 1965** ___

**3. Citizenship of Author:**

Citizenship ___ **USA** ___ Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

___ **10/8/64** ___

(b) Place of Publication of This Issue:

___ **USA** ___
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ___

(b) Process Used: ___

(c) Country of Manufacture: ___

*Complete all applicable spaces on next page*

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____  Address _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK N. Y. 10022

(City)                    (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|
| Application received OCT 12 1964 | |
| Two copies received OCT 12 1964 | |
| Fee received | |

134769

2021MARVEL-0006482

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

RE  599 745

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 1 5 1992
(Month)   (Day)   (Year)

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

---

**DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name **Marvel Entertainment Group, Inc.**
Address **387 Park Avenue South, New York, NY  10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

**②**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work. **STRANGE TALES**
If a periodical or other serial, give  Vol. **1**  No. **129**  Issue Date  **FEBRUARY 1965**

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**

B 147181

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give

DATE OF PUBLICATION **NOVEMBER 10 1964**
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give

DATE OF REGISTRATION
(Month)   (Day)   (Year)

2021MARVEL-0006483

| RE    599 745 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution: ..................
Title of Periodical: ..................  Vol.  ... No. .....  Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number. ....

**2**
Title of Contribution: ..................
Title of Periodical: ..................  Vol. .... No. .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number ....

**3**
Title of Contribution: ..................
Title of Periodical: ..................  Vol ..... No. .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ....

**4**
Title of Contribution: ..................
Title of Periodical: ..................  Vol.. .... No... .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ....

**5**
Title of Contribution: ..................
Title of Periodical: ..................  Vol.. .... No.. .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number ....

**6**
Title of Contribution: ..................
Title of Periodical: ..................  Vol.. .... No.. .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ....

**7**
Title of Contribution: ..................
Title of Periodical: ..................  Vol. ... No. .... Issue Date
Date of Publication: ..... (Month) ..... (Day) ..... (Year)  Registration Number: ....

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York (City)    NY (State)    10016 (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge

Handwritten signature (X): *Carol Platt*
Typed or printed name: Carol G. Platt
Date DEC 1 4 1992

**⑦ Certification (Application must be signed)**

**MAIL CERTIFICATE TO**

Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

U S GOVERNMENT PRINTING OFFICE 1978—261-022-10

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B   147181 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Marion L. Kaminstein*

Register of Copyrights
United States of America





NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name --------- Vista Publications, Inc.

Address ---- 625 Madison Ave., New York, N.Y. 10022

Name ----------------------------------------

Address -------------------------------------

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ---- **1** ---- No. ---- **129** ---- Date on copies ---- **Feb., 1965**

**3. Citizenship of Author:**

Citizenship ---- **USA** ----                Domiciled in U. S. A.    Yes ☐  No ☐

(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

---- **11/10/64** ----

(b) Place of Publication of This Issue:

---- **USA** ----

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: -----------------------------------------

(b) Process Used: -----------------------------------------

(c) Country of Manufacture: -----------------------------------------

*Complete all applicable spaces on next page*

2021MARVEL-0006485

**6. Deposit account:**

------------------------------------------------------------------------------------------------

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name

Address

MAGAZINE MANAGEMENT CO.
625 MADISON AVENUE
NEW YORK, N. Y. 10022

(Number and street)

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

Application received    NOV 18 1964

Two copies received    NOV 16 1964

Fee received

FOR COPYRIGHT OFFICE USE ONLY

134770
2021MARVEL-0006486

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

| REGISTRATION NUMBER | |
|---|---|
| RE | 599 763 |

**EFFECTIVE DATE OF RENEWAL REGISTRATION**
DEC 1 5 1992
(Month)     (Day)     (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1
Name  Marvel Entertainment Group, Inc.
Address  387 Park Avenue South, New York, NY  10016
Claiming as  Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2
Name
Address
Claiming as
(Use appropriate statement from instructions)

3
Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work.  STRANGE TALES
If a periodical or other serial, give  Vol.  1    No.  130    Issue Date  MARCH 1965

---

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4) Facts of Original Registration**

| **ORIGINAL REGISTRATION NUMBER:** | **ORIGINAL COPYRIGHT CLAIMANT:** |
|---|---|
| B 157772 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give
DATE OF PUBLICATION  DECEMBER 10 1964
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION
(Month)    (Day)    (Year)

2021MARVEL-0006487

| RE    599 763 | EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | DEC. 15. 1992 | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | REMITTANCE NUMBER AND DATE | |

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed. request continuation sheet (Form RE/CON)

**5** Renewal for Group of Works

**1**
Title of Contribution: . . .   . . . . .   . . . .   . . .
Title of Periodical: .   . . . . .   . . . . .   . . . . . . . .     Vol . . . .   No. . . .   Issue Date
Date of Publication: . . . . . . . . . . . . .   (Month)   (Day)   (Year)     Registration Number: . . .

