# EXHIBIT 31A




TM & © 2006 MARVEL

2021MARVEL-0127112



## An Amazing Invention—"Magic Art Reproducer"

# DRAW
### THE FIRST DAY
## NO LESSONS! NO TALENT!

**Anyone can Draw With This Amazing New Invention— Instantly!**



# Even if You CAN'T DRAW
## A STRAIGHT LINE

You Can Draw Your Family, Friends, Anything From REAL LIFE— Like An Artist... Even if You CAN'T DRAW A Straight Line!

**De Luxe Model Complete for only** $1.98
—With extra high power, extra clear and sharp "reproducer" unit.

**A New Hobby Gives You A Brand New Interest!**
Yes, anyone from 5 to 80 can draw or sketch or paint anything now... the very first time you use the "Magic Art Reproducer" like a professional artist—no matter how "hopeless" you think you are! An unlimited variety and amount of drawings can be made! Art is admired and respected by everyone. Most hobbies are expensive, but drawing costs very little, just some inexpensive paper, pencils, crayons, or paint. No costly upkeep, nothing to wear out, no parts to replace. It automatically reproduces anything you want to draw on any sheet of paper. Then easily and quickly follow the lines of the "picture image" with your pencil ...and you have an accurate original drawing that anyone would think an artist had done. No guesswork, no judging sizes and shapes! Reproduces black and white and actual colors for paintings.

**Also makes drawing larger or smaller as you wish.**
Anyone can use it on any desk, table, board, etc.—indoors or outdoors! Light and compact to be taken wherever you wish. No other lessons or practice or talent needed! You'll be proud to frame your original drawings for a more distinctive touch to your home. Give them to friends as gifts that are "different," appreciated.

**Have fun! Be popular!** Everyone will ask you to draw them. You'll be in demand! After a short time, you may find you can draw well without the "Magic Art Reproducer" because you have developed a "knack" and feeling artists have—which may lead to a good paying art career.

**ALSO EXCELLENT FOR EVERY OTHER TYPE OF DRAWING AND HOBBY!**

Create Your Own Design for All Hobbies! Reproduce on anything.

Copy all cartoons, comics.

Outdoor Scenes, landscapes, buildings

Copy photos, portraits of family, friends, etc.

Still life, vases, bowls of fruit, lamps, furniture, all objects.

Copy blueprints, plans.

### FREE 10-DAY TRIAL COUPON

**FREE!**

"How to Easily Draw Artists' Models"
This valuable illustrated guide is yours free with order of "Magic Art Reproducer." Packed with pictures showing all the basic poses of artists' models with ample instruction for beginners in art. Includes guidance on anatomy, techniques and figure action.

**SEND NO MONEY!**
**Free 10-Day Trial!**
Just send name and address. Pay postman on delivery $1.98 plus postage. Or send only $1.98 with order and we pay postage. You must be convinced that you can draw anything like an artist, or return merchandise after 10-day trial and your money will be refunded.

**NORTON PRODUCTS** Dept. 709 296 Broadway New York 7, N.Y.

**NORTON PRODUCTS, Dept. 709**
**296 Broadway, New York 7, N.Y.**
Rush my "Magic Art Reproducer" plus FREE illustrated guide "How to Easily Draw Artists' Models." I will pay postman on delivery only $1.98 plus postage. I must be convinced that I can draw anything like an artist, or I can return merchandise after 10-day trial and get my money back.

Name ...........................................................
Address .......................................................
City & Zone .......................... State ..............
☐ Check here if you wish to save postage by sending only $1.98 with coupon. Same Money Back Guarantee!

