# EXHIBIT 31B



# Earn BIG MONEY

## Learn ELECTRIC APPLIANCE REPAIRING At Home In Your Spare Time!

WE FURNISH YOU THIS AMAZING ELECTRONIC KIT

WE GIVE YOU ALSO THE CERAMIC HEATER KIT

"All CTS graduates are entitled to CTS lifetime advisory service."

R. S. Frazer, President

### START YOUR OWN BUSINESS

There are millions of electrical equipment units in daily use in factories, homes, office buildings and on farms. Skilled electrical technicians are needed to keep this equipment in good running condition. Learn at home in your spare time.

### $5.00-$6.00 PER HOUR

is often charged for making ordinary repairs. We show you how to repair refrigerators, vacuum cleaners, washing machines, motors, factory equipment, electrical farm equipment, do house wiring, etc.

**BEGIN IN YOUR OWN KITCHEN, BASEMENT OR GARAGE.** You don't need elaborate fixtures or expensive equipment to be a successful repairman. Work as many hours as you wish. The Electrical Appliance Technician is his own boss!

**IF YOU ARE MECHANICALLY INCLINED,** can hold and use tools, we will give you the training and time saving kits—a multi-purpose CHRISTY ELECTRONIC KIT whose dials show you exactly where the trouble lies with electrical equipment that does not work properly—a CERAMIC HEATER KIT that enables you to wire your own heating elements and pocket all of the profits for yourself—LESSON MANUALS written in simple, easy-to-understand language profusely illustrated showing step-by-step repair shortcuts—all of which give you the Know-how for making more money and how to get financial security.

**YOU ALSO LEARN** how to build power tools from spare parts, how to solicit business and keep business coming in, what to charge your customers, etc. Thousands of CHRISTY graduates in all parts of the world prove the value of CTS Training. WRITE FOR SPECIAL PAY LATER FORM.

**CHRISTY TRADES SCHOOL, 3214-16 W. Lawrence, Dept.** A-471, **Chicago 25**

UNLIMITED PROSPECTS for TRAINED ELECTRICAL APPLIANCE TECHNICIANS

## SEND FOR OUR NEW 32 PAGE CATALOGUE!

### MAIL THIS COUPON TODAY!

CHRISTY TRADES SCHOOL, Dept. A-471,
3214-16 W. Lawrence, Chicago 25, Ill.

Gentlemen:
Please rush me your FREE ILLUSTRATED BOOK about Electrical Appliance Servicing, facts on your Electronic Kit and Special form for paying later from earnings while learning.

Name _____ Age _____
Address _____
City _____ Zone _____ State _____

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 16, JULY 1964 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in America funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.





TM & © 2006 MARVEL

Steve Ditko





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000424





TM & © 2006 MARVEL



TM & © 2006 MARVEL



TM & © 2006 MARVEL

Steve Ditko



2021MARVEL-0000461





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0000462



TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL




TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL



2021MARVEL-0127169



TM & © 2006 MARVEL

TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK. N.Y. 10022. Published monthly. Copyright 1964 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 21, FEBRUARY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL

2021MARVEL-0127207





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127208

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127226







TM. & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 .......... .60



**JUMPING CANDY BOX**

Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 ... Only .75



**WHOOPS**

Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 .......... Only .75

**TRICK BASEBALL**

It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 .......... 50¢




**PRANKSTER WHISTLE**

Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car you'll scare an all if the whole motor fell out. It's a panic, but completely harmless. No. 7021 .......... 75¢



**LOUD NOSE BLOWER**

Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20¢

**PEPPER GUM**

Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 . . .25

**JIU-JITSU**

This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ...... Only $1.00



**JOY BUZZER**

Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ....... .50



**SQUIRT SEAT**

Its all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ................ .75

**WHOOPEE CUSHION**

Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ........ Only .50

**SILVER SKULL RING**

Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 .......... $1.00








**SCREWY FEET**

These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just walked through the wall. No. 2007 . .$1.00

**SURPRISE PACKAGE**

If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 . . .10



**X-RAY-SPEX**

A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00

**BIKE SPEEDOMETER**

Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are traveling. Fits any bicycle. Attaches in seconds. No. 3017 .......... only 75¢





**FLY IN ICE**

A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 .......... Only .45



**SILENT DOG WHISTLE**

This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.98



**ELLFARA DIST. DEPT. G.K.12, NIAGARA FALLS, N.Y.**

RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ........... plus 15¢ postage and shipping in cash, cheque or money order.

NAME ...........................................

