# EXHIBIT 31C



TM & © 2006 MARVEL



**Friend, dare YOU risk A DIME 10¢?**

This can be soon the handsome NEW Jet Power YOU

FOR A NEW MILLION DOLLAR HE-MAN BODY STRENGTH-POWER with $20 MIGHTY MUSCLES! To Become A STAR in ANY SPORT! A SUCCESS in EVERYTHING!

Rush to me your LAST CHANCE coupon below, — I'LL RUSH to you FREE My Professional Secrets

**HOW TO GAIN up to 50 LBS. of MIGHTY MUSCLES!**

HOW TO LOSE up to 50 lbs. of UGLY DANGEROUS FAT

**FREE** ALL FIVE $5 WORLD-FAMOUS PICTURE-PACKED ABC COURSES

1. How to Develop 16 to 18½ INCH BIG ARMS Powerful to land a knock-out blow fast.
2. How to Build a 45 to 52 INCH HEROIC CHEST Housing TIRELESS LUNGS for ENDURANCE in Work, Sports, for ATTRACTING GIRLS!
3. How to Mold A BROAD MUSCLE-PACKED BACK and WONDER-WIDE SUPER-MAN SHOULDERS tapering to A SLIM PUNCH-PROOF WAIST.
4. How to Develop LEGS with MARATHON ENDURANCE.
5. How to Mold BIG MUSCULAR FOREARMS, A STEEL GRIP.

How to Become a FEARLESS SELF-DEFENSE FIGHTER. OVERPOWERING ANY BULLY TWICE YOUR SIZE!

**How to IMPROVE YOUR HE-MAN LOOKS 1000%**

One of my 181,000 pupils, John Sill, says

"I highly recommend Ben Rebhuhn as a top bodybuilding authority," says Health Director Y.M.C.A. Emil Colameco.

**"I gained 60 LBS. of MIGHTY MUSCLES.**

Just mail NOW the FREE book coupon below as I did. YOU can add 3½ inches to EACH ARM—7 to your CHEST. YOU Can Win $100. and this Trophy—as I just did—a $1,000,000 Body—HANDSOME, HARD-HITTING."

**This AMAZING NEW BOOK in colors YOURS FREE** if you mail coupon NOW.

Jam-full with 120 PHOTOS of STRONG MEN and CHAMPIONS once WEAKER than you. See in their pitiful BEFORE Photos and Stories. Scores of How-to-do-it Pictures show you how YOU can quickly and easily become an OLYMPIC CHAMPION in STRENGTH, SPEED and ENDURANCE, Mr. AMERICA in Build. Yes! in just THRILLING MINUTES a day, in YOUR OWN ROOM, RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS show you how to Mold 16 inch ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS; WIDE MANLY SHOULDERS—a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER. You, too, can WIN FAME and FORTUNE ON TV or in the Movies, as a Physical Director or Professional Athlete.

**How in minutes of FUN a day YOU WILL BE MADE into A NEW ATHLETIC HE MAN**

**$100 worth** of Sports, Self-defense, Strong-man Stunts, Courses, Apparatus

"I'm PROUD to be seen with Jim NOW! Everybody admires his build," says Nellie. "Jim can lift the front of a 2700 lb. car. He amazes his friends!"

Jim Norman BEFORE mailing coupon

BEFORE Mailing Coupon I was 125 lb., 6 ft., skinny weakling. Which of these 2 me's is YOU?

**MAIL COUPON before it is too late!**

AMERICAN BODY BUILDING CLUB, Dept. MA-510, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings How to Become one of Them.

☐ I enclose 10¢ for mailing and handling. I am under no other obligation I'm checking everything I need to give me the kind of body I want.

☐ I want to gain _____ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST
    ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.

Let me know how to get **FREE**

NAME _____ AGE _____
            DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE. PLEASE PRINT OR WRITE CLEARLY
ADDRESS _____
CITY _____ ZONE ___ STATE ___

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 31, DECEMBER 1965 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.



TM & © 2006 MARVEL



TM & © 2006 MARVEL





TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL


**CYCLE PUTTER** Really dress up your BIKE. Sounds just like a Motor Bike. Made of heavy plastic and steel. No. 8023...Only 39c


**SQUIRT FLOWER** When your friend tries to smell it all he'll get is a face full of water. Comes complete with long rubber hose and bulb. No. 3013...Only 25c

**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 ...... 50c


**PRANKSTER WHISTLE** Greatest gag in years. Just place inside any tail-pipe and watch the fun. As soon as he starts the car it will sound as if the whole motor fell out. It's a panic, but completely harmless. No. 7021 ...... 75c


**SPIDER RING** This jumbo Rubber Spider with moving eyes comes attached to an adjustable metal ring and is sure to scare everybody. Large size 4½" x 4½". Made of flexible rubber. No. 4006...Only 45c

**WHOOPS** Looks like someone lost their lunch. Place it on the floor and wait for your next unsuspecting victim to walk in—ugh. Better catch him before he faints. No. 9016 ............... Only .75

**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. Fits right in your handkerchief out of sight. No. 6018 only 20c

**PEPPER GUM** Hi Pal have a piece of gum. Once he starts chewing you better have a glass of water ready. Completely harmless but a million laughs. No. 5008... .15

**JIU-JITSU** This is one of the most popular books on the art of self defense. Now you needn't back away from anyone. Many illustrations show you how to defend yourself from bullies. We also include "FREE" a book on strong man stunts. No. 4003...Only $1.00


**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005....... .50

**MAGIC ROCKS** MAGIC ROCKS — Colourful large pellets. "Plant" them with the magic solution using the planting tweezers. They will grow within a short time. Terrific for underwater effects. No. 1022 .........Only $1.00


**WHOOPEE CUSHION** Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrising but loads of laughs. No. 8010 ............ Only .50


**SEAT CUSHION**


**SILVER SKULL RING** Heavy Mexican silver ring with the raised face of skull and inlayed red ruby eyes. Feels good and looks real impressive. Adds heft to your hands. No. 3019..................$1.00

**GROW LIVE MONSTERS!** SCARIEST LIVING Sensation of the century. 2 Monsters in full colour. Comes complete with space astronomium and full accessory kit. Will grow green monster hair right before your eyes. Complete. No. 8001...... .Only $1.00


**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth. Filled with surprises. No. 8002.. .50

**X-RAY-SPEX** A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 .......... $1.00


**BIKE SPEEDOMETER** Now you can tell how fast you are going. Registers speeds up to 50 miles per hour. New built-in compass also shows in what direction you are travelling. Fits any bicycle. Attaches in seconds. No. 3017 only 75c



**SILENT DOG WHISTLE** This whistle can not be heard by any human, but your pet will hear it blocks away. Everyone will be amazed when he comes running as soon as he hears his own private whistle. No. 1009 Only $1.00


**FLY IN ICE** A plastic ice cube that looks like the real thing, only with a fly inside. Just place this in someone's drink when he isn't looking—ugh. No. 3011 ............ Only .45

**ELLBARR DIST. DEPT. G.X, 20 Weston, Ont.** RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

| ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

☐ I enclose ...... plus 15c postage and shipping in cash, cheque or money order.

NAME ............................................

ADDRESS ........................................

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 32 JANUARY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127398



TM & © 2006 MARVEL
TM & © 2006 MARVEL
2021MARVEL-0127416

# EXCLUSIVE FUN PRODUCTS BY MAIL















AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 33, FEBRUARY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL






TM & © 2006 MARVEL

2021MARVEL-0127417





TM & © 2006 MARVEL



# SPECIAL FEATURES
- Over 7 feet long
- Seats 2 kids
- Controls that work
- Rockets that fire
- Real periscope
- Firing torpedoes
- Electrically lit
- Instrument panel

# POLARIS NUCLEAR SUB

**OVER 7 FEET LONG**

**Big Enough For 2 Kids**

**FIRES ROCKETS and TORPEDOES**

**Only $6.98**

How proud you will be as commander of your own POLARIS SUB — the most powerful weapon in the world! What hours of imaginative play and fun as you and your friends dive, surface, maneuver, watch the enemy through the periscope and fire your nuclear missiles and torpedoes! What thrills as you play at hunting sunken treasures in pirate waters and exploring the strange and mysterious bottom of the deep ocean floor!

**HOURS AND HOURS OF ADVENTURE** Sturdily constructed of 200 lb. test fibreboard. Comes complete with easy assembly instructions. (Be-cause we must ask for 75c shipping charges of the POLARIS SUB's giant size we must ask for 75c to help cover shipping charges.

**MONEY BACK GUARANTEE** Order today and we will rush your POLARIS NUCLEAR SUB to you. If you are not completely satisfied, don't think it is the greatest ever — the best toy you ever had — just send it back for full purchase price refund.

**10 DAY FREE TRIAL**

HONOR HOUSE PROD. CO. DEPT. 777PS14
LYNBROOK, NEW YORK
Rush me my POLARIS NUCLEAR SUB. I can return it for full purchase price refund if not delighted.
☐ SEND IT PREPAID. I enclose $6.98 plus 75c postage.
☐ SEND C.O.D. I enclose $1 good-will deposit and I will pay postman $5.96 plus 75c plus C.O.D. postage.

NAME _____
ADDRESS _____
CITY _____ ZONE ___ STATE ___
N. Y. State residents please include 14c sales tax.

AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 34, MARCH 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



*THE AMAZING SPIDER-MAN!*

# "The THRILL of THE HUNT!"

MY TROPHY ROOM! EVERY WILD BEAST THAT WALKS, CLIMBS, OR CRAWLS I'VE BEATEN WITH MY BARE HANDS!

FEATURING: THE SOME-WHAT MAGNIFICENT MENACE OF KRAVEN THE HUNTER!

... AND YET, THE GREATEST PRIZE OF ALL IS STILL DENIED ME!

SCRIPTED and EDITED BY: STAN LEE
PLOTTED and ILLUSTRATED BY: STEVE DITKO
LETTERED and RELISHED BY: SAM ROSEN

TM & © 2006 MARVEL

2021MARVEL-0127436



TM & © 2006 MARVEL

2021MARVEL-0127454



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 35, APRIL 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 In American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

2021MARVEL-0127455



TM & © 2006 MARVEL













AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 36, MAY 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage, Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127474





TM & © 2006 MARVEL

# EXCLUSIVE FUN PRODUCTS BY MAIL

## THRILLS & CHILLS AWAIT YOU WHEN YOU SEE 7 AMAZING PLANT CREATURES COME TO LIFE!

## GROW 7 MONSTERS



7 Giant Monsters in full, glowing color, grow fantastic plant "hair" alive before your eyes! Each grows up to several months! Makes an incredible live "Science Project" for home or school. Fun to watch. Order now and get deluxe accessory kit with planting wand, observation lens, extra large supply of Guaranteed Live "Monster Hair" seeds. Complete with 7 Monsters and Full Instructions. No. 3127 . . . . . . $1.00 plus 25¢ postage

ALL 7 FOR ONLY $1



**MINIATURE SPY CAMERA** Precision built camera that is so amazingly small it is less than ½ the size of a regular back of cigarettes. Weighs only 2½ ounces with eyelevel view finder and time exposure shutter. Takes 10 pictures per roll. Compact, it can be hidden anywhere. With FREE roll of film. No. 5024 . . . $1.00 6 Rolls Film . . . . . . 79¢

 

**JOY BUZZER** Shake hands and watch your friend jump 6 feet high. Completely harmless. No. 7005 . . . . . . 50¢

**LOUD NOSE BLOWER** Blow your nose and it will sound like the roof caved in. It's right in your handkerchief out of sight. No. 6018 . . . only 20¢

 

**SURPRISE PACKAGE** If you are willing to take a chance, we guarantee you more than your moneys worth, filled with surprises. No. 8002 . . . . . . 50¢

**TRICK BASEBALL** It bounces cockeyed, it curves, it dips, it's impossible to catch. It's sure to set all the kids on the block chasing after it. There's a barrel of fun in every bounce of this amazing baseball. No. 4020 . . . . . . 50¢

## X-RAY-SPEX
A wonderful illusion to fool your buddies. Put them on, now is that really his skull you see inside his head? Prove to him you can see through anything. No. 7014 . . . . . . $1.00

## WHOOPEE CUSHION
Place this under any cushion. Gives out a loud Bronx Cheer. Very embarrassing but loads of laughs. No. 8010 . Only 50¢



## THROW YOUR VOICE
Throw your voice into trunks, behind doors, everywhere. Instrument fits in your mouth and out of sight. Fool teacher, friends and family. Free book on "How to Become a Ventriloquist." No. 9025 . . . . . 25¢



**DEVILS RING** Heavy silver ring with the raised face of the Devil. Inlaid bright red ruby eyes. Looks real impressive. No. 1026 . . . . . . 50¢



ELLBARR DIST. Dept. GK, 23 Box 47, Northridge, Calif. RUSH ME THE ITEMS LISTED BELOW. If I am not 100% delighted, I may return any part of my purchase after the 10 day free trial for full refund.

ITEM No. | NAME OF ITEM | HOW MANY | TOTAL PRICE

☐ I enclose . . . . . . plus 15c postage and shipping in cash, cheque or money order.
NAME . . . . . . . . . . . . . . . . . . . . . .
ADDRESS . . . . . . . . . . . . . . . . . . . .



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 37, JUNE 1966 issue. Price 12¢ per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended and, any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Application to mail at second class postage rates is pending at New York, N. Y., and Meriden, Conn.

TM & © 2006 MARVEL



TM & © 2006 MARVEL

2021MARVEL-0127493



TM & © 2006 MARVEL



**THROW YOUR VOICE**

**SILENT DOG WHISTLE**

**JACK POT BANK**

**MAGIC CARDS**

**SURPRISE PACKAGE**

**AMAZING MINIATURE RADIO**

**YOU, TOO, CAN BE TOUGH**

**SEE BEHIND GLASSES**



## TREASURE CHEST OF FUN



**MONSTER** $1.24 **MONSTERS**

**WORMS**

**X-RAY SPECS**



**WHOOPEE CUSHION**

**JOY BUZZER**

**MINIATURE SECRET CAMERA**

**ONION GUM**



**TRICK BASEBALL**




**Honor House Prod. Corp.**
Lynbrook, N.Y.

**Secret Spy Scope**

**TRICK BLACK SOAP**



AMAZING SPIDER-MAN is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published monthly. Copyright 1966 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. Vol. 1, No. 38, JULY 1966 issue. Price 12c per copy. Subscription rate $1.75 and $2.25 Canada for 12 issues including postage. Foreign subscriptions $3.25 in American funds.

TM & © 2006 MARVEL





TM & © 2006 MARVEL

TM & © 2006 MARVEL

2021MARVEL-0127530

# TREASURE CHEST OF FUN





### WONDERFUL CRYSTAL WRIST RADIO
RECEIVES BROADCASTS UP TO 50 MILES WITH ATTACHED ANTENNA
WEAR IT LIKE A WATCH — LISTEN IN LIKE A RADIO

Wow! A wrist radio like the one used by the famous detective character in the movies. Yes, imagine receiving broadcasts up to about 50 miles, using the antenna attachment. Without attaching the antenna lead-in clip (which is included), to a substantial antenna such as the dial stop on a telephone, reception is limited to a few miles. Think what fun it will be to have your own personal wrist radio that actually permits you to listen to your own programs without disturbing others, and there are no batteries, no tubes—nothing to wear out. Makes detective and battle games seem more real, pretending to transmit messages, and getting help in the nick of time. Complete with private earphone. No. 86 .......... 2.98



### WORMS
Drop these seemingly innocent pellets into a glass of water and magically a worm will appear. Can you imagine the look of horror on your victims face? It's harmless. No. 012 .......... 15c



### TRICK BLACK SOAP
Ordinary looking piece of soap. Victim washes face and gets blacker and blacker. When he gets a look in the mirror, he'll be shocked. Harmless. No. 575 .......... Only 25c

### JOY BUZZER
The most popular joke novelty in years! Wind up and wear it like a ring. When you shake hands, it almost raises the victim off his feet with a "shock like sensation." Absolutely harmless. No. 239 .......... Only 50c

### JOKE BOOK
Over 500 hilarious jokes, puns and gags! You'll have a collection of jokes that will keep your friends laughing for a long while. Clever jokes mean self-confidence and social success. No. 221 .......... Only 45c

### KRAZY KRAX
Apply this to the television screen and it appears that the glass is cracked. No. 3333 .......... 60c

### SURPRISE PACKAGE
Are you willing to take a chance? We won't tell you what you get, but because you're willing to gamble, we'll give you more than your money's worth. No. 678 .......... 50c



### WHOOPS
Looks like somebody lost their lunch. It's nauseatingly real. Ugh! We wrap it very carefully, it's so disgustingly real. It may not be nice, but it sure gets reaction. Naturally, it's made of realistic plastic. No. 197 .......... 75c



### ONION GUM
Yes — Looks like real chewing gum, but tastes like—ONIONS! It's too funny! 12 sticks to a pack. No. 281 .......... 15c

### TRICK LOADED CIGAR
A cigar loaded with a trick spring. Cigar bursts when one third smoked and causes a panic. No. 681 .......... 30c



### HOW TO HYPNOTIZE AND CONTROL OTHERS
Another great party entertainment. This secret Power Key of 25 lessons in hypnosis is designed especially to develop your hidden spark in remarkable pages covering the subjects of mystic healing, telepathy, mind reading, thought transference, etc. No. 7212 .......... Only 45c

### X-RAY SPECS
Scientific optical principle really works. Imagine — you put on the 'X-Ray' Specs and hold your hand in front of you. You seem to be able to look right through the flesh and see the bones underneath. Look at your friend. Is that really his body you "see" under his clothes? Loads of laughs and fun at parties. No. FL7 .......... $1.00







### MONEY CHANGER
Just like a professional money-changer. Attaches to any belt. Holds pennies, nickels, dimes and quarters. No. 70 .......... 60c

### BOOMERANG
Here's something new in target throwing. In case you miss, it comes right back to you, and bingo! you're all set to "fire" again. More fun than a "barrel of monkeys." No. 141 .......... 39c

### MIDGET ADDING MACHINE
Accurately and automatically adds, subtracts, and multiplies. A precision instrument that's completely reliable. Simple to operate. So compact, it can hardly be noticed in the hand. Slips easily into pocket or purse. Now, get all the right answers at once at your fingertips. No. 91 .......... 1.98

We cannot ship orders under $1.00

HONOR HOUSE PRODUCTS CORP. Dept. KG-39
Lynbrook, N.Y.
Rush me the items listed below. If I am not satisfied I may return any part of my purchase after 10 days free trial for full refund of the purchase price.
☐ I enclose _____ in full payment. Honor House Products Corp. will pay postage.
☐ Send C.O.D. I will pay postage on delivery plus a few cents postage.

| ITEM # | NAME OF ITEM | MANY | TOTAL PRICE |
|---|---|---|---|

NAME _____
ADDRESS _____





### HAWK RING
Hawk style. Wide open beak. Red painted eyes. Superb color — magnificent . . . deadly . . . dangerous. Specify size. No. 209 .......... 39c





AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1964 by Non-Pareil Publishing Corp., 655 Madison Avenue, New York, N.Y.   No. 1, 1964 issue. Price 25c per copy. No similarity between any of the names, characters, persons, and/or institutions is intended, and any such similarity which may exist is purely coincidental. Printed by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.

TM & © 2006 MARVEL





2021MARVEL-0130382



**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

**T**ODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

### Some of the People Dorne Has Helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

Don Golemba of Detroit is another. He stepped up from railroad worker to the styling department of a big automobile company—by showing his work with the School. Now he helps design new-car models.

Pat Browning wanted to escape from her dull typing job to something creative. Soon after studying with us, she was promoted to full-time artist with the same firm—at much more money.

With the right training, Wanda Pickulski gave up her typing job

to become fashion artist for a local department store.

Eric Ericson worked in a garage while he studied art at night. Today he is a successful artist, earns seven times as much, and is building a new home for his family.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could help only a few of these people, he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

### A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind

---

**America's 12 Most Famous Artists**

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

---

of school—a home-study art school that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

### Famous Artists Talent Test

To find others with art talent worth developing, the Famous Artists created a 12-page talent test. Thousands paid to take this test, but now the School offers it free and grades it free. Men and women who do well on the test—or can offer other evidence of art talent—may enroll in the School. But there's no obligation. Simply mail the coupon below.

**Famous Artists Schools**
Studio 7662 ,Westport,Conn.

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test and descriptive brochure.

Mr.
Mrs.                                Age____
Miss ← Please circle one and print name

Address_____

City_____Zone_____

County_____State_____

AMAZING SPIDER-MAN ANNUAL is published by NON-PAREIL PUBLISHING CORP. OFFICE OF PUBLICATION: 625 MADISON AVENUE, NEW YORK, N.Y. 10022. Published annually. Copyright 1965 by NON-PAREIL PUBLISHING CORP., 625 Madison Avenue, New York, N.Y. 10022. No. 2, 1965 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher. Some stories contained herein, have been reprinted with permission from the publisher.

2021MARVEL-0130384



2021MARVEL-0130385



2021MARVEL-0130387



2021MARVEL-0130085



**Albert Dorne** — probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

# He's Looking for People Who Like to Draw

TODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

## Some of the people Dorne has helped

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketta is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists — men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

## A Plan to Help Others

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

### Famous Artists Talent Test

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

**Famous Artists Schools**
**Studio 7009, Westport, Conn.**

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs. _____ Age____
Miss    (please print)
Address_____

City_____ Zone_____

County_____ State_____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

STRANGE TALES ANNUAL is published by VISTA PUBLICATIONS, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N. Y. Published annually. Copyright 1963 by Vista Publications, Inc., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 2, 1963 issue. Price 25¢ per issue. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.





2021MARVEL-0130087



TM & © 2005 MARVEL



**Albert Dorne** – probably the greatest money-maker in the history of commercial art. At the height of his career, he began a full-time search for people who like to draw.

## He's Looking for People Who Like to Draw

TODAY HUNDREDS of men and women who never thought they could be artists are working happily at easels and drawing boards, making pictures, and getting well paid for it. They all can thank Albert Dorne, a famous artist who devotes almost his full time to helping other people become artists.

**Some of the people Dorne has helped**

Herb Smith was a payroll clerk. Soon after he started studying with us, he landed an art job with a large printing firm. This was four years ago; today he's head artist for the same firm.

John Busketra is another. He was a pipefitter's helper in a big gas company. Today he still works for the same company, but as an artist in the advertising department, with a big increase in pay.

Harriet Kuzniewski was bored with an "ordinary" job before she heard of Albert Dorne. Today she does high-style fashion illustration in New York.

With the right training, Wanda Pickulski gave up her typing job to become fashion artist for a local department store.

John Whitaker of Memphis was an airline clerk two years ago. Recently he won a national cartooning contest and was signed to do a newspaper comic strip.

Long before Albert Dorne started looking for people who like to draw, they came to him for advice and help. Since he alone could only help a few of these people he called together America's most successful artists —men like Norman Rockwell, Jon Whitcomb, Stevan Dohanos and Al Parker.

**A Plan to Help Others**

He said: "All over America, there are people who like to draw, who could be turned into good artists. Why can't we give these people the training they need—including all the trade secrets and know-how we've learned over the years? I'm suggesting a new kind of school—a home-study art school

that would give talented people the best professional art training, no matter where they live."

The famous artists agreed. Taking time from their busy careers, they spent several years creating a remarkable series of art lessons covering every aspect of drawing and painting. They illustrated their lessons with over 5,000 "here's-how" illustrations. The lessons start from scratch and cover every skill a top artist needs. Finally, the famous artists developed a wonderful way to give each student personal correction and advice all through his training.

Albert Dorne is not surprised by the success of his students. "The art field is growing. We keep getting calls from all over the country, asking us for practical, well-trained students who can step into full-time or part-time art jobs."

**Famous Artists Talent Test**

To find others with art talent worth developing, the famous artists created a 12-page talent test. Thousands paid $1 for this test, but now the School offers it free and will grade it free. If you show talent on the test, you will be eligible for training by the School. No obligation. Simply mail coupon. It might be your first step to an exciting, well-paid career in art.

### America's 12 Most Famous Artists

| | |
|---|---|
| Norman Rockwell | Fred Ludekens |
| Jon Whitcomb | Ben Stahl |
| Al Parker | Robert Fawcett |
| Stevan Dohanos | Austin Briggs |
| George Giusti | Harold Von Schmidt |
| Peter Helck | Albert Dorne |

**Famous Artists Schools**
Studio 7009, Westport, Conn.

I would like to find out whether I have art talent worth developing. Please send me, without obligation, your Famous Artists Talent Test.

Mr.
Mrs.
Miss _____ (please print) _____ Age_____
Address_____
City_____ Zone_____
County_____ State_____

Accredited by the Accrediting Commission of the National Home Study Council, Washington, D.C.

THE FANTASTIC FOUR ANNUAL is published by CANAM PUBLISHER SALES CORP. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. Published annually. Copyright 1963 by Canam Publisher Sales Corp., 655 Madison Avenue, New York, N.Y. Vol. 1, No. 1, 1963 issue. Price 25¢ per copy. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.

TM & © 2005 MARVEL



THE FABULOUS *FANTASTIC FOUR* PRESENT:

# SUB-MARINER
### *Versus* THE HUMAN RACE!

THE LONGEST UNINTERRUPTED SUPER-EPIC OF ITS KIND EVER PUBLISHED!!

WRITTEN BY: STAN LEE
DRAWN BY: JACK KIRBY
INKING: DICK AYERS
LETTERING: ART SIMEK

X-324

TM & © 2005 MARVEL







TM & © 2005 MARVEL

TM & © 2005 MARVEL

2021MARVEL-0128939



2021MARVEL-0130236



# SKINNY OR FAT, 15, 20, 30 OR 40 YEARS OF AGE
Just RUSH me your LAST CHANCE COUPON below with YOUR NAME and ADDRESS ON IT

## and I'll show YOU absolutely FREE
### How to GAIN UP TO 50 LBS. OF MIGHTY MUSCLES!
And become a REAL HE-MAN like MANY THOUSANDS of My Pupils in 10 Minutes of FUN a Day

**Are YOU SKINNY like I was?**

a sickly skeleton who developed a streamlined physique and great physical endurance.

American Body building Club president

**BEN REBHUHN**

at 50 years of age. A brilliant UNIVERSITY EDUCATOR,

authority on creating a HEALTHY MIND in a HEALTHY BODY,

Dr. Winfield Scott Pugh, Commander U.S. Navy Medical Corps.

Yes! I'll Show You By My Quick, Easy Methods How To **ADD POWERFUL NEW INCHES OF MUSCLES around YOUR ARMS, CHEST, LEGS, etc.** How to IMPROVE YOUR HE-MAN LOOKS 100%.

How to BECOME A WINNING ATHLETE IN ALL POPULAR SPORTS.
How to BEAT ANY BULLY.
How to DO FEATS OF STRENGTH.
How to be a WINNER in EVERYTHING YOU TACKLE.

YES! Your Success Story Can Soon be like John Sill and thousands of my pupils. Think of it — a skinny weakling like you became a MAGNIFICENT MR. MUSCLES — won a BIG SILVER TROPHY, his name, accomplishments engraved on it and $100. A few weeks before, everybody picked on John, too weak to fight for his rights. TODAY, everybody admires John's movie star build, he-man STRENGTH, his mighty ARMS, heroic CHEST, slender WAIST, rock-like TORSO, broad manly BACK, wide military SHOULDERS, now popularity with the BOYS and GIRLS. His winning drive in ALL SPORTS, his energy at work and studies.

NO! I don't care how skinny or flabby you are, if you are in your teens, twenties or thirties, I'll show you in just 10 thrilling minutes a day in your home, you can make yourself over by the easy, quick method I turned myself from a wreck to a tower of strength and endurance.

YES! YOU'LL ADD INCH upon INCH of MIGHTY MUSCLES to YOUR ARMS, YOU'LL DEEPEN YOUR CHEST, BROADEN YOUR BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become the SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING, athletics, business, studies.

### DEVELOP YOUR 520 MUSCLES BY THE GREATEST METHOD!

Friend, I traveled the world, studying every secret to PERFECTLY develop your body. My "5-Way Progressive Natural Power Method" is TESTED. PROVED by hundreds of thousands LIKE YOU SAVE YEARS, hundreds of DOLLARS! Do as movie stars, champions — John Sill, Jim Norman, Tony Pascarella — did! Mail coupon NOW!

**WIN A BIG Silver Trophy and $100 IN CASH**

Pick the kind of BODY YOU WANT
Check ALL Your Needs

**I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES** says JOHN SILL

BEFORE
Mailing Coupon I was a 125 lb. 6 ft. skinny weakling

This Can Be YOU in a Short Time!

AFTER
Mailing Coupon 185 lb. HEAD-TO-TOE HE-MAN POPULAR ATHLETE You can be, too!

I added 7 inches to MY CHEST, 3½ INCHES to EACH ARM. No, Pal! You don't have to be a chicken-chested skinny weakling like I was only a few weeks ago.

This now MAGNIFICENT, MODERN HERCULES, 26 yr. old teacher, Wm. Butler,

says to YOU "No matter WHAT your age. I advise you to SEND for the ABC WONDER PICTURE COURSES all once. Under the world's greatest body building BODY BUILDER. I now have 18½" ARMS, a 52" CHEST, my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginian,' 'Mr. State.'

How would YOU like to have 18½ inch ARMS, a 52 inch CHEST like this ABC pupil NOW HAS?

### I BROKE A WORLD'S STRENGTH RECORD!

JIM NORMAN became Athlete of the Year. Lifted the front End of a 2700 lb. Car. Quit being a bag-of-bones weakling like I was. In 10 minutes of fun a day. A.B.C. CAN DO FOR YOU ALL HE DID FOR ME! I gained 25 TERRIFIC LBS. of HANDSOME POWER-PACKED MUSCLES.

BEFORE

AFTER
mailing coupon below—like you do NOW.

LOOK! THE TORCH IS BLAZING THROUGH THE STEEL VAULT. HE'S TRYING TO ROB THE BANK!

**MAIL THE COUPON TO ME NOW** (before it is too late) and I'll Send You FREE these as John Sill and the others did
**5 AMAZING PICTURE-PACKED TEST COURSES**
PLUS BOOK OF PHOTOS OF FAMOUS STRONG MEN ONCE WEAK LIKE YOU

MIGHTY CHEST  MIGHTY ARM  MIGHTY BACK  V GRIP  V LEGS

MILLIONS were sold at $1.00. Send for them ALL FREE. Mail Coupon BEFORE IT IS TOO LATE!

---

AMERICAN BODY BUILDING CLUB, Dept. MA–211, GREAT NECK, NEW YORK
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........ lbs. (fill in). ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS ☐ CHEST ☐ SHOULDERS ☐ POWERFUL LEGS ☐ SLIM WAIST
☐ I want to become a winning athlete. ☐ I want new pep.
NAME ........................................................ AGE ..............
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS ................................................................
CITY .................................... ZONE ...... STATE ......

**FREE**
Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

---

STRANGE TALES is published by VISTA PUBLICATIONS INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1962 by VISTA PUBLICATIONS, INC., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 102, NOVEMBER 1962 issue. Price 12c per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn.