# EXHIBIT 43

# Larry Lieber

**LARRY LIEBER** is Stan's younger brother. He's a skilled writer, artist, and editor in his own right. Larry produced countless western, war, and monster stories (the latter often drawn by Jack Kirby) before becoming one of the first writers other than Stan to toil in the Marvel Universe. His **Thor** stories—for which he coined the term "Uru hammer"—are fondly remembered in the thunder god's canon. Larry also had a long run as writer and penciler on **The Rawhide Kid.** Today, Larry pencils—as he has for over 20 years—the **Spider-Man** newspaper strip, which is still written by by frére Stan. I spoke via phone to Larry on January 28 and 29, 2008. (And on a personal note, Larry was my first boss at Marvel, and I couldn't have had a better mentor to introduce me to the comics business.)

—DF



**DANNY FINGEROTH:** *When you would write for Stan, Larry, the credits would say, "plot by Stan Lee, script by Larry Lieber, pencils by whoever." Take me through how that worked.*
**LARRY LIEBER:** Stan would give me a plot, usually typed. Just a paragraph or so. "Thor does this and that," and then he'd say, "Now, go home and write me a script." When I started writing for him in 1958, I hadn't written before, and I didn't just sit down at the typewriter. I used to take a pad, and sit up at the park at Tudor City, where I lived at that time. I wanted to be an artist, so I thought like an artist. I would break the story down into thumbnail sketches, panel by panel by panel, six panels, usually, on a page, and I'd write what was in there. You know, "He does this, he does that, he does this." And then I would write in the captions and the dialogue, and then later type it up.

   Stan liked the civilian names that I made up, when I was writing all those **Journey into Mystery** stories for Jack Kirby. So for the superheroes he also left their civilian names up to me. So I created the name "Don Blake." I created "Tony Stark." I created the Uru hammer. Everybody must know that story by now. *[For details see Larry's interview in Roy Thomas' TwoMorrows-published* **Alter Ego** *v2, #2.]* I also created Ant-Man's name, Henry Pym.

**DF:** *So when the credits say that a story was plotted by Stan, and scripted by you, it was never a matter of Stan talking it out with, say, Kirby, and then you getting the pencils and putting the dialogue in?*
**LL:** Oh, no, no, no. It was always a *full script* done by me. I never worked in what later became known as "the Marvel style."

**DF:** *You know, I would have guessed that, because your stories are paced differently than Stan's stuff from that period.*
**LL:** When I started, I said to, "Stan, I'm not a writer." He said, "Oh, you can write. I read your letters from the Air Force. I'll teach you to write comics." And he *did* teach me. I don't



Splash page to the Thor origin story from **Journey Into Mystery** #83, plotted by Stan, scripted by Larry. Art by Jack Kirby and Joe Sinnott.
[© 2008 Marvel Characters, Inc.]

think he had to do that much by the time I did **Thor** or any of the other superheroes. But when I was starting off, I started with, what is it, "Grog the Creature" [laughter], you know, those monster things that Jack drew so well.

**DF:** *Were those inspired by monster movies or TV shows of the time?*
**LL:** I would imagine they probably were. Stan would give me something like that, and I would write. And that's when he taught me, things like "use the positive instead of the negative." For instance, if somebody was running away, and I'd write, "The monster was coming and the guy ran away," Stan would say, "No, no. Not 'ran away.' He *'fled.'*" He would always do that and get the *positive,* by which I mean, instead of a character saying what he *won't* do, he says what he *will* do.

   And I remember Stan saying to me when I was starting to write, that I was using too many words. He'd say, "This is a comic book. There's not enough room, enough space." So I learned. And then Stan would go over my script, and he'd say, "Look, you could have said it *this* way, or you could have said it *that* way, or you could have said it *that* way." And everything he said was much better than what I wrote. He could give me four or five ways of saying something, because he did it so easily, and he did it so much better than I was doing it

in his choice of words. And in those days he didn't write in the style that he used later on, with the humor in it. It was just straight writing. He said to me, "I don't care what style you use, I don't care how you do it, but there are certain basics in writing." And so I worked, I worked, and I learned a lot from him, as far as the comics went.

My real compliment came years later when I was writing the **Hulk** newspaper strip. I was penciling it and Stan was writing it, but at a certain point, he said, "Look, you can write it as well as draw it." I always enjoyed writing *and* drawing more than just drawing, because I felt it was all mine, I could coordinate it. I really enjoyed doing that with the **Hulk,** and I put myself into it. So one day, Stan read it, and he said, "I think the **Hulk** is very good. Alas, I think it's even more dramatic than my **Spider-Man** strip."

# Gene Colan



**GENE COLAN** may be best known today for his seminal work on **Daredevil, Iron Man, Dracula** and **Howard the Duck** in the 1960s and '70s, but he began his artistic career working for Stan Lee and Timely Comics in the 1940s. Gene's most recently contributed to **Daredevil** v3, #100, and most of his Iron Man output from the 1960s was released in the hardcover **Iron Man Omnibus** in April. We spoke on the phone with Gene on January 23, 2008.
—DF

**DANNY FINGEROTH:** When did you first meet Stan and work with him, Gene?
**GENE COLAN:** Around 1946 or '47.

**DF:** You started out as a Bullpen artist, hired to work on staff, right? Instead of a page rate, you were working for a weekly salary?
**GC:** I was on salary, right. All the guys in the Bullpen were. Syd Shores was there, and Vince Alascia, who inked all his stuff. Syd was kind of the overseer. If anyone had any problems, you'd go to Syd and he'd help you get through it.

**DF:** Who were the scripts written by then?
**GC:** By Stan, as well as by other people.

**DF:** When you'd get a script then, it was a standard full script?
**GC:** Full script, and no more than maybe six pages. Some, war material, and then crime stories; I had a lot of crime stories. Other people inked me, but after a while, I got permission from Stan to ink some of my own pencils.

**DF:** Did you have much interaction with Stan while you were working there?
**GC:** Not a heck of a lot. Every now and then I would speak with him for one thing or another, or he'd call me in and correct something that I was doing. Stan was a very jolly guy, always like a kid. And if he wanted to express himself fully, he would actually stand on his desk and get into a pose so that we had an idea of what he was looking for.

The very first time I ever met him, even then he had on his head a beanie cap with a propeller on the top, and the window was open. That thing would just spin around. I couldn't believe it. [laughs] I always got along well with him.

I started to freelance around 1950. I did **Hopalong Cassidy** for DC Comics. I had wanted to get into DC from the very start. To me, and I was very young, I thought they were the best outfit around then, because **Superman** came out of that company, and many other good comic books. So I figured, well, that's the MGM of comic books. But I couldn't get work from them. So I enrolled at the Art Students League in Manhattan, on the GI Bill. I spent a few years there, and then I decided, the heck with DC. I found Stan's place, Timely Comics. It was like a revolving door. You could go in and out of the company.

**DF:** I know at a certain point, after the Marvel heroes had hit, Stan started doing what was called "Marvel style," where you would work from a brief spoken or short plot, and you came back as "Adam Austin. How did you like working in that new style?
**GC:** Stan had taken on a huge writing load because the company had, a few years earlier, been having financial problems, and he decided to write most of his scripts. But he didn't have time to sit down and

Gene's first **Daredevil** cover, #16, although he had started penciling the title the issue before. Inks are by Frank Giacoia. [© 2008 Marvel Characters, Inc.]