# EXHIBIT 45



DITKO-0001

**From *Comic Fan* #2 (August 1965):** Texas fan Gary Martin (right) really hit the jackpot by landing this interview with Steve Ditko. Like Donald Schank, Gary conducted this interview through the mail, as he explains below. This is the fourth known interview with the artist. Art and lettering seen throughout the interview are by fan artist Biljo White. Continued on the following three pages.



# STEVE DITKO

## A PORTRAIT OF THE MASTER

WHEN I WROTE TO MR. DITKO I HAD NO IDEA WHATSOEVER THAT HE WOULD BE SO GENEROUS AS TO MAIL ME A HISTORY OF HIMSELF BESIDES ANSWERING MY MODEST QUESTIONS. AND SO, ONWARD INTO THE WORLD OF STEVE DITKO.

*Gary Martin*

STEVE DITKO - BORN 1927. JOHNSTOWN, PENNA. 1950- CAME TO NEW YORK TO ENTER COMIC BOOK FIELD. ENROLLED 'CARTOONIST & ILLUSTRATORS

© 2020 Marvel Characters, Inc.

SCHOOL. GREATLY INFLUENCED BY INSTRUCTOR JERRY ROBINSON. 1953 - STEVE REGULARLY MADE ROUNDS OF COMIC PUBLISHERS AND WAS JUST AS REGULARLY TURNED DOWN. 1ST JOB FOR COMICS WAS WITH A VERY SMALL COMIC PUBLISHER. THIS JOB LED TO 'HEADLINE PUB.' (BLACK MAGIC). THIS WAS THE PERIOD OF THE SHORT LIVED 3-D. HE WORKED (INKING) WITH OTHERS ON HARVEY'S 3-D BOOKS & ON SIMON-KIRBY'S 'CAPT. 3-D.' STARTED WITH CHARLTON PRESS AND BECAME A REGULAR IN THEIR LINE OF FANTASY BOOKS (THING, THIS MAG IS HAUNTED). 1954 - EARLY IN THE YEAR STEVE HAD TO LEAVE NY AND GAVE UP COMICS. 1955 - LATE '55, RETURNED TO NY AND DID 1ST WORK FOR STAN LEE AND MARVEL. 1956 - DRIFTED AWAY FROM MARVEL & BACK TO CHARLTON PRESS. 1957 - ALL CHARLTON PRESS (MYSTERIOUS TRAVELER, DR. HAUNT). 1958 - STAN LEE ASKED ME TO DO SOME WORK, RETURNED TO MARVEL, BUT CONTINUED DOING SOME C.P. WORK. 1959 - MARVEL, CP-STARTED 'CAPT. ATOM' - WHO WENT NOWHERE. 1960 - MARVEL, CP-STARTED DOING

'GORGO & KONGA' BASED ON MOVIES OF THE SAME NAMES. DID THE SAME WORK IN 1961-62, BUT '62 WAS THE YEAR STEVE STARTED 'SPIDERMAN'. 1963 STOPPED DOING 'GORGO & KONGA'. STARTED DR. STRANGE.' NOW STEVE IS DOING 'SPIDERMAN' AND 'DR. STRANGE'

GARY - DO YOU PREFER INKING TO PENCILLING?
STEVE - LIKE BOTH, EACH HAS IT'S OWN FASCINATING PROBLEMS.

GARY - DO ALL MARVEL ARTISTS WORK TWICE-UP?
STEVE - I THINK SO.

GARY - DO YOU USE A BLUE PENCIL FOR YOUR ROUGH SKETCHES?
STEVE - NO!



© 2020 DC Comics, Inc.

GARY- WOULD YOU PREFER TO DRAW AND INK OR DO YOU PREFER OTHER PEOPLE TO INK YOUR PENCILS?
STEVE- RATHER DO IT ALL MYSELF.

GARY- WHAT TYPE OF PEN DO YOU PREFER? DO YOU PREFER A PEN TO A BRUSH?
STEVE- I CHANGE OFF FROM ONE TO THE OTHER. I USE DIFFERENT ONES, DEPENDING ON HOW I FEEL I LIKE A HUNT 102.

GARY - DOES MARVEL ALLOW THEIR ARTISTS ANYTHING IN THE WAY OF SUPPLIES?
STEVE - NOTHING SUPPLIED.

GARY - DO YOU USE SOME TYPE OF OPAQUE COLOR TO ERASE MISTAKES?
STEVE - SOMETIMES. ALSO USE RAZOR BLADE OR INK ERASER.

GARY - HAVE YOU EVER CONSIDERED SYNDICATING A STRIP?
STEVE - YES, BUT NOT SERIOUSLY.

GARY - DO YOU HAVE ANY PERSONAL DISLIKES IN COMICS?

DITKO-0045



**DR. STRANGE**

STEVE - I HAVE THEM ABOUT EVERYTHING.

GARY - WHAT IS YOUR FAVORITE TV SHOW?
STEVE - DON'T WATCH TV.

GARY - HOW LONG DOES IT TAKE TO COMPLETE A PAGE OF ART?
STEVE - DEPENDS ON HOW I FEEL AND INTEREST IN THE STORY AND DEADLINE.

GARY - WHO ORIGINATED CAPT. ATOM?
STEVE - SOMEONE AT CHARLTON PRESS. DON'T KNOW EXACTLY WHO AS I JUST WORKED OUT COSTUME, ETC.

GARY - WHY WAS HE DISCONTINUED?
STEVE - I DON'T KNOW.

GARY - WHO ORIGINATED SPIDERMAN?
STEVE - STAN LEE THOUGHT THE NAME UP. I DID COSTUME, WEB GIMMICK, ON WRIST, & SPIDER SIGNAL.

GARY - WOULD YOU ENJOY CONTINUING ON HIM?
STEVE - IF NOTHING BETTER COMES ALONG.

GARY - ABOUT YOUR ART, HAVE YOU EVER ATTEMPTED PAINTING OR ANY OTHER FIELD OF ART?   STEVE - NO.

GARY - IS THERE A CHANCE OF A REVIVAL OF CAPTAIN ATOM?
STEVE - ONLY CHARLTON PRESS CAN ANSWER THAT.

GARY - DO YOU/DID YOU EVER DRAW FROM MODELS?
STEVE - ONCE, WHEN STUDYING.

GARY - DO YOU STICK TO YOUR ASSIGNED SCRIPT OR DO YOU SOMETIMES DRIFT?   STEVE - I'M ALLOWED TO DRIFT.

GARY - OTHER THAN, PRACTICE, PRACTICE, AND PRACTICE, WHAT OTHER ADVICE TO BUDDING YOUNG ARTISTS DO YOU OFFER?

© 2020 Marvel Characters, Inc.

STEVE - LEARN WHAT IS RIGHT & WRONG ABOUT DRAWING OR ART. PRACTICING BAD DRAWING HABITS IS AN AWFUL WASTE.
 STUDY ANATOMY - YOU SHOULD KNOW WHAT IS UNDER THE SKIN AND HOW IT MOVES.
 STUDY PEOPLE - TO SEE HOW THE MUSCLES & BONES CAUSE THE VARIOUS SHADOWS, BUMPS & SHAPES — THEIR GESTURES, EMOTIONS, HABITS — EVERYTHING ABOUT THEM.
 STUDY OTHER ARTISTS - TO SEE HOW THEY INTERPET ANATOMY, PEOPLE, ETC.

EVERYTHING TODAY, WHETHER IT'S A LIGHT BULB OR THE ENGLISH LANGUAGE — OR A CAR, IS THE RESULT OF PEOPLE BUILDING ON THE KNOWLEDGE OF PEOPLE BEFORE US. EVERYONE ADDING SOMETHING OF THEIR OWN.
 THAT IS WHY YOU MUST STUDY =
  1. THE BASIC ANATOMY COMPOSITION, DRAPERY AND EVEN STORY TELLING.
  2. THEN SEEING HOW THIS BASIC ANATOMY, OR BASIC DRAPERY LOOKS ON HUMAN BEINGS IN VARIOUS POSES. LIGHTING OR CONDITIONS, WET CLOTHING IS DIFFERENT THAN DRY.
  3. AND STUDYING OTHER ARTISTS TO SEE HOW THEY INTERPET THE BASIC ANATOMY COMPOSITION, DRAPERY, ETC.

THIS DOES NOT MEAN YOU COPY WHAT THEY DO — BUT TO HELP YOU UNDERSTAND HOW IT IS DONE AND WHY. TO SHOW A MAN LAUGHING — MEANS DEFINITE MUSCLES MUST MOVE, YET 10 DIFFERENT ARTISTS CAN DRAW 10 DIFFERENT PICTURES AND ALL BE RIGHT AND NOT TWO DRAWINGS BE ALIKE. BASICALLY, YES- THEY'RE ALL THE SAME — SINCE SMILING ACTION MUST CONFORM TO ANATOMY, BUT THE ARTIST'S INDIVIDUAL APPROACH TO HOW TO SHOW IT SETS HIM APART.

  1. SO STUDY THE BASICS.
  2. SEE HOW IT APPEARS IN LIFE.
  3. HOW OTHERS INTERPET IT.
  4. AND FROM IT ALL, DO IT IN A WAY THAT YOU PERSONALY FEEL IS RIGHT OR GOOD.

*Gary Martin*
ILLOS AND PRINTING BY BILL WHITE

DITKO-0046