# EXHIBIT 46



TSK! TSK!
BY S. DITKO #2 © 1999
WHY DO SOME PEOPLE SEEK THE UNEARNED...
TIME CREDITED STAN LEE AS CREATOR OF SPIDER-MAN.(1)
I WAS THE ONLY ONE WITH A PRINTED CLARIFICATION, CORRECTION.(2)
(1) 11/6/98
(2) 11/13/98
STAN SAID IN A COMIC BOOK MARKETPLACE INTERVIEW(3) THAT HE GAVE ME THE "FAMOUS" SPIDER-MAN-LIFTING MACHINERY IDEA.
I RESPONDED (4) THAT STAN DID NOT GIVE ME THAT IDEA, COULD NOT HAVE GIVEN ME ANY IDEA FOR THAT SEQUENCE, FOR THAT ISSUE, OR FOR MANY PRECEDING ISSUES.
NO ONE ELSE ADDRESSED THAT DISPUTE IN THE MAGAZINE.
(3) #61, 7/98, (4) #63, 9-10/98
STAN WRITES IN "STAN LEE'S SOAPBOX"(5)
"YOU KNOW ME, I'LL TAKE ANY CREDIT THAT ISN'T NAILED DOWN"
(5) 5/99 MARVEL COMICS
SELF-DEFENSE IS A VALID MORAL PRINCIPLE AGAINST INITIATORS.
AND WHY DO OTHERS ALLOW INJUSTICE AND APPROVE THE UNEARNED?
HE SAID IT SO IT'S PROVEN, TRUE!
I DON'T KNOW WHAT'S TRUE, BUT I'LL GO ALONG.
WHO CARES, WHAT'S TRUE! I WANT IT TO BE SO.
I DON'T HAVE TO KNOW FACTS OR TRUTH TO DECIDE IT.
IS ANYONE ENTITLED TO AN UNSUPPORTED OPINION OR CLAIM?
IS REWARDING THE UNDESERVING SHOWING THE PROPER RESPECT FOR JUSTICE? (ONESELF?)

30

# TSK! TSK! by S. Ditko © 1999
## WHATEVER HAPPENED TO COMMON SENSE?

ON WHAT *FACTUAL GROUNDS* DO SOME PEOPLE TALK, WRITE AND CLAIM THAT SPIDER-MAN IS A *ONE-MAN* CREATION?

**STAN LEE'S SPIDER-MAN "CREATION"**

SPIDER-MAN

A 1 OR 2 PAGE SYNOPSIS FOR THE ARTIST WHO MUST DRAW 21-24 PAGES OF STORY/ART PANELS.

(DIALOGUE MUST THEN BE ADDED WORKING FROM THE ARTIST'S ROUGH PANEL SCRIPT.)

**STEVE DITKO'S SPIDER-MAN "CREATION"**

IS MARVEL'S SPIDER-MAN COMIC BOOK CHARACTER A *ONE-MAN* CREATION? OR A *CO-*CREATION?

PSSST! CHECK MARVEL'S STATIONARY, MAILING LABELS: *WHICH* CREATION IS *USED*? ...WORD OR ART NAME OR COSTUME?

ANYONE INTERESTED IN... FACTS...TRUTH

SPIDER-MAN © 1999 MARVEL CHARACTERS, INC.   29



DITKO-0236



TSK! TSK! BY S. Ditko (c.) 2000
! ? ! ? ! ?
AUG. 8, 1999
STAN LEE'S "TO WHOM IT MAY CONCERN" STATEMENT
THE COMICS NOV. 1999
"I HAVE ALWAYS CONSIDERED STEVE DITKO TO BE SPIDER-MAN'S CO-CREATOR... I WRITE THIS TO ENSURE THAT STEVE DITKO RECEIVES THE CREDIT TO WHICH HE IS SO JUSTLY ENTITLED."
S-M S.L.
S-M S.D.
JUSTICE
FEB. 23, 1963
STAN LEE'S LETTER TO THE COMIC READER #16
"WE HAVE A NEW CHARACTER... NAMED DR. STRANGE. ...TWAS STEVE'S IDEA."
D.S. S.L.
D.S. S.D.
JUSTICE
DEC. 7, 1999
TAMPA TRIBUNE INTERVIEW
"RAIL: WHAT HERO IS YOUR FAVORITE CREATION?"
"SL: I DON'T KNOW... DR. STRANGE. WELL, SPIDER-MAN, HE'S THE MOST FAMOUS CHARACTER I CREATED."
D.S S-M S.L.
D. & S.D.
IN JUSTICE
MAY, 1999
"STAN LEE'S SOAPBOX"
MARVEL COMICS
"YOU KNOW ME, I'LL TAKE ANY CREDIT THAT ISN'T NAILED DOWN."
END 32