# EXHIBIT 50

1650 Broadway #715
New York, NY 10019-6833
Dec 21, 2013

Dear David,
   the New York newspapers had some material on the Banksy artist, material, etc. I didn't get too involved in it.
   NYC went through that years ago with the GRAFFITTI "artist" with their spraying subway cars/trains private property with their "art."
   It's the old violating the rights of another's property be it public or private.
   History has all kind of public exhibitionist doing "their thing."
   Yes,
   "making a statement" was a popular defense, justification, contradictions of all kind continue.
   I don't get involved in trying to understand someone's nonsense. It's not a valid mystery.
   Modern abstract art is a deliberate distortion of man/mind proper means of comprehending life, the world.
   History is full of "off the wall" claims, frauds— Piltdown man, Lock Ness monster, flying saucers, etc.
   It's to be expected and to continue.
   That's an interesting Season Greeting Card.
   It may be because I had to do so many city

CURRIE-0069

2 backgrounds scenes that I like seeing settings, architectural details, the odd, familiar etc. moving the eyes to explore details, the un-expected, etc.

Comic book fans, fan publications don't want to report on my and Robin Snyder's material unless it's negative in some way.

I don't give interviews, attend conventions so fandom remains childish, spiteful.

It has to be embarrassing for comic book fan publications since me and Robin have been putting out material for 25 years.

When Robin started publishing his COMICS there were issues in comics he wanted to cover, etc. I'm not a writer.

But the issues - stolen art, etc - affected me so I agreed to do some writing on them.

It just grew.

Comic book fandom continues to be childish, resentful because they can't have their way.

The "who 'created' Spider-man" etc. issues, controversies were created by fan publication interviewers who refused to be honest, accept what was told, to have something to publish.

Facts, truth didn't matter to them or "fans".

A correspondent sent me a copy of Lee's "biography" so I was able to show, expose the flaws and incompetence of comic book fan publications.

3/ I'm amazed at how shabbily so many comic book fans treat themselves by always wanting to have their own way with others.

But it's not only in the area of comic books. It involves all areas of life and it's global.

We keep seeing fan resentment over some anouncement of some actor who is to play some comic book hero in a movie.

D. Craig caused a big negative fan response when it was announced he would be James Bond.

Disappointments, complaints are to be expected. It's the degree of public response that is revealling.

Regards,
Steve Ditko
Steve Ditko

CURRIE-0071