# EXHIBIT 51

1650 Broadway #715
New York, NY 10019-6833
Feb 2, 2014

Dear David,

Bath has an enviable history and one that has retained it's unique origins, its character.

Additions seem more complimentary than adversarial.

It's difficult for me to experience a familiarity with my early New York years.

It's the details that give the unique identity that dominate Bath, all closer to the plant and human life, of being a part of continuity and not some strange environment.

One can't walk a block in my area without some construction going on — tearing down, building a new — businesses failing, empty stores, new ones starting up.

Variety and confusion, but normal for NYC.

Comic book fandom has become authoritarian.

When I did my First Question story for Charlton Press, the publisher of a leading fan magazine attacked the Question and me.

The publisher, publication would decide what was proper fiction, fantasy, certainly not any

CURRIE-0072

2.

writer, artist or publication.
The anti-me grew, especially with MR.A, etc.
Wally Wood who created WITZEND wanted a publication for creators to copyright their ideas, creations.

The publisher who took over from Woody asked me for something. I did a six pager that he not only rejected but later collaborated with another artist and published an attack on me and MR.A.

There were editors at both Marvel and DC comics — new comic book (an) editors who wouldn't use me and even pressured other editors not to give me any assignments.

One shouldn't be surprised at the degree of anti-heroes in comics today.

No. I'm not interested in the Laszlo Hammer lyrics.

As a freelancer, my focus had to be on what is next, what has to be done.

The last job is history.

The movie actor Robert Mitchum was once asked: "What's you're favorite movie role?"
Mitchum answered: "The next one."

I saw and liked the reprint of LASZLO, but I'm still drawn, focused on the next.

CURRIE-0073

3/ All kinds of things positive and negative turn off/inspire and are acted on in various degree - succeed/fail.

It's to be expected.

No one is going to change minds that are unwilling to be changed, minds already set in their ways, direction, as the history of the human race continue to show.

There are human islands with dominate likes, beliefs in a world of instability.

And there will always choices to be made with no guarantees.

It's the old "one always has to pay the price."

Regards,

Steve Ditko
Steve Ditko

CURRIE-0074