# EXHIBIT 53

1650 Broadway #715
New York, NY 10019-6833
Feb

Dear David,
  Yes, meeting J. Robinson, M. Meskin, Simon and Kirby made it possible to break into a very difficult, competitive field with so many good comic book artists.
  The best provide some kind of edge that adds something usually special not seen in the usual competent artists.
  It was a very competitive business before the comics Code ruined the industry.
  Yes, Robinson, Meskin teamed up in a number of comic book titles, features, and strange as it seems, I've noticed some panels where the original re/in panel art was changed, a new, different panel by someone else.
  It's happened with me at DC/Marvel where the editor wants something else.
  Yes, Robinson had his newspaper strips, editorial cartoons, spot gags in newspapers and his efforts for creator rights, etc.
  The Joker is an unresolved issue.
  Bob Kane took his Batman idea to National, as his copyrighted creation — he legally, morally owned Batman.
  It's a big difference with Seigel/Shuster and Superman. They may be creators of Superman morally but not legally.
  Many writers of novels have, use ghost writers, but it's the original name that sells.
  So whatever Kane's true personality, in dealing

CURRIE-0078

with the actual writer/artist on Batman, Kane protected his idea from the start.

Inventors, etc, in all businesses have problems of copyright, ownership.

And it's common with all originators, creators that there will be voices claim the ideas was stolen from some assistant, someone prior.

Yes, B. Comberbatch has become the center of a lot of possibilities — Dr. Strange being one.

I'm surprised Dr. Strange who never fit into the Marvel Universe continued to be published.

It's like making a contradiction actually blend.

But with the Anti-hero Comic book universe, anything goes.

I was never asked to do a Dr. Strange cover.

It's hard to understand, explain Stan's motives with his likes, dislikes with his obsession with butt shots.

In a cover, I had S-M leaping toward the Molten man. S-M was changed to leaping across the molten man to OFF the cover.

What pleases any editor. They all have their likes and dislikes.

DC Comics had a number of editors and the artists couldn't work for any other DC editor.

Peter Parker — SM — was not a born hero or like some veteran, professional from the start.

Parker has his getting his powers, so not even a rookie being instructed by a veterans.

Parker has to learn, grow up to be a hero

CURRIE-0079

3/

Archie Goodwin really challenged me to stretch, allowing me to experiment, a usual "NO, NO" with most editors, comic companies for some company "House Look."

So Archie is one of the rare ones.

The many comic book fans complaints about Charlton's poor coloring is just childish like/dislikes, confessing ignorance of comic book printing and just wanting to have their way.

Charlton's art lines, details weren't covered, lost.

I've seen some computer coloring used now that covers up, eliminates details.

Progress always means losing and gaining and it can be hard to know what is actually best.

There will alway be the for and against.

All empire attempts are the attempt of some power luster to rule over all, some destiny or some GOD.

The South American empires have a long history of some GOD's claim, commands, etc. now lying in ruins hidden by natures growth.

The countless human lives, terrified, painful living conditions, terrified, wiped out.

The crusaders fought among themselves, against some of their own people, failed to stop Islam.

Islam was stopped by a worse brutal horde, the Barbarians from Asia in Iraq.

CURRIE-0080

4/ Religion rejects, is opposed to, ignorant of geology, anthropology, etc. the long, long history of planet earth from its birth — hot gases, etc, long cooling periods process, to first signs of any kind of life forms, amoebes, etc, life in water to land life forms — to the age of dinosaurs — extinct — to present.

Few will believe at one time there was only one continent, land mass on planet earth, that it slowly, very slowly broke up — moving plates — to establish our now Europe, North, South America, Australia, the Hawaiin Islands, etc.

Were in the computer, internet age, etc. with a little understanding interest or care of how we all came to be so unable and unwilling to deal properly with whatever the degree of problem from annoyances to wars.

It's a 25th Anniversity of Robin and me putting out material on personal histories of writers, artists and my stories, art.

Everything adds up.

Regards
Steve Ditko
Steve Ditko

CURRIE-0081