# EXHIBIT 60

y

1650 Broadway #415
New York, NY 10019-6833
Sept 6, 2014

Hi David,

Wally Wood did an astounding thing for writers and artists, an opportunity to create and copyright what one creates, protecting and able to cash in on it at any future time.

Wood deserves much more recognition and too few appreciate what he offered those working in comic book publishing.

I think Wally was disappointed in that so few professionals were willing to take advantage of such a great opportunity.

I believe that is why he turned Witzend over to Bill Pearson.

The professionals seemed unable to actually be able to create something on their own or they wanted a payment for everything they did.

Bill Pearson just confessed he couldn't tolerate some people's fiction.

He once asked me to contribute something — I did the 4 pager "In Principle" which he rejected.

It seems he couldn't tolerate some people's fiction but was very willing to indulge in his kind of abusive fantasy with "MR E."

But it's not the first or will it be the last when some ideas and opportunities are rejected by some anything goes fantasies are published.

Comic book fans who later became editors, writers wanted flawed heroes, anti-heroes to suit their own unwillingness to even seek higher standards.

CURRIE-0120

2/ It seem comic book companies publishers, editors, too many writers and artist want the comfort of the anti-hero, we're ALL grey so no one can judge anyone or anything.

    The Superman exposure.

DC editors, the comic industry built, growing on an ALIEN hero, super hero base.

    There's the usual degrees of evasion, self-blindness to the new, the different or face it honestly.

    The then editors seemed afraid of the creatively different, they didn't know how to judge anything objectively only emotionally.

    Too many editors just refuse to let buyers decide, refuse to let buyers have choices with the widest range of fiction and fantasy.

    You'd be shocked at the number of stories actually editor accepted, written, drawn — and NEVER published for one reason or another.

    Exploration should be a big idea of publishing comic book fiction and fantasy stories and art.

    That should be the main long range view of publishing stories and art.

    ==Dr. Strange started out as a 5 page back-up.==

    ==Even some poor plots by Stan, others, incompetent inkers didn't sink my basic ideas for Doctor Strange.==

    One has to be willing to fail.

    Life offers no guarantees.

    Why not explore the potentials?

    There will always be abusers of good things.

    The only important audience is oneself to dare something worthwhile, novel, new, etc.

CURRIE-0121

3/ There's the old: "Ameteurs compete with professionals, Professionals compete with themselves."

Oh, yes. Technology keeps changing faster today.

When I started doing comics, the original art page size was 12"x18".

I don't know the exact technology but printers found out they could copy 4 pages instead of one if a smaller original art page.

So all original art pages had to be done on the new reduced size page.

Photostats, once necessary, now a memory.

Now computers with regular changes, et on the what and how.

I'm not into computers so I can't see the advantages, disadvantages.

From some samples I've seen of computer coloring, the colors seem too dense, hiding inking details, etc.

Many used to complain about Charlton's press printing, coloring compared with DC, Marvel, etc. but the coloring never bothered me. The inking detail was clear.

I didn't have any standard for the company or for the colorist, etc.

Yes. Comic conventions changed from for all comic book related to now movie domination AND with comic book sales declining.

There are always positive/negative changes, but it's not easy to know what actually causes the changes positive or negative.

Marvel and DC for a long time dominated the 100 best monthly selling comics

CURRIE-0122

4 Recently 7 different titles appeared on the charts.

There's always been a problem with outlets that sell comic books.

Who, where can ALL the published comic books be carried, who can afford the monthly risks, etc.

Re-evaluations continue.

The start, origins are usually the most interesting.

The greatest creative period for comics, the 1940's, starting the comic book industry.

68 page comic books (now 20 or less)

Eight to 10 different stories, characters, etc.

Imagine a character called "The Green Turtle" or the "Clock", etc.

N.Y. City is experiencing its summer DECONSTRUCTION/CONSTRUCTION of all kind on almost every block — noise, traffic problems, etc.

Weather's been alright.

Other parts of the state, country with the usual storms, flooding, cyclones, fires and protesting.

And one can always enter his or other creative worlds to see what kind of surprises he will find.

There will always be risk takers.

Regards,

Steve Ditko
Steve Ditko

CURRIE-0123