# EXHIBIT 67

File No. _____3115_____ , 2018

At the Surrogate's Court of the County of New York,
held at the Surrogate's Court of the County of New York,
on the 22ᵈ day of *August* , 2018

**NORA S. ANDERSON**

Present:

Honorable

Surrogate.

| |
|---|
| Proceeding for Letters of Administration, Estate of<br><br>Stephen J. Ditko a/k/a<br>Stephen John Ditko<br><br>Deceased. |

**Decree Granting Letters
of Administration**

Upon reading and filing the petition of Patrick S. Ditko

verified the 23ʳᵈ day of July, 2018, it is

ORDERED AND DECREED that letters of administration of the goods,

chattels and credits which were of the above-named decedent be and the same are hereby

awarded to                              Patrick S. Ditko

who appears to be entitled thereto, upon *his* ~~executing a bond according to law, with~~

~~sufficient sureties, in the sum of~~ _____ ~~dollars and otherwise~~ qualifying according

to law.

NSA
Surrogate