# EXHIBIT 68B

1956

| Date | Account | Type of Work | Amount | Total |
|---|---|---|---|---|
| [Ju]ly 21 | Mag. Management | Cliff Mason Juan Sept 4 PGS. | 96 00 | 2467 11 |
| [Ju]ly 28 | Mag. Management | BATTLE ACT. SEPT 5PGS HIDDEN ENEMY K-714 | 120 00 | 2587 11 |
| Aug 4 | Mag. Management | Navy Combat L-53 5PGS Torp. Taylr. THE LONE WOLF STRIKES | 120 00 | 2707 11 |
| Aug 17 | Mag. Management | TORPEDO TAYLOR SEPT 5PGS L-9 ENEMY BLOCKADE | 120 00 | 2827 11 |
| Sept 1 | Mag. Management | CAUGHT NOV 5PGS THE MAN WHO FOLLOWED L-186 | 120 00 | 2949 11 |
| Sept 19 | Mag. Management | WEST GUNFIGHTERS NOV 4 PGS L-279 | 96 00 | 3045 11 |
| " | Mag. Management | HUMANOIDS NOV 4PGS L-233 | 96 00 | 3141 11 |
| Sept 28 | Mag Management | MARINES IN BATTLE DEC 5PGS MINE FIELD L-356 | 120 00 | 3261 11 |
| Oct 12 | Mag Management | NAVY COMBAT DEC 5PGS (TT) FIRE ONE L-398 | | |
| Oct 12 | Mag Management | Navy Combat Dec. 5 pgs (TT) Destroy the Enemy L-397 | 336.00 | 3597 11 |
| Oct 12 | Mag Management | NAVY ACTION DEC 4 5PGS "LANDING PARTY" L-369 | | |
| Oct 29 | Mag Management | BATTLE ACTION JAN. 4PGS REDS (AMBUSH) FFF | | |
| Oct 29 | Mag Management | VANN - JAN 4PGS (CM) "MIDNIGHT MARAUDER" L-650 | 312 00 | 3909 11 |
| Oct 29 | Mag Management | Caught Jan 5 Pgs. The Spider Strikes L656 | | |
| Nov. 10 | Mag Management | Battle Jan 5PGS Occupation Force | 240.00 | |
| Nov. 10 | Mag Management | Two Gun Western 5 pgs. A Gun at His Back L-748 | | 4149 11 |
| Nov. 25 | Mag Management | Battle Action Jan. 4 pgs. Spy WATCH YOUR SUB DIE. 5PGS - FEB | 216 00 | 4365 11 |
| Nov. 25 | Mag. Management | NAVY COMBAT (TT) L-878 Undersea Raiders 5 pgs Feb. | | |
| | Mag Management | Navy Combat (TT) L-876 | 240 00 | 4605 11 |
| Dec 10 | Mag Management | Shadow of the Gun Duel Gunsmoke Western M-41 | | |
| | Mag. Management | VANN - APR. 4PGS (CM) TEN TOED BEAST | 96 00 | 4701 11 |

1957

| DATE | ACCOUNT | TYPE OF WORK | | AMM'T PD. | | TOTAL | |
|---|---|---|---|---|---|---|---|
| May 24 | Don McGovern | LINE DRAWINGS + PASTE-UPS #2 | | 105 | 00 | 2146 | 00 |
| May 31 | Don McGovern | Line Drawings & Plans | | 90 | 00 | 2,236 | 00 |
| June 8 | Don McGovern | Artwork | See Bills | 100 | 00 | 2336 | 00 |
| June 15 | Don McGovern | " | " | 125 | 00 | 2461 | 00 |
| June 22 | Don McGovern | " | " | 100 | 00 | 2561 | 00 |
| June 29 | Don McGovern | " | " | 65 | 00 | 2626 | 00 |
| July 7 | Don McGovern | " | " | 130 | 00 | 2756 | 00 |
| July 13 | Don McGovern | " | " | 120 | 00 | 2876 | 00 |
| July 20 | Don McGovern | " | " | 100 | 00 | 2976 | 00 |
| July 27 | Don McGovern | " | " | 90 | 00 | 3066 | 00 |
| Aug 3 | Don McGovern | " | " | 115 | 00 | 3181 | 00 |
| Aug 10 | Don McGovern | " | " | 90 | 00 | 3271 | 00 |
| Aug 17 | Don McGovern | " | " | 115 | 00 | 3386 | 00 |
| Aug 26 | Don McGovern | " | " | 75 | 00 | 3461 | 00 |
| Sept 6 | Don McGovern | " | " | 80 | 00 | 3541 | 00 |
| Sept 13 | Don McGovern | " | " | 120 | 00 | 3661 | 00 |
| Sept 23 | Don McGovern | " | " | 80 | 00 | 3741 | 00 |
| Sept 26 | Don McGovern | " | " | 115 | 00 | 3856 | 00 |
| October 4 | Don McGovern | " | " | 115 | 00 | 3971 | 00 |
| October 10 | Don McGovern | " | " | 60 | 00 | 4031 | 00 |
| October 17 | Don McGovern | " | " | 20 | 00 | 4051 | 00 |

# 1957

| DATE | ACCOUNT | TYPE OF WORK | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|
| Jan 11 | "Mag. Manag." | KID-DOGE CITY 6PGS MAR "RENO GANG RIDES" MH73 | 144 | 00 | | |
| " | " | KID-DODGE CITY 7PGS MAR "STRAP ON YOUR GUNS" M-121 | 168 | 00 | 312 | 00 |
| Jan 13 | Don McGovern | 1 Spot DRAWING | 10 | 00 | 322 | 00 |
| Jan 25 | Mag Manag. | WESTERN GUNFIGHTERS 5PGS APRIL | 120 | 00 | 442 | 00 |
| Jan 25 | Mag Manag. | TORPEDO TAYLOR APRIL 5PGS NAVY COMBAT | 120 | 00 | 562 | 00 |
| Feb. 2 | Don McGovern | 4 Chassis Drawings | 55 | 00 | 617 | 00 |
| Feb. 25 | Mag Manag | KID-DODGE CITY ALWAYS A FASTER GUN - 4PGS | 96 | 00 | 713 | 00. |
| Feb. 25 | Mag Manag | KID-DODGE CITY LAWLESS TOWN 5PGS | 120 | 00 | 833 | 00 |
| March 9 | Mag Manag | CLIFF MASON 4PGS M-715 JUNGLE MANHUNT | 96 | 00 | 929 | 00 |
| March 9 | Mag Manag. | Kid-Dodge City Shoot or Shut Up. M-545 5 pgs. | 120 | 00 | 1049 | 00 |
| March 9 | Mag Manag | Kid-Dodge City Hounded M-516 5 pgs | 120 | 00 | 1169 | 00 |
| March 22 | Mag Manag, | TORPEDO TAYLOR JUNE 5PGS NAVY COMBAT | 120 | 00 | 1289 | 00 |
| April 9 | Mag Manag | NAVY TALES JUNE 4PGS "MIGS" M-920 | 96 | 00 | 1385 | 00 |
| March 31 | Don McGovern | 1 SPOT DRAWING BOY ASSEMBLING PLANE | 20 | 00 | 1405 | 00 |
| April 15 | Mag Manag | KID-DODGE CITY 5PGS SHOOT OR SHUT UP? | 120 | 00 | 1525 | 00 |
| May 1 | Mag Manag. | KID-DODGE CITY 4 PGS TRIGGER-PRONTO O-21 | 96 | 00 | 1621 | 00 |
| May 16 | Mag Manag | KID-DODGE CITY 5PGS TRAPPED IN A TEXAS TOWN M-999 | 120 | 00 | 1741 | 00 |
| May 16 | Mag Manag | KID-DODGE CITY 5PGS GO FOR YOUR GUNS M-997 | 120 | 00 | 1861 | 00 |
| May 1 | Mag. Manag, | CLIFF MASON 4PGS. Intruder in the Jungle O-22 | 96 | 00 | 1957 | 00 |
| May 16 | Mag. Manag. | TORPEDO TAYLOR ACG- 1 PAGE NAVY COMBAT O367 | 24 | 00 | 1981 | 00 |
| May 20 | Don McDovern | SEE BILL #1 ART WORK | 60 | 00 | 2041 | 00 |

1958

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD. | TOTOL |
|---|---|---|---|---|
| 1/5 | Don McGovern | Art Work | 95 00 | 95 00 |
| 1/12 | " " | " " | 110 00 | 205 00 |
| 1/19 | " " | " " | 135 00 | 340 00 |
| 1/26 | " " | " " | 110 00 | 450 00 |
| 2/2 | " " | " " | 107 00 | 557 00 |
| 2/9 | " " | " " | 107 00 | 664 00 |
| 2/16 | " " | " " | 107 00 | 771 00 |
| 2/23 | " " | " " | 110 00 | 881 00 |
| 2/28 | " " | " " | 90 00 | 971 00 |
| 3/7 | " " | " " | 120 00 | 1091 00 |
| 3/14 | " " | " " | 90 00 | 1181 00 |
| 3/21 | " " | " " | 110 00 | 1291 00 |
| 3/30 | " " | " " | 115 00 | 1406 00 |
| 4/6 | " " | " " | 110 00 | 1516 00 |
| 4/13 | " " | " " | 150 00 | 1666 00 |
| 4/20 | " " | " " | 110 00 | 1776 00 |
| 4/27 | " " | " " | 110 00 | 1886 00 |
| 5/4 | " " | " " | 110 00 | 1996 00 |
| 5/11 | " " | " " | 110 00 | 2106 00 |
| 5/18 | " " | " " | 103 00 | 2209 00 |
| 5/25 | " " | " " | 117 00 | 2326 00 |

1957

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD. | TOTAL |
|---|---|---|---|---|
| [illegible]5 | Don McGovern | Art Work - See Bills | 75 00 | 4126 00 |
| [illegible] | Don McGovern | " " | 100 00 | 4226 00 |
| [illegible] | " " | " " | 90 00 | 4316 00 |
| [illegible]5 | Don McGovern | " " | 100 00 | 4416 00 |
| [illegible]22 | Don McGovern | Art Work - See Bills | 85 00 | 4501 00 |
| [illegible]29 | Don McGovern | " " " " | 100 00 | 4601 00 |
| [illegible]5 | Don McGovern | " " | 100 00 | 4701 00 |
| [illegible]5 | Don McGovern | " " | 1[illegible]0 00 | 4811 00 |
| [illegible]22 | Don McGovern | " " | 108 00 | 4919 00 |
| [illegible]29 | Don McGovern | " " | 90 00 | 5009 00 |

1958

| DATE | ACCOUNT | TYPE OF WORK | AMM'T | PD | TOTAL | |
|---|---|---|---|---|---|---|
| 9/17 | DON McGOVERN | ART WORK | 90 | 00 | 4503 | 00 |
| 9/19 | MAG. MANAGE. | T-138 5PGS WHEN ALIENS MEET | 125 | 00 | 4628 | 00 |
| 9/24 | DON McGOVERN | ART WORK | 90 | 00 | 4718 | 00 |
| 10/1 | DON McGOVERN | ART WORK | 84 | 00 | 4802 | 00 |
| 10/6 | MAG MANAGE | 0-335 KAMIKAZE 5 PGS | 100 | 00 | 4902 | 00 |
| 10/8 | DON McGOVERN | ART WORK | 94 | 00 | 4996 | 00 |
| 10/17 | MAG. MANAGE | T-181 4PGS | 80 | 00 | 5076 | 00 |
| 10/20 | DON McGOVERN | ART WORK | 110 | 00 | 5186 | 00 |
| 10/21 | DON McGOVERN | ART WORK | 105 | 00 | 5294 | 00 |
| 11/5 | DON McGOVERN | ART WORK | 108 | 00 | 5402 | 00 |
| 11/10 | MAG. MANAGE. | T-203 4 PGS. HAUNTED HOUSE | 80 | 00 | 5482 | 00 |
| 11/12 | DON McGovern | ART WORK | 105 | 00 | 5587 | 00 |
| 11/19 | DON McGOVERN | ART WORK | 100 | 00 | 5687 | 00 |
| 11/26 | DON McGOVERN | ART WORK | 92 | 00 | 5779 | 00 |
| 12/3 | DON McGOVERN | ART WORK | 90 | 00 | 5869 | 00 |
| 12/6 | MAG MANAG. | T-227 5 PGS X-200 | 100 | 00 | 5969 | 00 |
| 12/12 | DON McGovern | ART WORK | 65 | 00 | 6034 | 00 |
| 12/17 | DON McGOVERN | ART WORK | 78 | 00 | 6112 | 00 |
| 12/22 | MAG MANAG. | 5PGS | 100 | 00 | 6212 | 00 |
| 12/24 | DON McGOVERN | ART WORK | 100 | 00 | 6312 | 00 |
| 12/31 | DON McGOVERN | ART WORK | 95 | 00 | 6407 | 00 |
| | | TOTAL FOR YEAR | | | 6407 | 00 |

1958

| | ACCOUNT | TYPE OF WORK | AMM'T PD | TOTAL |
|---|---|---|---|---|
| 6/1 | Don McGovern | Art Work | 110 00 | 2436 00 |
| 6/8 | " " | " " | 145 00 | 2581 00 |
| 6/14 | " " | " " | 105 00 | 2686 00 |
| 6/23 | " " | " " | 90 00 | 2776 00 |
| 6/30 | " " | " " | 130 00 | 2906 00 |
| 7/6 | Mag. Manag. | 5 PGS - SPACE STORY | 125 00 | 3031 00 ~~2965~~ |
| 7/6 | Don McGovern | Art Work | 79 00 | 3110 00 |
| 7/16 | Don McGovern | " " | 100 00 | 3210 00 |
| 7/18 | Mag. Manag. | #T-94 I DARED EXPLORE THE UNKNOWN WORLD SEPT TALES OF SUSPENSE | 125 00 | 3335 00 |
| 7/23 | Don McGovern | Art Work | 88 00 | 3423 00 |
| 7/25 | Mag. Manag. | Tales of Suspense Cover #1 | 25 00 | 3448 00 |
| 7/30 | Don McGovern | Art Work | 75 00 | 3523 00 |
| 8/7 | Don McGovern | " " | 110 00 | 3633 00 |
| 8/11 | Mag. Manage. | Journey into Mystery 4 PGS. "Adrift in Space" T-108 | 100 00 | 3733 00 |
| 8/15 | Don McGovern | Art Work | 84 00 | 3816 00 |
| 8/20 | Don McGovern | Art Work | 70 00 | 3887 00 |
| 8/25 | Mag. Managem. | 5 PGS, T-116 | 125 00 | 4012 00 |
| 8/27 | Don McGovern | Art Work | 106 00 | 4118 00 |
| 9/4 | Don McGovern | Art Work | 70 00 | 4188 00 |
| 9/6 | Mag Managem. | 5 PGS STRANGE WORLDS T-134 PRISONER - PLANET OF PLUNDER | 125 00 | 4313 00 |
| 9/11 | Don McGovern | Art Work | 100 00 | 4413 00 |

1959

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD | BALANCE |
|---|---|---|---|---|
| APRIL 8 | DON McGOVERN | ART WORK | 91 00 | 1757 65 |
| APRIL 15 | DON McGOVERN | ART WORK | 82 50 | 1840 15 |
| APRIL 17 | MAG MANAGE | T-393 4-PAGES | 80 00 | 1920 15 |
| APRIL 22 | DON McGOVERN | ART WORK | 95 00 | 2015 15 |
| APRIL 29 | DON McGOVERN | ART WORK | 68 75 | 2083 90 |
| MAY 1 | MAG. MANAGE. | T-410 "I WAS AN UGLY DUCKLING" 5 PGS. LOVE ROMANCE | 100 00 | 2183 90 |
| MAY 7 | DON McGOVERN | ART WORK | 104 50 | 2288 40 |
| MAY 13 | DON McGOVERN | ART WORK | 68 75 | 2357 15 |
| MAY 15 | MAG. MANAGE | TALES OF SUSPENSE - 5 PGS - T-391 I WAS CAPTURED BY THE CYCLOPES | 100 00 | 2457 15 |
| MAY 22 | MAG. MANAGE | 5 PGS - T-436 SNAKE THAT SAVED WORLD | 100 00 | 2557 15 |
| June 5 | DON McGOVERN | ART WORK | 10 00 | 2567 15 |
| JUNE 5 | MAG. MANAGE | T-445 "I FOUND THE FLYING DUTCHMAN." 5 PGS STRANGE TALES AUG | 100 00 | 2667 15 |
| JUNE 12 | MAG MANAGE | T-472 "HE WAITS FOR US IN THE GLACIER" 5 PGS ~~SEPT~~ | 100 00 | 2767 15 |
| JUNE 19 | MAG. MANAGE | T-488 - SEPT - TALES OF SUSPENSE 5 PGS "I SAW THE GENIE STRIKE | 100 00 | 2867 15 |
| JUNE 22 | DON McGOVERN | ART WORK | 100 00 | 2967 15 |
| July 2 | MAG. MANAGE | 6 PGS JOURNEY INTO MYSTERY T-497 "I BROUGHT ZOG BACK TO LIFE" | 120 00 | 3087 15 |
| July 10 | MAG. MANAGE | 5 PGS BATTLE - T-528 | 100 00 | 3187 15 |
| July 14 | DON McGOVERN | ART WORK | 30 00 | 3217 15 |
| July 17 | Mag Manage. | 4 PGS LOVE ROMANCE - T-525 | 80 00 | 3297 15 |
| Aug 3 | Mag. Manage | 5 PGS LOVE T-533 "IS THERE NO MAN FOR ME" | 100 00 | 3397 15 |
| Aug 8 | Mag Manage | 6 PGS STRANGE TALES T-553 MOLE MEN - | 120 00 | 3517 15 |

1959

| DATE | ACCOUNT | TYPE OF WORK | AMM'T PD. | TOTAL |
|---|---|---|---|---|
| January 7 | DON McGOVERN | ART WORK | 35 00 | 35 00 |
| JAN 12 | MAG. MANAGE | COMICS 5 PGS. T-249 | 100 00 | 135 00 |
| JAN 15 | DON McGOVERN | ART WORK | 101 75 | 236 75 |
| JAN. 17 | MAG. MANAGE | 5 PGS T-290 THE DAY THE MACHINES WENT MAD | 100 00 | 336 75 |
| JAN 21 | DON McGOVERN | ART WORK | 74 50 | 411 25 |
| JAN 29 | DON McGOVERN | ART WORK | 40 00 | 451 25 |
| FEB 2 | DON McGOVERN | ART WORK | 20 00 | 471 25 |
| FEB 4 | DON McGOVERN | ART WORK | 98 75 | 570 00 |
| FEB 9 | MAG. MANAGE | GARGOYLE 5 PGS. T-306 | 100 00 | 670 00 |
| FEB 12 | DON McGOVERN | ART WORK | 101 75 | 771 75 |
| FEB 17 | DON McGOVERN | ART WORK | 86 00 | 857 75 |
| FEB 20 | MAG. MANAGE | 5 PGS T-323 | 100 00 | 957 75 |
| FEB 24 | DON McGOVERN | ART WORK | 85 00 | 1042 75 |
| MARCH 5 | DON McGOVERN | ART WORK | 88 00 | 1130 75 |
| MARCH 11 | DON McGOVERN | ART WORK | 60 00 | 1190 00 |
| MARCH 16 | DON McGOVERN | ART WORK | 21 00 | 1211 00 |
| MARCH 16 | MAG. MANAGE | T-330 4 PGS. | 80 00 | 1291 00 |
| MARCH 19 | DON McGOVERN | ART WORK | 120 65 | 1410 65 |
| MARCH 27 | DON McGOVERN | ART WORK | 65 00 | 1475 65 |
| MARCH 31 | MAG. MANAGE | T-372 5 PGS. CONQUERER THE WORLD AT MIDNIGHT | 100 00 | 1575 65 |
| APRIL 1 | DON McGOVERN | ART WORK | 91 00 | 1666 65 |

1959

| | ACCOUNT | TYPE OF WORK | | BAL FOWARD | | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | 5035 | 15 |
| Dec 24 | Mag. Manage. | Kid Colt Outlaw "THE GUN" | T-757 4 PGS. | 80 | 00 | 5115 | 15 |
| | | Total for year | | | | | |

| DATE | ACCOUNT | TYPE OF WORK | | AMM'T. P.D. | TOTAL |
|---|---|---|---|---|---|
| AUGUST 11 | DON McGOVERN | ART WORK | | 10 00 | 3527 15 |
| AUGUST 14 | MAG. MANAGE. | TALES TO ASTONISH<br>MUMMY - KING OF MUMMIES | 6 PGS<br>T-563 | 120 00 | 3647 15 |
| AUGUST 30 | MAG. MANAGE. | TALES OF SUSPENSE<br>IT WALKS BY NIGHT | 6 PGS<br>T-573 | 120 00 | 3787 15 |
| SEPT 4 | DON McGOVERN | ART WORK | | 10 00 | 3777 15 |
| SEPT 4 | MAG. MANAGE | JOURNEY INTO MYSTERY<br>OROGO - THE MENACE FROM OUTER SPACE | 6 PGS<br>T-593 | 120 00 | 3897 15 |
| SEPT 11 | Mag Manage. | Strange Tales<br>BEWARE THE HANDS OF HUNDO - | T-621<br>6 PGS | 120 00 | 4017 15 |
| SEPT 18 | Mag Manage | Journey into Myst.<br>INKING - | T-625<br>1 PG. | 7 00 | 4024 15 |
| SEPT 26 | Mag Manage | RETURN OF ROBOT<br>TALES OF SUSPENSE | T-627<br>5 PGS | 100 00 | 4124 15 |
| October 3 | Don McGovern | Art Work | | 12 00 | 4136 15 |
| Oct 2 | Mag Manage. | GRROOOM THE LIVING LIZARD<br>TALES TO ASTONISH | T-634<br>7 PGS | 140 00 | 4276 15 |
| Oct 19 | Mag Manage | Journey into mystery<br>T-648<br>T-665 | 7 PGS<br>5 PGS | 140 00 | 4316 15 |
| Nov 2 | Mag Manage | I MADE THE HULK LIVE<br>T-685 | 6 PGS | 100 00 | 4416 15 |
| Nov 13 | Mag Manage | BATTLE | 6 PGS | 120 00 | 4536 15 |
| Nov. 20 | Mag, Manage | T-691<br>GUNSMOKE WESTERN | 4 PGS | 100 00 | 4636 15 |
| Nov. 27 | Mag. Manage | T-698 | "SHOOT-OUT" | 80 00 | 4716 15 |
| Nov. 27 | Don McGovern | Art Work | | 14 00 | 4730 15 |
| Nov. 1 | " " | Art Work | | 10 00 | 4740 15 |
| Dec. 6 | Mag Manag. | Tales of Suspense<br>T-690 | 5 PGS | 100 00 | 4840 15 |
| Dec 14 | Mag Manage | THE SAVAGE STALLION<br>WYATT EARP | 4 PGS<br>T-737 | 80 00 | 4920 15 |
| Dec 19 | Don McGovern | Art Work | | 15 00 | 4935 15 |
| Dec 19 | Mag Manage. | JOURNEY INTO MYSTERY<br>I AM THE MAN-BEAST | T-733<br>5 PGS | 100 00 | 5035 15 |

* MISTAKE PREVIOUS PAGE

1960

| Date | Account | Type of Work | Amnt Pd. | | Total | |
|---|---|---|---|---|---|---|
| 6/10/60 | Magazine Management | 6 PGS Strange Tales T-960 - DIMENSION X | 120 | 00 | 2265 | 00 |
| 6/18/60 | Magazine Management | 6 PGS TALES of SUSPENSE T-964 | 120 | 00 | 2385 | 00 |
| 7/8/60 | Magazine Management | 6 pgs Journey into myp. T-1000 Lizards | 120 | 00 | 2505 | 00 |
| 7/15/60 | Magazine Management | 6 PGS Strange Tales V-9 | 120 | 00 | 2625 | 00 |
| 7/22/60 | Magazine Management | 6 PGS Tales to Astonish V-27 Hands of Doom | 120 | 00 | 2745 | 00 |
| 7/29/60 | Magazine Management | 5 PGS Tales to Astonish V-37 Nov. | 100 | 00 | 2845 | 00 |
| 8/5/60 | Magazine Management | 5 PGS RAWHIDE KID OCT V-34 | 100 | 00 | 2945 | 00 |
| 8/12/60 | Magazine Management | 5 PGS TWO GUN KID V-43 Nov | 100 | 00 | 3045 | 00 |
| 8/19/60 | Magazine Management | 5 PGS Tales of Sus V-56 Moonbeo Nov. | 100 | 00 | 3145 | 00 |
| 8/26/60 | Magazine Management | 5 PGS Strange Tales V-59 NOV. | 100 | 00 | 3245 | 00 |
| 8/29/60 | Don. McGovan | Art Work | 10 | 00 | 3255 | 00 |
| 9/2/60 | Magazine Management | 5 PGS JOURNEY INTO MYSTRY V-84 DRAGOO NOV | 100 | 00 | 3355 | 00 |
| 9/7/60. | Magazine Management | 5 PGS GUNSMOKE WESTERN V-91 FASTEST GUN ALIVE | 100 | 00 | 3455 | 00 |
| 9/16/60 | Magazine Management | 5 PGS WESTERN V-90 | 100 | 00 | 3555 | 00 |
| 9/24/60 | Magazine Management | 5 PGS STRANGE TALES V-108 | 100 | 00 | 3655 | 00 |
| 10/3/60 | Magazine Management | 5 PGS RAWHIDE KID V-103 "GUNSLINGER" | 100 | 00 | 3855 | 00 * |
| 10/10/60 | Magazine Management | 5 PGS TALES OF SUS. P8 - V109 | 100 | 00 | 3955 | 00 |
| 10/18/60 | Magazine Management | 5 PGS BLACK CLOCK | 100 | 00 | 4055 | 00 |
| 10/22/60 | Magazine Management | 7 PGS Love Romance V-153 | 140 | 00 | 4195 | 00 |
| 11/7/60 | Magazine Management | 5 PGS. TALES TO ASTON | 100 | 00 | 4295 | 00 |
| 11/14/60 | Magazine Management | 5 PGS Teen Age Romance Man of my Dreams | 100 | 00 | 4395 | 00 |