# EXHIBIT 68C

# 1960

| Date | Account | Type of work | Amt p/d | Total |
|---|---|---|---|---|
| Jan 8 | Magazine Management | 6 Pgs. Strange Tales T-740 - Okato monster | 120 00 | 120 00 |
| Jan 15 | Magazine Manage. | 6 Pgs. Tales to Astonish T-754 Facts face forbidden planet | 120 00 | 240 00 |
| Jan 25 | Magazine Manage. | 5 Pgs. Tales of Suspense T-779 Back in past | 100 00 | 340 00 |
| Feb 5 | Magazine Mange. | 5 Pgs. RAWHIDE KID T-860 WITH GUN IN HAND | 100 00 | 440 00 |
| Feb. 12 | Magazine Manage | 6 Pgs Journey into mys. T-804 DEPTHS OF EARTH | 120 00 | 560 00 |
| Feb 26 | Magazine Management | 6 PGS BEAST MAN Strange tales T-807 | 120 00 | 680 00 |
| March 8 | National Comics | 8 PGS Greatest Adven. Criminal creature | 240 00 | 820 00 |
| March 18 | Don. McGovern | Art Work | 15 00 | 835 00 |
| March 18 | Magazine Management | 6 PGS TALES TO ASTON. "ANOTHER DIMENSION" T-837 | 100 00 | 935 00 |
| March 25 | Magazine Management | T-847 Tales of Sup. 5 PGS. Ape Creature | 100 00 | 1035 00 |
| April 1 | Magazine Management | T-859 Journey into Myst. 6 PGS - HAUNTED FOREST | 120 00 | 1155 00 |
| April 8 | Magazine Management | T-874 Tales to astonish 6 PGS. | 120 00 | 1275 00 |
| April 15 | Magazine Management | T-871 Strange tales 6 PGS | 120 00 | 1395 00 |
| April 22 | Magazine Management | T-885 Tales to Astonish 5 PGS "CXCOR" | 100 00 | 1495 00 |
| April 29 | Magazine Management | T-900 Two Gun Kid 5 PGS - TOMBSTONE KID | 100 00 | 1595 00 |
| May 4 | Magazine Management | Journey into Mystery T-907 5 PGS - | 100 00 | 1695 00 |
| May 13 | Magazine Management | Strange tales T-916 5 Pgs. | 100 00 | 1795 00 |
| May 14 | Don McGovern | Art Work | 10 00 | 1805 00 |
| May 20 | Magazine Management | 6 PGS JOURNEY INTO MYSTERY T-927 | 120 00 | 1925 00 |
| May 27 | Magazine Management | 5 PGS Dinosaur he T-934 Westerge | 100 00 | 2025 00 |
| June 4 | Magazine Management | 6 PGS Tales to astonish T-952 | 120 00 | 2145 00 |

DETTWILER-0039

# 1961

| Date | Account | Type of Work | Amt Pd | Total |
|---|---|---|---|---|
| 1/7/61 | Mag. Management | 6 pgs. V-214 Love Unknown Romance Romance | 120 00 | 120 00 |
| 1/14/61 | Mag Management | 5 PGS - V-217 Tales of Suspense | 100 00 | 220 00 |
| 1/21/61 | Mag Management | 6 PGS V-230 TEEN-AGE SALLY'S SWEETHEART ROMANCE | 120 00 | 340 00 |
| 2/4/61 | Mag Management | 5 PGS GUNSMOKE WESTERN HAWKERS - V-241 | 100 00 | 440 00 |
| 2/4/61 | Don McGovern | Art Work | 15 00 | 455 00 |
| 2/12/61 | Mag Management | 5 PGS STRANGE TALES V-238 | 100 00 | 555 00 |
| 2/20/61 | Mag Management | 5 PGS Kid Colt — V-248 GUNSLINGER | 100 00 | 655 00 |
| 2/27/61 | Mag Management | 5 PGS Tales to Ast. V-258 | 100 00 | 755 00 |
| 3/6/61 | Mag Management | 6 PGS LOVE ROMANCE V-286 - JUNE - | 120 00 | 875 00 |
| 3/7/61 | Mag Management | 5 PGS Tales to Ast V-284 SEPT. | 100 00 | 975 00 |
| 3/24/61 | Mag Management | 7 PGS TEEN AGE ROMANCE V-303 | 140 00 | 1115 00 |
| 3/31/61 | Mag Management | Strange Tales V-300 + 5 PGS + PROD. | 115 00 | 1230 00 |
| 4/7/61 | Mag Management | AMAZING ADVENTURE V-325 5 PGS | 100 00 | 1330 00 |
| 4/14/61 | Mag Management | TALES OF SUSPENSE V-334 5 PGS | 100 00 | 1430 00 |
| 4/21/61 | Mag Management | TALES TO ASTONISH V-330 5 PGS - SOMETHING MISSING | 100 00 | 1530 00 |
| 4/28/61 | Mag Management | JOURNEY INTO MYSTERY - V-346 5 PGS - MENACE FROM MARS | 100 00 | 1630 00 |
| 5/5/61 | Mag. Management | Tales to Astonish V-353 5 pgs | 100 00 | 1730 00 |
| 5/13/61 | Mag. Management | Strange Tales V-36C 5 PGS | 100 00 | 1830 00 |
| 5/20/61 | Mag. Management | Journey into Mys. V-379 5 PGS FOREVER - LONG TIME | 100 00 | 1930 00 |
| 5/28/61 | Mag Management | Strange Tales V-353 5 PGS | 100 00 | 2030 00 |
| 6/6/61 | Mag. Management | Love Romance V-422 AUG - 6 PGS: OLDER MAN | 120 00 | 2150 00 |

DETTWILER-0040

1960

| Date | Account | Type of Work | Amm't pd | | Total | |
|---|---|---|---|---|---|---|
| 1/21/60 | Mag. Mgmt. | Tales of Suspense V-158   5 pgs | 100 | 00 | 4495 | 00 |
| 1/28/60 | Mag. Mgmt | Journey into Mystery V-161   5 pgs | 100 | 00 | 4595 | 00 |
| 2/2/60 | Mag. Mgmt | Rawhide Kid V-175   4 pgs | 80 | 00 | 4675 | 00 |
| 2/13/60 | Mag. Management | Tales of Suspense V-180 | 100 | 00 | 4775 | 00 |
| 2/19/60 | Mag. Management | Tales to Astonish V-194 | 100 | 00 | 4875 | 00 |
| 2/26/60 | Mag. Management | Kid Colt V-197 When A Man's Afraid | 100 | 00 | 4975 | 00 |
| | | Total | | | 4975 | 00 |

DETTWILER-0041

'961

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 2/11/61 | MAGAZINE MANAGEMENT | STRANGE TALES V-729 MAR TV FAN | 100 00 | 4430 00 |
| 4/18/61 | Mag. Management | STRANGE TALES V-739 APRL | 100 00 | 4530 00 |
| 4/26/61 | Mag. Management | Journey into mystery - V-743 APRL | 100 00 | 4630 00 |
| 4/29/61 | Mag. Management | H.O. COLT - V-764 MAN CALLED KEARG MAR | 100 00 | 4730 00 |

total for year                                              4730 00

# 1961

| Date | Account | Type of Work | Amt pd | Total |
|---|---|---|---|---|
| 6/10/61 | Magazine Management | Tales of Suspense V-399 5 pgs | 100 00 | 2250 00 |
| 6/24/61 | Mag. Management | Tales to Astonish V-431 6 pgs Mirror on Wall | 120 00 | 2370 00 |
| 7/1/61 | Mag. Management | Strange Tales V-455 5 pgs | 100 00 | 2470 00 |
| 7/8/61 | Mag. Management | Journey into Mys. V-460 5 pgs, Mind over Matter Oct | 100 00 | 2570 00 |
| 7/15/61 | Mag. Management | Tales of Suspense V-477 Never Trust a Martian Oct | 120 00 | 2690 00 |
| 7/23/61 | Mag. Management | Gunsmoke Western V-513 Barker Bros. 6 pgs Oct | 120 00 | 2810 00 |
| 8/5/61 | Mag Management | Journey into Mys. 5 pgs V-495 | 100 00 | 2910 00 |
| 8/14/61 | Mag. Management | Western 5 pgs Dec - Wild Stallion | 100 00 | 3010 00 |
| 8/21/61 | Mag. Management | Dec Gunsmoke Western 5 pgs V-551 | 100 00 | 3110 00 |
| 9/7/61 | Mag. Management | Dec. Strange Tales V-556 - Cave of Shaggodorr | 100 00 | 3210 00 |
| 9/18/61 | Mag. Management | Dec. Tales to Astonish V-588 13th Floor | 100 00 | 3310 00 |
| 10/2/61 | Mag Management | Jan Journey Into Mys. V-596 Man who played dead | 120 00 | 3430 00 |
| 10/9/61 | Mag. Management | Jan Tales of Suspense V-616 Thing in the Other Room | 100 00 | 3530 00 |
| 10/16/61 | Mag. Management | Jan Strange Tales 5 pgs V-630 | 100 00 | 3630 00 |
| 10/23/61 | Mag. Management | Feb - Journey into Mys Haunted 5 pgs - V-634 House | 100 00 | 3730 00 |
| 10/30/61 | Mag Management | Jan - Kid Colt 5 pgs V-682 War - Chicamau Cnty. | 100 00 | 3830 00 |
| 11/7/61 | Mag Management | Feb - Gunsmoke Western 5 pgs V-679 - Montana Kid | 100 00 | 3930 00 |
| 11/14/61 | Mag Management | Feb Tales of Suspense 5 pgs V-661 | 100 00 | 4030 00 |
| 11/21/61 | Mag Management | Feb Tales to Astonish 5 pgs V-671 Girl in Black Hood | 100 00 | 4130 00 |
| 11/28/61 | Mag Management | Mar Tales to Astonish 5 pgs V-707 Fate | 100 00 | 4230 00 |
| 12/3/61 | Mag Management | Mar Tales of Suspense V-711 Crackpot | 100 00 | 4330 00 |

DETTWILER-0043

| DATE | ACCOUNT | TYPE OF WORK | AMMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|
| 5/14/62 | Magazine Management | 5 PGS V-824 STRANGE TALES LITTLE PEOPLE | 100 | 00 | 2172 | 00 |
| 5/14/62 | Magazine Management | 5 PCS - V-905 LOVE ROMANCES | 100 | 00 | 2272 | 00 |
| 5/23/62 | Magazine Management | 5 PGS V-976 GUNSMOKE WESTERN WHO MURDERED MATT MORGAN | 100 | 00 | 2372 | 00 |
| 5/19/62 | Mag. Management | 8 PGS V-943 Tales to Astonish | 160 | 00 | 2532 | 00 |
| 6/5/62 | Mike Peppe | 3 Spot Drawings Newspaper - Castro | 22 | 00 | 2554 | 00 |
| 6/5/62 | Mag. Management | 5 PGS X-4 RAWHIDE RETURN OF THE OUTLAW | 100 | 00 | 2654 | 00 |
| 6/21/62 | Mike Peppe | 8 PCS - BREAKDOWN - LOVE - FARMER'S DAUGHTER | 64 | 00 | 2718 | 00 |
| 6/25/62 | Mag. Management | 13 PGS - TALES OF SUSPENSE V-933 | 260 | 00 | 2978 | 00 |
| 7/7/62 | Mag. Management | 8 PGS - Tales to Astonish V-9-59 | 160 | 00 | 3138 | 00 |
| 7/9/62 | Mike Peppe | 8 PGS - BREAKDOWN - LOVE - MOVIE STAR | 64 | 00 | 3202 | 00 |
| 7/28/62 | Mag. Management | 6 PGS LOVE ROMANCES V-981 9 PGS | 120 | 00 | 3322 | 00 |
| 8/15/62 | " | 5 PGS - JOURNEY INTO MYST. V-999 | 100 | 00 | 3422 | 00 |
| 8/15/62 | Mag. Management | 5 PCS STRANGE TALES X-9- MAN ALONE | 100 | 00 | 3522 | 00 |
| 8/16/62 | Mike Peppe | 4 PGS BREAKDOWN FLIRTING WITH HEARTBREAK | 32 | 00 | 3554 | 00 |
| 8/21/62 | Mag. Management | 7 PCS Tales of Suspense X-13 "CAN'T ALL BE HUMAN" | 140 | 00 | 3694 | 00 |
| 8/28/62 | Mike Peppe | 4 PGS BREAKDOWN FLIRTING WITH HEARTBREAK | 32 | 00 | 3726 | 00 |
| 9/6/62 | Mag Management | 7 PGS. Tales to Astonish X-24 | 140 | 00 | 3866 | 00 |
| 9/6/62 | Mag. Management | 10 PGS Tales to Astonish X-41 Ant Man | 200 | 00 | 4066 | 00 |
| 9/19/62 | Mike Peppe | 5 PGS FOR ELIAS - PENCILS | 75 | 00 | 4141 | 00 |
| 9/28/62 | Mag Management | 13 PGS TALE of SUSP. V-154 - IRON MAN | 260 | 00 | 4401 | 00 |
| 10/6/62 | Mag. Management | 13 PGS - TALES TO AST. X-105 ANT-MAN + PRODUCTION TALES of SUSP. X-51 | 305 | 00 | 4706 | 00 |

# 1962

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/7/62 | Magazine Management | 5 PGS - V-767 TALES OF SUSPENSE - ONE WENT MAN - APRIL | 100 00 | 100 00 |
| 1/14/62 | Magazine Management | 5 PGS - V-774 GUNSMOKE WESTERN - APRIL | 100 00 | 200 00 |
| 1/21/62 | Magazine Management | 5 PGS - V-779 TALES TO ASTONISH - DANCE YOU FOOL - APRIL | 100 00 | 300 00 |
| 1/28/62 | Magazine Management | 5 PGS V-789 JOURNEY INTO MYSTERY - PERFECT CRIME - MAY | 100 00 | 400 00 |
| 2/4/62 | Magazine Management | 5 PGS V-797 TALES TO ASTONISH - THREE MEN OUTSTANDING - MAY | 100 00 | 500 00 |
| 2/11/62 | Magazine Management | 5 PGS V-805 TALES OF SUSPENSE - MAY | 100 00 | 600 00 |
| 2/18/62 | Magazine Management | 5 PGS V-813 STRANGE TALES - BEWARE THE UBOCHI - MAY | 100 00 | 700 00 |
| 2/21/62 | Mike Pepe | 7 PGS - LOVE STORY BREAKDOWN | 56 00 | 756 00 |
| 2/26/62 | Mag Management | 5 PGS V-832 JOURNEY INTO MYS. - JUNE | 100 00 | 856 00 |
| 3/3/62 | Mag Management | 5 PGS V-847 STRANGE TALES - JUNE | 100 00 | 956 00 |
| March 1/62 | Mag Management | 5 PGS V-852 TALES OF SUSPENSE - GIANTS - JULY | 100 00 | 1056 00 |
| March 11/62 | Mag Management | 5 PGS - V-866 JOURNEY INTO MYST - PHELPS-FILBERT - JULY | 100 00 | 1156 00 |
| March 19 | Mike Pepe | 7 PGS LOVE STORY BREAKDOWN | 56 00 | 1212 00 |
| March 26 | Mag Management | 6 PGS - CURRENT STUFF - JUNE - V-873 - JAILBIRDS | 120 00 | 1332 00 |
| April 1 | Mag Management | 5 PGS - V-874 TALES TO ASTONISH - AFRAID TO DREAM - JULY | 100 00 | 1432 00 |
| April 7 | Mag Management | 6 PGS - V-880 TALES OF SUSP - JULY | 120 00 | 1552 00 |
| April 14 | Mag Management | 5 PGS - V-910 RAWHIDE KID GUN - JUNE | 100 00 | 1652 00 |
| April 21 | Mag Management | 5 PGS V-910 JOURNEY INTO MYSTERY - HUMANS KEEP OUT - JULY | 100 00 | 1752 00 |
| April 28 | Mag Management | 5 PGS - V-9-28 TALES RAWHIDE KID NAVAJOS - JULY | 100 00 | 1852 00 |
| May 7 | Mike Pepe | 5 PGS PEOPLE MY LOVE - FRAME WITH CARD | 120 00 | 1972 00 |
| May 7 | Mag Management | 5 PGS V-900 LOVE ROMANCE | 100 00 | 2072 00 |

DETTWILER-0045

1963

| DATE | ACCOUNT | TYPE OF WORK | | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|---|
| 1/7/63 | MAG. MANGMT | INK | 13 PGS. T OF SUSPENSE MAR IRON MAN - NETHERWORD | 130 | 00 | 130 | 00 |
| 1/17/63 | " " | PENCIL + INK | 13 PG- T OF SUS - MAR- X-229 IRON MAN - VS MAD PHAROAH | 260 | 00 | 390 | 00 |
| 1/21/63 | MIKE PEPPE | PENCIL + INK | LOVE STORY — | 57 | 00 | 447 | 00 |
| 2/7/63 | Mag. Mangmnt | PENCIL + INK | 13 PGS TALES T ASTNSH X-326 ANT MAN - CYCLOPS - | 260 | 00 | 707 | 00 |
| 2/21/63 | Mike Peppe | PENCIL + INK | STONEY BURKE - THRILLER | 110 | 00 | 817 | 00 |
| 2/28/63 | Mag Managmnt | + INK | 18 PS T OF S - X-347 IRON MAN VS JACK FROST | 360 | 00 | 1177 | 00 |
| 3/18/63 | Mike Peppe | INK | SS DAY PEKING — | 36 | 00 | 1213 | 00 |
| 3/26/63 | Mag. Managmnt | Pencil + Ink | 13 PGS - ANTMAN - MUSIC TO SCREAM BY TALES TO ASTNSH | 286 | 00 | 1499 | 00 |
| 4/08/63 | Mag. Managmnt | Pencil + INK | 13 PGS - ANTMAN VS PORCUPINE TALES TO ASTNSH | 286 | 00 | 1785 | 00 |
| 4/15/63 | Mag. Managmnt | Pencil + INK | 13 PGS IRON MAN VS RED DYNAMO TALES OF SUSPENSE X-441 | 286 | 00 | 2071 | 00 |
| 4/24/63 | Mike Peppe | INK | 6 PGS - FROGMAN | 84 | 00 | 2155 | 00 |
| 4/27/63 | Mag. Managmnt | Ink | Cover + 13 pgs Thor — | 140 | 00 | 2295 | 00 |
| 5/3/63 | Mag Managmnt | Ink - | Tales to Astonish GIANT-MAN Kid Colt Production The Gun Feud Johnny Pluto Mystery | 266 | 00 | 2561 | 00 |
| 5/18/63 | Mag Managmnt | Tight pncl Ink | 18 PGS - TALES OF SUSPENCE - JULY IRON MAN VS - MELTER | 306 | 00 | 2867 | 00 |
| 5/31/63 | Mag. Managmnt | PENCIL + INK | THOR JULY - JOURNEY INTO MYST X-451 | 286 | 00 | 3153 | 00 |
| 6/?/63 | Mag. Managmnt | INK | TSCAR - ICE MEN - 5 PGS | 50 | 00 | 3203 | 00 |
| 6/14/63 | Mag Managmnt | PENCIL | THOR - MR HYDE 13PS PART PAYMENT JINN AL AUG - | 130 | 00 | 3333 | 00 |
| 6/14/63 | Don Sherwood | Pencil | DAN FLAG SUNDAY - JULY — | 80 | 00 | 3413 | 00 |
| 6/30/63 | Mag Management | PENCIL INK | THOR - MR. HYDE - 13 PGS FINISH PAYMENT + PROD. | 204 | 00 | 3617 | 00 |
| 7/13/63 | Mag Managmnt | PENCIL INK | THOR MR. HYDE 13 PGS X-513 - OCT | 256 | 00 | 3903 | 00 |
| 7/21/63 | Mag Managmnt | INK | LOVE STORY - FINISHING | 50 | 00 | 3953 | 00 |

DETTWILER-0046

| Date | Account | | Type of Work | | | |
|---|---|---|---|---|---|---|
| Oct 25 | Mag. Management | Pencil Ink | 13 pgs Tales to Astonish X-128 Man who conquered Time | | 260 00 | 4966 00 |
| " | " | Ink + Production | Fantastic Four — Tales to Astonish | | 20 00 | 4986 00 |
| Oct 31 | Frank Giacoia | Pencil Ink | 7 pgs — Frogman #4 Roughs - King Diamonds | | 240 00 | 5226 00 |
| Nov 2 | Mag. Management | Ink | 13 pgs - Tales of Suspense X-91 Iron Man & Carchemis Pro Cover | | 140 00 | 5366 00 |
| Nov 15 | Mag. Management | P+I | 5 pgs — Western | | 100 00 | 5466 00 |
| November 30 | Mag. Management | P+I | 13 pgs — Tales of Suspense X-187 - IRONMAN - BAKKAKYAN RED | | 260 00 | 5726 00 |
| Dec 12 | Mike Peppe | Pencil | 7 pgs Lovestory | | 100 00 | 5826 00 |
| Dec 17 | Mag. Management | P+I | 13 pgs - Tales to Astonish X-217 Return of Eggnead | | 260 00 | 6086 00 |
| Dec 24 | Mag. Management | INK | 18 pgs - Tales to Astonish Covers  X-197 T/A + T/S | | 200 00 | 6286 00 |
|  | TOTAL FOR YEAR | | | | | 6286 00 |

| DATE | ACCOUNT | | TYPE OF WORK | AM'N'T | TOTAL |
|---|---|---|---|---|---|
| 8/1/63 | MAGAZINE MANAGEMENT | P. | IRON MAN - OUT - X-556 MANDARIN - TOS | 254 00 | 4234 00 |
| 8/20/63 | Mike Peppe | INK | 16 PGS - TWILIGHT ZONE - OAKIE - ODNASIS -14/PAGE | 224 00 | 4463 00 |
| 8/31/63 | MAGAZINE MANAG. | P+I | 13 PGS - IRON MAN - SCARECROW X-581 - | 286 00 | 4749 00 |
| 9/5/63 | Ron Sherwood | PENCIL | ART WORK - DAN FLAGG - MAY - 14, 16, 19, 21, | 125 00 | 4874 00 |
| 9/9/63 | Magazine Management | INK | 5 PG - WASP - TALES - | 50 00 | 4924 00 |
| 9/31/63 | Mag. Management | P+INK | 13 PGS - GIANT MAN - TALES TO AST - X-610 | 286 00 | 5210 00 |
| 10/21/63 | Mike Peppe | INK - | 15 PG - FROGMAN - MC.LINTOCK | 230 00 | 5440 00 |
| 10/21/63 | Mag. Management | P+I | 13 PGS - IRON MAN - BORIS + BLACK WIDOW - | 284 00 | 5724 00 |
| 10/6/63 | Geo. Tuska | PEN. | 6 DAILYS - BUCK ROGERS | 60 00 | 5784 00 |
| 11/9/63 | Mag. Management | P+I | 13 PGS VINTOM - IRON MAN BLACK WIDOW STRIKES AGAIN | 288 00 | 6072 00 |
| 11/20/63 | Mag. Management. | I | 5 PG. - | 50 00 | 6122 00 |
| 12/7/63 | Mag. Management. | P+I | 13 PGS - MADERIN'S REVENGE IRON MAN PART I | 286 00 | 6408 00 |
| 12/23/63 | Mag Margaret | P+I | 13 PGS - MADERIN'S REVENGE IRON MAN PART II | 286 00 | 6694 00 |

DETTWILER-0048

1955

|  | ALLEN B. HARDY, $1000.00 | PAID | BAL DUE |
|---|---|---|---|
| Oct 7 | | $50.00 | $950.00 |
| Nov. 19 | | $50.00 | $900.00 |
| Jan 27/56 | | 25.00 | $875.00 |

DETTWILER-0049