# EXHIBIT 68D

964

| Date | Account | Type of Work | Amm't | | TOTAL | |
|------|---------|--------------|-------|---|-------|---|
| 1/14/64 | Mag. Managment | 5 PGS. IRON MAN - Q+A PP + HH - | 110 | 00 | 110 | 00 |
| 1/21/64 | Mag. Managment | 18 PG - IRON MAN X-716 VS - UNICORN | 396 | 00 | 506 | 00 |
| 4/18/64 | Mag. Managment | 18 PG. IRON MAN X 742 WS - HAWKEYE | 396 | 00 | 902 | 00 |
| 3/14/64 | Mag. Managment | 18 PS. IRON MAN VS CAPT AMERICA PENCILS | 234 | 00 | 1136 | 00 |
| 3/29/64 | Mag. Managment | 13 PGS + IRON MAN - BLACK KNIGHT PENCILS | 231 | 00 | 1367 | 00 |
| 4/14/64 | Mag. Managment | 13 PGS - IRON MAN - WANTED FOR MURDER PENCILS - X - 782 | 195 | 00 | 1562 | 00 |
| 4/14/64 | Mike Peppe | INKS - LOVE STORY - | 70 | 00 | 1632 | 00 |
| 4/21/64 | Mag. Managment | 8 PGS. PENCIL - AVENGERS ZEMO - ENCH - EXEC. | 120 | 00 | 1752 | 00 |
| 4/1/64 | Mag. Managment | MILLIE THE MODEL 18 PGS INK X-788 | 393 | 00 | 2145 | 00 |
| 4/5/64 | Mag. Managment | 13 PGS PENCIL - AVNGRS - ZEMO. MILLIE - 9 PGS INK | 90 | 00 | 2235 | 00 |
| 4/25/64 | Joe Giella | RELIGIOUS PAGES 6 - | 72 | 00 | 2307 | 00 |
| 4/28/64 | Mag. Managment | 20 PGS - PENCIL AVENGERS - IMMORTUS - | 300 | 00 | 2607 | 00 |
| 4/7/64 | Joe Giella | Religious Pages 2 | 24 | 00 | 2631 | 00 |
| 6/12/64 | Mag. Managment | 12 PGS - IRON MAN - DEATH OF TONY STARK - | 186 | 00 | 2811 | 00 |
| 6/13/64 | ROMITA - | 6 PGS - BREAKDOWN - LOVE STORY - | 54 | 00 | 2865 | 00 |
| 6/20/64 | Mike Peppe . | Heads - | 45 | 00 | 2910 | 00 |
| 7/1/64 | Mag. Managment | 20 PGS - PENCILS - AVENGERS KANG - SP M. # 11 | 300 | 00 | 3210 | 00 |
| 7/3/64 | John Romita | 14 PGS - BREAKDOWN BONNIE TAYLOR | 126 | 00 | 3336 | 00 |
| 7/27/64 | Mag. Managment | 12 PGS - PENCILS - IRON MAN. ORIGIN OF. MAND. + 2 PG PIN-UP. | 228 | 00 | 3564 | 00 |
| 8/6/64 | John Romita | 14 PGS - BREAKDOWN NURSE - | 126 | 00 | 3690 | 00 |
| 8/8/64 | Mag. Managment | 20 PGS - AV - # 12 - MOLE MAN - | 300 | 00 | 3990 | 00 |

DETTWILER-0050

PAID OUT FOR HELP ON JOBS

5/1/64  $60.00  MIKE PEPPE - MILLIE THE MODEL X788

DETTWILER-0051

| DATE | ACCOUNT | H&B | AMM'T | TOTAL |
|---|---|---|---|---|
| 2/14/64 | JOE GIELLA | 4 PGS RELIGIOUS | 48 00 | 7080 00 |
| 12/24/64 | Mike Pippe | HEADS 4 FIELD CORRECTION, SEAVIEW-STORY | 30 00 | 7110 00 |
| 2/28/64 | Mag. Managm't. | 12 PG - PENCIL - 1M AND THE ALIEN SHIP | 240 00 | 7350 00 |
| 2/28/64 | Joe Giella | 2 PG - RELIGIOUS. | 24 00 | 7374 00 |
| 2/31/64 | Joe Giella | 2 PG - RELIGIOUS - | 24 00 | 7398 00 |
|  |  |  |  |  |
|  |  | TOTAL |  | 7398 00 |

DETTWILER-0052

1964

| Date | Payee | Description | | | | |
|---|---|---|---|---|---|---|
| 8/24/64 | Mag. Management | 12 PGS - IRON MAN - PHANTOM | 180 | 00 | 4170 | 00 |
| 8/26/64 | Joe Giella | 2 PGS - NICODEMUS - RELIGIOUS | 24 | 00 | 4194 | 00 |
| 8/28/64 | Joe Giella | 2 PGS - APOSTLES - RELIGIOUS - | 24 | 00 | 4218 | 00 |
| 9/4/64 | Mag. Management | 20 PS. AVENGERS - CASTLE PRCH OF | 300 | 00 | 4518 | 00 |
| 9/8/64 | John Romita | 4 PGS - BREAKDOWN BATTLE Masquerade & Ball | 176 | 00 | 4694 | 00 |
| 9/28/64 | Mag. Magaz Management | 12 PGS - I.M. BETT HARDYE | 204 | 00 | 4848 | 00 |
| 9/28/64 | Joe Giella | 4 PGS - RELIGIOUS - apostles Sea - Person Capt. | 48 | 00 | 4876 | 00 |
| 10/4/64 | Mag. Management | 12 PG. 9 GM. INK - | 156 | 00 | 5056 | 00 |
| 10/13/64 | Joe Giella - | 2 PGS - RELIGIOUS - DEC-6 | 26 | 00 | 5078 | 00 |
| 10/16/64 | Mag. Management | 20 PGS - AVENGERS - WASP MART - | 280 | 00 | 5358 | 00 |
| 10/19/64 | Joe Giella | 2 PGS - RELIGIOUS - DEC-13 SHIP - SHORE - WILDMAN - | 22 | 00 | 5380 | 00 |
| 10/23/64 | Joe Giella | 2 PGS - RELIGIOUS - WILDMAN - ETC. DEC-20 | 24 | 00 | 5404 | 00 |
| 10/29/64 | Mag. Management | 12 PGS - I.M. VS OR I.M. PENCIL | 216 | 00 | 5620 | 00 |
| 10/29/64 | Joe Giella | 2 PG - RELIGIOUS FEEDING 5000 - | 24 | 00 | 5644 | 00 |
| 11/11/64 | Western Printing | 32 PGS THE MAN FROM UNCLE | 560 | 00 | 6204 | 00 |
| 11/13/64 | Joe Giella | 2 PGS - RELIGIOUS - SHIPS - WALKING WATER | 24 | 00 | 6228 | 00 |
| 11/19/64 | Joe Giella | 2 PGS - MOUNTAIN TOP - RELIGIOUS | 24 | 00 | 6252 | 00 |
| 11/23/64 | Mag. Management | 20 PGS. AVENGERS - DEATH - ZEMO | 300 | 00 | 6552 | 00 |
| 11/28/64 | Mag. Management | 12 PGS - I.M. - VS PENCIL | 216 | 00 | 6768 | 00 |
| 11/28/64 | Joe Giella | 2 PGS - RELIGIOUS - FIG. ON MNT. TOP | 24 | 00 | 6792 | 00 |
| 12/4/64 | Mag. Management | 12 PGS. I.M. VS 6000. PENCIL MORES | 240 | 00 | 7032 | 00 |

DETTWILER-0053

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 7/13/65 | MAGAZINE MANAGEMENT | 20 PAGES - AVENGERS #23 VS - KANG - | 400 00 | 546 00 |
| 7/21/65 | Magazine Managmt. | PART PAYMENT - 20 PAGES AVENGERS. #24 | 160 00 | 562 00 |
| 8/1/65 | Mag. Management. | REST - AVENGERS — KANG - PART II | 240 00 | 586 00 |
| 8/8/65 | Mike Peppe | 3 PGS - ADVERTISING JOB | 54 00 | 514 00 |
| 8/16/65 | Mag. Management | AVENGERS - DR. DOOM #25 | 400 00 | 6319 00 |
| 9/10/65 | Mag. Management | AVENGERS # 26 DEC. - VS ATUMA PART I | 400 00 | 6714 00 |
| 10/1/65 | WESTERN PRINTING | MAN FROM UNCLE - # 5 VAN - 32 PGS - | 560 00 | 7274 00 |
| 10/4/65 | Mag. Management. | Avengers + 27 - VAN - ATUMA Part II | 400 00 | 7674 00 |
| 10/17/65 | Mag. Management | COVER - AVENGERS # 26 DEC. | 20 00 | 7694 00 |
| 10/27/65 | Mag. Management. | Avengers # 28 - Feb. | 400 00 | 8094 00 |
| 11/13/65 | Mag. Management. | THE COLLECTOR — Avengers #29 - Mar. SWORDMN | 450 00 | 8544 00 |
| 11/20/65 | Mag. Management | POW MAN — 20 PGS - COVER - INK - AVENGERS, - # 27 | 15 00 | 8559 00 |
| 11/27/65 | WESTERN PRINTING | PERCENTAGE CHECK | 11 66 | 8570 66 |
| 12/6/65 | Mag Management | Avengers # 30 - APRIL | 450 00 | 9020 66 |
| 12/10/65 | Mag Management | 5 PGS - WESTERN — FINK — | 112 50 | 9133 16 |
| 12/13/65 | Mag. Management. | PRODUCTION AVT + TOPSUGR | 75 00 | 9218 16 |
| 12/27/65 | Mag. Management. | 12 PGS PENCIL SHIELD — "DRUID" | 240 00 | 9458 16 |

DETTWILER-0054

'65

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/5/65 | JOE GIELLA | 2 PGS - RELIGIOUS —<br>3/7/65 | 24 00 | 24 00 |
| 1/8/65 | JOHN ROMITA | 12 PGS - BREAKDOWN -<br>BONNIE TAYLOR- SCOTCH | 108 00 | 132 00 |
| 1/10/65 | Mag. Management | 20 PGS — Witches man<br>Rouew Marek - new avengers | 400 00 | 532 00 |
| 1/18/65 | JOE GIELLA | 4 PGS — RELIGIOUS —<br>3/14 - 3/21 | 48 00 | 580 00 |
| 1/29/65 | Joe Giella | 2 PGS - RELIGIOUS —<br>3 - 28 - | 24 00 | 604 00 |
| 2/8/65 | Mag. Management | 20 PG - CHALLENGE OF COMMISSAR<br>AVENGERS, APRIL | 400 00 | 1004 00 |
| 2/10/65 | MIKE PEPPE | 9 PG - WITCHES -TALE — FOR<br>TWILIGHT ZONE | 157 50 | 1161 50 |
| 2/17/65 | JOE GIELLA | 6 PGS - RELIGIOUS -<br>CRUSIFIXION - | 72 00 | 1233 50 |
| 2/28/65 | Mag. Management. | 12 PGS - IRONMAN - VS<br>TITANIUM MAN - | 240 00 | 1473 50 |
| 3/3/65 | Joe Giella | 2 PGS   END OF CHRIST'S<br>STORY | 24 00 | 1497 50 |
| 3/11/65 | Mag. Management | 20 PGS AVENGERS #19<br>SWORDSMAN — MAY | 400 00 | 1897 50 |
| 4/1/65 | Western Printing | 32 PG - PENCIL - JONAH VOYAGE<br>OF THE SEAVIEW | 560 00 | 2457 50 |
| 4/4/65 | Mag. Management | 12 PGS - IRON MAN - VS TITAN MAN<br>IM + IM LOVER   PART 2 | 300 00 | 2757 50 |
| 4/11/65 | Mag. Management. | 20 PGS - SUMN + MANDRIN -<br>AVENGERS - JUNE | 400 00 | 3157 50 |
| 5/1/65 | Mag. Management. | 12 PGS - IRON MAN - TITAN-AM<br>PART III | 240 00 | 3397 50 |
| 5/3/65 | Western Printing | 9 PGS - LOST BATTALION<br>PENCIL | 157 50 | 3555 00 |
| 5/14/65 | Mag. Management | 20 PGS - DEFENDER VS - AV.<br>AVENGERS - JULY | 400 00 | 3955 00 |
| 5/28/65 | Mag. Management | 12 PGS  IRON MAN - THINKER | 240 00 | 4195 00 |
| 5/13/65 | Mag. Management. | 20 PGS. AV - VS - POWER MAN<br>+ | 400 00 | 4595 00 |
| 6/2/65 | Mike Peppe | 5½ Pages. Man from<br>"Uncle" | 200 00 | 4795 00 |
| 6/26/65 | Mag. Management | 12 - MAN FROM SHIELD + PROD<br>END OF HYDRA | 265 00 | 5060 00 |

DETTWILER-0055

Paid out for help on Jobs

| | | |
|---|---|---|
| 4/15/66 | Werner Roth – | Menace of City Jungles Midnight w/ Mandrake Mandrake – pencils 12 pgs. – | 228.00 |
| 4/15/66 | Mike Peppe – | Ink. cover – Mandrake #1 | 23.00 |

1966

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/7/66 | Mag. Mangmt | SHIPPED - 12 PGS - | 240 00 | 240 00 |
| 1/15/66 | Mag. Managmnt | Avengers # 29 cover | 22 50 | 262 50 |
| 1/21/66 | Mag Managmnt | AVENGERS # 31, MAY | 450 00 | 712 50 |
| 2/11/66 | Mag Management | St. Tales # 147 | 240 00 | 952 50 |
| 2/25/66 | Mag Managmnt | Sup "St. Tpc. Ink - Cover" | 165 00 | 1117 50 |
| 3/4/66 | Mag Management | Avengers" #32 | 450 00 | 1567 50 |
| 3/4/66 | Mike Pippe | | 40 00 | 1607 50 |
| 3/18/66 | Mag. Mangmt | St. Tales #148 Mag. Pencils | 240 00 | 1847 50 |
| | | Avengers #31 Mag P.9 | 37 50 | |
| 3/25/66 | Mag Mangmnt | St. Tales 148 May Ink | 180 00 | 2065 00 |
| | | Mandrake the Magician 50 | | |
| 4/13/66 | King Features | Movie of City Jungle Midnight #811 @ Mandrake | 639 00 | 2704 00 |
| 4/15/66 | Mag Mangmnt | Avengers #32 INK | 300 — | 3004 00 |
| | | Cover INK | | |
| 4/22/66 | Mag. Mangmnt | Avengers # 32 Pencils | 37 50 | 3041 50 |
| 4/29/66 | Mag. Mangmnt | Avengers # 33 PENCILS | 450 — | 3491 50 |
| 5/13/66 | Mag. Managmnt | Avengers # 33 PRODUCTION | 50 00 | 3541 50 |
| | | FINISH PAGES | | |
| 5/23/66 | Mag. Manage. | SpiderMan Annual 31PGS | 315 00 | 3856 50 |
| | | Avengers # 33 July Cvr Cover | | |
| 6/10/66 | Mag. Manage | Avengers 34 Cvr Incl | 540 — | 4396 50 |
| 6/23/66 | Mike Pippe | | 76 — | 4472 50 |
| 6/24/66 | Mag. Manage. | Avengers #34 Ink. | 300 — | 4772 50 |
| 7/1/66 | Mag. Manage | Avengers #34 Cover | 40 — | 4812 50 |
| 7/15/66 | Mag. Manage | Avengers #35 Pencil | 500 — | 5312 50 |
| 7/25/66 | Mag. Manage. | Avengers #35 | 300 | 5612 50 |

DETTWILER-0057

1966

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 8-5-66 | Mag. Mange. | Avengers #36 Oct Pencil | 50 | 6152 |
| 8-19-66 | Mag Mange | Vacation 2 Wks | 290 | 6442 |
| 9-26-66 | Mag Mange | Avengers #36 Ink | 300 | 6742 |
| 9-1-66 | Mag Mange | Avengers #37 Nov. Penc. | 500 | 7282 |
| 9-23-66 | Mag Mang | Avengers #37 Ink | 300 | 7582 |
| 9-30-66 | Mag Mang | Avengers #37 P.S Cover | 40 | 7622 |
| 10-7-66 | Mag. Mang. | Avengers #38 Dec Pencil | 500 | 8122 |
| 10-21-66 | Mag Mang | Avengers #39 Partial paym't Pencil | 300 | 8422 |
| 11-11-66 | Mag Mang | Avengers #39 paym't | 200 | 8622 |
| 11-25-66 | Mag Mang | Avengers #40 Pencil | 500 | 9122 |
| 12-2-66 | Mag Mang | Avengers Cover #39 Pencil | 25 | 9147 |
| 12-16-66 | Mag Mang | Avenger Annual #1 Pencil | 500 | 9647 |
| 12-20-66 | " | Bonas | 150 | 9797 |
| 12-23-66 | " | | 160 | 9957 |

NAME  DONALD  LOUIS  HOAK

ADDRESS  135-18-244 STREET ROSEDALE 10, N.Y.

SCHOOL _____  TELEPHONE  LAURELTON 5-0100

# SCHEDULE

| PERIOD OR TIME | | | | | | | |
|---|---|---|---|---|---|---|---|
| COURSE . . . . . . .<br>MON.<br>INSTRUCTOR . . . . . | | | | | | | |
| COURSE . . . . . . .<br>TUES.<br>INSTRUCTOR . . . . . | | | | | | | |
| COURSE . . . . . . .<br>WED.<br>INSTRUCTOR . . . . . | | | | | | | |
| COURSE . . . . . . .<br>THUR.<br>INSTRUCTOR . . . . . | | | | | | | |
| COURSE . . . . . . .<br>FRI.<br>INSTRUCTOR . . . . . | | | | | | | |
| COURSE . . . . . . .<br>SAT.<br>INSTRUCTOR . . . . . | | | | | | | |

DETTWILER-0059

1967

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| | Mag Management | Avengers #46 Cover INK Pencil | 15.— | 15.— |
| 1-3-67 | Mag Management | Avengers Annual #1 | 300.— | 300.— |
| 2-3-67 | Mag Management | Avengers Annual #1 1965 ann. Pencil | 350.— | 865.— |
| 3-6-67 | Mag Management | Avengers Annual #1 Annual #1 Production ink | 225.— | 1090.— |
| 3-27-67 | Mag Management | Avengers #44 June Pencil 20pgs 300.— | 515.— | 1605.— |
| 3-10-67 | Mag Management | Brand Echh #2 Pencil Avengers Annual #1 Pencil 175 | 175.— | 1780.— |
| 3-16-67 | Mag Management | Brand Echh #2 ink Pencil pag 65 Avengers #46 ful Pencil 20 pgs ink Avengers #45 Annual #1 production | 65.— | 1845.— |
| 4-7-67 | Mag Management | X-men #2 Pencil #1 Pgs Fury Tours the cover | 480.— | 2325.— |
| 5-3-67 | Mag Management | Shield #68 #1 Pgs Pencil | 300.— | 2625.— |
| 5-8-67 | Mag Management | X-men #2 Production | 75.— | 2700.— |
| 5-17-67 | Mag Management | X-men #37 July INK Pencil | 400.— | 3100.— |
| 5-19-67 | Mag Management | Shield #1 Production | 60.— | 3160.— |
| 5-26-67 | Mag Management | X-men #38 Aug Pencil | 375.— | 3535.— |
| 6-2-67 | Mag Management | X-men #37 Cover Pencil | 30.— | 3565.— |
| 6-9-67 | Mag Management | X-men #39 Sept. Pencil | 375.— | 3940.— |
| 6-23-67 | Mag Management | X-men #38 Aug Production #41 Nov Pencil 375.— | 75.— | 4015.— |
| 7-7-67 | Mag Management | X-men #38 Aug Pencil Board 30.— | 405.— | 4420.— |
| 7-14-67 | Mag Management | X-men #39 Sept. Pencil Four | 75.— | 4495.— |
| 7-28-67 | Mag Management | X-men #39 Sept. Spiderman #57 Oct. Pencil 460.— | 485.— | 4980.— |
| 8-18-67 | Mag Management | X-men #39 Sept. ink X-men #39 Pen + Sur 30.— Avengers #47 Sept Pencil 75.— X-men #39 Sept. Pencil 30.— | 30.— | 5010.— |
| 8-11-67 | Mag Management | | 135.— | 5145.— |
| 8-30-67 | Mag Management | Spiderman #55 | 440.— | 5585.— |
| | | | 566.— | 6151.— |
| | Mag Management | Kid Colt #139 Pencil | 150.— | 6301.— |

DETTWILER-0060

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 9-8-67 | Mag. Management | X-Men #43    Pencil | 375.— | 6476.— |
| 9-22-67 | Mag Management | Spiderman #39 Pencil | 440.— | 6916.— |
| 9-29-67 | Mag. Management | X-Men #43 Pencil | 75.— | 6991.— |
| 10-3-67 | Mag Management | Spiderman #60 Pencil | 440.— | 7431.— |
| 10-20-67 | Mag. Management | X-Men #44 Pencil BRKDN | 15.— | 7611.— |
| 10-2-67 | Mag Management | X-Men #45 Pencil  BRKDN | 180.— | 7791.— |
| 11-3-67 | Mag Management | Spiderman #61 Pencil | 440.— | 8231.— |
| 11-20-67 | Mag Management | X-Men #46    Pencil BRKDN | 180.— | 8411.— |
| 12-1-67 | Mag Management | Mighty Super Heroes #1 | 500.— | 8911.— |
| 12-8-67 | Mag Management | Spiderman #61 Cover / X-Men #47 Cover | 46.— | 8957.— |
| 12-15-67 | Mag Management | Spiderman #62 Pencil | 470.— | 9421.— |
| 12-19-67 | Mag Management | Bonus | 200.— | 9621.— |
| 12-18-67 | Mag Management | Bonus | 400.— | 10,021.— |

1968

| Date | Account | Job | Amount | Total |
|------|---------|-----|--------|-------|
| 1-12-68 | Magazine Management | X-MEN #47 PENCIL BRKDN 15 PGS PENCIL | 180 — | 180 — |
| -24-68 | Magazine Management | AVENGERS ANNUAL #2 15 PGS PENCIL | 375 00 | 555 — |
| 2-?-68 | Magazine Management | AVENGERS ANNUAL #2 | 375 00 | 930 — |
| 2-?-68 | Magazine Management | SPIDERMAN #63 PENCIL  TIGHT X-MEN COVER PENCIL | 440 00 | 1370 — |
| 3-7-68 | Magazine Management | X-MEN #48 PENCIL BRKDN CM #5        20 PGS | 255 00 | 1625 — |
| 3-12-68 | Magazine Management | DR. STRANGE - PENCIL OM #5 COVER | 600 00 | 2225 — |
| 3-24-68 | Magazine Management | PENCIL | 30 00 | 2255 00 |
| 4-1-68 | Magazine Management - | SPIDERMAN #64 PENCIL  TIGHT X-MEN #47 | 440 00 | 2695 00 |
| 4-7-68 | Magazine Management | COVER PENCIL | 30 00 | 2725 00 |
| 4-14-68 | Magazine Management - | DR STRANGE  17? AUG — CAPT MARVEL #8 - AUG — | 600 00 | 3325 00 |
| ?-?-68 | Magazine Management | COVER PENCIL X-MEN #48 COVER | 30 00 | 3355 00 |
| 5-?-68 | Magazine Management | SPIDERMAN PENCIL 20 PGS #66 X-MEN - BREAKDOWN | 480 00 | 3835 00 |
| 5-24-68 | Magazine Management | #9 — CAPT MARVEL #9 | 225 00 | 4060 00 |
| 6-?-68 | Magazine Management - | PENCILS        20 PGS CAPT MARVEL #10 | 600 00 | 4660 00 |
| 6-24-68 | Magazine Management | PENCILS        20 PGS - CAPT MARVEL #11 | 600 00 | 5260 00 |
| 7-?-68 | Magazine Management | PENCILS        20 PGS X-MEN #52 | 600 00 | 5860 00 |
| 8-?-68 | Magazine Management | PENCIL BREAKDOWN CAPT MARVEL  #12 | 225 00 | 6085 00 |
| 8-?-68 | Magazine Management | PENCILS  20 PGS X-MEN #53 | 600 00 | 6685 00 |
| 9-13-68 | Mag.Management | PENCIL  BREAKDOWN CAPT SAVAGE  DEPT MENT | 225 00 | 6910 00 |
| ?-?-68 | Magazine Management | PENCILS | 600 00 | 7510 00 |
| 10-14-68 | Magazine Management | 2 WEEKS VACATION 15 PGS BREAKDOWN | 366 00 | 7876 00 |
| 10-25-68 | Magazine Management | X-MEN #55 | 225 00 | 8001 00 |
| ?-?-68 | Magazine Management | COVER - CAPTAIN SAVAGE JAN - 20 PGS - PENCIL | 50 00 | 8051 00 |
| ?-?-68 | Magazine Management | CAPTAIN SAVAGE (FEB)? SAV- FIRST MISSION + INK | 600 00 | 8651 00 |
| 12/3/68 | Magazine Management | CAPTAIN SAVAGE #15 MARGE COVER | 620 00 | 9271 00 |

968



| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 12-28 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE # 14 COVER PENCIL + INK | 50 00 | 9521 00 |
| 10-1-68 | MAGAZINE MANAGEMENT | BONUS | 200 00 | 9521 00 |
| 12-20 | MAGAZINE MANAGEMENT | BONUS | 200 00 | 9721 00 |
| | MISTAKE ADDING | | 100 00 | 9821 00 |
| | AVENGER # 2 ANNUAL + PRODUCTION | | 205 00 | 10026 00 |
| | | TOTAL | | 10026 00 |

DETTWILER-0063

1969

| | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| | | PENCIL 20 PGS | | |
| 1-09 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE #15 | 600 00 | 600 00 |
| 1/9 | MAGAZINE MANAGEMENT | CAPTAIN SAVAGE #17 | 600 00 | 1200 00 |
| 2/9 | MAGAZINE MANAGEMENT | 5 PGS - CAPTAIN SAVAGE #18 | 150 00 | 1350 00 |
| 3-4 | MAGAZINE MANAGEMENT | 20 PGS - CAP. MARVEL #16 - JUDGEMENT DAY | 600 00 | 1950 00 |
| 4-1 | MAGAZINE MANAGEMENT | 7 PGS- CHAMBER OF DARKNESS CAPTAIN MARVEL COVER #16 | 240 00 | 2190 00 |
| 4-1 | MAGAZINE MANAGEMENT | PRODUCTION - CAPTAIN MARVEL ROUGHS | 60 00 | 2250 00 |
| 4-9 | MAGAZINE MANAGEMENT | ROMANCE - WHY DIDN'T HE ASK ME? | 210 00 | 2460 00 |
| 4-9 | MAGAZINE MANAGEMENT | TOWER OF SHADOWS - MAY A TIME TO DIE | 140 00 | 2600 00 |
| 4-21 | MAGAZINE MANAGEMENT | WITCH HUNT - INVENTORY MYSTERY | 210 00 | 2810 00 |
| 5-21 | MIKE PEPPE - | 6 PGS MYSTERY BREAKDOWN - | 72 00 | 2882 00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS - ROMANCE BREAK - UP - INV | 210 00 | 3092 00 |
| 5-5 | MAGAZINE MANAGEMENT | 7 PGS - MYSTERY RED DEATH - INV. | 210 00 | 3302 00 |
| 5-21 | MAGAZINE MANAGEMENT | 7 PGS - MYSTERY - MONKEY'S PAW - | 210 00 | 3312 00 |
| | MAGAZINE MANAGEMENT | 20 PGS - X-MEN - SUNSTROKE | 600 00 | 3912 00 |
| 6-16 | (D.C.) NATIONAL COMICS | 7 PGS PENCIL PEOPLE IN GLASS HOUSES | 210 00 | 4122 00 |
| 6-7 | MAGAZINE MANAGEMENT | 7 PGS - MASQUE OF RED INKS - DEATH - | 140 00 | 4262 00 |
| 7-15 | MAGAZINE MANAGEMENT | VACATION | 175 00 | 4437 00 |
| 7-21 | MIKE PEPPE - | LOVE STORM - KEITH INK 8 PGS - | 160 00 | 4597 00 |
| 7-24 | DC) NATIONAL - | 7 PGS - INK - PEOPLE IN GLASS HOUSES | 175 00 | 4672 00 |
| 7-29 | MAGAZINE MANAGEMENT | EVIL IS A BAD SCENE - 7 PGS - PENCIL | 210 00 | 4882 00 |
| 8-5 | MAGAZINE MANAGEMENT | HURT + HEARTBREAK 7 PGS - | 210 00 | 5092 00 |
| 8-20 | MAGAZINE MANAGEMENT | OUR LOVE OUT ONLY ONE CAN WIN - 7 PGS - INK - | 140 00 | 5232 00 |
| 9-15 | MAGAZINE MANAGEMENT | MY LOVE #4 - NON - 7 PGS - IN SISTERS SHADOW | 210 00 | 5342 00 |
| 9-17 | DC. NATIONAL | 6 PGS - PENCIL HOUSE OF SECRETS - THE INVASION | 180 00 | 5522 00 |

1969

| DATE | ACCOUNT | JOB | AMM'T | | TOTAL | |
|------|---------|-----|-------|--|-------|--|
| 10/10 | MAG. MANAGEMENT | EVIL IS A BAD SCENE  7 PGS INK | 140 | 00 | 5662 | 00 |
| 10/20 | " " | OUR LOVE # 4 DEC. 7 PGS | 210 | 00 | 5872 | 00 |
| 10/28 | R P I | R-168- SHIELD PRESENTATION DRAWING | 100 | 00 | 5972 | 00 |
| 11/11 | MAG. MANAGEMENT | COULD I LOVE A MEMBER OF ESTABLISHMENT  MY LOVE # 5 | 210 | 00 | 6182 | 00 |
| (9/25) | D.C. | 6 PGS- INKS - THE INVASION # OF S | 150 | 00 | 6332 | 00 |
| 11/16 | D. C | 8 PGS- ROMANCE - PENCIL J - 592 | 240 | 00 | 6572 | 00 |
| 12/1 | MAG. MANAGEMENT | 8 PGS - IRON MAN FEB 26 DARK DIMENSION- | 240 | 00 | 6812 | 00 |
| 12/5 | D C | 8 PGS- MYS. G 615 WHO AM I WHOM SHALL I BE. | 240 | 00 | 7052 | 00 |
| 12/20 | D.C | 8 PG - ROMANCE - HATE B- 535        LETTERS | 240 | 00 | 7292 | 00 |
| 12/20 | MAG. MANAGEMENT | 11 PGS IM FEB # 26 10 PGS-ROUGH - DR. STRANGE 2203 | 460 | 00 | 7752 | 00 |
| 12/27 | " " | COVER  I M # 26 | 30 | 00 | 7782 | 00 |
| 12/27 | D.C. | 8 PGS - ROMANCE - LOVE ME INK - J -592    LOVE ME NOT | 200 | 00 | 7982 | 00 |
| | ERRORS | | 400 | 00 | 8382 | 00 |
| | | | | | | |
| | | TOTAL FOR YEAR | | | 8382 | 00 |

DETTWILER-0065

1970

| DATE | ACCOUNT | JOB | AM'T | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/7 | MAG. MANAGEMENT | DR. STRANGE NV-10 PGS FINISH PENCIL- WHO ARE YOU | 170 | 00 | 170 | 00 |
| 1/18 | D.C. | FLASH - 10 PGS - PENCIL S-329 | 330 | 00 | 500 | 00 |
| 1/20 | MAG MANAGEMENT | 1M -# 27 MAR. FIREBRAND 8 PGS- PENCIL | 240 | 00 | 740 | 00 |
| 1/23 | " " | " " 11 PGS | 330 | 00 | 1070 | 00 |
| 2/20 | " " | 19 PGS 1M #- 28 APRIL PENCIL CONTROLLER LIVES | 570 | 00 | 1640 | 00 |
| 2/25 | D.C. | G-615- WHAM SHALL I BE B-535 HATE LETTERS | 400 | 00 | 2040 | 00 |
| 3/14 | D.C | 6 PG - ROMANCE ENGAGEMNT √-794 - J-795 MADE EACHOTHER | 180 | 00 | 2220 | 00 |
| 3/14 | MAG. MANAGEMENT | 13 PGS - 1M # 29 MAN COMPUTO - | 390 | 00 | 2610 | 00 |
| 3/27 | " " | 6 PG - 1M # 29 MAN COMPUTO | 180 | 00 | 2790 | 00 |
| 3/28 | D.C. | 6 PGS ROMANCE - INK J-794 - J 795 - | 150 | 00 | 2940 | 00 |
| 4/1 | MAG. MANAGEMENT | 3 PGS - 1M # 29 REDO. | 90 | 00 | 3030 | 00 |
| 4/4 | D.C. | COVERS SECRET HEARTS YOUNG LOVE | 99 | 00 | 3129 | 00 |
| 4/8 | MAG - M | 10 PGS - IRON MAN #- JUNE - 30GA | 35 | 0 | 3424 | 00 |
| 4/21 | MAG - MAN - | 9 PGS - IRON MAN # 30 JUNE - 30GA | 270 | 00 | 3699 | 00 |
| 5/10 | MAG MANAGEMENT | 10 PGS - IRON MAN # 31 PROTESTERS - | 300 | 00 | 3999 | 00 |
| 5/21 | MAG - MANAGEM | 9 PGS - IRON MAN # 31 PROTESTERS - | 270 | 00 | 4269 | 00 |
| 6/7 | D C . | HOUSE OF SECRETS - G 911 DARK - FIRE | 330 | 00 | 4599 | 00 |
| 6/15 | MAG - MANAGEM | 10 PGS - IRON MAN- 33 SEPT - E-ELITE | 300 | 00 | 4899 | 00 |
| 6/19 | " " | 9 PGS - IRON MAN 33 SEPT - E ELITE | 270 | 00 | 5169 | 00 |
| 7/4 | D.C. | HOUSE OF SECRETS G 911 INK+FINISH - DARK FIRE | 220 | 00 | 5383 | 00 |
| 7/15 | MAG. MANAGEMENT | 10 PGS - IRON MAN 34 OCT. E. ELITE PART 2 | 300 | 00 | 5683 | 00 |
| 7/25 | MAG. M. | 9 PG - IRON MAN #34 OCT E. ELITE PART 2 | 270 | 00 | 5953 | 00 |
| 7/27 | D.C. | NOBODY LOVES A LIZARD G 1039 PENCIL - | 132 | 00 | 6085 | 00 |
| 8/15 | MAG. MANAGEMONT | 9 PGS - IRON MAN - 35-NOV. | 270 | 00 | 6355 | 00 |
| 8/15 | SKYWALD - | 10 PGS - POLUTION MONSTERS 1 ROMANCE COVER | 253 | | 6608 | 00 |

DETTWILER-0066

1970

| Date | Client | Job | Am'm't | Total |
|---|---|---|---|---|
| 8/25 | MAG - MAN - | 10 PGS - IRON MAN # 35 NOV. PENCIL | 300.00 | 6908 00 |
| 8/29 | D.C. | FINISH G 1039 NOBODY LOVES A LIZARD | 88 00 | 6996 00 |
| 9/21 | D.C. | DO UNTO OTHERS G 1038 10 PGS - PENCIL | 330 00 | 7326 00 |
| 9/21 | D.C. | BATGIRL S-643 7 PGS - PHANTOM BULLFIGHTER | 231 00 | 7557 00 |
| 10/13 | D.C. | BATGIRL - S 644 7 PGS - NIGHT OF THE SHARP HORNS | 231 00 | 7788 00 |
| 10/13 | MAG - MAN - | 8 PGS - IRON MAN #36 - | 240 00 | 8028 00 |
| 10/13 | SKYWALD | 1 PG. COVER ROMANCE | 23 00 | 8051 00 |
| 11/11 | D.C. | COVER GIRLS LOVE D-116 | 33 00 | 8084 00 |
| 11/12 | D.C. | BATGIRL - MINI-MIDI-MAXI S-708 - COVERS ROMANCE 2 - | 297 00 | 8381 00 |
| 11/15 | Mag. Man. | 19 PGS - 1M #37 JAN - 10 PGS - BW-6 - AMA2, ADV. | 870 00 | 9251 00 |
| 2/1 | D.C. | COVER ROMANCE D-129 | 33 00 | 9284 00 |
| 12/2 | MAG. MAN - | 6 PGS - MY LOVE JAN - WIVES OF A MODEL | 180 00 | 9464 00 |
| 12/3 | D.C. | 7 PGS - BATGIRL - CUT-RUN S - 709 | 231 00 | 9695 00 |
| 12/15 | Mag Management. | 'BONUS - | 50 00 | 9745 00 |
| 12/26 | D.C. | ROMANCE COVERS ② | 66 00 | 9811 00 |
| 12/24 | D.C. | MYSTERY - B 939 - THIS LITTLE WITCH WENT TO COLLEGE | 297 00 | 10108 00 |

TOTAL          10108 00