# EXHIBIT 68E

1971

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1-5 | D.C. | S-769 - BATGIRL HEAD-SPLITTERS 7 PGS - PENCIL | 231 00 | 231 00 |
| 1-5 | MAG. MAN. | 10 PGS - BLACK WIDOW - ASTRO - PART 3 - PENCIL | 300 00 | 531 00 |
| 1-15 | D.C. | S-769 BATGIRL HEAD-SPLITTERS 7 PGS - INK | 154 00 | 685 00 |
| 1-27 | D.C. | COVER SECRET HEARTS | 33 00 | 718 00 |
| 1-30 | D.C. | LITTLE WITCH COLLEGE INKS 9PGS - CYR-BG-HEAD/HITTERS | 462 00 | 1180 00 |
| 2-14 | D.C. | COVER ROMANCE BATGIRL INK - SQUEEZE PLAY - | 187 00 | 1367 00 |
| 2-25 | D.C. | MANSION OF SECRET 7PGS - PENCIL GOTHIC LOVE D-225 | 264 00 | 1624 00 |
| 2-25 | SKYWALD | 10 PGS - PENCIL WEIRD - BARBARELLA TYPE | 230 00 | 1854 00 |
| 3-4 | D.C. | GOTHIC LOVE - D-225 - 7PGS MANSION - PENCIL | 231 00 | 2085 00 |
| 3-4 | D.C. | BATGIRL - INVITATION TO MURDER S-819 - PENCIL | 231 00 | 2316 00 |
| 3-11 | D.C. | BATGIRL - INVITATION TO MURDER S-819 INK | 154 00 | 2470 00 |
| 3-20 | D.C. | GOTHIC LOVE - D-225 - 9PGS | 297 00 | 2767 00 |
| 3-31 | D.C. | BATGIRL S-820 - 7PGS PENCIL | 231 00 | 2998 00 |
| 4-5 | MAG. MAN. | 10 PGS - BLACK WIDOW PENCIL | 300 00 | 3298 00 |
| 4-8 | D.C. | 2 ROMANCE COVERS PENCIL | 66 00 | 3364 00 |
| 4-10 | D.C. | GOTHIC ROMANCE 12 PGS - INK - BATGIRL S-820 SPOTLIGHT INK | 418 00 | 3782 00 |
| 4-20 | D.C. | 7PGS - CREATURE - PENCILS | 231 00 | 4013 00 |
| 5-5 | D.C. | 8 PGS BATGIRL - S-867 GO BETWEEN PENCILS | 264 00 | 4277 00 |
| 5-7 | D.C. | ROMANCE COVER | 33 00 | 4310 00 |
| 5-7 | D.C. | GOTHIC - PENCIL 1 PG. INK 12 PGS      D.235 | 297 00 | 4607 00 |
| 5-17 | D.C. | GOTHIC (CORRECTIONS) S-867 BATGIRL INKS  8 PGS | 276 00 | 4883 00 |
| 6-2 | D.C. | BATGIRL - PENCILS - BULLET COUSIN COVER (R) GOTHIC | 352 00 | 5235 00 |
| 6-10 | D.C. | GOTHIC - MANINO - CAPS - 10 PGS 7PGS CREATURE INK-D-1272/D-430 | 484 00 | 5719 00 |
| 6-15 | D.C. | GOTHIC - D-430 - PENCIL MISSING 5 | 33 00 | 5752 00 |
| 6-15 | D.C. | BATGIRL - BULLET COUSIN INKS 8 ROMANCE - COVER - PENCIL GOTHIC - INKS - D-430 - 11 PGS | 451 00 | 6203 00 |

DETTWILER-0068

1971

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 6-28 | D.C. | COVER ROMANCE #1 BATGIRL-KINGPIN DEAD-PENCIL 8PGS | 319.00 | 6522.00 |
| 7-13 | D.C. | GOTHIC - D-378 - 10 PG - PENCIL OF DEATH | 330.00 | 6852.00 |
| 7-19 | D.C. | GOTHIC - D-378 - 10 PGS - PENCIL KISS OF DEATH | 504.00 | 7356.00 |
| 8-2 | D.C. | BATGIRL-KINGPIN DEAD-INK-8PGS | 484.00 | 7840.00 |
| 8-5 | D.C. | GOTHIC - D-378 - 10 PGS - INK - KISS OF DEATH | 220.00 | 8060.00 |
| 8-8 | D.C. | BATGIRL-LONG LIVE KINGPIN-8PGS-PENCIL | 198.00 | 8258.00 |
| 8-15 | D.C. | GOTHIC - D-378 - 17 PGS - PENCIL KISS OF DEATH | 561.00 | 8819.00 |
| 8-22 | D.C. | GOTHIC - D-378 - 18 PG - INK - 1 PG PENCIL BATGIRL-LONG LIVE KINGPIN-INK-S-970 | 605.00 | 9424.00 |
| 9-13 | D.C. | BATGIRL - S-1065 - 8 PGS - PENCIL MANONA | 264.00 | 9688.00 |
| 9-15 | D.C. | WITCH HOUR - 1094 - WONDER WOMAN - 2100 - | 396.00 | 10084.00 |
| 9/23 | D.C. | BATGIRL - S-1065 - 8 PGS - BATGIRL MANONA | 176.00 | 10260.00 |
| 9/30 | D.C. | BATGIRL - S-1066 - 9 PGS - UP AGAINST THREE WALLS | 297.00 | 10557.00 |
| 10/5 | D.C. | WONDER WOMAN - TRIBUNAL OF TERROR 2-100 - 17 PGS - PENCIL | 561.00 | 11118.00 |
| 10/15 | D.C. | BATGIRL - S-1066 - 7 PGS - INK - UP AGAINST THREE WALLS | 198.00 | 11316.00 |
| 10/29 | D.C. | BATGIRL - S-1136 - 9 PGS - PENCIL UNMASKED | 297.00 | 11613.00 |
| 11/7 | D.C. | 18 PGS - GOTHIC PENCIL - D-659 | 594.00 | 12207.00 |
| 11/17 | D.C. | BATGIRL - S-1136 9 PGS - INK UNMASKING OF BATGIRL INK | 198.00 | 12405.00 |
| 12/1 | D.C. | BATGIRL 8PGS - PENCIL - CANDIDATE FOR DANGER - S-1147 | 264.00 | 12669.00 |
| 12/1 | D.C. | GOTHIC ROMANCE - DIE MY DARLING 18 PAGES - 19-36 - PENCIL | 594.00 | 13263.00 |
| 12/10 | D.C. | ROMANCE COVERS - PENCIL - (2) D-832-853 | 66.00 | 13329.00 |
| 12/13 | D.C. | GOTHIC ROMANCE - DMD - 18 PGS - D 659 - INK | 396.00 | 13725.00 |
| 12/26 | D.C. | BATGIRL INK - CANDIDATE FOR D. S-1147 - 8 PGS - | 176.00 | 13901.00 |
| 12/26 | D.C. | GOTHIC - DIE MY DARLING - 18 PGS INK - D-659 - | 396.00 | 14297.00 |

DETTWILER-0069

1972

| DATE | ACCOUNT | JOB | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 9-8 | D.C. | ROMANCE - D-121 - 8PGS - PENCIL+INK | 744 00 | 7918.00 |
| 9-8 | D.C. | JASON BARD - 9-1373 - 4 PENCIL - ASSASSIN - ROSE + THORN - R-154 - 7 PGS PENCIL | 238 00 | 8156.00 |
| 10-8 | MAG MAN- | AV-109 - NOV - 20 PAGES - PENCIL "CHAMPION" | 600 00 | 8756.00 |
| 10-19 | MAG MAN- | AV-110 - DEC - 20 PAGES - PENCIL 2 PGS - MYSTERY | 660 00 | 9416.00 |
| 10-20 | D.C. | WONDER WOMAN - R-155 - 16 PGS - PENCIL - | 544 00 | 9960.00 |
| 10-20 | D.C. | ZATANNA - R-167 - 7 PGS - ORPAANGE - | 238 00 | 10198.00 |
| 11-7 | D.C. | COVER WW - R-194 - PENCIL | 40 00 | 10238.00 |
| 11-7 | D.C. | WW - R-156 - ZUBIA - MYS-CF - 7 PGS - | 238 00 | 10476.00 |
| 11-16 | MAG-MAN- | 20 PG - VAN III AV. PENCIL | 600 00 | 11076.00 |
| 11-17 | D.C. | 7 PG - R+THORN - VINNIE + DICK - | 238 00 | 11314.00 |
| 12-27 | D.C. | ZATANNA - 6 PGS - PARK - SWORD | 204 00 | 11518.00 |
| 12-27 | D.C. | WONDER WOMAN - FIGHT NUBIA - R-203 - 23 PGS - | 782 00 | 12300.00 |
| 12-29 | Mag Manag- | AVENGERS - FEB - 112 - 20 PAGES PENCILING - | 700 00 | 13000.00 |

MONEY SPENT FOR ARTWORK

| 10/23 | JOHN BUCEMA | AV. 110 - 17 PGS - | 204 00 | |

DETTWILER-0070

# 1972

| DATE | ACCOUNT | JOB | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 1-7 | D.C. | BATGIRL'S LAST CASE - S-1202 - 8 PGS PENCIL - 12 PGS - ROMANCE - | 264 00 | 264 00 |
| | D.C. | BATGIRL'S LAST CASE 8 PGS - INKS + 2 ROMANCE COVER INKS | 396 00 | 660 00 |
| 1-21 | D.C. | GOTHIC - D-817 10 PGS - INK | 220 00 | 880 00 |
| 2-5 | D.C. | ROSE + THORN - D-947 8 PGS - INK | 450 00 | 1330 00 |
| 2-5 | D.C. | JASON BARD - S-1237 - 9 PGS - PENCIL - | 297 00 | 1627 00 |
| 2-20 | D.C. | LOIS LANE - THORN - 7 PGS - PENCIL D-982 - | 231 00 | 1858 00 |
| 2-20 | D.C. | JASON BARD - S-1237 - 9 PGS - INK - OPEN TEXT - | 198 00 | 2056 00 |
| 2-27 | D.C. | LOIS LANE - THORN 2 PGS - INK D-982 | 44 00 | 2100 00 |
| 3-10 | D.C. | ROMANCE COVERS - 2 - THORN - CURE OR KILL 7 PGS - PENCIL + INK | 495 00 | 2595 00 |
| 3-25 | D.C. | JASON BARD - 9 PGS - PENCIL - | 297 00 | 2892 00 |
| 4-13 | D.C. | JASON BARD - 9 PAGES - INK S-1277 | 198 00 | 3080 00 |
| 4-13 | D.C. | LOVE AH ROSE + THORN - BULLETS BALLOTS - D-1069 - | 385 00 | 3465 00 |
| 5-1 | D.C. | ROSE + THORN - D-1088 - 7 PGS - PENCIL - | 231 00 | 3696 00 |
| 5-15 | D.C. | ROSE + THORN - D-1088 - 7 PGS - INK 10 PAGES ROMANCE INK | 425 00 | 4126 00 |
| 5-28 | D.C. | 8 PG - JASON BARD - TIME CHANGE S-1322 - | 272 00 | 4398 00 |
| 5-28 | D.C. | ROSE AND THORN 7 PGS - LETTERING | 28 00 | 4426 00 |
| 6-18 | D.C. | ROSE AND THORN D-1102 | 238 00 | 4664 00 |
| 6-28 | MAG. MAN. | ALL THE SHAPES OF FEAR - 6 PGS - MYSTERY - | 180 00 | 4844 00 |
| 7-13 | D.C. | ROMANCE 8 PGS - | 272 00 | 5116 00 |
| 7-16 | NAT LAMPOON | 1 PAGE - POOKY PETERS - | 100 00 | 5216 00 |
| 7-24 | D.C. | 23 PGS - PENCIL - WONDER WOMAN - THE NEW LIFE OF... R-116 | 782 00 | 5998 00 |
| 7-31 | MAG. MAN. | 20 PENCILS - AVENGERS - 108 - OCT - PART 3 - SP - | 600 00 | 6598 00 |
| 8-5 | D.C. | JASON BARD - S-1360 - 9 PGS PENCIL CRIME ON MY HANDS - | 306 00 | 6904 00 |
| 8-12 | D.C. | ZULTANA - D-2000 | 170 00 | 7074 00 |
| 9-1 | D.C. | COVER - WONDER WOMAN - ART | 100 00 | 7174 00 |

DETTWILER-0071

# 1973

| DATE | ACCOUNT | JOB | AMMOUNT | TOTAL |
|---|---|---|---|---|
| 1-15 | MAG. MAN | 14 PGS - SM-64 - PENCIL - APRIL - | 490 00 | 490 00 |
| 1-19 | MAG. MAN - | AVENGERS - COVER PENCIL + INK - FEB - 112 | 58 00 | 548 00 |
| 2-26 | MAG. MAN - | DAREDEVIL - MAY - 105 - #1 19 PAGES | 665 00 | 1213 00 |
| 3-1 | MAG. MAN - | 14 PGS - SM - 65 PENCIL MAY - IN THE ARENA - | 525 00 | 1738 00 |
| 3-15 | MAG - MAN - | DD - COVER - 103 - MAY | 37 50 | 1775 50 |
| 3-30 | MAG - MAN - | DAREDEVIL - JUNE - 104 - 19 PGS - PENCIL - | 712 50 | 2488 00 |
| 4-13 | MAG. MAN - | 14 PGS - SM 66 - JUNE - WHALE - HO | 525 00 | 3013 00 |
| 5-4 | MAG - MAN - | 14 PGS - DD - JULY - 105 - MM VS - DD | 525 00 | 3538 00 |
| 5-17 | MAG - MAN | 19 PGS - JULY # 67 SOB M - SM VS - DEATH + FF4 | 712 50 | 4310 50 |
| 6-6 | " " | 19 PGS - AUG - 106 - DD - | 712 50 | 5023 00 |
| 6-13 | SY BARRY - | 6 PG ROUGHS - DAILYS - 8-6 - 8-11 | 125 00 | 5148 00 |
| 6-28 | " " | 6 DAILYS ROUGHS - 8-15 - | 125 00 | 5273 00 |
| 7/4 | " " | 6 DAILYS - ROUGHS - WEEK OF 27th AUG - | 125 00 | 5398 00 |
| 7/5 | MAG - MAN - | 10 PGS + PROD - SUB M - 68 SEPTEMBER - | 418 75 | 5816 75 |
| 7/13 | SY BARRY | 6 DAILYS - VANDALS 3 - 4th WEEK 3 FORTH WEEK - | 150 00 | 5966 75 |
| 7/20 | MAG MAN - | 9 PGS - SM # 68 | 337 50 | 6304 25 |
| 7-* | Y BARRY | 3 DAILY - VANDALS - 5th WEEK | 75 00 | 6379 25 |
| 8/10 | SY BARRY | 3 DAILYS - VANDALS 5TH WEEK | 75 00 | 6854 25 |
| 8/17 | SY BARRY | 3 DAILYS VANDALS 7TH WEEK | 75 00 | 6929 25 |
| 8/19 | MARVEL | 10 PGS - PENCIL - KAZAR - NOV # 2 | 375 00 | 7304 25 |
| 8/24 | MARVEL | 19 PGS - AVEN - 19 - INK - SEPT - | 447 00 | 7751 25 |
| 8-26 | SY BARRY | 3 DAILYS - VANDALS - 8TH WEEK | 75 00 | 7826 25 |
| 9/1 | | " " 9TH WEEK 52-53-54 | 75 00 | 7901 25 |
| 9/3 | " | " " 9TH WEEK 49 50 51 11th WEEK | 75 00 | 7976 25 |
| 9/14 | SY BARRY | 3 DAILYS VANDALS | 75 00 | 8251 25 |

\* CHAR 8-3 — DO NOT HAVE


1973

| Date | Account | Job | Amt | Total |
|---|---|---|---|---|
| | ACCOUNT | JOB | AMT | TOTAL |
| 9/21 | SY BARRY | 3 DAILYS - PENCIL 12th WEEK VANDALS 4/5-6-7 67-68-69 | 75.00 | 8726.25 |
| 9/24 | MARVEL | 18 PGS INK AV-120 - OUT 8 PGS PENCIL KAZAR CORRECTIONS AV-120 - 1 PG INK - AV-119 6 PG INK AV-NOV | 196.00 | 8922.25 |
| 9/29 | MARVEL | 6 PGS - INK + FINISH - AV - NOV - 121 - HOWARD - DEVIDER CANNOT STAND | 234.00 | 9156.25 |
| 9/24 | SY BARRY | 3 DAILYS - PENCIL 13th WEEK VANDALS - 10/15-16-17 | 75.00 | 9231.25 |
| 1/? | MARVEL | 12 PGS - INK + FINISH - AV - NOV - 121 | 468.00 | 9699.25 |
| 10/8 | SY BARRY | 6 DAILYS - 1-6 1st WEEK LAURANN | 150.00 | 9849.25 |
| 10/28 | SY BARRY | 6 DAILYS - 13-18 3rd WEEK LAURANN | 150.00 | 9599.25 |
| ? | MARVEL | 8 PGS - KAZAR PENCIL #3 JAN | 300.00 | 9899.25 |
| 11/3 | SY BARRY | 3 DAILY - 19-20-21 LAURANN WEEK | 75.00 | 9974.25 |
| ? | | 8 PGS - KAZAR - PENCIL #3 JAN | 300.00 | 10274.25 |
| 11/14 | MARVEL | 18 PGS - DAREDEVIL - JAN - INK | 432.00 | 10706.25 |
| 11/16 | SY BARRY | 3 DAILY - 31-32-33 - 6 WEEK | 75.00 | 10781.25 |
| 11/21 | SY BARRY | 6 DAILYS - 37-42 7th WEEK | 150.00 | 10931.25 |
| 11/30 | MARVEL | 10 PGS - AVENGERS - 128 JAN - INK | 230.00 | 11161.25 |
| 11/30 | MARVEL | 7 PGS - AVENGERS - 128 JAN - INK | 161.00 | 11322.25 |
| 12/5 | SY BARRY | 3 DAILYS - LAURANN 8th WEEK | 75.00 | 11397.25 |
| 12/12 | SY BARRY | 6 DAILYS " 9th WEEK | 150.00 | 11547.25 |
| 12/17 | " | 3 DAILYS LAURANN 10 WEEK | 75.00 | 11622.25 |
| 12/22 | " | 3 DAILYS LAURANN 11 WEEK | 75.00 | 11697.25 |
| 12/22 | MARVEL | 10 PGS - KAZAR PENCILS | 375.00 | 12072.25 |
| | | 7 PGS - KAZAR PENCILS | 262.50 | 12334.75 |

# 1974

| DATE | ACCOUNT | JOB | AM'T | TOTAL |
|---|---|---|---|---|
| 1-7 | SY BARRY | 3 PGS - 13TH QUEEN - PHANTOM ROUGH PENCIL | 75 00 | 75 00 |
| 1-14 | MARVEL | 10 PGS - INKS - SPIDERMAN 60¢ SPECIAL | 230 00 | 305 00 |
| 1-23 | CONSO PUB | 2 PG - B+W - HANDYWOMAN FOILS A THIEF | 375 00 | 680 00 |
| 1-25 | MARVEL | 10 PGS - INKS - SPIDERMAN 60¢ SPECIAL (11-20) | 230 00 | 910 00 |
| 2-? | MARVEL | 10 PGS - INK - SPIDERMAN SPECIAL 21 - 30 | 230 00 | 1140 00 |
| 2/4 | GREEN/DOLMATCH | POSTER - R.J. NON SMOKING | 400 00 | 1540 00 |
| 2/18 | PIERER-HACKER-GREENTHAL | DAY OF THE DOLPHIN - COMP | 1000 00 | 2540 00 |
| 2/? | MARVEL | DRACULA SPECIAL PENCIL 8 PGS (1-8) | 300 00 | 2840 00 |
| 3/6 | MARVEL | DRACULA SPECIAL PENCIL 8 PGS (9-16) | 300 00 | 3140 00 |
| 3/6 | MARVEL | B+W WORLD - 3 PGS #1 | 190 00 | 3330 50 |
| 3/16 | MARVEL | DRACULA SPECIAL PENCIL 14 PGS - 17-30 | 495 00 | 3831 50 |
| 4/2 | MARVEL | KAZAR #5 - 8 PGS - PENCIL | 300 00 | 4131 50 |
| 4/10 | MARVEL | KAZAR #5 - 9 PGS PENCIL | 337 50 | 4469 00 |
| 4/20 | BOB BERRAN | PENCIL FOR FISHING CALENDAR | 100 00 | 4569 00 |
| ? | MARVEL | ? BATH ? ? 9 PGS - PENCIL | 337 50 | 4906 50 |
| ?-24 | MARVEL | 9 ?? - PENCIL - 16 PGS | 600 00 | 5506 50 |
| 6/1 | Marvel | SNOW DEATH - 5 PGS SPIDERMAN & CO - 14 PGS PENCIL | 675 00 | 6181 50 |
| 6/20 | PIERER/HACKER | FRANKENSTEIN AD | 300 00 | 6481 50 |
| 6/30 | Marvel | DAREDEVIL - 8 PGS - CIRCUS OF FEAR | 300 00 | 6781 50 |
| 7/9 | MARVEL | DAREDEVIL - 11 PGS CIRCUS OF FEAR | 412 50 | 7194 00 |
| 7/20 | MARVEL | 8 PGS - LION - AFRICA | 300 00 | 7494 00 |
| 8/10 | Marvel | SHROUDED CYPRESS - 6 PGS | 225 00 | 7719 00 |
| 8/18 | Marvel | 8 PGS - DEATH - 4 NOV. | 300 00 | 8019 00 |
| 8/26 | Marvel | 9 PGS - BLACK & WHITE - VOODOO | 337 50 | 8356 50 |
| 9/12 | Marvel | 22 PGS - DRAG GIANT #4 | 825 00 | 9181 50 |

1974

| DATE | ACCOUNT | JOB | AMT | TOTAL |
|---|---|---|---|---|
| 7/21 | MARVEL | 1 PG - DRAG GIANT-SIZE - OVER - | 37 50 | 9220 00 |
| 10/1 | MARVEL | 20 PGS - DEFENDERS # 14 DEC. PENCIL | 800 00 | 10029 00 |
| 10/15 | MARVEL | 10 PGS DEFENDERS # 11 DEC PENCIL | 400 00 | 10429 00 |
| 10/20 | MARVEL | 17 PGS INK - AVENGERS DAREDEVIL | 425 00 | 10854 00 |
| 10/28 | MARVEL | 8 PG AV INVENTORY - PENCIL 1-8 ASS-DESTROY AV. | 320 00 | 11174 00 |
| 11/7 | MARVEL | 6 PGS INK - PLANT - ARES - #4 PRODUCTION - | 210 00 | 11384 00 |
| 11/11 | MARVEL | 3 PGS PENCIL - INVENTORY (9-11) AVEN | 120 00 | 11504 00 |
| 11/18 | MARVEL | 14 PGS PENCIL TO AVENGER-4 JAN | 560 00 | 12064 00 |
| 12/1 | MARVEL | 8 PGS - PENCIL G.A. AVENGERS 15-22 4 JAN | 320 00 | 12384 00 |
| 12/9 | MARVEL | 8 PGS - PENCIL G. AV. 4 JAN 23-30 | 320 00 | 12804 00 |
| (1/15) | MARVEL | 10 PGS DEFENDERS # 4 DEC - (OVERPAYMENT) | 400 00 | 13204 00 |
| 2/20 | MARVEL | 8 PGS - PENCIL - AV INVENTORY (12-19) | 320 00 | 13124 00 |
| 2/27 | MARVEL | 7 PGS PENCIL AV- INVENTORY 20-26 | 230 00 | 13354 00 |

DETTWILER-0076

12/21 — 50.00
1/3 — 50.00
1/15 — 50.00
1/29 — 50.00
2/6 — 50.00
2/12 — 50.00
2/19 — 50.00

DETTWILER-0077

1975

| Date | Client | Description | Amount | Total |
|---|---|---|---|---|
| 1/3 | MARVEL | 5 PGS - AVENGERS INVENTORY - GIANT | 150.00 | 150.00 |
| 1/7 | MARVEL | 10 PGS GIANT DEFENDERS PGS - 1-10 | 350.00 | 500.00 |
| 1/30 | MARVEL | 10 PGS GIANT DEFENDERS PGS - 11-20 | 350.00 | 850.00 |
| 2/8 | MARVEL | 12 PGS GIANT DEFENDERS PGS - 21-32 | 430.00 | 1280.00 |
| 2/16 | MARVEL | 6 PGS - UNKNOWN WORLDS #4 INQUIRY | 190.00 | 1470.00 |
| | MARVEL | 10 PGS - PEAR THROUGH GLASS EYE DARKLY 1-10 PENCIL | 350.00 | 1820.00 |
| | MARVEL | 8 PGS - PEAR THROUGH GLASS EYE DARKLY 11-18 PENCIL | 270.00 | 2090.00 |
| | MARVEL | 10 PGS - KAZAR - 1-10 | 400.00 | 2490.00 |
| | MARVEL | 8 PGS - KAZAR 11-18 #11 MAY | 320.00 | 2810.00 |
| 3/4 | MARVEL | 5 PGS IRON FIST | 200.00 | 3010.00 |
| 3/9 | MARVEL | PROMOTION + 16 PGS - CHAMPIONS PENCILS #1 | 520.00 | 3530.00 |
| 4/16 | MARVEL | 8 PGS - CHAMPIONS - PENCIL #1 | 320.00 | 3850.00 |
| 4/25 | MARVEL | 8 PGS - CHAMPIONS PENCIL #2 | 320.00 | 4170.00 |
| | MARVEL | 1 PG - CHAMPIONS PENCIL #1 | 40.00 | 4210.00 |
| 5/8 | MARVEL | 10 PGS - MARVEL PREMIERE #27 PENCIL | 400.00 | 4610.00 |
| 5/21 | MARVEL | 8 PGS MARVEL PREMIERE #27 PEN | 320.00 | 4930.00 |
| /9 | MARVEL | 11 PGS CHAMPIONS PENCIL #2 | 440.00 | 5370.00 |
| /24 | 1001 COMM. | 2 PGS - P+I 1001 DER WOMAN | 400.00 | 5770.00 |
| 6/25 | MARVEL | 6 PGS GIANT AVENGERS | 200.00 | 5970.00 |
| 7/12 | MICRONAFF | 12 PANELS | 160.00 | 6130.00 |
| 7/25 | CANIFF | 6 PANELS | 80.00 | 6210.00 |
| 7/30 | CANIFF | 12 PANELS | 160.00 | 6370.00 |
| 8/1 | MARVEL | 18 PGS INK #15 GHOST RIDER | 450.00 | 6820.00 |
| 8/9 | CANIFF | 6 PANELS | 80.00 | 6900.00 |
| 8/18 | CANIFF | 6 PANELS | 80.00 | 6980.00 |

DETTWILER-0078