# EXHIBIT 68F

1975

| DATE | AGENT | JOB | | AM'T | TOTAL |
|------|-------|-----|---|------|-------|
| AUG 25 | MILTON CANIFF | 12 PANELS | | 160 00 | 7140 00 |
| SEP 3 | MILTON CANIFF | 6 PANELS | | 80 00 | 7220 00 |
| 9/8 | MILTON CANIFF | 24 PANELS | | 320 00 | 7540 00 |
| 9/9 | MILTON CANIFF | 6 PANELS | | 80 00 | 7620 00 |
| 9/10 | MAG. MNGT. | 1 Page | Spiderman Cakes | 40 00 | 7660 00 |
| 9/12 | West Printing. | 5 PGS | TRIANGLE | 112 50 | 7772 50 |
| 10/1 | West Pub | 14 PGS | SAMSON | 315 00 | 8087 50 |
| 10/8 | MARVEL | 5 PGS. | CHAMPIONS #5 | 200 00 | 8287 50 |
| 10/19 | WEST PRNTNG | 9 Pencil 8 INK | TRIANGLE - SAMSON | 352 50 | 8620 00 |
| 10/25 | MARVEL | 5 PGS | CHAMPIONS #5 | 200 00 | 8820 00 |
| 11/7 | MARVEL | 7 PGS | CHAMPIONS #5 | 280 00 | 9150 00 |
| 11/20 | MARVEL | 7 PGS | MARVEL PREMIERE #30 | 280 00 | 9430 00 |
| 12/2 | MARVEL | 7 PGS | MARVEL PREMIERE #30 | 280 00 | 9710 00 |
| 12/2 | WEST PRNTNG | 6 PG. | SERPENT - COVER PENCIL | 135 00 | 9845 00 |
| 12/7 | WEST PRTNG | 6 PG | " "INK | 135 00 | 9980 00 |
| 12/24 | MARVEL | 3 PGS | MARVEL PREMIERE #30 | 120 00 | 10100 00 |

DETTWILER-0079

# 1976

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/3 | CHARLTON PUB | 7 PGS - MAFFIA - PART PMT | 220 00 | 220 00 |
| 1/15 | CHARLTON PUB | 7 PGS - MAFIA - PMT | 200 00 | 420 00 |
| 1/23 | MILTON CANIFF | 6 DAILIES - 1 SUN DAY STEVE CANYON - 5/8 - 5/11 | 360 00 | 780 00 |
| 2/18 | MILTON CANIFF | 6 PG DLY - 1 SUNDAY STEVE CANYON - 5/15 - 5/22 | 360 00 | 1140 00 |
| 2/23 | WEST. PUB CO. | 18 PGS - PENCIL - BORN OF THE SUN | 495 00 | 1635 00 |
| 3/5 | MARVEL | WESTERN PUB PUZZLES (2) - 5 AM - PT | 180 00 | 1815 00 |
| 3/18 | WEST PUB CO | 18 PGS - INK BORN OF THE SUN | 495 00 | 2310 00 |
| 3/23 | MILTON CANIFF | 6 DAILIES - 1 SUNDAY STEVE CANYON - 5/23 - 30 | 360 00 | 2670 00 |
| 4/1 | MARVEL | 10 PGS - BLACK GOLIATH # 4 PART PENCIL - INK | 450 00 | 3120 00 |
| 4/7 | MARVEL | 7 PGS - BLACK GOLIATH # 4 PART PENCIL - INK | 315 00 | 3435 00 |
| 4/13 | MARVEL | 10 PGS - TORA + THING PART PENCIL - INK | 440 00 | 3875 00 |
| 4/22 | MILTON CANIFF | 5 SUNDAYS - 6 - 6 - 13 - 6-20 | 360 00 | 4235 00 |
| 4/30 | MARVEL | 7 PGS - TORA + THING PART PENCIL - INK | 308 00 | 4543 00 |
| 5/5 | PENCIL PM | PENCIL | 280 00 | 4823 00 |
| 5/21 | MARVEL | 7 PGS AVENGERS - INV - BREANT PENCIL | 280 00 | 5823 00 |
| 6/2 | MARVEL | 10 PGS AVENGERS 4/5 - BREANT - PENCILS | 400 00 | 6223 00 |
| 6/4 | DICK GIORDANO | 4 PGS - INK - GIRL PIECE FOR PUB - | 160 00 | 6383 00 |
| 7/20 | MARVEL | 7 PGS PEANUT AVENGER | 650 00 | 7033 00 |
| 7/21 | MARVEL | 7 PGS GHOST RIDER # 22 | 280 00 | 7343 00 |
| 7/28 | MARVEL | 5 PGS GR # 23 PENCIL | 200 00 | 7545 00 |
| 5/4 | WEST PUB CO | 13 PGS PENCIL LONE RANGER | 357 50 | 7900 50 |
| 8/9 | MARVEL | 5 PGS GR # 22 PENCIL (COV ARD) | 200 00 | 8100 00 |
| 8/25 | WEST PUB CO | 10 PGS PENCIL LONE RANGER | 275 00 | 8375 00 |
| 9/4 | JOHN BUSCEMA | 1ST WEEK TEACHING | 100 00 | 8475 00 |
| 9/13 | JOHN BUSCEMA | 2ND WEEK TEACHING | 100 00 | 8575 00 |

1976

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 9/17 | WESTERN | 23 PGS - INK - EDWARD ETC LONE RANGER | 632 50 | 9207 50 |
| 9/30 | MARVEL | 5 PGS - GHOST RIDER - #23 | 200 00 | 9407 50 |
| 10/4 | JOHN BUSCEMA | 3 + 4 TH WEEK TEACHING | 200 00 | 9607 50 |
| 10/6 | MARVEL | 5 PGS - GHOST RIDER #23 | 200 00 | 9807 50 |
| 10/13 | JOHN BUSCEMA | 5TH WEEK TEACHING | 100 00 | 9907 50 |
| 10/16 | MARVEL | 7 PGS GHOST RIDER #23 PENCIL | 280 00 | 10187 50 |
| 10/19 | JOHN BUSCEMA | 6TH WEEK TEACHING | 100 00 | 10287 50 |
| 10/27 | JOHN BUSCEMA | 7TH WEEK TEACHING | 100 00 | 10387 50 |
| 10/27 | MARVEL | 5 PGS. GR #24 #25 PENCIL INVENTORY | 200 00 | 10587 50 |
| 10/29 | JOHN B. | 8TH WEEK TEACHING | 100 00 | 10687 50 |
| 11/1 | MARVEL | 4 PGS - GR - INVENTORY PENCIL #25 | 160 00 | 10847 50 |
| 11/6 | JOHN B - | 9TH WEEK TEACHING | 100 00 | 10947 50 |
| 11/10 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 00 | 11147 50 |
| 11/13 | JOHN B | 10 TH WEEK TEACHING | 100 00 | 11207 50 |
| 11/17 | MARVEL | 4 PGS - GR # 24 PENCIL | 160 00 | 11367 50 |
| 11/20 | JOHN B | 11 TH WEEK TEACHING | 100 00 | 11467 50 |
| 11/24 | JOHN B | AD JOB - GIRL & BOY. STARS - FLASH BKG - SLIPPERS | 250 00 | 11717 50 |
| 12/1 | MARVEL | 4 PGS - GR # 24 PENCIL | 160 00 | 11877 50 |
| 11/24 | MARVEL | 5 PGS - GR # 24 PENCIL | 200 00 | 12077 50 |
| 12/4 | JOHN B. | 12 WEEK - 1ST WEEK TEACHING - | 200 00 | 12277 50 |
| 12/11 | JOHN B | 2 ND WEEK TEACHING | 100 00 | 12377 50 |
| 12/18 | JOHN B | 3 rd WEEK TEACHING | 100 00 | 12477 50 |
| 12/28 | D.C. | 17 PGS - WONDER WOMAN 1st PART - STRONE + CO | 680 00 | 13157 50 |
|  | D.C. | ROYALTIES - PAGES PREVIOUSLY DONE | 152 00 | 13309 50 |

DETTWILER-0081

1977

| DATE | ACCOUNT | JOB | AMMOUNT | | TOTAL | |
|---|---|---|---|---|---|---|
| 1/8 | JOHN B. | 4TH WEEK TEACHING | 100 | 00 | 100 | 00 |
| 1/15 | JOHN B. | 5TH WEEK TEACHING | 100 | 00 | 200 | 00 |
| 1/17 | MARVEL | 5 PG. GR #25 PENCIL 10-14 | 200 | 00 | 400 | 00 |
| 1/28 | JOHN B | 6 & 7 TH WEEK TEACHING | 200 | 00 | 600 | 00 |
| 2/5 | JOHN B | 8TH WEEK TEACHING | 100 | 00 | 700 | 00 |
| 2/8 | D.C. | 15 PGS WONDER WOMAN— | 600 | 00 | 1300 | 00 |
| 2/19 | JOHN B | 9TH WEEK TEACHING | 100 | 00 | 1400 | 00 |
| 2/26 | JOHN B | 10TH WEEK TEACHING | 100 | 00 | 1500 | 00 |
| 3/3 | MARVEL | 3 PGS - GRE 25 15-17 | 126 | 00 | 1626 | 00 |
| 3/5 | JOHN B | 1 WEEK TEACHING | 100 | 00 | 1726 | 00 |
| 3/8 | D.C. | WONDER WOMAN PENCIL 17 PGS -#234 | 680 | 00 | 2406 | 00 |
| 3/12 | JOHN B | 1L WEEK 1ST WEEK NEW COURSE - | 200 | 00 | 2606 | 00 |
| 3/19 | JOHN B | 2ND WEEK 3rd COURSE | 100 | 00 | 2706 | 00 |
| 3/26 | JOHN B | 3rd WEEK 3rd Course | 100 | 00 | 2806 | 00 |
| 3/28 | JOHN B | 4-5-6. WEEK FOR APRIL COURSE | 300 | 00 | 3106 | 00 |
| 4/1 | D.C. | 17 PGS - TEEN TITANS | 680 | 00 | 3786 | 00 |
| 4/17 | D.C. | 10 PGS - BG + R. | 400 | 00 | 4186 | 00 |
| 4/28 | D.C. | 14 PGS - BG + R | 560 | 00 | 4746 | 00 |
| 5/8 | JOHN B. | 7TH WEEK 3rd Course | 100 | 00 | 4846 | 00 |
| 5/6 | JOHN B | 8TH WEEK 3rd, Course | 100 | 00 | 4946 | 00 |
| 4/15 | D.C. | 8 PG. TEEN TITANS # 51 | 320 | 00 | 5266 | 00 |
| 5/24 | JOHN B | 9TH WEEK 3rd Course | 100 | 00 | 5366 | 00 |
| 6/1 | Reprint Marvel - | | 81 | 00 | 5447 | 00 |
| 5/26 | D.C. | 9 PGS - TEEN TITANS # 51 | 360 | 00 | 5807 | 00 |
| 6/3 | JOHN B | 10 TH WEEK - 3rd COURSE | 100 | 00 | 5907 | 00 |

DETTWILER-0082

1977

| DATE | ACCNT | JOB | AMM'T | | TOTAL | |
|------|-------|-----|-------|---|-------|---|
| 6/8 | D.C. | 8 PGS - TT #52 DEC - TITANS CLASH PENCIL | 320 | 00 | 6227 | 00 |
| 6/11 | JOHN B | 11TH WEEK - TEACHING - 3RD COURSE | 100 | 00 | 6327 | 00 |
| 6/18 | JOAN B. | 12TH WEEK - TEACHING 3rd. COURSE | 100 | 00 | 6427 | 00 |
| 6/26 | D.C. | 9 PGS - TT #82 DEC TITANS CLASH PENCIL | 360 | 00 | 6787 | 00 |
| 7/15 | D.C. | 6 PGS - SUPERGIRL - 187 | 240 | 00 | 7027 | 00 |
| 7/26 | BOB BURRAN | STUDIO WORK | 50 | 00 | 7077 | 00 |
| 7/29 | D.C. | 5 PGS - SUPERGIRL - 187 8 PGS - BATGIRL - ROBIN #16 | 520 | 00 | 7599 | 00 |
| 8/8 | BOB BURRAN | STUDIO WORK | 200 | 00 | 7799 | 00 |
| 8/19 | D.C | 14 PGS BATGIRL + ROBIN (TRYING TO FIX IN LAST 14 PANELS) | 560 | 00 | 8359 | 00 |
| 8/25 | D.C. | REST OF PYMT - 10 PGS - SG + ROBN PG SUPERGIRL 187 | 120 | 00 | 8479 | 00 |
| 9/9 | D.C. | 8 PGS STEEL #1 | 320 | 00 | 8799 | 00 |
| 9/9 | BOB BURRAN | STUDIO WORK | 200 | 00 | 8999 | 00 |
| 9/23 | DC | 9 PGS STEEL #1 | 360 | 00 | 9359 | 00 |
| 9/30 | D.C. | 1 PG STEEL #1 PENCIL 2 PGS P+1 MODEL SHEET STEEL | 174 | 00 | 9533 | 00 |
| 10/5 | MARVEL | REPRINT - WOMAN VILLIANS | 28 | 00 | 9561 | 00 |
| 10/6 | JOAN BURRAN | CLASSES 1 + 2    9/21-9/30 PKT COURSE | 200 | 00 | 9761 | 00 |
| 10/12 | JOAN B | CLASSES 3 + 4    10/4 - 10/7 | 200 | 00 | 9961 | 00 |
| 10/21 | D.C. | STEEL COVER + REPO | 131 | 00 | 10092 | 00 |
| 10/17 | JOAN B | CLASSES 5 + 6 - 10/11 - 10/14 | 200 | 00 | 10292 | 00 |
| 10/20 | DC | BATGIRL #17  8 PGS - BMF | 336 | 00 | 10628 | 00 |
| 10/25 | JOAN B | CLASSES 7 - 8 - 10/18 + - 10/21 | 200 | 00 | 10828 | 00 |
| 10/27 | DC | BATGIRL #17  8 PGS - BMF | 336 | 00 | 11164 | 00 |
| 10/30 | D.C. | BATGIRL #17  5 PGS BMF | 210 | 00 | 11374 | 00 |
| 11/1 | JOAN B | CLASSES 9 - 10  10/25 - 10/28 | 200 | 00 | 11574 | 00 |
| 11/9 | JOAN B | CLASSES 11 - 12 11/1 - 11/4 | 200 | 00 | 11774 | 00 |

DETTWILER-0083

'977

| DATE | ACCOUNT | JOB | AMT. | TOTAL |
|------|---------|-----|------|-------|
| 11-10 | D.C. | COVER - STEEL #2 | 7800 | 11852 00 |
| 11-19 | D.C | PEN & INKING - STEEL #2 | 336 00 | 12188 00 |
| 11-14 | JOHN B | CLASSES - 13-14  11/8 - 11/11 | 200 00 | 12388 00 |
| 11-21 | JOHN B | CLASSES - 15-16  11/15 - 11/18 | 200 00 | 12588 00 |
| 11-28 | JOHN B | CLASS - 17 - 11/22 | 100 00 | 12688 00 |
| 12-2 | D.C | 9 PGS PEN & INK STEEL #2 | 373 00 | 13060 00 |
| 12-5 | JOHN B | CLASS 18-19  11/26 - 11/29 | 200 00 | 13266 00 |
| 12-12 | WARREN | SAMPSON JONES INK | 600 00 | 13866 00 |
| 12-12 | JOHN B | CLASS 20-21  12/5 - 12/7 | 200 00 | 14066 00 |
| 12-12 | D.C | 10 PGS PENCIL  STEEL #3 | 420 00 | 14486 00 |
| 12-19 | JOHN B | CLASS 22-23  12-13  2-14 | 200 00 | 14686 00 |
| 12/21 | D.C | COVER - STEEL #3 | 78 00 | 14764 00 |
| 12/27 | BOB BLANK | STUDIO WORK | 200 00 | 14964 00 |
| 12/30 | JOHN B | CLASS #24 - 12/20 | 100 00 | 15064 00 |
| | WARREN | BORN OF JANE | 70 00 | 15134 00 |

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/8 | JOHN B | CLASS # 25 1/8 | 100 00 | 100 00 |
| 1/10 | D.C. | 10 PGS PENCIL SHIELD # 4 | 420 00 | 520 00 |
| 1/15 | JOHN B | CLASSES #'S 26 - 27 1/10 - 1/13 | 200 00 | 720 00 |
| 1/17 | JOHN B. | CLASS 28 - 1/17 | 100 00 | 820 00 |
| 1/29 | John B - | CLASSES 29 - 30 1/24 - 1/27 | 200 00 | 1020 00 |
| 2/12 | D.C. | 10 PGS BATMAN FAM #20 BATGIRL & ROBIN 1 - 10 | 420 00 | 1440 00 |
| 2/19 | D.C. | 10 PGS BAT FAM #20 BATGIRL & ROBIN 11 - 20 | 420 00 | 1860 00 |
| 2/24 | D.C. | COVER STEEL # 4 | 78 00 | 1938 00 |
| 2/24 | D.C. | REPRINTS SRA B2 B3 | 37 50 | 1975 50 |
| 3/3 | D.C. | REPRINT SRA - REPRINT (SUPER A) | 20 00 | 1995 50 |
| 3/3 | D.C. | STEEL #5  10 PG PENCIL | 420 00 | 2415 50 |
| 3/10 | D.C | STEEL # 6 COVER PENCIL + SKETCH | 78 00 | 2493 50 |
| 3/14 | D.C | STEEL # 6 10 PGS PENCIL | 630 00 | 3123 50 |
| 4/6 | D.C. | 10 PGS BF BATGIRL # 21 PENCIL - SNS SUPERMAN - CHINAMAN | 420 00 | 3543 50 |
| 4/20 | D.C. | 8 PGS - STEEL # 6 | 378 00 | 3921 50 |
| 4/24 | J. PERONO (Armco | DESIGN SHIRTS - CHERRY @ @ 20 | 60 00 | 3981 50 |
| 5/1 | Armco | 1 - HAIR | 20 00 | 4001 50 |
| 5/5 | ARMCO | 3 PEANUTS - BOAT - GIRL (MM) | 60 00 | 4061 50 |
| 5/15 | ARMCO | 2 - DRAWINGS - | 31 00 | 4092 50 |
| 5/19 | D.C. | 16 PGS - STEEL # 6 DUCK | 672 00 | 4764 50 |
| 5/19 | ARMCO. | 2 DRAWINGS - LIQUOR RED ELDER | 30 50 | 4765 00 |
| 5/24 | ARMCO | 5 DRAWINGS - BIG TONGUE - HEAD - BOTTOM; RAMON - MR GYG - SNOW CITY | 76 05 | 4841 05 |
| 5/26 | D_C. | STEEL # 6 COVER | 78 00 | 4939 05 |
| 6/1 | D.C | BF BATGIRL # 22 1/2 PGS | 462 00 | 5401 05 |
| 6/4 | B. SERRAN | 50 STUDIO WORK | 50 00 | 5451 05 |

DETTWILER-0085

1978

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 8/18 | D.C. | 10 PGS STEEL # 7 | 420 00 | 5871 05 |
| 8/21 | BOB BERRAN | STUDIO WORK | 50 00 | 5921 05 |
| 8/30 | D.C. | 2 PGS STEEL # 7 | 84 00 | 6005 05 |
| 8/3 | DON. | 15 PGS - SCHERGER - SF- NIGHTMARE IN NEW ATHENS | 630 00 | 6635 05 |
| 8/20 | D.C. | 8 PGS - ADV 462 - FLASH | 336 00 | 6971 05 |
| 8/27 | D.C. | 4 PGS ADV 462 - FLASH | 168 00 | 7139 05 |
| 8/5 | DC | 5 PGS WEIRD WAR - PLUS TIME- PENCILS BY MORGAN | 210 00 | 7349 05 |
| 8/17 | ANDRE LA BLANC - P | DAILY - 9/25 - 9/30 10/1 SUNDAY PENCILS - RM - SCHAFFIN | 250 00 | 7599 05 |
| 8/24 | A. ABELARD | 10/8 | 100 00 | 7699 05 |
| 8/00 | P. LA BLANC | PENCILS - RM DAILY 10/2 - 10/7 | 150 00 | 7749 05 |
| 8/28 | A. LA BLANC | ROUGH TRACE - SUN 10/15 FINISH | 60 00 | 7809 05 |
| 9/29 | D.C | 463 - AQUAMAN - AQUAMAN SHOOTING WAR SON | 509 00 | 8318 05 |
| 9/8 | A. LA BLANC | SUN. TRACINGS - DAILIES | 90 00 | 8408 05 |
| 9/14 | ANDRE LA BLANC | TRACINGS - 2 WEEKS DAILIES 1 SUNDAY - 10/23 — 11/4 | 240 00 | 8643 05 |
| 9/15 | BOB BERRAN | STUDIO WORK | 25 00 | 8668 05 |
| 9/18 | D.C. | 12 PGS - BF - SUPERGIRL MAY - JUNE | 504 00 | 9172 05 |
| 10/2 | D.C. | 12 PGS - AQUAMAN - ADVENTURE 463 | 504 00 | 9676 05 |
| 10/11 | D.C | 6 PGS - FLASH - ADVENTURE 463 | 252 00 | 9928 05 |
| 10/20 | D.C. | 6 PGS FLASH AD 463 | 252 00 | 10180 05 |
| 10/26 | D.C. | 6 PGS FLASH AD 464 | 252 - | 10432 05 |
| 11/6 | D.C. | 6 PC FLASH AD 464 | 210 - | 10642 05 |
| 11/22 | D.C. | 12 PG SUPERGIRL DOUBLE ID. SMF 396 | 504 - | 11146 05 |
| 11/26 | BOB BERRAN | STUDIO WORK | 90 - | 11236 05 |
| 12/4 | D.C. | 11 PGS BATGIRL- | 462 - | 11698 05 |
| 12/20 | D.C. | 12 PGS SUPERGIRL - SMF INN THE PAST- 1979 ISM | 504 - | 12202 05 |
| 12/20 | CARTOONAVILLE | 1 PAGE - SAID WONDER WOMAN COLOR | 25 - | 12227 05 |

DETTWILER-0086

1979

| Date | Account | Job | Ammount | | Total | |
|---|---|---|---|---|---|---|
| 5 | a - D.C. Comics | Adventure 465 - Flash 6 pgs | 252 | - | 252 | - |
| /9 | D.C. | ADVENTURE 465 FLASH - 6 pgs | 252 | - | 504 | - |
| /23 | D.C. | JIMMY OLGEN - 11 pgs - | 462 | - | 966 | - |
| 36 | D.C. | 4 pgs - BATGIRL - DET COM. 486 | 180 | - | 1146 | - |
| 4/30 | D.C. | 4 pgs BATGIRL - DET COMICS KILLER MOTH 486 | 180 | - | 1326 | - |
| 2 3 | D.C. | 3 pgs - WEIRD WAR - 76,625 | 405 | - | 1731 | - |
| 2 26 | D.C. | 6 pgs - GHOSTS - CAROUSEL (PENCIL) | 360 | - | 2091 | - |
| 3 2 | D.C. | 8 pgs - GREEN LANTERN 120 | 405 | - | 2496 | - |
| 3 0 | S/ BARRY | 9 pgs GL 120 - COMMISTADOR | 200 | - | 2696 | - |
| 3/10 | S/ BARRY | 6 DAILIES # 97 - 102 BREAK-DOWN PENCILS | 200 | - | 2896 | - |
| 3/18 | D.C. | 6 DAILIES #S 103 - 108 BD - PENCILS | 495 | - | 3391 | - |
| 3/25 | D.C. | 11 pgs - SG SMF 198 - | 360 | - | 3751 | - |
| 4/5 | MARVEL | 8 pgs - GL - GA 121 | 67 | 50 | 3818 | 50 |
| 4 3 | D.C | REPRINTS # 45 | 507 | - | 4325 | 50 |
| 4 3 | D.C | W WAR - 3 pgs NW - 102 C - 121 9 1/6 PENCIL - 405 | 115 | - | 4440 | 50 |
| 4 20 | D.C. | HOUSE M ART - # 17 | 360 | - | 4800 | 50 |
| 4/27 | D.C. | GL - GA - 122 - 8 pgs - | 405 | - | 5205 | 50 |
| 5/7 | D.C. | GL - GA - 122   9 PGS PENCIL WITH THREE RINGS | 360 | - | 5565 | 50 |
| 5 17 | D.C. | FLASH 280 - 8 pgs PNL WRONG MAN | 405 | - | 5970 | 50 |
| 5 20 | D.C. | FLASH 280 - 9 pgs - PENCIL WRONG MAN | 360 | - | 6330 | 50 |
| 6 0 | D.C. | FLASH 281 - 8 pgs - PENCIL | 405 | - | 6737 | 50 |
| 6 5 | D.C. | FLASH 281 - 9 pgs PENCIL - | 360 | - | 7097 | 50 |
| 6 27 | D.C. | FLASH 282 - 8 pgs - PENCIL "MISH MASH" | 405 | - | 7502 | 5 |
| 7 12 | D.C. | FLASH 282 - 9 pgs - PENCIL | 360 | - | 7862 | 50 |
| 7 20 | D.C. | FLASH 283 - 8 pgs PENCIL | 405 | | 8267 | 50 |
| | | FLASH 283 - 9 pgs - PENCIL | | | | |

DETTWILER-0087

*1979*

| Date | | Description | | | |
|---|---|---|---|---|---|
| 8/2 | D.C. | 8 PGS - FLASH 284 / RUN FLASH RUN - | 360 | — | 8627 5 |
| 8/2 | D.C. | 9 PGS - FLASH 284 | 405 | — | 9032 50 |
| 8/29 | D.C. | 8 PG - DET 481 - BG+R | 360 | — | 9392 50 |
| 9/5 | D.C. | 7 PGS - DET 489 BG+R | 315 | — | 9707 50 |
| 9/5 | D.C. | 8 PGS FLASH 285 SKETCHED / PENCIL - IF AT FIRST YOU DON'T | 360 | — | 10067 50 |
| 9/27 | D.C. | 9 PGS FLASH 285 - | 405 | — | 10472 50 |
| 9-2 | MARVEL | REPRINT | 10 | — | 10482 50 |
| 10/3 | MARVEL | REPRINT - MARVEL SUPER ACTION #16 | 40 50 | 10523 — |
| 10/5 | D.C. | 8 PGS FLASH 286 - RAINBOW RAIDER / PENCIL | 360 | — | 10883 — |
| 10/5 | D.C. | COVER FLASH 285 - SKETCHED / PENCIL | 81 | — | 10964 — |
| 10/25 | D.C. | 9 PGS FLASH 286 - RAINBOW / PENCIL  RAIDER - | 405 | — | 11369 — |
| 10/30 | D.C. | FL - 286 - SKETCH PENCIL COVER / FL - 287 - 8 PGS - PENCIL DR. ALCHEMY | 441 | — | 11810 — |
| 10/3 | CARTOON VILLE | LECTURE - | 50 | — | 11860 — |
| 11/12 | D.C. | 9 PG - FL- 287 - US 290 COVER | 485 | — | 12345 — |
| 11/24 | D.C. | 8 PG - FL 288 + 287 COVER | 360 85 | 12790 — |
| 12/3 | MARVEL | REPRINT - | 40 50 | 12830 50 |
| 12/7 | D.C. | 9 PGS - F 289 — DR. ALCHEMY + / MR ELEMENT | 405 | — | 13235 50 |
| 12/13 | D.C. | F # 288 COVER | 85 | — | 13320 50 |
| 12/13 | D.C. | CHRISTMAS - BONUS. | 300 | — | 13620 50 |
| 12/24 | D.C. | 8 PG - F - 289 - / 50 HH MYSTERY COVER | 360 85 | 14065 50 |
| 12/31 | D.C. | 9 PGS - F. 289 - | 405 | — | 14470 50 |
| 12/31 | D.C. | 90 HH - COVER INK - | 35 | — | 14505 50 |

DETTWILER-0088

— 1980 —

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 1/4 80 | D.C. | SUB-AD-ART-REPRINT | 22 50 | 22 50 |
| 1/4 | D.C. | FLASH 290 — 8PGS — WILL YOU BELIEVE<br>F-289 COVER 4 S    ME WHEN I'M DEAD | 445 — | 467 50 |
| 1/25 | D.C. | FLASH 290 9PGS- | 405 | 872 50 |
| 1/30 | D.C. | GHOSTS 92 — COVER<br>SOHH- 18   COVER | 240 | 1112 50 |
| 3/11 | D.C. | FLASH 291 — 9 PGS PENCIL | 405 — | 1517 50 |
| 2/22 | D.C. | FLASH 291 — 8PGS PENCIL | 360 — | 1877 50 |
| 3/5 | D.C. | F-290 — COVER<br>F-291 — 9PGS — INK | 391 — | 2268 50 |
| 3/5 | D.C. | F-291 — 8PGS — INK | 272 | 2540 50 |
| 3/12 | D.C. | CONTRACT PERFORMANCE | 450 — | 2990 50 |
| 3/17 | D.C. | F-292 — 9PGS — PENCIL | 405 — | 3395 50 |
| 3/26 | D.C. | F-292 8PGS-  MIRROR MIRROR | 360 — | 3755 50 |
| 3/26 | D.C. | F-292 — RAISE ADS. | 85 — | 3840 50 |
| 4/16 | D.C. | F-292 8PGS — INK<br>    MIRROR-MIRROR | 272 — | 4112 50 |
| 4/16 | D.C. | F-292 9PGS — INK — M-M | 306 — | 4418 50 |
| 5/1 | D.C. | F-293 6PGS — PENCIL | 300 — | 4718 50 |
| 5/1 | D.C. | F-293 6PGS —PENCIL | 300 — | 5018 50 |
| 5/1 | D.C. | F-292 COVER-SKETCH | 85 — | 5103 50 |
| 5/13 | D.C. | F-294 — 9PGS — PENCIL - APES | 450 | 5553 50 |
| 5/30 | D.C. | F-293 12 PGS INK-<br>    FINGR — HEADS | 408 — | 5961 50 |
| 5/9 | D.C. | F-294 — 8 PGS - PENCIL APES | 400 — | 6361 50 |
| 6/17 | D.C. | GHOSTS 96 COVER PENCIL + INK | 120 — | 6481 50 |
| 6/17 | D.C. | F-294 — 8PGS — INK — | 272 00 | 6753 50 |
| 6/27 | D.C. | F-294 — 9PGS — INK — | 306 — | 7059 50 |
| 6/27 | D.C. | F-294 — COVER- SKETCH - PENCIL | 85 | 7144 50 |
| 7/18 | D.C. | VLA - 187 — 13 PGS — PENCIL — | 650 | 7794 50 |

DETTWILER-0089

— 1980 —

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|------|---------|-----|-------|-------|
| 7/30 | D.C. | 12 PAGES – JLA – 187 – PENCIL | 600 00 | 8394 50 |
| 8/14 | D.C. | 9 PGS – FL – 295 – COVER– FL 295 | 535 – | 8929 50 |
| 8/21 | D.C. | 11 PAGES – JLA – 188 | 550 – | 9479 50 |
| 8/25 | D.C. | 8 PAGES – F – 295 PENCIL | 400 00 | 9879 50 |
| 9/8 | D.C. | 17 PGS – F – 295 INK | 578 00 | 10457 50 |
| 9/16 | D.O. | 8 PGS – AQM – 517 ACTION | 400 – | 10857 50 |
| 9/24 | D.C. | 8 PGS – AQM – ACTION – 518 | 400 – | 11257 50 |
| 10/5 | D.C. | 8 PGS – ACTION – 517 INK AQUAMAN | 272 – | 11529 50 |
| 10/15 | D.C. | 5 PGS – ACTION – AQM INK 518 | 272 – | 11801 50 |
| 10/27 | D.C. | 8 PGS – ACTION AQM – FAMILY PLOT 517 | 400 – | 12201 50 |
| 11/1 | D.C. | 8 PGS ACTION AQM THE END 520 | 400 – | 12601 50 |
| 11/20 | D.C. | 8 PGS – ACTION 517 AQM FAMILY PLOT – INK – | 272 – | 12873 50 |
| 11/27 | D.C. | AQUAMAN – MINI – COMIC – 15 PGS LEAK CONFECTIONARY | 375 – | 13248 50 |
| 12/5 | D.C | LEAF CONFECTIONARY – 5 PGS 9 + 1 FLASH ORIGIN | 630 – | 13878 50 |
| 12/11 | D.C. | DIAL H FOR HERO 482 A C PENCIL | 350 | 14228 50 |
| 12/11 | D.C. | AQUAMAN – ACTION 520 – THE INK END | 272 – | 14500 50 |
| 12/16 | D.C. | BONUS – CHRISTMAS | 300 – | 14800 50 |
| 12/22 | P.C. | DIAL H – INK 482 C | 238 – | 15038 50 |
| 12/29 | D.C. | DIAL H – PENCIL 483 A – 12 PGS – | 600 – | 15638 50 |

DETTWILER-0090

**1981**

| DATE | ACCOUNT | JOB | PRICE | TOTAL |
|------|---------|-----|-------|-------|
| 1/17 | D.C. | ADVENTURE 484 - DIAL H 9 PGS PENCIL | 450 - | 450 - |
| 2/6 | D.C. | ADVENTURE 483A - DIM H - INKS 12 PGS | 408 - | 858 - |
| 2-14 | D.C. | ADVENTURE 484A - 8 PGS - BOUNTY HUNTER | 400 - | 1258 - |
| 2/26 | D.C. | DCCP - S - 3550 9 PGS - PENCIL | 450 - | 1708 - |
| 3/10 | D.C. | DCP - S - 3550 SUP + FL 8 PGS PENCIL | 400 - | 2108 - |
| 3/25 | D.C. | DCP - S - 3550 - SUMAN + F 17 PGS INK | 680 - | 2788 - |
| 3/10 | D.C. | INCENTIVE BONUS CONTRACT PERFORMANCE - | 500 - | 3288 - |
| 4/3 | D.C. | DIAL H ADV 486 - 9 PGS - PENCIL | 495 - | 3783 - |
| 4/10 | D.C. | DIAL H ADV 486 - 8 PGS - HELL ON EARTH | 440 - | 4223 - |
| 4/27 | D.C. | DIAL H - ADV. 2187 - 9 PGS, CHARM A SERPENT PENCIL | 495 - | 4718 - |
| 5/5 | D.C. | DIAL H - ADV. 486 - 17 PGS INK - HELL ON EARTH | 680 - | 5398 - |
| 5/15 | D.C. | DIAL H. AV. 487 9 PGS CHARM A SERPENT INK | 360 - | 5758 - |
| 6/5 | D.C. | WW - 287 - WW + FL - 16 PGS PENCIL | 880 - | 6638 - |
| 6/17 | D.C. | VCA 198 - WILD WILD WEST - 14 PGS - PENCIL | 770 - | 7408 - |
| 7-1 | D.C. | VCA - 199 WILD WILD WEST - 13 PGS PENCIL | 715 - | 8123 - |
| 7-14 | D.C. | VCA - 199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 8673 - |
| 7-28 | D.C. | VCA - 199 - GRAND CANYON SHOWDOWN 10 PGS - PENCIL | 550 - | 9223 - |
| 8-5 | D.C. | VCA - 199 - GRAND CANYON SWDN 7 PGS - PENCIL | 585 - | 9608 - |
| 8-14 | D.C. | WC 277 - 7 PGS PENCIL RISE OF PLAGUE | 385 - | 9993 - |
| 8-20 | D.C. | PUZZLES WW + BTMN - | 330 - | 10323 - |
| 8-28 | D.C. | WC 277 - 7 PGS - PENCIL SCRIPT OF PLAGUE | 385 - | 10708 - |
| 9-17 | D.C. | VCA - 201 - 12 PGS - PENCIL HERO - WITCHA - | 660 - | 11368 - |
| 9-30 | D.C. | VCA - 201 13 PGS PENCIL HERO - ULTRAA - | 715 - | 12083 - |
| 10-16 | D.C. | VCA - 202 - 12 PGS PENCIL SPACE JOO - | 660 - | 12733 - |
| 10-16 | NEW MEDIA | THE Virginian - 3 spots | 152 - | 12885 - |

DETTWILER-0091

1 SHARE — 67.94.

DETTWILER-0092

'981

| DATE | ACCOUNT | JOB | | PRICE | TOTAL |
|------|---------|-----|---|-------|-------|
| | VCA-DC | VCA-202 | 13 PCS PENCIL & SPACE JOBS | 715 – | 13,258 – |
| -18 | VCA-DC | VCA-203 | 12 PCS PENCIL PART ONE ROYAL PROGRAMME | 400 – | 14,258 – |
| 12-8 | VCA-DC | VCA-205 | 13 PCS PENCIL PART ONE RFG – | 715 – | 14,973 – |
| 1-23 | VCA-DC | VCA-204 | 8 PCS PENCIL PART 2 RFG. | 440 – | 15,413 – |
| 12-30 | DC. | VCA-204 · 17 PCS – RFG PENCIL PART II | | 935 – | 16,348 |

DETTWILER-0093

ROYALTY CHECKS -

| | | | |
|---|---|---|---|
| * 3-20 | 200.00 | - DC REGINALD?? | 200.00 |
| 6-3 | 135.87 | - VCA 198 - NW | 381.73 |
| 6-28 | 106.53 | - VCA-199 | 488.46 |
| 9-3 | 130.44 | - VCA-201 | 618.90 |
| 10-4 | 129.50 | - VCA-202 | 748.40 |
| 11-9 | 72.00 | VCA-203 | 820.40 |
| 11-30 | 24.55 | VCA-204 | 844.95 |
| 12-29 | 123.68 | VCA-205 | 968.63 |

DETTWILER-0094

1982

| DATE | ACCOUNT | JOB | PAYMENT | | TOTAL | |
|------|---------|-----|---------|---|-------|---|
| 1-22-82 | D.C. | VLA-205 9 PGS RFG. PENCIL PART III | 495 | – | 495 | – |
| 2-9 | D.C | VLA-205 8 PGS RFG PENCIL PART III | 440 | | 935 | – |
| 2-18 | D.C | VLA-205 8 PGS RFG PENCIL PART III | 440 | | 1375 | – |
| 2-22 | D.C | CONTRACT BONUS – | 550 | | 1925 | – |
| 2-26* | D.C | ROYALTIES D.C COMICS PRESENTS # 58 P-1 CEND | 206 | 06 | 2131 | 06 |
| 3-9 | D.C. | VLA-207 – 10 PGS – VSA-JLA – | 600 | 00 | 2731 | 06 |
| 3-26 | D.C. | VLA-207 · 13 pgs VLA-JSA-ETC | 780 | ? | 3511 | 06 |
| 4-13 | D.C | VLA-208 7 PGS – VLA-JSA 2ND PART | 420 | – | 3931 | 06 |
| 4-26 | D.C | VLA-208 · 8 PGS – VLA 2ND PART | 480 | – | 4411 | 06 |
| 5-10 | D.C | VLA-209 – 8 PGS – 2ND PART OF STORY – | 480 | – | 4891 | 06 |
| 5-27 | D.C. | VLA-209 – 8 PGS VCA-JSA 3rd part. | 480 | – | 5371 | 06 |
| 6-3* | D.C | ROYALTY CHECK – W W-TT- JAN | 175 | 57 | 5546 | 93 |
| 6-9 | D.C. | VLA 209 8 PGS VLA 180- 480 7 PGS 420 | 700 | – | 6446 | 93 |
| 6-26 | D.C | VLA-209 WPGS – HNGS – DRAWN PENCIL PER PAGE | 440 | – | 6886 | 93 |
| 7-10 | D.C. | VLA-209- WPGS 12 PGS WPITPAGE | 480 | – | 7366 | 93 |
| 7-10 | D.C | VCA 209 1PGS ADVERTISEMENT – | 115 | – | 7481 | 93 |
| 8-6 | D.C. | VLA-213 – 16 PGS – PENCIL MICROVERSE – | 960 | – | 8441 | 93 |
| 8-23 | D.C. | VLA-213 7 PGS – PENCIL MICROVERSE – | 420 | – | 8861 | 93 |
| 9-9 | D.C | VLA-214 7 PGS – PENCIL MICRO-COSMOS PART II | 420 | – | 9281 | 93 |
| 9-9 | D.C. | HUNTRESS · 301 7PGS-PENCIL | 420 | – | 9701 | 93 |
| 10-3 | D.C. | VCA 214 8 PGS PENCIL | 480 | – | 10181 | 93 |
| 10-21 | D.C | JLA 214 8 PGS PENCIL | 480 | – | 10661 | 93 |
| 10-24 | D.C. | PROJECT - ARMY PROJECT 3 PGS PENCIL | 180 | – | 10841 | 93 |
| 11-8 | D.C. | PROJECT- ARMY PROJECT 3 PGS WORKSHT PENCIL RATE | 90 | – | 10931 | 93 |
| 11-8 | D.C. | PROJECT - ARMY PROJECT 3 PGS INK | 202 | 56 | 11134 | 93 |

DETTWILER-0095

1982

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL | |
|---|---|---|---|---|---|
| 11-8 | VLA-215-DC | VLA-215-7PGS-PENCIL | 420 - | 11554 | 43 |
| 12-13 | VLA-215-DC | 8PGS PENCIL | 480 - | 12034 | 43 |
| 12-13 | D.C. | GREEN LANTERN CORPS-6PGS PENCIL | 360 - | 12394 | 43 |
| 12-23 | DC | VLA-215-8PGS-PENCIL | 480 - | 12874 | 43 |

DETTWILER-0096

ROYALTY CHECKS - 1983

| | | | TOTAL | |
|---|---|---|---|---|
| 3-18 | JCA-207 - | 337.78 | | |
| 4-20 | JCA-208 | 184.45 + 73.77 | | |
| 5-28 | JCA-309 | 167.59 | | |
| 10-24 | JCA-314 | 45.14 | — | 809.03 |
| 11-30 | JCA-215 - | 38.44 | — | 847.47 |
| 12-27 | JCA-316 | 56.63 | — | 904.10 |

DETTWILER-0097

1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 1-21 | D.C. | WW 306 - 8 PG PENCIL | 480 - | 480 - |
| 2-7 | D.C | VLA 216 - 8 PG. PENCIL (WW 306 CHECK) | 480 - | 960 - |
| 2-7 | D.C | GL CORPS 6 PGS - PENCIL | 360 - | 1320 - |
| 2-17 | D.C | VLA-216 8 PGS. PENCIL | 480 - | 1800 - |
| 2-22 | D.C | VLA-216 7 PGS - PENCIL (VLA 216 check) | 420 - | 2220 - |
| 3-4 | D.C. | WW 306 - 8 PGS PENCIL | 480 - | 2700 - |
| 3-4 | D.C | CONTRACT PERFORMANCE CHECK | 600 - | 3300 - |
| 4-4 | D, C | WW 307 - 8 PGS PENCIL | 560 - | 3860 - |
| 4-4 | D, C | WW-307 - 8 PGS - PENCIL | 560 - | 4420 - |
| 4-11 | D, C. | WW-308 - 8 PGS PENCIL | 560 - | 4980 - |
| 4-22 | D, C. | WW-308 - 8 PGS PENCIL | 560 - | 5540 - |
| 5-3 | D. C. | WW 308 - 8 PGS INKS | 376 - | 5916 - |
| 5-3 | D, C. | WW 308 - 8 PGS INKS | 376 - | 6292 - |
| 5-13 | D, C. | WW 309 - 8 PGS PENCIL | 560 - | 6853 X 4 |
| 5-13 | D, C. | WW SAMPLER 2 PGS PT 1 | 234 - | 7086 |
| 6-6 | D.C. | WW 309 - 8 pgs PENCIL | 560 - | 7646 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8022 |
| 6-6 | D.C. | WW 309 - 8 PGS - INK | 376 - | 8398 |
| 6-17 | D.C. | WW 311 - 8 PGS - PENCIL | 560 - | 8958 |
| 6-28 | D.C. | WW 311 - 8 PGS - PENCIL GREMLIN PART 1 | 560 - | 9518 |
| 7-20 | D.C. | WW 311 - 8 PGS - INK | 376 - | 9894 |
| 7-20 | D.C. | WW 311 - 8 PG - INK - | 376 - | 10270 |
| 8-5 | D.C | WW 312 8 PGS PENCIL GREMLIN PART 1 | 560 - | 10830 |
| 8-5 | D.C | WW 312 8 PGS PENCIL | 560 - | 11390 |
| 8-26 | D.C. | WW 312 8 PGS INK | 376 - | 11766 |

DETTWILER-0098

1983

| DATE | ACCOUNT | JOB | PAYMENT | TOTAL |
|------|---------|-----|---------|-------|
| 8-29 | D.C. | WW 312 - 8 PGS - INK - 2ND PART OF GREMLIN STORY - | 376 - | 12142 - |
| 9-13 | D.C. | WW 313 8 PGS PENCIL - BLONT - | 560 - | 12702 - |
| 9-13 | D.C. | WW 313 8 PGS PENCIL - BLONT - | 560 - | 13262 - |
| 9-26 | D.C. | WW 313 8 PGS - INK - | 376 - | 13638 - |
| 10-3 | D.C. | WW 313 8 PGS INK | 376 - | 14014 - |
| 10-24 | D.C. | WW 314 8 PGS PENCIL - BLONT - WARAN | 560 - | 14574 - |
| 10-25 | D.C. | WW 314 8 PGS PENCIL | 560 - | 15134 - |
| 11-7 | D.C. | WW 314 8 PGS PENCIL G-1001 INK | 376 - | 15510 - |
| 11-7 | D.C. | WW 314 8 PGS PENCIL INK | 376 - | 15886 - |
| 11-23 | D.P. | WW 315 8 PGS PENCIL | 560 - | 16446 - |
| 12-6 | D.C. | WW 315 8 PGS - PENCIL | 560 - | 17006 - |
| 12-19 | D.C. | WW 315 8 PGS - INK - | 376 - | 17382 - |
| 12-19 | D.C. | WW 315 8 PGS - INK | 376 - | 17758 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 - | 18318 - |
| 12-29 | D.C. | WW 316 8 PGS - PENCIL | 560 - | 18878 - |
| 2-7 | D.C. | GL CORPS 6 PGS PENCIL | - 360 | 18518 00 |
| | | TOTAL | | 18518 00 |

DETTWILER-0099

MARVEL - 135 - FREELANCE REINBURSEMENT -

DETTWILER-0100

1984

| | ACCOUNT | JOB | PAYMENT | TOTAL |
|---|---|---|---|---|
| 1-19 | D.C. | WW 316 - 8 PGS INKS - | 400 | 400 |
| 1-19 | D.C. | WW 316 - 8 PGS INKS - | 400 | 800 |
| 1-24 | D.C. | WW 317 - 8 PGS - PENCIL | 584 | 1384 |
| 2-3 | D.C. | WW 317 - 8 PGS - PENCIL | 584 | 1968 |
| 2-16 | D.C. | WW 319 - 8 PGS - PENCIL - | 584 | 2552 |
| 3-3 | D.C. | WW 319 - 8 PGS - PENCIL | 584 | 3136 |
| 3-23 | D.C. | WW 320 - 8 PGS PENCIL | 584 | 3720 |
| 3-23 | D.C. | CONTRACT PERFORMANCE | 702 | 4422 |
| 4-5 | D.C. | WW 320 8 PGS PENCIL | 584 | 5006 |
| 4-22 | TRIAD STUDIOS | AD FOR FABRICS 1 PG. | 900 | 5906 |
| 4-27 | D.C. | WW 321 8 PGS PENCIL | 584 | 6490 |
| 5-5 | D.C. | WW 321 8 PGS PENCIL | 584 | 7074 |
| 5-24 | D.C. | WW 322 8 PGS PENCIL | 584 | 7658 |
| 6-6 | D.C. | WW 322 8 PGS PENCIL | 584 | 8242 |
| 6-20 | D.C. | WW 322 7 PGS PENCIL | 511 | 8753 |
| 7-10 | D.C. | WW 323 8 PGS PENCIL | 584 | 9337 |
| 7-19 | D.C. | WW 323 8 PGS PENCIL | 584 | 9921 |
| 7-20 | D.C. | WW 323 7 PGS PENCIL | 511 | 10432 |
| 8-8 | D.C. | WW 323 7 PGS P - INK | 350 | 10782 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11182 |
| 8-18 | D.C. | WW 323 8 PGS - INK | 400 | 11582 |
| 9-1 | D.C. | GL BOARDS - BORDENS - 6 PGS PENCIL WHAT WAR PAGES - 1 PG. P + I | 561 | 12143 2143 |
| 9-12 | D.C. | GL BOARDS - INK - BORDENS, 6 PGS | 350 | 12493 |
| 9-20 | D.C. | WW 324 8 PGS - PENCIL | 584 | 13077 |
| 9-27 | D.C. | WW 324 7 PGS PENCIL | 511 | 13588 |

DETTWILER-0101

1984

| | ACCOUNT | JOB | PAYMENT | | TOTAL | |
|---|---|---|---|---|---|---|
| 10-3 | D.C. | WW 324 - 8 PGS PENCIL | 584 | — | 14172 | — |
| 10-19 | D.C. | WW 324 - 12 PGS INK | 600 | — | 14772 | — |
| 11-26 | O.P. | WW 324 - 11 PGS - INK - | 550 | — | 15322 | — |
| 11-7 | O.C | WW 325 - 7 PGS - PENCIL GREMLIN PENCIL MGREMLIN | 511 | — | 15833 | — |
| 12-4 | O.C | WW 325 - 8 PGS - PENCIL GREMLIN | 584 | — | 16417 | — |
| 12-11 | O.C | WW 325 8 PGS - PENCIL GREMLIN | 584 | — | 17001 | — |
| 12-12 | D.C. | WW 325 11 pages Ink - Gremlin - Kremlin | 550 | — | 17551 | — |
| 12-30 | O.C. | WW 325 12 PGS INK - GREMLIN | 600 | — | 18151 | — |
| 9/ | | MISTAKE - ADDITON | — 50 | | 18151 | — |

DETTWILER-0102