# EXHIBIT 70

DON—
USE AS YOU WILL—

AVENGERS PLOT

or, better, at street corner
newsstand
FOR VARIETY!

A suggested splash panel:  the gathered Avengers (Hawkeye, Goliath, Wasp,
Pietro, Wanda) in HQ are gathered by round table or somewhere,
reading one or more copies of paper.  Headline, etc., of paper
are shown overhead in magnified form--a photo of Black Widow,
and a headline accusing her of treason.

Hawkeye takes it hardest--is shocked, etc.  Goliath finally voices his
feeling that it's—— there's more to this than meets the eye,
so that he and Hawkeye are no longer feuding.

Others also react.

Flashback, as Hawkeye or was someone reads from paper, of Black Widow
entering a top-secret installation, overcoming guards, and
swiping some plans.

Little can even the Avengers know that the plans were obsolescent at best,
and that the whole thing was set up by Shield.

There's also some remarking on Captain America, who still hasn't been
heard from since he left on his mysterious mission.  (no stats
available for this, so just show him in thot balloon or
somewhere.)

see
page 1A
at
this
point
for
HERCULES!

Hawkeye feels the need of a walk--costume and all--and takes off.

In another part of the city, in his secret lab and that enormous chair
you gave him in SUSPENSE #72, the Thinker (Mad, of course)
chortles that this is just as he predicted.

(Don:  I have new idea for M.T.'s dialogue, which will include a lot of
this short-range predicting and other speeches xxxxxxxxx preceded
by the word "projection" to indicate longer-range prediction.
This necessitates a number of panels here and there showing
Mad Thinker as if he has safely predicted even the aggressive
moves of the Avengers, up to the point mentioned later in synops.

Anyway, Hawkeye is meandering thru city when he hears a cry of help from
an abandoned warehouse or some other comic-booky colorful place.

Predictably, he rushes in--he had previously been mooning over 'Tasha, of
course, wondering why she did it, etc.

He discovers himself confronted by the first of a similarly-garbed trio
(the other two will come along later in story).

This guy, called Hammerhead, has a metal plate over head.  He, like other
two, very solidly build and mean-looking--works for Thinker.

In other words, it was a trap.

Hawkeye, unleashing his arrows, finds that Hammerhead's plate (which he
lowers into line of fire) fends them off.  Thanks to Thinker,
he is also read for any other trick of Hawkeye's.

Then, before after a page or so of fighting, Hammerhead (whose ability
was previously demonstrated by his charging thru a wooden door
with impunity)( lowers head and charges Hawkeye from too close
a range for the archer to duck--and he's out for the count.

*1A*

At this point or thereabouts, Hercules wanders in from his rooms to
receive a package sent--it is some swingin' threads.  As long
as he's exiled to earth, he'll make the best of it.

During a brief exchange of dialogue with Avengers, he should demonstrate
his colossal strength in some way.  It must be unseen by anything
or anybody outside Avengers HQ, tho, as even the Thinker doesn't
know Herk is on earth just now.

Soon, he emerges again--dressed resplendently in the latest styles
and off for a nearby nightclub.  This whole story, by the way,
takes place at NIGHT, in the span of a single evening.

2021MARVEL-0071573

However, in course of battle--as Mad Thinker has predicted from his
vantage point by a TV screen, natch--Hawkey called the other
Avengers.  He waited too late, tho, due to his (predictable)
desire to handle the lone villain by himself.

The signal Hawkeye had pressed was of a low-range emergency, so only
Goliath and Wasp go.

The source of the signal now, tho, is an excavation--where the pair find
themselves attacked by a steam-shovel.  In the shovel cab in
second identically- and colorfully-garbed villain of the trio,

When Goliath manages to use his massive strength to topple the steam shovel
(could only have done it with proper leverage and getting the
shovel on an incline, etc.), the villain hops out and is
Pile-Driver--with fists of large size, covered with metal wax
similar to way Hammerhead's skull was.

Goliath fights back, but is knocked out eventually by the Pile-Driver's
powerful, artificial fists.  The Wasp is taken care of in a
less physical manner, but falls prey because of her desire to
help Hank Pym.

During the course of all this, Hercules--who has adapted a mortal name
and mortal dress of a sort--is nightclbbbing with credit cards,
etc., which he acquired from the other Avengers.  Play this up
as best you can--no straight comic scenes, but the overall
effect when couple with dialogue should be amusing.

Girls flock over him--have him at some place which will be easily
identified as a takeoff on Playboy Club, but not really bunnies
or anything like that, since Hefner has a propensity for suing.

He is unaware that his earthly friends are in mortal truble --and he has
of course no device to hear them call him if they tried.

Disgusted with entertainment, he might force the rock'n'rolders or jazz
combo off the stage and, grabbing an electric guitar, regale
them with one of his tales of Olympus--while the people think
it's all a gag.  Again, tho, he should display his titanic
if well-meaning strength--lifting up a piano should be the
least of it.

Meanwhile, the final two Avengers are anxiously awaiting the others at
HQ--Pietro and Wadda.

Suddenly, they can't believe their eyes--as, floating in thru window--
or, more colorfully, smashing thru side of building--is a
flying version of the Thinker's "thinking throne".

On it is the Thinker--and a third villain, this one with metallic boots
which he can control.

Wanda and Pietro fight back, but the feet strike Pietro after he gets in
a few blows, etc.  In short, though it shouldn't be made to look
too simple and should allow opportunity for readers xx to see
Wanda and Pietro in action, the Avngers are now all defeated--
as the Mad Thinker safely predicted.

He was after the devices of the Avengers (and Tony Stark), just as he
once invaded F.F. headquarters (F.F. #15).  Now he has them.

2021MARVEL-0071574

Don Heck

5.

Now, on second flying platform, the other two villains arrive with un-
conscious Hawkeye, Hank, and Wasp.

The five captive Avengers are strapped to a machine/which electrocute
them or something, still knocked out.  Maybe the machine has
a huge, voltage-producing bolt which runs across in front of
them, or some such thing.

Mad Thinker is elated--the weapons will form a new arsenal, and never
again will a world call him mad.  Interplay with other three
villain/s, who can be handled about any way you want but shouldnt
be forgotten.

But then the X-factor (the human ꞙꞙꞙꞙꞙ element) comes into play.

Hercules arrives, feeling good (maybe he had ꞙ some wine--though not
an intermperate amount, at the club).

He's no complete idiot, tho, and quickly sizes up situation.

Using his great power, he smashes whatever it was that would have killed
the Avengers, who are still unconscious and then not shown for
a second.

However, one of the greatest prizes of Mad Thinker is a slow-down ray--
maybe it was Thinker's own, and he used it on Pietro earlier
to slow him down so that the Kicker character could get him.

It slows Hercules down, ꞙꞙꞙꞙꞙ after he has fought off his three gimmicked
attackers and, momentarily unencumbered by them, was about to
hurl something at him.

So Hercules, too, seems doomed--Thinker plans to use some ray on him
at once.  (Maybe Herk is completely immobilized.)

But, suddenly, a voice from off stops him.

The other Avengers are awake again, and, without the element of surprise
on their side, Thinker's terrible trio are roundly and colorfully
defeated.

Thinker seems destined to escape, however, as his chair floats out open
space and across the city.

But Hercules stops him from a fantastic distance by forming metal cables
into lasso, by using a giant bolt as javelin, or anything else
that will demonstate his power and not leave him the forgotten
man at end of only his second story.

(By the way, though I almost forgot this obvious point, Herk must shed his
duds and have on his Herk-suit underneath, as he begins to fight
the three above.  Civvies don't sell comics, evidently.)

Herk has saved Avengers and vice versa, but he is still not fantastically
interested in fighting crime, but only in the Good Life.

Hawkeye still moping, etc.  Maybe, as nice ending, Jarvis the butler (see
recent Captain America ꞙꞙ stories and your own last ish) might
come in from his night off and ask what happened--or, rather,
in his calm pseudo-English way, ꞙꞙ has anything happened.  (Just
an idea.  Some of the above is vague, but I think I've given
you plenty to work from--more than some Marvel synops, anyway.)

2021MARVEL-0071575

Don Heck

THE AVENGERS VS. SUB-MARINER (#40)

The Avengers are engaged in colorful clean-up operations after their fight with the
forces of the Mad Thinker and his Triumvirate of Terror (and I don't mean
Flopsy, Mopsy, and Cottontail).

Hercules is willing to help somewhat, but is a bit disdainful, since after all
he saved them, thereby doing his part.

As they clean up, Hawkeye picks at Herk a bit, but not much.  Show Herk's strength and
also Goliath's--they should make a good team.

As they're all pitching in--suddenly Wanda begins to feel a bit faint.  Pietro worried.
(No, don't worry, Jon--she isn't incestuously pregnant; but she is in bad shape
with a fever, perhaps some long-malingering thing picked up while in Europe.)

Herk picks her up, as Quicksilver rushes ahead and fixed up her room, etc.,
and Herk deposits her there.  (Note:  Whenever possible, it's good to show some of
mansion, living quarters of Avengers, etc.  Sometime, when it seems appropriate,
why not work up a cutaway drawing of the building.)

She seems okay for time being, but Pietro won't desert her for anything--in a touching
scene, he could mention that, after all, they were orphans together for years in Europe--
feared and hated by the villagers who thought Wanda a witch, etc.  (Flashback?
You don't need a ref, if you do, except that they are a bit younger, and in costume.
It was Magneto who finally saved them from a torch-carrying mob, but no need to show
that if you don't wanna.)

*[See last page for current Black Widow development]

Now, while they keep the vigil, we switch dramatically-as-Heck to the underwater
world of Namor--who is proving his worth in exercise by smashing around a bunch of
Atlantean gladiators or some such nonsense.

Suddenly, he is called (Vashti the Elder?) and told (and sees on screen) that
an atomic American sub is coming, has been practicing firing low-power
torpedos.

Namor enraged, swims out alone to stop the whole business.  He takes a torpedo,
mounts it, turns it from its course forcibly, leaps free, etc.

Inside the sub, there is a telescreen (new device, several screens) on which the
skipper (what would his rank be?  Anybody out there know, Don?) sees Namor, holding up
his hand in proud gesture.

He has his orders, though, and won't let Namor turn him back--even though, by
coincidence, his route would take him thru the main street of Atlantis!  (He doesn't
know this natch!)

Anyway, to make a long story shorter, Namor lures sub into an area of super-
seaweed or any kind'a interesting thing, so that the crew members can escape in a
new experimental Marvel-type escape capsule.  Then he sends one of its own torpedos
at it and blows it up.  (Or maybe Code would say that's too violent--he could just
hold it there, period.)

Anyway again, Namor learns where it came from--which is a base in the Caribbean.
(This is because, in Jack's Captain America story which will figure into this later,
the scene was tropical.)  He goes off to teach 'em a lesson, etc., all alone.

Almost at once, swimming on surface, he is spotted by a liner....

Meanwhile, back at the mansion, Avengers are worried about Wanda when the word
comes in about Subby.  They don't know if he intends villainy or not--but, while
they do, suddenly Cap's face appears on video screen (maybe just repaired by Goliath).

Don Heck

Cap has just finished knocking out a robot version of Bucky and defeating the
now-escaped Red Skull--and Cap intends to try to pick up his trail.

Meanwhile, his radio-monitor in Avengers ship that he took/ (See the negative
xerox enclosed of it and video-monitor, so it can be kept standard in future, maybe.)
has informed of Subby's computed destination--and he knows it's near where the
Cosmic Cube (see SUSPENSE ##### #80-81, and tell me if you don't have these) rests
on the bottom of the sea. It didn't sink under as much rubble as they thought--
just down a bit, only a few feet below the murky sea bottom off the shore of this
small island.

Cap says that, if Namor somehow gets hold of the Cosmic Cube, it'll be endsville
for the surface world the first time he stubs his wingfoot. They must stop him.

He signs off, saying he'll join when he can but wants to try to pick up Red
Skull's trail before it gets too cold.

The Avengers (minus the ill Wanda and her nurse, Quicksilver) take off, after
kind words to Wanda. Hercules decides to come along, since he's bored with night-
clubbing for a while, etc. (Do what you can with these Herk bits--so far they've
been great.)

Naturally, Subby beats 'em to the base--and regally presents himself to
incredulous guards. When one of them gets belligerent, he is tossed around like
so much spaghetti--and Namor intends to smash the subs before the full forces of
the navy can be mustered against him.

But, the cavalry (I mean, the Avengers) arrive and foil his plans. Maybe
Goliath and Wasp hurtle out while the ship's landing. They are small, riding
currents, and then land--where Goliath becomes a giant.

Unfortunately, as in early Avengers issues, Subby is still the stronger of the
two, mainly because of his agility. He and Goliath seem even, but the flying power
of his foot-wings puts Hank off balance or some nutty thing. Maybe Wasp ineffectually
tries her wasp's sting, but if bullets (small ones) bounce off Namor, so will that.

Then Hawkeye and Herk enter the scene. Hawkeye can't do much, but does it
colorfully. Maybe he shoots an arrow line around Subby Subby and gets tossed in the
drink (or somewhere) for his pains.

Herk's the big rub, though--maybe 'cause Hank hit his head or something. Subby
and Herk would be about equal, but Subby's not in water--and therefore Herk is slowly
forcing him back. Subby breaks away, leaps into sea after a vow to be back. (If
you can jazz this up, feel free.)

Meanwhile, something untoward has happened. Herk has blurted out about the
Cosmic Cube--and Sub-Mariner remembers reports of the cataclysmic happenings (hurri-
canes, etc.) on nearby island...so he heads in that direction.

He uses some fish to scout around for him--while the Avengers are being con-
gratulated by military. They find area of Cube, which gives out radiations fish
can feel or some nutty nonsense--then he drills down to get it colorfully.

He wishes, and a waterspout carries him back to the base almost at once--where
he surprises the astonished Avengers. They think he's come back for more of the
same, but he hasn't.

Instead, he has created an amalgam (sp?) creature out of two or three sea creatures--
like a squid and a shark and maybe a xxx shell for protection. This keeps Hawkeye,
Wasp, and Goliath busy. (Colorfully, natch--maybe they finally lure it to somewhere
where it can be blown up, in between scenes.)

Meanwhile, Herk mixes it up with Subby (be sure to have the latter use his wings on feet to dodge Herk, etc.). Namor's too proud to ~~xxxxxxxxxxxxxxxxxxxxxxxxx~~ defeat Herk except in a "fair Fight," so he causes hurricane winds to sweep them both into the nearby water--where Subby will have the advantage, even tho Herk can survive under water for a time.

But, Namor is also too proud, he finds, to defeat a foe that unfairly--so he returns them to land, but has ordered his Cube (which he, by the way, might long since have fastened into a Pendant around his neck) to keep his body moist from the air itself. (This needn't be visible to reader, but is nonetheless effective.) Now he and Herk each fight under maximum conditions.

Now there should be a big fight, with tanks and whatever all thrown in (by Herk, or Namor). Soldiers watch helplessly, if at all. Namor, remember, wants to get at them subs. He wishes for an earthquake that'll destroy the whole base--and it starts. Crevices, etc.--mix it up good.

As the amalgam creature is destroyed, tho, the Wasp is freed--and zooms back, using her sting to break the "chain" holding pendant around Namor's neck--and grabs it off. Namor and Herk are still even, and fighting fiercely, but now Namor realizes it'll be just a matter of time. So, in another of those colorful ways, he breaks off and returns to see--he'll fight another day.

Meanwhile, the earthquake--which takes a few seconds to subside--has knocked Jan around, so that she drops the pendant (Cube) into big crevasse--and would fall in herself (maybe does) except for arrowline by Hawkeye. Goliath then pulls her up fast--or else she'd have been flat, and we all know that no Don Heck gals are flat.

Subby can shake fist at Avengers, or something. Goliath comforting Wasp, etc., as they watch him go, wonder what future holds.

And now, for irony time, we switch (I guess a bit later) to underground passage. The Cube lies there in open--and along comes walking (with or without his little buddies) the Mole Man. He picks up pendant-Cube, turns it over in his hand, dismissed it as a useless bauble of the surface world, and tosses it away--not knowing the fantastic power he has tossed away.

((One final, all-important and all-but-forgotten note: Early in story, and bugging Hawkeye thruout, Black Widow should be reported to have stolen a plane from the southwestern base where the Hulk hangs out. Thunderbolt Ross, the general in the Hulk series, is livid with rage when it's reported to him, or something like that. Doesn't he have enough trouble with the Hulk, who might be shown in balloon over his head? She seems to be heading for the Bamboo Curtain, over Pacific--you might even show her zooming across Golden Gate or something--whatever you want, spaced as you want. (Note: if you plan two sections on Widow, please let me know with the first, so I'll leave some dialogue for that time. One would be enough, tho.) And, by the way, don't both with Fury and his crowd this time.

2021MARVEL-0071578

AVENGERS VS. SUPER-ADAPTOID

Don--this is gonna be a weirdie.  Feel free to let your imagination run wild and put in
        about anything in general keeping with the kind of thing I suggest below.
        I have a lot of bits, but more mayb be needed.  Also, this type of story
        will absolutely need big panels--as you'll see.

Idea at beginning:  You are about to share one of the most eventyful hours of all time
        with the mighty Avengers.

This is, timewise, just a short time after their successful fight against Mandarin's crew.

Place:  Central Park area.  One of our beloved mayor's Fun City happenings and all that.
        Namely, a special day set aside to honor the mighty Avengers for saving
        the world, not to mention Brooklyn.

Splash panel might be Thor and Herk, arriving via air (Thor holding Herk, natch) near
        the reviewing stand where the Avengers will be feted.  This creates stir
        in the gathering, thronging crowd.  (Have all the usual accoutrements of
        such a thing--police lines fn front of reviewing stand, anything else you
        can think of that Central Park would have.)

Crowd mills about Thor and Herk--and this'll be a good chance (since Thor'll be cutting
        out before the action really begins, you'll be glad to hear) to show basic
        difference 'twixt these buddies.

Thor is amiably aloof--the Thunder God always.  Herk digs signing autographs--signs one
        (all, actually--we just see one) in ancient Greek.  (Don't worry--I can dig
        it up--I think.)  The autograph hound is confused--a super-hero who
        can't even write right.

Just then, Goliath saunters up--and of course he's so tall everybody can see him.
        (Naturally, he too is besieged--we don't want to give readers the idea the
        public worships only the greater power of Thor and Herk.)  He's looking for
        Jan--as the other Avengers are pretty well ready.

What this is, you see, is a televised happening--and therefore a big event.  Reporters,
        Tv cameras--the whole bit.  The whole thing may end up a cross between
        a super-hero book and a Beatles interview. TALK! TALK! TALK!

Suddenly Meanwhile, the others are faring variously.  Hawkeye (with flashback scene or
        two of Black Widow recuperating in swank hospital room, where Hawkeye left
        her not long ago) is in good mood because he's in love--is being interviewed
        by reporters about marriage prospects, etc.  For action--put in such bits as
        occur to you in the pacing--he might answer question about his accuracy with
        an amazing shot--with a normal arrow for a change.  He might miss though--
        and it turns out the devilish Quicksilver moved the target--so fast no one'
        saw.  This is just a suggestion.

Others are also occupied.  Wanda is beginning to feel that vague ol' animal attraction
        for Herky, finds herself just a bit perturbed at his date--one of the lovelies
        from the Happy Islands, maybe, or whatever you wish.

Captain America standing off with Iron Man--maybe former is discussing fact that he said
        he'd hld team together till Goliahh or somebody returned, and now with
        Goliath around, he can retire and lead normal life--but Iron Man is giving
        him a pep talk.

Suddenly--and this must be built to--Jan arrives.  (At first, Avengers think it's just'
        another super-wealthy dignitary.  But 'tis Jan.)

2021MARVEL-0071592

She is in a Jaguar, very sporty--and in a new gold lamé type costume which needn't look
    that much like her old one.  With her newfound wealth (into which she just
    aged in previous ish), she sees no reason she can't change costumes like
    other xxxxxxxxxxxxxxxxx girls change hairdos.  Her relative unimportance
    as a power-character enables her to get away with this--all her clothes are
    treated to shrink with her, we'll find later.

Play up her entrance big--Goliath a bit unhappy, on the outside  (tho he doesn't wish to
    make a scene in front of crowd on a festive day and mar it) because she is
    a bit gaudy with her wealth, and on the inside because he feels he has little
    to offer her.  (A ridiculous thot for a ten-foot giant, when you get right
    down to it.)

Jan, if a bit miffed by Hank or just to make him jealous, can always play up to Thor--
    who couldn't really care less, though he finds the mortal amusing, as does Herk/

(Don--by this time, you can see how it's going.  Actually, most of this can be gotten
    into first few pages, because you can pick and choose the bits you want.)

Crowd might want strength demo from Hkax Herk and Thor.  Latter declines, natch, but
    Herk easily lifts up Jan's Jag--which disturbs her no end.  Maybe she's in
    it at the time.

But now, 'tis time for the shindig to start--when Cap leaps onto stand and shouts'
    a dramatic "AVENGERS ASSEMBLE!"  Make this a good scene on reviewing stand
    or wherever.

But, introduced in here somewhere, is a guy--maybe he's taken the place of one of the
    reporters, and can be seen interspersed here and there in first pages--who
    doesn't share the fxxxxx festive mood.

We find out he's the Super-Adaptoid--recovered from his battle with the X-Men and the
    Mimic in ish #29 of that mag.  He lost his Avenger powers--but here can
    recover them all--and then will be able to carry out the mission he was
    programmed for--destroying Captain America.  If the others try to inter-
    fere, they too shall be dealt with.  This will give substance to the
    frothy goings on described in detail above.

xxxxxxxx Be sure, by the way, to include at least one good close-up of those cell-like
    eyes, which makes unseen pantographic tracings of those whose powers he
    would rob.

Meeting gets under way--with Cap citing bravery of the others--not himself, natch.  /
Lots of adlibbing, etc., from the others--and the crowd loves it. BUT READER WON'T

These bits of business are taken care of:  Hercules and Black Widow are, by unanimous
    consent of all present, made honorary Avengers.  Natasha because she intends
    to/ retire from crime-fighting, Herk because he's only on earth temprarily
    according to present story.

Good idea:  Have Goliath--who, ironically, once opposed the entrance of Widow, put the
    names in for unanimous election.  Right after this, or somewhere fairly
    early, Thor and Iron Man should have to take off in separate directions--
    I'll figre out why later.

As Avengers (thru Cap) are accepting some kind of award from mayor or whoever, suddenly
    the reporter (or dignitary, or whatever you make him) leaps forward and,
    with a/ repulsor ray adapted from Iron Man before he left, knock the guy
    from stand--Quikksilver might save him from harm.

Then, suddenly, before astonished Avengers and crowd alike, the guy changes (see Kirby's bit on this, since it was already established) in Super-Adaptoid.

This time, though, he has more powers than ever--so needs some weird thing that might resemble combo of Thor's hammer and Herk's mace. (After all, note that he didn't adapt the shape of Cap's shield before, only the concept.) He might also have just the barest traces of a lionhead belt--just for the Herk touch--and maybe a bit of lightning between the stripes on the shoulder, a la Pietro. ((The heck with Wanda's contrib.)) Basically, tho, he should look as in his last couple of appearances. Goliath's size, but has strength of Thor and Herk!

And then comes the bang-up fight. Super-Adaptoid intends to carry out his mission--to kill Cap, whomhe thought he'd killed once before. But, other Avengers won't stand aside--and this leads to biggest battle royal that Don Heck ever grew for the rest of the book.

Suggestions: They can try attacking in teams, so as not to get into each other's way, but this doesn't work. Jan's nice new car can be crushed in the proceedings. Show an Avenger sacrifice him safety to protect innocent bystanders who are running like hell for Rockefeller Center. Have Adapty use that hammer/mace thing a fair amount.

And now, I'll bet you're wondering how we'll end this thing--well I'm not sure. To break up the fight and please the Code, there are things that can be shown. Another group or hero watching it on TV--couldn't attend, etc., didn't want to steal Avengers' well-deserved thunder--wants to go, but would just give Adaptoid that much power. Maybe one of Avengers, like Cap, grabs mike and tells everybody to keep away.

Black Widow can be shown from her hospital room watching--maybe upset because of the danger Hawkeye's in--maybe a specific instance will be seen by her.

Same can be done, since readers like him, with Bill Foster, Goliath's assitant. All react strongly.

I'll be frank, Don--don't know how the hell anybody could ever beat a character like that, except that Cap remembers talking Adaptoid over with Fury once-- it was Shield which, in SUSPENSE #82's Cap story, found the model-mold from which Adaptoid was cut, so they know it is an artificial creature with super-malleable, super-absorbent frame. However, using all the powers of all the heroes--esp. of Herk, Thor, and Goliath, when the Avengers all attack him at once in a huge-paneled climax,--might overload him and start to cause huge explosion. Only Herk--strongest there since Thor left-- can toss him high enough that city is not harmed.

Then, it's back to the presentation, which ends with maybe the unanimous vote or something that was never quite taken because of Adaptoid's action. Come to think of it, though, that vote was taken--so it'll hafta be something else. Still, they should probably be back on that reviewing stand, with the crowd wilder about them than ever, at the end. (During fight, crowd was not only scared but maybe even skeptical of their chances--as why shouldn't they have been?)

Okay, Don--like I said, it's a weirdie, but could be a winner, I think, if my mind and yours see it in roughly similar terms. Don't feel obligated to get in every bit, though the Thor/Herk stuff the readers'd esp. love, since Herk is a new and popular addition to the book. Carry the battle all over the park, or into buildings, lake, whatever. Probably the park has enough scenes to make it interesting locale though--"The Battle of Central Park!" Call me if there are any insuperable difficulties--and next