# EXHIBIT 80

Steve Ditko, Larry Lieber



2021MARVEL-0003390



2021MARVEL-0003404



SOMETIME IN THE FUTURE, THE COLD WAR IS STILL WITH US, AND MEN WORK NIGHT AND DAY TO MAN THE FREE WORLD'S MASSIVE DEFENSE SYSTEM!

ALL RIGHT, MEN, YOUR SHIFT IS OVER! IT'S TIME TO REPLACE YOU WITH A FRESH CREW!



THEN, AS NOW, THERE IS ONE HAUNTING PROBLEM WHICH PLAGUES MANKIND...

GENERAL, YOU ARE ONLY HUMAN! WE CANNOT TAKE THE CHANCE THAT YOU MIGHT ACCIDENTALLY PRESS THE WRONG BUTTON AND CAUSE A WAR WITHOUT MEANING TO!

WHAT DO YOU PROPOSE, SIR?



THIS! WE HAVE CREATED THE MOST ADVANCED, SOPHISTICATED ROBOT OF ALL TIME! FROM NOW ON HE WILL BE IN CHARGE OF OUR DEFENSE SYSTEM! FOR ROBOT R-63 CANNOT MAKE A MISTAKE!



BUT, MR. SECRETARY, THERE ARE SOME DECISIONS A MAN CAN MAKE BETTER THAN A ROBOT!

OUR DECISION IS FINAL, GENERAL! YOU ARE HEREBY RELIEVED OF COMMAND! HENCEFORTH, YOU WILL ASSIST R-63! THAT IS ALL!



AND SO, COLDLY, UNEMOTIONALLY, THE COMPLETE THINKING MACHINE WHICH IS ROBOT R-63, ASSUMES COMMAND OF THE FREE WORLD'S DEFENSE ESTABLISHMENT!

I HOPE THEY HAVE MADE THE RIGHT DECISION! FOR THE SAKE OF ALL OF US, I HOPE THE ROBOT IS AS PERFECT AS THEY CLAIM!



AND THEN, ONE DAY--A CRISIS!

CONDITION RED! UNIDENTIFIED OBJECT ON SCREEN!

467

2021MARVEL-0003405











2021MARVEL-0003406

BUT, IN THE MIDST OF THE PANIC, ONE MAN REMAINS CALM--
THERE'S SOMETHING ABOUT THIS THAT DOESN'T ADD UP! EVEN THOUGH THE ROBOT IS CERTAIN WE ARE BEING ATTACKED!
WHY SHOULD THE ENEMY SEND ONLY ONE MISSILE AT US?? THEY KNOW OF OUR POWER! THEY KNOW WE WILL STRIKE BACK INSTANTLY AND DESTROY THEM! IF THEY WANT TO GAMBLE, THEY'D GAMBLE ON AN ALL-OUT ATTACK!
ANTI-MISSILE MISSILES READY!
ALL NUCLEAR WEAPONS CONDITION GO!
AT THE NEXT SIGNAL FROM R-63, WE WILL BEGIN OUR COUNTER-ATTACK UPON THE ENEMY!
AND THEN--SUDDENLY--
GREAT SCOTT! I HAVE IT! THE ANSWER!
OUT OF THE WAY! I MUST REACH THE ROBOT BEFORE HE PRESSES THE FINAL BUTTON!
GENERAL CRAIG! WAIT!
STOP HIM! NO ONE MAY DISTURB THE ROBOT!
BUT THE GUARD'S SLIGHT HESITATION--THE GUARD'S NATURAL RELUCTANCE TO DEFY A FOUR-STAR GENERAL, GIVE THE FRANTIC OFFICER THE TIME HE NEEDS TO RACE INTO THE CHAMBER WHERE R-63 IS ABOUT TO SIGNAL THE START OF THE MOST DEVESTATING ATTACK IN HUMAN HISTORY!
STOP! DON'T PRESS THAT BUTTON!
4















THE BIG "STRANGE TALES *ANNUAL*" NOW ON SALE! ONLY 25¢! GET IT!

2021MARVEL-0003408

Don Heck, Steve Ditko, Larry Lieber



2021MARVEL-0003409



2021MARVEL-0003423













NO, DEAR READER, DO NOT LET THIS PICTURE FOOL YOU! THIS IS NOT A STORY WHICH TAKES PLACE YEARS AGO! DESPITE THE AGE OF THE JALOPY IN OUR PICTURE, THIS LITTLE TALE TAKES PLACE RIGHT NOW, IN 1962!
MMMM, THE OLD JALOPY'S RUNNIN' AS SMOOTH AS EVER!
ALTHOUGH MAYBE I COULD USE A MITE OF OIL!
COME TO THINK OF IT, I HAVEN'T CHANGED HER OIL IN OVER TWO YEARS! BUT SHE STILL RUNS SWEET AS CAN BE!
LOOK! THERE'S OLD JASPER JENKS IN HIS BEAT-UP JALOPY!
LET'S BEAT THE OLD RATTLETRAP TO THE BRIDGE!
HAH! WE DID IT! THAT OLD HEAP OUGHTTA BE TAKEN OFF THE ROAD AND PUT IN A MUSEUM!
BUT WISE-CRACKS ABOUT HIS CAR DIDN'T BOTHER JASPER! HE HAD HEARD THEM ALL-- OVER AND OVER AGAIN!
HEY, JASPER, WHERE'S THE RUBBER-BAND THAT SPINS YOUR MOTOR? HA HA!
WHEN YOU GONNA BUY A NEW MODEL, JASPER? A 1920 CAR, FOR INSTANCE??
LET THEM JOKE ALL THEY WANT TO! I'LL NEVER GET RID OF MY OLD JALOPY! IT'S BEEN FAITHFUL TO ME FOR YEARS! IT'S LIKE AN OLD FRIEND!
AND I DON'T BELIEVE IN DESERTING OLD FRIENDS!
2













488

2021MARVEL-0003425













FINALLY, THE ANGRY DRIVERS BEHIND JASPER COME OVER TO SEE WHAT'S WRONG...
I CAN'T UNDERSTAND IT! SHE NEVER STALLED BEFORE!
I CAN'T UNDERSTAND HOW THIS HEAP DIDN'T STALL TILL NOW!
WELL, NO SENSE STANDIN' AROUND! WE'LL BE HERE FOREVER IF WE DON'T DO SOMETHING!
YEAH! LET'S PUSH THE WRECK OFF THE ROAD!
COME ON-- PUSH!
UGH--WHAT DO YOU THINK WE'RE DOIN'??!
WE CAN'T-- OOF --BUDGE HER!
GRUNT!
UGH!
OOOF!
WUMPHH!
YOU'RE WASTIN' YOUR TIME, FELLAS! MY OLD JALOPY WON'T MOVE IF SHE HAS A MIND NOT TO!
WELL, YOU OLD FOOL, DO YOU EXPECT US TO STAY HERE ALL DAY! WE'VE GOT TO GET PAST YOU AND OVER THAT BRIDGE!
AT THAT MOMENT, SUDDENLY--INCREDIBLY--JASPER'S JALOPY BEGINS TO SLOWLY MOVE FORWARD--BY ITSELF!
L-LOOK! IT'S MOVING!
BUT--HOW??!
4













490

Steve Ditko, Larry Lieber



2021MARVEL-0003428



2021MARVEL-0003442

Steve Ditko, Larry Lieber

THE ANCIENT KINGDOM OF TYRANNIA WAS RULED BY ONE OF THE CRUELEST MONARCHS IN ALL OF HISTORY!

FREE US! FREE US! WE ARE INNOCENT!

HAVE MERCY!

WE HAVE COMMITTED NO CRIMES!



HIS NAME WAS ZAKKIM, AND HE RULED WITH AN IRON FIST!

SILENCE, PEASANTS! I AM THE LAW HERE!

ONLY I DECIDE WHO IS GUILTY!



BUT ONE DAY, A STRANGE MAGICIAN CAME TO TYRANNIA!

I AM OZAAN, THE MAGICIAN! I SHALL PRESENT A SHOW TONIGHT!

NO, MAGICIAN! LEAVE THIS LAND! OUR KING WILL MAKE YOU A PRISONER!

HE IMPRISONS ALL STRANGERS, UNLESS THEY PAY AN IM-POSSIBLE TAX!



BUT OZAAN, THE MAGICIAN, FEARED NOT! HE REMAINED -- TO HEAR MORE OF KING ZAKKIM'S CRUELTIES...

HE ROBS US, AND TYRANNIZES US!! WE ARE HELPLESS TO DEFY HIM!

HMMM...



AND SO IT CAME TO PASS...

ANNOUNCE ME TO YOUR RULER! I AN OZAAN, THE MAGICIAN!

YOU'LL SEE HIM! BUT YOU WILL LIVE TO REGRET IT!



APPROACH ME, MAGICIAN! YOU SHALL TEACH ME ALL YOUR MYSTIC ARTS, BEFORE I HAVE YOU PUT TO DEATH SO THAT NO OTHERS CAN EVER LEARN THEM!

YES, MIGHTY KING! I SHALL TEACH YOU! PERHAPS EVEN MORE THAN YOU BARGAIN FOR!

2

520

2021MARVEL-0003443

Steve Ditko, Larry Lieber















2021MARVEL-0003444



MY SUBJECTS HAVE BEEN SET FREE! THEY WILL SEEK REVENGE! THEY WILL HUNT ME DOWN! I MUST ESCAPE!



HERE, HIDDEN IN THE UNDER-BRUSH, I SHALL BE SAFE--UNTIL I CAN FIND A WAY TO REGAIN MY NATURAL FORM!



THEN, AFTER DAYS OF DEEP THINKING...

THERE IS ONLY ONE WAY OUT! I MUST SLEEP-- SLEEP FOR A THOUSAND YEARS!



THEN, WHEN I AWAKE, A THOUSAND YEARS HENCE, MEN WILL HAVE LEARNED SO MUCH SCIENCE THAT THEY WILL KNOW HOW TO BREAK THE SPELL I AM UNDER! THEY WILL BE ABLE TO HELP ME!



I HAVE LEARNED THE MYSTIC SECRET OF PUT-TING MYSELF INTO A TRANCE! IT IS ESPECIALLY EASY FOR A FROG! I WILL DEFEAT THE MAGICIAN YET!



AND SO, THE FROG-MAN, USING ALL HIS ILL-GOTTEN KNOWLEDGE OF BLACK MAGIC, CAUSED HIMSELF TO FALL INTO A TRANCE, AND TO HIBERNATE FOR A FULL THOUSAND YEARS!

THE TIME HAS PASSED! I AM AWAKE AGAIN--ONE THOUSAND YEARS LATER!



ALL I NEED DO NOW IS FIND A WAY TO COMMUNICATE WITH SOMEONE! PERHAPS I CAN WRITE A MESSAGE BY SCRATCHING WORDS IN THE SAND...

SURELY, MANKIND WILL HAVE LEARNED HOW TO BREAK ANY MAGIC SPELL BY NOW, AND I WILL BE KING ZAKKIM AGAIN!

4

522

2021MARVEL-0003445

Steve Ditko, Larry Lieber















523

2021MARVEL-0003446

Don Heck, Steve Ditko, Larry Lieber







2021MARVEL-0003461



THIS MAY LOOK LIKE AN ORDINARY, AVERAGE AMERICAN HOME! AND YET, SLOWLY A LIGHT WISP OF SMOKE FLOATS TOWARDS THE SILENT HOUSE...



AND, MOMENTS LATER, WITH NO WARNING, THE **ROOF** BEGINS TO RISE GENTLY INTO THE AIR!



UNTIL, BEFORE OUR VERY EYES -- IT HAS **VANISHED!**

2021MARVEL-0003462

Don Heck, Steve Ditko, Larry Lieber



INSIDE THE HOUSE, WE SEE A TYPICAL, EVERYDAY SCENE AS A MAN SEEMS TO BE ABSORBED IN HIS NEWSPAPER WHILE THE WOMAN OF THE HOUSE BENDS OVER HER KITCHEN CHORES!



BUT ONCE AGAIN WE CATCH A GLIMPSE OF THE SLOWLY MOV~ ING SMOKEY VAPOR...



...AND **THIS** TIME IT IS THE **WOMAN** WHO SILENTLY RISES INTO THE AIR...



...AS THE MAN OF THE HOUSE CONTINUES TO STARE AT HIS NEWSPAPER, UNAWARE OF WHAT HAS TAKEN PLACE!



AT THIS POINT, THE PACE OF OUR STRANGE TALE **ACCELERATES,** AS THE VERY FURNITURE ITSELF BEGINS TO FLOAT UPWARD...

3

2021MARVEL-0003463

Don Heck, Steve Ditko, Larry Lieber











532

2021MARVEL-0003464











FINALLY, THE SILENCE IS BROKEN BY THE SOUND OF THE CRASH!
THUD!
AND THEN ALL IS QUIET AGAIN!
BUT NOW, THE LIMP FIGURE ITSELF IS SUDDENLY YANKED INTO THE AIR...
AND WE ARE LEFT WITH THE SIGHT OF A COMPLETELY EMPTY ROOM--AS YOU ARE FACED WITH A QUESTION -- HAVE YOU BEEN WITNESSING THE SUPER-NATURAL? OR, MIGHT THERE BE A PERFECTLY LOGICAL EXPLANATION FOR THE STRANGE EVENTS WE HAVE WITNESSED? LET US NOW LEARN THE TRUTH...
THERE, DADDY! I TOOK EVERYTHING OUT OF MY OLD DOLL HOUSE AND PUT IT ALL INTO MY NEW ONE! I'M SURE MY DOLLS WILL BE MUCH MORE COMFORTABLE IN HERE!
I'M SURE THEY WILL, DEAR! IF THE SMOKE FROM MY PIPE IS BOTHERING YOU, LET ME KNOW, HONEY!
5
THE END

Steve Ditko, Larry Lieber





2021MARVEL-0003480

AND NOW, SUPPOSE WE MEET OUR IMPROBABLE HERO--WILLIE WOPPER!
UH OH, HERE HE COMES! OL' WILLIE WOPPER, THE BIGGEST LIAR IN TOWN!
WONDER WHAT NUTTY STORY HE'LL TRY TO MAKE US BELIEVE TODAY?
HI, FELLAS!
SUPER SIGN CO.
LET'S TRY TO TURN THE TABLES ON 'IM TODAY!
YEAH! THIS TIME WE'LL GIVE HIM THE BUSINESS!
HEY! HAVE I GOT SOMETHIN' TO SHOW YOU! WAIT'LL YOU SEE IT!
I BOUGHT THESE TUBES OF PAINT IN A LITTLE OLD ANTIQUE SHOP--AND, Y'KNOW WHAT? THE FELLA TOLD ME THEY HAVE MAGIC POWERS!! HOW ABOUT THAT, HUH?
MAGIC PAINT?? BIG DEAL! I GOT SOME, TOO!
SURE! NONE OF US ARE EVER WITHOUT IT!
MINE WAS GIVEN TO ME BY A BIG, FAT MAGIC GENIE!
I GOT MINE FROM THE CUTEST LITTLE OL' FAIRY GODMOTHER! -SIGH-
AWW, YOU GUYS ARE KIDDIN'! BUT I'M SERIOUS! HONEST!
LOOK, LET ME EXPLAIN WHAT THE FELLA SAID ABOUT MY PAINT...
WHY BOTHER? WE GOT MAGIC BRUSHES, ALSO!
ALL RIGHT, YOU CLOWNS --KNOCK IT OFF! HERE'S A LIST OF YOUR ASSIGNMENTS FOR TODAY...
THEY DON'T BELIEVE ME! WELL, I SHOULD WORRY! WHAT DO I CARE!
HEY, WILLIE! YOU'RE WITH US TODAY--AND DON'T FORGET YOUR MAGIC PAINT!
2

Steve Ditko, Larry Lieber











561

2021MARVEL-0003482

Steve Ditko, Larry Lieber













2021MARVEL-0003483











2021MARVEL-0003484

Steve Ditko, Larry Lieber





2021MARVEL-0003499

Steve Ditko, Larry Lieber











570

A REPORT JUST CAME IN--THE NEW PLANETOID IS THOUGHT TO CONTAIN A GREAT TREASURE! BETTER HOLD UP THE NEWS ITEM TILL WE CAN VERIFY IT!
RIGHT, CHIEF! IF WE BROADCAST THE NEWS NOW, THERE'LL BE A STAMPEDE FOR THE NEW PLANETOID TWELVE!
MINUTES LATER...
THERE! THAT'LL KEEP YOU FROM BROADCASTING THE NEWS UNTIL I GET A HEAD START FOR PLANETOID TWELVE!
LUCKY THING I HEARD ABOUT THE THE ASTEROID, AND THE TREASURE! THIS SURE BEATS ROBBING PAYROLLS!
IT ONLY TAKES CHARLIE NAST A FEW MINUTES TO REACH THE SPACEPORT, AND THEN...
THAT'S RIGHT, PAL! YOUR TWO-MAN ROCKET IS ALL FUELED AND READY, AND YOU'RE A LICENSED SPACE PILOT! SO YOU'RE TAKIN' ME FOR A LITTLE RIDE!
I'M GONNA BE SURE THAT I'M THE FIRST MAN TO SET FOOT ON PLANETOID TWELVE--THEN I CAN CLAIM THE TREASURE FOR MY-SELF!
YOU'RE OUT OF YOUR MIND! YOU CAN'T HI-JACK A SPACE SHIP LIKE THIS!
I'M DOIN' IT, AINT I? DON'T WORRY, PAL, MAYBE I'LL SHARE A LITTLE OF THE TREASURE WITH YOU IF YOU'RE LUCKY! JUST BE SURE YOU DON'T TRY ANY TRICKS!
HEARING THAT NEWS ITEM WAS THE FIRST GOOD BREAK I EVER HAD! ACCORDING TO SPACE LAW, A PLANETOID AND EVERYTHING ON IT BELONGS TO THE FIRST MAN TO SET FOOT ON IT, NO MATTER WHO HE IS!
AFTER A FEW HOURS FLIGHT, AT SPEEDS EQUALLING THE SPEED OF LIGHT...
THIS IS IT--PLANETOID TWELVE!
AND IT'S GONNA BE MINE--ALL MINE!
3

Steve Ditko, Larry Lieber













2021MARVEL-0003502









2021MARVEL-0003503



2021MARVEL-0130206

Steve Ditko, Larry Lieber



2021MARVEL-0003504

Steve Ditko, Larry Lieber











585

2021MARVEL-0003505











586











587











2021MARVEL-0003508



2021MARVEL-0130201



2021MARVEL-0003509

Steve Ditko, Larry Lieber



THIS IS ONE OF THE GREATEST MOMENTS IN THE HISTORY OF MANKIND! THE FINAL BRIEFING FOR MAN'S FIRST FLIGHT TO -- THE STARS!!

WE ALL *KNOW* THAT THE UNIVERSE CONTAINS NO LIFE! BUT IT WILL BE YOUR JOB TO DISCOVER WHAT TYPE MINERALS AND GASSES ARE TO BE FOUND OUT IN SPACE!



AND SO, THE FATEFUL TRIP BEGINS! A JOURNEY WHICH IS TO HAVE AN ENDING THE LIKES OF WHICH NO HUMAN HAS EVER DREAMED!



WE'VE BEEN FLYING AT MANY TIMES THE SPEED OF LIGHT FOR WEEKS -- AND NOW, THERE IS OUR FIRST PLANET FROM OUTSIDE THE SOLAR SYSTEM!

PREPARE TO LAND AND TAKE FINDINGS!



MINUTES LATER...

WHAT HAVE YOU FOUND ??

LOOK! OVER THERE -- IT- IT'S *INCREDIBLE!*



THEN, BACK ON THE HOME PLANET EARTH...

SPACE EXPLORATION GROUP ONE IS CONTACTING US! IT'S THEIR FIRST REPORT FROM AN ALIEN PLANET!

CALLING EARTH! CALLING EARTH!



PREPARE YOURSELVES FOR A *SHOCK...* WE HAVE DISCOVERED A FORM OF -- *LIFE!!*

*LIFE??* OUT IN SPACE!!

OH *NO!* IT CAN'T BE! IT *MUSTN'T* BE!

THIS IS *TERRIBLE!*

605

2021MARVEL-0003510











WE EXPECT TO RETURN TO EARTH IMMEDIATELY, WITH EVIDENCE OF OUR FINDINGS! THAT IS ALL!
NO! NO! WAIT-- DO NOT DISCONNECT! WAIT! NO USE-- THEY HAVE BROKEN CONTACT!!
WE NEVER EXPECTED ANYTHING LIKE THIS!!
DON'T THEY REALIZE WHAT THEY HAVE DONE??
THEY MUST BE STOPPED!
JUST THINK OF THE TERRIBLE CONSEQUENCES IF THAT SHIP RETURNS TO EARTH!! IT IS TOO HORRIBLE TO CONTEMPLATE!
"IF THERE IS LIFE ON THAT PLANET, THEN THERE MUST BE GERMS OUT THERE! GERMS WHICH WE OF EARTH WILL BE VULNERABLE TO! GERMS WHICH MANKIND HAS NEVER HAD TIME TO BUILD UP DEFENSES AGAINST!"
I CANNOT FIND AN ANTIDOTE FOR THESE GERMS FROM SPACE! THEY KEEP MULTIPLYING WITHOUT LET-UP!
"IF ONE SINGLE HUMAN FALLS ILL, DUE TO THE SPACE GERMS--
"-- IT COULD START AN EPIDEMIC, A PLAGUE, WHICH WOULD SPREAD THRUOUT OUR PLANET--
"--UNTIL ALL OF EARTH IS DEVASTATED!! FOR WE WOULD HAVE NO DEFENSES AGAINST STRANGE GERMS FROM OUTER SPACE -- THEY COULD DO MORE HARM THAN THE MOST DANGEROUS NUCLEAR BOMBS! THEY COULD WIPE OUT MANKIND!!!"
3

Steve Ditko, Larry Lieber



"THE SPACE SHIP MUST NEVER BE ALLOWED TO RETURN! THE RISK TO THE HUMAN RACE IS TOO GREAT!!"



THEY ARE ALL GOOD MEN, BRAVE MEN! IT IS A TERRIBLE FATE TO IMPOSE UPON THEM--BUT WE HAVE NO OTHER CHOICE! WE *MUST* DO IT!



CALLING SPACE EXPLORATION SHIP ONE! NOW HEAR THIS--YOU ARE FORBIDDEN TO RETURN TO EARTH--! YOU HAVE BECOME A THREAT TO MANKIND! YOU MUST REMAIN IN SPACE--FOREVER!

NO! YOU CANNOT MEAN IT! WAIT--



NOTHING YOU CAN SAY WILL CHANGE OUR MINDS! IF YOU ATTEMPT TO REACH EARTH, OUR MISSILES WILL DESTROY YOU! YOUR SHIP IS TOO GREAT A MENACE TO US! THERE IS NO TELLING *WHAT* GERMS YOU MAY BE CARRYING!

WAIT! HEAR US! YOU CAN'T *DO* THIS!



I-I MUST BREAK CONTACT!! I CANNOT BEAR TO HEAR THEIR VOICES! WHAT WE ARE DOING IS A DREADFUL THING-- IT SHALL HAUNT US THE REST OF OUR LIVES!

BUT WE *HAD* TO SACRIFICE THE FEW-- FOR THE BILLIONS WHO REMAIN ON EARTH!

CLICK!



IT IS DONE! IT CANNOT BE UNDONE! IT IS BEST TO FORGET--IF EVER WE CAN!

THEY ARE HEROES --ALL OF THEM! THEIR NAMES SHALL BE ENSHRINED FOR AS LONG AS MAN WALKS THE EARTH!

4

607

2021MARVEL-0003512

AND, COUNTLESS LIGHT YEARS OUT IN SPACE, ON THAT FAR DISTANT WORLD...
THEY HAVE BROKEN RADIO CONTACT! IT IS OVER!
IF ONLY THEY'D HAVE LISTENED--GIVEN US A CHANCE TO EXPLAIN!
BUT NOW IT'S TOO LATE! NOW WE CAN NEVER CONTACT THEM AGAIN --WE CAN NEVER TELL THEM! NOW, FOR THE REST OF ETERNITY, THEY WILL NEVER KNOW!!!
THEY WILL NEVER KNOW THAT THE GERMS ON THIS WORLD ARE A DIFFERENT TYPE--
THEY ARE GERMS WHICH FIGHT AND DESTROY DISEASE GERMS!!
THAT IS WHY THE NATIVES OF THIS PLANET LIVE FOR CENTURIES, AS EARTHMEN MIGHT HAVE DONE, TOO...
FOR THIS WORLD IS THE NEAREST THING TO PARADISE THAT MAN HAS EVER DIS-COVERED--BUT THE HUMAN RACE, IN ITS FEAR AND IGNORANCE, HAS TURNED ITS BACK UPON IT!
HUMANITY COULD HAVE HAD LIFE WITHOUT DISEASE--BUT NOW IT WILL NEVER BE! PERHAPS IT IS BEST THAT THEY NEVER KNOW --FOR THEY WOULD NEVER FORGIVE THEMSELVES!!
5
THIS IS A TALE WHICH HAS NOT YET HAPPENED! AND, IF WE ARE BRAVE--IF WE REFUSE TO PANIC BEFORE THE THREAT OF THE UNKNOWN--THEN, PERHAPS IT NEVER SHALL HAPPEN!

THE END