## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant and Counterclaimant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK<br><br>Hon. Lewis A. Kaplan |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck,<br><br>    Defendant and Counterclaimant. | **DEFENDANT AND COUNTERCLAIMANT PATRICK S. DITKO'S NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Defendant and Counterclaimant. | |

**PLEASE TAKE NOTICE** that, upon the attached Memorandum of Law in Support, the Declarations of Marc Toberoff and exhibits thereto, and the Local Rule 56.1 Statement of Material Facts, Defendant and Counterclaimant Patrick S. Ditko, as Administrator of the Estate of Stephen J. Ditko the ("Estate") hereby moves the Court, before the Honorable Lewis A. Kaplan, United States District Judge, United States District Court for the Southern District of New York, at 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in its favor as to the Counterclaim and Complaint in their entirety, and for such other and further relief as this Court may deem just and proper.

Date: May 19, 2023                           By:  _____/s/ Marc Toberoff_____
                                                         Marc Toberoff

                                             TOBEROFF & ASSOCIATES, P.C.
                                             *mtoberoff@toberoffandassociates.com*
                                             23823 Malibu Road, Suite 50-363
                                             Malibu, CA 90265
                                             Tel: (310) 246-3333; Fax: (310) 246-3101

                                             *Attorneys for Patrick S. Ditko*