# Exhibit 11

# DESIGNATED "CONFIDENTIAL"

# FILED UNDER SEAL