# Exhibit 16

Page 1

```
 2    UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    Civil Action No.: 1:21-cv-05316-DG-TAM
      ------------------------------------------x
 4    MARVEL CHARACTERS, INC.,
 5                    Plaintiff,
 6              - against -
 7    NANCI SOLO and ERIK COLAN,
 8                    Defendant.
      ------------------------------------------x
 9    NANCI SOLO and ERIK COLAN,
10                    Counterclaimant,
11              - against -
12    MARVEL CHARACTERS, INC. and DOES 1-10
      inclusive,
13
14                    Counterclaim-Defendants.
      ------------------------------------------x
15               October 28, 2022
                 8:11 a.m.
16
17         VIDEOTAPED DEPOSITION of NANCI SOLO,
18    pursuant to Federal Rule of Civil Procedure
19    30, held at the offices of O'Melveny &
20    Myers LLP, located at 7 Times Square, New
21    York, New York 10036, before Anthony
22    Giarro, a Registered Professional Reporter,
23    a Certified Realtime Reporter and a Notary
24    Public of the State of New York.
25
```

```
 1
 2    A P P E A R A N C E S :
 3
      O'MELVENY & MYERS LLP
 4     Attorneys for Marvel Characters, Inc.
       1999 Avenue of the Stars, 8th Floor
 5     Los Angeles, California 90067
       Telephone: (310) 553-6700
 6
      BY:   MOLLY M. LENS, ESQ.
 7          mlens@omm.com
            DANIELLE FEUER, ESQ.
 8          dfeuer@omm.com
            SALVATORE J. COCCHIARO, ESQ.
 9          scocchiaro@omm.com
            (via Zoom)
10          MATTHEW KAISER, ESQ.
            mkaiser@omm.com
11          (via Zoom)
12
13
14
15    TOBEROFF & ASSOCIATES, P.C.
       Attorneys for Keith Dettwiler
16     23823 Malibu Road, Suite 50-363,
       Malibu, California 90265
17
      BY:   MARC TOBEROFF, ESQ.
18          JAYMIE PARKKINEN, ESQ.
            (via Zoom)
19
20
21    ALSO PRESENT:
22               MARCELO RIVERA, Videographer
                 ELI BARD, Marvel
23               (via Zoom)
24
25
```

1             NANCI SOLO
2       Q       So fair to say then that his
3   work and his devotion to his work
4   prevented you from spending a lot of time
5   together?
6       A       Yes.  He didn't get paid for
7   a lot of his work.  A lot of his work was
8   rejected.  And so there was a lot of
9   financial insecurity around that.
10      Q       I'm going to move to strike
11  everything after the word yes.
12              When you were a kid, did you
13  spend a lot of time with your father, Ms.
14  Solo?
15      A       I saw him a lot and sat with
16  him.  His studio was next to my bedroom.
17      Q       Remind me the year you were
18  born.  I apologize.
19      A       '64.
20      Q       When you said a minute ago
21  that a lot of his work was rejected, do
22  you have any knowledge about whether his
23  work was rejected by Marvel -- well,
24  necessarily, you wouldn't have any
25  information about his work being rejected

Veritext Legal Solutions
212-267-6868           www.veritext.com           516-608-2400

Page 118

| | |
|---|---|
| 1 | NANCI SOLO |
| 2 | by Marvel in the 1960s, given that you |
| 3 | were born in 1964; is that fair? |
| 4 | MR. TOBEROFF: Vague and |
| 5 | unintelligible. |
| 6 | A    I have a lot of memories |
| 7 | that go back to my very, very young days |
| 8 | of there being work that was not accepted |
| 9 | and not paid for.  And he had those pages |
| 10 | on that bed that he never used in his |
| 11 | studio.  And he would actually use them |
| 12 | to scoop up dog poop in the house because |
| 13 | it was substantial paper that he did his |
| 14 | art on. |
| 15 | Q    And what time period are we |
| 16 | talking about here, these pages that were |
| 17 | rejected? |
| 18 | A    I have a memory of that |
| 19 | throughout my childhood. |
| 20 | Q    Can you testify -- I |
| 21 | apologize.  Go ahead. |
| 22 | A    I don't know exact years of |
| 23 | when he began with Marvel.  I feel like |
| 24 | his -- he had a huge long career with |
| 25 | Marvel, perhaps maybe the longest of any |

Page 119

1                    NANCI SOLO
2  comic book artist.  So that was a very
3  familiar site, which was sometimes, you
4  know, followed up after terrible fights
5  and, you know, just upset in the house
6  and him just using it, you know, to scoop
7  up the dog's mess if there was an
8  accident in the house.
9           I just remember him doing
10 that, like he had no regard for it, it
11 wasn't paid for and didn't help him pay
12 the bills.  There was work that he did
13 that he was not paid for.
14    Q      I'm going to move to strike
15 everything after I don't know the exact
16 years when he began with Marvel as
17 non-responsive.
18           You said that there were
19 terrible fights.
20           Terrible fights between who?
21    A      My parents.  There was a lot
22 of financial insecurity as I said and a
23 lot of stress and pressure and anxiety
24 around that which affected just the tone
25 in the household in general, yeah.

1                      NANCI SOLO
2        Q        Can you testify under oath
3    that you know that your father had any
4    pages rejected by Marvel and specific?
5        A        I know that there were
6    Marvel characters that he was drawing
7    and -- that he created, that he drew that
8    were rejected by Marvel and that he
9    subsequently would use to clean up the
10   dog's mess in the house.
11       Q        And how did you know that
12   they were rejected by Marvel?
13       A        Just an awareness at the
14   time that -- that's who he was creating
15   work for.
16       Q        How old are you at this time
17   period of this recollection?
18       A        This is a recollection that
19   spans my childhood, you know, in that
20   home from -- well, I wasn't there in '64.
21   But my memories are from probably
22   toddlerhood because I remember being that
23   little.  I remember ballet school.  I
24   remember -- I have like markers in my
25   head for how old I was at the time.  I

Page 121

1                       NANCI SOLO
2    have memories from when I was a toddler
3    throughout, you know, my -- until I was
4    18 or 19 and went away to school.
5         Q      And it's your recollection
6    that as a toddler, you had an
7    understanding that Marvel was rejecting
8    your father's --
9         A      I have a recollection of
10   these memories.  There was a steady flow
11   of this kind of activity going on
12   throughout my childhood.  I don't know
13   where it began and end.  I'm saying I
14   have memories from then.  I recall things
15   about my life when I was very young.  I'm
16   not saying I remember anything from
17   infancy.  And I don't know specifically
18   throughout that -- you know, those years.
19   I don't know the specific years.
20        Q      Or the contributors that he
21   was working for?
22               MR. TOBEROFF:  Misstates her
23      testimony.
24        Q      Your father worked for
25   multiple companies, did he not?