Exhibit 17

Page 1

```
 1              UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
 2                Case No.: 1:21-cv-7955-LAK
           and Consolidated Cases 21-cv-7957-LAK
 3                   and 21-cv-7959-LAK
    ----------------------------------------x
 4  MARVEL CHARACTERS, INC.,
 5       Plaintiff and Counterclaim-Defendant
 6  v.
 7  LAWRENCE D. LIEBER,
 8       Defendant and Counterclaimant.
    ----------------------------------------x
 9  MARVEL CHARACTERS, INC.,
10       Plaintiff and Counterclaim-Defendant,
11  v.
12  KEITH A. DETTWILER, in his capacity as
    Executor of the Estate of Donald L. Heck,
13
14       Defendant and Counterclaimant.
    ----------------------------------------x
15  MARVEL CHARACTERS, INC.,
16       Plaintiff and Counterclaim-Defendant,
17  v.
18  PATRICK S. DITKO, in his capacity as
    Administrator of the Estate of Stephen J.
19  Ditko,
20       Defendant and Counterclaimant.
    ----------------------------------------x
21
22       VIDEO DEPOSITION OF ROY WILLIAM THOMAS, JR.
23                 January 20, 2023
24                    8:49 a.m.
25              Charlotte, North Carolina
```

Page 2

1          ROY WILLIAM THOMAS, JR., pursuant to Federal Rule of

2      Civil Procedure 30, held at the offices of Nelson Mullins

3      Riley & Scarborough in the Foster Conference Room A, located

4      at 301 South College Street, One Wells Fargo Center, 23rd

5      Floor, Charlotte, North Carolina 28202, before

6      Audra Smith, a realtime court reporter and

7      a Notary Public of the State of North Carolina.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1
2                    A P P E A R A N C E S :
3

     O'MELVENY & MYERS LLP
4    Attorneys for Marvel Characters, Inc.
     1999 Avenue of the Stars, 8th Floor
5    Los Angeles, California 90067
     Telephone: (310) 553-6700
6
                     BY:  MOLLY M. LENS, ESQ.
7                    mlens@omm.com
                     MATTHEW KAISER, ESQ.
8                    mkaiser@omm.com
                     DANIEL M. PETROCELLI, ESQ.
9                    dpetrocelli@omm.com
                     SALVATORE J. COCCHIARO, ESQ. (Via Zoom)
10                   scocchiaro@omm.com
11   TOBEROFF & ASSOCIATES, P.C.
     Attorneys for the Defendants
12   23823 Malibu Road, Suite 50-363,
     Malibu, California 90265
13
                     BY:  MARC TOBEROFF, ESQ.
14                   mtoberoff@toberoffandassociates.com
                     JAYMIE PARKKINEN, ESQ. (Via Zoom)
15                   jparkkinen@toberoffandassociates.com
16   ALSO PRESENT:
17   DAVID COOPER, Videographer
     ELI BARD, Marvel Entertainment, (Via Zoom)
18   Alec Lipkind, The Walt Disney Company, (Via Zoom)
19
20
21
22
23
24
25

Page 17

```
 1   exciting which is almost a contradiction.  They were
 2   both adult and an exciting approach.  So it was very
 3   flattering to be offered a job, you know, by him.
 4   And just seemed more exciting to me to be with a
 5   small company instead of this large, departmented
 6   company where you had ten editors each with his own
 7   little cubicle.
 8        Q    And you said that you admired so much
 9   what Stan was doing with the artists.  What did you
10   mean by that?
11        A    Well, just the stories that came out, the
12   characters they invented and their approach, which
13   was to make them more human.  They had more
14   personality.  Because of the artists they had, as
15   well as Stan's direction, they had -- they were much
16   more exciting than the DC Comics visually, because
17   the artists, especially Kirby and Ditko, were just,
18   you know, brilliant.  I had been fans of them, you
19   know, since a kid.  And the combination of the three
20   of them was, I felt, kind of revolutionizing comics.
21   And to be a part of that was really interesting,
22   even though I kind of liked DC's characters better
23   in a way, so it was just a challenge.
24        Q    You mentioned Stan's direction, what was
25   Stan Lee's position at Marvel Comics?
```

1          And there was one woman there who was

2     sort of working on commercial comics, I vaguely

3     recall but she was gone in a couple weeks, and so

4     was Steve within a month or two.

5          Q     And how about non-staff folks?  Were

6     there freelance artists and writers working with

7     Marvel at this time?

8          A     Yes.  The freelance writers, mostly

9     artists, were in and out of the office.  Some of

10    them never came in.  They mailed everything from

11    either Long Island or wherever, even though it was

12    fairly close.  Others came in once a week or

13    whatever the occasion demanded.  Some had sort of

14    regular schedules, like Jack Kirby.  Others had

15    irregular schedules and just show up whenever it was

16    time.  But there were freelancers.

17          And sometimes Sol would call a freelancer

18    in, a letterer or an artist to come in, either

19    because he had to keep an eye on him to make sure he

20    finished the job on deadline or simply because they

21    had something that had to be corrected or changed

22    and they needed more work than just the one

23    production person could do.

24          And they would just sit there with a

25    chair at a little rough desk, because we had so

Page 25

1    little equipment, and just, you know, do the best

2    they could.  But most of the artwork, of course, and

3    writing was done outside the office, and they just

4    came in occasionally.

5         Q     And did you watch Stan Lee and Sol

6    Brodsky interacting with the freelancers and

7    artists?

8         A     Yes.  Not all the time, but from time to

9    time, Stan would want me to.  If he did it in his

10   office, of course, that was a closed office and, you

11   know, I didn't see or hear.  But if he called me in,

12   I would sit there.  And occasionally he did that.

13             And he would call me in often to go over

14   notes every morning, just about that he was in,

15   which was usually three days a week or so.  He

16   would -- Sol Brodsky would stand on the right-hand

17   and I on the left at this standing drawing board

18   that Stan used for proofreading and talking, and he

19   would tell us about the -- go over what he had

20   written, what he had proofread and edited, with

21   notes, mostly for Sol, and with a lot of asides to

22   me because he wanted me to learn what he had done,

23   why he had done it.  It was really a teaching

24   experience for me at the same time that he was

25   giving Sol his production directions.  That was an

```
                                              Page 27

 1        A     Go ahead.
 2        Q     And what do you mean that you were
 3   allowed to do it as a freelance assignment?
 4        A     I vouchered separately for that at a page
 5   rate.
 6        Q     Do I understand you were paid separately
 7   and paid differently for a --
 8        A     Yes.  And it came on a different check.
 9        Q     And how were you compensated for your
10   freelance writing?
11        A     You mean the rate or --
12        Q     Yes.
13        A     Well, originally, I think it was $10 a
14   page.  It went up a little bit, but I think it was
15   $10 a page at the time.
16        Q     And that was in addition to your salary,
17   correct?
18        A     Yes.
19        Q     And what -- what were your
20   responsibilities as a freelance writer?
21        A     Just to write whatever Stan told me to
22   write.
23              At first, the first several things were
24   mostly just writing dialogue for a couple of stories
25   that he had worked on with the artists that had
```

```
                                          Page 29
 1        A     Yes.

 2        Q     -- which was a half romance, half humor.

 3        A     Yes.

 4        Q     Did you also do freelance writing for

 5   Marvel's superhero comics?

 6        A     In a little while.  The first three

 7   things I did of the so-called superheros, although I

 8   wrote them almost entirely outside staff time, I

 9   found out they were counted as part of my staff job,

10   so I was not paid extra for them.  I thought I would

11   be, but I just misunderstood.

12              Within a short time, after that change in

13   jobs after those three stories, everything else was,

14   of the writing, was freelance.  Those are the only

15   three stories I wrote on staff.

16        Q     And the first three stories that you

17   wrote on staff for the superheros, what were those,

18   if you remember?

19        A     Yes.  Very vividly because they were real

20   learning experiences.

21              The first was to dialogue a story,

22   plotted by Stan and written by Gene Colan, his first

23   Iron Man stories, which was in Tales of Suspense

24   Number 73.

25              And while I don't remember the numbers of
```

Page 30

1   those, the next two were to dialogue stories that

2   had been plotted and roughly penciled by Steve Ditko

3   of Dr. Strange, two 10-page stories.  Each of them

4   was like a half a comic.

5        Q     Okay.  We'll come back to some of these

6   superhero comics in a little bit.  But roughly --

7   this is 1965?

8        A     Yes.  September, October.

9        Q     And you testified earlier that you

10  reported to Stan Lee for your salaried position,

11  whether that was as a staff writer or as the

12  editorial assistant; is that correct?

13       A     Yes.

14       Q     And did that -- did you also report to

15  Stan Lee as a freelance writer?

16       A     Yes.

17       Q     Anyone else that you reported to?

18       A     Well, a lot of it went through the

19  production manager, Sol Brodsky.  But I always

20  understood that Sol was acting for Stan and that

21  virtually anything he told me, you know, or asked me

22  to do, with his expression, you know, "Do me a

23  favor," was always -- you know, basically it was as

24  part of my, you know, job for Stan.  So he wasn't

25  really, like, my superior but he was speaking for

Page 31

1    him, so -- and we had no problems over that.

2        Q    And did there come a time at Marvel where

3    your position changed again?

4        A    Well, the next time was around the end of

5    '66, turn of '66-'67 when Stan hired a second

6    writer, a friend of mine from Missouri that I had

7    suggested to him, who also took a writer's test,

8    named Gary Friedrich, and Stan took the two of us

9    out to lunch to -- just to talk over things and

10   get -- you know, Gary was fairly new at the company.

11            And on the way there, Stan suddenly said,

12   "Well, you know, we need some titles around here, I

13   decided."  So he says, "Roy, from now on, you're the

14   associate editor."  I had never known what I was

15   before that.  And he said, "Gary, I guess, you're

16   newer, so you're the assistant editor."

17            That was how I learned what my new

18   situation was.  It didn't involve any kind of

19   change, particularly.  I mean, you know, it was just

20   doing more of the same kind of thing and maybe

21   supervising Gary a bit.

22       Q    And who did you report to as the

23   associate editor for Marvel Comics?

24       A    To Stan.

25       Q    And were you still doing freelance

```
1    writing for Marvel Comics when you were an associate
2    editor?
3         A     Yes.
4         Q     And the -- your compensation structure
5    remained the same, salaried for the editorial work,
6    and per page rate for your freelance work?
7         A     Yes.
8         Q     How long did you hold the title associate
9    editor at Marvel?
10        A     Until -- from that time until -- I don't
11   know if it's spring or very early summer, exactly,
12   of 1972, when Stan became publisher and president.
13        Q     So I take it, in 1972 Stan Lee got
14   promoted?
15        A     Yes.
16        Q     And you received a promotion as well?
17        A     Yes, of sorts.
18        Q     Okay.  And what position were you
19   promoted into initially when Stan Lee got promoted
20   to publisher and president of Marvel Comics?
21        A     Stan liked to hold onto titles, or at
22   least not give them out, so he promoted me to story
23   editor, which although, again, I probably would have
24   had -- I would have been dealing with art, but it
25   was more to do with the story because he still
```

Page 34

```
 1   things to do.
 2        Q      And you mentioned that there was an
 3   assistant art director.  Who was that?
 4        A      His name was Frank Giacoia,
 5   G-I-A-C-O-I-A, who was an artist, mostly an inker.
 6        Q      Okay.  And when did, if you recall, Frank
 7   Giacoia --
 8        A      -- "Coia."
 9        Q      "Coia."
10               -- join Marvel?
11        A      Well, he had been a freelancer up to this
12   time, off and on, also for DC Comics.  He went back
13   and forth.  But he'd been in the field since the
14   '40's -- early, middle '40s, certainly the latter
15   '40s.  And he had been working for Marvel off and
16   on, bouncing between Marvel and DC for the last, you
17   know, really almost ever since, you know, Marvel
18   becoming Marvel in the early '60s.
19        Q      What do you mean when Marvel became
20   Marvel in the early 1960s?
21        A      Well, Marvel had had very little identity
22   as a company in the 1940s.  Nobody -- as a kid,
23   nobody knew what to call it because they didn't have
24   a symbol like DC, DC or others on the company.  They
25   had the term "Timely", which was sort of the
```

1    official name but they almost never used it on the

2    cover, except very rarely.  They had a little shield

3    symbol they used once or twice.

4            So, and then in the '50s, when Martin

5    Goodman formed his own distribution company in the

6    early '50s called Atlas, they put that symbol on the

7    cover.  And it was actually a distribution symbol,

8    but because it was on all the comics, they sort of

9    became known to the kids and the readers as Atlas

10   Comics, but it was still Timely to the people who

11   worked there.

12           And although they used the name Marvel on

13   the covers in the late '40s on two different periods

14   of six months to a year each -- and that's what I

15   always called them in the late '40s from the age of,

16   you know, 6, 7, 8 years old, I always thought of

17   them as Marvel, but they didn't start using that

18   term officially, as far as people were concerned,

19   until 1963, so in '63.  Although Martin Goodman had

20   been using it in -- as early as 1961 in letters of

21   communication to retailers and so forth, through

22   independent news, they referred to it as Marvel

23   Comics, but they hadn't used it in the actual books

24   until 1963.  Marvel just took a while to find its

25   identity as a title.

1    the responsibilities of the assistant art director,

2    or you just started supervising that individual?

3        A    Basically, supervising him.  He -- that

4    particular person wasn't there much longer, but

5    suddenly he was reporting to me instead of having to

6    report to Stan.

7        Q    And who took over as the assistant art

8    director from Frank Giacoia?

9        A    We didn't really have one for a while.

10   The unofficial art director was the artist John

11   Romita, who had actually been hired more to draw

12   comics, but because he was there in the office and

13   he was so good at it and he understood what Stan

14   wanted, he became like -- we thought of him as the

15   art director, and Stan kind of treated him that way,

16   even though it took a while.  It was several years,

17   I think, before he actually got that title.

18       Q    How long did you act as Marvel Comics'

19   editor-in-chief?

20       A    About two to two and a half years, from

21   whenever I got it until like -- I quit right before

22   Labor Day, and I was around for another two or three

23   weeks until my replacements came back from vacation,

24   so it was September of '74.

25       Q    And during the time period that we've

```
                                                Page 40
 1    been discussing, 1965 through 1974, did you have an
 2    employment agreement with Marvel?
 3         A     I had no written employment.  It was all
 4    verbal with Stan Lee on behalf of the company.
 5               MR. TOBEROFF:  Excuse me.  I just need to
 6         take a quick bathroom break.
 7               MS. LENS:  Okay.  We'll go off the
 8         record.
 9               THE VIDEOGRAPHER:  The time is
10         approximately 9:39:42 a.m.  We're now off the
11         record.
12               (A recess was taken from 9:39 a.m. to
13         9:43 a.m.)
14               THE VIDEOGRAPHER:  The time is
15         approximately 9:43:08 a.m.  We are now on the
16         record.
17    BY MS. LENS:
18         Q     Mr. Thomas, before the break, you were
19    saying you didn't -- prior to 1974, you didn't have
20    a written employment agreement with Marvel but you
21    had an oral agreement with Stan Lee on behalf of the
22    company; is that right?
23         A     Yes.
24         Q     Okay.  And to your understanding, were
25    there any conditions that were imposed on you as a
```

```
                                                       Page 51
 1          Q     And did Stan Lee accept that proposal by
 2     you on behalf of Marvel Comics?
 3          A     After about 20 minutes.
 4          Q     And so do I understand that when you
 5     transitioned from editor-in-chief to a writer/editor
 6     position, you didn't have to answer to Marvel
 7     Comics' new editor-in-chief?
 8          A     No.  I cooperated with him, but I was not
 9     subject to them.  Their books were entirely my
10     decision as to what to do and what to do with them,
11     as long as Stan didn't overrule me, you know.
12          Q     Let's look at another document which we
13     will mark as Exhibit 71, which is Bates stamped
14     2021MARVEL-88673.
15               (Exhibit Number 71, Employment Contracts
16          & Correspondence from Roy Thomas, Confidential,
17          9/1/74, Bates 2021MARVEL-88673 to 88680, was
18          identified.)
19          A     Okay.
20          Q     Do you recognize what's been marked as
21     Exhibit 71?
22          A     Yes, I do.
23          Q     What is it?
24          A     It is my contract by -- what I refer to
25     as my writer/editor contract with Marvel Comics as
```

Page 52

```
 1   of September 1, 1974.
 2        Q     Was this your first written agreement
 3   with Marvel Comics?
 4        A     Yes.
 5        Q     On the very last page, Mr. Thomas, you
 6   can see that there is a signature there above Roy
 7   Thomas; do you see that?
 8        A     Yes.
 9        Q     Is that your signature?
10        A     Yes, it is.
11        Q     Can I turn you to paragraph 4(b) of the
12   agreement --
13        A     Okay.
14        Q     -- which is entitled Editorial
15   Stipulations.
16        A     4(b), right.
17        Q     Do you see it provides that, quote,
18   "Selection as to the magazines or features written
19   by Employee" --
20              And that's a reference to you, correct?
21        A     Yes.
22        Q     "-- by Marvel, as well as of the artists,
23   letterers, and colorists thereof, shall be
24   determined by employee, subject only to the
25   discretion of the publisher of Marvel."
```

1        A      Yes.

2        Q      And why did you quit in 1980?

3        A      A severe dislike for the latest

4    editor-in-chief and feeling he had lied to me in

5    various capacities while I was preparing a third

6    contract.  And I -- so I decided to accept offers

7    from DC Comics instead.

8        Q      And who was the editor-in-chief that

9    you're referring to?

10       A      Jim Shooter.

11       Q      And I take it there were -- you had

12   disagreements with Mr. Shooter over the terms of

13   your continued work with Marvel; is that fair?

14       A      Yes.

15       Q      And you then joined DC Comics; is that

16   right?

17       A      Yes, under contract.

18       Q      And how long were you at DC?

19       A      Under contract, six years.  Two,

20   three-year contracts.

21       Q      What was your position at DC?

22       A      Initially, I was a writer.  I got various

23   editorial things added over the time, both

24   informally -- the second contract may have had

25   something written into it.  I don't recall.  But I

Page 60

1    was sort of named a sort of writer/editor again

2    later after two or three more years more informally.

3         Q     And let me circle back to when you first

4    had a written agreement with Marvel starting in

5    1974.  You testified previously that you understood

6    when you joined Marvel, that Marvel would have all

7    of the rights to the characters and stories that you

8    worked on.  Did that remain true to your

9    understanding under your 1974 agreement?

10        A     Yes.

11        Q     And you mentioned that you had two other

12   written agreements with Marvel following the 1974

13   agreement; is that right?

14        A     No.  One other.  There were two,

15   three-years.

16        Q     Two, three-years.  Got it.  Thank you.

17              Put differently, did your

18   understanding -- strike that.

19              Did you have the understanding for the

20   entire tenure that you worked with Marvel that

21   Marvel would have all of the rights, including

22   copyrights and anything that you worked on at

23   Marvel?

24              MR. TOBEROFF:  Leading.

25        A     Yes.

1     Q    Okay, thank you.  And you're also aware

2  that Steve Ditko's brother is seeking to terminate

3  purported grants to Marvel on comics that Steve

4  Ditko worked on during the relevant time period,

5  correct?

6     A    Yes.

7     Q    Okay.  And did you know Steve Ditko?

8     A    Yes.  Less well than the others, but I

9  did know him, and we talked, and he was at a party

10  at my house even once or twice, and I ran into him

11  on the street once or twice and so forth back in

12  that period.

13     Q    And did you work on any comics at Marvel

14  with Steve Ditko during the relevant time period?

15     A    Yes.  The second and third hero-type

16  stories I did were to dialogue two Doctor Strange

17  stories that he had plotted and roughly penciled at

18  that stage.

19     Q    Now today I may refer to Larry Lieber,

20  Don Heck, Don Rico, Gene Colan, and Steve Ditko as

21  "the defendant contributors."

22          Will you understand if I use the term

23  "defendant contributors" --

24     A    Yes.

25     Q    -- that I'm referring to those five?

```
                                                          Page 84
 1        A     Yes.

 2        Q     Why don't we go ahead and take a break.

 3        A     All right.

 4              THE VIDEOGRAPHER:  The time is 10:59

 5        approximately 10:42:52.  We are now off the

 6        record.

 7              (A recess was taken from 10:42 to

 8        a.m.)

 9              THE VIDEOGRAPHER:  The time is

10        approximately 10:59:12 a.m.  We are now on the

11        record.

12    BY MS. LENS:

13        Q     Mr. Thomas, right before the break, you

14    testified that you worked on two Doctor Strange

15    stories with Dr. -- with Steve Ditko; is that

16    correct?

17        A     Yes.

18        Q     Okay.  I'd like to show you what I'm

19    going to go ahead and mark as Exhibit 73.

20              (Exhibit Number 73, Marvel Comics Group

21        Notepad note from Roy to Jerry with comic

22        samples, 2021MARVEL-0050273 to 50278 was

23        identified.)

24        A     Oh, yes.

25        Q     Do you recognize Exhibit 73.
```

```
                                                    Page 85
 1        A      Oh, yes.

 2        Q      What is it?

 3        A      The top page is the -- a letter I wrote

      to my friend Jerry Bails, who was a college

 5    professor who started the magazine AlterEgo with my

 6    help.  I was writing him on Marvel stationary to

 7    send him some -- the notes, I would call them, on

 8    the Steve Ditko story because he liked to collect

 9    art or scripts from comic books of any kind, and

10    this was the closest -- rather than giving him the

11    finished script of the dialogue, he'd rather see

12    Steve Ditko's notes on the story because it was such

13    a different way of doing comics from what he was

14    used to.

15        Q      Okay.  So the first page, that's your

16    handwriting?

17        A      That's my letter in my handwriting, yes.

18        Q      Okay.  When did you write this letter to

19    Mr. Bails?

20        A      Well, it's dated, so I assume October 28,

21    someone's added the year, which would have been '65.

22        Q      Is that consistent with your

23    recollection --

24        A      Yes.

25        Q      -- of when you wrote the letter?
```

1      A     Yes, it is.

2      Q     Okay.  And in the letter, am I reading

3  your handwriting correctly where you say that:

4  Thought you might like a souvenir.  Ditko's plot for

5  first Doctor Strange tale I did.

6           Do you see that?

7      A     Yes.  The word "plot" is probably -- you

8  know, it was -- or his notes about his plot, it was

9  just a short form, I guess, of saying it, but it

10  really told what was going on, so I just referred to

11  it as the plot.

12      Q     Okay.

13      A     Which is all I ever got besides the

14  artwork.

15      Q     Okay.  And prior to that, in the letter

16  you say:  Am at work, in middle of a Patsy & Hedy

17  comic book (which Stan doesn't even bother to read

18  now, along with the last Millie.  He's made me

19  semi-official "editor" of those two books a month -

20  three titles.

21           Do you see that?

22      A     Yes.

23      Q     Did I correctly read that?

24      A     Yes.

25      Q     Okay.  And what did you mean that --

Page 87

1    well, which -- strike that.

2            Which books were you referring to when

3    you say "Stan doesn't even bother to read them now"?

4        A    The titles were Patsy and Hedy, Millie

5    the Model, and the other one was Modeling with

6    Millie which was the second bimonthly book with the

7    same character.

8        Q    And were any of those superhero books?

9        A    No.

10       Q    Okay.  Let's turn -- flip the page.

11           And can you tell me what the balance of

12   the document is, please.

13       A    Yes.  It alternates between the -- to a

14   copy of the typewriter sheet page that I was given

15   along with Steve Ditko's original penciled art for

16   this Doctor Strange story.  These were his notes

17   with a couple of words just to make sure, since they

18   were very, very rough pencil since he was going to

19   ink it, they told me basically what was going --

20   what was going on so I wouldn't have to try to, you

21   know, make sure I -- so I would make sure I knew

22   what was going on exactly and wouldn't get something

23   wrong in the story.

24       Q    And so the artwork that we see on page --

25   for example, 274, is that reflective of the detail

1    of the pencils that you received from Steve Ditko?

2        A    Well, this is the finished artwork inked.

3    What I got was much rough, the figures were like

4    little ballons and you could tell what the hands and

5    arms were, that there was a little bit of background

6    and so forth.  But it was very sketchy.  If he were

7    going to have -- if he were not going to ink the

8    story, he would have done it in more detail.  But

9    since he was going to ink it, he only needed enough

10   for him and me to be able to see.  This was actually

11   first done with the idea that Stan would write it.

12       Q    Why do you say that this was first done

13   with the idea that Stan would write it?

14       A    Because Stan had been writing the -- for

15   the last year or so, Stan had been the scripter of

16   all the Doctor Strange stories.

17       Q    Who, if anyone, asked you to become the

18   writer on this Doctor Strange story?

19       A    Stan Lee.

20       Q    And did you have an understanding of who

21   decided who would be the artist on the -- this

22   Doctor Strange story?

23       A    Well, I knew that Stan had decided that

24   Steve Ditko would.  He had been doing it since the

25   beginning.

                                                    Page 89

1        Q     And what was the basis for your

2    understanding that Stan Lee had decided that Steve

3    Ditko would work on this comic?

4        A     Stan made all the artist assignments.

5        Q     And was that true over the entirety of

6    the relevant period, that is 1962 to '75 to your

7    understanding?

8        A     Yes.  Sometimes the production manager

9    would make certain inking decisions because -- you

10   know, in a hurry, but he would -- they would always

11   be subject to Stan.  Even if they were made, they

12   were made in Stan's name, and they could be canceled

13   or changed if Stan wanted that.

14       Q     And so when we see the words on page 273

15   which is the second page of the exhibit, "Found

16   place to hide.  Must move fast."

17             Do you see that?

18       A     Oh, this, yes.  That's -- yes -- Steve's

19   writing, yes.

20       Q     And what did that mean to you?

21       A     Well, it was in the middle of a story I

22   continued from the preceding month's story, so I had

23   that to look at, too, with all written and drawn

24   out.

25             And Doctor Strange was fleeing some

Page 90

```
 1   enemies of his.  He was kind of trussed up, and so
 2   forth, with his body.  So he was trying to find a
 3   place for his body, his physical body to hide so
 4   that his enemies couldn't find him and destroy him.
 5   And he had to send out his astral self since he was
 6   a sorcerer to find a hiding place for him.
 7               It was just to convey a sense of, not
 8   just what he was doing, but that there was a sense
 9   of urgency.
10        Q    And does that correspond to the drawings
11   that follow on page 274?
12        A    Yes.  I -- you know, I added different
13   things to it as I was fleshing it out, but sort of
14   took that and just did whatever I felt I should do
15   with it.
16        Q    And you can see on page 274 the credit
17   box?
18        A    Yes.
19        Q    And based on your working on this comic
20   issue, are those credits accurate?
21        A    Yes.
22        Q    And it says, for example, "Edited and
23   rehashed by Stan Lee."
24               What does that mean to you?
25        A    Well, besides being the editor of a
```

```
                                             Page 92
 1        Q     And -- strike that.
 2              Understanding that this comic that we're
 3     looking at was at the beginning of your tenure with
 4     Marvel, to your understanding, did Stan Lee retain
 5     the ability to ask you to make revisions to your
 6     work during the entirety of the relevant time
 7     period?
 8        A     Yes.
 9        Q     Okay.  We can put that one aside, thank
10     you.
11              Did Steve Ditko -- did there come a time
12     when Steve Ditko stopped working with Marvel after
13     you arrived in '65?
14        A     Yes.
15        Q     And when was that?
16        A     I'm not sure exactly.  It was near the
17     end of the year.  Either right before or after
18     Christmas.  Sometime within a few weeks of
19     Christmas, I think, but it was near the end of the
20     year.
21        Q     Okay.  So let me go ahead and mark as
22     Exhibit -- can you help me?  Mark as Exhibit 62.
23        A     Uh-huh.
24        Q     A document that's been Bates stamped
25     2021MARVEL-71288.
```

Page 110

```
 1        Q      Approximately.
 2        A      -- the end of the '60s.  '69, '70.
 3               Before that, I had worked with him for
 4    about a year or so on Doctor Strange, and that, too,
 5    was another year.  And again, I don't have any
 6    memory -- that was where the cover was that Martin
 7    Goodman didn't like, but I don't have any memory of
 8    ever rejecting -- or Stan, who was then the official
 9    editor, ever rejecting any of his work on that or
10    very many things.
11        Q      Okay.  And I'd like to try to get a sense
12    of the volume of comics that Marvel is producing per
13    year.
14               In the 1960s, let's say, when you joined,
15    how many superhero -- second half of the '60s, how
16    many superhero comics was Marvel publishing a month?
17        A      There were around eight or so.  Not
18    counting the westerns and the Millie the Model
19    stuff.  There were around eight, all of which pretty
20    much, by that stage, Stan had taken back the writing
21    of.
22        Q      Okay.  So about eight or so per month?
23        A      Yeah, a month.
24        Q      Superhero comics?
25        A      Yeah, yeah.
```

1    A    Yes.  I think the freelance and staff
2    checks were separate, but they were all both checks.
3    Q    Okay.  And how would you receive your
4    freelance checks from Marvel?
5    A    Somebody came down and handed them out at
6    the office, on Friday.  I don't remember if the
7    freelance was every week or every other week or
8    something, you know, but I think the staff was every
9    week and so forth, so they were just kind of
10    overlapping.  Some weeks I got freelance and some I
11    didn't.
12    Q    Okay.  And how about your salary checks,
13    how did you receive those?
14    A    That was a check handed to me at the
15    office.
16    Q    Who would hand you your checks?
17    A    I think it was some executive from
18    Magazine Management or he might have given it to Sol
19    Brodsky and Sol handed them out.  It probably
20    varied.  As long as I got the check, I almost didn't
21    remember.
22    Q    Do you recall who the payor on your
23    checks was during the 1960s?
24    A    Well, as far as I knew, I think it was
25    Magazine Management, which is the overall name of

Page 139

1    the company which I had never heard before I went to

2    work for them.

3         Q    And you testified previously that you

4    recalled that at least some of the checks you

5    received contained language on the back of them?

6         A    Yes.

7         Q    Do you recall what that legend said?  And

8    if it varied over time, please let me know.

9         A    I think there might have been a couple of

10   versions.  They -- what they all amounted to was

11   that -- paraphrase in some way, I don't know, but

12   basically it was saying that I was -- you know, I

13   was signing this check, and I had no ownership, you

14   know, of -- or claim on, you know, anything I had

15   done for the company and so forth.  It was just a

16   legalese way of saying things -- saying that as far

17   as I could wade through it.

18        Q    Do you have a copy of any of the checks

19   that you received during the '60s -- strike that.

20             Do you have a copy of any of your checks

21   you received from Marvel during the relevant time

22   period?

23        A    Sadly, no.

24        Q    And did you receive royalties on the sale

25   of any comic books that you worked on in the '60s or

Page 142

1    during the relevant time period, is it your

2    understanding that they were also paid on a per-page

3    rate?

4           A    Yes.

5           Q    And same question with respect to

6    freelance artists, how were they paid during the

7    relevant period?

8           A    There was a page rate, you know, for

9    penciling, for inking, separate rates.  Or if they

10   did them both, they got, you know, the same.  But it

11   was a page rate.

12          Q    Same page rate -- strike that.

13               Colorists and letterers were also paid on

14   a per-page rate; is that correct?

15          A    Yes.

16          Q    And to your understanding, did any

17   freelance contributors at Marvel during the 1960s

18   get paid royalties or other profit participation on

19   the comics that they worked on?

20          A    I'm not aware of any.  I thought not.

21          Q    And did the -- to your understanding, did

22   the per-page rate that Marvel agreed to pay the

23   freelancers, did that include any revisions that

24   were requested by Marvel?

25          A    It was just a flat rate.  Marvel didn't

1    generally pay extra for revisions.  There might have

2    been exceptional cases and so forth that I didn't

3    even hear much about.  But generally speaking, if

4    you just -- you know, if you had to revise

5    something, they felt you hadn't done it right in the

6    first place or something, sometimes it was a source

7    of friction, but that was the rule.

8        Q    And in your experience on the occasion

9    when pages may have been rejected by Marvel for

10   freelancers, would they still be paid for those

11   rejected pages?

12       A    I didn't usually see the record.  They

13   had probably been paid for them in the first place,

14   but they weren't going to be paid to, you know, redo

15   them.

16       Q    Looking back at Exhibit 62, which is your

17   AlterEgo 50.

18       A    Yes.

19       Q    And I'd like to direct your attention to

20   314.

21       A    314.  Okay.  All right.

22       Q    And you see that the highlighted part

23   towards the bottom of the page, "Stan made it

24   possible for guys like him and Bill to go on working

25   and nobody was looking to get rid of them.  In fact,

Page 244

1      Q     Now, you testified that you started

2   working for Marvel -- well, you said you started

3   working for Marvel in July of 1965; is that right?

4      A     Yes.

5      Q     And at that time wasn't Marvel the name

6   given for the comic book division of Magazine

7   Management?

8            MS. LENS:  Objection to form.  Objection

9         to the extent it calls for a legal conclusion.

10     A     It was.  I don't know how formal it was.

11  We knew it as Marvel Comics.  But of course it was

12  just a sort of a division or whatever of Magazine

13  Management.  I discovered when I got to New York.

14  BY MR. TOBEROFF:

15     Q     Do you know whether -- do you believe

16  Magazine Management was an actual corporation?

17            MS. LENS:  Objection.  Lacks foundation.

18     A     I didn't see any papers.  It seemed to be

19  that was the day that I first showed up at the

20  address there to pick up my writer's test.  It

21  didn't say Marvel Comics anywhere.  The door said

22  Magazine Management, which is the first time I had

23  ever heard the expression.

24  BY MR. TOBEROFF:

25     Q     Between 1960 -- I think you also

Page 246

1      Q      And you were working there when Perfect
2   Films bought Marvel, correct, in 1968?
3      A      Yes.
4      Q      After 1968 were your paychecks issued by
5   Perfect Film & Chemical?
6      A      I don't remember what was on it.  I think
7   Perfect Film, and of course they changed their name
8   pretty quickly the next year to Cadence.  So I don't
9   remember what was on the checks specifically.  You
10  know, it's been so long.  It's been, you know, what,
11  over 50 years.  I really don't recall.  And I didn't
12  save any of them or seen any sense.
13     Q      And do you know whether Perfect -- did
14  Perfect Films just buy the Marvel Comics business,
15  or did they buy more businesses of Magazine
16  Management, to your knowledge?
17             MS. LENS:  Objection to form.  Lacks
18         foundation.
19     A      My understanding was they bought Magazine
20  Management, and Marvel Comics was a part of it.  And
21  it was part of the reason they bought it, but I
22  didn't know that in detail.  I was not involved with
23  any of that, and nobody ever filled me in with any
24  hard information about it.
25

Page 272

1        A      Yes.

2        Q      And then in mid to late '72 to

3    September of 1974, you were editor-in-chief at

4    Marvel?

5        A      No, it was earlier than '74.  It was

6    either spring or early summer.  I'm not sure of the

7    exact time.  It wasn't late '72.  It was earlier

8    '72, the first half of it.

9        Q      No.  I said -- you started in mid --

10       A      You said late '72.

11       Q      No, mid to late '72.

12       A      Oh, well, it was -- I started -- I

13   started not in late.  It was mid or --

14       Q      Mid '72?

15       A      Something -- whatever you want.  I don't

16   know the month.

17       Q      Then you left approximately Labor Day of

18   1974?

19       A      Yes.

20       Q      Then you were paid a staff salary -- you

21   were paid a salary for all these staff positions?

22       A      Yes.

23       Q      What Marvel company employed you for each

24   of these positions?

25              MS. LENS:  Objection to form.  Objection

Page 273

```
 1          to the extent that it calls for a legal
 2          conclusion or lacks foundation.
 3                  You can answer.
 4      A      I never really knew or thought about it.
 5  I always thought of myself as working for Marvel
 6  Comics.  In fact, in a lot of ways I told people I
 7  was working for Stan Lee.  I thought it was a more
 8  personal thing than just that.  If I had said a
 9  company, I would have always said Marvel Comics.
10  But that doesn't mean that that was the official
11  name.  It's just what I would have said.  Whether
12  the official name was Cadence or Perfect Film or
13  Magazine Management, to me it was always Marvel
14  Comics from the day I walked in the door until I
15  left.
16  BY MR. TOBEROFF:
17      Q      But you were an actual employee --
18      A      Yes.
19      Q      -- of a company?
20      A      Yes.
21      Q      And you don't know what company that was?
22              MS. LENS:  Objection.  It's
23          argumentative.  It's been asked and answered.
24      A      There were various overlappings, Marvel
25  comics being a part of Magazine Management and then
```

1    the whole Magazine Management being a part -- owned

2    of the conglomerate Perfect Film, which then became

3    Cadence.  It didn't seem to me worth spending much

4    time worrying about it.  I didn't deal with the

5    executives of the other -- you know, of Magazine

6    Management or Perfect Fill or Cadence.  I dealt with

7    Stan.  I could have cared less about the other

8    situation.

9    BY MR. TOBEROFF:

10        Q    Can you -- do you have a recollection of

11   checks that said Magazine Management on them?

12        A    I think some of the early checks said

13   that, but I couldn't swear to it.  I just knew I got

14   them.  I signed them and never thought about them.

15        Q    Do you have a recollection of checks that

16   said Perfect Film on them?

17        A    I don't have a positive -- there may have

18   been some.  I don't have any positive recollection

19   of it.

20        Q    What about Cadence, same question?

21        A    Same answer, yes.

22        Q    Do you remember the name -- the name on

23   any of the checks that you received and salary for

24   your staff positions?

25        A    As I said, I think Magazine Management

1    was on some of the earlier ones, otherwise I really

2    don't recall.  That's 50 something years ago.

3        Q    Do you believe that changed in 1968?

4        A    Pardon me?

5        Q    Do you believe that the checks no longer

6    said Magazine Management after 1968?

7        A    I don't have any belief one way or the

8    other.  I knew that the company had purchased

9    Magazine Management and Marvel Comics as part of it.

10   But I was still working -- either way, I was still

11   working for Marvel Comics.  It's just a matter of

12   who Marvel Comics was working for.

13       Q    Throughout these Marvel staff positions,

14   you would write comic book stories on a freelance

15   basis?

16       A    Yes.  That was part of what they called

17   my freelance, referred to it, yes.

18       Q    And did Marvel have a general policy

19   permitting staff people to write and sell their

20   freelance stories?

21           MS. LENS:  Objection to form.

22       A    Sorry.  Yes, they did.  They knew their

23   salaries were meager, so they were happy to have us

24   make extra money to be happy.

25

```
 1    BY MR. TOBEROFF:
 2         Q      And did you still write on a freelance
 3    basis when you became editor-in-chief?
 4         A      Yes.  I was expected to or asked to.
 5    They wanted me to.  I did less of it because I was
 6    busy, but I still continued.
 7         Q      And throughout these position -- you've
 8    testified previously that you would receive separate
 9    checks for your salary as a staff member and
10    different checks for your freelance material; is
11    that correct?
12              MS. LENS:  Freelance work you mean?
13         A      I think those were always separate
14    checks.
15    BY MR. TOBEROFF:
16         Q      And that -- and that procedure was the
17    same throughout all your positions, including when
18    you were editor-in-chief?
19         A      Yes, up through -- I don't know when the
20    writer or creator contact pushed it in '74, I guess
21    that changed in some way.  I'm a little vague on it.
22    But, yes, I always received both freelance and staff
23    checks up through, you know, late '74.
24         Q      And during the time you worked at Marvel,
25    did Marvel sometimes -- you testified previously
```

1            over two hours.  Can we take a break?

2                  MR. TOBEROFF:  I'm fine.  I want to keep

3            going.

4                  MS. LENS:  I'd like to take a break.  I

5            need to use the facilities.  And the witness

6            has been going for over two hours.

7                  THE WITNESS:  I wouldn't mind having a

8            break for a couple of minutes.

9                  MS. LENS:  It's not a marathon.

10                 THE WITNESS:  Just a couple minutes.

11                 THE VIDEOGRAPHER:  The time is

12           approximately 4:16:25 p.m.  We're now off the

13           record.

14                 (A recess was taken from 4:16 p.m. to

15           4:30 p.m.)

16                 THE VIDEOGRAPHER:  The time is

17           approximately 4:30:15 p.m.  We are now on the

18           record.

19    BY MR. TOBEROFF:

20           Q    Mr. Thomas, when you first started at

21    Marvel July of 1965, how many people were working

22    there?

23                 MS. LENS:  Objection to form.  In the

24           comics department of what was called Marvel

25           Comics, there were five people and sort of a

1        sixth.  There was one woman involved with

2        commercial comics that they were thinking of

3        doing, but somehow within a couple weeks she

4        was kind of gone.  So I almost don't count her.

5        She was never exactly Marvel.  It was going to

6        be some commercial comics they were thinking of

7        doing, and that never went much of anywhere.

8        So there were five.

9   BY MR. TOBEROFF:

10       Q     So who were the five.  Stan Lee?

11       A     Stan Lee; Sol Brodsky as production

12  manager; Flo Steinberg, who was the sort

13  secretary -- or girl Friday they had the term;

14  obviously falling into disuse.  Steve Skeates, the

15  young writer who was hired a couple weeks before me.

16  And Marie Severin, who had been hired as a

17  production assistant.  She did a few art corrections

18  or paystubs or whatever they needed doing.  They

19  were in a total of three offices in a little corner

20  of Magazine Management.

21       Q     And did they have physical offices?  I'm

22  just trying to get a sense of the space.

23       A     Well, there were the three offices in

24  which the five people -- six counting me.  I ended

25  up in the office with the production manager and the

1    BY MR. TOBEROFF:

2         Q      While you were editor-in-chief, yes.

3         A      Yes.  Less than before.  I cut it down

4    somewhat because of having to come in the office

5    five days a week instead of three.  But they still

6    wanted me to go -- to continue writing some stories.

7         Q      So the two days you weren't in the

8    office, you would write from home?

9         A      That was before I became editor-in-chief,

10   yes, as did Stan.  That started sometime in over the

11   next few months after I went to work there.

12        Q      How many days, approximately, would you

13   write your freelance material from home?

14        A      Well, that was the strange situation --

15   it was usually about two days a week that I was

16   home.  And Stan wanted it to be the same two days he

17   -- you'd think he'd want me to be there the days he

18   wasn't there, but he preferred that I be there the

19   days he was.

20              But in those two days, I was officially

21   writing at home, but I was allowed to voucher all of

22   that freelance.  So I just looked at it as a raise,

23   a de facto raise.  I was being paid for the same

24   job, but now I only had to go in three days a week.

25   And everything I did at home was -- unless it was

Page 290

1    something specific -- Stan was freelance, was on my

2    freelance.

3         Q    I'm sorry?

4         A    Everything I did at home was counted as

5    being freelance even though I was being paid a staff

6    salary, like a five-day salary.  But those two days,

7    anything I wrote at home was counted as my doing

8    freelance writing.

9         Q    And were those two days the work days or

10   on days of -- work days, Monday through Friday, or

11   were they the weekend?

12        A    No, it was all -- that's all on a

13   Monday-through-Friday basis.

14        Q    So two of the five days you would write

15   freelance material at home?

16        A    Yes.

17        Q    And what was Stan's practice?

18        A    Pretty much the same, except, you know,

19   he had started earlier and decided I should do the

20   same thing because they could get more out of me

21   that way.

22        Q    Is it your understanding that Stan Lee

23   was also paid by the page for the freelance

24   material?

25             MS. LENS:  Objection to form.

1       A    My understanding was that he had a rate.

2  I didn't know that much about or what it was or

3  whatever else because he didn't discuss that with

4  me.  But it was a similar situation to mine except

5  of course better.

6  BY MR. TOBEROFF:

7       Q    And did Stan ever tell you why he wanted

8  you to take the same days off?  Do you recall what

9  days of the week that was?

10      A    It was usually, you know, Tuesday and

11 Thursday, I think.  It was pretty steady, and it was

12 regular two days.  It wasn't just whatever two days

13 I wanted off.  It was -- it had to be kind of a

14 regular thing.  I might have varied a little bit.

15 But usually it was like a Tuesday -- Tuesdays and

16 Thursdays.  He just wanted to get more work out of

17 me.

18      Q    No, but did he ever tell you why he

19 wanted it -- in the same days he was writing

20 freelance material at home, he wanted you to write

21 freelance material at home?

22      A    He said he wanted me there when he was

23 there.

24      Q    At the office?

25      A    Yes.  He felt otherwise we wouldn't have

1    as much contact.  If I was off two days and he

2    wasn't there, we'd only see each other once a week,

3    and he didn't want that.

4         Q    Now, in 1974 did Cadence suddenly have

5    writers sign special acknowledgments about the work

6    they had done for Marvel previously?

7              MS. LENS:  Objection to form.

8         A    I don't remember that.  1974?

9    BY MR. TOBEROFF:

10        Q    Starting in about 1974.

11             MS. LENS:  Same objection.

12        A    They may have.  I do not remember any --

13   any specific thing at that time.  It could have

14   been, but I don't recall it.  Because I had my own

15   writer/editor contract, and that was about all I

16   went by.

17   BY MR. TOBEROFF:

18        Q    You previously discussed how freelance

19   writers were paid for their pages based on a page

20   rate, right?

21             MS. LENS:  Objection to form.

22        A    Yes.

23   BY MR. TOBEROFF:

24        Q    Was the page rate based on the amount of

25   time a freelance writer or artist had spent creating

Page 293

1    the particular material?

2         A     It was based entirely on the page,

3    whether it took ten minutes to write or an hour to

4    write or five hours to write.

5         Q     So it wasn't based on the amount of

6    time --

7         A     It had nothing to do with an hourly rate

8    of any kind, no.

9         Q     Just to be clear, it was a set page rate

10   regardless of how long it took the writer or artist

11   to create the page?

12              MS. LENS:  Objection to form.

13   BY MR. TOBEROFF:

14        Q     Correct?

15        A     That's correct.

16        Q     Do you know how that page rate was

17   determined?

18        A     It was determined between -- originally

19   between Stan Lee and Martin Goodman.

20        Q     And did it vary between the different

21   freelance writers and artists?

22        A     Well, people had different rates.  And of

23   course we'd get raises.  They didn't all have the

24   same rate.  I didn't know what Stan's rate was.  I

25   assumed mine was lower.  Other writers would come in

1    perhaps below whatever rate I had.  And there was

2    certainly a hierarchy of rates for the pencilers,

3    for the inkers, even probably for letterers,

4    colorists, although less so because there wasn't

5    that much money per page for them.

6        Q    Did freelance writers and artists have to

7    pay for their own supplies and materials, ink,

8    paper, their own overhead?

9            MS. LENS:  Objection to form.

10       A    Yeah.  A little later I think Marvel

11   started supplying some paper.  In the early days, I

12   think they were supplying their own.  But I don't

13   recall that much because, of course, I wasn't

14   drawing.  I supplied my own typing paper certainly.

15   BY MR. TOBEROFF:

16       Q    And typewriter?

17       A    At home.  When I was at the office, of

18   course, in the early days, they had a typewriter

19   there for me.  But it was my own typewriter at home,

20   yes.

21       Q    Were they reimbursed for any expenses

22   associated with the creation of that material?

23           MS. LENS:  Objection to form.

24       A    I don't remember being -- once in a while

25   there may have been some special thing if they

Page 295

1    needed me to do and they might have paid for it.

2    But, generally speaking, I just supplied the

3    materials.

4    BY MR. TOBEROFF:

5        Q    Are you aware of Marvel reimbursing

6    artists for the cost of delivering material?

7        A    I'm not aware of it.

8        Q    When freelance material was sent in by a

9    freelance writer or artist, could Marvel approve or

10   disapprove that material in its sole discretion?

11       A    You mean the pages they had written,

12   freelanced?

13       Q    Or drawn.

14       A    Well, Marvel then had to decide whether

15   they approved of it or not and so forth.  They could

16   ask for a rewrite or reject it.

17       Q    That was in their sole discretion,

18   correct?

19           MS. LENS:  Objection to form.

20       A    Yes, their discretion.

21   BY MR. TOBEROFF:

22       Q    They were free to reject the material or

23   ask that it be fixed?

24       A    They were free to ask the writer to

25   rewrite or the artist to redraw anything that came

Page 296

1    in that they did not feel was quite up to snuff or

2    whatever.

3        Q    Were they free to reject the material?

4        A    Pardon?

5        Q    Were they free to also reject the

6    material?

7             MS. LENS:  Objection to form.

8        A    You know, they could reject anything.

9    BY MR. TOBEROFF:

10       Q    If Marvel rejected a page turned in by an

11   artist, were they required to pay for it?

12       A    Was who required to pay for it?

13       Q    Marvel.

14       A    Only in the sense that the artist, say,

15   or writer had to redo it, so they were -- they would

16   end up paying for something.  They wouldn't pay

17   twice.  They wouldn't pay, generally speaking, for

18   both the rejected page and the new page.

19             In certain cases, I think they'd, you

20   know, be more generous if they felt there was a good

21   reason why the person should be paid.  I think they

22   were open to that argument sometime.  But, generally

23   speaking, they were just paying for a page of art.

24   And when you got the page acceptable, they would

25   accept it.

1      Q     And what if the artist didn't fix the
2   page, were they required to pay for that page?
3           MS. LENS:  Objection to form.  Incomplete
4       hypothetical.
5      A     It's hard to say.  I can't think of any
6   instance where that really happened.
7   BY MR. TOBEROFF:
8      Q     I'm asking -- you spoke about their
9   rights and abilities and authority and discretion.
10     A     Yeah.
11     Q     And previously you testified that they
12  had full discretion to do what they want.
13     A     Yeah.
14     Q     So I'm asking you, were they required to
15  pay for a page that they rejected?
16     A     I don't think they considered themselves
17  required to pay for a page they rejected, no, I
18  don't think they did.  They would then pay if the
19  work -- if a new page came in that they accepted,
20  they would pay for that one.
21     Q     If a freelance artist drew a page and
22  Marvel wanted the artist to redraw the page, what
23  would happen if the artist refused?
24           MS. LENS:  Objection to form.  Incomplete
25       hypothetical.  Assumes facts not in evidence.

1      A     It's almost conceivable that that would

2    happen because presumably they would have either --

3    they would have got someone else to draw the page

4    and, you know, and then they would have considered

5    whether they wanted to go on employing the artist, I

6    believe.

7    BY MR. TOBEROFF:

8      Q     To your knowledge, none of the freelance

9    writers and artists had contracts with Marvel

10   requiring them to work for Marvel, did they?

11     A     No.  It was all -- it was a verbal

12   agreement.  You know, they went to work -- no one

13   had written agreements, that I know of, before my

14   contract in '74.

15              (Overlapping speakers.)

16     Q     Were they required to work for Marvel

17   or --

18              (Overlapping speakers.)

19              MS. LENS:  Can you not cut the witness

20         off?

21              THE COURT REPORTER:  I'm sorry.  There

22         was a couple overlaps here.  Could you repeat

23         the question?

24              MS. LENS:  And, Marc, you're cutting the

25         witness off.  So if you can you make sure he

Page 301

1        speaking.
2              MS. LENS:  You're misleading the witness,
3        Marc.
4              MR. TOBEROFF:  You're coaching the
5        witness.
6              MS. LENS:  You think you're being so
7        clever.
8              MR. TOBEROFF:  You're ruining your own
9        transcript by coaching the witness.
10             MS. LENS:  I'm not coaching the witness.
11             THE WITNESS:  Can you ask it again to
12        make sure I answer it.
13   BY MR. TOBEROFF:
14        Q     Yes.  Are you aware of artists and
15   writers who would create freelance material while
16   they were working with Marvel and sell that material
17   to other companies?
18             MS. LENS:  Objection to form.  Objection
19        to the word "create" and objection to the word
20        "sell."
21        A     Well, they were freelancers.  They were
22   allowed to do, you know -- a freelancer was allowed
23   to do whatever a freelancer did.
24   BY MR. TOBEROFF:
25        Q     Are you aware of specific freelance

Page 302

```
 1   artists and writers who did that?
 2            MS. LENS:  Same objection.
 3      A     Well, not all -- I'm sorry.  Not all
 4   freelance artists worked exclusively for Marvel.  It
 5   was a very informal arrangement.  If a freelancer
 6   wanted to keep some independence and do a little
 7   work for other companies, you know, they were
 8   entitled to do it.
 9   BY MR. TOBEROFF:
10      Q     Are you aware of specific individuals who
11   would do that?
12      A     There were people who were --
13            MS. LENS:  Objection to form.  Same
14       objections.
15      A     There were people who wrote or drew, you
16   know, for both the major companies, DC and Marvel,
17   or for other smaller companies, Warren Publishing,
18   et cetera, at various times.  One example that would
19   not connect with this is, you know, the artist Neal
20   Adams who had been mostly been a DC artist, and then
21   came over and began to do X-Men in about 1968 or
22   '69.  But he kept on working for DC at the same
23   time.  There wasn't a lot of that, but there was
24   some going back and forth.
25            We -- Stan liked to have people working,
```

Page 303

1    you know, mostly for Marvel because it kept the

2    style similar.  But, you know, you couldn't legally

3    force them.  If the person did too many things you

4    didn't like, you just didn't give them another

5    assignment.  That was up to what they wanted to do

6    and what you wanted to do.  It was a very free

7    market.

8                MR. TOBEROFF:  Next exhibit is 82,

9        correct?

10               I'd like to mark this drawing as

11   Exhibit 82.

12               (Exhibit Number 82 was identified.)

13   BY MR. TOBEROFF:

14       Q    I'd like to draw your attention to the

15   illustration at the top left of Exhibit 82.

16       A    Uh-huh.

17       Q    It's on the top half of Exhibit 82.

18       A    Yes.

19       Q    On the left side, it's a face.

20       A    Uh-huh.

21       Q    Do you recognize that character?

22               MS. LENS:  Objection to form.  Lacks

23        foundation.

24       A    It's a bearded man with a cloak.

25

Page 307

1    ghostwrite --

2         A    For me?

3         Q    Did he ever ghostwrite for you?

4         A    I'm pretty sure he did not.  I don't

5    think I had anyone ghostwrite for me in that period.

6         Q    Was Amazing Fantasy, Volume 1, Number 15,

7    the last issue in the Amazing Fantasy series?

8         A    Yes.  It had changed titles two or three

9    times from Amazing Adventures to Amazing Adult

10   Fantasy to Amazing Fantasy, but that was -- the 15th

11   issue was the last.

12        Q    Why did they kill Amazing Fantasy or

13   stop --

14             MS. LENS:  Objection.

15   BY MR. TOBEROFF:

16        Q    -- publishing it?

17             MS. LENS:  To the extent it lacks

18        foundation.

19             You can answer.

20        A    I of course was not there at the time,

21   but my understanding, in talking to Stan, I believe,

22   later was simply that it was based, of course, on

23   the sales of issues going back three or four months

24   before when it was called Amazing Adult Fantasy.

25   And it had been a comic of four or five per issue,

                                            Page 308

1    little short stories by -- written by Stan Lee and
2    drawn by Steve Ditko entirely, which little Twilight
3    Zone-ish kind of stories with a surprise ending.
4    Kind of cute.  And they tried to market it as more
5    adult comics and so forth.  But it didn't -- it was
6    a cute little comic, but it did not sell.  So, you
7    know -- so that's why Spider-Man got dumped in the
8    last issue, I guess.
9    BY MR. TOBEROFF:
10        Q     When you say "Spider-Man got dumped in
11   the last issue," was Spider-Man first introduced in
12   the last issue of Amazing Fantasy, Volume 1, Number
13   65 -- Number 15?
14        A     He was -- yes, he was introduced in that
15   issue.  That became -- whether scheduled to be or
16   not, it became the last issue.
17        Q     Why would -- why was the main character
18   like that, if you know, introduced in the last issue
19   of another comic book line?
20             MS. LENS:  Objection.  Assumes facts not
21        in evidence.  Objection to form.
22        A     There are too many versions, and Stan
23   would tell me different stories at various times,
24   which indicated he really didn't remember.
25   Sometimes he said it was thrown in because it was

1    the last issue, so he'd throw it away just because

2    he wanted to make sure it was published.  And Martin

3    Goodman did not like the idea.  That's the only part

4    that was consistent, that Martin Goodman did not

5    like the idea of Spider-Man.

6    BY MR. TOBEROFF:

7        Q    What did it have to do with putting it in

8    the last issue?

9        A    Well, if they're going to kill off the

10    issue, they have to -- if they had prepared -- if

11    Stan had prepared the story, they wanted to get rid

12    of it for economic purposes.  Otherwise it was just

13    dead weight they had to -- you know, by putting it

14    in a book, it sort of wrote it off.  Now, whether

15    that's what really happened or not in 1962, I don't

16    know.  I wasn't there.  And I don't think the people

17    there seem to remember.

18        Q    Martin Goodman didn't like the idea of

19    Spider-Man?

20        A    Hated it, according to Stan.  Who told me

21    that from the very beginning.  And Sol Brodsky had

22    been around at the time, and he told me similar

23    stories of knowing it.  Stan said Goodman hated it

24    because, A, people don't like spiders; B, he didn't

25    like -- it says people don't worry about superheros

1   with problems, you know; and C was that kids -- and

2   Spider-Man was a teenage high school student --

3   could only be sidekicks.  They couldn't be the hero

4   of a book.  He had never evidently heard of Superman

5   that had been going for 10, 15 years at DC.

6              So he hated Spider-Man until he saw the

7   sales figures of Amazing Fantasy 15, at which point

8   he evidently decided he loved it.  And they did a

9   book about it right away.

10      Q     So Stan slipped it in to the last issue

11  of Amazing Fantasy?

12      A     I don't know that it was intended to be

13  the last issue.  Stan would say that occasionally,

14  and I'm sure he believed it when he said it.  But

15  there's evidence that people have researched very

16  carefully that shows that one or two other stories

17  were prepared, went on the shelf, and eventually

18  combined saying Amazing Spider-Man, Number 1, a few

19  months later was brought back.

20              So whether it was really intended to be

21  the last issue or just became the last issue, nobody

22  really knew because Martin Goodman did these things

23  very quickly and suddenly on a whim.  He suddenly

24  saw a new sales figure or had an idea and suddenly

25  would say kill that book.  And there was no

Page 311

1    repeal -- appeal from that judgment.

2         Q    When you started at Marvel in July of

3    1965, was Stan Lee and Steve Ditko on good terms?

4         A    One of the first things I had learned in

5    the first couple of days, Sol Brodsky was the one

6    who told me, was that Stan Lee and Steve Ditko, for

7    the last little bit, months or whatever, were not

8    even speaking to each other, which of course was

9    utterly astonishing to me.

10        Q    How long did that rift continue?

11        A    Well, I don't know exactly how long it

12   was going before I got there.  That was in July.

13   Steve walked in and quit near the end of the year,

14   so it was about a half a year.  But the actual

15   situation probably lasted a little longer than that

16   because it was there when I got there until the day

17   Steve walked in and said he was quitting.

18        Q    Would Steve Ditko plot Spider-Man stories

19   in addition to drawing them?

20        A    Yes, he did.  And he was credited for

21   that for the last year or so of his term there.  It

22   said plotted and drawn by Steve Ditko.

23        Q    Does that fairly describe what's called

24   the Marvel method?

25        A    It was -- it was a switch on the Marvel

Page 312

1    method.  The original -- before that, Stan and Steve
2    had worked in the usual way.  They would get
3    together, talk over the story.  And then whatever
4    Stan finally approved that Steve should do, Steve
5    would go home and start drawing.
6              But for various reasons, including
7    arguments, disagreements over what to do and
8    things that mostly Steve seemed to be unhappy about,
9    according to things he's written later, they just
10   kind of drifted apart and just -- and Sol Brodsky
11   told me that they were -- and Stan, too -- that they
12   just got to arguing over so many things.
13             And Stan didn't like to argue with the
14   artists.  And he respected Steve and his work so
15   much and was going so well that he decided one day
16   evidently that they just shouldn't speak anymore.
17   From now on, you know, Steve just plotted his
18   stories and dropped them off, and then Stan would
19   dialogue them.
20             So in that sense it was a change because
21   now the plot came -- or the idea of the plot, which
22   ordinarily would have been done by the writer, Steve
23   sort of -- you know, he was doing the plotting from
24   the beginning, and Stan wouldn't see it until it
25   came in penciled.

1          Q    That he used?

2               And in those interviews, do you recall

3    Stan Lee saying that under the Marvel method he

4    expected artists to plot the stories?

5               MS. LENS:  Objection.  Assumes facts not

6          in evidence.  Lacks foundation.

7          A    I don't recall it.  If he ever used the

8    word "plot," it was rather sloppy, you know,

9    because, you know, it wasn't plotting.  It would

10   have been, you know, elements of plot, but it

11   wouldn't have been plotting as I see it.

12              But Stan was -- like any of the rest of

13   us, you're talking to a reporter or to a fan or

14   something, you can be a little sloppy about the

15   terminology, and you may something in kind of an

16   imprecise way.

17   BY MR. TOBEROFF:

18         Q    Have you ever heard of the name Vista

19   Publications, Inc.?

20         A    I think that was one of the various names

21   in the indicia of maybe Magazine Management

22   magazines, too, but some of the Marvel comics that

23   were, yes.  Vista, Margood.  There were a bunch of

24   them.

25         Q    When have you heard that term?

1        A     Well, first I read them, but I -- as a
2    fan, but I didn't pay much attention to them.  And,
3    you know.
4        Q     What about -- do you know what Vista
5    Publications, Inc., was?
6            MS. LENS:  Objection to the extent it
7            lacks foundation, calls for a legal conclusion.
8        A     To me, it was the name in the indicia,
9    you know?  And since there was a different name in
10    various indicia, I assumed it was just some legal
11    technicality of divisions of what I didn't know
12    until later was called Magazine Management.  For
13    some reason he wanted to have a bunch of little
14    companies instead of one big company.  And I figured
15    there was some business reason behind it, but I did
16    not, you know, pretend to know what it was.  And I
17    never heard Martin Goodman explain exactly what it
18    was.  There were only speculations.
19    BY MR. TOBEROFF:
20        Q     What do you mean by "indicia"?
21        A     The indicia is the little information.
22    It's usually on the inside front cover or the first
23    actual interior page of a half a dozen or so lines
24    of very small types of copy that gives the issue
25    number, the date, the publishing information, the

Page 319

1    address of the publisher, something maybe about its
2    postal standards and where it was printed, different
3    things like that that's in just about every comic
4    book, or was then.

5        Q    Did you ever hear of Atlas Magazines,
6    Inc.?

7        A    Well, I don't know if that was -- they
8    were one of those two.  Atlas, of course, had been
9    the name of Martin Goodman's distribution company.
10   But he may have used Atlas on other things as well.
11   From 1952 to about 1957, he had his own distributor,
12   and that was called Atlas.  And that seal was on the
13   comics, but it was really just a distributor seal.
14   Now, whether that was Atlas Magazines or that was
15   just another one of those indicia company names, I
16   don't know.  I know some of the names.  I don't
17   recognize whether Atlas is one of them.

18       Q    Do you recognize the name Non-Pareil
19   Publishing Corp.?

20       A    That one I recognize.  Yes, that was
21   another one of those like Vista.

22       Q    Do you recognize that because you
23   remember reading that in some indicia, as you call
24   it?

25       A    Yes.  I remember some of them.  I didn't

Page 320

1    know that many.  I knew there were a lot of them,

2    but they made no difference.  We never referred to

3    them at Marvel, so we just ignored them.

4         Q     What about Arcanum Publishers Sales Corp?

5         A     Yeah.  We figured that was probably

6    Canadian-American.  It's just some name he came up

7    with for -- he wanted every comic to be published by

8    a different publisher officially for some reason,

9    which we did not know.

10        Q     What did these companies actually do?

11        A     I have no idea.

12              MS. LENS:  Objection.  Lacks foundation.

13        A     I'm sorry.  I have no idea.  We never

14   heard those names.

15   BY MR. TOBEROFF:

16        Q     Did you ever receive money from any of

17   these entities while you were working at Marvel?

18              MS. LENS:  Objection to form.  Lacks

19        foundation.

20        A     I don't believe so.

21   BY MR. TOBEROFF:

22        Q     Are you aware of anyone doing work with

23   Marvel who were paid by any of these entities?

24              MS. LENS:  Objection.  Lacks foundation.

25        A     I'm not aware of it, no.

Page 321

1    BY MR. TOBEROFF:

2        Q    Did you ever see any checks with these

3    companies' names on them, Vista Publications, Atlas,

4    Nonpareil Publishing, or Arcanum?

5              MS. LENS:  Objection to form.

6        A    I'm not aware of ever seeing that on any

7    check, no.  Just the indicias.

8    BY MR. TOBEROFF:

9        Q    Do you know of anyone who was employed

10   who did work for or with Marvel -- do you know of

11   anyone who did work with Marvel who was employed by

12   any of these companies?

13             MS. LENS:  Objection.  Compound,

14        objection --

15       A    I don't know --

16             MS. LENS:  Hold on, Roy.  Just let me

17        finish.

18             THE WITNESS:  I'm sorry.

19             MS. LENS:  Objection to form.  Objection.

20        Compound.  And objection to the extent that it

21        calls for a legal conclusion.

22       A    I don't know of -- anything about anybody

23   having any dealings with any of those.  They were

24   just words in the indicia to us.

25

Page 322

1    BY MR. TOBEROFF:

2         Q     Did you ever meet anyone who worked for

3    any of these companies?

4              MS. LENS:  Same objections.  Lacks

5         foundation.  Calls for speculation.  Calls for

6         a legal conclusion.  And it's compound.

7         A     Not to the best of my knowledge.

8    BY MR. TOBEROFF:

9         Q     Do you know whether these companies had

10   offices?

11             MS. LENS:  Same objection.  It's

12        compound.  Lacks foundation.

13        A     I was not aware of them -- of it having

14   any existence, no.

15   BY MR. TOBEROFF:

16        Q     What is the Hero Initiative?

17             MS. LENS:  Objection to the extent it

18        lacks foundation.

19        A     It's a comic book charity that was

20   started around 2000 that an independent, I guess,

21   basically no -- you know, nonprofit kind of thing,

22   to be a charity to help out comic book people who --

23   who get into some kind of financial difficulty, need

24   help with health or rent payments or something for

25   some reason.  And I've been on the disbursal board