# Exhibit 22

Page 1

1

2           UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3      ------------------------------------------X
       MARVEL CHARACTERS, INC.,
4
            Plaintiff and Counterclaim-Defendant,
5
               -against-      Case No.:
6                             1:21-cv-7955-LAK
                              and consolidated
7                             cases, Nos.:
                              21-cv-7957 LAK and
8                             21-cv-7959 LAK
9      LAWRENCE D. LIEBER,
10          Defendant and Counterclaimant.
       ------------------------------------------X
11     MARVEL CHARACTERS, INC.,
12          Plaintiff and Counterclaim-Defendant,
13             -against-
14     KEITH A. DETTWILER, in his capaciity as
15     Executor of the Estate of Donald L. Heck,
16          Defendant and Counterclaimant.
       ------------------------------------------X
17     MARVEL CHARACTERS, INC.,
18          Plaintiff and Counterclaim-Defendant,
19             -against-
20     PATRICK S. DITKO, in his capacity as
       Administrator of the Estate of Stephen J.
21     Ditko,
22          Defendant and Counterclaimant.
       ------------------------------------------X
23                  DATE: October 25, 2022
                    TIME: 9:41 A.M.
24

       (Caption continues on following page.)
25

Page 2

1

2             **REALTIME VIDEOTAPED DEPOSITION**

3      of the Defendant, LARRY LIEBER, taken by

4      the Plaintiff and Counterclaim-Defendant,

5      pursuant to a Court Order and to the

6      Federal Rules of Civil Procedure, held at

7      the offices of O'Melveny & Myers, LLP, 7

8      Times Square, Times Square Tower, New York,

9      New York 10036, before Karyn Chiusano, a

10     Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1

2    A P P E A R A N C E S:

3

4    O'MELVENY & MYERS, LLP
        Attorneys for the Plaintiff and
5       Counterclaim-Defendant
        MARVEL CHARACTERS, INC.
6       7 Times Square
        Times Square Tower
7       New York, New York 10036
        BY: DANIEL PETROCELLI, ESQ.
8       dpetrocelli@omm.com

9

    TOBEROFF & ASSOCIATES, P.C.
10      Attorneys for the Defendant
        and Counterclaimant
11      LAWRENCE D. LIEBER
        23823 Malibu Road ~ Suite 50-363
12      Malibu, California 90265
        BY: MARC TOBEROFF, ESQ.
13      mtoberoff@toberoffandassociates.com

14

15

16    ALSO PRESENT:
        MARCELO RIVERA, Videographer
17      MOLLY LENS, O'Melveny & Myers, LLP
        DANIELLE FEUER, O'Melveny & Myers, LLP
18      ELI BARD, via Zoom
        JAYMIE PARKKINEN, via Zoom

19

20

21

22            *          *          *

23

24

25

Page 155

```
 1                    LARRY LIEBER
 2               There was something --
 3               MR. TOBEROFF:  He's talking
 4          about between 1958 and 1965.
 5        A.     No.
 6               I mean for the -- for the --
 7    for the -- for the scripts? No.  I don't
 8    think so. No.
 9        Q.     Okay. So, for example --
10        A.     I was thinking of bonuses but
11    that was for people on staff.
12        Q.     Okay.  So, your sole
13    compensation was the per-page rate?
14        A.     As far as I know, yes.
15        Q.     Okay.
16        A.     That's all.
17        Q.     And you got that per-page rate
18    whether or not the comic was a flop or was
19    a big hit; right?
20               You still got the same per-page
21    rate?
22               MR. TOBEROFF:  Vague.
23        A.     Yeah.
24               As -- as long as they accepted
25    my --
```

Page 156

1                    LARRY LIEBER

2         Q.    Okay.

3         A.    -- as long as they accepted my

4    work, they paid me for it.

5         Q.    And you said Stan always

6    accepted your work; correct?

7               MR. TOBEROFF:  Misstates his

8         testimony.

9         Q.    You can answer.

10        A.    Yes.

11              Wait a minute.  As far as I

12   know, yes. Stan always -- I can't recall

13   him not.

14        Q.    Have you made any attempt to

15   get a copy of those checks from 1958 to

16   1965?

17        A.    No.

18              I don't even -- no.

19        Q.    Let me ask you about some of

20   the characters.

21              You worked on "IRON MAN";

22   right?

23        A.    Yes.

24        Q.    You wrote the script; right?

25        A.    Yes.

Page 252

1                      LARRY LIEBER
2          record.
3                  (Whereupon, a short recess was
4          taken.)
5                  THE VIDEOGRAPHER:  The time is
6          4:11 P.M.
7                  And we are back on the record.
8    EXAMINATION BY
9    MR. TOBEROFF:
10        Q.    During the time you were
11   selling your stories to Marvel, or whatever
12   it was called in those days, did you ever
13   hear the company named Vista Publications,
14   Inc.?
15                  MR. PETROCELLI:  Objection.
16                  Question is leading.
17                  Particularly the use of the
18        word "sell."
19                  And I otherwise object to the
20        form of the question.
21        Q.    During the time --
22        A.    Yeah. I can -- I can answer.
23        Q.    Did you ever hear a company,
24   called Vista Publications, Inc.?
25        A.    I don't recall ever hearing

Page 253

1                       LARRY LIEBER

2    that, no.

3         Q.    Do you know whether Vista had

4    any employees?

5         A.    I never heard of them so I

6    don't know if they had employees.

7         Q.    During the same period that we

8    discussed, in the late 50's into the

9    1960's, did you ever hear a company

10   mentioned:  Canum Publishers Sales

11   Corporation?

12        A.    No. I didn't.

13             MR. TOBEROFF:  By the way, when

14          I am asking questions, are you able

15          to see his face on the video?

16             THE VIDEOGRAPHER:  I am just

17          getting a side view.

18             THE WITNESS:  Should I look at

19          you?

20             THE VIDEOGRAPHER:  Yeah.

21             THE WITNESS:  My hearing.

22             THE VIDEOGRAPHER:  It's okay.

23             MR. TOBEROFF:  It's okay.

24             THE WITNESS:  My hearing is --

25        Q.    You -- you -- you -- um, um,

Page 254

1              LARRY LIEBER
2    um, um, you mentioned previously a company,
3    called Atlas.
4              Do you recall that?
5        A.    Yes.
6              If -- there -- I think there
7    were two Atlas'; one was Marvel was once
8    called it but the one we were referring to
9    was the one that Martin Goodman started.
10              It was part of Seaboard
11    Publications and at -- Atlas Comics was
12    part of it, when Martin Goodman, after he
13    sold Marvel and he left it to start his own
14    company.
15              Yes. Atlas, yes.
16        Q.    And before that time, in the
17    late 1950's or the 1960's, did you hear of
18    a company, called Atlas Magazine, Inc.?
19        A.    I did not. No.
20        Q.    Same period of time, late
21    1950's and 1960's:  Did you ever hear of a
22    company, called Non Perai Publishing
23    Corporation?
24        A.    No.
25        Q.    You testified today that Stan

Page 255

                    LARRY LIEBER

1

2    Lee would write plots or sometimes you

3    would call it a "synopsis."

4              Do you recall that?

5         A.    Yes.

6              MR. PETROCELLI:  I object to

7        the question.

8              It misstates his testimony, the

9          use of the word "sometimes."

10        Q.    And to your knowledge, did Sam

11    -- Stan Lee sometimes write scripts?

12        A.    Yes.

13        Q.    Was this writing a function of

14    Stan Lee's staff job as an Editor or Stan

15    Lee as a writer?

16              MR. PETROCELLI:  Object to the

17        form of the question, including that

18        it's vague and it lacks foundation.

19              And it's also leading.

20        Q.    You can answer.

21        A.    Answer?

22        Q.    Yes.

23        A.    I -- I -- I would say Stan,

24    when he was making up a story, was doing

25    the work that a writer does, not what an

Page 256

1                    LARRY LIEBER
2    Editor does, even though he was an Editor,
3    his title.
4         Q.    Okay.
5         A.    That's part of writing, the
6    plot or a story.
7         Q.    And -- and to your knowledge,
8    did Stan Lee do his writing at the office
9    or at home, his home?
10        A.    At home.
11              I would -- to my knowledge, at
12   home.
13        Q.    And did Stan Lee, during the
14   week, did Stan Lee take off time to write
15   at home?
16              MR. PETROCELLI:  I object to
17         the form, including lack of
18         foundation.
19        A.    Yes, he did.
20              I think he used to take off
21   Wednesday. I remember -- I remember -- may
22   I say --
23        Q.    You can answer it, yes.
24        A.    The secretary or the
25   receptionist, when he would leave, it used

1                    LARRY LIEBER

2    to make him a little upset because she

3    would say:  "Enjoy your day off, Mr. Lee."

4    And he would say to me, you know, when I

5    would see him, he would say:  "My day off?

6    I'm going them work. I don't have a day

7    off."

8         Q.    And what --

9         A.    And I believe it was Wednesday

10   but I am not -- you know.

11        Q.    And what work was that?

12        A.    Writing.

13        Q.    And what about the weekends?

14              MR. PETROCELLI:  I object to

15         the form.

16        A.    I -- I wasn't aware of him --

17   we weren't -- I wasn't out there but I know

18   he often wrote on weekends, yes.

19        Q.    Were there any instances you

20   recall where he told you where -- how much

21   he was writing on the weekend?

22        A.    Yes.

23              He told me once -- he said "oh,

24   what a weekend I had." He said "I wrote 50

25   pages" and I said "oh, my God.  You poor

Page 259

1              LARRY LIEBER

2       Q.    Did you receive any vacation

3    pay or were you paid for time off?

4       A.    No.

5       Q.    You testified that the company

6    paid you for your stories by the page; is

7    that correct?

8       A.    Yes.

9       Q.    Okay. In your view, were they

10   obligated to pay you for the pages you

11   submitted?

12            MR. PETROCELLI:  Object to the

13       form.

14       A.    In my view, I felt they were

15   not, unless they bought them from me or,

16   you know, accepted them.

17       Q.    Was there ever a time where --

18            MR. PETROCELLI:  Move to strike

19       that answer, the second part of that

20       answer, with respect to the words

21       "bought them."

22            Not responsive and no

23       foundation.

24       Q.    It was your -- you mention

25   "bought," was it your view that they

                    LARRY LIEBER

1
2          leading.
3          Q.    All right. The after you wrote
4     your story, what would happen?
5          A.    I would -- I would go to Marvel
6     and turn it in to -- to the Editor or to --
7     who I don't remember, to his secretary or
8     maybe even -- there were a few people, it
9     might have been Sol Brodsky or somebody
10    else, Paul Stymler or Stan, himself.
11              I mean I would just turn it in
12    to the company.
13         Q.    If they published your story,
14    would you be paid for it?
15         A.    Yes.
16         Q.    By the page?
17         A.    Yes.
18         Q.    Okay. Before they paid you by
19    the page, did Marvel own the story or did
20    you own the story, in your opinion?
21              MR. PETROCELLI:  Object -- I
22         object to the form of the question.
23         A.    Well, before they -- before
24    they paid me for it, they didn't have it, I
25    had it.  It's mine.  I wrote it.  I owned

Page 267

```
1                    LARRY LIEBER
2     it, I guess. I owned it.
3              MR. PETROCELLI:  Move to
4          strike, as non-responsive.
5        Q.    Did it ever -- did there ever
6     come a time where Marvel, or whatever they
7     called themselves in those days, reject
8     your material?
9              MR. PETROCELLI:  Object to the
10         form of the question.
11       A.    Yes.
12             It -- it happened, um, at least
13    once. It might have been more but I
14    remember one.
15       Q.    Can you describe that to me,
16    please?
17       A.    Yes.
18             I was doing -- I wasn't doing
19    the superheroes and Marvel was putting out
20    what we called black and white books, like
21    Warren Publications did, that there were
22    zombies, werewolves and vampires.
23             And we got an Editor there and
24    this wasn't Stan.  Stan was now the
25    publisher.  And this Editor was very good
```

```
 1                     LARRY LIEBER
 2    at plots; okay?  And he said "before you
 3    write your story, I want to see the plot."
 4               He wanted me to write the plot;
 5    okay? And make up a plot and bring it to me
 6    and, you know, and -- and if he liked it,
 7    he would buy it -- not even buy it, he
 8    would tell me because he was -- he wasn't
 9    going to pay for the plot but he would tell
10    me to go back home and write the story;
11    okay?
12               And as I said before, I was
13    kind of pressed for money in those days and
14    so, I wrote a plot, I brought it in and he
15    was critical of it.  He rejected it and he
16    told me -- he gave me another direction to
17    go into with the story -- with the plot and
18    so I went back home and I had to take
19    another day off, to make up this new plot
20    or change the plot, whatever you phrased
21    it, and I went back to him and this time,
22    he accepted it and he said:  Now, go write
23    the story (indicating.)
24               And, I was never paid for the
25    time or the plot, the first plot that I
```

Page 269

LARRY LIEBER

1                    LARRY LIEBER
2       brought in to him.
3                    He -- he didn't pay -- you
4       know, I lost out and I worried because I
5       didn't know the Editor that well and I was
6       concerned with -- that I hoped it didn't
7       happen.  That it didn't happen again.
8                    And I don't recall.  It might
9       have happened again.  He might have even
10      rejected it a second time, I am not sure.
11          Q.    All right.
12          A.    But I know at least once he
13      rejected it.
14          Q.    Why were you concerned?
15          A.    I was concerned because I had
16      to make a living and I was barely doing so
17      and -- to work, you know, to write takes
18      time and I had to pay the rent.
19          Q.    So, to be clear:  He didn't pay
20      you for the work he rejected?
21          A.    No, he did not.
22                    MR. PETROCELLI:  Objection;
23          leading.
24          Q.    Now, you spoke about -- at some
25      point in your -- Mr. Petrocelli was asking

1                    LARRY LIEBER

2    you questions and you talked about the

3    checks that you received, when they paid

4    you by the page.

5              Do you recall that?

6        A.    Yes. I think.

7        Q.    You testified about checks?

8        A.    Yeah. Yeah. I got paid by

9    check.

10       Q.    And you spoke about writing on

11   the back of checks.

12             Do you recall that?

13       A.    Yes.

14       Q.    To the best of your

15   recollection, what was the jist of the

16   writing on the back of those checks?

17       A.    The jist of it, to me, was once

18   I give it to them, it is no longer -- my

19   work is no longer mine, it belongs to them

20   and they can do anything they want with it.

21             But it was said in some

22   technical language, I guess, or language.

23       Q.    And when you said once you give

24   it to them, you mean once --

25       A.    Once I give them my work.

Page 271

```
                              LARRY LIEBER
 1
 2        Q.     And they pay you for it?
 3        A.     And they pay me for it.
 4             MR. PETROCELLI:  Objection;
 5         leading.
 6        A.     That's the only thing I could
 7    mean. Once they paid me for it, it's like
 8    they bought it.  They bought my work.
 9        Q.     Okay. Do you recall on the back
10    of the checks, in those days, reading the
11    term "work for hire" or "work made for
12    hire"?
13        A.     No.
14             That -- well, I don't remember
15    a great deal.  I think if I had seen that,
16    I would have -- it would have been familiar
17    to me at the last deposition or sometime in
18    between.
19             No, I never saw it.
20             If -- a totally unknown.
21        Q.     And the 1950's and -- the late
22    1950's and the 1960's, the period where we
23    were speaking about, when you worked on the
24    superheroes comics stories, did you ever
25    hear of the term "work for hire" or "work
```

```
 1                    LARRY LIEBER
 2    these planets and now it's earth's turn,
 3    you know, and we know they are going to
 4    menace earth.
 5              And in the next panel, I can
 6    show people on the ground and somebody
 7    pointing up and then, they land and
 8    everybody runs.
 9              There are different ways of
10    telling a story.
11         Q.    I understand.
12         A.    And so, so -- that's what
13    writing it was.
14              And I don't know. I'm sorry.
15         Q.    No. No. That's fine.
16         A.    But that's --
17         Q.    And you did this writing from
18    where?
19         A.    My home.
20              I had a -- I had a typewriter,
21    a Remington office writer, bought in the
22    used typewriter place.
23         Q.    Did you pay for the typewriter?
24         A.    Oh, yeah.
25         Q.    Did you pay for your own paper?
```

                           LARRY LIEBER

1

2        A.     Sure.

3        Q.     You wrote with pens or drew

4    with pencils.

5               Did you pay for --

6        A.     When I was --

7        Q.     Wait -- did you pay for the

8    pens and pencils?

9        A.     I paid for everything.

10       Q.     I am talking about the late

11   50's and 60's, when you were working on the

12   superheroes.

13       A.     When I was writing them, you

14   mean.

15       Q.     Yeah.

16       A.     Sure. Yeah.

17              I considered -- I mean I'm a

18   freelancer.  I'm a -- yeah. I didn't expect

19   the company to pay for it, no.

20              MR. PETROCELLI:  Move to strike

21        as non-responsive.

22       Q.     I may have asked you this

23   before: Was the company obligated to buy

24   your stories?

25              MR. PETROCELLI:  Object to the

1              LARRY LIEBER
2         form of the question.
3         A.    I -- I didn't think they were.
4         Q.    Did you have any agreement with
5    the company during the period you worked on
6    these superheroes in the late 50's and
7    60's?
8         A.    Any agreement? No. No.
9         Q.    No written agreement?
10             MR. PETROCELLI:  Objection to
11          the form of the question.
12        A.    No.  No.  No written agreement.
13        Q.    Now, you mentioned that Stan
14   Lee would hand you a plot.
15        A.    I called it a plot. Yeah, he
16   called it, I think a plot, too. Yes.
17        Q.    And did you witness Stan
18   writing any plots?
19        A.    No.
20             Not that I'm aware of. I might
21   have but I have long since forgotten.
22             No.  I would say no.
23        Q.    Can you recall a time that you
24   saw him writing a plot?
25        A.    No.

```
 1              LARRY LIEBER
 2      Q.    Yes.
 3            You went over all of that.
 4      A.    And Stan offered me the -- the
 5   -- to -- a chance to do -- to freelance, to
 6   write stories and so, I took it and I --
 7   and I did it.
 8      Q.    And -- and Stan, you understood
 9   was working for Marvel; right?
10      A.    Did -- did --
11            MR. TOBEROFF:  Objection;
12       vague.
13      Q.    You may answer.
14      A.    Yes, of course.
15      Q.    And do you remember the name of
16   the company that issued the checks to you?
17      A.    I thought it was Marvel. I
18   don't know. I assumed it was Marvel or
19   Magazine Management or something I mean --
20      Q.    Magazine Management was the
21   umbrella company?
22      A.    It was a parent company, I
23   thought.
24      Q.    A parent company?
25      A.    Yeah.
```