# Exhibit 23

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   _____
                                   )
 4   MARVEL CHARACTERS, INC.,      )
               Plaintiff and       )
 5       Counterclaim-Defendant,   )
        vs.                        )
 6   LAWRENCE D. LIEBER,           )No. 1:21-cv-7955-LAK
             Defendant and         )and consolidated cases
 7          Counterclaimant.       )21-cv-7957-LAK and
     _____)21-cv-7959-LAK
 8   MARVEL CHARACTERS, INC.       )
               Plaintiff and       )
 9       Counterclaim-Defendant,   )
        Vs.                        )
10   KEITH A. DETTWILER, in his    )
     capacity as Executor of the   )
11   Estate of Donald L. Heck,     )
               Defendant and       )
12          Counterclaimant.       )
                                   )
     _____)
13   MARVEL CHARACTERS, INC.       )
               Plaintiff and       )
14       Counterclaim-Defendant,   )
        Vs.                        )
15   PATRICK S. DITKO, in his      )
     capacity as Administrator of  )
16   the Estate of Stephen J.      )
     Ditko,                        )
17             Defendant and       )
             Counterclaimant.      )
18   _____)
19
                    VIDEOTAPED DEPOSITION OF
20                       MARK S. DITKO
                     Los Angeles, California
21               Wednesday, February 8, 2023
                          Volume I
22
23
     Reported by:
24   ALEXIS KAGAY
     CSR No. 13795
25
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   _____
                                   )
 4   MARVEL CHARACTERS, INC.,      )
             Plaintiff and         )
 5     Counterclaim-Defendant,     )
        vs.                        )
 6   LAWRENCE D. LIEBER,           )No. 1:21-cv-7955-LAK
             Defendant and         )and consolidated cases
 7          Counterclaimant.       )21-cv-7957-LAK and
     _____)21-cv-7959-LAK
 8   MARVEL CHARACTERS, INC.       )
             Plaintiff and         )
 9     Counterclaim-Defendant,     )
        Vs.                        )
10   KEITH A. DETTWILER, in his    )
     capacity as Executor of the   )
11   Estate of Donald L. Heck,     )
             Defendant and         )
12          Counterclaimant.       )
     _____)
13   MARVEL CHARACTERS, INC.       )
             Plaintiff and         )
14     Counterclaim-Defendant,     )
        Vs.                        )
15   PATRICK S. DITKO, in his      )
     capacity as Administrator of  )
16   the Estate of Stephen J.      )
     Ditko,                        )
17           Defendant and         )
            Counterclaimant.       )
18   _____)
19
20         Videotaped deposition of MARK S. DITKO,
21   Volume I, taken on behalf of Plaintiff, at 1999 Avenue
22   of the Stars, Los Angeles, California, beginning at
23   9:43 a.m. and ending at 3:58 p.m., on Wednesday,
24   February 8, 2023, before ALEXIS KAGAY, Certified
25   Shorthand Reporter No. 13795.
```

```
 1   APPEARANCES:
 2
 3   For Marvel Characters, Inc.:
 4       O'MELVENY & MYERS, LLP
 5       BY:  MOLLY M. LENS
 6       BY:  MATTHEW KAISER
 7       Attorney at Law
 8       1999 Avenue of the Stars
 9       8th Floor
10       Los Angeles, California 90067
11       310.553.6700
12       Mlens@omm.com
13       Mkaiser@omm.com
14
15   For Patrick Ditko, executor of the Estate of Steve
16   Ditko, and Mark Ditko:
17       TOBEROFF & ASSOCIATES, P.C.
18       BY:  MARC TOBEROFF
19       BY:  JAYMIE PARKKINEN
20       Attorney at Law
21       23823 Malibu Road
22       Suite 50-363
23       Malibu, California 90265
24
25
```

Page 4

1  APPEARANCES (Continued):
2
3  Videographer:
4      KEVIN DEL CID
5
6  Also Present:
7      ELI BARD
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 160

1    A    Of what he was -- I said what he was after.
2    Q    Can you identify any other work that your
3 uncle did in the early 1960s other than work for
4 Marvel?
5         MR. TOBEROFF:  Objection as to form, assumes
6 facts.
7         THE WITNESS:  From my understanding, I believe
8 he was also doing work for Charlton.
9 BY MS. LENS:
10   Q    Anything else?
11   A    And possibly some fanzines.  I -- I couldn't
12 be specific.
13   Q    You're aware, from reading your uncle's
14 writings, that your uncle understood that Charlton had
15 a different business model and relationship with its
16 contributors than Marvel did; correct?
17        MR. TOBEROFF:  Objection as to form, lacks
18 foundation.
19        THE WITNESS:  In terms of contractual
20 agreements or arrangements, I'm not familiar with what
21 either of those were.
22 BY MS. LENS:
23   Q    Okay.  I'm going to turn your -- we can put
24 that one aside.  I'm going to turn your attention back
25 to Exhibit 110, which is the -- the compilation of mini

Page 166

1          THE REPORTER:  I don't -- he hears that.  I --
2          MR. TOBEROFF:  Oh, okay.
3          THE REPORTER:  Thank you.
4   BY MR. TOBEROFF:
5      Q   Do you see what appears to be a postmarked
6   envelope in the bottom half of the page marked
7   DITKO-0247.
8          MS. LENS:  Objection to form, lacks
9   foundation.
10         THE WITNESS:  Yes, I see it.
11  BY MR. TOBEROFF:
12     Q   Do you recognize the address, under -- where
13  it says "Patrick S. Ditko" on the envelope?
14         MS. LENS:  Objection to form.
15         THE WITNESS:  Yeah, that is, I'll say, my
16  Bubba and Poppy's house where my dad and the family
17  grew up.
18  BY MR. TOBEROFF:
19     Q   And when you refer to Bubba and Papa (sic),
20  who -- who -- who are they?
21     A   Bubba was my dad and Uncle Steve's mom and
22  Poppy was their father.  So that's where my -- their --
23  their -- my dad's parents and my Uncle Steve's parents
24  lived, and they grew up there.
25     Q   And is this Patrick Ditko your father or

Page 167

1    your --
2            MS. LENS:  Hold on.
3    BY MR. TOBEROFF:
4        Q   -- or your Bubba?
5            MS. LENS:  Objection to form.
6            THE WITNESS:  Patrick S. Ditko is -- is my
7    dad.  So this is a letter to my dad, who was living
8    there at the time.
9    BY MR. TOBEROFF:
10       Q   And the other address that appears in this
11   exhibit, in the upper right-hand corner there, it looks
12   like a return address.
13           Do you recognize what -- does that have any
14   meaning to you?
15           MS. LENS:  Objection to form.
16           THE WITNESS:  The -- the address is -- I don't
17   recognize the address, but the timestamp is when he was
18   in the military, in the Army.  So -- Troop 27.  So
19   probably -- it looks like it's from my uncle, wherever
20   he was stationed.
21   BY MR. TOBEROFF:
22       Q   Do you have an understanding on what your
23   uncle was doing in 1946?
24           MS. LENS:  Objection to form, lacks
25   foundation.

Page 168

1           THE WITNESS:  He was in Germany in 1946.
2    BY MR. TOBEROFF:
3        Q    Turning to the top of what's been marked --
4    what's been Bates-stamped DITKO-247, the -- in the
5    upper -- on the upper left side, do you recognize that
6    illustrated character?
7           MS. LENS:  Objection to form.
8           THE WITNESS:  It appears to be Doctor Strange.
9    BY MR. TOBEROFF:
10       Q    Why do you say that?
11          MS. LENS:  Objection to form.
12          THE WITNESS:  Well, just the facial
13   characteristics, the collar, just -- just what he's
14   wearing and just really his facial characteristics, the
15   hair, sort of the mustache, just...
16   BY MR. TOBEROFF:
17       Q    Any other facial characteristics?
18          MS. LENS:  Objection to form.
19          THE WITNESS:  The eyebrows, the -- yeah, just
20   the -- just the facial construct.
21   BY MR. TOBEROFF:
22       Q    You can put that down.
23          You were asked, when Ms. Lens was questioning
24   you, whether you had any evidence -- and I'm
25   summarizing her question -- whether you had any