# Exhibit 32

MARVEL COMICS GROUP
A DIVISION OF CADENCE
INDUSTRIES CORPORATION

August 3, 1982

Randy Schueller
4319 North Neva #2-B
Norridge, Ill  60634

Dear Randy,

I want to buy it. We'll pay $220.00. Enclosed find a Work-made-for-hire Agreement and a voucher. Sign it where marked, write your Social Security number on it somewhere, and return it. I'll fill in the rest.

We'll want changes made in this plot which I'll fill you in on after you return the Work-made-for-hire form and the voucher. If all goes well, we'll give you a shot at scripting this.

Best,

JIM SHOOTER
Editor-in-Chief

JS:lcs

387 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016
212/696-0808
TELEX 238061 CAD PUB
      427849 MARVEL

DITKO-0246