# Exhibit 33




DITKO-0247