Exhibit 37

## ARTWORK RELEASE

Re: *Star Trek #4   2p*

The indicated artwork is being delivered to the author/artist
to commemorate his participation in the production of the episode
of which it is a part.

Although the Marvel Comics Group is transfering the rights in the
physical artwork, it is acknowledged that the Marvel Comics Group
retains all other rights in and to the material including all
copyright, trademarks and other rights therein subsisting.

The author/artist  acknowledges that all services performed in
connection with this artwork have been rendered as an employee-
for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S.
copyright law, only the copyright proprietor (here, Marvel) may
license the copyright use of the artwork including the right to
publicly exhibit the same. Marvel will be happy to consider
granting the author/artist or his assignee the right to publicly
exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is
specifically prohibited.

_4/29/80_

Date

AUTHOR/ARTIST

By _____

Copyright notice:

MARVEL COMICS GROUP

By _____

Copyright © 1980 Marvel Comics Group All Rights Reserved

MARVEL    5544

2021MARVEL-0054634

<u>ARTWORK RELEASE</u>

Re: *Spiderman #44 2P*

The indicated artwork is being delivered to the author/artist
to commemorate his participation in the production of the episode
of which it is a part.

Although the Marvel Comics Group is transfering the rights in the
physical artwork, it is acknowledged that the Marvel Comics Group
retains all other rights in and to the material including all
copyright, trademarks and other rights therein subsisting.

The author/artist acknowledges that all services performed in
connection with this artwork have been rendered as an employee-
for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S.
copyright law, only the copyright proprietor (here, Marvel) may
license the copyright use of the artwork including the right to
publicly exhibit the same. Marvel will be happy to consider
granting the author/artist or his assignee the right to publicly
exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is
specifically prohibited.

4/23/80
Date

AUTHOR/ARTIST                    MARVEL COMICS GROUP

By *Marv Wolf*                   By *Marian Stensgard*

Copyright notice:

*Wolfman*

Copyright © 1980 Marvel Comics Group All Rights Reserved

MARVEL     5545

2021MARVEL-0054635

## ARTWORK RELEASE

Re: *Spiderman #203 8p*

The indicated artwork is being delivered to the author/artist
to commemorate his participation in the production of the episode
of which it is a part.

Although the Marvel Comics Group is transfering the rights in the
physical artwork, it is acknowledged that the Marvel Comics Group
retains all other rights in and to the material including all
copyright, trademarks and other rights therein subsisting.

The author/artist  acknowledges that all services performed in
connection with this artwork have been rendered as an employee-
for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S.
copyright law, only the copyright proprietor (here, Marvel) may
license the copyright use of the artwork including the right to
publicly exhibit the same. Marvel will be happy to consider
granting the author/artist or his assignee the right to publicly
exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is
specifically prohibited.

                                                    DEC 2 8 1979
                                                  Date

AUTHOR/ARTIST              MARVEL COMICS GROUP

By _____      By _____

Copyright notice:

_Wolfman_    Copyright © _1980_ Marvel Comics Group All Rights Reserved

2021MARVEL-0054636