# Exhibit 40

# Certificate

## Registration of a Claim to Copyright
## in a periodical manufactured in the United States of America

FORM B

CLASS **B** REGISTRATION NO. B 976775 DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

Abraham L. Kaminstein
*Register of Copyrights United States of America*

NOT VALID WITHOUT
COPYRIGHT OFFICE
IMPRESSION SEAL

**1. Copyright Claimant(s) and Address(es):**

Name ATLAS MAGAZINES, INC.

Address 655 Madison Ave., N.Y.C. 21

Name

Address

**2. Title:** AMAZING FANTASY (Title of periodical)

Vol. 1 No. 15 Date on copies Sept.

**3. Citizenship of Author:**

Citizenship USA (Name of country) Domiciled in U. S. A. Yes ☐ No ☐

**4. Publication:**

**(a) Date of Publication of This Issue:**

6/5/62

**(b) Place of Publication of This Issue:**

USA (Name of country)

**5. Manufacture Outside United States:**

**(a) Portion of the Manufacturing Done Abroad:**

**(b) Process Used:**

**(c) Country of Manufacture:**

*Complete all applicable spaces on next page*

Steve Ditko

**6. Deposit account:**

**7. Send correspondence to:**

Name ........ Address MAGAZINE MANAGEMENT CO. 655 MADISON AVENUE NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name MAGAZINE MANAGEMENT CO.

Address 655 MADISON AVENUE (Number and street) NEW YORK 21, N. Y.

(City) (Zone) (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

**FOR COPYRIGHT OFFICE USE ONLY**

Application received JUN 12 1962

Two copies received JUN 12 1962

Fee received

*Copies give Sept., 1962 (Front cover gives Aug.).

# CERTIFICATE OF RENEWAL REGISTRATION

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

REGISTRATION NUMBER
RE " 497-761

EFFECTIVE DATE OF RENEWAL REGISTRATION
NOV 20 1990
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**1 Renewal Claimant(s)**

**RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM:** (See Instructions)

1 Name: Marvel Entertainment Group, Inc.
Address: 387 Park Avenue South, New York, NY 10016
Claiming as: Proprietor of copyright in a composite work made for hire
(Use appropriate statement from instructions)

2 Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

3 Name:
Address:
Claiming as:
(Use appropriate statement from instructions)

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

AMAZING FANTASY

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: AMAZING FANTASY
If a periodical or other serial, give: Vol. 1 No. 15 Issue Date September 1962

DEI33379567
* 0 3 9 3 3 7 9 5 6 7 *

**3 Author(s)**

**AUTHOR(S) OF RENEWABLE MATTER:**

Atlas Magazines, Inc.

**4 Facts of Original Registration**

**ORIGINAL REGISTRATION NUMBER:** B 976775

**ORIGINAL COPYRIGHT CLAIMANT:** Atlas Magazines, Inc.

**ORIGINAL DATE OF COPYRIGHT:**

- If the original registration for this work was made in published form, give:
  DATE OF PUBLICATION: June 5, 1962
  (Month) (Day) (Year)

OR

- If the original registration for this work was made in unpublished form, give:
  DATE OF REGISTRATION:
  (Month) (Day) (Year)

RE 497-761

EXAMINED BY
CHECKED BY
CORRESPONDENCE
☐ Yes
DEPOSIT ACCOUNT FUNDS USED

RENEWAL APPLICATION RECEIVED

REMITTANCE NUMBER AND DATE

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE, FOR COPYRIGHT OFFICE USE ONLY

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5** Renewal for Group of Works

| | | | |
|---|---|---|---|
| 1 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 2 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 3 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 4 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 5 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 6 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |
| 7 | Title of Contribution<br>Title of Periodical<br>Date of Publication (Month) (Day) (Year) | Vol. No.<br>Registration Number | Issue Date |

**DEPOSIT ACCOUNT:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Charles R. Brainard
Address: One Broadway (Apt)
New York, NY 10004
(City) (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant ☒ duly authorized agent of Marvel Entertainment Group, Inc. (Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature (X) [signature]
Typed or printed name: Lisa Massaro
Date: 11/19/90

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**

Charles R. Brainard
Kenyon & Kenyon (Name)
One Broadway (Number, Street and Apartment Number)
New York, NY 10004
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate