# Exhibit 42

# Certificate

## Registration of a Claim to Copyright
### in a periodical manufactured in the United States of America

**FORM B**

CLASS **B** REGISTRATION NO. **34036**

DO NOT WRITE HERE

**This Is To Certify** that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*
ABRAHAM L. KAMINSTEIN, Register of Copyrights, United States of America

1. **Copyright Claimant(s) and Address(es):**

   Name ........ **VISTA PUBLICATIONS, INC.** ........

   Address ........ **655 Madison Ave., N.Y.C. 21** ........

   Name ........

   Address ........

2. **Title:** ........ **STRANGE TALES** ........
   (Title of periodical)

   Vol. ........ **1** ........ No. ........ **110** ........ Date on copies ........ **July 1963** ........

3. **Citizenship of Author:**

   Citizenship ........ **USA** ........ (Name of country)   Domiciled in U. S. A. Yes ☐ No ☐

4. **Publication:**

   (a) Date of Publication of This Issue:

   ........ **4/9/63** ........

   (b) Place of Publication of This Issue:

   ........ **USA** ........ (Name of country)

5. **Manufacture Outside United States:**

   (a) Portion of the Manufacturing Done Abroad: ........

   (b) Process Used: ........

   (c) Country of Manufacture: ........

*Complete all applicable spaces on next page*

**6. Deposit account:**

**7. Send correspondence to:**
Name _____   Address   MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

**8. Send certificate to:**

(Type or print name and address)

Name: MAGAZINE MANAGEMENT CO.
Address: 655 M_____ (Number and street)
NEW YORK 21, N. Y.
(City) (Zone) (State)

## Information concerning copyright in periodicals

*When To Use Form B.* Form B is appropriate for published issues of periodicals which have been manufactured in the United States.

*What Is a "Periodical"?* Speaking broadly, the term "periodical" refers to works published at regular intervals of less than a year under the same general title. The most common examples include newspapers, magazines, reviews, bulletins, proceedings of societies, and similar works which would be registered as second-class matter at the Post Office. The term "periodical" does not include publications issued at irregular intervals or at intervals of a year or more; such works should generally be registered as "books" on Form A.

*No "Blanket" Copyright.* There is no such thing as a "blanket" copyright which would protect the general idea or format of a periodical, or a series of issues as a whole. Each issue of a periodical is a separate subject for copyright, and the copyright claims in each issue must be registered separately.

*No Copyright in Titles.* The title of a periodical cannot be copyrighted. Copyright in an issue covers the copyrightable contents of that issue, but does not extend to the title or name under which the periodical is published. Titles of periodicals can sometimes be registered as trademarks at the Patent Office, U. S. Department of Commerce, Washington 25, D. C.

*Duration of Copyright.* Statutory copyright in a particular issue of a periodical lasts for 28 years from the date of first publication of that issue, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a periodical

*First: Produce Copies of the Issue With Copyright Notice.* Produce the issue in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Issue With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies . . . were placed on sale, sold, or publicly distributed."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington 25, D. C., two copies of the issue as published with notice, an application on Form B, properly completed and signed, and a fee of $4. (Note: A deposit account, against which fees can be drawn, may be established in the Copyright Office by remitting a sum sufficient to cover registration fees for one year.)

*The Copyright Notice:* The copyright notice for periodicals shall appear on the title page of the issue, on the first page of text, or under the title heading. It shall consist of the word "Copyright," the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. For example: © John Doe 1958. Use of the symbol © may result in securing copyright in countries which are parties to the Universal Copyright Convention.

> NOTE: It is the act of publication with notice that actually secures copyright protection. If copies of an issue are published without the required notice, the right to secure copyright in that issue is lost and cannot be restored.

FOR COPYRIGHT OFFICE USE ONLY

Application received
APR 18 1963

Two copies received
APR 18 1963

Fee received

U. S. GOVERNMENT PRINTING OFFICE : 1957—O—430703       (Feb. 1958—250,000)       Page 4

134751

2021MARVEL-0006420

Steve Ditko, Larry Lieber

# CERTIFICATE OF RENEWAL REGISTRATION



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 304 of title 17, United States Code, attests that renewal registration has been made for the work identified below. The information has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER
**RE 559 192**

EFFECTIVE DATE OF RENEWAL REGISTRATION
DEC 27 1991
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**1 Renewal Claimant(s)**

1. Name: Marvel Entertainment Group, Inc.
   Address: 387 Park Avenue South, New York, NY 10016
   Claiming as: Proprietor of copyright in a composite work made for hire

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

**TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:**

STRANGE TALES

**RENEWABLE MATTER:**

Entire work as originally copyrighted, including all portions thereof.

**CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:**

Title of periodical or composite work: STRANGE TALES
If a periodical or other serial, give: Vol. 1   No. 110   Issue Date July 1963

**3 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

VISTA PUBLICATIONS, INC.

**4 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: B 34036

ORIGINAL COPYRIGHT CLAIMANT: VISTA PUBLICATIONS, INC.

**ORIGINAL DATE OF COPYRIGHT:**
• If the original registration for this work was made in published form, give
DATE OF PUBLICATION: Apr 9, 1963
OR
• If the original registration for this work was made in unpublished form, give
DATE OF REGISTRATION:



2021MARVEL-0006417

| RE | 559 192 | EXAMINED BY: | RENEWAL APPLICATION RECEIVED: DEC. 27. 1991 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|---|
| | | CHECKED BY: | | |
| | | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see Instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE/CON).

**5 Renewal for Group of Works**

1. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

2. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

3. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

4. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

5. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

6. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

7. Title of Contribution: .................
   Title of Periodical: ................. Vol. ... No. ... Issue Date .....
   Date of Publication: (Month) (Day) (Year)   Registration Number: ...........

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)   (State)   (ZIP)

**6 Fee and Correspondence**

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature (X): Carol G. Platt
Typed or printed name: Carol G. Platt
Date: 12/23/91

**7 Certification (Application must be signed)**

**MAIL CERTIFICATE TO**
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number Street and Apartment Number)
New York, NY 10016
(City) (State) (ZIP code)

(Certificate will be mailed in window envelope)

**8 Address for Return of Certificate**

U.S. GOVERNMENT PRINTING OFFICE 1978-261-022 1C

134751
2021MARVEL-0006418