# Exhibit 43

# DESIGNATED "CONFIDENTIAL" BY MARVEL

# FILED UNDER SEAL