# Exhibit 48

Steve Ditko

Page 3

# Certificate
## Registration of a Claim to Copyright
### in a published book manufactured in the United States of America

FORM A

CLASS **A**

REGISTRATION NO. **A 713458**

DO NOT WRITE HERE

This Is To Certify that the statements set forth on this certificate have been made a part of the records of the Copyright Office. In witness whereof the seal of the Copyright Office is hereto affixed.

*Abraham L. Kaminstein*

Register of Copyrights
United States of America



**1. Copyright Claimant(s) and Address(es):**

Name: **Non-Pareil Publishing Corp.**

Address: **655 Madison Ave., New York, N.Y. 10021**

Name: _____

Address: _____

**2. Title:** **AMAZING SPIDER-MAN ANNUAL**
(Title of book)

**3. Authors:**

Name: **Stan Lee**
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: **USA** (Name of country)

Domiciled in U.S.A. Yes **X** No _____ Address **655 Madison Ave., New York, N.Y.**

Name: _____
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: _____ (Name of country)

Domiciled in U.S.A. Yes _____ No _____ Address _____

Name: _____
(Legal name followed by pseudonym if latter appears on copies)
Citizenship: _____ (Name of country)

Domiciled in U.S.A. Yes _____ No _____ Address _____

**4. Date of Publication of This Edition:**

**6 - 11 - 64**
(Month) (Day) (Year)

**5. New Matter in This Version:**

_____

**6. Book in English Previously Manufactured and Published Abroad:** If all or a substantial part of the text of this edition was previously manufactured and published abroad in the English language, complete the following spaces:

Date of first publication of foreign edition _____ (Year)    Was registration for the foreign edition made in the U.S. Copyright Office? Yes _____ No _____

If your answer is "Yes," give registration number _____

Complete all applicable spaces on next page

EXAMINER

2021MARVEL-0006035

**7. Deposit account:**

**8. Send correspondence to:**

Name .................................................................... Address ....................................................................

**9. Send certificate to:**

(Type or print name and address)

Name
MAGAZINE MANAGEMENT CO.
655 MADISON AVENUE
NEW YORK 21, N. Y.

Address

(City)   (State)   (ZIP code)

## Information concerning copyright in books

*When To Use Form A.* Form A is appropriate for published books which have been manufactured in the United States.

*What Is a "Book"?* The term "books" covers not only material published in book form, but also pamphlets, leaflets, cards, and single pages containing text. Books include fiction, nonfiction, poetry, collections, directories, catalogs, and information in tabular form.

*Unpublished Books.* The law does not provide for registration of "book" material in unpublished form. Unpublished books are protected at common law against unauthorized use prior to publication.

*Duration of Copyright.* Statutory copyright in published books lasts for 28 years from the date of first publication, and may be renewed for a second 28-year term.

## How to secure statutory copyright in a book

*First: Produce Copies With Copyright Notice.* Produce the work in copies by printing or other means of reproduction. To secure copyright, it is essential that the copies bear a copyright notice in the required form and position, as explained below.

*Second: Publish the Work With Copyright Notice.* The copyright law defines the "date of publication" as ". . . the earliest date when copies of the first authorized edition were placed on sale, sold, or publicly distributed by the proprietor of the copyright or under his authority, . . ."

*Third: Register Your Copyright Claim.* Promptly after publication, mail to the Register of Copyrights, Library of Congress, Washington, D.C., 20540, two copies of the work as published with notice, an application on Form A, properly completed and notarized, and a fee of $4.

*The Copyright Notice.* The copyright notice for books shall appear on the title page or verso thereof, and shall consist of three elements: the word "Copyright," or the abbreviation "Copr.," or the symbol ©, accompanied by the name of the copyright owner and the year date of publication. Example: © John Doe 1964. Use of the symbol © may result in securing copyright in countries which are members of the Universal Copyright Convention.

NOTE: It is the act of publication with notice that actually secures copyright protection. If copies are published without the required notice, the right to secure copyright is lost, and cannot be restored.

## Books manufactured abroad

*In General.* Form A is not appropriate for books which have been manufactured outside the United States.

*Foreign-Language Books.* Applications covering foreign-language books by foreign authors, manufactured abroad, should be submitted on Form A–B Foreign.

*English-Language Books.* Books in English manufactured abroad may be registered for "ad interim" copyright (Form A–B Ad Interim); or, if they are protected under the Universal Copyright Convention they are eligible for full-term registration on Form A–B Foreign:

(1) *Ad Interim Copyright.* Ad interim registration is necessary for protection in the United States unless copyright has been secured under the Universal Copyright Convention. To secure ad interim copyright a claim must be registered within 6 months of first publication abroad. Ad interim copyright lasts for 5 years or until an American edition is published within the 5-year period and registered.

(2) *Universal Copyright Convention.* An English language work by a foreign author first published abroad is eligible for full-term U.S. copyright if: (a) its author is a citizen or subject of a country which is a member of the Universal Copyright Convention, or the work was first published in such country, and (b) all published copies bear the copyright notice provided under the Universal Copyright Convention.

**FOR COPYRIGHT OFFICE USE ONLY**

Application and affidavit received
AUG 31 1964

Two copies received
AUG 31 1964

Fee received

☆ U.S. GOVERNMENT PRINTING OFFICE: 1964—O—725-513    (May 1964—250,000)    Page 4

114938

2021MARVEL-0006036

Steve Ditko

Steve Ditko

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM RE**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**RE 636 396**

EFFECTIVE DATE OF RENEWAL REGISTRATION

**DEC 15 1992**
(Month) (Day) (Year)

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

---

**1 Renewal Claimant(s)**

RENEWAL CLAIMANT(S), ADDRESS(ES), AND STATEMENT OF CLAIM: (See Instructions)

1. Name: Marvel Entertainment Group, Inc.
   Address: 387 Park Avenue South, New York, NY 10016
   Claiming as: Proprietor of copyright in a work made for hire

2. Name:
   Address:
   Claiming as:

3. Name:
   Address:
   Claiming as:

054458 2577

---

**2 Work Renewed**

TITLE OF WORK IN WHICH RENEWAL IS CLAIMED:

AMAZING SPIDER-MAN ANNUAL

RENEWABLE MATTER:

Entire work as originally copyrighted, including all portions thereof.

CONTRIBUTION TO PERIODICAL OR COMPOSITE WORK:

Title of periodical or composite work:

If a periodical or other serial, give: Vol. 1   No. 1   Issue Date 1964

---

**3 Author(s)**

AUTHOR(S) OF RENEWABLE MATTER:

STAN LEE, EMPLOYEE FOR HIRE OF NON-PAREIL PUBLISHING CORPORATION

---

**4 Facts of Original Registration**

ORIGINAL REGISTRATION NUMBER: A 713458

ORIGINAL COPYRIGHT CLAIMANT: NON-PAREIL PUBLISHING CORPORATION

ORIGINAL DATE OF COPYRIGHT:
• If the original registration for this work was made in published form, give:
DATE OF PUBLICATION: JUNE 11 1964
(Month) (Day) (Year)

OR

• If the original registration for this work was made in unpublished form, give:
DATE OF REGISTRATION:
(Month) (Day) (Year)

2021MARVEL-0006033

| | | EXAMINED BY | RENEWAL APPLICATION RECEIVED | |
|---|---|---|---|---|
| RE | 636 396 | CHECKED BY | FEB 08 1993  DEC 15 1992 | FOR COPYRIGHT OFFICE USE ONLY |
| | | DEPOSIT ACCOUNT FUNDS USED ☑ | REMITTANCE NUMBER AND DATE | |

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**RENEWAL FOR GROUP OF WORKS BY SAME AUTHOR:** To make a single registration for a group of works by the same individual author published as contributions to periodicals (see instructions), give full information about each contribution. If more space is needed, request continuation sheet (Form RE CON).

**5** Renewal for Group of Works

1. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

2. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

3. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

4. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

5. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

6. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

7. Title of Contribution:
   Title of Periodical:                   Vol.    No.    Issue Date
   Date of Publication: (Month) (Day) (Year)     Registration Number

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)
Name: Marvel Entertainment Group, Inc.
Account Number: DA-059633

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)
Name: Carol Platt, Marvel Ent. Group
Address: 387 Park Avenue South
New York    NY    10016
(City)      (State) (ZIP)

**6** Fee and Correspondence

**CERTIFICATION:** I, the undersigned, hereby certify that I am the: (Check one)
☐ renewal claimant    ☒ duly authorized agent of: Marvel Entertainment Group, Inc.
(Name of renewal claimant)
of the work identified in this application, and that the statements made by me in this application are correct to the best of my knowledge.
Handwritten signature: (X) /s/ Carol Platt
Typed or printed name: Carol G. Platt
Date: 12/23/91

**7** Certification (Application must be signed)

**MAIL CERTIFICATE TO**
Marvel Entertainment Group, Inc.
(Name)
387 Park Avenue South
(Number, Street and Apartment Number)
New York, NY 10016
(City)    (State)    (ZIP code)

(Certificate will be mailed in window envelope)

**8** Address for Return of Certificate

U.S. GOVERNMENT PRINTING OFFICE: 1978—261-022/10    Apr. 1978—500,000

2021MARVEL-0006034