# Exhibit 49



2021MARVEL-0003514






2021MARVEL-0003515