# Exhibit 50



| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 5/4/62 | Magazine Management | 5 PGS V-924 STRANGE TALES / LITTLE PEOPLE | 100 00 | 2172 00 |
| 5/4/62 | Magazine Management | 5 PGS - V-905 LOVE ROMANCES | 100 00 | 2272 00 |
| 5/25/62 | Magazine Management | 5 PGS V-976 GUNSMOKE WESTERN / WHO MURDERED MATT McKEON | 100 00 | 2372 00 |
| 5/29/62 | Mag Management | 8 PGS V-943 Tales to Astonish | 160 00 | 2532 00 |
| 6/5/62 | Mike Peppe | 3 Spot Drawings Newspaper - Astro | 22 00 | 2554 00 |
| 6/6/62 | Mag Management | 5 PGS IX-11 RAWHIDE RETURN OF THE OUTLAW | 100 00 | 2654 00 |
| 6/21/62 | Mike Peppe | 8 PGS - BREAKDOWN - LOVE - FARMER'S DAUGHTER | 64 00 | 2718 00 |
| 6/25/62 | Mag Management | 13 PGS - TALES OF SUSPENSE V-933 | 260 00 | 2978 00 |
| 7/1/62 | Mag Management | 8 PGS - Tales to Astonish V-959 | 160 00 | 3138 00 |
| 7/9/62 | Mike Peppe | 8 PGS - BREAKDOWN - LOVE MOVIE STAR | 64 00 | 3202 00 |
| 7/28/62 | Mag Management | 6 PGS LOVE ROMANCES V-981 9 PGS | 120 00 | 3322 00 |
| 8/18/62 | " | 5 PGS JOURNEY INTO MYST. V-999 | 100 00 | 3422 00 |
| 8/15/62 | Mag Management | 5 PGS STRANGE TALES X-9 MAN ALONE | 100 00 | 3522 00 |
| 8/16/62 | Mike Peppe | 4 PGS BREAKDOWN - FLIRTING WITH HEARTBREAK | 32 00 | 3554 00 |
| 8/24/62 | Mag Management | 7 PGS Tales of Suspense X-13 CAN'T ALL BE HUMAN | 140 00 | 3694 00 |
| 8/28/62 | Mike Peppe | 4 PGS BREAKDOWN FLIRTING WITH HEARTBREAK | 32 00 | 3726 00 |
| 9/6/62 | Mag Management | 7 PGS Tales to Astonish X-24 | 140 00 | 3866 00 |
| 9/6/62 | Mag Management | 10 PGS Tales to Astonish X-41 Ant Man | 200 00 | 4066 00 |
| 9/9/62 | Mike Peppe | 5 PGS FOR ELIAS - PENCILS | 75 00 | 4141 00 |
| 9/28/62 | Mag Management | 13 PGS TALES OF SUSP. V-51 IRON MAN | 260 00 | 4401 00 |
| 9/6/62 | Mag Management | 13 PGS - TALES TO AST. X-105 ANT-MAN + PRODUCTION TALES OF SUS X-51 | 305 00 | 4706 00 |

1962

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 2/7/62 | Magazine Management | 5 pgs – V-767 Tales of Asgard One Man's War April | 100.00 | 100.00 |
| 2/14/62 | Magazine Management | 5 pgs V-774 Cavemen Yesterday April | 100.00 | 200.00 |
| 2/21/62 | Magazine Management | 5 pgs – V-779 Thing to Astonish Dance You Fool April | 100.00 | 300.00 |
| 2/28/62 | Magazine Management | 5 pgs V-784 Journey Into Mystery Perfect Crime May | 100.00 | 400.00 |
| 3/7/62 | Magazine Management | 5 pgs V-747 Tales to Astonish Who Told The Curtain May | 100.00 | 500.00 |
| 3/?/62 | Magazine Management | 5 pgs V-803 Tales of Suspense May | 100.00 | 600.00 |
| 3/?/62 | Magazine Management | 5 pgs V-843 Strange Tales Beware the Uboatn May | 100.00 | 700.00 |
| 3/?/62 | Mike Esposito | 5 pgs – Love Story Breakdown | 50.00 | 750.00 |
| 3/?/62 | Mag Management | 5 pgs V-832 Journal into Mystery June | 100.00 | 850.00 |
| 3/?/62 | Mag Management | 5 pgs V-847 Strange Tales June | 100.00 | 950.00 |
| March 14 | Mag Management | 5 pgs V-852 Tales of Suspense – Giants July | 100.00 | 1050.00 |
| March 14 | Mag Management | 5 pgs – V-860 Journey Into Mystery Thor – Tibbet July | 100.00 | 1150.00 |
| March 19 | Mike Esposito | Tales Love Story Breakdown | 50.00 | 1200.00 |
| March 30 | Mag Management | 5 pgs – Cavemen Day June V-873 January | 120.00 | 1322.00 |
| April 1 | Mag Management | 5 pgs – V-874 Tales to Astonish Afraid to Dream July | 100.00 | 1422.00 |
| April 7 | Mag Management | 5 pgs V-880 Tales July | 130.00 | 1552.00 |
| April 14 | Mag Management | 5 pgs V-910 Knowable Men July | 100.00 | 1652.00 |
| April 21 | Mag Management | 5 pgs V-914 Journey Into Mystery Human Speed up July | 100.00 | 1752.00 |
| April 25 | Mag Management | 5 pgs – V-925 Thor Journey Into Mystery July | 100.00 | 1852.00 |
| May 1 | Mike Esposito | 5 pgs Love Story Same Old Chip | 120.00 | 1972.00 |
| May 7 | Mag Management | 5 pgs V-900 Love Romance | 100.00 | 2072.00 |

# 1963

| DATE | ACCOUNT | | TYPE OF WORK | AMM'T | TOTAL |
|---|---|---|---|---|---|
| 1/7/63 | MAG. MANGMT | INK | 13 PGS. T OF SUSPENSE MAR / IRON MAN - NETHERWORLD | 130 00 | 130 00 |
| 1/17/63 | " " | PENCIL + INK | 13 PG - T OF SUS - MAR - X-229 / IRON MAN - VS MAD PHAROAH | 260 00 | 390 00 |
| 1/21/63 | MIKE PEPPE | PENCIL + INK | LOVE STORY — | 57 00 | 447 00 |
| 2/7/63 | Mag. Managment | PENCIL + INK | 13 PGS TALES T ASTNSH X-326 / ANT MAN - CYCLOPS - | 260 00 | 707 00 |
| 2/21/63 | Mike Peppe | PENCIL INK | SICKEY BURKE / THRILLER | 110 00 | 817 00 |
| 2/28/63 | Mag Managmt | T INK | 13 PGS T of S - X - 347 / IRON MAN VS JACK FROST | 360 00 | 1177 00 |
| 3/18/63 | Mike Peppe | INK | 66 DAY REVUE — | 36 00 | 1213 00 |
| 3/26/63 | Mag. Managment | Pencil Ink | 13 PGS - ANTMAN - MUSIC TO SCREAM BY / TALES TO ASTNSH | 286 00 | 1499 00 |
| 4/08/63 | Mag. Managment | Pencil + INK | 13 PGS - ANTMAN VS PORCUPINE / TALES TO ASTNSH | 286 00 | 1785 00 |
| 4/15/63 | Mag. Managment | Pencil + INK | 13 PGS IRON MAN VS RED DYNAMO / TALES of SUSPENSE X-441 | 286 00 | 2071 00 |
| 4/24/63 | Mike Peppe | INK | 6 PGS - FROGMAN | 84 00 | 2155 00 |
| 4/27/63 | Mag Managmt | Ink | Cover + 13 pgs Thor — | 146 00 | 2245 00 |
| 5/3/63 | Mag Managment | Ink - | PGS TO ASTONISH GIANT MAN - RED COAT PRODUCTION TO CONQURE Journey into | 266 00 | 2561 00 |
| 5/18/63 | Mag Managment | Tight pencil Ink | 13 PGS TALES OF SUSPENCE - JLY IRON MAN VS - MELTER | 306 00 | 2867 00 |
| 5/31/63 | Mag Managment | PENCIL + INK | THOR JULY - SORROW IN ASGT X-457 | 286 00 | 3153 00 |
| /63 | Mag Managment | INK | THOR - ICE MEN 5 PGS | 50 00 | 3203 00 |
| 6/14/63 | Mag Managment | PENCIL | THOR - MR HYDE 13 PGS PART PAYMENT ACC — | 130 00 | 3333 00 |
| 6/14/63 | Don Sherwood | Pencil | DAN FLAG SUNDAY JLY — | 80 00 | 3413 00 |
| 6/30/63 | Mag Management | Pencil Ink | THOR - MR. HYDE - 13 PGS FINISH PAYMT + PROD. | 204 00 | 3617 00 |
| /63 | Mag Managment | PENCIL INK | THOR Vol Oct 13 PGS X-513 - COT | 286 00 | 3903 00 |
| /63 | Mag Managmt | Ink | LOVE STORY - FINISHING | 50 00 | 3953 00 |

DETTWILER-0046

| Date | Account | | Type of Work | | |
|---|---|---|---|---|---|
| Oct 25 | Mag. Management | Pencil Ink | 13 pgs Tales to Astonish | | |
| | " | Ink + Production | Man who conquered Time X-195 | 260 00 | 4966 00 |
| | | | Fantastic Four - Tales to Astonish | 20 00 | 4986 00 |
| Oct. 31 | Frank Giacoia | Pencil Ink | 7 pgs - Dragon #4 | | |
| | | Ink | Roger King Diamonds | 240 00 | 5226 00 |
| Nov 2 | Mag. Management | Ink | 18 pgs Tales of Suspense | 140 00 | 5366 00 |
| | | P+I | Iron Man academics | | |
| | | P+I | 8 pgs - Inv. 72 R.M. | 100 00 | 5466 00 |
| Nov. 15 | Mag. Management | P+I | 13 pgs - Ruling Suspense | | |
| November 30 | Mag. Management | | X-197 - Ironman/Bakerman | 200 00 | 5726 00 |
| | | Pencil | 7 pgs Love Story | 100 00 | 5826 00 |
| Dec 12 | Mike Peppe | P+I | 13 pgs - Tales to Astonish | | |
| Dec 17 | Mag. Management | | X-217 Return of Egghead | 260 00 | 6086 00 |
| Dec. 24 | Mag. Management | INK | 18 pgs - Tales to Astonish Covers T/A + T/S X-197 | 200 00 | 6286 00 |
| | TOTAL FOR YEAR | | | | 6286 00 |

DETTWILER-0047

| DATE | NAME | | TITLE | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| 8/1/63 | Magazine Managem. | | IRON MAN - JOT - X-558 MANDARIN 409 | 254 00 | 4234 00 |
| 8/20/63 | Mike Peppe | INK | 16 PGS - TWILIGHT ZONE - OAKIE - ODASIS -14/PAGE | 224 00 | 4463 00 |
| 8/31/63 | MAGAZINE MANAG. | P+I | 13 PGS - IRON MAN - SCARECROW X-581 - | 286 00 | 4749 00 |
| 9/5/63 | Don Sherwood | PENCIL | ART WORK - DAN FLAGG - MAY - 14, 18, 19, 20, | 125 00 | 4874 00 |
| 9/9/63 | Magazine Managem | INK | 5 PG — WASP - TALES - | 50 00 | 4924 00 |
| 9/31/63 | Mag. Managmt | P+INK | 13 PGS - GIANT MAN - TALES TO AST - X-610 | 286 00 | 5210 00 |
| 10/21/63 | Mike Peppe | INK- | 15 PG - FROGMAN - MC.LINTOCK | 230 00 | 5440 00 |
| 10/21/63 | Mag. Managmt | P+I | 13 PGS - IRON MAN - BORIS + BLACK WIDOW - | 284 00 | 5724 00 |
| 11/6/63 | Geo. Tuska | PEN. | 6 DAILYS - BUCK ROGERS | 60 00 | 5784 00 |
| 11/9/63 | Mag. Managmt | P+I | 13 PGS VINTOM - IRONMAN BLACK WIDOW STRIKES AGAIN | 288 00 | 6072 00 |
| 11/20/63 | Mag. Managmt. | I | 5 PG. — | 50 00 | 6122 00 |
| 12/7/63 | Mag. Managmt. | P+I | 13 PGS - MADERIN'S REVENGE IRON MAN PART I | 286 00 | 6408 00 |
| 12/23/63 | Mag Managmt | P+I | 13 PGS - MADERIN'S REVENGE IRON MAN PART II | 286 00 | 6694 00 |

DETTWILER-0048

1955

| | | PAID | BAL. DUE |
|---|---|---|---|
| | ALLEN B. HARDY, $1000.00 | | |
| Oct. 7 | | $50.00 | $950.00 |
| Nov. 19 | | $50.00 | $900.00 |
| Jan 27/56 | | 25.00 | $875.00 |

DETTWILER-0049

'964

| Date | Account | Type of Work | Am'nt | Total |
|---|---|---|---|---|
| 1/14/64 | Mag. Management | 5 PGS IRON MAN - Q+A PP + HA - | 110.00 | 110.00 |
| 1/21/64 | Mag. Management | 18 PG - IRON MAN X-716 vs - UNICORN | 396.00 | 506.00 |
| 2/18/64 | Mag. Management | 15 PG. IRON MAN X-742 vs - HAWKEYE | 396.00 | 902.00 |
| 3/14/64 | Mag. Management | 8 PS. IRON MAN vs CAPT AMERICA PENCILS | 234.00 | 1136.00 |
| 3/29/64 | Mag. Management | 13 PGS + IRON MAN - BLACK KNIGHT PENCILS | 231.00 | 1367.00 |
| 4/1/64 | Mag. Management | 13 PGS - IRON MAN - WANTED FOR MURDER PENCILS X-782 | 195.00 | 1562.00 |
| 4/14/64 | Mike Peppe | INKS - LOVE STORY - | 70.00 | 1632.00 |
| 4/21/64 | Mag. Management | 8 PGS. PENCIL - AVENGERS ZEMO - ENCH - EXEC. | 120.00 | 1752.00 |
| 5/1/64 | Mag. Management | MILLIE THE MODEL 18 PGS INK X-788 13 PGS PENCIL - AVNGRS - ZEMO | 393.00 | 2145.00 |
| 5/15/64 | Mag. Management | MILLIE - 9 PGS INK | 90.00 | 2235.00 |
| 5/25/64 | Joe Giella | RELIGIOUS PAGES 6 - | 72.00 | 2307.00 |
| 5/28/64 | Mag. Management | 20 PGS - PENCIL AVENGERS - IMPOSTORS - | 300.00 | 2607.00 |
| 6/1/64 | Joe Giella | RELIGIOUS Pages 2 | 24.00 | 2631.00 |
| 6/12/64 | Mag. Management | 12 PGS - IRON MAN - DEATH OF TONY STARK - | 180.00 | 2811.00 |
| 6/13/64 | Romita | 6 PGS - BREAKDOWN - LOVE STORY - | 54.00 | 2865.00 |
| 6/20/64 | Mike Peppe | Header | 45.00 | 2910.00 |
| 7/1/64 | Mag. Management | 20 PGS - PENCILS - AVENGERS KANG - SP M. # 11 | 300.00 | 3210.00 |
| 7/3/64 | John Romita | 14 PGS - BREAKDOWN BONNIE TAYLOR | 126.00 | 3336.00 |
| 7/17/64 | Mag. Management | 12 PGS - PENCILS - IRON MAN. ORIGIN OF MANDO. 2 PG PIN UP | 228.00 | 3564.00 |
| 8/6/64 | John Romita | 14 PGS - BREAKDOWN NURSE - | 126.00 | 3690.00 |
| 8/7/64 | Mag. Management | 20 PGS - AV - #12 - MOLE MAN - | 300.00 | 3990.00 |

DETTWILER-0050

PAID OUT FOR HELP ON JOBS.

5/1/64 $60.00 MIKE PEPPE - MILLIE THE MODEL #758

DETTWILER-0051

| DATE | ACCOUNT | JOB | AM'T | TOTAL |
|---|---|---|---|---|
| 12/14/64 | Joe Giella | 4 pgs Religious | 48.00 | 7030.00 |
| 12/21/64 | John Tippi | Adv. & Piccal sketches, Seaview story | 30.00 | 7110.00 |
| 12/28/64 | Mag. Management | 12 pg - Pencil - IM and the Alien Ship | 240.00 | 7350.00 |
| 12/28/64 | Joe Giella | 2 pg - Religious | 24.00 | 7374.00 |
| 12/31/64 | Joe Giella | 2 pg - Religious | 24.00 | 7398.00 |
| | | TOTAL | | 7398.00 |

DETTWILER-0052

# 1964

| Date | Payee | Description | Amount | Balance |
|---|---|---|---|---|
| 8/27/64 | Mag. Management | 12 pgs. Iron Man - Phantom | 180.00 | 4170.00 |
| 8/24/64 | Joe Giella | 2 pgs - Nicodemus - Religious | 24.00 | 4194.00 |
| 9/2/64 | Joe Giella | 2 pgs - Apostles - Religious | 24.00 | 4218.00 |
| 9/4/64 | Mag. Management | 20 pgs. Avengers - Castle Men | 300.00 | 4518.00 |
| 9/?/64 | John Romita | 11 pgs - Battlefront Battle ??? | 176.00 | 4694.00 |
| 9/25/64 | Mag. Management | 12 pgs - Im. Bon Harvest | 204.00 | 4898.00 |
| 9/28/64 | Joe Giella | 4 pgs - Religious - Apostles Sea - Power Capt. | 48.00 | 4946.00 |
| 10/14/64 | Mag. Management | 12 pgs 9 Em. Ink - | 156.00 | 5052.00 |
| 10/13/64 | Joe Giella | 2 pgs - Religious | 26.00 | 5078.00 |
| 10/16/64 | Mag. Management | 20 pgs - Avengers - West Mept | 280.00 | 5358.00 |
| 10/19/64 | Joe Giella | 2 pgs - Religious - No 13 Ship - Staff - Wildman | 22.00 | 5380.00 |
| 10/28/64 | Joe Giella | 2 pgs - Religious - Wildman | 24.00 | 5404.00 |
| 10/29/64 | Mag. Management | 12 pgs - IM vs ?? Pencil | 216.00 | 5620.00 |
| 10/29/64 | Joe Giella | 2 pgs - Religious Feeding 5000 | 24.00 | 5644.00 |
| 11/11/64 | Western Printing | 32 pgs The Man from Uncle | 560.00 | 6204.00 |
| 11/3/64 | Joe Giella | 2 pgs - Religious - Ships - Walking Water | 24.00 | 6228.00 |
| 11/19/64 | Joe Giella | 2 pgs - Mountain Top Religious | 24.00 | 6252.00 |
| 11/23/64 | Mag. Management | 20 pgs. Avengers - Death - Demo | 300.00 | 6552.00 |
| 11/28/64 | Mag. Management | 12 pgs - IM - Vs Pencil | 216.00 | 6768.00 |
| 12/28/64 | Joe Giella | 2 pgs - Religious - Fig on Mont. Top | 24.00 | 6792.00 |
| 12/4/64 | Mag. Management | 12 pgs IM vs Som. Pencil Marks | 240.00 | 7032.00 |

DETTWILER-0053

| DATE | ACCOUNT | JOB | AMMT | TOTAL |
|---|---|---|---|---|
| 7/3/65 | MAGAZINE MANAGEMENT | 20 PAGES - AVENGERS #23 VS. KANG - | 400.00 | 5460.00 |
| 7/21/65 | Magazine Managment | PART PAYMENT - 20 PAGES AVENGERS #24 | 160.00 | 5620.00 |
| 8/1/65 | Mag. Management | REST - AVENGERS - KANG - PART II | 240.00 | 5860.00 |
| 8/3/65 | Mike Lippi | 3 PGS - ADVERTISING JOB | 54.00 | 5914.00 |
| 8/16/65 | Mag. Management | AVENGERS - DR. DOOM #25 | 400.00 | 6314.00 |
| 9/10/65 | Mag. Management | AVENGERS #26 DEC. - VS ATTUMA PART I | 400.00 | 6714.00 |
| 10/1/65 | WESTERN PRINTING | MAN FROM UNCLE - #5 JAN - 32 PGS - | 560.00 | 7274.00 |
| 9/4/65 | Mag. Management | Avengers #27 - JAN - Attuma Part II | 400.00 | 7674.00 |
| 9/7/65 | Mag. Management | COVER - AVENGERS #26 DEC. | 20.00 | 7694.00 |
| 10/27/65 | Mag. Management | Avengers #28 - Feb. THE COLLECTOR - | 400.00 | 8094.00 |
| 11/13/65 | Mag. Management | Avengers #29 - Mar. SWDMN4 POWMAN - 20 PGS - | 450.00 | 8544.00 |
| | Mag. Management | COVER - INK - AVENGERS - #27 | 15.00 | 8559.00 |
| 11/27/65 | WESTERN PRINTING | PERCENTAGE CHECK - | 11.66 | 8570.66 |
| 12/6/65 | Mag. Management | Avengers #30 - April | 450.00 | 9020.66 |
| 12/9/65 | Mag. Management | 5 PGS - WESTERN - FINK - | 112.50 | 9133.16 |
| 12/13/65 | Mag. Management | PRODUCTION AVT TOF SHEILD | 75.00 | 9218.16 |
| 12/2/65 | Mag. Management | 12 PGS PENCIL SHIELD - "DRUID" | 240.00 | 9458.16 |

DETTWILER-0054

'65

| DATE | ACCOUNT | JOB | AM'NT | TOTAL |
|---|---|---|---|---|
| 1/5/65 | Joe Giella | 2 pgs - Religious - 5/26 | 24.00 | 24.00 |
| 1/8/65 | John Romita | 12 pgs - Breakdown - Bonnie Taylor - Scotch | 108.00 | 132.00 |
| 1/1/65 | Mag. Management | 20 pgs - Wdi, Man Avengers March - new avengers | 400.00 | 532.00 |
| 1/18/65 | Joe Giella | 4 pgs - Religious - 3/14 - Ski | 48.00 | 580.00 |
| 1/1/65 | Joe Giella | 2 pgs - Religious - 3-28 | 24.00 | 604.00 |
| 2/5/65 | Mag. Management | 20 pgs - Challenge of Commissar Avengers, April | 400.00 | 1004.00 |
| 2/10/65 | Mike Peppe | 9 pgs - Witches - Bill - air Twilight Zone | 157.50 | 1161.50 |
| 2/17/65 | Joe Giella | 6 pgs - Religious - Crossifixation | 72.00 | 1233.50 |
| 2/28/65 | Mag. Management | 12 pgs - Ironman - vs Titanium Man | 240.00 | 1473.50 |
| 3/3/65 | Joe Giella | 2 pgs - End of Christ's Story | 24.00 | 1497.50 |
| 3/11/65 | Mag. Management | 20 pgs - Avengers - #19 Swordsman - May | 400.00 | 1897.50 |
| 4/1/65 | Western Printing | 32 pgs - Pencil - Jonah Voyage of the Seaview | 560.00 | 2437.50 |
| 4/4/65 | Mag. Management | 12 pgs - Iron Man - vs Titan Man + IM Lover Part 2 | 320.00 | 2757.50 |
| 4/11/65 | Mag. Management | 20 pgs - Swords Mandarin - Avengers - June | 400.00 | 3157.50 |
| 5/1/65 | Mag. Management | 12 pgs - Iron Man - Titanium Part III | 240.00 | 3397.50 |
| 5/3/65 | Western Printing | 9 pgs - Lost Battalion Pencil | 157.50 | 3555.00 |
| 5/4/65 | Mag. Management | 20 pgs - Defender vs Av. Avengers - July | 400.00 | 3955.00 |
| 5/8/65 | Mag. Management | 12 pgs Iron Man - Thinker | 240.00 | 4195.00 |
| 5/12/65 | Mag. Management | 20 pgs. Av - vs Power Man + | 400.00 | 4595.00 |
| ? | Mike Peppe | 5½ pages. Man from "Uncle" | 200.00 | 4795.00 |
| 5/26/65 | Mag. Management | 12 - Man from S.H.I.E.L.D + prod end of Hydra | 265.00 | 5060.00 |

DETTWILER-0055

Paid out for help on Job

| Date | Name | Description | Amount |
|---|---|---|---|
| 4/15/66 | Werner Roth | Menace of City Jungle / Midnight and Mandrake / Mandrake - pencils 12 pp. | 228.00 |
| 4/15/66 | Mike Peppe | Ink. cover - Mandrake #1 | 23.00 |

DETTWILER-0056


1966

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 1/12/66 | Mag. Mngmt | [illegible] | 240.00 | 240.00 |
| 1/15/66 | Mag. Management | Avengers #29 cover | 22.50 | 262.50 |
| 1/21/66 | Mag. Management | Avengers #30 inks | 450.00 | 712.50 |
| 2/11/66 | Mag. Management | St. Tales #147 | 240.00 | 952.50 |
| 2/25/66 | Mag. Management | [illegible] | 165.00 | 1117.50 |
| 3/4/66 | Mag. Management | Avengers #32 | 450.00 | 1567.50 |
| 3/4/66 | Mike Pippe | | 40.00 | 1607.50 |
| 3/18/66 | Mag. Mngmt | St. Tales #148 pg pencils / Avengers #31 May P. | 240.00 / 37.50 | 1847.50 |
| 3/25/66 | Mag. Mngmt | St. Tales 148 May Ink / Mandrake the Magician | 180.00 | 2065.00 |
| 4/13/66 | King Features | Mandrake / Rover City Jungle Mandrake #71 | 639.00 | 2704.00 |
| 4/15/66 | Mag. Mngmt | Avengers #32 ink cover ink | 300.00 | 3004.00 |
| /66 | Mag. Mngmt | Avengers #32 Pencils | 87.50 | 3091.50 |
| 4/29/66 | Mag. Mngmt | Avengers #33 PENCILS | 450.00 | 3491.50 |
| 5/13/66 | Mag. Management | Avengers #33 PROMOTION FINISH PENCILS | 50.00 | 3541.50 |
| 5/23/66 | Mag. Manage | Spider-Man Annual inks | 315.00 | 3856.50 |
| 6/10/66 | Mag. Manag | Avengers #?? July Pub [illegible] | 540.00 | 4396.50 |
| 6/23/66 | Mike Pippe | | 76.00 | 4472.50 |
| 6/24/66 | Mag. Manage | Avengers #34 Ink | 300.00 | 4772.50 |
| 7/1/66 | Mag. Manage | Avengers #34 Cover | 40.00 | 4812.50 |
| 7/15/66 | Mag. Manage | Avengers #35 Pencil | 500.00 | 5312.50 |
| 7/25/66 | Mag. Manage | Avengers #35 | 300.00 | 5612.50 |

DETTWILER-0057

1966

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 8-5-66 | Mag Mange | Avengers #36 Oct Pencil | 250 | 6152.50 |
| 8-19-66 | Mag Mange | Vacation 2 wks | 290 | 6442.50 |
| 8-26-66 | Mag Mange | Avengers #36 Ink +36 Oct Re-Scene | 300 + 40 | 6742.50 |
| 9-1-66 | Mag Mange | Avengers #37 Nov. Penc. | 500 | 7282.50 |
| 9-23-66 | Mag Mange | Avengers #37 Ink | 300 | 7582.50 |
| 9-30-66 | Mag Mange | Avengers #37 P.O. cover | 40 | 7622.50 |
| 10-7-66 | Mag Mange | Avengers #38 Dec Pencil | 500 | 8122.50 |
| 10-21-66 | Mag Mange | Avengers #39 Partial pay't | 300 | 8422.50 |
| 11-11-66 | Mag Mange | Avengers #39 pay't | 200 | 8622.50 |
| 11-25-66 | Mag Mange | Avengers #40 Pencil | 500 | 9122.50 |
| 12-2-66 | Mag Mange | Avengers Cover #39 Ink | 25 | 9147.50 |
| 12-16-66 | Mag Mange | Avenger Annual Cover | 500 | 9647.50 |
| 12-20-66 | " " | Bonus | 150 | 9797.50 |
| 12-23-66 | " " | Avengers #41 [illegible] | 160 | 9957.50 |

DETTWILER-0058