Exhibit 55

1            IN THE UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF COLORADO
3
4       _____
                                    )
5    STAN LEE MEDIA, INC.,          )
                                    )
6             Plaintiff,            )
                                    )
7        vs.                        ) Civil Action No.
                                    ) 1:12-cv-02663-WJM-KMT
8    THE WALT DISNEY COMPANY,       )
                                    )
9             Defendants.           )
        _____)
10
11
12
13
14          VIDEOTAPED DEPOSITION OF STAN LEE
15              Beverly Hills, California
16             Wednesday, March 13, 2013
17                    Volume 1
18
19
20
21    Reported by:
      ALENE M. CASTRO
22    CSR No. 4847
23    Job No. 1619769
24
25    PAGES 1 - 70

                                           Page 1

2021MARVEL-0047535

1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF COLORADO
3
4    _____
                                     )
5    STAN LEE MEDIA, INC.,           )
                                     )
6              Plaintiff,            )
                                     )
7         vs.                        ) Civil Action No.
                                     ) 1:12-cv-02663-WJM-KMT
8    THE WALT DISNEY COMPANY,        )
                                     )
9              Defendants.           )
     _____)
10
11
12
13
14         Videotaped deposition of STAN LEE, Volume 1,
15    taken on behalf of Plaintiff, at 9601 Wilshire
16    Boulevard, Suite 700, Beverly Hills, California,
17    beginning at 9:01 a.m. and ending at 11:04 a.m. on
18    Wednesday, March 13, 2013, before ALENE M. CASTRO,
19    Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25

                                                  Page 2

2021MARVEL-0047536

```
 1    APPEARANCES:

 2

 3    For Plaintiff Stan Lee Media, Inc.:

 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE

 5         BY:  ROBERT S. CHAPMAN

 6         BY:  JAMES MOLEN

 7         Attorneys at Law

 8         9601 Wilshire Boulevard, Suite 700

 9         Beverly Hills, California 90210

10         (310) 855-3200

11         rchapman@eisnerlaw.com

12         jmolen@eisnerlaw.com

13

14    For Defendant The Walt Disney Company:

15         WEIL, GOTSCHAL & MANGES LLP

16         BY:  BRUCE R. RICH

17         BY:  RANDI W. SINGER

18         Attorneys at Law

19         767 Fifth Avenue

20         New York, New York 10153-0119

21         (212) 310-8152

22         bruce.rich@weil.com

23         randi.singer@weil.com

24

25
```

Page 3

2021MARVEL-0047537

```
 1    APPEARANCES (continued):

 2

 3    For Stan Lee Individually:

 4         SHERMAN & HOWARD

 5         BY:  MARK W. WILLIAMS

 6         Attorney at Law

 7         633 Seventeenth Street, Suite 3000

 8         Denver, Colorado  80202-3622

 9         mwilliams@shermanhoward.com

10         (303) 299-8211

11

12         --and--

13

14         GANFER & SHORE LLP

15         BY:  IRA BRAD MATETSKY

16         Attorney at Law

17         360 Lexington Avenue

18         New York, New York  10017

19         (212) 922-9250

20         imatetsky@ganfershore.com

21

22

23

24

25

                                              Page 4
```

2021MARVEL-0047538

```
 1     APPEARANCES (Continued):

 2

 3   Also Present:

 4        MICHAEL WOLK, Walt Disney Corporate Representative

 5        ELI BARD, Deputy Chief Counsel, Marvel

 6        Entertainment

 7

 8   Videographer:

 9        DAVID WEST

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2021MARVEL-0047539

```
 1          A    The daily one, yes.  It's seven days a

 2     week.

 3          Q    And who was that for?

 4          A    The newspapers, for King Features

 5     Syndicate.  But that was done for Marvel.        10:46:59

 6          Q    It was done for Marvel for King Features?

 7          A    Yeah.  I mean, Marvel had to have a

 8     contract with King Features.

 9          Q    To allow you to do that?

10          A    That's right.                          10:47:11

11          Q    And while you were at Marvel, did you write

12     and self publish comedy books?

13          A    Sometimes, yes.  Very rarely.  Did maybe

14     two or three.

15          Q    That wasn't for Marvel, was it?         10:47:26

16          A    No.  That was just for me.  But they okayed

17     it.

18          Q    So Marvel paid you a salary for editing;

19     right?

20          A    Well, the salary, as far as I know, was for  10:47:57

21     everything.  But it certainly included editing.

22     There was also art direction.  And I was the head

23     writer.  Although the writing I did, I got paid on a

24     freelance basis.  Whatever the freelance writers

25     got, I got.                                      10:48:14
```

Page 62

2021MARVEL-0047596

1      Q    So the salary didn't cover your writing?

2           MR. WILLIAMS:  Object to the form of the

3    question.  Mischaracterizes his testimony.

4           You can go ahead and answer.

5           THE WITNESS:  I don't really know how to        10:48:25

6    answer that.  I got the salary, and I was -- well, I

7    also got paid for the writing -- they paid me for

8    what I wrote besides my salary.

9    BY MR. CHAPMAN:

10     Q    So you got a salary whether you wrote or       10:48:41

11   not; correct?

12     A    Yes.

13     Q    And then if you wrote, you got paid in

14   addition; is that your testimony?

15     A    Right.  Except if I hadn't written, they       10:48:51

16   wouldn't have been so generous with the salary.  But

17   you're right, I got paid as editor and art director,

18   and I also got paid separately for whatever I wrote.

19     Q    Now, sir, you've told me that you've been

20   deposed before?                                       10:49:24

21     A    Yes.

22     Q    In connection with which case or cases was

23   that?

24     A    I don't even remember.  The one with

25   Marvel.  It seems to me there was something with      10:49:35

                                                      Page 63

2021MARVEL-0047597