# Exhibit 57

1650 Broadway #715
New York, NY 10019-6833
Jan 1, 2015

Dear David,
   WITZEND
It's an old story of not able or willing to know what is one's best interest, long range.
   The having it now security can trump over the risky, of real future benefits.
   But life offers no guarantees.
   Yes, that's a mystery to me. I thought Kirby would be eager to create, copyright some ideas.
   I can't see Kirby with any "workload" that could have prevented him from working up some 5 or 3 or ONE page showing his ideas, type of story line, characters, etc., and leisurely work up a full story etc.
   His creative ideas would be secure.
   I had my own office, studio.
   Simon/Kirby were involved in their Captain 3-D project.
   They needed artists to work on the different acetate sheets for the 3-D to work in the comic book with the glasses.
   So they rented a room for all they needed and called artists to help in putting out the 3-D issue.
   I was lucky to be sitting next to Mort Meskin, whose work I always liked.
   So it was a short, one term deal.
   I did do a couple of free lance stories for them, later.

CURRIE-0082

2)
 Oh, yes. I enjoyed working for Charlton Press.
 The editor, Al Fago was willing to accept my art styles.
 And doing Joe Gill's stories remain a high point. I've done some D.C. writers stories that were boring to do.
 There was is a lot of comic fan complaints about Charlton's "poor coloring", no buying Charlton self-blinded to the stories, art, etc.
 Bargain day sales always attract impulse buyers.
 Yes, it seems settled.
 There will be a Dr. Strange movie.
 He never fit into Marvel's world of heroes. But starting out as a 5-page filler which was a great opportunity to try out all kinds of ideas.
 The 5 page opportunities were killed because comic book fans wanted ALL hero-s.m, etc books, that short sighted ruining a way to experiment, test ideas to expand into longer features, a whole book.
 My experimental Warren work, thanks to the editor — Archie Goodwin — for the stories he wrote that gave me the opportunities to really experiment with visuals.
 The usual Marvel hero story was with some new villain every issue but very little personal life. Stan wanted to see the hero or villian on every page

CURRIE-0083

3/ It's why I used the split-face device which Stan thought would work.

.Mr. A.

The comic book industry, fandom made up with fiction and fantasies came publicly down on me when I did the first Question story for Charlton.

It excellerated with MR. A in Witzend, and kept growing with comic book fan's press publications.

Some fictions are not to be tolerated.

Quite a confession.

New York City doesn't have too bad of winters.

And as a business, tourist city, snow is quickly removed so no real problem getting around.

And Robin Snyder should be getting out material with no real problem.

A lot of original art stolen from the companies by people within the companies.

Comic book fandom is willing to ignore the page available are stolen property and even eager to cash in on it.

We live in a society world that does not recognize individual or property rights.

Comic book companies with their Anti-heroes are continually profiting celebrating anything goes.

CURRIE 0084

4/ It's hard to really know what went on, goes on inside editorial offices in regard to anything.

4 BC. Aristotle defined "man is a rational animal". History continues to show few believe in rationality, so anything goes in the all grey world of no judgments.

The continuing global unrest just continues to prove who has the power will determine what is right or wrong.

A nice Christmas card.

I like the archetectorial bits in the buildings. There the many parts but with a pleasant unity.

At times it looks not built by just grew.

Thanks and Regards,

Steve Ditko
Steve Ditko

CURRIE-0085