# Exhibit 59

Page 1

```
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------x
MARVEL CHARACTERS, INC.,

          Plaintiff and
     Counterclaim Defendant,
        vs.                              Case Nos.
                                         1:21-cv-7955-LAK
LAWRENCE D. LIEBER,                      1:21-cv-7957-LAK
                                         1:21-cv-7959-LAK
          Defendant and
          Counter-claimant.
-------------------------------x
MARVEL CHARACTERS, INC.,

          Plaintiff and
          Counterclaim Defendant,
          vs.
KEITH A. DETTWILER, in his
capacity as Executor of the
Estate of Donald L. Heck,

          Defendant and
          Counter-claimant.
-------------------------------x
MARVEL CHARACTERS, INC.,
          Plaintiff and
          Counterclaim Defendant,

          vs.
PATRICK S. DITKO, in his
capacity as Administrator of the
Estate of Stephen J. Ditko,
          Defendant and
          Counter-claimant.
-------------------------------x
   VIDEOTAPED DEPOSITION OF PATRICK S. DITKO
              New York, New York
           Tuesday, February 14, 2023
                  9:52 a.m.
JOB NO. 5697050
```

Page 2

February 14, 2023

9:52 a.m.

Videotaped Deposition of PATRICK S. DITKO, held at the offices of O'Melveny & Myers LLP, Seven Times Square, New York, New York, pursuant to notice, before Jennifer Ocampo-Guzman, a Certified Realtime Shorthand Reporter and Notary Public of the State of New York.

Page 3

A P P E A R A N C E S:

    O'MELVENY & MYERS LLP
    Attorneys for
    Plaintiff/Counterclaim Defendant
       7 Times Square
       New York, New York 10036
       (212)326-4329
  BY:  MOLLY LENS, ESQ.
      SALVATORE COCCHIARO, ESQ.

    TOBEROFF & ASSOCIATES P.C.
    Attorneys for Defendant/Counterclaim
    Plaintiff
       23823 Malibu Road, Suite 50-363
       Malibu, California 90265
    BY:  MARC TOBEROFF, ESQ.

ALSO PRESENT:
    JON DIFILIPPO, Videographer
    JAYMIE PARKKINEN (via Zoom)
    ELI BARD (Via Zoom)

1
2      respect to --
3           A.   Like I said, when I was in New York
4      State, in New York, he never discussed it
5      with me.  But what I knew was just what I
6      knew from seeing the books and stuff.
7           Q.   And the same question with respect
8      to Dr. Strange, any knowledge relating to the
9      character Dr. Strange other than what you saw
10     in the comic books?
11               MR. TOBEROFF:  Objection as to
12          form.
13          A.   There was some other things that --
14     repeat that question.
15          Q.   With respect to the character Dr.
16     Strange, prior to this lawsuit, did you have
17     any knowledge of that character other than
18     what you may have seen in the published comic
19     books?
20          A.   Yes.
21          Q.   Okay.  What?
22          A.   In 1946, when Steve was in the
23     service, he used to send me letters and
24     always sketches, and he drew this one
25     character in green, and it looked exactly

1
2     like Dr. Strange to me.
3          Q.   Did Steve tell you that the letter
4     sketch that you received in 1946 was Dr.
5     Strange?
6          A.   No.
7          Q.   So the idea that what he sent you
8     in 1946 relates to Dr. Strange, that's
9     something that you came to on your own?
10         A.   Well, yeah, I assumed it.  He sent
11    me all kind of drawings from everything.
12    That was among them.
13         Q.   Fair to say that your brother Steve
14    was always drawing?
15              MR. TOBEROFF:  Objection as to
16         form.  Lacks foundation.
17              THE WITNESS:  Too quick.
18              MR. TOBEROFF:  That's okay.
19         A.   Absolutely.  The fact is, when he
20    came home, all the kids wanted him to draw
21    them pictures, and he did.
22         Q.   Did you ever see your brother Steve
23    draw a character --
24              MS. LENS:  Strike that.
25         Q.   Did you ever -- did you ever see

Page 63

1
2     your brother Steve draw a figure that looked
3     like this figure in green that you've
4     described, other than the one instance that
5     you have?
6          A.   Did I ever see --
7          Q.   Did you ever see him draw that
8     sketch?
9               MR. TOBEROFF:  Objection as to
10         form.
11         A.   No, no, no.
12         Q.   Did you have any conversations,
13    ever, with your brother about the sketch that
14    he had sent you in 1946?
15         A.   No.
16         Q.   Where did you find this letter from
17    1946?
18         A.   I kept all of his letters.  I have
19    them in my files.
20         Q.   So it's something that you found at
21    your personal files; is that right?
22         A.   Yes.
23              MS. LENS:  So I'm going to go ahead
24         and show you what's been previously
25         marked as Exhibit 82.

Page 64

1
2              (Discussion off the record.)
3         Q.   Do you recognize what's been marked
4    as Exhibit 32 -- sorry, 82?
5              MS. LENS:  It's previously marked.
6         You don't have to mark it.  It doesn't
7         have a sticker on it.
8         A.   What's the question?
9         Q.   Do you recognize what's been marked
10   as Exhibit 82?
11        A.   Mine is not marked, but yes, I do.
12        Q.   Fair enough.
13             Do you recognize what's been -- the
14   document that is in front of you which is
15   Bates stamped -- which is the number in red
16   at the bottom -- DITKO 247?
17        A.   Correct.
18        Q.   And what is it?
19        A.   It's my brother's drawing of what I
20   think is Dr. Strange and another character, I
21   will not go into it, and then there is the
22   envelope that it came in.
23        Q.   Do you recall receiving this
24   communication from your brother in 1946?
25        A.   Yeah, yes.

Page 65

1
2    Q.    You actually recall receiving it?
3    A.    Yeah.  It was to me.
4    Q.    Was there a letter that accompanied
5    the pictures?
6    A.    Not with this one.
7    Q.    There's a figure that appears on
8    the envelope as well, correct?
9    A.    Yes.
10   Q.    And do you know anything about that
11   figure?
12   A.    Well, he was in a constabulary
13   troop, and that's a picture of what they
14   looked like, and their symbols.
15   Q.    And how about the figure that's
16   next to the figure in green?
17   A.    I would rather not comment on that.
18   Q.    Okay, well --
19        MR. TOBEROFF:  She's allowed to ask
20   you.
21        MS. LENS:  Yeah I, need to ask you
22   about that.
23   Q.    So what, if anything, do you know
24   about that figure?
25        MR. TOBEROFF:  Based on your