# Exhibit 60

Steve Ditko
Case 1:21-cv-07957-LAK   Document 80-60   Filed 05/19/23   Page 2 of 13

2021MARVEL-0000121



AMAZING FANTASY No. 15 FACSIMILE EDITION, December 2019. Contains material originally published in magazine form as AMAZING FANTASY #15. Published as a One-Shot by MARVEL WORLDWIDE, INC., a subsidiary of MARVEL ENTERTAINMENT, LLC. OFFICE OF PUBLICATION: 135 West 50th Street, New York, NY 10020. © 2019 MARVEL No similarity between any of the names, characters, persons, and/or institutions in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. $3.99 per copy in the U.S. (GST #R127032852) in the direct market; Canadian Agreement #40668537. Printed in the USA. DAN BUCKLEY, President, Marvel Entertainment; JOHN NEE, Publisher; JOE QUESADA, Chief Creative Officer; DAVID BOGART, Associate Publisher & SVP of Talent Affairs; TOM BREVOORT, SVP of Publishing; DAVID GABRIEL, SVP of Sales & Marketing, Publishing; JEFF YOUNGQUIST, VP of Production & Special Projects; DAN CARR, Executive Director of Publishing Technology; ALEX MORALES, Director of Publishing Operations; DAN EDINGTON, Managing Editor; SUSAN CRESPI, Production Manager; STAN LEE, Chairman Emeritus. For information regarding advertising in Marvel Comics or on Marvel.com, please contact Vit DeBellis, Custom Solutions & Integrated Advertising Manager, at vdebellis@marvel.com. For Marvel subscription inquiries, please call 888-511-5480. Manufactured between 09/13/2019 and 09/24/2019 by QUAD GRAPHICS SARATOGA, SARATOGA SPRINGS, NY, USA.

Steve Ditko





















2021MARVEL-0000128

Steve Ditko
Case 1:21-cv-07957-LAK   Document 80-60   Filed 05/19/23   Page 7 of 13









2021MARVEL-0000129

























2021MARVEL-0000133





Steve Ditko
Case 1:21-cv-07957-LAK   Document 80-60   Filed 05/19/23   Page 12 of 13









2021MARVEL-0000135



2021MARVEL-0000136