# Exhibit 65



**ROY THOMAS'**
**Go-With-The-FLO**
**Comics Fanzine**

# AlterEgo™

## REMEMBERING *FABULOUS*
## FLO STEINBERG
### AND THE MARVEL AGE OF COMICS *(& BEYOND)!*

No. 153
July 2018

$9.95
In the USA

*BONUS!* FLO'S SENSATIONAL SUCCESSOR
## ROBIN GREEN
& HER 1971 MARVEL ESSAY FOR *ROLLING STONE!*™

Flo drawing ©2018 Craig Wolden; Marvel art & ©Marvel Characters, Inc.
Rolling Stone is a TM of Jann Wenner Media, Inc., or successors in interest

MMMS

1 82658 00121 6

# "It Was My First Job In The City!"

## The Early Days Of The Marvel Age, As Remembered By FLO STEINBERG—Corresponding Secretary To STAN LEE

### Conducted by Dwight Jon Zimmerman & Jim Salicrup, 1984

**A/E EDITOR'S INTRO:** *This is one of the first and longest true interviews ever conducted with Marvel's beloved "corresponding secretary." It appeared, under the title "Fabulous Flo Steinberg," in* Comics Interview *magazine #17 (Nov. 1984), published by David Anthony Kraft and © 1984 by Fictioneer Books, Ltd. Reprinted by permission. A few of the photos and illustrations included in this edition appeared with that first printing; many others have been added. Accompanying the interview was a full transcription of the original Merry Marvel Marching Society recording from 1965, which has been omitted here. Thanks to Art Lortie and Brian K. Morris for their help in obtaining an editable e-file of the manuscript….*

**1984 INTRO BY DWIGHT JON ZIMMERMAN:** *I met Flo Steinberg while working on the Sol Brodsky biography for* Marvel Age, *and during the course of her interview discovered a warm, thoughtful woman who, though she has been away from the comicbook business for many years, still keeps in contact with many of her friends. And, because Flo recalled more events about the early days of Marvel than could be included in Sol's biography, I arranged to interview her later for the express purpose of finding out what the early years of Marvel were like and what she is doing now. Several short weeks later, Jim Salicrup and I were sitting in Flo's memorabilia-laden apartment discussing the subject warm to us all—the early years at Marvel….*

**JIM SALICRUP:** *I'll sit back and relax and Dwight will ask the questions...*

**DWIGHT JON ZIMMERMAN:** *…and Jim will provide the Howard Cosell commentary.*



"Fabulous Flo" in artist Herb Trimpe's biplane—plus panels penciled and scripted by Jack "King" Kirby in *What If?* #11 (Oct. 1978); inks by Mike Royer & Bill Wray. In the comic, Flo comes back to sound a warning to Stan and Jack, in the offbeat story "What If The Fantastic Four Were the Original Marvel Bullpen?" When he conceived the notion and gave it to Kirby to write and draw, editor Roy Thomas specified that Flo should become The Invisible Girl. The above photo appeared on the first page of this interview when it was printed in *Comics Interview* #17, so we decided to start out with a *color* version! [*What If?* page TM & © Marvel Characters, Inc.]

**FLO STEINBERG:** You'll laugh when I say something funny, right?

**JS:** *I'll say "laughter," and they'll write that in the magazine. Then people will really think we were laughing.*

**DJZ:** *Okay! We are in the memento-strewn apartment of Flo Steinberg with her illustrations from Trina Robbins, photos of John Verpoorten, drawings by Herb Trimpe.*

 

**Dwight Jon Zimmerman & Jim Salicrup**
Conductors of the 1984 interview. Since then, Zimmerman has gone on to author various books, including in conjunction with former Fox News host Bill O'Reilly, while Salicrup had a long career as a comics editor at Marvel and Topps, and currently heads Papercutz, which publishes a revived *Tales from the Crypt*, et al. Thanks to Comic Vine for the Salicrup photo.

**JS:** *This is the part you're supposed to write in the introduction, Dwight!*

**DJZ:** *I don't like writing that section—I prefer to just talk about it. By the way, Flo, Jack Abel says "Hi. "*

**STEINBERG:** Oh, thank you!

**DJZ:** *Flo, we'd like to start the interview with when and how you were hired by Marvel.*

**STEINBERG:** Well, it was March of '63. I had just come to New York from Boston where I was born and raised and schooled. I had come to New York City and moved into one of the "Y's" [YWCAs]





Jack Kirby used to do. And the girls' comics like *Millie the Model* and *Patsy Walker*. *The Fantastic Four* was probably starting then. But, the atmosphere was really low-key. [*A/E* **EDITOR'S NOTE:** *Flo's memory tends to be a bit hazy re when this or that comic started—e.g., F.F. had been going since summer of 1961—but this doesn't affect the basic narrative.*]

**DJZ:** *Stan was low-key?*

**STEINBERG:** Oh, no! Stan always had this high energy level. It's just that the office was very small. There was just a small amount of comics to get out. And Stan wrote them all. And as I remember, Steve Ditko, Jack Kirby, or Don Heck, or Dick Ayers—a small group—drew them. Sol Brodsky would come in to do production work.

**DJZ:** *So everybody except you and Stan was freelancing—there was no production staff.*

**STEINBERG:** Yes, that's right, it was just the two of us. There really wasn't much work in my job. There wasn't much fan mail coming in at the time. The most fan mail that came in was for the girls' books—the little outfits pages that appeared in the comics would feature clothing designs suggested by the readers. And I wrote all the little captions for those. Stan Goldberg or Al Hartley would draw the actual designs and then we'd have these letters from people who sent designs. And if someone sent in a design for a dress, we'd match it with the drawing of a dress, a bathing suit suggestion with a bathing suit drawing, etc. And then I'd write the caption saying "darling dress by—" and put that person's name in. So the kids got their names in the comic. The drawings bore no relation to the designs the kids sent in, of course.

Trina Robbins is doing a teenage book now for Marvel. It's not on the schedule yet, from what I hear, but it'll have fashion pages and stuff like that in it. In fact, I think her character's aunt will be Millie the Model.

As for how the comics were produced back then, Stan would write the synopsis and the artist would go home and draw the story. He'd bring the art into the office, and then Stan would write the final story. Artie Simek and Sam Rosen were the only letterers. And they'd come in to pick up and drop off work. But it was not that hectic. There'd always be time to sit around and chat. Artie, he's dead now, but he used to play the spoons and the harmonica.

Sam never came in. His brother Joe would always be the one picking up and delivering the work. Stan Goldberg would come in for the coloring. And… well, I don't remember being very busy in the very beginning. Stan and I used to argue over who would address the envelopes that would go over to the Comics Code.

The people over at Magazine Management would make fun of us. It was a big organization back then. The only time the different departments ever really came together was when we heard that President Kennedy had been killed. Everybody sort of dropped

**Millie The Marvel**

**(Left to right:)** No pearls or gloves, but this Stan Goldberg "Modeling Tips" pin-up page from *Millie the Model* #136 (April 1966) roughly dovetails with what Flo said about the kind of outfit she needed to wear to job interviews in the mid-1960s. Thanks to Barry Pearl. Next to it is a story-panel from that issue; "Stan G." co-plotted and drew, with a Roy Thomas script—but the fashion note at bottom was written by Flo Steinberg. [TM & © Marvel Characters, Inc.]

**(Below:)** Two talented artists Flo worked with in the 1960s: Stan Goldberg (on left) and Joe Sinnott.



and I started job-hunting. It was all through agencies in those days. I went on different interviews, stuff like that, in my traditional interview outfit of a black dress and pearls and gloves. It was a different time, back then. *[laughter]*

One was a secretarial assistant at this magazine company. And I went up and talked to this man, Stan Lee. And the interview was in this teeny little cubbyhole of an office. Well, let's see, the offices were always on Madison Avenue. This might have been the farthest one uptown… 650, no—625 Madison Avenue—after 60th Street, anyway. And the whole Magazine Management company was on one big floor with partitions set up. And Marvel Comics was the teeniest little office on the floor. There was Stan and his desk, then another small desk. At that time, as I remember, it was mostly bimonthly comics. The monster comics like what Steve Ditko and