# Exhibit 66



# Certificate of Recordation

This is to certify that the attached document was recorded on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

August 26, 2021

Date of Recordation

| 9979 | 905 |
|---|---|
| Volume | Doc. No. |

DITKO-0263

V9979 D905 P1

## NOTICE OF TERMINATION

## "DOCTOR STRANGE"

To:  Marvel Entertainment, LLC           Marvel Studios, LLC
     Marvel Worldwide, Inc.               MVL Rights, LLC
     Marvel Property, Inc.                MVL Development, LLC
     Marvel Characters, Inc.              Marvel Characters, Inc.
     1290 Avenue of the Americas          500 South Buena Vista Street
     New York, NY 10104                   Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
        Eli Bard, Deputy Chief Counsel

     The Walt Disney Company              Marvel Animation Inc.
     500 South Buena Vista Street         623 Circle Seven Drive
     Burbank, CA 91521                    Glendale, CA 91201
     Attn: Alan Braverman, General Counsel   Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright

Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37

C.F.R. § 201.10, Patrick S. Ditko, Administrator of the Estate of Stephen J. Ditko, being the person

entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates

all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal

copyright(s) in and to the five-page, penciled story (with a page/panel script), authored by Stephen

J. Ditko, and the illustrated comic book story based thereon entitled "Doctor Strange Master of

Black Magic!," authored or co-authored by Stephen J. Ditko (a.k.a. Steve Ditko), and published in

*Strange Tales* Vol. 1, No. 110, and sets forth in connection therewith the following:

1.      The names and addresses of the grantees and/or successors in title whose rights are

being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel

Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104;

Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500

DITKO-0264

V9979 D905 P2

South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale,

CA 91201. Pursuant to 37 C.F.R. § 201.10(d), service of this notice is being made by First Class

Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.    The copyrighted work(s) (the "Work(s)") to which this Notice of Termination

applies are the five-page, penciled story (with a page/panel script), authored by Stephen J. Ditko,

and the illustrated comic book story based thereon entitled "Doctor Strange Master of Black

Magic!," which was authored or co-authored by Stephen J. Ditko (a.k.a. Steve Ditko),[1] and the

Work(s) include all of the characters, story elements, and/or indicia appearing therein.[2] The

Work(s) were published and embodied in *Strange Tales* Vol. 1, No. 110, which was registered

with the U.S. Copyright Office by Vista Publications, Inc. on April 9, 1963, under Copyright

Registration No. B34036, and renewed on December 27, 1991, under Copyright Renewal

Registration No. RE0000559192.

3.    The grant(s) and/or transfer(s) to which this Notice of Termination applies is (are)

made in that/those certain copyright assignment(s) on the back of the check(s) issued by Marvel

---

[1] This Notice of Termination also applies to all material authored or co-authored by Stephen J.
Ditko (in any and all medium(s), whenever created) that was reasonably associated with the Work(s) and
was registered with the United States Copyright Office and/or published within the termination time
window, as defined by 17 U.S.C. § 304(c), and the effective date of this Notice of Termination. This Notice
of Termination likewise includes any character, story element, or indicia reasonably associated with the
Work(s) including, without limitation, Doctor Strange (a.k.a. Stephen Strange), Wong, the Ancient One
(a.k.a. the Master, a.k.a. Yao), Nightmare, Crang and Dreamstalker. Every reasonable effort has been made
to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission
is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least
one author of the Work(s) to which this Notice of Termination applies. The listing herein of any corporation
as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that
any given work is or was a "work made for hire," nor is anything else herein to be construed as any such
admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive
any right or remedy that Patrick S. Ditko, as Administrator of the Estate of Stephen J. Ditko, may have, at
law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

DITKO-0265

V9979 D905 P3

Entertainment, LLC's predecessor company to Stephen J. Ditko, regarding the above-listed Work(s), which was (were) dated on or about the time of the publication of such Work(s).[3]

4.      The effective date of termination shall be June 9, 2023.

5.      Stephen J. Ditko died on June 29, 2018, with no surviving spouse, children or grandchildren.  Patrick S. Ditko, as Administrator of the Estate of Stephen J. Ditko, owns the termination interest of Stephen J. Ditko pursuant to 17 U.S.C. § 304(c)(2)(D), and is the person entitled to exercise the termination right as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 8, 2021                                         TOBEROFF & ASSOCIATES, P.C.


                                                            _____
                                                            Marc Toberoff

                                                            23823 Malibu Road, Suite 50-363
                                                            Malibu, California 90265
                                                            Tel: (310) 246-3333

                                                            As counsel for and on behalf of Patrick S. Ditko,
                                                            Administrator of the Estate of Stephen J. Ditko

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Stephen J. Ditko of rights under copyright in and to the Work(s) that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

DITKO-0266

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 8th day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

To:  Marvel Entertainment, LLC            Marvel Studios, LLC
     Marvel Worldwide, Inc.               MVL Rights, LLC
     Marvel Property, Inc.                MVL Development, LLC
     Marvel Characters, Inc.              Marvel Characters, Inc.
     1290 Avenue of the Americas          500 South Buena Vista Street
     New York, NY 10104                   Burbank, CA 91521
     Attn: John Turitzin, Chief Counsel   Attn: David Galluzzi, Chief Counsel
          Eli Bard, Deputy Chief Counsel

     The Walt Disney Company              Marvel Animation Inc.
     500 South Buena Vista Street         623 Circle Seven Drive
     Burbank, CA 91521                    Glendale, CA 91201
     Attn: Alan Braverman, General Counsel   Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Patrick S. Ditko,
Administrator of the Estate of Stephen J. Ditko

4

DITKO-0267



# Form TCS (Notice of Termination Cover Sheet)
**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**

UNITED STATES COPYRIGHT OFFICE

**Privacy Act Notice:** Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
|---|
| Volume _____ Document __905__ |
| SR# *I-10806904775* |
| Date of recordation  M _____ D _____ Y _____   **AUG 26 2021** |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000 or 1-877-476-0778 (toll free).

**Send to:** *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS

---

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice
"Doctor Strange Master of Black Magic!" published in *Strange Tales* Vol. 1, No. 110 (B34036)

**2** Total number of additional works and alternate identifiers in notice
0

**3** Amount of fee calculated
$ 125.00    *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed
☒ Check    ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number _____
Deposit account name _____

**5** Return receipt requested
☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under
☐ §203    ☒ §304(c)

**7** Gap Grant
☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination
June 9, 2023

**9** Date of service
June 8, 2023

**10** Manner of service
First Class Mail

FORM TCS

LC COPYRIGHT



DITKO-026841 652 6

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Patrick S. Ditko (Administrator of the Estate of Author of the Work Stephen J. Ditko)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Vista Publications, Inc.; Marvel Entertainment, LLC (S); Marvel Worldwide, Inc. (S); Marvel Property, Inc. (S); Marvel Characters, Inc. (S); Marvel Studios, LLC (S); MVL Rights, LLC (S), MVL Development, LLC (S); The Walt Disney Company (S); Marvel Animation Inc. (S)

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Title/Organization Associate / Toberoff & Associates, P.C.

Number/Street 23823 Malibu Road    Apt/Suite 50-363

City Malibu    State CA    Zip 90265

Phone number 310-246-3333    Fax number 310-246-3101

Email bkadaba@toberoffandassociates.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Patrick S. Ditko (Administrator of the Estate of Author of the Work Stephen J. Ditko)

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Title/Organization Associate / Toberoff & Associates, P.C.

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Patrick S. Ditko (Administrator of the Estate of Author of the Work Stephen J. Ditko)

DITKO-0269



# Certificate of Recordation

This is to certify that the attached document was recorded
on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

*Shira Perlmutter*

United States Register of Copyrights and Director

August 26, 2021

Date of Recordation

9979                                    892

Volume                                  Doc. No.

DITKO-0274

V9979 D892 P1

## NOTICE OF TERMINATION

## "SPIDER-MAN!"

To: Marvel Entertainment, LLC
Marvel Worldwide, Inc.
Marvel Property, Inc.
Marvel Characters, Inc.
1290 Avenue of the Americas
New York, NY 10104
Attn: John Turitzin, Chief Counsel
    Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, Patrick S. Ditko, Administrator of the Estate of Stephen J. Ditko, being the person entitled to terminate copyright transfers pursuant to said statutory provisions, hereby terminates all pre-January 1, 1978 exclusive or non-exclusive grants of the transfer or license of the renewal copyright(s) in and to the illustrated comic book story entitled "Spider-Man!," which was authored or co-authored by Stephen J. Ditko (a.k.a. Steve Ditko) and published in *Amazing Fantasy* Vol. 1, No. 15, and sets forth in connection therewith the following:

1.     The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, LLC, Marvel Worldwide, Inc., Marvel Property, Inc., Marvel Characters, Inc., 1290 Avenue of the Americas, New York, NY 10104; Marvel Studios, LLC, MVL Rights, LLC, MVL Development, LLC, Marvel Characters, Inc., 500 South Buena Vista Street, Burbank, CA 91521; The Walt Disney Company, 500 South Buena

DITKO-0275

Vista Street, Burbank, CA 91521; and Marvel Animation Inc., 623 Circle Seven Drive, Glendale, CA 91201. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2.     The copyrighted work (the "Work") to which this Notice of Termination applies is the illustrated two-part comic book story entitled "Spider-Man!," authored or co-authored by Stephen J. Ditko (a.k.a. Steve Ditko)[1] and published and embodied in *Amazing Fantasy* Vol. 1, No. 15, (and includes this issue's cover page), which issue was registered with the U.S. Copyright Office by Atlas Magazines, Inc. on June 5, 1962 under Copyright Registration No. B976775, renewed on November 20, 1990 under Copyright Renewal Registration No. RE0000497761, and includes all the characters, story elements, and/or indicia appearing therein.[2]

3.     The grant and/or transfer to which this Notice of Termination applies is made in that certain copyright assignment(s) on the back of the check(s) issued by Marvel Entertainment, LLC's predecessor company to Stephen J. Ditko with respect to the above-listed Work, which was

---

[1] This Notice of Termination also applies to all material authored or co-authored by Stephen J. Ditko (in any and all medium(s), whenever created) that was reasonably associated with the Work and was registered with the United States Copyright Office and/or published within the termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination. This Notice of Termination likewise includes any character, story element, or indicia reasonably associated with the Work, including, without limitation, Spider-Man (a.k.a. Peter Parker), Bluebird (a.k.a. Sally Avril), Uncle Ben (Parker), The Burglar, Aunt May (Parker), Liz Allan, Raymond Warren, Bernard O'Brien, Seymour O'Reilly, Jessica Jones, Eric Schwinner, Crusher Hogan, Max Shiffman, Chet Huntley, Baxter Bigelow, and Flash Thompson. Every reasonable effort has been made to find and list herein all such material. Nevertheless, if any such material has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted material.

[2] Pursuant to 37 C.F.R. § 201.10(b)(1)(iii), this Notice of Termination includes the name of at least one author of the Work to which this Notice of Termination applies. The listing herein of any corporation as copyright claimant is done per Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire," nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that Patrick S. Ditko, as Administrator of the Estate of Stephen J. Ditko, might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

2

DITKO-0276

V9979 D892 P3

dated on or about the time of the respective publication of such Work.[3]

4.     The effective date of termination shall be June 2, 2023.

5.     Stephen J. Ditko died on June 29, 2018, with no surviving spouse, children or grandchildren. As such, Patrick S. Ditko, as Administrator of the Estate of Stephen J. Ditko, owns the termination interest of Stephen J. Ditko pursuant to 17 U.S.C. § 304(c)(2)(D), and is the person entitled to exercise the termination right as to the grant(s) identified herein. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 304(c).

Dated:  June 1, 2021                         TOBEROFF & ASSOCIATES, P.C.

Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of Patrick S. Ditko,
Administrator of the Estate of Stephen J. Ditko

---

[3] This Notice of Termination also applies to each and every grant or alleged grant by Stephen J. Ditko of rights under copyright in and to the Work that falls within the applicable termination time window (defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant and/or transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination applies as well to each and every such omitted grant and/or transfer.

3

DITKO-0277

V9979 D892 P4

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION to be served this 1st day of June, 2021, by First Class Mail,

postage prepaid, upon each of the following:

Marvel Entertainment, LLC
Marvel Worldwide, Inc.
Marvel Property, Inc.
Marvel Characters, Inc.
1290 Avenue of the Americas
New York, NY 10104
Attn: John Turitzin, Chief Counsel
    Eli Bard, Deputy Chief Counsel

Marvel Studios, LLC
MVL Rights, LLC
MVL Development, LLC
Marvel Characters, Inc.
500 South Buena Vista Street
Burbank, CA 91521
Attn: David Galluzzi, Chief Counsel

The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Alan Braverman, General Counsel

Marvel Animation Inc.
623 Circle Seven Drive
Glendale, CA 91201
Attn: Legal Department

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st

day of June, 2021, at Malibu, California.

Breck Kadaba
Toberoff & Associates, P.C.
23823 Malibu Road, Suite 50-363
Malibu, California 90265

Counsel for Patrick S. Ditko,
Administrator of the Estate of Stephen J. Ditko

4

DITKO-0278

**Form TCS** (Notice of Termination Cover Sheet)
**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**
UNITED STATES COPYRIGHT OFFICE

**Return Receipt**
**U.S. Copyright Office**

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
|---|
| Volume _____    Document _____ |
| SR# *1-10806904826* |
| Date of recordation  M _____  D _____  **AUG 2,6 2021** |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

Send to: *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice

"Spider-Man!" published in *Amazing Fantasy* Vol. 1., No. 15 (B976775)

**2** Total number of additional works and alternate identifiers in notice

0

**3** Amount of fee calculated

$ 125.00     *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed

[X] Check    [ ] Money Order
[ ] Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**5** Return receipt requested

[X] If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under

[ ] §203    [X] §304(c)

**7** Gap Grant

[ ] Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination

June 2, 2023

**9** Date of service

June 1, 2021

**10** Manner of service

First Class Mail

FORM TCS                                                                                           PAGE 1 OF 2

DITKO-0279

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Patrick S. Ditko (Administrator of the Estate of Author of the Work Stephen J. Ditko)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Atlas Magazines, Inc.; Marvel Entertainment, LLC (S); Marvel Worldwide, Inc. (S); Marvel Property, Inc. (S); Marvel Characters, Inc. (S); Marvel Studios, LLC (S); MVL Rights, LLC (S), MVL Development, LLC (S); The Walt Disney Company (S); Marvel Animation Inc. (S)

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Title/Organization Associate / Toberoff & Associates, P.C.

Number/Street 23823 Malibu Road    Apt/Suite 50-363

City Malibu    State CA    Zip 90265

Phone number 310-246-3333    Fax number 310-246-3101

Email bkadaba@toberoffandassociates.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Patrick S. Ditko (Administrator of the Estate of Author Stephen J. Ditko)

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Title/Organization Associate / Toberoff & Associates, P.C.

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Patrick S. Ditko (Administrator of the Estate of Author Stephen J. Ditko)

DITKO-0280

 **Form TCS** (Notice of Termination Cover Sheet)
**For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)**
UNITED STATES COPYRIGHT OFFICE

**Return Receipt**
**U.S. Copyright Office**

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
| --- |
| Volume _____    Document _____ |
| SR# I-10809217601 |
| Date of recordation  M _____ D _____ Y _____      AUG 2 6 2021 |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

Send to: *Copyright Office–Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

---

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice
*Strange Tales*, Vol. 1, No. 102 (B988507)

**2** Total number of additional works and alternate identifiers in notice
11

**3** Amount of fee calculated
$ 245.00          *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed
☒ Check    ☐ Money Order
☐ Fee authorized to be charged to Copyright Office deposit account
Deposit account number _____
Deposit account name _____

**5** Return receipt requested
☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under
☐ §203    ☒ §304(c)

**7** Gap Grant
☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination
August 5, 2023 (For each respective Work)

**9** Date of service
August 4, 2021

**10** Manner of service
First Class Mail

FORM TCS                                                    PAGE 1 OF 2

DITKO-0257

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Larry Lieber (Author of the Works)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Vista Publications, Inc.; Marvel Entertainment, LLC (S); Marvel Worldwide, Inc. (S); Marvel Property,

Inc. (S); Marvel Characters, Inc. (S); Marvel Studios, LLC (S); MVL Rights, LLC (S), MVL Development,

LLC (S); The Walt Disney Company (S); Marvel Animation Inc. (S)

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Title/Organization Associate / Toberoff & Associates, P.C.

Number/Street 23823 Malibu Road                Apt/Suite 50-363

City Malibu                State CA    Zip 90265

Phone number 310-246-3333        Fax number 310-246-3101

Email bkadaba@toberoffandassociates.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Larry Lieber

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____    Date August 13, 2021

Name Breck Kadaba

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Title/Organization Associate / Toberoff & Associates, P.C.

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Larry Lieber

DITKO-0258

**Return Receipt**





**Form TCS** (Notice of Termination Cover Sheet)
For Recordation of Notices of Termination under 17 U.S.C. §§ 203 or 304(c)

**U.S. Copyright Office**

UNITED STATES COPYRIGHT OFFICE

Privacy Act Notice: Sections 203, 304(c), and 705 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information (PII) requested on this form and provided in the document submitted for recordation or other materials accompanying the submission. PII is any personal information that can be used to identify, contact, or trace an individual, such as names, addresses, and telephone numbers. By providing this information, including, but not limited to, providing it in any document or other file, you are agreeing to the routine use of it to establish and maintain a public record, which includes appearing in the Office's paper and online public records and indexes, including the Office's online catalog, and in search reports prepared for the public. If you do not provide the information requested, recordation may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

| DO NOT WRITE IN THIS BOX |
|---|
| Volume _____ Document _____ |
| SR# *1-10806904704* |
| **AUG 2 6 2021** |
| Date of recordation M _____ D _____ Y _____ |
| (ASSIGNED BY THE COPYRIGHT OFFICE) |

Send to: *Copyright Office—Notices of Termination, P.O. Box 71537, Washington, DC 20024-1537*

**DO NOT WRITE ABOVE THIS LINE • SEE INSTRUCTIONS**

To the Register of Copyrights: *Please record the accompanying notice of termination.*

**1** Title (and registration number) of first work identified in notice

*Amazing Spider-Man*, Vol. 1, No. 1 (B12112)

**2** Total number of additional works and alternate identifiers in notice

41

**3** Amount of fee calculated

$ 425.00     *(Fees are to be calculated in accordance with 37 C.F.R. § 201.3(c))*

**4** Fee enclosed

☒ Check     ☐ Money Order

☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**5** Return receipt requested

☒ If checked, please enclose a second completed copy of this form and a self-addressed postage-paid envelope

**6** Notice of termination being filed under

☐ §203     ☒ §304(c)

**7** Gap Grant

☐ Check if the notice is terminating a gap grant under 37 C.F.R. § 201.10(f)(1)(ii)(C)

**8** Effective date of termination

July 17, 2023 (For each respective Work)

**9** Date of service

July 16, 2021

**10** Manner of service

First Class Mail

**11** Terminating Party

*(List all terminating parties and the nature of their termination interests.)*

Patrick S. Ditko (Administrator of the Estate of Author of the Work Stephen J. Ditko)

Terminating Party Email *(optional)*

*(Provide email addresses for any listed terminating parties to be copied on correspondence sent to the remitter.)*

**12** Grantee

*(List all grantees or successors-in-title, and if successors, state that they are successors.)*

Non-Pareil Publishing Corporation; Canam Publishers Sales Corporation; Vista Publications, Inc.;

Marvel Entertainment, LLC (S); Marvel Worldwide, Inc. (S); Marvel Property, Inc. (S); Marvel Characters,

Inc. (S); Marvel Studios, LLC (S); MVL Rights, LLC (S), MVL Development, LLC (S); The Walt Disney

Company (S); Marvel Animation Inc. (S)

**13** Remitter Information and Certifications

*(You, the individual actually submitting this form and the attached notice of termination to the Copyright Office, provide your contact information and make the required remitter certifications by signing your name. The Office may use this information to contact you about the submission and will send the certificate of recordation to the provided address if the notice is successfully recorded.)*

*I certify under penalty of perjury under the laws of the United States of America that I have been given appropriate authority to submit this cover sheet, accompanying notice of termination, and any other enclosed materials to the U.S. Copyright Office for recordation, and that all information I have submitted is true, accurate, and complete to the best of my knowledge, information, and belief, and is provided in good faith.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____ Date August 13, 2021

Name Breck Kadaba

Title/Organization Associate / Toberoff & Associates, P.C.

Number/Street 23823 Malibu Road                 Apt/Suite 50-363

City Malibu                 State CA     Zip 90265

Phone number 310-246-3333             Fax number 310-246-3101

Email bkadaba@toberoffandassociates.com

If you are not one of the terminating parties listed above, state which terminating party or parties you are a duly authorized representative of.

Patrick S. Ditko

**14** Notice Certifications

*(These certifications can be made either by the remitter identified above or another individual.)*

*I certify under penalty of perjury under the laws of the United States of America that the accompanying notice of termination is a true, correct, complete, and legible copy of the signed notice of termination as served on the grantee or successor-in-title.*

*I understand that any falsification or misrepresentation may subject me to civil or criminal liability. By signing my name below, I acknowledge that I have read and agree to these conditions.*

Signature _____ Date August 13, 2021

Name Breck Kadaba

Certifier Information

*(This information is only required if an individual other than the remitter identified above is making the above certifications.)*

Title/Organization Associate / Toberoff & Associates, P.C.

If the certifier is not one of the terminating parties listed above, state which terminating party or parties the certifier is a duly authorized representative of.

Patrick S. Ditko