**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>LAWRENCE D. LIEBER,<br><br>    Defendant. | Case No.: 1:21-cv-7955-LAK<br>and consolidated cases<br>21-cv-7957-LAK and 21-cv-7959-LAK |
| LAWRENCE D. LIEBER,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC., and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO EXCLUDE EXPERT TESTIMONY** |
| MARVEL CHARACTERS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Defendant. | |
| PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko,<br><br>    Counterclaimant,<br><br>v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>    Counterclaim-Defendants. | |

| |
|---|
| MARVEL CHARACTERS, INC.,<br><br>              Plaintiff,<br><br>   v.<br><br>KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck,<br><br>              Defendant. |
| KEITH A. DETTWILER, in his capacity as Executor of the Estate of Donald L. Heck<br><br>              Counterclaimant,<br><br>   v.<br><br>MARVEL CHARACTERS, INC. and DOES 1-10, inclusive,<br><br>              Counterclaim-Defendants. |

## STIPULATION

Plaintiff and Counterclaim-Defendant Marvel Characters, Inc. ("MCI") and Defendant and Counterclaimant Patrick S. Ditko (collectively, the "Parties") hereby stipulate as follows:

**WHEREAS**, on May 19, 2023, MCI filed its Motion to Exclude the Expert Reports and Testimony of Mark Evanier (the "Motion");

**WHEREAS**, Patrick Ditko intends to oppose the Motion;

**WHEREAS**, the Parties previously stipulated, and this Court so ordered, a briefing schedule with respect to the Parties' pending cross-motions for summary judgment, but had not yet set a briefing schedule with respect to any motion(s) to exclude expert testimony;

**WHEREAS**, the Parties have conferred and reached agreement on a mutual briefing schedule with respect to such motion(s).

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval, that:

1. The deadline for Patrick Ditko to file an opposition to the Motion shall be Sunday, June 11, 2023;

2. The deadline for MCI to file a reply in support of the Motion shall be Friday, June 30, 2023;

3. If Patrick Ditko files a motion to exclude expert testimony, MCI shall commensurately have three weeks to file an opposition thereto.

Dated: May 30, 2023     **O'MELVENY & MYERS LLP**

By:     */s/ Daniel M. Petrocelli*
        Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated: May 30, 2023     **TOBEROFF & ASSOCIATES, P.C.**

By:     */s/ Marc Toberoff*
        Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*

**SO ORDERED:**

_____
Hon. Lewis A. Kaplan
United States District Judge

DATE:_____