# Exhibit 2

Contains Confidential Portions

Page 1

1

2              UNITED STATES DISTRICT COURT

3            SOUTHERN DISTRICT OF NEW YORK

4    MARVEL WORLDWIDE, INC.,        )
     MARVEL CHARACTERS, INC.,       )
5    and MVL RIGHTS, LLC,           )
                                    )
6                  Plaintiffs,      )
                                    )   Case No.
7            vs.                    )   10-141-CMKF
                                    )
8    LISA R. KIRBY, BARBARA J.      )
     KIRBY, NEAL L. KIRBY, and      )
9    SUSAN N. KIRBY,                )
                                    )
10                 Defendants.      )
     ---------------------------)

11                   **REVISED**

12            PARTIALLY CONFIDENTIAL

13         PURSUANT TO PROTECTIVE ORDER

14           (Pages 66 through 70)

15    VIDEOTAPED DEPOSITION OF LAWRENCE LIEBER

16               New York, New York

17               January 7, 2011

18

19

20

21

22

23    Reported by:

24    KATHY S. KLEPFER, RMR, RPR, CRR, CLR

25    JOB NO. 35338

LIEBER-0047

Contains Confidential Portions

Page 2

1

2                January 7, 2011

3

4          Partially confidential videotaped

5     deposition of LAWRENCE LIEBER, held at

6     Weil Gotshal & Manges, 767 Fifth Avenue,

7     New York, New York, before Kathy S. Klepfer,

8     a Registered Professional Reporter, Registered

9     Merit Reporter, Certified Realtime Reporter,

10    Certified Livenote Reporter, and Notary Public

11    of the State of New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LIEBER-0048

Contains Confidential Portions

Page 3

1

2              A P P E A R A N C E S:

3

4    WEIL, GOTSHAL & MANGES

5    Attorneys for Plaintiffs

6         767 Fifth Avenue

7         New York, New York  10153

8    BY:  RANDI W. SINGER, ESQ.

9         SABRINA A. PERELMAN, ESQ.

10

11   TOBEROFF & ASSOCIATES

12   Attorneys for the Defendants

13        2049 Century Park East, Suite 2720

14        Los Angeles, California  90067

15   BY:  MARC TOBEROFF, ESQ.

16

17

18   ALSO PRESENT:

19        ELI BARD, Marvel Entertainment

20        MATTHEW SMITH, Legal Video Specialist

21

22

23

24

25

LIEBER-0049

Contains Confidential Portions

Page 7

1                         L. Lieber

2          Q.    If you need a break at any time, just

3    let us know.  Okay?

4          A.    (Witness nods.)  Yes.

5          Q.    Mr. Lieber, could you just very

6    briefly tell us your personal background, your

7    age, your education, where you were born?

8          A.    Well, I'm 79 years old.  I was born in

9    New York City, grew up in the Bronx in

10   Washington Heights.  And I was in the service

11   about the age of, I think, 19 for four years in

12   the air force.  Came out.  I don't know, I lived

13   in Long Island with relatives, and then I lived

14   in, down in Tudor City when I started working

15   for Marvel, actually.  That was in 1958.

16         Q.    Okay.

17         A.    And I worked for them from I guess, I

18   don't know how many years.  For the past 23

19   years I know I've been working just on a

20   newspaper strip for my brother, Stan Lee, and so

21   I haven't been actually working for Marvel.

22         Q.    Okay.

23         A.    He pays me.

24         Q.    Okay.

25         A.    And it's been I think 23 years, I

LIEBER-0053

Contains Confidential Portions

1                          L. Lieber

2      Q.    And in a deposition, we're entitled to

3  your best estimate, even though we don't want

4  you to speculate.

5      A.    Okay.

6      Q.    Are there any health reasons why you

7  can't give your best testimony today?

8      A.    No.

9      Q.    Are you currently under any medication

10  that might impair your memory?

11      A.    No.

12      Q.    Marvel's attorneys are not

13  representing you in connection with this

14  deposition, are they?

15      A.    No.

16      Q.    When was the first time -- strike

17  that.  Were you contacted at any time by Marvel

18  regarding this lawsuit?

19      A.    Yes.

20      Q.    When was the first time you were

21  contacted by Marvel?

22      A.    I don't recall specifically.  I guess

23  within -- I didn't want to say "guess."  I would

24  estimate within the past year or so they wanted

25  me to speak to them about the past or what I

LIEBER-0097

Contains Confidential Portions

Page 52

L. Lieber

1

2   knew, and I -- I declined.  Then I was contacted

3   again and asked and declined, but then I changed

4   my mind and said I would and I went down to --

5   to talk to -- to the lawyers for Marvel and

6   Disney.

7       Q.    So, just taking it step-by-step, the

8   first time you were contacted, do you remember

9   who contacted you?

10      A.    I don't remember his name.  He was a

11  lawyer.  I -- I was uncertain as to what it was.

12      Q.    And what did he say to you,

13  approximately?

14      A.    Something like we're -- approximately

15  something like, "We're having a reunion of

16  old-timers coming down.  We would just like to

17  discuss the past."  And at first I thought it

18  was a party or something, but then he said he

19  would like to talk about, you know, things.

20          And I don't -- it's vague other than

21  that, but I just remember saying, saying I

22  didn't wish to, I declined.  I was nervous about

23  it.

24      Q.    Did he mention to you what other

25  old-timers were participating or might be

LIEBER-0098

Contains Confidential Portions

Page 58

1                        L. Lieber

2        Q.    Other than Marvel's attorneys, did --

3    who else did you speak with regarding this

4    lawsuit?

5        A.    Well, I spoke with my brother, Stan

6    Lee.

7        Q.    And when was the first time you spoke

8    with your brother?

9        A.    I don't recall, but I -- I spoke with

10   him after I was -- I know after I was first

11   approached and asked to come down and talk about

12   the past.

13       Q.    This was after you were approached and

14   you testified --

15       A.    After the phone call.

16       Q.    And you testified that you declined;

17   is that correct?

18       A.    Yes.  Yes.

19       Q.    And then you got a call from your

20   brother?

21       A.    No, I talked -- I speak with him every

22   week to -- to go over my work.  I have to send

23   my work to him, so while I was speaking to him,

24   I mentioned it.

25       Q.    And what did you say to him?

LIEBER-0104

Contains Confidential Portions

Page 59

1                        L. Lieber

2       A.    I told him what had happened and, you

3  know, the call, and I told him I declined.

4       Q.    And what did he say to you?

5       A.    He didn't tell me I shouldn't, but he

6  sort of said, "Well, I hope you don't lose the

7  strip because of it or something."

8       Q.    And he was referring, when he said, "I

9  hope you don't lose the strip because of this,"

10  he was referring to your work on the Spider-Man

11  strip?

12       A.    Yes.

13       Q.    Is that, is your work on the

14  Spider-Man strip your sole means of livelihood?

15       A.    Yes.

16       Q.    And has it been your sole means of

17  livelihood for the past I think you testified 23

18  years?

19       A.    Yes.

20       Q.    Did you speak to your -- I think you

21  mentioned did you speak to your brother Stan

22  about your testifying in this case again after

23  that?

24       A.    Yes.  I told him --

25       Q.    When was that?

LIEBER-0105

Contains Confidential Portions

Page 71

1                    L. Lieber

2       Q.    You mentioned that you have never been

3  deposed in a lawsuit before.

4       A.    No.

5       Q.    Have you ever submitted a, what we

6  call a declaration or affidavit in connection

7  with a lawsuit?

8       A.    No.

9       Q.    Do you know what a declaration is?

10      A.    I would imagine it's a statement of

11  some kind that you sign or you write.  And so,

12  no, not that I recall.

13      Q.    Did you -- were you ever interviewed

14  in connection with any lawsuit previously?

15      A.    No.  No.  The only, and this isn't

16  interviewed, but, no, no, no, no, no.

17      Q.    Moving on to your -- a new subject --

18  career at Marvel, you testified that you began

19  doing freelance work for Marvel in approximately

20  June 1958; is that correct?

21      A.    Yes.

22      Q.    And you were writing scripts?

23      A.    Yes.

24      Q.    And those scripts were purchased by

25  Marvel?

LIEBER-0117

Contains Confidential Portions

Page 72

1                    L. Lieber

2      A.    Yes.

3      Q.    You also at times did artwork?

4      A.    Yes.  Yes.

5      Q.    And that artwork was also purchased by

6   Marvel?

7      A.    Yes.

8           MS. SINGER:  Objection to form.

9      Assumes facts.

10          And now this is the part where I ask

11     you same thing he asked you:  If you can

12     just give a pause so if I have to jump in

13     with an objection.

14          THE WITNESS:  Oh, I didn't -- I'm

15     sorry.

16          MS. SINGER:  That's okay.

17          THE WITNESS:  I didn't hear.  I'm --

18          MS. SINGER:  No worries.  No worries.

19          THE WITNESS:  I'm trying to think of

20     the answers so much and I -- yeah, I'll

21     wait.

22     Q.    During all the time you did work with

23  Marvel, did you have a written contract with

24  Marvel?

25     A.    No.

LIEBER-0118

Contains Confidential Portions

Page 73

1          L. Lieber

2          MS. SINGER:  Good work.  Good pause.

3     Q.    When you did free -- when you did

4     freelance work between 1958 and 1964, you did

5     not have a written contract, correct?

6     A.    No.

7     Q.    Actually, I said "correct," so your --

8     A.    Yes, it's correct.

9          MS. SINGER:  You have to give a pause

10    so he can object to his own questions too.

11    Q.    Now, when you submitted your freelance

12    work to Marvel, whether it's script or artwork,

13    was it -- was it your understanding that Marvel

14    was obligated to purchase that material from

15    you?

16         MS. SINGER:  Objection.  Assumes

17    facts.

18    A.    My understanding they were not

19    obligated.

20    Q.    And was it your understanding that

21    when they did buy your work, that they owned all

22    rights to it?

23         MS. SINGER:  Objection.  Assumes

24    facts.

25    A.    Yes.

LIEBER-0119

Contains Confidential Portions

Page 74

L. Lieber

Q.    And that's because they had purchased
it from you?

MS. SINGER:  Objection.

A.    Yes.

Q.    Now, during the period when Marvel was
buying your work, did you submit any work,
whether scripts or artwork, to any other
publishers?

A.    No.

Q.    Do you know of other, any other
writers or artists who are working freelance, on
a freelance basis with Marvel, who at that time
were also submitting freelance work to other
comic book publishers?

A.    I -- I'm not certain.  I know there
were artists who work for other companies.  I'm
not certain whether it was at the same time they
were working for Marvel.  There were artists and
writers who had worked -- I was almost the only
one in the profession who couldn't work for
another company, which, in this case, the most
likely one would have been DC, because Stan was
my brother.  And -- should I go on?

Q.    Please.

LIEBER-0120

Contains Confidential Portions

Page 76

1                           L. Lieber

2     the art director wanted to keep him, he had to,

3     you know, give him -- give him a little more.

4          Q.    Now, again, during the period 1958 to

5     '65, where were you living at the time?

6          A.    I was living in Tudor City.

7          Q.    And is that where you did your

8     freelance work?

9          A.    Yes.  I had a furnished room in

10    somebody's apartment.  I did my freelance work

11    there.

12         Q.    And did you pay for your own supplies,

13    whatever they were?

14         A.    I believe so, yes.

15         Q.    So your own paper and pencils and

16    writing implements?

17         A.    Yeah, I -- yeah, I guess.

18         Q.    Did you work on a typewriter?

19         A.    Yes.

20         Q.    And did you pay for that typewriter?

21         A.    Yes, I -- I remember I went with Stan

22    and I bought it once.  We went to a typewriter

23    store on Lexington Avenue and I paid for it,

24    sure.

25         Q.    Now, as a freelancer, if your work was

LIEBER-0122

Contains Confidential Portions

Page 79

1                           L. Lieber

2    of times?

3        A.    No.  Because if I had been, I might

4    not have been so concerned about my expenses.

5        Q.    Now, when you were paid by the page

6    for the purchase of your work, did they take out

7    any taxes from your checks?

8             MS. SINGER:  Objection.

9        A.    No.

10       Q.    Did they -- did Marvel provide you

11   with any paid vacation?

12       A.    No.

13       Q.    None whatsoever?

14       A.    No.  None whatsoever.

15       Q.    For all the time you worked there?

16       A.    That I did freelance work for them?

17   No.

18       Q.    Did Marvel provide you with any health

19   insurance or health benefits during the time you

20   worked there?

21       A.    Yes.

22       Q.    When was that?

23       A.    Years later.

24       Q.    So not in the period 1958 to 1965?

25       A.    No.  No.  No.  No.  I don't think so,

LIEBER-0125

Contains Confidential Portions

Page 80

L. Lieber

1
2    no.  It was later on that they gave
3    freelancers -- it was very nice.  I had medical
4    benefits and I had dental benefits, but then my
5    freelance work, I was doing less, and they said
6    they had raised the amount -- you had to do a
7    certain amount of work to qualify for it, earn a
8    certain amount of money, and I didn't qualify so
9    I lost that and that was it.
10        Q.    Now, you mention that you wrote the
11    story, the first Thor story?
12        A.    Yes.
13        Q.    And that's the story that appeared in
14    Journey Into Mystery No. 83?
15        A.    I don't know the number, but yes, it
16    was in Journey Into Mystery.
17        Q.    Are you aware that, prior to that
18    first -- and that was illustrated by Jack Kirby,
19    correct?
20        A.    I believe so.
21        Q.    That story?
22        A.    Yes.
23        Q.    Are you aware that, prior to that
24    first Thor story, Jack Kirby had actually done
25    stories featuring the same Norse god with a

LIEBER-0126

Contains Confidential Portions

Page 100

L. Lieber

1
2     A.    Yes.
3     Q.    Moving to a different subject, you
4  testified earlier that it was your recollection
5  that there were legends on the back of checks
6  you received from Marvel for your freelance
7  work?
8     A.    Writing on the back, yes.
9     Q.    And we'll just call that writing
10 legends for purposes --
11    A.    Okay, I didn't know the term.  Yeah,
12 something printed.
13    Q.    And is it fair to say you don't know
14 when those legends first started appearing?
15          MS. SINGER:  Objection.
16    A.    I think I had them at the very
17 beginning when I started writing.  I think I had
18 them then because I -- I don't recall thinking
19 there was something new, but perhaps, perhaps
20 they weren't there.  So I don't really know.
21    Q.    And was it your understanding that the
22 import of the writing on the back of these
23 checks was that by signing the check and
24 accepting payment for your work, you were
25 transferring over to Marvel all rights in your

LIEBER-0146

Contains Confidential Portions

Page 101

1                     L. Lieber

2    work?

3              MS. SINGER:  Objection.

4        A.     Yes, it was my understanding.

5        Q.     And do you recall -- strike that.  On

6    the checks you received for your freelance work,

7    did they have language stating that your work

8    was work made for hire?

9        A.     No.  No.

10       Q.     When is the first time you heard the

11   phrase "work made for hire," if any?

12       A.     The first time.  I don't know which

13   came first, but I've only heard it recently in

14   the last year or so, once from you using it to

15   me in a conversation, and then I -- I looked up

16   the case out of curiosity on the Internet and

17   they were talking about it and they mentioned it

18   as being an important thing or was it work for

19   hire or not.

20             And then there was -- maybe not there,

21   but I know I -- maybe it was -- it was there and

22   also in the New York Times they had an article

23   about this case some time ago, and in the

24   article they mentioned again what it was about.

25   I -- I don't understand the things very well,

LIEBER-0147

Contains Confidential Portions

Page 102

1                        L. Lieber

2    but in each case I think I -- I heard the

3    expression "work for hire."

4        Q.    And when you first heard that

5    expression "work for hire" recently before doing

6    any research, did you know what it meant?

7        A.    No.  I'm still not sure, and it's been

8    explained to me and I'm still uncertain.

9             (Lieber Exhibit 5, reduced copies of

10       six large pages of drawings by Jack Kirby

11       that were in the possession of Lawrence

12       Lieber and furnished in response to

13       subpoena, marked for identification, as of

14       this date.)

15            Mr. TOBEROFF:  I'd like to mark the next

16       exhibit as Lieber Exhibit 5.  Lieber Exhibit

17       5 are reduced copies of six large pages of

18       drawings by Jack Kirby that were in the

19       possession of Mr. Lieber and furnished to us

20       in response to his subpoena.

21       Q.    Mr. Lieber, do you recognize what has

22   been marked as Lieber Exhibit 5?

23       A.    Yes.

24       Q.    Can you tell me what these drawings

25   are?

LIEBER-0148

Contains Confidential Portions

Page 103

1                    L. Lieber

2        A.    Well, this must have been a Hulk story

3    and I have the originals at home.  I don't

4    remember when I first got them.  I don't

5    remember the year, but I obtained them when they

6    were discarded.

7        Q.    Can you tell me how you came into

8    possession specifically of these drawings?

9        A.    They -- I was in the office, the

10   Marvel office.  It probably was at -- no, it

11   must have been at the -- on 57th Street when

12   they were there on Madison, and Jack Kirby came

13   out of Stan's office from -- and from the

14   direction of Stan's office.  He may, probably,

15   he had come out of Stan's office, and he seemed

16   upset.  And he took the drawings, he had these

17   drawings, he took them and he tore them in half

18   and he threw them in a trash can, a large trash

19   can.

20           And I, since I was such a big fan of

21   his, I knew that at the end of the day, they

22   would be discarded, you know, and would be

23   trash.  And I -- I saw it as an opportunity to

24   have some of his originals to keep, to look at

25   and study, and so I took them out of the trash

LIEBER-0149

Contains Confidential Portions

Page 104

1              L. Lieber

2   can.

3          And there were other people in the

4   office, but nobody else seemed to have noticed

5   this, which I was glad about, and I just took

6   them, walked over to where I was sitting and put

7   them in my case.  And I took them home and I

8   taped them together, you know, I taped them all,

9   and I kept them and I've kept them all these

10  years to look at them and, as I say, to study

11  them.

12      Q.   If you look at the center of the page,

13  you see a line going through the center of the

14  first page, the third, fourth, fifth and sixth

15  pages?

16      A.   Yeah.

17      Q.   Do you see that line?

18      A.   Yes, I see the line.

19      Q.   Is that because those pages were

20  originally ripped in half?

21      A.   Yeah, that's where it was ripped and I

22  have tape on them.

23      Q.   And the black marks on the left and

24  right-hand margins --

25      A.   Scotch tape.

LIEBER-0150

Contains Confidential Portions

Page 105

                                L. Lieber

1

2      Q.      -- in this photostat copy are scotch

3   tape?

4      A.      Yes.

5      Q.      Have you scotch-taped them together?

6      A.      Yes.

7      Q.      What was your understanding of why or

8   your impression of why Jack Kirby was upset when

9   he tore these up and threw them in the trash?

10      A.      I didn't know.  I didn't speak to him.

11   I assumed, seeing a man walk out of the office

12   and tear his artwork up, that -- or I thought

13   probably they were rejected and he was annoyed

14   or disgusted.  I didn't, you know, and I didn't

15   know what it was.  I didn't hear anything, so I

16   just -- that was my first assumption, but I

17   didn't know.

18              (Lieber Exhibit 6, an excerpt from

19       Jack Kirby Collector Forty-One, marked for

20       identification, as of this date.)

21              MR. TOBEROFF:  I would like to mark as

22       Lieber Exhibit 6 an excerpt from Jack Kirby

23       Collector Forty-One.

24      A.      Oh, yes.

25      Q.      If you would please turn to page 71.

LIEBER-0151