# Exhibit 16

                                                          Page 1

1
2    UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
3    Civil Action No.: 1:21-cv-05316-DG-TAM
     ------------------------------------------x
4    MARVEL CHARACTERS, INC.,
5                   Plaintiff,
6              - against -
7    NANCI SOLO and ERIK COLAN,
8                   Defendant.
     ------------------------------------------x
9    NANCI SOLO and ERIK COLAN,
10                  Counterclaimant,
11             - against -
12   MARVEL CHARACTERS, INC. and DOES 1-10
     inclusive,
13
14                  Counterclaim-Defendants.
     ------------------------------------------x
15              October 28, 2022
                8:11 a.m.
16
17       VIDEOTAPED DEPOSITION of NANCI SOLO,
18   pursuant to Federal Rule of Civil Procedure
19   30, held at the offices of O'Melveny &
20   Myers LLP, located at 7 Times Square, New
21   York, New York 10036, before Anthony
22   Giarro, a Registered Professional Reporter,
23   a Certified Realtime Reporter and a Notary
24   Public of the State of New York.
25

```
 1
 2    A P P E A R A N C E S :
 3
      O'MELVENY & MYERS LLP
 4     Attorneys for Marvel Characters, Inc.
       1999 Avenue of the Stars, 8th Floor
 5     Los Angeles, California 90067
       Telephone: (310) 553-6700
 6
      BY:   MOLLY M. LENS, ESQ.
 7           mlens@omm.com
             DANIELLE FEUER, ESQ.
 8           dfeuer@omm.com
             SALVATORE J. COCCHIARO, ESQ.
 9           scocchiaro@omm.com
             (via Zoom)
10           MATTHEW KAISER, ESQ.
             mkaiser@omm.com
11           (via Zoom)
12
13
14
15    TOBEROFF & ASSOCIATES, P.C.
       Attorneys for Keith Dettwiler
16     23823 Malibu Road, Suite 50-363,
       Malibu, California 90265
17
      BY:   MARC TOBEROFF, ESQ.
18           JAYMIE PARKKINEN, ESQ.
             (via Zoom)
19
20
21    ALSO PRESENT:
22              MARCELO RIVERA, Videographer
                ELI BARD, Marvel
23              (via Zoom)
24
25
```

Page 117

NANCI SOLO

1
2  Q     So fair to say then that his
3  work and his devotion to his work
4  prevented you from spending a lot of time
5  together?
6  A     Yes.  He didn't get paid for
7  a lot of his work.  A lot of his work was
8  rejected.  And so there was a lot of
9  financial insecurity around that.
10  Q     I'm going to move to strike
11  everything after the word yes.
12        When you were a kid, did you
13  spend a lot of time with your father, Ms.
14  Solo?
15  A     I saw him a lot and sat with
16  him.  His studio was next to my bedroom.
17  Q     Remind me the year you were
18  born.  I apologize.
19  A     '64.
20  Q     When you said a minute ago
21  that a lot of his work was rejected, do
22  you have any knowledge about whether his
23  work was rejected by Marvel -- well,
24  necessarily, you wouldn't have any
25  information about his work being rejected

1                NANCI SOLO
2  by Marvel in the 1960s, given that you
3  were born in 1964; is that fair?
4            MR. TOBEROFF:  Vague and
5      unintelligible.
6       A      I have a lot of memories
7  that go back to my very, very young days
8  of there being work that was not accepted
9  and not paid for.  And he had those pages
10 on that bed that he never used in his
11 studio.  And he would actually use them
12 to scoop up dog poop in the house because
13 it was substantial paper that he did his
14 art on.
15      Q      And what time period are we
16 talking about here, these pages that were
17 rejected?
18      A      I have a memory of that
19 throughout my childhood.
20      Q      Can you testify -- I
21 apologize.  Go ahead.
22      A      I don't know exact years of
23 when he began with Marvel.  I feel like
24 his -- he had a huge long career with
25 Marvel, perhaps maybe the longest of any

1                       NANCI SOLO
2    comic book artist.  So that was a very
3    familiar site, which was sometimes, you
4    know, followed up after terrible fights
5    and, you know, just upset in the house
6    and him just using it, you know, to scoop
7    up the dog's mess if there was an
8    accident in the house.
9                    I just remember him doing
10   that, like he had no regard for it, it
11   wasn't paid for and didn't help him pay
12   the bills.  There was work that he did
13   that he was not paid for.
14       Q       I'm going to move to strike
15   everything after I don't know the exact
16   years when he began with Marvel as
17   non-responsive.
18                   You said that there were
19   terrible fights.
20                   Terrible fights between who?
21       A       My parents.  There was a lot
22   of financial insecurity as I said and a
23   lot of stress and pressure and anxiety
24   around that which affected just the tone
25   in the household in general, yeah.

Page 120

1                    NANCI SOLO
2       Q       Can you testify under oath
3   that you know that your father had any
4   pages rejected by Marvel and specific?
5       A       I know that there were
6   Marvel characters that he was drawing
7   and -- that he created, that he drew that
8   were rejected by Marvel and that he
9   subsequently would use to clean up the
10  dog's mess in the house.
11      Q       And how did you know that
12  they were rejected by Marvel?
13      A       Just an awareness at the
14  time that -- that's who he was creating
15  work for.
16      Q       How old are you at this time
17  period of this recollection?
18      A       This is a recollection that
19  spans my childhood, you know, in that
20  home from -- well, I wasn't there in '64.
21  But my memories are from probably
22  toddlerhood because I remember being that
23  little.  I remember ballet school.  I
24  remember -- I have like markers in my
25  head for how old I was at the time.  I

Page 121

1                    NANCI SOLO
2    have memories from when I was a toddler
3    throughout, you know, my -- until I was
4    18 or 19 and went away to school.
5         Q      And it's your recollection
6    that as a toddler, you had an
7    understanding that Marvel was rejecting
8    your father's --
9         A      I have a recollection of
10   these memories.  There was a steady flow
11   of this kind of activity going on
12   throughout my childhood.  I don't know
13   where it began and end.  I'm saying I
14   have memories from then.  I recall things
15   about my life when I was very young.  I'm
16   not saying I remember anything from
17   infancy.  And I don't know specifically
18   throughout that -- you know, those years.
19   I don't know the specific years.
20        Q      Or the contributors that he
21   was working for?
22               MR. TOBEROFF:  Misstates her
23      testimony.
24        Q      Your father worked for
25   multiple companies, did he not?