Exhibit 17

Page 1

1              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
2               Case No.: 1:21-cv-7955-LAK
          and Consolidated Cases 21-cv-7957-LAK
3                  and 21-cv-7959-LAK
    ---------------------------------------x
4   MARVEL CHARACTERS, INC.,
5        Plaintiff and Counterclaim-Defendant
6   v.
7   LAWRENCE D. LIEBER,
8        Defendant and Counterclaimant.
    ---------------------------------------x
9   MARVEL CHARACTERS, INC.,
10        Plaintiff and Counterclaim-Defendant,
11   v.
12   KEITH A. DETTWILER, in his capacity as
    Executor of the Estate of Donald L. Heck,
13
14        Defendant and Counterclaimant.
    ---------------------------------------x
15   MARVEL CHARACTERS, INC.,
16        Plaintiff and Counterclaim-Defendant,
17   v.
18   PATRICK S. DITKO, in his capacity as
    Administrator of the Estate of Stephen J.
19   Ditko,
20        Defendant and Counterclaimant.
    ---------------------------------------x
21
22      VIDEO DEPOSITION OF ROY WILLIAM THOMAS, JR.
23                 January 20, 2023
24                    8:49 a.m.
25              Charlotte, North Carolina

Page 2

1          ROY WILLIAM THOMAS, JR., pursuant to Federal Rule of

2     Civil Procedure 30, held at the offices of Nelson Mullins

3     Riley & Scarborough in the Foster Conference Room A, located

4     at 301 South College Street, One Wells Fargo Center, 23rd

5     Floor, Charlotte, North Carolina 28202, before

6     Audra Smith, a realtime court reporter and

7     a Notary Public of the State of North Carolina.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2                    A P P E A R A N C E S :
 3
     O'MELVENY & MYERS LLP
 4   Attorneys for Marvel Characters, Inc.
     1999 Avenue of the Stars, 8th Floor
 5   Los Angeles, California 90067
     Telephone: (310) 553-6700
 6
                   BY:  MOLLY M. LENS, ESQ.
 7                 mlens@omm.com
                   MATTHEW KAISER, ESQ.
 8                 mkaiser@omm.com
                   DANIEL M. PETROCELLI, ESQ.
 9                 dpetrocelli@omm.com
                   SALVATORE J. COCCHIARO, ESQ. (Via Zoom)
10                 scocchiaro@omm.com
11   TOBEROFF & ASSOCIATES, P.C.
     Attorneys for the Defendants
12   23823 Malibu Road, Suite 50-363,
     Malibu, California 90265
13
                   BY:  MARC TOBEROFF, ESQ.
14                 mtoberoff@toberoffandassociates.com
                   JAYMIE PARKKINEN, ESQ. (Via Zoom)
15                 jparkkinen@toberoffandassociates.com
16   ALSO PRESENT:
17   DAVID COOPER, Videographer
     ELI BARD, Marvel Entertainment, (Via Zoom)
18   Alec Lipkind, The Walt Disney Company, (Via Zoom)
19
20
21
22
23
24
25
```

Page 17

1    exciting which is almost a contradiction.  They were

2    both adult and an exciting approach.  So it was very

3    flattering to be offered a job, you know, by him.

4    And just seemed more exciting to me to be with a

5    small company instead of this large, departmented

6    company where you had ten editors each with his own

7    little cubicle.

8         Q    And you said that you admired so much

9    what Stan was doing with the artists.  What did you

10   mean by that?

11        A    Well, just the stories that came out, the

12   characters they invented and their approach, which

13   was to make them more human.  They had more

14   personality.  Because of the artists they had, as

15   well as Stan's direction, they had -- they were much

16   more exciting than the DC Comics visually, because

17   the artists, especially Kirby and Ditko, were just,

18   you know, brilliant.  I had been fans of them, you

19   know, since a kid.  And the combination of the three

20   of them was, I felt, kind of revolutionizing comics.

21   And to be a part of that was really interesting,

22   even though I kind of liked DC's characters better

23   in a way, so it was just a challenge.

24        Q    You mentioned Stan's direction, what was

25   Stan Lee's position at Marvel Comics?

1          And there was one woman there who was

2     sort of working on commercial comics, I vaguely

3     recall but she was gone in a couple weeks, and so

4     was Steve within a month or two.

5          Q     And how about non-staff folks?  Were

6     there freelance artists and writers working with

7     Marvel at this time?

8          A     Yes.  The freelance writers, mostly

9     artists, were in and out of the office.  Some of

10    them never came in.  They mailed everything from

11    either Long Island or wherever, even though it was

12    fairly close.  Others came in once a week or

13    whatever the occasion demanded.  Some had sort of

14    regular schedules, like Jack Kirby.  Others had

15    irregular schedules and just show up whenever it was

16    time.  But there were freelancers.

17          And sometimes Sol would call a freelancer

18    in, a letterer or an artist to come in, either

19    because he had to keep an eye on him to make sure he

20    finished the job on deadline or simply because they

21    had something that had to be corrected or changed

22    and they needed more work than just the one

23    production person could do.

24          And they would just sit there with a

25    chair at a little rough desk, because we had so

Page 25

1    little equipment, and just, you know, do the best

2    they could.  But most of the artwork, of course, and

3    writing was done outside the office, and they just

4    came in occasionally.

5         Q     And did you watch Stan Lee and Sol

6    Brodsky interacting with the freelancers and

7    artists?

8         A     Yes.  Not all the time, but from time to

9    time, Stan would want me to.  If he did it in his

10   office, of course, that was a closed office and, you

11   know, I didn't see or hear.  But if he called me in,

12   I would sit there.  And occasionally he did that.

13            And he would call me in often to go over

14   notes every morning, just about that he was in,

15   which was usually three days a week or so.  He

16   would -- Sol Brodsky would stand on the right-hand

17   and I on the left at this standing drawing board

18   that Stan used for proofreading and talking, and he

19   would tell us about the -- go over what he had

20   written, what he had proofread and edited, with

21   notes, mostly for Sol, and with a lot of asides to

22   me because he wanted me to learn what he had done,

23   why he had done it.  It was really a teaching

24   experience for me at the same time that he was

25   giving Sol his production directions.  That was an

1      A      Go ahead.

2      Q      And what do you mean that you were

3   allowed to do it as a freelance assignment?

4      A      I vouchered separately for that at a page

5   rate.

6      Q      Do I understand you were paid separately

7   and paid differently for a --

8      A      Yes.  And it came on a different check.

9      Q      And how were you compensated for your

10   freelance writing?

11      A      You mean the rate or --

12      Q      Yes.

13      A      Well, originally, I think it was $10 a

14   page.  It went up a little bit, but I think it was

15   $10 a page at the time.

16      Q      And that was in addition to your salary,

17   correct?

18      A      Yes.

19      Q      And what -- what were your

20   responsibilities as a freelance writer?

21      A      Just to write whatever Stan told me to

22   write.

23              At first, the first several things were

24   mostly just writing dialogue for a couple of stories

25   that he had worked on with the artists that had

```
1        A      Yes.

2        Q      -- which was a half romance, half humor.

3        A      Yes.

4        Q      Did you also do freelance writing for

5    Marvel's superhero comics?

6        A      In a little while.  The first three

7    things I did of the so-called superheros, although I

8    wrote them almost entirely outside staff time, I

9    found out they were counted as part of my staff job,

10   so I was not paid extra for them.  I thought I would

11   be, but I just misunderstood.

12              Within a short time, after that change in

13   jobs after those three stories, everything else was,

14   of the writing, was freelance.  Those are the only

15   three stories I wrote on staff.

16       Q      And the first three stories that you

17   wrote on staff for the superheros, what were those,

18   if you remember?

19       A      Yes.  Very vividly because they were real

20   learning experiences.

21              The first was to dialogue a story,

22   plotted by Stan and written by Gene Colan, his first

23   Iron Man stories, which was in Tales of Suspense

24   Number 73.

25              And while I don't remember the numbers of
```

1    those, the next two were to dialogue stories that

2    had been plotted and roughly penciled by Steve Ditko

3    of Dr. Strange, two 10-page stories.  Each of them

4    was like a half a comic.

5         Q    Okay.  We'll come back to some of these

6    superhero comics in a little bit.  But roughly --

7    this is 1965?

8         A    Yes.  September, October.

9         Q    And you testified earlier that you

10   reported to Stan Lee for your salaried position,

11   whether that was as a staff writer or as the

12   editorial assistant; is that correct?

13        A    Yes.

14        Q    And did that -- did you also report to

15   Stan Lee as a freelance writer?

16        A    Yes.

17        Q    Anyone else that you reported to?

18        A    Well, a lot of it went through the

19   production manager, Sol Brodsky.  But I always

20   understood that Sol was acting for Stan and that

21   virtually anything he told me, you know, or asked me

22   to do, with his expression, you know, "Do me a

23   favor," was always -- you know, basically it was as

24   part of my, you know, job for Stan.  So he wasn't

25   really, like, my superior but he was speaking for

Page 31

1    him, so -- and we had no problems over that.

2        Q    And did there come a time at Marvel where

3    your position changed again?

4        A    Well, the next time was around the end of

5    '66, turn of '66-'67 when Stan hired a second

6    writer, a friend of mine from Missouri that I had

7    suggested to him, who also took a writer's test,

8    named Gary Friedrich, and Stan took the two of us

9    out to lunch to -- just to talk over things and

10   get -- you know, Gary was fairly new at the company.

11           And on the way there, Stan suddenly said,

12   "Well, you know, we need some titles around here, I

13   decided."  So he says, "Roy, from now on, you're the

14   associate editor."  I had never known what I was

15   before that.  And he said, "Gary, I guess, you're

16   newer, so you're the assistant editor."

17           That was how I learned what my new

18   situation was.  It didn't involve any kind of

19   change, particularly.  I mean, you know, it was just

20   doing more of the same kind of thing and maybe

21   supervising Gary a bit.

22       Q    And who did you report to as the

23   associate editor for Marvel Comics?

24       A    To Stan.

25       Q    And were you still doing freelance

1    writing for Marvel Comics when you were an associate

2    editor?

3         A     Yes.

4         Q     And the -- your compensation structure

5    remained the same, salaried for the editorial work,

6    and per page rate for your freelance work?

7         A     Yes.

8         Q     How long did you hold the title associate

9    editor at Marvel?

10        A     Until -- from that time until -- I don't

11   know if it's spring or very early summer, exactly,

12   of 1972, when Stan became publisher and president.

13        Q     So I take it, in 1972 Stan Lee got

14   promoted?

15        A     Yes.

16        Q     And you received a promotion as well?

17        A     Yes, of sorts.

18        Q     Okay.  And what position were you

19   promoted into initially when Stan Lee got promoted

20   to publisher and president of Marvel Comics?

21        A     Stan liked to hold onto titles, or at

22   least not give them out, so he promoted me to story

23   editor, which although, again, I probably would have

24   had -- I would have been dealing with art, but it

25   was more to do with the story because he still

Page 34

1   things to do.

2        Q     And you mentioned that there was an

3   assistant art director.  Who was that?

4        A     His name was Frank Giacoia,

5   G-I-A-C-O-I-A, who was an artist, mostly an inker.

6        Q     Okay.  And when did, if you recall, Frank

7   Giacoia --

8        A     -- "Coia."

9        Q     "Coia."

10              -- join Marvel?

11       A     Well, he had been a freelancer up to this

12  time, off and on, also for DC Comics.  He went back

13  and forth.  But he'd been in the field since the

14  '40's -- early, middle '40s, certainly the latter

15  '40s.  And he had been working for Marvel off and

16  on, bouncing between Marvel and DC for the last, you

17  know, really almost ever since, you know, Marvel

18  becoming Marvel in the early '60s.

19       Q     What do you mean when Marvel became

20  Marvel in the early 1960s?

21       A     Well, Marvel had had very little identity

22  as a company in the 1940s.  Nobody -- as a kid,

23  nobody knew what to call it because they didn't have

24  a symbol like DC, DC or others on the company.  They

25  had the term "Timely", which was sort of the

1   official name but they almost never used it on the

2   cover, except very rarely.  They had a little shield

3   symbol they used once or twice.

4           So, and then in the '50s, when Martin

5   Goodman formed his own distribution company in the

6   early '50s called Atlas, they put that symbol on the

7   cover.  And it was actually a distribution symbol,

8   but because it was on all the comics, they sort of

9   became known to the kids and the readers as Atlas

10  Comics, but it was still Timely to the people who

11  worked there.

12          And although they used the name Marvel on

13  the covers in the late '40s on two different periods

14  of six months to a year each -- and that's what I

15  always called them in the late '40s from the age of,

16  you know, 6, 7, 8 years old, I always thought of

17  them as Marvel, but they didn't start using that

18  term officially, as far as people were concerned,

19  until 1963, so in '63.  Although Martin Goodman had

20  been using it in -- as early as 1961 in letters of

21  communication to retailers and so forth, through

22  independent news, they referred to it as Marvel

23  Comics, but they hadn't used it in the actual books

24  until 1963.  Marvel just took a while to find its

25  identity as a title.

1    the responsibilities of the assistant art director,

2    or you just started supervising that individual?

3         A    Basically, supervising him.  He -- that

4    particular person wasn't there much longer, but

5    suddenly he was reporting to me instead of having to

6    report to Stan.

7         Q    And who took over as the assistant art

8    director from Frank Giacoia?

9         A    We didn't really have one for a while.

10   The unofficial art director was the artist John

11   Romita, who had actually been hired more to draw

12   comics, but because he was there in the office and

13   he was so good at it and he understood what Stan

14   wanted, he became like -- we thought of him as the

15   art director, and Stan kind of treated him that way,

16   even though it took a while.  It was several years,

17   I think, before he actually got that title.

18        Q    How long did you act as Marvel Comics'

19   editor-in-chief?

20        A    About two to two and a half years, from

21   whenever I got it until like -- I quit right before

22   Labor Day, and I was around for another two or three

23   weeks until my replacements came back from vacation,

24   so it was September of '74.

25        Q    And during the time period that we've

Page 40

1    been discussing, 1965 through 1974, did you have an

2    employment agreement with Marvel?

3         A    I had no written employment.  It was all

4    verbal with Stan Lee on behalf of the company.

5              MR. TOBEROFF:  Excuse me.  I just need to

6         take a quick bathroom break.

7              MS. LENS:  Okay.  We'll go off the

8         record.

9              THE VIDEOGRAPHER:  The time is

10        approximately 9:39:42 a.m.  We're now off the

11        record.

12             (A recess was taken from 9:39 a.m. to

13        9:43 a.m.)

14             THE VIDEOGRAPHER:  The time is

15        approximately 9:43:08 a.m.  We are now on the

16        record.

17   BY MS. LENS:

18        Q    Mr. Thomas, before the break, you were

19   saying you didn't -- prior to 1974, you didn't have

20   a written employment agreement with Marvel but you

21   had an oral agreement with Stan Lee on behalf of the

22   company; is that right?

23        A    Yes.

24        Q    Okay.  And to your understanding, were

25   there any conditions that were imposed on you as a

Page 51

1      Q    And did Stan Lee accept that proposal by
2  you on behalf of Marvel Comics?
3      A    After about 20 minutes.
4      Q    And so do I understand that when you
5  transitioned from editor-in-chief to a writer/editor
6  position, you didn't have to answer to Marvel
7  Comics' new editor-in-chief?
8      A    No.  I cooperated with him, but I was not
9  subject to them.  Their books were entirely my
10 decision as to what to do and what to do with them,
11 as long as Stan didn't overrule me, you know.
12     Q    Let's look at another document which we
13 will mark as Exhibit 71, which is Bates stamped
14 2021MARVEL-88673.
15          (Exhibit Number 71, Employment Contracts
16      & Correspondence from Roy Thomas, Confidential,
17      9/1/74, Bates 2021MARVEL-88673 to 88680, was
18      identified.)
19     A    Okay.
20     Q    Do you recognize what's been marked as
21 Exhibit 71?
22     A    Yes, I do.
23     Q    What is it?
24     A    It is my contract by -- what I refer to
25 as my writer/editor contract with Marvel Comics as

Page 52

1    of September 1, 1974.

2         Q     Was this your first written agreement

3    with Marvel Comics?

4         A     Yes.

5         Q     On the very last page, Mr. Thomas, you

6    can see that there is a signature there above Roy

7    Thomas; do you see that?

8         A     Yes.

9         Q     Is that your signature?

10        A     Yes, it is.

11        Q     Can I turn you to paragraph 4(b) of the

12   agreement --

13        A     Okay.

14        Q     -- which is entitled Editorial

15   Stipulations.

16        A     4(b), right.

17        Q     Do you see it provides that, quote,

18   "Selection as to the magazines or features written

19   by Employee" --

20              And that's a reference to you, correct?

21        A     Yes.

22        Q     "-- by Marvel, as well as of the artists,

23   letterers, and colorists thereof, shall be

24   determined by employee, subject only to the

25   discretion of the publisher of Marvel."

```
                                        Page 59
 1          A       Yes.

 2          Q       And why did you quit in 1980?

 3          A       A severe dislike for the latest

 4   editor-in-chief and feeling he had lied to me in

 5   various capacities while I was preparing a third

 6   contract.  And I -- so I decided to accept offers

 7   from DC Comics instead.

 8          Q       And who was the editor-in-chief that

 9   you're referring to?

10          A       Jim Shooter.

11          Q       And I take it there were -- you had

12   disagreements with Mr. Shooter over the terms of

13   your continued work with Marvel; is that fair?

14          A       Yes.

15          Q       And you then joined DC Comics; is that

16   right?

17          A       Yes, under contract.

18          Q       And how long were you at DC?

19          A       Under contract, six years.  Two,

20   three-year contracts.

21          Q       What was your position at DC?

22          A       Initially, I was a writer.  I got various

23   editorial things added over the time, both

24   informally -- the second contract may have had

25   something written into it.  I don't recall.  But I
```

Page 60

1    was sort of named a sort of writer/editor again

2    later after two or three more years more informally.

3        Q    And let me circle back to when you first

4    had a written agreement with Marvel starting in

5    1974.  You testified previously that you understood

6    when you joined Marvel, that Marvel would have all

7    of the rights to the characters and stories that you

8    worked on.  Did that remain true to your

9    understanding under your 1974 agreement?

10        A    Yes.

11        Q    And you mentioned that you had two other

12   written agreements with Marvel following the 1974

13   agreement; is that right?

14        A    No.  One other.  There were two,

15   three-years.

16        Q    Two, three-years.  Got it.  Thank you.

17             Put differently, did your

18   understanding -- strike that.

19             Did you have the understanding for the

20   entire tenure that you worked with Marvel that

21   Marvel would have all of the rights, including

22   copyrights and anything that you worked on at

23   Marvel?

24             MR. TOBEROFF:  Leading.

25        A    Yes.

Page 83

1        Q     Okay, thank you.  And you're also aware

2   that Steve Ditko's brother is seeking to terminate

3   purported grants to Marvel on comics that Steve

4   Ditko worked on during the relevant time period,

5   correct?

6        A     Yes.

7        Q     Okay.  And did you know Steve Ditko?

8        A     Yes.  Less well than the others, but I

9   did know him, and we talked, and he was at a party

10  at my house even once or twice, and I ran into him

11  on the street once or twice and so forth back in

12  that period.

13       Q     And did you work on any comics at Marvel

14  with Steve Ditko during the relevant time period?

15       A     Yes.  The second and third hero-type

16  stories I did were to dialogue two Doctor Strange

17  stories that he had plotted and roughly penciled at

18  that stage.

19       Q     Now today I may refer to Larry Lieber,

20  Don Heck, Don Rico, Gene Colan, and Steve Ditko as

21  "the defendant contributors."

22             Will you understand if I use the term

23  "defendant contributors" --

24       A     Yes.

25       Q     -- that I'm referring to those five?

Page 84

```
 1      A     Yes.
 2      Q     Why don't we go ahead and take a break.
 3      A     All right.
 4            THE VIDEOGRAPHER:  The time is 10:59
 5      approximately 10:42:52.  We are now off the
 6      record.
 7            (A recess was taken from 10:42 to
 8      a.m.)
 9            THE VIDEOGRAPHER:  The time is
10      approximately 10:59:12 a.m.  We are now on the
11      record.
12   BY MS. LENS:
13      Q     Mr. Thomas, right before the break, you
14   testified that you worked on two Doctor Strange
15   stories with Dr. -- with Steve Ditko; is that
16   correct?
17      A     Yes.
18      Q     Okay.  I'd like to show you what I'm
19   going to go ahead and mark as Exhibit 73.
20            (Exhibit Number 73, Marvel Comics Group
21      Notepad note from Roy to Jerry with comic
22      samples, 2021MARVEL-0050273 to 50278 was
23      identified.)
24      A     Oh, yes.
25      Q     Do you recognize Exhibit 73.
```

Page 85

1          A      Oh, yes.

2          Q      What is it?

3          A      The top page is the -- a letter I wrote

4    to my friend Jerry Bails, who was a college

5    professor who started the magazine AlterEgo with my

6    help.  I was writing him on Marvel stationary to

7    send him some -- the notes, I would call them, on

8    the Steve Ditko story because he liked to collect

9    art or scripts from comic books of any kind, and

10   this was the closest -- rather than giving him the

11   finished script of the dialogue, he'd rather see

12   Steve Ditko's notes on the story because it was such

13   a different way of doing comics from what he was

14   used to.

15         Q      Okay.  So the first page, that's your

16   handwriting?

17         A      That's my letter in my handwriting, yes.

18         Q      Okay.  When did you write this letter to

19   Mr. Bails?

20         A      Well, it's dated, so I assume October 28,

21   someone's added the year, which would have been '65.

22         Q      Is that consistent with your

23   recollection --

24         A      Yes.

25         Q      -- of when you wrote the letter?

1        A     Yes, it is.

2        Q     Okay.  And in the letter, am I reading

3   your handwriting correctly where you say that:

4   Thought you might like a souvenir.  Ditko's plot for

5   first Doctor Strange tale I did.

6             Do you see that?

7        A     Yes.  The word "plot" is probably -- you

8   know, it was -- or his notes about his plot, it was

9   just a short form, I guess, of saying it, but it

10  really told what was going on, so I just referred to

11  it as the plot.

12       Q     Okay.

13       A     Which is all I ever got besides the

14  artwork.

15       Q     Okay.  And prior to that, in the letter

16  you say:  Am at work, in middle of a Patsy & Hedy

17  comic book (which Stan doesn't even bother to read

18  now, along with the last Millie.  He's made me

19  semi-official "editor" of those two books a month -

20  three titles.

21             Do you see that?

22       A     Yes.

23       Q     Did I correctly read that?

24       A     Yes.

25       Q     Okay.  And what did you mean that --

1    well, which -- strike that.

2            Which books were you referring to when

3    you say "Stan doesn't even bother to read them now"?

4        A    The titles were Patsy and Hedy, Millie

5    the Model, and the other one was Modeling with

6    Millie which was the second bimonthly book with the

7    same character.

8        Q    And were any of those superhero books?

9        A    No.

10       Q    Okay.  Let's turn -- flip the page.

11           And can you tell me what the balance of

12   the document is, please.

13       A    Yes.  It alternates between the -- to a

14   copy of the typewriter sheet page that I was given

15   along with Steve Ditko's original penciled art for

16   this Doctor Strange story.  These were his notes

17   with a couple of words just to make sure, since they

18   were very, very rough pencil since he was going to

19   ink it, they told me basically what was going --

20   what was going on so I wouldn't have to try to, you

21   know, make sure I -- so I would make sure I knew

22   what was going on exactly and wouldn't get something

23   wrong in the story.

24       Q    And so the artwork that we see on page --

25   for example, 274, is that reflective of the detail

Page 88

1    of the pencils that you received from Steve Ditko?

2         A    Well, this is the finished artwork inked.

3    What I got was much rough, the figures were like

4    little ballons and you could tell what the hands and

5    arms were, that there was a little bit of background

6    and so forth.  But it was very sketchy.  If he were

7    going to have -- if he were not going to ink the

8    story, he would have done it in more detail.  But

9    since he was going to ink it, he only needed enough

10   for him and me to be able to see.  This was actually

11   first done with the idea that Stan would write it.

12        Q    Why do you say that this was first done

13   with the idea that Stan would write it?

14        A    Because Stan had been writing the -- for

15   the last year or so, Stan had been the scripter of

16   all the Doctor Strange stories.

17        Q    Who, if anyone, asked you to become the

18   writer on this Doctor Strange story?

19        A    Stan Lee.

20        Q    And did you have an understanding of who

21   decided who would be the artist on the -- this

22   Doctor Strange story?

23        A    Well, I knew that Stan had decided that

24   Steve Ditko would.  He had been doing it since the

25   beginning.

Page 89

```
 1        Q      And what was the basis for your
 2   understanding that Stan Lee had decided that Steve
 3   Ditko would work on this comic?
 4        A      Stan made all the artist assignments.
 5        Q      And was that true over the entirety of
 6   the relevant period, that is 1962 to '75 to your
 7   understanding?
 8        A      Yes.  Sometimes the production manager
 9   would make certain inking decisions because -- you
10   know, in a hurry, but he would -- they would always
11   be subject to Stan.  Even if they were made, they
12   were made in Stan's name, and they could be canceled
13   or changed if Stan wanted that.
14        Q      And so when we see the words on page 273
15   which is the second page of the exhibit, "Found
16   place to hide.  Must move fast."
17               Do you see that?
18        A      Oh, this, yes.  That's -- yes -- Steve's
19   writing, yes.
20        Q      And what did that mean to you?
21        A      Well, it was in the middle of a story I
22   continued from the preceding month's story, so I had
23   that to look at, too, with all written and drawn
24   out.
25               And Doctor Strange was fleeing some
```

Page 90

1    enemies of his.  He was kind of trussed up, and so

2    forth, with his body.  So he was trying to find a

3    place for his body, his physical body to hide so

4    that his enemies couldn't find him and destroy him.

5    And he had to send out his astral self since he was

6    a sorcerer to find a hiding place for him.

7              It was just to convey a sense of, not

8    just what he was doing, but that there was a sense

9    of urgency.

10        Q     And does that correspond to the drawings

11   that follow on page 274?

12        A     Yes.  I -- you know, I added different

13   things to it as I was fleshing it out, but sort of

14   took that and just did whatever I felt I should do

15   with it.

16        Q     And you can see on page 274 the credit

17   box?

18        A     Yes.

19        Q     And based on your working on this comic

20   issue, are those credits accurate?

21        A     Yes.

22        Q     And it says, for example, "Edited and

23   rehashed by Stan Lee."

24              What does that mean to you?

25        A     Well, besides being the editor of a

Page 92

1       Q     And -- strike that.

2             Understanding that this comic that we're

3    looking at was at the beginning of your tenure with

4    Marvel, to your understanding, did Stan Lee retain

5    the ability to ask you to make revisions to your

6    work during the entirety of the relevant time

7    period?

8       A     Yes.

9       Q     Okay.  We can put that one aside, thank

10   you.

11            Did Steve Ditko -- did there come a time

12   when Steve Ditko stopped working with Marvel after

13   you arrived in '65?

14      A     Yes.

15      Q     And when was that?

16      A     I'm not sure exactly.  It was near the

17   end of the year.  Either right before or after

18   Christmas.  Sometime within a few weeks of

19   Christmas, I think, but it was near the end of the

20   year.

21      Q     Okay.  So let me go ahead and mark as

22   Exhibit -- can you help me?  Mark as Exhibit 62.

23      A     Uh-huh.

24      Q     A document that's been Bates stamped

25   2021MARVEL-71288.

1       Q       Approximately.

2       A       -- the end of the '60s.  '69, '70.

3               Before that, I had worked with him for

4   about a year or so on Doctor Strange, and that, too,

5   was another year.  And again, I don't have any

6   memory -- that was where the cover was that Martin

7   Goodman didn't like, but I don't have any memory of

8   ever rejecting -- or Stan, who was then the official

9   editor, ever rejecting any of his work on that or

10  very many things.

11      Q    Okay.  And I'd like to try to get a sense

12  of the volume of comics that Marvel is producing per

13  year.

14               In the 1960s, let's say, when you joined,

15  how many superhero -- second half of the '60s, how

16  many superhero comics was Marvel publishing a month?

17      A       There were around eight or so.  Not

18  counting the westerns and the Millie the Model

19  stuff.  There were around eight, all of which pretty

20  much, by that stage, Stan had taken back the writing

21  of.

22      Q    Okay.  So about eight or so per month?

23      A       Yeah, a month.

24      Q       Superhero comics?

25      A       Yeah, yeah.

1      A     Yes.  I think the freelance and staff

2    checks were separate, but they were all both checks.

3      Q     Okay.  And how would you receive your

4    freelance checks from Marvel?

5      A     Somebody came down and handed them out at

6    the office, on Friday.  I don't remember if the

7    freelance was every week or every other week or

8    something, you know, but I think the staff was every

9    week and so forth, so they were just kind of

10   overlapping.  Some weeks I got freelance and some I

11   didn't.

12     Q     Okay.  And how about your salary checks,

13   how did you receive those?

14     A     That was a check handed to me at the

15   office.

16     Q     Who would hand you your checks?

17     A     I think it was some executive from

18   Magazine Management or he might have given it to Sol

19   Brodsky and Sol handed them out.  It probably

20   varied.  As long as I got the check, I almost didn't

21   remember.

22     Q     Do you recall who the payor on your

23   checks was during the 1960s?

24     A     Well, as far as I knew, I think it was

25   Magazine Management, which is the overall name of

1      the company which I had never heard before I went to

2      work for them.

3          Q     And you testified previously that you

4      recalled that at least some of the checks you

5      received contained language on the back of them?

6          A     Yes.

7          Q     Do you recall what that legend said?  And

8      if it varied over time, please let me know.

9          A     I think there might have been a couple of

10     versions.  They -- what they all amounted to was

11     that -- paraphrase in some way, I don't know, but

12     basically it was saying that I was -- you know, I

13     was signing this check, and I had no ownership, you

14     know, of -- or claim on, you know, anything I had

15     done for the company and so forth.  It was just a

16     legalese way of saying things -- saying that as far

17     as I could wade through it.

18         Q     Do you have a copy of any of the checks

19     that you received during the '60s -- strike that.

20               Do you have a copy of any of your checks

21     you received from Marvel during the relevant time

22     period?

23         A     Sadly, no.

24         Q     And did you receive royalties on the sale

25     of any comic books that you worked on in the '60s or

Page 142

1    during the relevant time period, is it your
2    understanding that they were also paid on a per-page
3    rate?
4        A    Yes.
5        Q    And same question with respect to
6    freelance artists, how were they paid during the
7    relevant period?
8        A    There was a page rate, you know, for
9    penciling, for inking, separate rates.  Or if they
10   did them both, they got, you know, the same.  But it
11   was a page rate.
12       Q    Same page rate -- strike that.
13            Colorists and letterers were also paid on
14   a per-page rate; is that correct?
15       A    Yes.
16       Q    And to your understanding, did any
17   freelance contributors at Marvel during the 1960s
18   get paid royalties or other profit participation on
19   the comics that they worked on?
20       A    I'm not aware of any.  I thought not.
21       Q    And did the -- to your understanding, did
22   the per-page rate that Marvel agreed to pay the
23   freelancers, did that include any revisions that
24   were requested by Marvel?
25       A    It was just a flat rate.  Marvel didn't

1    generally pay extra for revisions.  There might have
2    been exceptional cases and so forth that I didn't
3    even hear much about.  But generally speaking, if
4    you just -- you know, if you had to revise
5    something, they felt you hadn't done it right in the
6    first place or something, sometimes it was a source
7    of friction, but that was the rule.
8         Q    And in your experience on the occasion
9    when pages may have been rejected by Marvel for
10   freelancers, would they still be paid for those
11   rejected pages?
12        A    I didn't usually see the record.  They
13   had probably been paid for them in the first place,
14   but they weren't going to be paid to, you know, redo
15   them.
16        Q    Looking back at Exhibit 62, which is your
17   AlterEgo 50.
18        A    Yes.
19        Q    And I'd like to direct your attention to
20   314.
21        A    314.  Okay.  All right.
22        Q    And you see that the highlighted part
23   towards the bottom of the page, "Stan made it
24   possible for guys like him and Bill to go on working
25   and nobody was looking to get rid of them.  In fact,

Page 239

1    they do offer it.

2        Q    Are there sums of money that Marvel is

3    supposed to pay you in the future let's say over the

4    next five years?

5            MS. LENS:  Objection to form.

6        A    Not counting -- only if they ask me to do

7    a comic or certain things if they pay -- if they

8    reprint my material, you know, they -- they're not

9    legally obligated to, but they make their incentive

10   payments there for publishing material of mine from

11   years ago that they reprint.  And I get some money

12   for characters that I helped develop that are used

13   in films or TV.  But that just comes in -- it's

14   totally dependent on what they do, whether they use

15   them.

16   BY MR. TOBEROFF:

17       Q    So when they reprint a comic book that

18   you've written, they pay you incentive payments I

19   think you called them?

20       A    That's the term they used, incentive

21   payments, yes.

22       Q    And what do you mean by they're not

23   legally obligated to pay you?

24       A    Well, I wrote -- when I wrote the comics

25   years ago, I wrote them for Marvel, and I have no

Page 240

1    rights to them.  But they felt it a matter of

2    practicality and goodwill with me and many other

3    people.  They just prefer to, you know, pay us a

4    certain little bit of money depending upon the sales

5    of the books that have our material in them.

6         Q    So it's up to their discretion?

7         A    Yes.  Although, they seem to have a

8    formula of some sort.  It's not just somebody

9    decides to dole me out money.  But I'm not privy to

10   every detail of what the thing is, but I can tell,

11   you know, that it's a certain percentage of what

12   they get.  I get a little tiny percentage of that,

13   or whatever, if that's, you know.

14        Q    Does the majority of your current Marvel

15   income currently consist of those reprint payments

16   or incentive payments?

17        A    Yeah.  Between reprints and things

18   related to, again, TV or streaming or movie use of

19   characters, you know, that would be the great

20   majority of about one-third of my income that I get

21   from Marvel.

22        Q    And are those also incentive payments if

23   they use a character for a comic book you worked on

24   as source material for film or television?

25        A    That's covered by something else.  They

1   started maybe a decade ago called a character

2   agreement, which they offered in which they said

3   they would, you know -- when I signed the agreement,

4   they would, you know, pay me the -- certain sums

5   depending upon, you know, if -- you know, how

6   much -- what percentage of it was that character as

7   opposed to some other character and whether it was a

8   feature film or an hour TV show or, you know.  Some

9   of it comes from toys, models and everything.

10  Models I would have called them, but they call them

11  action figures now.

12      Q    Are those payments discretionary as well?

13  They're not obligated to make those payments?

14      A    No, they're discretionary.  I mean, I

15  don't -- they don't have any legal obligation to

16  offer me any of that, give me any of that.

17      Q    And you referred to an agreement in

18  connection with those payments.  What agreement are

19  you referring to?

20      A    It's called the character agreement,

21  something like that, from about ten years ago.  Ten

22  years ago, maybe a little more.

23      Q    Do you have a copy of that agreement?

24      A    I do.  I don't have it here.  I have it

25  at home electronically and so forth.

1      Q     Now, you testified that you started

2  working for Marvel -- well, you said you started

3  working for Marvel in July of 1965; is that right?

4      A     Yes.

5      Q     And at that time wasn't Marvel the name

6  given for the comic book division of Magazine

7  Management?

8           MS. LENS:  Objection to form.  Objection

9      to the extent it calls for a legal conclusion.

10     A     It was.  I don't know how formal it was.

11 We knew it as Marvel Comics.  But of course it was

12 just a sort of a division or whatever of Magazine

13 Management.  I discovered when I got to New York.

14 BY MR. TOBEROFF:

15     Q     Do you know whether -- do you believe

16 Magazine Management was an actual corporation?

17           MS. LENS:  Objection.  Lacks foundation.

18     A     I didn't see any papers.  It seemed to be

19 that was the day that I first showed up at the

20 address there to pick up my writer's test.  It

21 didn't say Marvel Comics anywhere.  The door said

22 Magazine Management, which is the first time I had

23 ever heard the expression.

24 BY MR. TOBEROFF:

25     Q     Between 1960 -- I think you also

1    Q    And you were working there when Perfect

2    Films bought Marvel, correct, in 1968?

3    A    Yes.

4    Q    After 1968 were your paychecks issued by

5    Perfect Film & Chemical?

6    A    I don't remember what was on it.  I think

7    Perfect Film, and of course they changed their name

8    pretty quickly the next year to Cadence.  So I don't

9    remember what was on the checks specifically.  You

10   know, it's been so long.  It's been, you know, what,

11   over 50 years.  I really don't recall.  And I didn't

12   save any of them or seen any sense.

13   Q    And do you know whether Perfect -- did

14   Perfect Films just buy the Marvel Comics business,

15   or did they buy more businesses of Magazine

16   Management, to your knowledge?

17          MS. LENS:  Objection to form.  Lacks

18       foundation.

19   A    My understanding was they bought Magazine

20   Management, and Marvel Comics was a part of it.  And

21   it was part of the reason they bought it, but I

22   didn't know that in detail.  I was not involved with

23   any of that, and nobody ever filled me in with any

24   hard information about it.

25

Page 248

1   witness?

2        A     That's why I said no.  I don't know what

3   percipient is.

4        Q     A percipient witness is a witness who

5   testifies as to things they actually perceived,

6   things they actually witnessed with their senses.

7              Do you understand that?

8              MS. LENS:  Objection to the extent that

9         it calls for a legal conclusion.

10       A     Well, witness, I wonder how much I had to

11  exactly see everything as opposed to simply know

12  some things.  But, yes, I realize it's mainly just

13  for my personal recollections and not for expertise

14  as one on mergers and conglomerates.

15  BY MR. TOBEROFF:

16       Q     No, it's about your personal recollection

17  of things that you actually witnessed.

18             MS. LENS:  I'm going to object, Marc.

19        He's here as a fact witness.  You're not

20        allowed to mischaracterize what a fact witness

21        is entitled to do in an attempt to somehow

22        limit his testimony.  Ask your questions, and

23        he'll answer them.

24  BY MR. TOBEROFF:

25       Q     Now, I want you to understand that when I

1    ask you questions, I'm asking you questions based on

2    your personal knowledge as a percipient witness, not

3    based on your expertise as a comic -- as a comic

4    book historian.

5            Do you understand that?

6        A    Yes.  I'm here mostly for my memory.

7        Q    Now, do you also understand that since

8    you started work at Marvel in July of 1965, you are

9    not a percipient witness as to things that went on

10   at Marvel before 1965?

11           MS. LENS:  Objection.  It's

12       argumentative.  Objection to the extent that it

13       calls for a legal conclusion.

14           Are you asking for the legal -- the --

15           MR. TOBEROFF:  Please don't coach the

16       witness.

17           MS. LENS:  No.  I --

18           MR. TOBEROFF:  Please don't coach the

19       witness.

20           MS. LENS:  I don't understand the

21       question.

22           MR. TOBEROFF:  That's okay.

23           MS. LENS:  Do you understand the

24       question, Mr. Thomas?

25       A    Well, that percipient thing still kind of

Page 250

```
 1    throws me because while I generally understand it,

 2    but, you know, I'm here to tell the things I

 3    remember, and --

 4    BY MR. TOBEROFF:

 5         Q      Did you personally witness things at

 6    Marvel before July 1965?

 7         A      Yes.  To that extent, no, I did not.

 8         Q      Thank you.

 9              MS. LENS:  He is allowed to testify as to

10         what other parties may --

11              MR. TOBEROFF:  You're making a speaking

12         objection.

13              MS. LENS:  Hold on.  No.

14              MR. TOBEROFF:  You're making a speaking

15         objection.  No, I'm sorry.

16              MS. LENS:  He's allowed to testify --

17              MR. TOBEROFF:  You're making a speaking

18         objection.  I'm not going to let you coach the

19         witness.

20              MS. LENS:  He's allowed to testify as to

21         what --

22              (Overlapping speakers.)

23              MR. TOBEROFF:  Stop coaching the witness.

24         Let me conduct my deposition.  Your doing that

25         only exhibits desperation and helps me.
```

Page 251

1    BY MR. TOBEROFF:

2         Q    Mr. Thomas, I'll represent to you that

3    all of Larry Lieber's works in and question in this

4    case were published before 1965.  Specifically I'm

5    talking about Tales to Astonish, Volume 1, Numbers

6    35 through 58; Journey into Mystery, Volume 1,

7    Numbers 83 to 104; Tales of Suspension, Volume 1,

8    Number 39; and Strange Tales, Volume 1, Number 102

9    to 113.

10              Based on the fact that these works were

11   created before you were at Marvel, you could not

12   have been an actual witness to the conditions under

13   which any of these Larry Lieber works were created,

14   correct?

15              MS. LENS:  Objection to form.  It's

16        argumentative.  Calls for a legal conclusion.

17   BY MR. TOBEROFF:

18        Q    You could answer.

19        A    Yes, it all happened before I was there.

20   I was not a personal witness to any of the

21   assignments or the writing or artist or anything.

22   It's before July of '65.

23        Q    I'll also represent to you that both of

24   Don Rico's works that are in question in the current

25   case were published before 1965, specifically Tales

Page 252

1    of Suspense, Volume 1, Numbers 52 to 53.

2              Based on that fact, you also could not

3    have been an actual witness to the conditions under

4    which any of these Don Rico works were created,

5    correct?

6              MS. LENS:  You mean -- objection.  Actual

7         witness, do you mean personal witness?

8    BY MR. TOBEROFF:

9         Q    Personal witness.

10        A    Yes, I was not a personal witness to any

11   of that.

12        Q    I'll further represent to you that a

13   large number of Don Heck's works in question in the

14   current case were published before 1965 as well,

15   specifically Tales of Suspense, Volume 1, Number 34

16   to 63; The Avengers, Volume 1, Numbers 9 through 13;

17   and Strange Tales, Volume 1, Number 101 to 105.

18             Based on the fact that you started

19   working at Marvel after that, in July 1965, you

20   could not have been a personal witness to the

21   conditions under which these works were created

22   either, correct?

23        A    That's correct.

24        Q    I'll further represent to you that a

25   large number of Steve Ditko's works in question here

```
                                    Page 253
1    were published before 1965, specifically Amazing

2    Fantasy, Volume 1, Number 15; Amazing Spider-Man,

3    Volume 1, Number 1 through 22; Strange Tales, Volume

4    1, Numbers 102 to 130; the Fantastic Four Annual,

5    Volume 1, Number 2; Strange Tales Annual, Volume 1,

6    Number 2; and Amazing Spider-Man, Volume 1, Number

7    1.

8              Again, based on the fact that these works

9    were created before July 1965, you could not have

10   been a personal witness to the conditions under

11   which any of these Ditko works were created either,

12   correct?

13             MS. LENS:  Objection to form.

14        A    If all those numbers are pre mid 1965,

15   then, yes, I was not a witness to them.

16   BY MR. TOBEROFF:

17        Q    I'll further represent to you that most

18   of the famous superhero characters co-created by

19   Jack Kirby were first introduced between 1958 and

20   1963.

21             So you were not a personal witness to

22   their creation during that time period either as

23   that was before you started at Marvel, correct?

24             MS. LENS:  Objection to form.  Compound.

25        A    Yes, that's correct.  It was before I was
```

Page 254

```
 1    there.
 2    BY MR. TOBEROFF:
 3         Q    And because you weren't there before
 4    July 1965, you could not have been a witness to Jack
 5    Kirby's working -- personal witness to Jack Kirby's
 6    working relationship with Stan Lee or Marvel prior
 7    to July 1965; is that correct?
 8              MS. LENS:  Objection to form.
 9         A    Yes, that's correct.
10    BY MR. TOBEROFF:
11         Q    I'd like to ask you, with respect to a
12    number of different superhero characters, whether
13    you did any work on the comic book story where that
14    character first appeared.
15         A    All right.
16         Q    So the first character is Spider-Man,
17    also known as Peter Parker.  Did you work on --
18         A    I thought we just covered this.  I wasn't
19    there.
20         Q    So you did not work on the comic book
21    story where that character first appeared?
22         A    No.
23         Q    Correct?
24              Doctor Strange?
25         A    No.
```

Page 255

```
 1        Q     Black Widow?
 2        A     No.
 3              MS. LENS:  What's the question?  Yeah.
 4   BY MR. TOBEROFF:
 5        Q     Iron Man?
 6              MS. LENS:  Objection.  There's no
 7        question.
 8        A     No.
 9   BY MR. TOBEROFF:
10        Q     You did not work on the comic book story
11   where Iron Man first appeared, correct?
12        A     That's correct.
13        Q     The Wizard a/k/a Bentley Whitman?
14              MS. LENS:  Same objection.  There's no
15        question.
16        A     The Wizard?
17              MR. TOBEROFF:  Rather than waste time
18        repeating the question, it's a standing
19        question whether he worked on the comic book
20        story in which the character first appeared.
21   BY MR. TOBEROFF:
22        Q     I believe, Mr. Thomas, you understand my
23   question?
24              MS. LENS:  He understands that question.
25        A     Yes, I understood the first part.  I
```

```
 1   understood.  The Wizard -- there was a Wizard
 2   character in one of the books as a villain.  You're
 3   speaking of that character?  I want to make sure I'm
 4   answering --
 5   BY MR. TOBEROFF:
 6        Q     The Wizard a/k/a Bentley Whitman.
 7        A     I don't remember that particular secret
 8   entity after so many years, so I don't remember.
 9   The Wizard was probably -- oh, there was a Wizard
10   villain in the Fantastic Four.  I think, if you mean
11   that character?  If you mean that character.
12        Q     I mean --
13        A     It was before my time, but I'm not sure
14   that -- 100 percent sure that's the character.
15        Q     The Wizard you referred to, did you work
16   on the comic book in which that character first
17   appeared?
18        A     If it's the Wizard that was the villain
19   in the Fantastic Four, no, but I don't --
20        Q     And you don't know --
21        A     He had a title the Wingless Wizard more
22   often.  It originally had been something else.
23   Paste-Pot Pete, I believe.
24        Q     You don't know who Bentley Whitman is?
25        A     I don't remember that being the secret
```

```
                                              Page 257
 1    entity.  I don't recall because it wasn't used that
 2    much as a name.
 3         Q     Did you work on the comic book in which
 4    Ant-Man a/k/a Dr. Henry Pym first appeared?
 5         A     No.
 6         Q     Did you work on the comic book in which
 7    Crimson Dynamo a/k/a Anton Vanko first appeared?
 8         A     No.
 9         Q     Did you work on the Marvel comic book in
10    which The Mighty Thor a/k/a Dr. Donald Blake first
11    appeared?
12         A     No.
13         Q     Did you work on the Marvel comic book in
14    which Daredevil first appeared?
15         A     No.
16         Q     Did you work on the Marvel comic book in
17    which Charlie-27 first appeared?
18         A     Yes, to some extent.
19         Q     Describe the work you did on that comic
20    book.
21         A     Well, part of it was indirect.  A writer
22    who had come over from DC, Arnold Drake, had an
23    appointment with Stan Lee to try to get himself some
24    extra work by coming up with an idea for a story or
25    something, I guess.  I didn't know much about it.
```

Page 258

1    But he -- we were just talking before he went in to

2    see Stan, and he didn't seem to have any ideas.  He

3    just was trying to find ways to get himself more

4    work.

5              So I mentioned an idea that I had had

6    back in my days when I was just a comics fan before

7    I worked at Marvel, an idea for sort of an alternate

8    future in which Russia and China had carved up the

9    United States between them, and the heroes were a

10   bunch of sort of freedom fighter characters and so

11   forth.  And Arnold sparked to that idea.  He went in

12   to talk to Stan.

13             And somehow, as soon as he mentioned it,

14   Stan kind of immediately just got that little spark

15   idea, totally threw out any suggestion of that kind.

16   And somehow by the time they emerged, and I was not

17   there for the thing, I only talked to Arnold -- or

18   Stan later, it had come out as the Guardians of the

19   Galaxy, which was a group in which the Earth has

20   been, you know, defeated by aliens instead of

21   Chinese and Russians.  And there were these gorillas

22   who were the four or five aliens from the guardians

23   of the galaxy fighting them.

24             So maybe the spark was there, but it was

25   really not my idea anymore or anything like that.  I

1    don't know how much of that was Stan -- Stan was

2    probably the guy that came up with most of it.  And

3    Arnold ended up writing it.  It became just a

4    one-shot story at that time.  And later I was doing

5    backup proofreading and so forth on it.  That was my

6    only other involvement with it.

7         Q    But were you in that -- in the room with

8    Stan and Arnold when they were talking about it?

9         A    No.  I only saw the before and after.

10        Q    Did you work on the first comic book in

11   which Blade a/k/a Eric Brooks appeared?

12        A    I believe I was the editor.

13        Q    When you say you believe, are you sure?

14        A    I'd rather look at the credits just to be

15   100 percent sure, because I became the editor and

16   chief around that time.  And sometimes your name

17   would get put on before and after.  I believe that

18   my name is on the editor -- that first Blade story,

19   I believe my name is on the -- I'm about 90 percent.

20   I'd want to see to be 100 percent sure.  But I'm

21   pretty sure I was the editor of that book.  I know I

22   wrote cover for it, et cetera.

23        Q    Did you work on the first Marvel comic

24   book in which Hawkeye a/k/a Clinton Barton first

25   appeared?

```
                                              Page 260
 1        A     No.
 2        Q     Did you work on the Marvel comic book in
 3   which Falcon a/k/a Sammy Wilson first appeared?
 4        A     As backup proofer or anything else that
 5   came up, yes, but not in any other terms.
 6        Q     When was that?
 7        A     The Falcon?  Something in the latter
 8   '60s.
 9        Q     Did you work on the first comic book in
10   which Major Vance Astro first appeared?
11             MS. LENS:  Marc, for work, are you asking
12        for a writer or you're trying to include all of
13        his work as an editor as well?
14             MR. TOBEROFF:  Any work.
15             MS. LENS:  Okay.  Then I'm going to
16        object to this line of questioning as vague.
17   BY MR. TOBEROFF:
18        Q     When I'm asking you, I'm asking you --
19        A     I want to make certain that that is
20   the Vance -- I'd ask you a question.  And that is a
21   member of the Guardians of the Galaxy?  I want to
22   make sure I have that right.
23        Q     Which one are you referring to?
24        A     The Astro character.  Is that a member of
25   the Guardians of the Galaxy?  You're asking that
```

Page 261

1    question in that same story?  Because the answer

2    would be then pretty much identical to the preceding

3    one.

4         Q    The Charlie-27 answer?

5         A    Yeah.

6         Q    Okay.

7         A    Yeah.  Because I think they were both

8    members, I believe, if I'm thinking of the right

9    character, the Guardians of the Galaxy.  And they

10   all came out of that same conference in which, you

11   know, I had a little tiny piece at the beginning,

12   but basically it worked out between Stan and that

13   other writer.

14        Q    I understand.  What was his name?

15        A    Arnold Drake.

16        Q    Did you work on the first comic book in

17   which the character MartinXManga --

18        A    These comic names.

19             MS. LENS:  Objection to the form.

20        A    That's Guardians of the Galaxy, I

21   believe.  It's the same answer, same situation.

22   BY MR. TOBEROFF:

23        Q    Same as Charlie-27?

24        A    Yeah.  All of those characters were on

25   the same, and the answer would be the same.

Page 262

1      Q     And was the answer the same for Yondu
2   Udonta?
3      A     Yes.  Yes.  Embarrassingly so.  I'm glad
4   I didn't make any of those names up.
5      Q     And did you work on the comic book in
6   which Captain Marvel a/k/a Marvel first appeared?
7           MS. LENS:  Objection.  It's been asked
8       and answered.
9      A     Yes, I did.
10  BY MR. TOBEROFF:
11     Q     Tell me what work you did on that first
12  issue in which Captain Marvel appeared?
13     A     I -- after hearing from Stan about the
14  circumstances of the creation, that wasn't doing
15  anything, just learning about it.  But then when the
16  story was -- I don't remember anything else before,
17  but when the story was drawn, I looked over the
18  artwork with Stan because he wanted to talk it over
19  with me and see what I thought, et cetera, and I
20  made the suggestion of giving him the chest symbol
21  in order to make him look a little more like a
22  superhero and less like just a spaceman.
23           And then, of course, later I did backup
24  proofreading and so forth.  And I submitted a couple
25  of color schemes, one in which Stan used for the

Page 263

1    character, just for the Alaric really.

2        Q    So the questions I just asked you were

3    about the issues when the character first appeared.

4        A    Yes.  That's all for the first issue, all

5    those things I said.

6        Q    So now I'm going to ask you questions

7    about any issue in which those main characters

8    appear.  So did you work on any Spider-Man comic

9    books?

10            MS. LENS:  Objection to form.

11       A    Yes.

12   BY MR. TOBEROFF:

13       Q    Describe to me what you did in connection

14   with --

15       A    Originally --

16            MS. LENS:  Hold on.  Objection to form,

17       overbroad and compound.

18       A    Originally I did backup proofreading,

19   checking that Stan's corrections were done.  And if

20   I found something else that I could suggest and

21   things of that sort with Spider-Man some years

22   later, you know, but still in the purview in '71 I

23   wrote four issues of Spider-Man while Stan took a

24   few months off.

25

Page 264

1    BY MR. TOBEROFF:

2         Q      When was that, approximately?

3         A      1971.

4         Q      Do you remember what issues those were?

5         A      Yes, number 101 to 104.  So I became the

6    second person ever to write the character, which is

7    why I remember that.

8         Q      What about Doctor Strange?  You

9    testified, I believe, that you worked on a couple

10   issues of Doctor Strange.

11        A      Well, the Doctor Strange feature in

12   Strange Tales, the two Ditko stories in the fall of

13   1965, that was the first.

14        Q      And other than the two Ditko stories in

15   the fall of 1965 that you previously spoke about,

16   did you work on any other Doctor Strange stories?

17        A      Yes.  I wrote a number of stories in '66,

18   '67, '68 period with -- that were drawn by other

19   people that Stan assigned me to be -- to take over

20   the writing of Doctor Strange in Strange Tales in

21   that feature after Steve Ditko left.

22               And then when Doctor Strange became its

23   own title in 1968 for what lasted about a dozen

24   issues or so before it was canceled, I was the

25   writer of those.  And I later, you know, wrote other

Page 265

1    stories with Doctor Strange after that, both in his

2    own series or as a member of a group called the

3    Defenders and as a guest star in quite a few Doctor

4    Strange stories.

5        Q    Tell me about what work, if any, you did

6    on any issues featuring Black Widow.

7        A    When I took over the writing of the

8    Avengers with Issue Number 35, a couple of issues

9    later -- one or two issues later, maybe 36 even, I

10   decided that because we could use another villain

11   character in the Avengers.  I brought in the Black

12   Widow as she had been transmutated more or less into

13   a costumed character as opposed to sort of the

14   spy-type she originally was.

15             And I brought her into sorta -- I don't

16   know if she was ever called an exact Avengers, but

17   she was in the Avengers book for a number of months.

18   And in the early -- what was it?  Early '70s, I

19   wrote a couple of Black Widow solo stories when she

20   got her own feature.  And I probably wrote her in a

21   couple other stories here and there.  Not too many

22   but several.

23       Q    How about Iron Man, did you work on any

24   Iron Man issues?

25             MS. LENS:  Objection.

Page 272

1        A    Yes.

2        Q    And then in mid to late '72 to

3   September of 1974, you were editor-in-chief at

4   Marvel?

5        A    No, it was earlier than '74.  It was

6   either spring or early summer.  I'm not sure of the

7   exact time.  It wasn't late '72.  It was earlier

8   '72, the first half of it.

9        Q    No.  I said -- you started in mid --

10       A    You said late '72.

11       Q    No, mid to late '72.

12       A    Oh, well, it was -- I started -- I

13   started not in late.  It was mid or --

14       Q    Mid '72?

15       A    Something -- whatever you want.  I don't

16   know the month.

17       Q    Then you left approximately Labor Day of

18   1974?

19       A    Yes.

20       Q    Then you were paid a staff salary -- you

21   were paid a salary for all these staff positions?

22       A    Yes.

23       Q    What Marvel company employed you for each

24   of these positions?

25            MS. LENS:  Objection to form.  Objection

1            to the extent that it calls for a legal

2            conclusion or lacks foundation.

3                    You can answer.

4        A    I never really knew or thought about it.

5    I always thought of myself as working for Marvel

6    Comics.  In fact, in a lot of ways I told people I

7    was working for Stan Lee.  I thought it was a more

8    personal thing than just that.  If I had said a

9    company, I would have always said Marvel Comics.

10   But that doesn't mean that that was the official

11   name.  It's just what I would have said.  Whether

12   the official name was Cadence or Perfect Film or

13   Magazine Management, to me it was always Marvel

14   Comics from the day I walked in the door until I

15   left.

16   BY MR. TOBEROFF:

17       Q    But you were an actual employee --

18       A    Yes.

19       Q    -- of a company?

20       A    Yes.

21       Q    And you don't know what company that was?

22            MS. LENS:  Objection.  It's

23   argumentative.  It's been asked and answered.

24       A    There were various overlappings, Marvel

25   comics being a part of Magazine Management and then

Page 274

1    the whole Magazine Management being a part -- owned

2    of the conglomerate Perfect Film, which then became

3    Cadence.  It didn't seem to me worth spending much

4    time worrying about it.  I didn't deal with the

5    executives of the other -- you know, of Magazine

6    Management or Perfect Fill or Cadence.  I dealt with

7    Stan.  I could have cared less about the other

8    situation.

9    BY MR. TOBEROFF:

10        Q    Can you -- do you have a recollection of

11   checks that said Magazine Management on them?

12        A    I think some of the early checks said

13   that, but I couldn't swear to it.  I just knew I got

14   them.  I signed them and never thought about them.

15        Q    Do you have a recollection of checks that

16   said Perfect Film on them?

17        A    I don't have a positive -- there may have

18   been some.  I don't have any positive recollection

19   of it.

20        Q    What about Cadence, same question?

21        A    Same answer, yes.

22        Q    Do you remember the name -- the name on

23   any of the checks that you received and salary for

24   your staff positions?

25        A    As I said, I think Magazine Management

1    was on some of the earlier ones, otherwise I really

2    don't recall.  That's 50 something years ago.

3         Q    Do you believe that changed in 1968?

4         A    Pardon me?

5         Q    Do you believe that the checks no longer

6    said Magazine Management after 1968?

7         A    I don't have any belief one way or the

8    other.  I knew that the company had purchased

9    Magazine Management and Marvel Comics as part of it.

10   But I was still working -- either way, I was still

11   working for Marvel Comics.  It's just a matter of

12   who Marvel Comics was working for.

13        Q    Throughout these Marvel staff positions,

14   you would write comic book stories on a freelance

15   basis?

16        A    Yes.  That was part of what they called

17   my freelance, referred to it, yes.

18        Q    And did Marvel have a general policy

19   permitting staff people to write and sell their

20   freelance stories?

21             MS. LENS:  Objection to form.

22        A    Sorry.  Yes, they did.  They knew their

23   salaries were meager, so they were happy to have us

24   make extra money to be happy.

25

Page 276

1    BY MR. TOBEROFF:

2        Q     And did you still write on a freelance

3    basis when you became editor-in-chief?

4        A     Yes.  I was expected to or asked to.

5    They wanted me to.  I did less of it because I was

6    busy, but I still continued.

7        Q     And throughout these position -- you've

8    testified previously that you would receive separate

9    checks for your salary as a staff member and

10   different checks for your freelance material; is

11   that correct?

12            MS. LENS:  Freelance work you mean?

13       A     I think those were always separate

14   checks.

15   BY MR. TOBEROFF:

16       Q     And that -- and that procedure was the

17   same throughout all your positions, including when

18   you were editor-in-chief?

19       A     Yes, up through -- I don't know when the

20   writer or creator contact pushed it in '74, I guess

21   that changed in some way.  I'm a little vague on it.

22   But, yes, I always received both freelance and staff

23   checks up through, you know, late '74.

24       Q     And during the time you worked at Marvel,

25   did Marvel sometimes -- you testified previously

Page 278

1          over two hours.  Can we take a break?

2                   MR. TOBEROFF:  I'm fine.  I want to keep

3          going.

4                   MS. LENS:  I'd like to take a break.  I

5          need to use the facilities.  And the witness

6          has been going for over two hours.

7                   THE WITNESS:  I wouldn't mind having a

8          break for a couple of minutes.

9                   MS. LENS:  It's not a marathon.

10                   THE WITNESS:  Just a couple minutes.

11                   THE VIDEOGRAPHER:  The time is

12          approximately 4:16:25 p.m.  We're now off the

13          record.

14                   (A recess was taken from 4:16 p.m. to

15          4:30 p.m.)

16                   THE VIDEOGRAPHER:  The time is

17          approximately 4:30:15 p.m.  We are now on the

18          record.

19     BY MR. TOBEROFF:

20          Q    Mr. Thomas, when you first started at

21     Marvel July of 1965, how many people were working

22     there?

23                   MS. LENS:  Objection to form.  In the

24          comics department of what was called Marvel

25          Comics, there were five people and sort of a

1          sixth.  There was one woman involved with

2          commercial comics that they were thinking of

3          doing, but somehow within a couple weeks she

4          was kind of gone.  So I almost don't count her.

5          She was never exactly Marvel.  It was going to

6          be some commercial comics they were thinking of

7          doing, and that never went much of anywhere.

8          So there were five.

9    BY MR. TOBEROFF:

10         Q     So who were the five.  Stan Lee?

11         A     Stan Lee; Sol Brodsky as production

12   manager; Flo Steinberg, who was the sort

13   secretary -- or girl Friday they had the term;

14   obviously falling into disuse.  Steve Skeates, the

15   young writer who was hired a couple weeks before me.

16   And Marie Severin, who had been hired as a

17   production assistant.  She did a few art corrections

18   or paystubs or whatever they needed doing.  They

19   were in a total of three offices in a little corner

20   of Magazine Management.

21         Q     And did they have physical offices?  I'm

22   just trying to get a sense of the space.

23         A     Well, there were the three offices in

24   which the five people -- six counting me.  I ended

25   up in the office with the production manager and the

Page 289

1    BY MR. TOBEROFF:

2         Q     While you were editor-in-chief, yes.

3         A     Yes.  Less than before.  I cut it down

4    somewhat because of having to come in the office

5    five days a week instead of three.  But they still

6    wanted me to go -- to continue writing some stories.

7         Q     So the two days you weren't in the

8    office, you would write from home?

9         A     That was before I became editor-in-chief,

10   yes, as did Stan.  That started sometime in over the

11   next few months after I went to work there.

12        Q     How many days, approximately, would you

13   write your freelance material from home?

14        A     Well, that was the strange situation --

15   it was usually about two days a week that I was

16   home.  And Stan wanted it to be the same two days he

17   -- you'd think he'd want me to be there the days he

18   wasn't there, but he preferred that I be there the

19   days he was.

20              But in those two days, I was officially

21   writing at home, but I was allowed to voucher all of

22   that freelance.  So I just looked at it as a raise,

23   a de facto raise.  I was being paid for the same

24   job, but now I only had to go in three days a week.

25   And everything I did at home was -- unless it was

Page 290

```
 1    something specific -- Stan was freelance, was on my
 2    freelance.
 3         Q     I'm sorry?
 4         A     Everything I did at home was counted as
 5    being freelance even though I was being paid a staff
 6    salary, like a five-day salary.  But those two days,
 7    anything I wrote at home was counted as my doing
 8    freelance writing.
 9         Q     And were those two days the work days or
10    on days of -- work days, Monday through Friday, or
11    were they the weekend?
12         A     No, it was all -- that's all on a
13    Monday-through-Friday basis.
14         Q     So two of the five days you would write
15    freelance material at home?
16         A     Yes.
17         Q     And what was Stan's practice?
18         A     Pretty much the same, except, you know,
19    he had started earlier and decided I should do the
20    same thing because they could get more out of me
21    that way.
22         Q     Is it your understanding that Stan Lee
23    was also paid by the page for the freelance
24    material?
25              MS. LENS:  Objection to form.
```

1    A    My understanding was that he had a rate.

2    I didn't know that much about or what it was or

3    whatever else because he didn't discuss that with

4    me.  But it was a similar situation to mine except

5    of course better.

6    BY MR. TOBEROFF:

7    Q    And did Stan ever tell you why he wanted

8    you to take the same days off?  Do you recall what

9    days of the week that was?

10    A    It was usually, you know, Tuesday and

11    Thursday, I think.  It was pretty steady, and it was

12    regular two days.  It wasn't just whatever two days

13    I wanted off.  It was -- it had to be kind of a

14    regular thing.  I might have varied a little bit.

15    But usually it was like a Tuesday -- Tuesdays and

16    Thursdays.  He just wanted to get more work out of

17    me.

18    Q    No, but did he ever tell you why he

19    wanted it -- in the same days he was writing

20    freelance material at home, he wanted you to write

21    freelance material at home?

22    A    He said he wanted me there when he was

23    there.

24    Q    At the office?

25    A    Yes.  He felt otherwise we wouldn't have

1    as much contact.  If I was off two days and he

2    wasn't there, we'd only see each other once a week,

3    and he didn't want that.

4        Q    Now, in 1974 did Cadence suddenly have

5    writers sign special acknowledgments about the work

6    they had done for Marvel previously?

7            MS. LENS:  Objection to form.

8        A    I don't remember that.  1974?

9    BY MR. TOBEROFF:

10       Q    Starting in about 1974.

11           MS. LENS:  Same objection.

12       A    They may have.  I do not remember any --

13   any specific thing at that time.  It could have

14   been, but I don't recall it.  Because I had my own

15   writer/editor contract, and that was about all I

16   went by.

17   BY MR. TOBEROFF:

18       Q    You previously discussed how freelance

19   writers were paid for their pages based on a page

20   rate, right?

21           MS. LENS:  Objection to form.

22       A    Yes.

23   BY MR. TOBEROFF:

24       Q    Was the page rate based on the amount of

25   time a freelance writer or artist had spent creating

Page 293

1    the particular material?

2        A    It was based entirely on the page,

3    whether it took ten minutes to write or an hour to

4    write or five hours to write.

5        Q    So it wasn't based on the amount of

6    time --

7        A    It had nothing to do with an hourly rate

8    of any kind, no.

9        Q    Just to be clear, it was a set page rate

10   regardless of how long it took the writer or artist

11   to create the page?

12            MS. LENS:  Objection to form.

13   BY MR. TOBEROFF:

14       Q    Correct?

15       A    That's correct.

16       Q    Do you know how that page rate was

17   determined?

18       A    It was determined between -- originally

19   between Stan Lee and Martin Goodman.

20       Q    And did it vary between the different

21   freelance writers and artists?

22       A    Well, people had different rates.  And of

23   course we'd get raises.  They didn't all have the

24   same rate.  I didn't know what Stan's rate was.  I

25   assumed mine was lower.  Other writers would come in

1   perhaps below whatever rate I had.  And there was

2   certainly a hierarchy of rates for the pencilers,

3   for the inkers, even probably for letterers,

4   colorists, although less so because there wasn't

5   that much money per page for them.

6       Q    Did freelance writers and artists have to

7   pay for their own supplies and materials, ink,

8   paper, their own overhead?

9            MS. LENS:  Objection to form.

10      A    Yeah.  A little later I think Marvel

11  started supplying some paper.  In the early days, I

12  think they were supplying their own.  But I don't

13  recall that much because, of course, I wasn't

14  drawing.  I supplied my own typing paper certainly.

15  BY MR. TOBEROFF:

16      Q    And typewriter?

17      A    At home.  When I was at the office, of

18  course, in the early days, they had a typewriter

19  there for me.  But it was my own typewriter at home,

20  yes.

21      Q    Were they reimbursed for any expenses

22  associated with the creation of that material?

23           MS. LENS:  Objection to form.

24      A    I don't remember being -- once in a while

25  there may have been some special thing if they

1    needed me to do and they might have paid for it.

2    But, generally speaking, I just supplied the

3    materials.

4    BY MR. TOBEROFF:

5         Q    Are you aware of Marvel reimbursing

6    artists for the cost of delivering material?

7         A    I'm not aware of it.

8         Q    When freelance material was sent in by a

9    freelance writer or artist, could Marvel approve or

10    disapprove that material in its sole discretion?

11        A    You mean the pages they had written,

12    freelanced?

13        Q    Or drawn.

14        A    Well, Marvel then had to decide whether

15    they approved of it or not and so forth.  They could

16    ask for a rewrite or reject it.

17        Q    That was in their sole discretion,

18    correct?

19             MS. LENS:  Objection to form.

20        A    Yes, their discretion.

21    BY MR. TOBEROFF:

22        Q    They were free to reject the material or

23    ask that it be fixed?

24        A    They were free to ask the writer to

25    rewrite or the artist to redraw anything that came

Page 296

1    in that they did not feel was quite up to snuff or
2    whatever.
3         Q     Were they free to reject the material?
4         A     Pardon?
5         Q     Were they free to also reject the
6    material?
7               MS. LENS:  Objection to form.
8         A     You know, they could reject anything.
9    BY MR. TOBEROFF:
10        Q     If Marvel rejected a page turned in by an
11   artist, were they required to pay for it?
12        A     Was who required to pay for it?
13        Q     Marvel.
14        A     Only in the sense that the artist, say,
15   or writer had to redo it, so they were -- they would
16   end up paying for something.  They wouldn't pay
17   twice.  They wouldn't pay, generally speaking, for
18   both the rejected page and the new page.
19              In certain cases, I think they'd, you
20   know, be more generous if they felt there was a good
21   reason why the person should be paid.  I think they
22   were open to that argument sometime.  But, generally
23   speaking, they were just paying for a page of art.
24   And when you got the page acceptable, they would
25   accept it.

1      Q     And what if the artist didn't fix the

2   page, were they required to pay for that page?

3           MS. LENS:  Objection to form.  Incomplete

4       hypothetical.

5      A     It's hard to say.  I can't think of any

6   instance where that really happened.

7   BY MR. TOBEROFF:

8      Q     I'm asking -- you spoke about their

9   rights and abilities and authority and discretion.

10     A     Yeah.

11     Q     And previously you testified that they

12  had full discretion to do what they want.

13     A     Yeah.

14     Q     So I'm asking you, were they required to

15  pay for a page that they rejected?

16     A     I don't think they considered themselves

17  required to pay for a page they rejected, no, I

18  don't think they did.  They would then pay if the

19  work -- if a new page came in that they accepted,

20  they would pay for that one.

21     Q     If a freelance artist drew a page and

22  Marvel wanted the artist to redraw the page, what

23  would happen if the artist refused?

24           MS. LENS:  Objection to form.  Incomplete

25       hypothetical.  Assumes facts not in evidence.

1      A      It's almost conceivable that that would

2      happen because presumably they would have either --

3      they would have got someone else to draw the page

4      and, you know, and then they would have considered

5      whether they wanted to go on employing the artist, I

6      believe.

7      BY MR. TOBEROFF:

8      Q      To your knowledge, none of the freelance

9      writers and artists had contracts with Marvel

10     requiring them to work for Marvel, did they?

11     A      No.  It was all -- it was a verbal

12     agreement.  You know, they went to work -- no one

13     had written agreements, that I know of, before my

14     contract in '74.

15                 (Overlapping speakers.)

16     Q      Were they required to work for Marvel

17     or --

18                 (Overlapping speakers.)

19                 MS. LENS:  Can you not cut the witness

20          off?

21                 THE COURT REPORTER:  I'm sorry.  There

22          was a couple overlaps here.  Could you repeat

23          the question?

24                 MS. LENS:  And, Marc, you're cutting the

25          witness off.  So if you can you make sure he

Page 301

```
 1        speaking.
 2               MS. LENS:  You're misleading the witness,
 3        Marc.
 4               MR. TOBEROFF:  You're coaching the
 5        witness.
 6               MS. LENS:  You think you're being so
 7        clever.
 8               MR. TOBEROFF:  You're ruining your own
 9        transcript by coaching the witness.
10               MS. LENS:  I'm not coaching the witness.
11               THE WITNESS:  Can you ask it again to
12        make sure I answer it.
13   BY MR. TOBEROFF:
14        Q    Yes.  Are you aware of artists and
15   writers who would create freelance material while
16   they were working with Marvel and sell that material
17   to other companies?
18               MS. LENS:  Objection to form.  Objection
19        to the word "create" and objection to the word
20        "sell."
21        A    Well, they were freelancers.  They were
22   allowed to do, you know -- a freelancer was allowed
23   to do whatever a freelancer did.
24   BY MR. TOBEROFF:
25        Q    Are you aware of specific freelance
```

Page 302

1  artists and writers who did that?

2            MS. LENS:  Same objection.

3      A     Well, not all -- I'm sorry.  Not all

4  freelance artists worked exclusively for Marvel.  It

5  was a very informal arrangement.  If a freelancer

6  wanted to keep some independence and do a little

7  work for other companies, you know, they were

8  entitled to do it.

9  BY MR. TOBEROFF:

10     Q     Are you aware of specific individuals who

11  would do that?

12     A     There were people who were --

13            MS. LENS:  Objection to form.  Same

14     objections.

15     A     There were people who wrote or drew, you

16  know, for both the major companies, DC and Marvel,

17  or for other smaller companies, Warren Publishing,

18  et cetera, at various times.  One example that would

19  not connect with this is, you know, the artist Neal

20  Adams who had been mostly been a DC artist, and then

21  came over and began to do X-Men in about 1968 or

22  '69.  But he kept on working for DC at the same

23  time.  There wasn't a lot of that, but there was

24  some going back and forth.

25            We -- Stan liked to have people working,

Page 303

```
 1    you know, mostly for Marvel because it kept the
 2    style similar.  But, you know, you couldn't legally
 3    force them.  If the person did too many things you
 4    didn't like, you just didn't give them another
 5    assignment.  That was up to what they wanted to do
 6    and what you wanted to do.  It was a very free
 7    market.
 8              MR. TOBEROFF:  Next exhibit is 82,
 9         correct?
10              I'd like to mark this drawing as
11    Exhibit 82.
12              (Exhibit Number 82 was identified.)
13    BY MR. TOBEROFF:
14         Q    I'd like to draw your attention to the
15    illustration at the top left of Exhibit 82.
16         A    Uh-huh.
17         Q    It's on the top half of Exhibit 82.
18         A    Yes.
19         Q    On the left side, it's a face.
20         A    Uh-huh.
21         Q    Do you recognize that character?
22              MS. LENS:  Objection to form.  Lacks
23         foundation.
24         A    It's a bearded man with a cloak.
25
```

1    ghostwrite --

2         A     For me?

3         Q     Did he ever ghostwrite for you?

4         A     I'm pretty sure he did not.  I don't

5    think I had anyone ghostwrite for me in that period.

6         Q     Was Amazing Fantasy, Volume 1, Number 15,

7    the last issue in the Amazing Fantasy series?

8         A     Yes.  It had changed titles two or three

9    times from Amazing Adventures to Amazing Adult

10   Fantasy to Amazing Fantasy, but that was -- the 15th

11   issue was the last.

12        Q     Why did they kill Amazing Fantasy or

13   stop --

14              MS. LENS:  Objection.

15   BY MR. TOBEROFF:

16        Q     -- publishing it?

17              MS. LENS:  To the extent it lacks

18        foundation.

19              You can answer.

20        A     I of course was not there at the time,

21   but my understanding, in talking to Stan, I believe,

22   later was simply that it was based, of course, on

23   the sales of issues going back three or four months

24   before when it was called Amazing Adult Fantasy.

25   And it had been a comic of four or five per issue,

Page 308

1     little short stories by -- written by Stan Lee and

2     drawn by Steve Ditko entirely, which little Twilight

3     Zone-ish kind of stories with a surprise ending.

4     Kind of cute.  And they tried to market it as more

5     adult comics and so forth.  But it didn't -- it was

6     a cute little comic, but it did not sell.  So, you

7     know -- so that's why Spider-Man got dumped in the

8     last issue, I guess.

9     BY MR. TOBEROFF:

10        Q     When you say "Spider-Man got dumped in

11    the last issue," was Spider-Man first introduced in

12    the last issue of Amazing Fantasy, Volume 1, Number

13    65 -- Number 15?

14        A     He was -- yes, he was introduced in that

15    issue.  That became -- whether scheduled to be or

16    not, it became the last issue.

17        Q     Why would -- why was the main character

18    like that, if you know, introduced in the last issue

19    of another comic book line?

20             MS. LENS:  Objection.  Assumes facts not

21        in evidence.  Objection to form.

22        A     There are too many versions, and Stan

23    would tell me different stories at various times,

24    which indicated he really didn't remember.

25    Sometimes he said it was thrown in because it was

1    the last issue, so he'd throw it away just because

2    he wanted to make sure it was published.  And Martin

3    Goodman did not like the idea.  That's the only part

4    that was consistent, that Martin Goodman did not

5    like the idea of Spider-Man.

6    BY MR. TOBEROFF:

7        Q    What did it have to do with putting it in

8    the last issue?

9        A    Well, if they're going to kill off the

10   issue, they have to -- if they had prepared -- if

11   Stan had prepared the story, they wanted to get rid

12   of it for economic purposes.  Otherwise it was just

13   dead weight they had to -- you know, by putting it

14   in a book, it sort of wrote it off.  Now, whether

15   that's what really happened or not in 1962, I don't

16   know.  I wasn't there.  And I don't think the people

17   there seem to remember.

18       Q    Martin Goodman didn't like the idea of

19   Spider-Man?

20       A    Hated it, according to Stan.  Who told me

21   that from the very beginning.  And Sol Brodsky had

22   been around at the time, and he told me similar

23   stories of knowing it.  Stan said Goodman hated it

24   because, A, people don't like spiders; B, he didn't

25   like -- it says people don't worry about superheros

Page 310

1    with problems, you know; and C was that kids -- and

2    Spider-Man was a teenage high school student --

3    could only be sidekicks.  They couldn't be the hero

4    of a book.  He had never evidently heard of Superman

5    that had been going for 10, 15 years at DC.

6              So he hated Spider-Man until he saw the

7    sales figures of Amazing Fantasy 15, at which point

8    he evidently decided he loved it.  And they did a

9    book about it right away.

10       Q    So Stan slipped it in to the last issue

11   of Amazing Fantasy?

12       A    I don't know that it was intended to be

13   the last issue.  Stan would say that occasionally,

14   and I'm sure he believed it when he said it.  But

15   there's evidence that people have researched very

16   carefully that shows that one or two other stories

17   were prepared, went on the shelf, and eventually

18   combined saying Amazing Spider-Man, Number 1, a few

19   months later was brought back.

20              So whether it was really intended to be

21   the last issue or just became the last issue, nobody

22   really knew because Martin Goodman did these things

23   very quickly and suddenly on a whim.  He suddenly

24   saw a new sales figure or had an idea and suddenly

25   would say kill that book.  And there was no

Page 311

1    repeal -- appeal from that judgment.

2         Q    When you started at Marvel in July of

3    1965, was Stan Lee and Steve Ditko on good terms?

4         A    One of the first things I had learned in

5    the first couple of days, Sol Brodsky was the one

6    who told me, was that Stan Lee and Steve Ditko, for

7    the last little bit, months or whatever, were not

8    even speaking to each other, which of course was

9    utterly astonishing to me.

10        Q    How long did that rift continue?

11        A    Well, I don't know exactly how long it

12   was going before I got there.  That was in July.

13   Steve walked in and quit near the end of the year,

14   so it was about a half a year.  But the actual

15   situation probably lasted a little longer than that

16   because it was there when I got there until the day

17   Steve walked in and said he was quitting.

18        Q    Would Steve Ditko plot Spider-Man stories

19   in addition to drawing them?

20        A    Yes, he did.  And he was credited for

21   that for the last year or so of his term there.  It

22   said plotted and drawn by Steve Ditko.

23        Q    Does that fairly describe what's called

24   the Marvel method?

25        A    It was -- it was a switch on the Marvel

Page 312

1   method.  The original -- before that, Stan and Steve

2   had worked in the usual way.  They would get

3   together, talk over the story.  And then whatever

4   Stan finally approved that Steve should do, Steve

5   would go home and start drawing.

6           But for various reasons, including

7   arguments, disagreements over what to do and

8   things that mostly Steve seemed to be unhappy about,

9   according to things he's written later, they just

10  kind of drifted apart and just -- and Sol Brodsky

11  told me that they were -- and Stan, too -- that they

12  just got to arguing over so many things.

13          And Stan didn't like to argue with the

14  artists.  And he respected Steve and his work so

15  much and was going so well that he decided one day

16  evidently that they just shouldn't speak anymore.

17  From now on, you know, Steve just plotted his

18  stories and dropped them off, and then Stan would

19  dialogue them.

20          So in that sense it was a change because

21  now the plot came -- or the idea of the plot, which

22  ordinarily would have been done by the writer, Steve

23  sort of -- you know, he was doing the plotting from

24  the beginning, and Stan wouldn't see it until it

25  came in penciled.

Page 317

1      Q     That he used?

2            And in those interviews, do you recall

3      Stan Lee saying that under the Marvel method he

4      expected artists to plot the stories?

5            MS. LENS:  Objection.  Assumes facts not

6            in evidence.  Lacks foundation.

7      A     I don't recall it.  If he ever used the

8      word "plot," it was rather sloppy, you know,

9      because, you know, it wasn't plotting.  It would

10     have been, you know, elements of plot, but it

11     wouldn't have been plotting as I see it.

12           But Stan was -- like any of the rest of

13     us, you're talking to a reporter or to a fan or

14     something, you can be a little sloppy about the

15     terminology, and you may something in kind of an

16     imprecise way.

17     BY MR. TOBEROFF:

18     Q     Have you ever heard of the name Vista

19     Publications, Inc.?

20     A     I think that was one of the various names

21     in the indicia of maybe Magazine Management

22     magazines, too, but some of the Marvel comics that

23     were, yes.  Vista, Margood.  There were a bunch of

24     them.

25     Q     When have you heard that term?

1      A      Well, first I read them, but I -- as a
2    fan, but I didn't pay much attention to them.  And,
3    you know.
4      Q      What about -- do you know what Vista
5    Publications, Inc., was?
6             MS. LENS:  Objection to the extent it
7             lacks foundation, calls for a legal conclusion.
8      A      To me, it was the name in the indicia,
9    you know?  And since there was a different name in
10   various indicia, I assumed it was just some legal
11   technicality of divisions of what I didn't know
12   until later was called Magazine Management.  For
13   some reason he wanted to have a bunch of little
14   companies instead of one big company.  And I figured
15   there was some business reason behind it, but I did
16   not, you know, pretend to know what it was.  And I
17   never heard Martin Goodman explain exactly what it
18   was.  There were only speculations.
19   BY MR. TOBEROFF:
20     Q      What do you mean by "indicia"?
21     A      The indicia is the little information.
22   It's usually on the inside front cover or the first
23   actual interior page of a half a dozen or so lines
24   of very small types of copy that gives the issue
25   number, the date, the publishing information, the

Page 319

1    address of the publisher, something maybe about its

2    postal standards and where it was printed, different

3    things like that that's in just about every comic

4    book, or was then.

5         Q    Did you ever hear of Atlas Magazines,

6    Inc.?

7         A    Well, I don't know if that was -- they

8    were one of those two.  Atlas, of course, had been

9    the name of Martin Goodman's distribution company.

10   But he may have used Atlas on other things as well.

11   From 1952 to about 1957, he had his own distributor,

12   and that was called Atlas.  And that seal was on the

13   comics, but it was really just a distributor seal.

14   Now, whether that was Atlas Magazines or that was

15   just another one of those indicia company names, I

16   don't know.  I know some of the names.  I don't

17   recognize whether Atlas is one of them.

18        Q    Do you recognize the name Non-Pareil

19   Publishing Corp.?

20        A    That one I recognize.  Yes, that was

21   another one of those like Vista.

22        Q    Do you recognize that because you

23   remember reading that in some indicia, as you call

24   it?

25        A    Yes.  I remember some of them.  I didn't

Page 320

1    know that many.  I knew there were a lot of them,

2    but they made no difference.  We never referred to

3    them at Marvel, so we just ignored them.

4         Q    What about Arcanum Publishers Sales Corp?

5         A    Yeah.  We figured that was probably

6    Canadian-American.  It's just some name he came up

7    with for -- he wanted every comic to be published by

8    a different publisher officially for some reason,

9    which we did not know.

10        Q    What did these companies actually do?

11        A    I have no idea.

12             MS. LENS:  Objection.  Lacks foundation.

13        A    I'm sorry.  I have no idea.  We never

14   heard those names.

15   BY MR. TOBEROFF:

16        Q    Did you ever receive money from any of

17   these entities while you were working at Marvel?

18             MS. LENS:  Objection to form.  Lacks

19        foundation.

20        A    I don't believe so.

21   BY MR. TOBEROFF:

22        Q    Are you aware of anyone doing work with

23   Marvel who were paid by any of these entities?

24             MS. LENS:  Objection.  Lacks foundation.

25        A    I'm not aware of it, no.

Page 321

1    BY MR. TOBEROFF:

2        Q    Did you ever see any checks with these

3    companies' names on them, Vista Publications, Atlas,

4    Nonpareil Publishing, or Arcanum?

5            MS. LENS:  Objection to form.

6        A    I'm not aware of ever seeing that on any

7    check, no.  Just the indicias.

8    BY MR. TOBEROFF:

9        Q    Do you know of anyone who was employed

10   who did work for or with Marvel -- do you know of

11   anyone who did work with Marvel who was employed by

12   any of these companies?

13           MS. LENS:  Objection.  Compound,

14       objection --

15       A    I don't know --

16           MS. LENS:  Hold on, Roy.  Just let me

17       finish.

18           THE WITNESS:  I'm sorry.

19           MS. LENS:  Objection to form.  Objection.

20       Compound.  And objection to the extent that it

21       calls for a legal conclusion.

22       A    I don't know of -- anything about anybody

23   having any dealings with any of those.  They were

24   just words in the indicia to us.

25

1    BY MR. TOBEROFF:

2        Q    Did you ever meet anyone who worked for

3    any of these companies?

4            MS. LENS:  Same objections.  Lacks

5        foundation.  Calls for speculation.  Calls for

6        a legal conclusion.  And it's compound.

7        A    Not to the best of my knowledge.

8    BY MR. TOBEROFF:

9        Q    Do you know whether these companies had

10   offices?

11           MS. LENS:  Same objection.  It's

12       compound.  Lacks foundation.

13       A    I was not aware of them -- of it having

14   any existence, no.

15   BY MR. TOBEROFF:

16       Q    What is the Hero Initiative?

17           MS. LENS:  Objection to the extent it

18       lacks foundation.

19       A    It's a comic book charity that was

20   started around 2000 that an independent, I guess,

21   basically no -- you know, nonprofit kind of thing,

22   to be a charity to help out comic book people who --

23   who get into some kind of financial difficulty, need

24   help with health or rent payments or something for

25   some reason.  And I've been on the disbursal board