# Exhibit 18

**MARVEL COMICS GROUP**
625 MADISON AVE., NEW YORK, N.Y. 10022 · TEMPLETON 8-7900

Oct. 28/65

MARTIN GOODMAN
PUBLISHER

STAN LEE
EDITOR

Jerry—

Am at work, in middle of a Patsy & Hedy book (which Stan doesn't even bother to read now, along with last Millie— he's made me semi-official "editor" of those 2 books a month— 3 titles). Thought you might like a souvenir— Ditko's plot by for first Dr. Strange tale I did. It'll come out soon. Don't mention specifically having it, tho.

Bestest,
Roy

EXHIBIT 73

THOM0002621
2021MARVEL-0050272

(1) Plot by S. Ditko, Dr. Str for STRANGE TALES # 143, Apr 66

Found Place to hide — must move Fast

THOM0002622

2021MARVEL-0050273




Dr. STRANGE, MASTER OF THE MYSTIC ARTS!
"WITH NONE BESIDE ME!"
BEFORE I CAN BATTLE THE FORCES THAT THREATEN ME, I MUST GUIDE MY PHYSICAL BODY TO A PLACE OF SANCTUARY...!
Ye Olde Synopsis:
IN THE SOMBRE SHADOWS OF A DARKENED GREENWICH VILLAGE ROOFTOP, THE MASTER OF THE MYSTIC ARTS FIGHTS A SEEMINGLY HOPELESS STRUGGLE AGAINST THE DEMONIAC DISCIPLES OF THE VANISHED MORDO! BUT, WITH HIS EARTHLY FORM ALMOST HELPLESS, HOW CAN DR. STRANGE'S SPIRIT SELF SURVIVE THE DEADLY ONSLAUGHT?
WE KNOW--BUT WE'RE NOT TELLING!
EVEN THEN, MY CAUSE IS A DESPERATE ONE! I CANNOT RISK AN ENCOUNTER WITHOUT FIRST RECOVERING MY MAGICAL CLOAK AND AMULET!
EDITED AND REHASHED BY....... STAN LEE
WRITTEN AND REWRITTEN BY.... ROY THOMAS
PLOTTED AND DRAWN BY.......... STEVE DITKO
LETTERED AND BLOTTED BY........ ARTIE SIMEK
1

SKILLFULLY MERGING HI ETHEREAL SELF WITH H HUMAN SHELL, DR. STRA URGENTLY CLIMBS A NEA WATER TOWER...
EVEN THOUGH I CANNOT SEE... THIS LADDER, FORTUNATELY, CAN BE CLIMBED BY TOUCH ALONE!
BUT, IF THE ONES ATTAC AT THIS MO I AM DOOM FOR, WITHOUT I AM TRU DEFENSEL
YET, I MUST CHANCE IT! BODY MUST BE HIDDEN WHERE IT WILL NOT BE FOUND!
MY ARM HOOKED A RUNG --WILL PRO ME FR DROWN
QUICKLY--QUICKLY, YOU CREATURES OF LITTLE WORTH! WE MUST LOCATE THE DISCIPLE OF THE ANCIENT ONE--OR OUR VERY LIVES WILL BE FORFEIT WHEN MORDO RETURNS!
HE SHALL BE FOUND!

2

| In water tower perfect spot | AFRAID I'D never be able get of lid - | In 1 p.0 |
|---|---|---|
| hook arm on inside ladder - above water level | body safe now See what I can do about recovering cape amulet | they're on roof now |
| he must be up here search everywhere | could be my chance search building | |

THOM0002624

2021MARVEL-0050275





STER OF THE
'STIC ARTS!
NE
ME!
Ye Olde Synopsis:
IN THE SOMBRE SHADOWS OF A DARKENED GREENWICH VILLAGE ROOFTOP, THE MASTER OF THE MYSTIC ARTS FIGHTS A SEEMINGLY HOPELESS STRUGGLE AGAINST THE DEMONIAC DISCIPLES OF THE VANISHED MORDO! BUT, WITH HIS EARTHLY FORM ALMOST HELPLESS, HOW CAN DR. STRANGE'S SPIRIT SELF SURVIVE THE DEADLY ONSLAUGHT?
WE KNOW--BUT WE'RE NOT TELLING!
.EE
IOMAS
DITKO
SIMEK
1

SKILLFULLY MERGING HIS ETHEREAL SELF WITH HIS HUMAN SHELL, DR. STRANGE URGENTLY CLIMBS A NEARBY WATER TOWER...
EVEN THOUGH I CANNOT SEE... THIS LADDER, FORTUNATELY, CAN BE CLIMBED BY TOUCH ALONE!
BUT, IF THE EVIL ONES ATTACK ME AT THIS MOMENT, I AM DOOMED--FOR, WITHOUT VISION I AM TRULY DEFENSELESS!
PRAISED BE THE HOARY HOSTS OF HOGGOTH! I MADE IT TO THE TOP--IN SAFETY! NOW TO GIVE MY MATERIAL FORM A NEW HIDING-PLACE!
THIS IS CERTAINLY THE LAST PLACE A PURSUER WOULD THINK TO LOOK!
BUT, I MUST NOT GROW OVER-CONFIDENT! THE SCALES OF POWER STILL FAVOR MY ENEMIES!
UHH--! THIS WATER IS COLD--BELOW FREEZING! CAN I SURVIVE IT FOR LONG?
YET, I MUST CHANCE IT! MY BODY MUST BE HIDDEN WHERE IT WILL NOT BE FOUND!
MY ARM--HOOKED OVER A RUNG THUS--WILL PROTECT ME FROM DROWNING!
AND NOW, THE MOMENT HAS COME TO RISK ALL--IN A FINAL ATTEMPT TO REGAIN MY CAPE AND AMULET!
FOR, ONLY WITH THEM MAY I HOPE THAT VICTORY WILL BE MINE!
THEN, HIS WRAITH-LIKE SHAPE PASSING NOISELESSLY THRU THE METALLIC SIDES OF THE TOWER, THE MIGHTY SORCERER BEHOLDS...
THE DEMON--AND BARON MORDO'S HENCHMEN! THEY'RE LEAVING NO STONE UNTURNED IN THEIR RELENTLESS SEARCH FOR ME!
QUICKLY--QUICKLY, YOU CREATURES OF LITTLE WORTH! WE MUST LOCATE THE DISCIPLE OF THE ANCIENT ONE--OR OUR VERY LIVES WILL BE FORFEIT WHEN MORDO RETURNS!
HE SHALL BE FOUND!
IF HE RETURNS, THAT IS! HE HAS NOT BEEN SEEN BY US FOR MANY WEEKS!
YET--NO MATTER! FOR, IF OUR EVIL MASTER IS NO MORE, I MAY INHERIT THE MANTLE OF HIS POWER!
LOOK CAREFULLY, MY FELLOWS! EVEN IN HIS BLINDFOLDED STATE, DR. STRANGE IS A FORMIDABLE ADVERSARY!
HOW MUCH BOLDER THEY WOULD BE IF THEY KNEW HOW NEARLY HELPLESS I AM!
BUT THERE IS NO TIME TO WASTE ON IDLE THOUGHTS! I HAVE ONLY MINUTES BEFORE THEY REENTER THE BUILDING!
2

10

| under (D.S) will - must obey | remove devices from physical body |
|---|---|
| at last can return | once again cape & amulet his |
| spell to cause you to give up BLACK MAGIC | Mordo's power link now destroyed<br><br>END —<br>into the dimensions to find the a-1<br>DD) banished. |

THOM0002626

2021MARVEL-0050277











TRICKED!! HE WANTED TO MAKE EACH OF US ELIMINATE THE OTHER WITH OUR MAGIC SPELLS!
AND HIS PLAN ALMOST SUCCEEDED --FOR MY BOLT HAS STRUCK THE DEMON!
ARIOUS WIZARDESS HAS HIRD--AND FINAL--TIME GONIST'S TANGIBLE "ALLIES"!
THE CAPE--WRAPPING ITSELF AROUND MY ARMS!! IN THIS POSITION, I CANNOT EMPLOY ANY MAGICAL GESTURES!
Y WHAT I WAS DEPENDING W, WHILE YOUR HANDS ARE E MYSTIC EYE WILL PERFORM MAKE YOUR WILL SUBSERVIENT TO MINE!
--!
9
DEEP--DEEP INTO THE IRRESISTIBLE FLOATING ORB STARES THE WIDE-EYED, NOW-HELPLESS SORCERESS, AS THE LAST REMNANTS OF HER ONCE-MIGHTY RESISTANCE SLOWLY VANISH...
I HEAR... AND OBEY, O MIGHTIEST OF MAGI!
THEN--AT LAST--I HAVE WON!
FIRST, YOU WILL REMOVE THE CONSTRAINING DEVICES FROM MY ENTRAPPED BODY--SO THAT I NEED REMAIN A WRAITH NO LONGER!
IT SHALL BE DONE AT ONCE, MASTER!
THE FOLLOWING MOMENT, WITH AN AUDIBLE SIGH OF RELIEF WHICH HAS BEEN LONG IN COMING, THE SPIRIT FORM OF DR. STRANGE MERGES SILENTLY WITH HIS PHYSICAL BODY--AS TIME ITSELF SEEMS TO PAUSE, IN WONDER---
AND, AS THE TALL, PROUD FIGURE AGAIN FASTENS THE AMULET AT HIS THROAT--AS THE BRIGHTLY-COLORED CLOAK LEVITATES TO ITS ACCORDED PLACE--THERE CAN BE NO DOUBT THAT THIS IS INDEED DR. STRANGE--THIS IS INDEED THE MASTER OF THE MYSTIC ARTS!
STILL, ALL IS NOT QUITE DONE HERE! THERE REMAINS ONE TASK YET TO COMPLETE!
SECONDS LATER, WARM, GOLDEN RAYS SEEM TO RADIATE FROM TWO POWERFUL HANDS, ENVELOPING THREE EVIL FORMS...
WHEN YOU AWAKEN, YOU WILL REMEMBER NOTHING OF BLACK MAGIC! THUS MAY YOUR FUTURE LIVES REDEEM YOUR PAST DEEDS!
10
BUT, FOR DR. STRANGE, THE FIGHT IS NEVER FULLY ENDED, THE BATTLE IS NEVER TRULY WON...
MORDO'S POWER LINK WITH EARTH IS NO MORE! THAT MEANS I CAN TURN MY UNDIVIDED ATTENTION TO... THE DREAD DORMAMMU!
FOR, HE HOLDS AS PRISONER ONE WHO AIDED ME! AND I SHALL NOT--I CANNOT--REST UNTIL SHE IS RESCUED--OR AVENGED!
SO ENDS OUR MODERN MAGICIAN'S FEAR-FRAUGHT FROLIC WITH MORDO'S MINIONS! BUT DOC'LL BE BACK NEXT ISSUE WITH A NEW PULSE-POUNDING TALE! BE SURE TO JOIN US... WE HATE HAVING TO EXPLAIN WHAT YOU MISSED! TILL THEN--DON'T TAKE ANY WOODEN AMULETS, YOU MAGICIAN, YOU!