# Exhibit 22

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3     -------------------------------------------X
       MARVEL CHARACTERS, INC.,
 4
            Plaintiff and Counterclaim-Defendant,
 5
                 -against-      Case No.:
 6                              1:21-cv-7955-LAK
                                and consolidated
 7                              cases, Nos.:
                                21-cv-7957 LAK and
 8                              21-cv-7959 LAK
 9     LAWRENCE D. LIEBER,
10          Defendant and Counterclaimant.
       -------------------------------------------X
11     MARVEL CHARACTERS, INC.,
12          Plaintiff and Counterclaim-Defendant,
13                 -against-
14     KEITH A. DETTWILER, in his capaciity as
15     Executor of the Estate of Donald L. Heck,
16          Defendant and Counterclaimant.
       -------------------------------------------X
17     MARVEL CHARACTERS, INC.,
18          Plaintiff and Counterclaim-Defendant,
19                 -against-
20     PATRICK S. DITKO, in his capacity as
       Administrator of the Estate of Stephen J.
21     Ditko,
22          Defendant and Counterclaimant.
       -------------------------------------------X
23                    DATE: October 25, 2022
                      TIME: 9:41 A.M.
24
         (Caption continues on following page.)
25
```

Page 2

1

2          **REALTIME VIDEOTAPED DEPOSITION**

3     of the Defendant, LARRY LIEBER, taken by

4     the Plaintiff and Counterclaim-Defendant,

5     pursuant to a Court Order and to the

6     Federal Rules of Civil Procedure, held at

7     the offices of O'Melveny & Myers, LLP, 7

8     Times Square, Times Square Tower, New York,

9     New York 10036, before Karyn Chiusano, a

10    Notary Public of the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1
2     A P P E A R A N C E S:
3
4     O'MELVENY & MYERS, LLP
         Attorneys for the Plaintiff and
5        Counterclaim-Defendant
         MARVEL CHARACTERS, INC.
6        7 Times Square
         Times Square Tower
7        New York, New York 10036
         BY: DANIEL PETROCELLI, ESQ.
8        dpetrocelli@omm.com
9
       TOBEROFF & ASSOCIATES, P.C.
10       Attorneys for the Defendant
         and Counterclaimant
11       LAWRENCE D. LIEBER
         23823 Malibu Road ~ Suite 50-363
12       Malibu, California 90265
         BY: MARC TOBEROFF, ESQ.
13       mtoberoff@toberoffandassociates.com
14
15
16     ALSO PRESENT:
         MARCELO RIVERA, Videographer
17       MOLLY LENS, O'Melveny & Myers, LLP
         DANIELLE FEUER, O'Melveny & Myers, LLP
18       ELI BARD, via Zoom
         JAYMIE PARKKINEN, via Zoom
19
20
21
22            *         *         *
23
24
25

Page 155

1                     LARRY LIEBER
2                There was something --
3                MR. TOBEROFF:  He's talking
4           about between 1958 and 1965.
5           A.    No.
6                I mean for the -- for the --
7      for the -- for the scripts? No.  I don't
8      think so. No.
9           Q.    Okay. So, for example --
10          A.    I was thinking of bonuses but
11     that was for people on staff.
12          Q.    Okay.  So, your sole
13     compensation was the per-page rate?
14          A.    As far as I know, yes.
15          Q.    Okay.
16          A.    That's all.
17          Q.    And you got that per-page rate
18     whether or not the comic was a flop or was
19     a big hit; right?
20                You still got the same per-page
21     rate?
22                MR. TOBEROFF:  Vague.
23          A.    Yeah.
24                As -- as long as they accepted
25     my --

Page 156

1                    LARRY LIEBER

2          Q.     Okay.

3          A.     -- as long as they accepted my

4     work, they paid me for it.

5          Q.     And you said Stan always

6     accepted your work; correct?

7                    MR. TOBEROFF:  Misstates his

8           testimony.

9          Q.     You can answer.

10         A.     Yes.

11                 Wait a minute.  As far as I

12     know, yes. Stan always -- I can't recall

13     him not.

14         Q.     Have you made any attempt to

15     get a copy of those checks from 1958 to

16     1965?

17         A.     No.

18                 I don't even -- no.

19         Q.     Let me ask you about some of

20     the characters.

21                 You worked on "IRON MAN";

22     right?

23         A.     Yes.

24         Q.     You wrote the script; right?

25         A.     Yes.

Page 252

LARRY LIEBER

1              record.

2                  (Whereupon, a short recess was

3              taken.)

4                  THE VIDEOGRAPHER:  The time is

5              4:11 P.M.

6                  And we are back on the record.

7      EXAMINATION BY

8      MR. TOBEROFF:

9          Q.    During the time you were

10     selling your stories to Marvel, or whatever

11     it was called in those days, did you ever

12     hear the company named Vista Publications,

13     Inc.?

14                 MR. PETROCELLI:  Objection.

15                 Question is leading.

16                 Particularly the use of the

17          word "sell."

18                 And I otherwise object to the

19          form of the question.

20         Q.    During the time --

21         A.    Yeah. I can -- I can answer.

22         Q.    Did you ever hear a company,

23     called Vista Publications, Inc.?

24         A.    I don't recall ever hearing

Page 253

1                      LARRY LIEBER

2    that, no.

3         Q.    Do you know whether Vista had

4    any employees?

5         A.    I never heard of them so I

6    don't know if they had employees.

7         Q.    During the same period that we

8    discussed, in the late 50's into the

9    1960's, did you ever hear a company

10   mentioned:  Canum Publishers Sales

11   Corporation?

12        A.    No. I didn't.

13              MR. TOBEROFF:  By the way, when

14         I am asking questions, are you able

15         to see his face on the video?

16              THE VIDEOGRAPHER:  I am just

17         getting a side view.

18              THE WITNESS:  Should I look at

19         you?

20              THE VIDEOGRAPHER:  Yeah.

21              THE WITNESS:  My hearing.

22              THE VIDEOGRAPHER:  It's okay.

23              MR. TOBEROFF:  It's okay.

24              THE WITNESS:  My hearing is --

25        Q.    You -- you -- you -- um, um,

Page 254

1                        LARRY LIEBER

2       um, um, you mentioned previously a company,

3       called Atlas.

4                   Do you recall that?

5            A.    Yes.

6                   If -- there -- I think there

7       were two Atlas'; one was Marvel was once

8       called it but the one we were referring to

9       was the one that Martin Goodman started.

10                  It was part of Seaboard

11      Publications and at -- Atlas Comics was

12      part of it, when Martin Goodman, after he

13      sold Marvel and he left it to start his own

14      company.

15                  Yes. Atlas, yes.

16           Q.    And before that time, in the

17      late 1950's or the 1960's, did you hear of

18      a company, called Atlas Magazine, Inc.?

19           A.    I did not. No.

20           Q.    Same period of time, late

21      1950's and 1960's:  Did you ever hear of a

22      company, called Non Perai Publishing

23      Corporation?

24           A.    No.

25           Q.    You testified today that Stan

Page 255

```
                            LARRY LIEBER
 1
 2      Lee would write plots or sometimes you
 3      would call it a "synopsis."
 4                 Do you recall that?
 5          A.    Yes.
 6                 MR. PETROCELLI:  I object to
 7            the question.
 8                 It misstates his testimony, the
 9            use of the word "sometimes."
10          Q.    And to your knowledge, did Sam
11      -- Stan Lee sometimes write scripts?
12          A.    Yes.
13          Q.    Was this writing a function of
14      Stan Lee's staff job as an Editor or Stan
15      Lee as a writer?
16                 MR. PETROCELLI:  Object to the
17            form of the question, including that
18            it's vague and it lacks foundation.
19                 And it's also leading.
20          Q.    You can answer.
21          A.    Answer?
22          Q.    Yes.
23          A.    I -- I -- I would say Stan,
24      when he was making up a story, was doing
25      the work that a writer does, not what an
```

1                   LARRY LIEBER

2      Editor does, even though he was an Editor,

3      his title.

4           Q.    Okay.

5           A.    That's part of writing, the

6      plot or a story.

7           Q.    And -- and to your knowledge,

8      did Stan Lee do his writing at the office

9      or at home, his home?

10          A.    At home.

11                I would -- to my knowledge, at

12     home.

13          Q.    And did Stan Lee, during the

14     week, did Stan Lee take off time to write

15     at home?

16                MR. PETROCELLI:  I object to

17           the form, including lack of

18           foundation.

19          A.    Yes, he did.

20                I think he used to take off

21     Wednesday. I remember -- I remember -- may

22     I say --

23          Q.    You can answer it, yes.

24          A.    The secretary or the

25     receptionist, when he would leave, it used

```
 1                   LARRY LIEBER
 2      to make him a little upset because she
 3      would say:  "Enjoy your day off, Mr. Lee."
 4      And he would say to me, you know, when I
 5      would see him, he would say:  "My day off?
 6      I'm going them work. I don't have a day
 7      off."
 8            Q.    And what --
 9            A.    And I believe it was Wednesday
10      but I am not -- you know.
11            Q.    And what work was that?
12            A.    Writing.
13            Q.    And what about the weekends?
14                  MR. PETROCELLI:  I object to
15             the form.
16            A.    I -- I wasn't aware of him --
17      we weren't -- I wasn't out there but I know
18      he often wrote on weekends, yes.
19            Q.    Were there any instances you
20      recall where he told you where -- how much
21      he was writing on the weekend?
22            A.    Yes.
23                  He told me once -- he said "oh,
24      what a weekend I had." He said "I wrote 50
25      pages" and I said "oh, my God.  You poor
```

1                    LARRY LIEBER

2        Q.    Did you receive any vacation

3    pay or were you paid for time off?

4        A.    No.

5        Q.    You testified that the company

6    paid you for your stories by the page; is

7    that correct?

8        A.    Yes.

9        Q.    Okay. In your view, were they

10   obligated to pay you for the pages you

11   submitted?

12            MR. PETROCELLI:  Object to the

13        form.

14       A.    In my view, I felt they were

15   not, unless they bought them from me or,

16   you know, accepted them.

17       Q.    Was there ever a time where --

18            MR. PETROCELLI:  Move to strike

19        that answer, the second part of that

20        answer, with respect to the words

21        "bought them."

22            Not responsive and no

23        foundation.

24       Q.    It was your -- you mention

25   "bought," was it your view that they

1                        LARRY LIEBER

2            leading.

3         Q.    All right. The after you wrote

4    your story, what would happen?

5         A.    I would -- I would go to Marvel

6    and turn it in to -- to the Editor or to --

7    who I don't remember, to his secretary or

8    maybe even -- there were a few people, it

9    might have been Sol Brodsky or somebody

10   else, Paul Stymler or Stan, himself.

11              I mean I would just turn it in

12   to the company.

13        Q.    If they published your story,

14   would you be paid for it?

15        A.    Yes.

16        Q.    By the page?

17        A.    Yes.

18        Q.    Okay. Before they paid you by

19   the page, did Marvel own the story or did

20   you own the story, in your opinion?

21              MR. PETROCELLI:  Object -- I

22         object to the form of the question.

23        A.    Well, before they -- before

24   they paid me for it, they didn't have it, I

25   had it.  It's mine.  I wrote it.  I owned

Page 267

```
  1                  LARRY LIEBER
  2   it, I guess. I owned it.
  3              MR. PETROCELLI:  Move to
  4         strike, as non-responsive.
  5        Q.    Did it ever -- did there ever
  6   come a time where Marvel, or whatever they
  7   called themselves in those days, reject
  8   your material?
  9              MR. PETROCELLI:  Object to the
 10         form of the question.
 11        A.    Yes.
 12              It -- it happened, um, at least
 13   once. It might have been more but I
 14   remember one.
 15        Q.    Can you describe that to me,
 16   please?
 17        A.    Yes.
 18              I was doing -- I wasn't doing
 19   the superheroes and Marvel was putting out
 20   what we called black and white books, like
 21   Warren Publications did, that there were
 22   zombies, werewolves and vampires.
 23              And we got an Editor there and
 24   this wasn't Stan.  Stan was now the
 25   publisher.  And this Editor was very good
```

1                    LARRY LIEBER

2     at plots; okay?  And he said "before you

3     write your story, I want to see the plot."

4                He wanted me to write the plot;

5     okay? And make up a plot and bring it to me

6     and, you know, and -- and if he liked it,

7     he would buy it -- not even buy it, he

8     would tell me because he was -- he wasn't

9     going to pay for the plot but he would tell

10    me to go back home and write the story;

11    okay?

12                And as I said before, I was

13    kind of pressed for money in those days and

14    so, I wrote a plot, I brought it in and he

15    was critical of it.  He rejected it and he

16    told me -- he gave me another direction to

17    go into with the story -- with the plot and

18    so I went back home and I had to take

19    another day off, to make up this new plot

20    or change the plot, whatever you phrased

21    it, and I went back to him and this time,

22    he accepted it and he said:  Now, go write

23    the story (indicating.)

24                And, I was never paid for the

25    time or the plot, the first plot that I

Page 269

1                       LARRY LIEBER

2       brought in to him.

3                He -- he didn't pay -- you

4       know, I lost out and I worried because I

5       didn't know the Editor that well and I was

6       concerned with -- that I hoped it didn't

7       happen.  That it didn't happen again.

8                And I don't recall.  It might

9       have happened again.  He might have even

10      rejected it a second time, I am not sure.

11          Q.    All right.

12          A.    But I know at least once he

13      rejected it.

14          Q.    Why were you concerned?

15          A.    I was concerned because I had

16      to make a living and I was barely doing so

17      and -- to work, you know, to write takes

18      time and I had to pay the rent.

19          Q.    So, to be clear:  He didn't pay

20      you for the work he rejected?

21          A.    No, he did not.

22                MR. PETROCELLI:  Objection;

23          leading.

24          Q.    Now, you spoke about -- at some

25      point in your -- Mr. Petrocelli was asking

1                      LARRY LIEBER

2    you questions and you talked about the

3    checks that you received, when they paid

4    you by the page.

5              Do you recall that?

6         A.    Yes. I think.

7         Q.    You testified about checks?

8         A.    Yeah. Yeah. I got paid by

9    check.

10        Q.    And you spoke about writing on

11   the back of checks.

12             Do you recall that?

13        A.    Yes.

14        Q.    To the best of your

15   recollection, what was the jist of the

16   writing on the back of those checks?

17        A.    The jist of it, to me, was once

18   I give it to them, it is no longer -- my

19   work is no longer mine, it belongs to them

20   and they can do anything they want with it.

21             But it was said in some

22   technical language, I guess, or language.

23        Q.    And when you said once you give

24   it to them, you mean once --

25        A.    Once I give them my work.

```
1                    LARRY LIEBER
2         Q.    And they pay you for it?
3         A.    And they pay me for it.
4              MR. PETROCELLI:  Objection;
5          leading.
6         A.    That's the only thing I could
7    mean. Once they paid me for it, it's like
8    they bought it.  They bought my work.
9         Q.    Okay. Do you recall on the back
10    of the checks, in those days, reading the
11    term "work for hire" or "work made for
12    hire"?
13         A.    No.
14              That -- well, I don't remember
15    a great deal.  I think if I had seen that,
16    I would have -- it would have been familiar
17    to me at the last deposition or sometime in
18    between.
19              No, I never saw it.
20              If -- a totally unknown.
21         Q.    And the 1950's and -- the late
22    1950's and the 1960's, the period where we
23    were speaking about, when you worked on the
24    superheroes comics stories, did you ever
25    hear of the term "work for hire" or "work
```

1                       LARRY LIEBER

2      these planets and now it's earth's turn,

3      you know, and we know they are going to

4      menace earth.

5                   And in the next panel, I can

6      show people on the ground and somebody

7      pointing up and then, they land and

8      everybody runs.

9                   There are different ways of

10     telling a story.

11          Q.     I understand.

12          A.     And so, so -- that's what

13     writing it was.

14                  And I don't know. I'm sorry.

15          Q.     No. No. That's fine.

16          A.     But that's --

17          Q.     And you did this writing from

18     where?

19          A.     My home.

20                  I had a -- I had a typewriter,

21     a Remington office writer, bought in the

22     used typewriter place.

23          Q.     Did you pay for the typewriter?

24          A.     Oh, yeah.

25          Q.     Did you pay for your own paper?

1                         LARRY LIEBER

2         A.    Sure.

3         Q.    You wrote with pens or drew

4    with pencils.

5               Did you pay for --

6         A.    When I was --

7         Q.    Wait -- did you pay for the

8    pens and pencils?

9         A.    I paid for everything.

10        Q.    I am talking about the late

11   50's and 60's, when you were working on the

12   superheroes.

13        A.    When I was writing them, you

14   mean.

15        Q.    Yeah.

16        A.    Sure. Yeah.

17              I considered -- I mean I'm a

18   freelancer.  I'm a -- yeah. I didn't expect

19   the company to pay for it, no.

20              MR. PETROCELLI:  Move to strike

21         as non-responsive.

22        Q.    I may have asked you this

23   before: Was the company obligated to buy

24   your stories?

25              MR. PETROCELLI:  Object to the

1                     LARRY LIEBER
2           form of the question.
3           A.      I -- I didn't think they were.
4           Q.      Did you have any agreement with
5      the company during the period you worked on
6      these superheroes in the late 50's and
7      60's?
8           A.      Any agreement? No. No.
9           Q.      No written agreement?
10                  MR. PETROCELLI:  Objection to
11            the form of the question.
12          A.      No.  No.  No written agreement.
13          Q.      Now, you mentioned that Stan
14     Lee would hand you a plot.
15          A.      I called it a plot. Yeah, he
16     called it, I think a plot, too. Yes.
17          Q.      And did you witness Stan
18     writing any plots?
19          A.      No.
20                  Not that I'm aware of. I might
21     have but I have long since forgotten.
22                  No.  I would say no.
23          Q.      Can you recall a time that you
24     saw him writing a plot?
25          A.      No.

1                     LARRY LIEBER
2          Q.     Yes.
3                 You went over all of that.
4          A.     And Stan offered me the -- the
5     -- to -- a chance to do -- to freelance, to
6     write stories and so, I took it and I --
7     and I did it.
8          Q.     And -- and Stan, you understood
9     was working for Marvel; right?
10         A.     Did -- did --
11                MR. TOBEROFF:   Objection;
12          vague.
13         Q.     You may answer.
14         A.     Yes, of course.
15         Q.     And do you remember the name of
16    the company that issued the checks to you?
17         A.     I thought it was Marvel. I
18    don't know. I assumed it was Marvel or
19    Magazine Management or something I mean --
20         Q.     Magazine Management was the
21    umbrella company?
22         A.     It was a parent company, I
23    thought.
24         Q.     A parent company?
25         A.     Yeah.