# Exhibit 23

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   _____
                                   )
 4   MARVEL CHARACTERS, INC.,      )
              Plaintiff and        )
 5      Counterclaim-Defendant,    )
        vs.                        )
 6   LAWRENCE D. LIEBER,           )No. 1:21-cv-7955-LAK
              Defendant and        )and consolidated cases
 7        Counterclaimant.         )21-cv-7957-LAK and
     _____)21-cv-7959-LAK
 8   MARVEL CHARACTERS, INC.       )
              Plaintiff and        )
 9      Counterclaim-Defendant,    )
        Vs.                        )
10   KEITH A. DETTWILER, in his    )
     capacity as Executor of the   )
11   Estate of Donald L. Heck,     )
              Defendant and        )
12        Counterclaimant.         )
     _____)
13   MARVEL CHARACTERS, INC.       )
              Plaintiff and        )
14      Counterclaim-Defendant,    )
        Vs.                        )
15   PATRICK S. DITKO, in his      )
     capacity as Administrator of  )
16   the Estate of Stephen J.      )
     Ditko,                        )
17            Defendant and        )
          Counterclaimant.         )
18   _____)
19
                  VIDEOTAPED DEPOSITION OF
20                     MARK S. DITKO
                    Los Angeles, California
21              Wednesday, February 8, 2023
                         Volume I
22
23
     Reported by:
24   ALEXIS KAGAY
     CSR No. 13795
25
```

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   _____
                                    )
 4   MARVEL CHARACTERS, INC.,       )
             Plaintiff and          )
 5      Counterclaim-Defendant,     )
         vs.                        )
 6   LAWRENCE D. LIEBER,            )No. 1:21-cv-7955-LAK
             Defendant and          )and consolidated cases
 7          Counterclaimant.        )21-cv-7957-LAK and
     _____ )21-cv-7959-LAK
 8   MARVEL CHARACTERS, INC.        )
             Plaintiff and          )
 9      Counterclaim-Defendant,     )
         Vs.                        )
10   KEITH A. DETTWILER, in his     )
     capacity as Executor of the    )
11   Estate of Donald L. Heck,      )
             Defendant and          )
12          Counterclaimant.        )
     _____ )
13   MARVEL CHARACTERS, INC.        )
             Plaintiff and          )
14      Counterclaim-Defendant,     )
         Vs.                        )
15   PATRICK S. DITKO, in his       )
     capacity as Administrator of   )
16   the Estate of Stephen J.       )
     Ditko,                         )
17           Defendant and          )
            Counterclaimant.        )
18   _____ )
19
20          Videotaped deposition of MARK S. DITKO,
21   Volume I, taken on behalf of Plaintiff, at 1999 Avenue
22   of the Stars, Los Angeles, California, beginning at
23   9:43 a.m. and ending at 3:58 p.m., on Wednesday,
24   February 8, 2023, before ALEXIS KAGAY, Certified
25   Shorthand Reporter No. 13795.
```

Page 3

1  APPEARANCES:
2
3  For Marvel Characters, Inc.:
4     O'MELVENY & MYERS, LLP
5     BY:  MOLLY M. LENS
6     BY:  MATTHEW KAISER
7     Attorney at Law
8     1999 Avenue of the Stars
9     8th Floor
10    Los Angeles, California 90067
11    310.553.6700
12    Mlens@omm.com
13    Mkaiser@omm.com
14
15 For Patrick Ditko, executor of the Estate of Steve
16 Ditko, and Mark Ditko:
17    TOBEROFF & ASSOCIATES, P.C.
18    BY:  MARC TOBEROFF
19    BY:  JAYMIE PARKKINEN
20    Attorney at Law
21    23823 Malibu Road
22    Suite 50-363
23    Malibu, California 90265
24
25

Page 4

```
 1   APPEARANCES (Continued):
 2
 3   Videographer:
 4       KEVIN DEL CID
 5
 6   Also Present:
 7       ELI BARD
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 160

1   A   Of what he was -- I said what he was after.
2   Q   Can you identify any other work that your
3   uncle did in the early 1960s other than work for
4   Marvel?
5       MR. TOBEROFF:  Objection as to form, assumes
6   facts.
7       THE WITNESS:  From my understanding, I believe
8   he was also doing work for Charlton.
9   BY MS. LENS:
10  Q   Anything else?
11  A   And possibly some fanzines.  I -- I couldn't
12  be specific.
13  Q   You're aware, from reading your uncle's
14  writings, that your uncle understood that Charlton had
15  a different business model and relationship with its
16  contributors than Marvel did; correct?
17      MR. TOBEROFF:  Objection as to form, lacks
18  foundation.
19      THE WITNESS:  In terms of contractual
20  agreements or arrangements, I'm not familiar with what
21  either of those were.
22  BY MS. LENS:
23  Q   Okay.  I'm going to turn your -- we can put
24  that one aside.  I'm going to turn your attention back
25  to Exhibit 110, which is the -- the compilation of mini

1        THE REPORTER:  I don't -- he hears that.  I --
2        MR. TOBEROFF:  Oh, okay.
3        THE REPORTER:  Thank you.
4   BY MR. TOBEROFF:
5        Q    Do you see what appears to be a postmarked
6   envelope in the bottom half of the page marked
7   DITKO-0247.
8        MS. LENS:  Objection to form, lacks
9   foundation.
10       THE WITNESS:  Yes, I see it.
11  BY MR. TOBEROFF:
12       Q    Do you recognize the address, under -- where
13  it says "Patrick S. Ditko" on the envelope?
14       MS. LENS:  Objection to form.
15       THE WITNESS:  Yeah, that is, I'll say, my
16  Bubba and Poppy's house where my dad and the family
17  grew up.
18  BY MR. TOBEROFF:
19       Q    And when you refer to Bubba and Papa (sic),
20  who -- who -- who are they?
21       A    Bubba was my dad and Uncle Steve's mom and
22  Poppy was their father.  So that's where my -- their --
23  their -- my dad's parents and my Uncle Steve's parents
24  lived, and they grew up there.
25       Q    And is this Patrick Ditko your father or

Page 167

1  your --
2       MS. LENS:  Hold on.
3  BY MR. TOBEROFF:
4      Q   -- or your Bubba?
5       MS. LENS:  Objection to form.
6       THE WITNESS:  Patrick S. Ditko is -- is my
7  dad.  So this is a letter to my dad, who was living
8  there at the time.
9  BY MR. TOBEROFF:
10     Q   And the other address that appears in this
11 exhibit, in the upper right-hand corner there, it looks
12 like a return address.
13      Do you recognize what -- does that have any
14 meaning to you?
15      MS. LENS:  Objection to form.
16      THE WITNESS:  The -- the address is -- I don't
17 recognize the address, but the timestamp is when he was
18 in the military, in the Army.  So -- Troop 27.  So
19 probably -- it looks like it's from my uncle, wherever
20 he was stationed.
21 BY MR. TOBEROFF:
22     Q   Do you have an understanding on what your
23 uncle was doing in 1946?
24      MS. LENS:  Objection to form, lacks
25 foundation.

Page 168

```
 1             THE WITNESS:  He was in Germany in 1946.
 2   BY MR. TOBEROFF:
 3       Q    Turning to the top of what's been marked --
 4   what's been Bates-stamped DITKO-247, the -- in the
 5   upper -- on the upper left side, do you recognize that
 6   illustrated character?
 7             MS. LENS:  Objection to form.
 8             THE WITNESS:  It appears to be Doctor Strange.
 9   BY MR. TOBEROFF:
10       Q    Why do you say that?
11             MS. LENS:  Objection to form.
12             THE WITNESS:  Well, just the facial
13   characteristics, the collar, just -- just what he's
14   wearing and just really his facial characteristics, the
15   hair, sort of the mustache, just...
16   BY MR. TOBEROFF:
17       Q    Any other facial characteristics?
18             MS. LENS:  Objection to form.
19             THE WITNESS:  The eyebrows, the -- yeah, just
20   the -- just the facial construct.
21   BY MR. TOBEROFF:
22       Q    You can put that down.
23             You were asked, when Ms. Lens was questioning
24   you, whether you had any evidence -- and I'm
25   summarizing her question -- whether you had any
```