# Exhibit 25

y  Hi, Tom,

I didn't see the Dr. Strange movie. I did read the reviews and they gave it 3 stars.

Marvel movies are for a world audience so they try to be careful with casting.

A women Ancient one and blacks, etc are to appeal to a wider potential audience, ticket buyers.

They would have a problem with magical affect but they should have been overcome that with what kind of effect they do in movies.

We can always expect some complaints from china no matter what is done.

China always demand everything done pleases them first.

Dr. Strange has always been a contradiction to marvel heroes. He began a 2 5 page filler during the earlier years when they did monster stories and 5 page fillers.

I don't know how he was handled after I quit marvel.

With some team up with THOR, Dr Strange should continue to be movie material even though it contradicts the marvel universe.

But with the changes with marvel "heroes" a black Iron man — female, there's nothing that remain as it was for long. It seem to prove to be money-making.

DITKO-0307

2

Yes, Marvel, DC movies.
Iron man to be a <u>female</u>.
The movies of comic book characters have changed them in all ways possible.

<u>yes</u>, that Captain Marvel was for a comic book company sued by National Comics - Superman/Batman Publisher of comic book heroes acting in the most villanous ways.

When comic book fans became editors, writers they had no use for the thengoing artist, etc.

An editor: "They will not hire anyone over 30" wiping out all of us who had been doing the work - writing art, etc.

I haven't followed what the comic companies have been doing for years.

A couple fans will occasionaly send me what is being done in comic, but have no interest in the industry.

I haven't seen any of the superhero movies.

They finally got around to Dr. Strange for a movie. He is my creation, and at one point I took over all stories, writing, art.

I've seen some picture of the movie Strange, the usual movie treatment of the transition from comic book panel to screen.

DITKO-0308

3.

Who is captain Marvel?

I don't know what was being done with Captain Marvel. I know whoever is involved want their input, some kind of change — addition, subtraction.

They finally got around to Wonder Woman for a redoing.

She had a long run as a TV series. Two different versions — one the war years another more updated.

Batman had it's humorous TV years with all kinds of guest stars undercutting everything about the original Batman. But that undercutting was already done with the introduction of Robin, a kid sidekick.

Comics are fiction and fantasy so one can't expect any kind even common sense.

There will also always be the accepters and rejecters with appropriate and over-done response.

DITKO-0309