# Exhibit 26



DITKO-0312

**FIRESIDE**

DITKO-0313

# Dr. Strange

by

## STAN LEE

**ALSO BY STAN LEE**

Origins of Marvel Comics
Son of Origins
Bring on the Bad Guys
Superhero Women
How to Draw Comics the Marvel Way
The Incredible Hulk
The Silver Surfer
The Mightly World of Marvel Pin-Up Book
Marvel's Greatest Superhero Battles
The Amazing Spider-Man
The Mightly Marvel Jumbo Fun Book



A FIRESIDE BOOK
Published by
SIMON AND SCHUSTER • New York

DITKO-0314

## DEDICATION

Dedicated to Steve Ditko, who gave such fabulous form, substance, and style to our Master of the Mystic Arts when Stephen Strange was just a'borning, and who set the mood for an aura of exotic enchantment destined to thrill generations of readers for decades to come

Dedicated also to Phil De Guere, who, almost twenty years later, had both the faith and the rare ability to take our creation of Dr. Strange and translate it with such sincerity and talent into a brilliant, unforgettable television experience.

Copyright © 1979 by Marvel Comics Group,
A Division of Cadence Industries Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
A Fireside Book
Published by Simon and Schuster
A Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020

Manufactured in the United States of America
1   2   3   4   5   6   7   8   9   10
1   2   3   4   5   6   7   8   9   10 pbk.

Library of Congress Cataloging in Publication Data

Lee, Stan.
  Dr. Strange

  (A Fireside book)
  1. Doctor Strange (Comic strip) I. Title.
PN6728.D58L4    741.5'973    79-17028

ISBN 0-671-24814-6 pbk.
     0-671-25206-2

DITKO-0315







Here's a twist for you! The story that follows never appeared in a *Dr. Strange* magazine! It's not even a Dr. Strange story. It's a Spider-Man special! But, as Stevey Strange himself might say, "By the shades of the shadowy Seraphim, there's more to this than doth meet the eye!"

Actually, "The Wondrous World of Dr. Strange" is from the *Spider-Man Annual #2*. We wanted a yarn that would be really special, something that would verily rock our rabid readers. So, since ol' Steve Ditko was illustrating both Dr. Strange and Spidey at the time, it seemed like a natural to let Doc be the featured guest star in the web slinger's commemorative issue.

Then, to make it even more special, I figured it would be supersplendiferous to let Daring Ditko himself dream up the plot. Of course, I may have had a secondary little reason—like the fact that I didn't have the time to plot it myself and Samaritan Steve practically saved my life by handling that little chore. But that's nobody's business but ours, right?

Speaking of plotting, let me tell you here and now (which is one of the nuttiest phrases of all time—I certainly couldn't tell you there and then, could I? I mean, you can't *ever* be over there, 'cause wherever you are at a given time is always "here"! I hope you're all taking notes. There may be an exam!) Now where were we? Oh yes, I was gonna clue you in about our plotting. In case I never told you this before, Steve Ditko is one of the best plot men in the biz. When it comes to dreaming up story ideas, putting them together intricately, panel by panel, and utilizing the best of cinematic techniques, the guy's a whiz. Thus, the spectacular saga that is about to knock you out was basically concocted by our own Mr. D. But in case you're wondering what yours truly had to do with it...

Somebody has to put in the words. Lamentable as it may seem, they simply don't appear by magic. So, that's my job. After Steve did the hard part—after he dreamed up the story and illustrated it in his own unique style—I then got to do the fun part. I wrote all the squiggly little words: the dialog balloons and captions, the soliloquies and the snide remarks, and all the little sound effects that drove Steve bonkers 'cause they cluttered up his artwork! Yep, that's how we did it, and I hope you dig the daffy result.

Of course, the thing I liked the very best was putting in the little unexpected wisecracks (at least, I hope they were unexpected) wherever and whenever I had the chance. And names! How I love making up names! It took me as long to come up with Xandu as it did to write the first six pages! And don't blame me if it sounds like something out of Kipling; I like to kipple with the best of 'em!

But, about the story. I've a hunch it's gonna knock you out when you see how Spidey and Doc cross paths and get involved in the same adventure, and I think their relationship and attitudes toward each other worked out exactly the way you would have wanted. If I'm right, I know you'll be impressed. If I'm wrong, don't tell me—you wouldn't wanna damage my ego!

But enough pointless prattle. One of the most memorable stories of all is waiting on the pages ahead—and you know how impatient us sorcerers get!

DITKO-0354