# Exhibit 27

Mark,
 the sore spot material is the corrected one. I showed you the flawed copy that I was sent while in Johnstown. That copy had pages missing.

With the Dr. Strange, the reproduction is poor. A lot of details (pen, brush, textures, etc.) are lost. The coloring is worse. The original comics are superior.

The idea for the character, the 1st story is mine. The character was named, story dialogued by Stan from my rough script. Dr. Strange because the 1st story (all the stories) were in the comic titled STRANGE TALES.

For some unknown reason I pencilled the stories but the inking was done by someone else

Page 13   story
Page 76     "
  "    85     "
  "    89     "
  "   103    "

From page 153, all the following story ideas are mine but dialogued by Stan from my rough script. There may be 4 or 5 more stories before I quit the series.

I sent your Dad copies of my other essays to make copies for whoever wanted them.

My best to Marianne and I hope all of you are enjoying 93.

Regards,
Uncle Steve

MARK.DITKO-0001