# Exhibit 33





DITKO-0247