# Exhibit 37

## ARTWORK RELEASE

Re: *Star Trek #4 2p*

The indicated artwork is being delivered to the author/artist to commemorate his participation in the production of the episode of which it is a part.

Although the Marvel Comics Group is transfering the rights in the physical artwork, it is acknowledged that the Marvel Comics Group retains all other rights in and to the material including all copyright, trademarks and other rights therein subsisting.

The author/artist acknowledges that all services performed in connection with this artwork have been rendered as an employee-for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S. copyright law, only the copyright proprietor (here, Marvel) may license the copyright use of the artwork including the right to publicly exhibit the same. Marvel will be happy to consider granting the author/artist or his assignee the right to publicly exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is specifically prohibited.

_4/29/80_
Date

AUTHOR/ARTIST                MARVEL COMICS GROUP
By _[signature]_             By _[signature]_

Copyright notice:

Copyright © _1980_ Marvel Comics Group All Rights Reserved
_[signature]_

MARVEL        5544

2021MARVEL-0054634

## ARTWORK RELEASE

Re: *Spiderman #44 2p*

The indicated artwork is being delivered to the author/artist to commemorate his participation in the production of the episode of which it is a part.

Although the Marvel Comics Group is transfering the rights in the physical artwork, it is acknowledged that the Marvel Comics Group retains all other rights in and to the material including all copyright, trademarks and other rights therein subsisting.

The author/artist acknowledges that all services performed in connection with this artwork have been rendered as an employee-for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S. copyright law, only the copyright proprietor (here, Marvel) may license the copyright use of the artwork including the right to publicly exhibit the same. Marvel will be happy to consider granting the author/artist or his assignee the right to publicly exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is specifically prohibited.

_4/23/80_
Date

AUTHOR/ARTIST          MARVEL COMICS GROUP
By _[signature: Marv Wolfman]_   By _[signature: Marian Hensgard]_

Copyright notice:

Copyright © _1980_ Marvel Comics Group All Rights Reserved
_Wolfman_

MARVEL          5545

2021MARVEL-0054635

## ARTWORK RELEASE

Re: *Spiderman #203 op*

The indicated artwork is being delivered to the author/artist to commemorate his participation in the production of the episode of which it is a part.

Although the Marvel Comics Group is transfering the rights in the physical artwork, it is acknowledged that the Marvel Comics Group retains all other rights in and to the material including all copyright, trademarks and other rights therein subsisting.

The author/artist acknowledges that all services performed in connection with this artwork have been rendered as an employee-for-hire of the Marvel Comics Group.

It is specifically understood that pursuant to the U.S. copyright law, only the copyright proprietor (here, Marvel) may license the copyright use of the artwork including the right to publicly exhibit the same. Marvel will be happy to consider granting the author/artist or his assignee the right to publicly exhibit this artwork, upon such person's written request.

It is understood that any reproduction of this artwork is specifically prohibited.

DEC 28 1979
Date

AUTHOR/ARTIST
By *[signed] Marv Wolfman*

MARVEL COMICS GROUP
By *[signed] Marien Hensyard*

Copyright notice:

*Wolfman* Copyright © 1980 Marvel Comics Group All Rights Reserved

MARVEL    5546

2021MARVEL-0054636