# Exhibit 49

Steve Ditko, Larry Lieber



2021MARVEL-0003514






2021MARVEL-0003515