**2**
Title of Contribution: . . . . . . . .   . . . . . . . .
Title of Periodical: . . . . . . . .   . . . . . . . . . . . . .     Vol . . .   . . No   . . . . Issue Date
Date of Publication: . . .   (Month)   (Day)   (Year)     Registration Number: . . . . . .   . . .

**3**
Title of Contribution: . . . . . . . . . . . . . . .   . . .
Title of Periodical: . . . . .   . . . . . . . . . . . .   . . . . .     **Vol . . .   No. . . . . . . Issue Date** . . . . . .
Date of Publication: . . . . . . . . . . . . . .   (Month)   (Day)   (Year)     **Registration Number:** . . . . . . . .

**4**
Title of Contribution: . . . . . . .   . . . .   . . .
Title of Periodical: . . . .   . .   . . . . . . .   . . .     **Vol. .   . . . . . No.   . . . Issue Date** . . .
Date of Publication: . . . . .   . . . . . . . . .   (Month)   (Day)   (Year)     **Registration Number:** . . .

**5**
Title of Contribution: . . . . . . . .   . . . .   . . .
Title of Periodical: . . . . . . . . . . . .   . . . .     Vol. .   . . . . **No.**   **Issue Date** . . . . .
Date of Publication: . . . . . . . . . . . . . .   (Month)   (Day)   (Year)     Registration **Number:** . . . .

**6**
Title of Contribution: . . . . . . . . .   . . . . . . . .   . . .
Title of Periodical: . . . . . . . . . .   . . . . . . . . . .     Vol. .   . . No   . . Issue Date   . . . . . . .
Date of Publication: . .   . . . . . . . .   (Month)   (Day)   (Year)   .     Registration Number: . . . . . . .   . . .

**7**
Title of Contribution: . . . . . . . . . . . . . . .   . . . .
Title of Periodical: . . .   . . . . . .   . .   . . . . .   . . .     **Vol. .   . .   No. .   . . . . .   Issue Date** . . .
Date of Publication: . . .   . . . . . . . . . . . . .   (Month)   (Day)   (Year)   .     **Registration Number:** . . . . . . .

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: **Marvel Entertainment Group, Inc.**

Account Number:   DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **Carol Platt, Marvel Ent. Group**
Address: **387 Park Avenue South**
**New York** . . . . . . . **NY** . . . . . **10016**
(City)   (State)   (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I. the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant     ☒ duly authorized agent of **Marvel Entertainment Group, Inc.**
(Name of renewal claimant)
of the work identified in this application. and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X)     *Carol Platt*

Typed or printed name     Carol G. Platt

Date   . . . :

**7** Certification (Application must be signed)

| MAIL CERTIFICATE TO | **8** Address for Return of Certificate |
|---|---|

**Marvel Entertainment Group, Inc.**
(Name)

**387 Park Avenue South**
(Number Street and Apartment Number)

**New York, NY   10016**
(City)   (State)   (ZIP code)

(Certificate will be mailed in window envelope)

134771

2021MARVEL-0006488

Steve Ditko

Page 3

# Certificate

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | Ḃ  **157772** |
| | DO NOT WRITE HERE |

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ....... **Vista Publications, Inc.**

Address ....... **625 Madison Ave., New York, N.Y. 10022**

Name .......

Address .......

**2. Title:** ..... **STRANGE TALES**
**(Title of periodical)**

Vol. ......... **1** .... No. ..... **130** .... Date on copies .... **March 1965**

**3. Citizenship of Author:**

Citizenship ..... **USA** ...... **(Name of country)** ...... Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

.......... **12/10/64** ..........

**(b) Place of Publication of This Issue:**

.......... **USA** .......... **(Name of country)**

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** .......

**(b) Process Used:** .......

**(c) Country of Manufacture:** .......

*Complete all applicable spaces on next page*

2021MARVEL-0006489

Steve Ditko

**6. Deposit account:**

---

**7. Send correspondence to:**

Name _____   Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

**MAGAZINE MANAGEMENT CO.**

Address

**625 MADISON AVENUE**

**NEW YORK, N. Y. 10022**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received<br>DEC 14 1964 | |
| Two copies received<br>DEC 14 1964 | |
| Fee received | |

U.S. GOVERNMENT PRINTING OFFICE : 1962 O—638680          (July 1962—40,000)          *Page 4*

134771<br>2021MARVEL-0006490

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
~~United States of America~~

RE 645-187

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)    (Day)    (Year)

---

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY  10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: 1    No. 131    Issue Date APRIL 1965
If a periodical or other serial, give: Vol.

**② AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**③ ORIGINAL REGISTRATION NUMBER:**
B 162016

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JANUARY 12 1965
(Month)  (Day)  (Year)
OR
• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)  (Day)  (Year)

2021MARVEL-0006491

| | EXAMINED BY ✓ | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| | CHECKED BY | NOV 17 1993 | |
| | CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| | DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical ......... Vol ...... No ...... Issue Date
Date of Publication (Month) (Day) (Year)    Registration Number

**2**
Title of Contribution:
Title of Periodical: Vol. ... No. ... Issue Date
Date of Publication (Month) (Day) (Year)    Registration Number

**3**
Title of Contribution:
Title of Periodical Vol ... No ... Issue Date
Date of Publication (Month) (Day) (Year)    Registration Number

**4**
Title of Contribution
Title of Periodical Vol ... No ... Issue Date
Date of Publication (Month) (Day) (Year)    Registration Number

**5**
Title of Contribution
Title of Periodical Vol ... No. ... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number

**6**
Title of Contribution: .....
Title of Periodical: Vol. ... No. ... Issue Date
Date of Publication: (Month) (Day) (Year)    Registration Number

**7**
Title of Contribution: .....
Title of Periodical: Vol. ... No. ... Issue Date
Date of Publication: (Month) (Day) (Year)    Registra... Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **CAROL PLATT, Marvel ent.Group**
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (Zip)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of: **Marvel Entertainment Group, INC.** (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date:

**7** Certification (Application must be signed)

MAIL CERTIFICATE TO

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

GPO: 1993—50,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1993—282-308/8

134772

2021MARVEL-0006492

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | **B  162016**<br>DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name _____ Vista Publications, Inc.

Address _____ 625 Madison Ave., New York, N.Y. 10022

Name _____

Address _____

**2. Title:** _____ STRANGE TALES

(Title of periodical)

Vol. _____ 1 _____ No. _____ 131 _____ Date on copies _____ April 1965

**3. Citizenship of Author:**

Citizenship _____ USA

(Name of country)

Domiciled in U. S. A.     Yes ☐     No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

_____ 1/12/65

**(b) Place of Publication of This Issue:**

_____ USA

(Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:** _____

**(b) Process Used:** _____

**(c) Country of Manufacture:** _____

*Complete all applicable spaces on next page*

E

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name .................................................... Address ....................................................

**8. Send certificate to:**

(Type or
print          Name
name and
address)      Address

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)                    (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY |
|---|
| Application received |
| JAN 13 1965 |
| Two copies received |
| JAN 13 1965 |
| Fee received |

134772

2021MARVEL-0006494

# CERTIFICATE OF REGISTRATION

## FORM RE
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 645-208

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

---

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1  Name **MARVEL ENTERTAINMENT GROUP, INC.**
Address **387 Park Avenue South, New York, NY    10016**
Claiming as **Proprietor of copyright in a composite work made for hire**
(Use appropriate statement from instructions)

2  Name
Address
Claiming as
(Use appropriate statement from instructions)

3  Name
Address
Claiming as
(Use appropriate statement from instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

**STRANGE TALES**

**RENEWABLE MATTER:**

**Entire work as originally copyrighted, including all portions thereof**

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work: **1    132    MAY 1965**
If a periodical or other serial, give: Vol.          No.          Issue Date

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

**VISTA PUBLICATIONS, INC.**

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
**B 167564**

**ORIGINAL COPYRIGHT CLAIMANT:**
**VISTA PUBLICATIONS, INC.**

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
**FEBRUARY  11  1965**   OR
DATE OF PUBLICATION:          (Month)    (Day)    (Year)

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:          (Month)    (Day)    (Year)

2021MARVEL-0006495

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**2**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**3**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**4**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**5**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**6**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**7**
Title of Contribution:
Title of Periodical: .......... Vol .......... No .......... Issue Date ..........
Date of Publication: (Month) (Day) (Year) Registration Number ..........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York NY 10016
(City) (State) (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of: Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Carol Platt_
Typed or printed name: Carol G. Platt
Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK NY 10016
(City) (State) (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

☆ October 1989—80,000 ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/8

134773

2021MARVEL-0006496



Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B  167564 |
|  | DO NOT WRITE HERE |



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ............... Vista Publications, Inc.

Address ............ 625 Madison Ave., New York, N.Y. 10022

Name ...............

Address ............

**2. Title:** ............ STRANGE TALES

(Title of periodical)

Vol. ......1...... No. ........132.. Date on copies ............ May 1965

**3. Citizenship of Author:**

Citizenship ........USA

(Name of country)

Domiciled in U. S. A.   Yes ☐   No ☐

**4. Publication:**

  **(a) Date of Publication of This Issue:**

  ............ 2/11/65

  **(b) Place of Publication of This Issue:**

  ............ USA

(Name of country)

**5. Manufacture Outside United States:**

  **(a) Portion of the Manufacturing Done Abroad:** ....................................................

  **(b) Process Used:** ....................................................

  **(c) Country of Manufacture:** ....................................................

*Complete all applicable spaces on next page*

2021MARVEL-0006497

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(Number and street)

(City)                    (Zone)                    (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received

FEB 18 1965

Two copies received

FEB 18 1965

Fee received

134773
2021MARVEL-0006498

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL



RE 645-214

**EFFECTIVE DATE OF RENEWAL REGISTRATION**

NOV 1 7 1993

(Month)   (Day)   (Year)

DO NOT WRITE ABOVE THIS LINE.   FOR COPYRIGHT OFFICE USE ONLY

---

**(1)** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)**

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY   10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: I   133   JUNE 1965

If a periodical or other serial, give: Vol.   No.   Issue Date

---

**(3)** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**(4)** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**
B 173315

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: MARCH   11   1965
(Month)   (Day)   (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006499

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|
| CHECKED BY | NOV 17 1993 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE: | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

**1**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..................
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**2**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date .....
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**3**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..........
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**4**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..................
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**5**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..................
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**6**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..................
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**7**
Title of Contribution ............................................
Title of Periodical ............................... Vol ......... No ......... Issue Date ..................
Date of Publication ........ (Month) ....... (Day) ....... (Year) ....... Registration Number ..................

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC.**
Account Number **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name **CAROL PLATT, Marvel ent.Group** (Name of renewal claimant)
Address **387 Park Avenue South**
**New York** (City) **NY** (State) **10016** (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ■ duly authorized agent of **Marvel Entertainment Group, INC.**
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) _Carol Platt_
Typed or printed name **Carol G. Platt**
Date: ........................................

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
(Certificate will be mailed in window envelope)

**MARVEL ENTERTAINMENT GROUP, INC.** (Name)
**387 Park Avenue South** (Number, Street and Apartment Number)
**NEW YORK** (City) **NY** (State) **10016** (ZIP code)

**8** Address for Return of Certificate

★ October 1989—50,000       ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134774

2021MARVEL-0006500

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | **B  173315** |
|       | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ____ Vista Publications, Inc. ____

Address ____ 625 Madison Ave., New York, N.Y. 10022 ____

Name _____

Address _____

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ____ 1 ____    No. ____ 133 ____    Date on copies ____ June 1965 ____

**3. Citizenship of Author:**

Citizenship ____ USA ____    Domiciled in U. S. A.    Yes ☐    No ☐
(Name of country)

**4. Publication:**

(a) Date of Publication of This Issue:

____ 3/11/65 ____

(b) Place of Publication of This Issue:

____ USA ____
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: _____

(b) Process Used: _____

(c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

2021MARVEL-0006501

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)    Name    Address

**MAGAZINE MANAGEMENT CO.**
**625 MADISON AVENUE**
**NEW YORK, N. Y. 10022**

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or

format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
|---|---|
| Application received MAR 17 1965 | |
| Two copies received MAR 17 1965 | |
| Fee received | |

134714
2021MARVEL-0006502

Steve Ditko

# CERTIFICATE OF REGISTRATION

# FORM RE

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



RE 645-228

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)    (Day)    (Year)



ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:
If a periodical or other serial, give: Vol. 1    No. 134    Issue Date JULY 1965

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**
B 179809

**ORIGINAL COPYRIGHT CLAIMANT:**
VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: APRIL 8 1965
(Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month)    (Day)    (Year)

2021MARVEL-0006503

Steve Ditko

| | | | | EXAMINED BY | | RENEWAL APPLICATION RECEIVED | | FOR |
|---|---|---|---|---|---|---|---|---|
| | | | | CHECKED BY | | | | COPYRIGHT |
| | | | | CORRESPONDENCE | | NOV 17 1993 | | OFFICE |
| | | | | ☐ Yes | | REMITTANCE NUMBER AND DATE | | USE |
| | | | | DEPOSIT ACCOUNT FUNDS USED ☐ | | | | ONLY |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**⑤ Renewal for Group of Works**

**1** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**2** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**3** Title of Contribution
Title of Periodical: Vo No Issue Da
Date of Publication: (Month) (Day) (Year) Re. stration Number

**4** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**5** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**6** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**7** Title of Contribution
Title of Periodical: Vol No Issue Date
Date of Publication: (Month) (Day) (Year) Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account)

Name: Marvel Entertainment Group, INC.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: CAROL PLATT, Marvel ent.Group
Address: 387 Park Avenue South
New York (City) NY (State) 10016 (ZIP)

**⑥ Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of: Marvel Entertainment Group, INC.
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date:

**⑦ Certification (Application must be signed)**

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**⑧ Address for Return of Certificate**

☆ October 1989—50,000   ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306.8

134775

2021MARVEL-0006504

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America



| | FORM B |
|---|---|
| CLASS **B** | REGISTRATION NO. **B 179809** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

ABRAHAM L. KAMINSTEIN

*Register of Copyrights*
*United States of America*



**1. Copyright Claimant(s) and Address(es):**

Name    Vista Publications, Inc.

Address    625 Madison Ave., New York, N.Y. 10022

Name _____

Address _____

**2. Title:**    STRANGE TALES

(Title of periodical)

Vol. ____ **1** ____ No. ____ **134** ____ Date on copies ____ July 1965

**3. Citizenship of Author:**

Citizenship ____ **USA** ____ (Name of country) ____ Domiciled in U. S. A.    Yes ☐    No ☐

**4. Publication:**

  (a) Date of Publication of This Issue:

   4/8/65

  (b) Place of Publication of This Issue:

   USA

(Name of country)

**5. Manufacture Outside United States:**

  (a) Portion of the Manufacturing Done Abroad: _____

  (b) Process Used: _____

  (c) Country of Manufacture: _____

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**

Name _____     Address _____

MAGAZINE MANA...

625 MADISON AVENUE

NEW YORK, N. Y. 10022

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

Address

625 MADISON AVENUE

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |
| Application received<br>APR 13 1965 | |
| Two copies received<br>APR 13 1965 | |
| Fee received | |

134775

2021MARVEL-0006506

# FORM RE
UNITED STATES COPYRIGHT OFFICE



RE 645-244

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 1 7 1993
(Month)        (Day)        (Year)

---

**DO NOT WRITE ABOVE THIS LINE.    FOR COPYRIGHT OFFICE USE ONLY**

**① Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1 Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2 Name
Address
Claiming as
(Use appropriate statement from instructions)

3 Name
Address
Claiming as
(Use appropriate statement from instructions)

**② ...**

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions
thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work:    I        135        AUGUST 1965
If a periodical or other serial, give: Vol.        No.        Issue Date

**③ Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**④ Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:**        **ORIGINAL COPYRIGHT CLAIMANT:**

B 190436                                 VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form,    • If the original registration for this work was made in unpublished form,
give:                                                                         give:
MAY    4    1965    OR    DATE OF REGISTRATION:
DATE OF PUBLICATION:        (Month)    (Day)    (Year)                            (Month)    (Day)    (Year)

2021MARVEL-0006507

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | NOV 17 1993 | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions) give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

| 1 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 2 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 3 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 4 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 5 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 6 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

| 7 | Title of Contribution | | | | Vol | No | Issue Date |
|---|---|---|---|---|---|---|---|
| | Title of Periodical | | | | | | |
| | Date of Publication | (Month) | (Day) | (Year) | Registration Number | | |

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name **Marvel Entertainment Group, INC**

Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: **CAROL PLATT, Marvel ent.Group**

Address: **387 Park Avenue South**

**New York    NY    10016**
(City)    (State)    (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)

☐ renewal claimant    ☒ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)

of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Carol Platt*

Typed or printed name: **Carol G. Platt**

Date:

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)

387 Park Avenue South
(Number, Street and Apartment Number)

NEW YORK    NY    10016
(City)    (State)    (ZIP code)

⑧ Address for Return of Certificate

☆ October 1989—80,000    ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306/8

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|---|---|
| **B** | B **190436** |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

*Register of Copyrights*
*United States of America*

NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ...Vista Publications, Inc.

Address ...625 Madison Ave., New York, N.Y. 10022

Name ...

Address ...

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. ...1... No. ...135... Date on copies ...Aug. 1965

**3. Citizenship of Author:**

Citizenship ...USA (Name of country) Domiciled in U. S. A.  Yes ☐  No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

...5/4/65

(b) Place of Publication of This Issue:

USA (Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ...

(b) Process Used: ...

(c) Country of Manufacture: ...

*Complete all applicable spaces on next page*



**6. Deposit account:**

**7. Send correspondence to:**

Name _____    Address _____

**8. Send certificate to:**

(Type or print name and address)

Name

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

Address

(City)        (Zone)        (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as pub-

lished with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

| FOR COPYRIGHT OFFICE USE ONLY | |
| --- | --- |
| Application received<br><br>MAY 28 1965<br><br>Two copies received<br><br>MAY 28 1965<br><br>Fee received | |

2021MARVEL-0006510

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



RE 644-311

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 17 1993
(Month)    (Day)    (Year)

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**(1) Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1. Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2. Name
Address
Claiming as
(Use appropriate statement from instructions)

3. Name
Address
Claiming as
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**
Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**
Title of periodical or composite work:    1    136    SEPT 1965
If a periodical or other serial, give: Vol    No.    Issue Date

**(3) Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

**(4) Facts of Original Registration**

| ORIGINAL REGISTRATION NUMBER: | ORIGINAL COPYRIGHT CLAIMANT: |
|---|---|
| B 196229 | VISTA PUBLICATIONS, INC. |

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give:
JUNE    8    1965
DATE OF PUBLICATION    (Month)    (Day)    (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:    (Month)    (Day)    (Year)

2021MARVEL-0006511

| EXAMINED BY | RENEWAL APPLICATION RECEIVED: | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|
| CHECKED BY | **NOV 17, 1993** | |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions). give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

**5** Renewal for Group of Works

**1**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**2**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**3**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**4**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**5**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**6**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**7**
Title of Contribution
Title of Periodical — Vol — No — Issue Date
Date of Publication — (Month) (Day) (Year) — Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: Marvel Entertainment Group, INC
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: CAROL PLATT, Marvel ent. Group
Address: 387 Park Avenue South
(City) New York (State) NY (ZIP) 10016

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant  ☒ duly authorized agent of Marvel Entertainment Group, INC.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Carol Platt
Typed or printed name: Carol G. Platt
Date:

**7** Certification (Application must be signed)

MARVEL ENTERTAINMENT GROUP, INC.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
NEW YORK (City) NY (State) 10016 (ZIP code)

MAIL CERTIFICATE TO

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

* October 1989—50,000

☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-306 8

2021MARVEL-0006512

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright

### in a periodical manufactured in the United States of America

**FORM B**

| CLASS | REGISTRATION NO. |
|-------|------------------|
| **B** | B 196229 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Register of Copyrights*
*United States of America*



NOT VALID WITHOUT COPYRIGHT OFFICE IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name .... Vista Publications, Inc.

Address .... 625 Madison Ave., New York, N.Y. 0022

Name ....

Address ....

**2. Title:** STRANGE TALES

(Title of periodical)

Vol. .... 1 .... No. .... 136 .... Date on copies .... Sept. 1965

**3. Citizenship of Author:**

Citizenship .... USA

(Name of country)

Domiciled in U. S. A Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

.... 6/8/65

(b) Place of Publication of This Issue:

.... USA

(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: ....

(b) Process Used: ....

(c) Country of Manufacture: ....

*Complete all applicable spaces on next page*

2021MARVEL-0006513

**6. Deposit account:**

**7. Send correspondence to:**

Name _____    **Address** _____

**8. Send certificate to:**

(Type or print name and address)

Name _____

MAGAZINE MANAGEMENT CO.

625 MADISON AVENUE
(Number and street)

NEW YORK, N. Y. 10022

(City)          (Zone)          (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1962. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received  JUN 11 1965

Two copies received  JUN 11 1965

Fee received

134777

2021MARVEL-0006514

Steve Ditko

# CERTIFICATE OF REGISTRATION

**FORM RE**

UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS

United States of America

OFFICIAL SEAL

**RE 644-320**

EFFECTIVE DATE OF RENEWAL REGISTRATION

NOV 17 1993

(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE.** **FOR COPYRIGHT OFFICE USE ONLY**

---

**①** Renewal Claimant(s)

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

**1**
Name MARVEL ENTERTAINMENT GROUP, INC.
Address 387 Park Avenue South, New York, NY    10016
Claiming as Proprietor of copyright in a composite work made for hire
(Use appropriate statement from Instructions)

**2**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

**3**
Name
Address
Claiming as
(Use appropriate statement from Instructions)

---

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: 1    137    OCTOBER 1965

If a periodical or other serial, give: Vol.    No.    Issue Date

---

**③** Author(s)

**AUTHOR(S) OF RENEWABLE MATTER:**

VISTA PUBLICATIONS, INC.

---

**④** Facts of Original Registration

**ORIGINAL REGISTRATION NUMBER:**

B 200686

**ORIGINAL COPYRIGHT CLAIMANT:**

VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**

• If the original registration for this work was made in published form, give:

DATE OF PUBLICATION: JULY    8    1965   OR
(Month)   (Day)   (Year)

• If the original registration for this work was made in unpublished form, give:

DATE OF REGISTRATION:
(Month)   (Day)   (Year)

2021MARVEL-0006515

Steve Ditko

| EXAMINED BY | RENEWAL APPLICATION RECEIVED | FOR |
|---|---|---|
| CHECKED BY | NOV 17. 1993 | COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ Yes | REMITTANCE NUMBER AND DATE | |
| DEPOSIT ACCOUNT FUNDS USED ☐ | | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON)

⑤ Renewal for Group of Works

**1**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**2**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**3**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**4**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**5**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**6**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**7**
Title of Contribution:
Title of Periodical:                      Vol.        No.           Issue Date
Date of Publication:     (Month)    (Day)    (Year)    Registration Number:

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: **Marvel Entertainment Group, INC.**
Account Number: **DA-059633**

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: **CAROL PLATT, Marvel ent.Group**
Address: **387 Park Avenue South**
**New York          NY          10016**
(City)          (State)          (ZIP)

⑥ Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant   ■ duly authorized agent of **Marvel Entertainment Group, INC.**
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X): *Carol Platt*
Typed or printed name: **Carol G. Platt**
Date:

⑦ Certification (Application must be signed)

**MAIL CERTIFICATE TO**

**MARVEL ENTERTAINMENT GROUP, INC.**
(Name)
**387 Park Avenue South**
(Number, Street and Apartment Number)
**NEW YORK          NY          10016**
(City)          (State)          (ZIP code)

(Certificate will be mailed in window envelope)

⑧ Address for Return of Certificate

☆ October 1989—50,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—262-305 ☆

1347-78

2021MARVEL-0006516

Steve Ditko

Page 3

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

FORM B

| CLASS | REGISTRATION NO. |
|---|---|
| B | B 200686 |
| | DO NOT WRITE HERE |

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.



*Abraham L. Kaminstein*
Register of Copyrights
United States of America

**1. Copyright Claimant(s) and Address(es):**

Name ..... Vista Publications, Inc.

Address ..... 625 Madison Ave., New York, N.Y. 10022

Name .....

Address .....

**2. Title: STRANGE TALES**
(Title of periodical)

Vol. ..... 1 ..... No. ..... 137 ..... Date on copies ..... Oct. 1965

**3. Citizenship of Author:**

Citizenship ..... USA
(Name of country)

Domiciled in U.S.A. Yes ☐ No ☐

**4. Publication:**

(a) Date of Publication of This Issue:

7/8/65

(Month)      (Day)      (Year)

(b) Place of Publication of This Issue:

USA
(Name of country)

**5. Manufacture Outside United States:**

(a) Portion of the Manufacturing Done Abroad: .....

(b) Process Used: .....

(c) Country of Manufacture: .....

*Complete all applicable spaces on next page*

| EXAMINER |
|---|
| E |

2021MARVEL-0006517