AMAZING FANTASY is published by ATLAS MAGAZINES, INC.  OFFICE OF PUBLICATION.  655 MADISON AVENUE, NEW YORK, N.Y.  SECOND-CLASS MAIL PRIVILEGES AUTHORIZED AT NEW YORK, N.Y.  Additional entry at Meriden, Conn.  Published bimonthly.  Copyright 1962 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y.  Vol. 1 No. 15, SEPT., 1962 issue.  Price 12¢ per copy.  Subscription rate $1.75 for 12 issues including postage.  Foreign subscription $3.25 in American funds.  No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental.  Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL





TM & © 2006 MARVEL

2021MARVEL-0127113

Steve Ditko

2021MARVEL-0000157







TM & © 2006 MARVEL

TM & © 2006 MARVEL

Steve Ditko




THE WORLD'S GREATEST **MOLDER** OF **HANDSOME HE-MEN** and **CHAMPS** out of **WEAKLINGS** says

**YOU** can now get **FREE!**

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE — I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

BEN REBHUHN 20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of sports and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS How to GAIN or LOSE up to 50 LBS. FAST like my pupils here did and THOUSANDS do now."

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

FREE Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA34, GREAT NECK, NEW YORK

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 665 MADISON AVENUE, NEW YORK, N.Y. Published bimonthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 2. MAY 1963 issue. Price 12¢ per copy. Subscription rate $1.76 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. The similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL


Steve Ditko



TM & © 2006 MARVEL



## START YOUR OWN BUSINESS!

### ELECTRICAL APPLIANCE REPAIRING

**EARN WHILE YOU LEARN!**

#### SECURITY — INDEPENDENCE
#### WORK SHORT HOURS

There are millions of electrical equipment units in daily use . . . in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in spare time.

You can now BE TRAINED to fill this BIG NEED . . . a need that grows day by day because of new electrical inventions for home and factory.

If you are mechanically inclined, can hold and use tools, we can give you the training and time-saving kits that will enable you to . . . Command More Money at Work . . . A Better Paying Job Elsewhere . . . Or A Business Of Your Own!

The ELECTRONIC KIT, a multi-purpose trouble detector, and other valuable Shop Method Training is sent to you! All instruction material is written in simple, easy-to-understand language, chock full of hundreds of detailed photos and drawings. Used by servicemen the country over.

We show you how to quickly locate the trouble, how to fix it and what to charge. ALSO, how to solicit business and keep business coming to you.

Get Full Facts on how you can get this training at home in your spare time and pay for it out of your earnings while learning!

**FREE BOOK**
On America's fastest growing industry

#### IN YOUR OWN KITCHEN, BASEMENT, OR GARAGE

You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

#### $5.00 - $6.00 HOUR

often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, etc., etc.

#### AGE IS NO BARRIER

Nor is a minor physical handicap. Work is light, pleasant and PROFITABLE.

**SEND COUPON TODAY!**

**WORKING KIT FURNISHED**

CHRISTY TRADES SCHOOL, Dept. A-271
3214 W. Lawrence Ave., Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing. Facts on your Electronic Kit and Special form for paying later from earnings while learning.

NAME ............................................. Age........

ADDRESS ................................................

CITY .................................... Zone...... State........

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published bimonthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 3, JULY 1963 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL



SPIDER-MAN VERSUS

THE STRANGEST FOE OF ALL TIME...

## DOCTOR OCTOPUS

DOCTOR OCTOPUS THE ONLY ENEMY EVER TO DEFEAT SPIDER-MAN!

IN THIS EPIC TALE... SEE THE HUMAN TORCH!

FANTASY! THRILLS!

AND NOW BEGIN!

STORY BY: STAN LEE
ART BY: STEVE DITKO
LETTERER: JOHN DUFFY

X-219

TM & © 2006 MARVEL

Case 1:21-cv-07957-LAK    Document 71-39    Filed 05/19/23    Page 10 of 31





TM & © 2006 MARVEL

2021MARVEL-0000214

**BOYS! MEN!**

# MY SECRET NEW DYNAFLEX METHOD

### CAN BUILD YOU A MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY—with absolutely NO weights—NO bar-bells—NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt—they'll be breaking down the doors to get dates with you—once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body—shoulders clad with solid inches of he-man BRAWN. I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping the buttons of your shirt with pride! (—says MIKE MARVEL, "Builder of Champion Bodies")

*In my classes this same course of instruction would cost $110.00.*

*Mike Marvel*

**ARE YOU WEAK, ALWAYS TIRED, LACK PEP?**

**ARE YOU ASHAMED OF YOUR BODY NOW?**

**GIVE ME TEN MINUTES A DAY—THAT'S ALL!**

Your Pal,
MIKE MARVEL
"Builder of Champion Bodies"

**STRONG-MAN APPEAL ATTRACTS GIRLS**

**PROOF!**

**HOW DYNAFLEX BUILDS BEAUTIFUL BODIES**

YOU PAY ONLY **1.98** COMPLETE NOTHING ELSE TO BUY

**FREE!** 'SECRETS OF ATTRACTING GIRLS'!

**MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!**

MIKE MARVEL System, Dept. 281
285 MARKET STREET
NEWARK, NEW JERSEY

NAME ............ AGE ......
ADDRESS ............
CITY ........ ZONE .... STATE ......

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, New York, N.Y. Published bi-monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 4, SEPTEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American Funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The East-ern Color Printing Co., Waterbury 20, Conn.

TM & © 2006 MARVEL





TM & © 2006 MARVEL

2021MARVEL-0000215



2021MARVEL-0130394

# BOYS! MEN!

# MY SECRET NEW DYNAFLEX METHOD

## CAN BUILD YOU A MAGNIFICENT NEW HE-MAN-MUSCLED BODY IN JUST TEN MINUTES A DAY—with absolutely NO weights—NO bar-bells—NO EXERCISE AT ALL!

Yes! If the girls LAUGH at you now when you take off your shirt—they'll be breaking down the doors to get dates with you—once they've seen the rugged DYNAFLEX BODY I can give you! I'll build you a tough strong massive body—shoulders clad with solid inches of he-man BRAWN. I'll give you bulging biceps, trip-hammer fists, power-packed legs, and a chest that will have you popping off the buttons off your shirt with pride!

—says MIKE MARVEL, "Builder of Champion Bodies"

*Mike Marvel*

In my classes this same course of instruction would cost $110.00.

### ARE YOU WEAK, ALWAYS TIRED, LACK PEP?

### PROOF!

### ARE YOU ASHAMED OF YOUR BODY NOW?

### HOW DYNAFLEX BUILDS BEAUTIFUL BODIES

### GIVE ME TEN MINUTES A DAY —THAT'S ALL!

### STRONG-MAN APPEAL ATTRACTS GIRLS

Your Pal,
MIKE MARVEL
"Builder of Champion Bodies"

YOU PAY ONLY **1⁹⁸** COMPLETE NOTHING ELSE TO BUY



# FREE!

## 'SECRETS OF ATTRACTING GIRLS'!

### MAIL MONEY-SAVING NO-RISK FREE TRIAL COUPON NOW!

MIKE MARVEL System, Dept. 281
285 MARKET STREET
NEWARK, NEW JERSEY

NAME ........................ AGE ......
ADDRESS ..............................
CITY .......... ZONE .... STATE ......

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 1, OCTOBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.



2021MARVEL-0130396





TM & © 2006 MARVEL

2021MARVEL-0000252

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

**YOU** can now get **FREE!** SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

**I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN**

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

BEN REBHUHN
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 28 year old teacher, William Butler,

"NO MATTER WHAT YOUR AGE, I'll show you, by my quick, easy SECRETS

How to GAIN or LOSE up to 50 lbs. FAST like my pupils here did and THOUSANDS do now."

says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.A', etc.

How would **YOU** like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

**YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!**

17 YEAR OLD SILLS

"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES. BEFORE"

says JOHN SILL.

28 year old Felipe Mendoza

"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

Yes! in just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT; a big, deep 45 INCH CHEST bulging TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay." —LARRY CAMPBELL.

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!

NO! I don't care how skinny or flabby you are now. If you're in your teens, twenties, thirties or forties, I'll show you in just 10 THRILLING minutes in your home, how you can make yourself over by my new, quick method. I turned myself from a wreck to a tower of strength and endurance.

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. Make your LEGS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUPER-MAN. A SUPER MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

"I'm proud of you now, Tony!"

You wouldn't give me a fumble before. Now, Tony!

28 A.B.C. lbs.

Pascarella

You become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

**AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK**

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

NAME ........................................ AGE .......
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ....................................................
CITY .................... ZONE .... STATE ........

**FREE!** Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know How to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 6, NOVEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000253



2021MARVEL-0130391

Case 1:21-cv-07957-LAK    Document 71-39    Filed 05/19/23    Page 18 of 31

THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

## YOU can now get FREE!

ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

## SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE I'LL BUILD YOU into A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN

in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.



MIGHTY CHEST · MIGHTY ARM · UP BACK MY GRIP · LEGS

**BEN REBHUHN**
20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, William Butler, says to YOU, "No matter WHAT your age, I advise you, SEND FOR the A.B.C. WONDER PICTURE COURSES at once.

How would YOU like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS

## How to GAIN or LOSE UP TO 50 LBS. FAST

like my pupils here did and THOUSANDS do now."



17 YEAR OLD SILLS

**"I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES.**

**BEFORE** mailing coupon, I was a 125 lb. 6 ft. skinny weakling."

says JOHN SILL

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, a GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay."
—LARRY CAMPBELL

**"I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!**

28 year old Felipe Mendoza

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become a WINNER in ALL you do like these and MILLIONS of my pupils!





YOU become a STAR in ANY SPORT! YOU fear NO MAN or BULLY!

YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 18 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

NO! I don't care how skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance, of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

BEFORE mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

You wouldn't give me a tumble before I gained 28 A.B.C. lbs.

"I'm proud of you now, Tony!"

Pascarella

## AMERICAN BODY BUILDING CLUB, Dept. NA310, GREAT NECK, NEW YORK

Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.

☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

NAME ........................................ AGE ........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ........................................
CITY ............ ZONE .... STATE ........

## FREE
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. NA310 GREAT NECK, NEW YORK

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 7, NOVEMBER 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

2021MARVEL-0130392







TM & © 2006 MARVEL

TM & © 2006 MARVEL

**YOU'VE HEARD ABOUT IT!**
**YOU'VE READ ABOUT IT!**

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR WRIST WATCH TYPE RADIO

## LOUD—CLEAR RECEPTION GUARANTEED!

**COMPLETE WITH BATTERIES — STAINLESS BAND**
**NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED**

### LOOK AT THESE SENSATIONAL FEATURES!

## $4.98 complete

*NOT A TOY — NOT A CRYSTAL SET*

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

**SOLD ON MONEY-BACK GUARANTEE**

NIRESK

ACTUAL SIZE

### FREE TRIAL OFFER

NIRESK INDUSTRIES, Dept. NW-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____
Address_____
City_____ Zone____ State____

☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 8, JANUARY 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $2.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0000291

Steve Ditko



TM & © 2006 MARVEL

2021MARVEL-0000309

Steve Ditko

**YOU'VE HEARD ABOUT IT!**
**YOU'VE READ ABOUT IT!**

**WORLD'S SMALLEST WRIST RADIO**

# ALL-TRANSISTOR *WRIST WATCH TYPE* RADIO

## LOUD — CLEAR RECEPTION GUARANTEED!

**COMPLETE WITH BATTERIES — STAINLESS BAND**
**NOTHING ELSE TO BUY — COMPLETELY ASSEMBLED**

**LOOK AT THESE SENSATIONAL FEATURES!**

# $4.98
**complete**

**NOT A TOY — NOT A CRYSTAL SET**

*A GENUINE ALL TRANSISTOR WRIST RADIO*

*To Delight Every Man, Woman, Girl and Boy*

- 2 Transistor - 1 Diode
- Lightweight — compact
- Includes 100 hour mercury batteries obtained everywhere at 35c
- Stainless steel watch band stretches to fit all wrists
- Magnetic earphone included
- Especially designed for local reception
- Guaranteed to receive all stations in your area
- Plays equally well indoors or outdoors

Be the first in your neighborhood to own this amazing Niresk All Transistor Wrist Radio. Music, News, Sports now available to you 24 hours a day. Imagine, being the proud owner of a radio less than 2 inches square. The unit is installed in a highly shock-resistant case and comes with a beautiful stainless wrist band. The 2 tiny mercury hearing aid batteries are guaranteed to play for 100 hours. Batteries are obtainable everywhere for about 35c.

The Niresk Wrist Radio is guaranteed to be shipped in perfect condition and especially designed for local reception. In some localities you can receive up to seven stations. Don't wait, rush your order today on money-back guarantee.

NIRESK

**ACTUAL SIZE**

**SOLD ON MONEY-BACK GUARANTEE**

**FREE TRIAL OFFER**

NIRESK INDUSTRIES, Dept. WR-2
Chicago 11, Illinois

Please rush on 10 day Free Trial the Niresk All-Transistor Wrist Radio. I must be 100% satisfied or my money will be refunded in full after 10 days.

Name_____
Address_____
City_____Zone___State____
☐ I enclose $4.95 plus 25c postage.
☐ I enclose $1.00 deposit — balance C.O.D.

# NIRESK INDUSTRIES, INC., CHICAGO 11, ILL.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 9 FEBRUARY 1964 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL

SPIDER-MAN in "THE MAN CALLED ELECTRO!"

A BOOK-LENGTH TRIUMPH FROM THE NEW MARVEL AGE OF COMICS!

WRITTEN BY: STAN LEE
ILLUSTRATED BY: STEVE DITKO
LETTERED BY: ART SIMEK

KNOW SOMETHING, LITTLE FRIEND? IF YOU'RE JUST STARTING TO READ THIS STORY, WE *ENVY* YOU! BECAUSE YOU'RE GONNA HAVE A BALL! THIS BOOK-LENGTH THRILLER FEATURES A REALLY FASCINATING SUPER-VILLAIN; IT'S CHOCK-FULL OF HUMAN INTEREST AND DRAMA; AND IT SHOWS SPIDER-MAN, WITH ALL HIS HUMAN PROBLEMS AND FRAILTIES, GREATER THAN YOU'VE EVER SEEN HIM BEFORE! BUT DON'T TAKE *OUR* WORD FOR IT — AFTER ALL, *WE'RE* SPIDEY'S BEST BOOSTERS! SEE WHAT *YOU* THINK...

K-561

TM & © 2006 MARVEL





TM & © 2006 MARVEL







TM & © 2006 MARVEL

TM & © 2006 MARVEL

Steve Ditko





Steve Ditko



# NOW YOU CAN SOLVE "TOUGH" MATH PROBLEMS LIKE THIS!

$$47892 \times 39421 = ?$$

AS EASY AS $1 + 1 = 2$

GET A BETTER JOB, MORE SECURITY IN THIS ATOMIC AGE!

Yes, in just hours you can turn into a "math wizard" even though you know little about arithmetic! Surprise your friends with your "E-Z MATH" ability . . . enjoy job security and advancement . . . a better job . . . Increase your self-confidence and prestige—all through amazing new "E-Z MATH".

CAN YOU SOLVE THESE EVERY-DAY BUSINESS AND SOCIAL ARITHMETIC PROBLEMS IN THE TIME ALLOWED? YOU CAN DO THEM EASILY EVEN WHEN BLINDFOLDED—AFTER YOU'VE READ "E-Z MATH"!

## Sharpen Your Brain Power— with Short-Cut "E-Z MATH"!

The world is moving fast these days. In good times and bad the ability to handle mathematical problems in our age of electronics, automation and nuclear science is becoming more and more necessary for promotion on the job and for higher pay. If you don't think you have what it takes—and if you believe that "math" is beyond your power—then you're in for the biggest surprise of your life!

For now you CAN learn to DIVIDE, MULTIPLY, ADD and SUBTRACT figures not only quickly and easily—but also in a FRACTION of the time the average person requires! You can actually solve such tough problems as multiplying a 5-figure number by a 7-figure number in your head without ever touching pencil to paper . . . or dividing 836791 by 284, for example, in exactly 15 seconds—even if you "flunked" math in school!

The secret of success in "math" is NOT laborious study and wearisome practice—but, on the contrary, knowledge of SPECIAL SHORT CUTS, LITTLE-KNOWN METHODS of calculation and arithmetical "tricks" that take the work and gamble out of figuring. These methods—so new and radical that they have not yet been incorporated in our school systems—take but a few hours to learn. Yet they permit you to OUT-THINK and OUT-FIGURE the average high school and college graduate who hasn't had the benefit of these amazing methods! You can even BEAT AN ELECTRIC CALCULATOR in answering most problems!

### Figure with SPEED and ACCURACY

"E-Z MATH" shows you in plain, easy-to-understand language how to cut figuring time in HALF and even in QUARTERS—and at the same time arrive at the correct answer—in every case! The methods and short cuts you learn in "E-Z MATH" are fool-proof . . . require almost NO memorization . . . and are so practical that you'll find yourself using these systems virtually every day. You'll become an expert in no time at all. Before you know it—you're ready to move into that important job you've always wanted . . . to drive ahead and in greater responsibility at higher pay . . . and to amaze, surprise and delight your friends with your new magic powers of mental arithmetic! Yes, "math" will open up new opportunities for you, since the person with "math" know-how can just about "write his own ticket."

### Order Today on No-Risk Free Home Trial!

Send for "E-Z MATH" under our no-risk money-back guarantee: use the book for 10 days . . . prove to your own satisfaction how far a knowledge of "E-Z MATH" can advance you in business and social life. If you don't agree that this is the best investment you've ever made—if your family and friends aren't AMAZED by your new abilities—return the book for full and prompt refund.

## WHAT IS "E-Z MATH"?

"E-Z MATH" is based on an amazing new method of working with numbers—easy to learn and remarkably faster and more accurate than you ever dreamed possible. When you reach "math" in school, you'll be shown a new, easy way of reading numbers—just as though they were words—and of adding and subtracting the shown almost at a glance. INSTANTLY! adding hundreds of new technical tricks— you'll be shown how to multiply without ever making a mistake . . . how to divide without making a minute . . . from now on you'll write through all figuring from left to right without writing your valuable time! through a new, faster, more reliable time-saving, fun in a checking device . . . home-work . . . to add a calculator. You'll never again have to avoid numbers—you'll actually ENJOY using them to get ahead in business!

## WHAT THEY SAY:

"My 10-year-old had nearly always failed arithmetic with old-method arithmetic. Then he found my copy of 'E-Z MATH'. Now in less time than ever before, he can multiply 8391726547 by 12. It's amazing and incredibly easy. I use it myself on my job and my wife uses it to check grocery lists."
— A Father

"You have a unique new teaching approach for which I compliment you. It's the best I have ever seen. Pupils' marks seem to be climbing on a result. Should help in any job. Excellent for home tutoring."
— SCHOOL PRINCIPAL

"Thank you! Thank you! Thank you! All our children are using your system too, and it is terrific. My husband and I are using it—and it works! My husband has already received a job advancement with tremendous boost in pay. Best investment we have ever made!"
— A HOUSEWIFE

"My employer, Joe Malone, asked for a better job. I recommended he read 'E-Z MATH'. Now that he can do 'tough' problems easily, I've promoted him to head of his department with a $35. weekly increase in pay. I now suggest all employees read 'E-Z MATH' if they want to get ahead in their jobs."
— Business Executive

## MAIL NO-RISK FREE HOME TRIAL COUPON NOW!

E-Z MATH PROGRAM DEPT. R-101
285 Market St., Newark, NEW JERSEY

OK! Prove to me that "E-Z MATH" can bring me higher pay, prestige and social advancement! Rush book to me postpaid in plain wrapper for 30-day free examination and use. If I don't agree with everything you say about "E-Z MATH"—I may return book for prompt refund. I am enclosing $2.98 as payment in full.

NAME _____ (Please Print) _____ AGE _____

ADDRESS _____

CITY _____ ZONE _____ STATE _____

E-Z MATH PROGRAM    DEPT. R-101   285 Market St., Newark, NEW JERSEY
© Entire contents copyright 1963

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published monthly. Copyright 1963 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 11, APRIL 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

Steve Ditko





2021MARVEL-0000366

Steve Ditko





TM & © 2006 MARVEL

2021MARVEL-0000367

Case 1:21-cv-07957-LAK    Document 71-39    Filed 05/19/23    Page 30 of 31









2021MARVEL-0000385