ADDRESS ......................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 24, MAY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL



**KRAZY KRAX**

Just place this over the T.V. screen or the front window. Watch the fun begin. It looks like the glass is broken. No. 1004 ............ .60



**WHOOPS**

Looks like someone lost their lunch. Place it on the floor and wait for your first unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ............ Only .75

**JUMPING CANDY BOX**

Looks like a box of candy. When your friend goes to help himself he'll get the surprise of his life. No. 2015 .... Only .75



**TRICK BASEBALL**

It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ............ 50¢

**PRANKSTER WHISTLE**

Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ............ 75¢



**Loud Nose Blower**

Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 .. only 20¢

**PEPPER GUM**

Hi Pal, have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008 ... .25

**JIU-JITSU**

This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003 ....... Only $1.00



**JOY BUZZER**

Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 ...... .50

**SQUIRT SEAT**

It's all wet. Place it under the toilet seat. Can't you picture the expression on your victims face when he sits down? No. 6012 ............. .75

**WHOOPEE CUSHION**

Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ............ Only .50



**SURPRISE PACKAGE**

If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002... .50

**SCREWY FEET**

These magnetic feet will stick to anything. Paste them to the walls and ceiling. 12 to a set. Looks like the invisible man just worked through the wall. No. 2007. .$1.00

**SILVER SKULL RING**

Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019 ............ $1.00

**X-RAY-SPEX**

A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 ............ $1.00

**BIKE SPEEDOMETER**

Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 ...... only 75¢



**SILENT DOG WHISTLE**

This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.98

**FLY IN ICE**

A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someones drink when he isn't looking—ugh. No. 3011 ............ Only .45

**ELLBARR DIST. DEPT. C.K.12, NIAGARA FALLS, N.Y.**

RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|

☐ I enclose ...... plus 15¢ postage and shipping in cash, cheque or money order.

NAME ..................................

ADDRESS ...............................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 25, JUNE 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. Not similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127265



TM & © 2006 MARVEL

TM & © 2006 MARVEL



# MEN! Join My "$100-a-Week" Club!

## Let Me Put You in a PROFITABLE BUSINESS You Can Run from Home
### SPARE TIME—FULL TIME!

If you've always dreamed of getting into the $100-a-week bracket, here's your chance to join the "club". Men all over the country are doing it with my simple, proven plan. So can you. The 60-year-old Mason Shoe Mfg. Co. will set you up in a profitable "shoe store business". In your spare time, this business can add enough to your present pay-check so your weekly income is at least $100. Or run this business full-time and earn as much as $960 a month. But you should *never* make less than $100 a week again if you take advantage of this opportunity.

### No Wonder You'll Make So Much Money!

Actually $100 a week need only be the start. Build your Mason customer list to the point where you take 8 orders a day and you'll rake in over $960 a month CLEAR PROFIT. It's easy because you show nationally advertised footwear that EVERYBODY needs and wants. You make BIG profits because we carry all the stock and ship the shoes for you. Our huge warehouse stock of 300,000 pairs of dress, work, sport shoes for men and women give you a bigger selection than any other store in town. You can fit everybody because sizes run all the way from 2½ to 16, and widths AAAA to EEEE. You have no storekeeper's expenses or "overhead." You never invest a cent!

### Sales Equipment Absolutely FREE

You show famous Mason Air-Cushion shoes–Ripple Sole shoes, Oil-Resistant Work Shoes, amazing Mystery Shoes, guaranteed Waterproof Shoes, insulated boots, colorful styles for women–a line that's far beyond the reach of competition. That's why *everybody* is your prospect. Start with friends, relatives, folks where you work. Make money very first hour. Soon you'll be making enough extra cash to let you join the envied "$100-a-Week Club," earning far more than any ordinary job. Fill out and mail the coupon below. We'll rush you our free "Starting Business Outfit." Features 275 fast-selling shoe styles . . . plus foolproof measuring equipment, "How To Make More Money" booklet. Send no money now or later. You get everything you need to start, absolutely FREE. Rush the coupon now.

**Rush Coupon For Your FREE OUTFIT**

**RUSH THIS COUPON NOW!**

## MASON SHOE MFG. CO. Dept. F-709 Chippewa Falls, Wisc.

### YOUR TICKET TO A PROFITABLE BUSINESS!

THE MASON Shoe Mfg. Co., Dept. F-709, Chippewa Falls, Wisconsin
Sure I want to join the "$100-a-Week Club" by making good money in a fine "Shoe Store Business" that I can run from home. Rush me, FREE and Prepaid, everything I need to start making money my very first spare hour.

Name _____ (PLEASE PRINT)

Address _____

Town _____ Zone ___ State ___

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 26, JULY 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127302



# MEN! Join My "$100-a-Week" Club!

## Let Me Put You in a PROFITABLE BUSINESS You Can Run from Home
### SPARE TIME—FULL TIME!

Mason Shoes

**Rush Coupon For Your FREE OUTFIT**

If you've always dreamed of getting into the $100-a-week bracket, here's your chance to join the "club." Men all over the country are doing it with my simple, proven plan. So can you. The 60-year-old Mason Shoe Mfg. Co. will set you up in a profitable "shoe store business." In your spare time, this business can add enough to your present pay-check so your weekly income is at least $100. Or run this business full-time and earn as much as $960 a month. But you should *never* make less than $100 a week again if you take advantage of this opportunity.

**No Wonder You'll Make So Much Money!**

Actually $100 a week need only be the start. Build your Mason customer list to the point where you take 8 orders a day and you'll rake in over $960 *a month* CLEAR PROFIT. It's easy because you show nationally advertised footwear that EVERYBODY needs and wants. You make BIG profits because we carry all the stock and ship the shoes for you. Our huge warehouse stock of 300,000 pairs of dress, work, sport shoes for men and women give you a bigger selection than any other store in town. You can fit everybody because sizes run all the way from 2½ to 16, and widths AAAA to EEEE. You have no storekeeper's expenses or "overhead." You never invest a cent!

**Sales Equipment Absolutely FREE**

You show famous Mason Air-Cushion shoes—Ripple Sole shoes, Oil-Resistant Work Shoes, amazing Mystery Shoes, guaranteed Waterproof Shoes, insulated boots, colorful styles for women—a line that's far beyond the reach of competition. That's why *everybody* is your prospect. Start with friends, relatives, folks where you work. Make money very first hour. Soon you'll be making enough extra cash to let you join the envied "$100-a-Week Club," earning far more than at any ordinary job. Fill out and mail the coupon below. We'll rush you our free "Starting Business Outfit." Features 275 fast-selling shoe styles . . . plus foolproof measuring equipment, "How To Make More Money" booklet. Send no money now or later. You get everything you need to start, absolutely FREE. Rush the coupon now.

**RUSH THIS COUPON NOW!**

### YOUR TICKET TO A PROFITABLE BUSINESS!
THE MASON Shoe Mfg. Co., Dept. F-709, Chippewa Falls, Wisconsin

Sure I want to join the "$100-a-Week Club" by making spare money in a fine "Shoe Store Business" that I can run from home. Rush me, FREE and Prepaid, everything I need to start making money my very first spare hour.

Name _____
(PLEASE PRINT)

Address _____

Town _____ Zone __ State __

# MASON

SHOE MFG. CO.
Dept. F-709
Chippewa Falls, Wisc.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 27, AUGUST 1965 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL





TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127322



2021MARVEL-0127340





TM & © 2006 MARVEL

TM & © 2006 MARVEL

TM & © 2006 MARVEL

TM & © 2006 MARVEL



**Friend, dare YOU risk A DIME 10¢?**

FOR A NEW MILLION DOLLAR HE-MAN BODY
STRENGTH-POWERED with $20 MIGHTY MUSCLES!
To Become a STAR in ANY SPORT! A SUCCESS in EVERYTHING!

This can be soon the handsome NEW Jet Power YOU

Rush to me your LAST CHANCE coupon below, —
I'LL RUSH to you FREE My Professional Secrets to GAIN up to 50 lbs. of MIGHTY MUSCLES!

HOW to LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to A SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

"I highly recommend Ben Rebhuhn as a top bodybuilding authority." says Health Director Y.M.C.A. Emil Colameco.

How to IMPROVE YOUR HE-MAN LOOKS 1000%
One of my 181,000 pupils, John Sill, says

**"I gained 60 LBS. of MIGHTY MUSCLES.**
Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 inches to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

This AMAZING NEW BOOK in colors YOURS FREE

if you mail coupon NOW.

BEFORE Mailing Coupon I was a 125 lb., 6 ft. skinny weakling. Which of these 2 me's is YOU?

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PIC-TURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS—a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE on TV or in the Movies, as a Physical Director or Professional Athlete.

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA-510, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings. How to Become one of Them.
☐ I exercise 10c for mailing and handling, I am under no other obligation I'm checking everything I need to give me the kind of body I want.
☐ I want to gain _____ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS  ☐ CHEST
☐ SHOULDERS  ☐ POWERFUL LEGS  ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.

NAME _____  AGE _____
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.  PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____  ZONE ____  STATE _____

How in minutes of FUN a day YOU WILL BE MADE into A NEW ATHLETIC HE MAN

Let me show you how to get FREE $100 worth of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus.

"I'm PROUD to be seen with Jim NOW! Every-body admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

Jim Norman BEFORE mailing coupon

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 30, NOVEMBER 1965 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL