# Exhibit 50



COMPOSITIONS

NAME _DONALD L. HECK_
_ACCOUNT BOOK FOR_
_EARNINGS_

MADE IN U.S.A.

DETTWILER-0014

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| | | 3 PCS V-824   STRANGE TALES | | |
| 4/62 | Magazine Management | WITH 4 PEOPLE   TALES | 100 00 | 2472 00 |
| 4/62 | Magazine Management | 5 PCS - V 905   LOVE ROMANCES | 100 00 | 2272 00 |
| 9/62 | Magazine Management | 5 PCS   V-976   CARTOONS WESTERN WITH WEREWOLF MATT MORGAN | 100 00 | 2372 00 |
| 4/62 | Mag Management | 8 PCS V-943   TALES G. Untamed | 100 00 | 2532 00 |
| 9/62 | Mike Peppe | 3 Spot Drawings Newspaper - Centre - | 22 00 | 2554 00 |
| 6/62 | Mag Management | 5 PCS IX-H   RAWHIDE RETURN of THE OUTLAW | 100 00 | 2654 00 |
| 21/62 | Mike Peppe | 8 PCS - BREAKDOWN - LOVE - FARMER'S DAUGHTER | 64 00 | 2718 00 |
| 25/62 | Mag Management | 13 PCS - TALES OF SUSPENSE   V-933 | 260 00 | 2978 00 |
| 7/62 | Mag Management | 8 PCS - Tales to Astonish   V-9-59 | 160 00 | 3138 00 |
| 4/62 | Mike Peppe | 8 PCS - BREAKDOWN - LOVE   MOVIE STAR | 64 00 | 3202 00 |
| 28/62 | Mag Management | 6 PCS   LOVE ROMANCES   V-981   9 PCS | 120 00 | 3322 00 |
| 15/62 | " | 5 PCS - JOURNEY INTO MYST,   V-949 | 100 00 | 3422 00 |
| 18/62 | Mag Management | 5 PCS   STRANGE TALES   X-9 -   MAN ALONE | 100 00 | 3522 00 |
| 16/62 | Mike Peppe | 4 PS   BREAKDOWN - FLIRTING WITH HEARTBREAK | 32 00 | 3554 00 |
| 21/62 | Mag Management | 7 PCS Tales of Suspense   X-13 CAN'T ALL BE HUMANS | 140 00 | 3694 00 |
| 28/62 | Mike Peppe | 4 PS   BREAKDOWN FLIRTING WITH HEARTBREAK | 32 00 | 3726 00 |
| 6/62 | Mag Management | 7 PCS - Tales G Astonish X-24 | 140 00 | 3866 00 |
| 6/62 | Mag Management | 10 PCS Tales to Astonish X-41   Ant Man - | 200 00 | 4066 00 |
| 9/62 | Mike Peppe | 5 PCS FOR EZIAS -   PENCILS | 75 00 | 4141 00 |
| 28/62 | Mag Management | 13 PCS - TALES OF SUSP. V-151   - IRON MAN | 260 00 | 4401 00 |
| 6/62 | Mag Management | 13 PGS - TALES TO AST - X-105 ANT-MAN   PRODUCTION   7 PAGES IF 92's X-51 | 305 00 | 4706 00 |

DETTWILER-0044

1962

| DATE | ACCOUNT | TYPE OF WORK | AMOUNT | TOTAL |
|---|---|---|---|---|
| 7/62 | Magazine Management | SPGS — V-767 | 100 00 | 100 00 |
| 14/62 | Magazine Management | SPG — V-779 | 100 00 | 200 00 |
| 21/62 | Magazine Management | SPGS V-759 | 100 00 | 300 00 |
| 8/62 | Magazine Management | V-747 | 100 00 | 400 00 |
| 4/62 | Magazine Management | V-800 | 100 00 | 500 00 |
| 7/62 | Magazine Management | V-843 | 100 00 | 600 00 |
| 8/62 | Magazine Management | | 100 00 | 700 00 |
| /62 | Mike Pepe | | 50 00 | 750 00 |
| 26/62 | Mag Management | V-800 | 100 00 | 850 00 |
| 3/62 | Mag Management | V-843 | 100 00 | 950 00 |
| March /62 | Mag Management | SPGS V-852 | 100 00 | 1050 00 |
| March /62 | Mag Management | V-860 | 100 00 | 1150 00 |
| March 19 | Mike Pepe | | 50 00 | 1212 00 |
| March 20 | Mag Management | V-873 | 120 00 | 1332 00 |
| April 1 | Mag Management | SPGS V-874 | 100 00 | 1432 00 |
| April 7 | Mag Management | | 120 00 | 1552 00 |
| April 14 | Mag Management | SPGS V-910 | 100 00 | 1652 00 |
| April 21 | Mag Management | V-928 | 100 00 | 1752 00 |
| April 28 | Mag Management | | 100 00 | 1852 00 |
| May 1 | Mike Pepe | | 120 00 | 1972 00 |
| May 7 | Mag Management | SPGS V-900 | 100 00 | 2072 00 |

DETTWILER-0045

1963

| DATE | ACCOUNT | | TYPE OF WORK | AMM'T | | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | INK | 13 PGS. - T OF SUSPENSE MAR | | | | |
| 1/7/63 | MAG. MANGMT | | IRON MAN - NETHERWORLD | 130 | 00 | 130 | 00 |
| 1/17/63 | " " | PENCIL | 13 PG - T OF SUS - MAR - X-229 | | | | |
| | | + INK | IRON MAN - VS MAD PHAROAH | 260 | 00 | 390 | 00 |
| 1/21/63 | MIKE PEPPE | PENCIL + INK | LOVE STORY — | 57 | 00 | 447 | 00 |
| 2/7/63 | Mag. Mangment | PENCIL | 13 PGS  TALES T MSUSH X-326 | | | | |
| | | INK | ANT MAN - CYCLOPS - | 260 | 00 | 707 | 00 |
| 2/21/63 | Mike Peppe | PENCIL | SIDNEY BURKE | | | | |
| | | INK | THRILLER | 170 | 00 | 877 | 00 |
| 2/28/63 | Mag Management | Pencil | 13 PG T OF S - X - 347 | | | | |
| | | + INK | IRON MAN VS JACK FROST | 360 | 00 | 1177 | 00 |
| 3/5/63 | Mike Peppe | INK | 66 DAY REVUE — | 36 | 00 | 1213 | 00 |
| 3/26/63 | Mag Management | Pencil + Ink | 13 PGS - ANTMAN - MUSIC TO TALES TO ASTONISH  SCREAM BY | 286 | 00 | 1499 | 00 |
| 4/08/63 | Mag Management | Pencil + INK | 13 PGS - ANTMAN VS PORCUPINE  TALES TO ASTRNISH | 286 | 00 | 1785 | 00 |
| 4/18/63 | Mag Management | Pencil + INK | 13 PGS  IRON MAN VS RED DYNAMO  TALES OF SUSPENSE  X-411 | 286 | 00 | 2071 | 00 |
| 4/24/63 | Mike Peppe | INK | 6 PGS - FROGMAN | 84 | 00 | 2155 | 00 |
| 4/27/63 | Mag Management | Ink | Cover + 13 pgs Thor — | 140 | 00 | 2295 | 00 |
| 5/3/63 | Mag Management | Ink - | 7 pgs to Astonish GIANT MAN - PRO COLT  Production THE GUN FROM OUTER SPACE  JOURNEY INTO Mystery | 266 | 00 | 2561 | 00 |
| 5/18/63 | Mag Management | Tight pencil Ink | 13 PGS - TALES OF SUSPENSE - VOL 1  IRON MAN VS - MELTER | 306 | 00 | 2867 | 00 |
| 5/31/63 | Mag Management | PENCIL | THOR  JOURNEY INTO MYST  X-451 | 286 | 00 | 3153 | 00 |
| 6/ /63 | Mag Management | INK | TOLAR - 100 MEN  5 PGS | 50 | 00 | 3203 | 00 |
| 6/14/63 | Mag Management | PENCIL | THOR - MR HYDE 13PS  PART PAYMENT  JIM  HLG — | 130 | 00 | 3333 | 00 |
| 6/14/63 | Don Sherwood | Pencil | DAN FLAG  SUNDAY  JULY — | 80 | 00 | 3413 | 00 |
| 6/30/63 | Mag Management | PENCIL INK | THOR - MR. HYDE - 13PGS  FINISH PAYMENT + PROD. | 204 | 00 | 3617 | 00 |
| 7/3/63 | Mag Management | PENCIL INK | TALES TO AST  13PGS  X-513  COT | 286 | 00 | 3903 | 00 |
| 7/21/63 | Mag Management | Ink | MR. HYDE - FINISHING | 50 | 00 | 3953 | 00 |

DETTWILER-0046

| Date | Account | | Type of Work | | | |
|---|---|---|---|---|---|---|
| t 25 | Mag. Management | Pencil Ink | 13 pcs Tales to Astonish March engineering Time | X-105 | 260 00 | 4966 00 |
| | | Ink + Production | Contracted Four-Tales to Astonish | | 20 00 | 4986 00 |
| t. 31 | Frank Giacoia | Pencil Ink | 7 pcs Fireman # 4 Roughs, King Diamonds | | 240 00 | 5226 00 |
| ov. 2 | Mag. Management | Ink | 13 pcs Tales of Suspense #81 Iron Man & calendars | pro color | 142 00 | 5368 00 |
| ov. 15 | Mag. Management | P+1 | 8 pcs Tales, TOS, TOM | | 102 00 | 5466 00 |
| vember 30 | Mag. Management | P+1 | 13 pcs — Tales of Suspense X-187 Iron Man — Baron Zemo | P.O.P. | 260 00 | 5726 00 |
| ec. 12 | Mike Peppe | Pencil | 7 pcs love stories | | 102 00 | 5826 00 |
| ec. 17 | Mag. Management | P+1 | 13 pcs — Tales to Astonish X-217 Iron Man & calendars | | 260 00 | 6086 00 |
| Dec. 24 | Mag. Management | INK | 13 pcs — Tales to Astonish covers X-197 T/A + T/S | | 200 00 | 6286 00 |
| | TOTAL FOR YEAR | | | | | 6286 00 |

DETTWILER-0047

| DATE | | | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|
| | MAGAZINE MANAGEMENT | | IRON MAN - CUT - X-556 MINIMUM IA 449 | 254 00 | 4239 00 |
| 8/20/63 | Mike Pippe | INK P+ | 16 PGS - TWILIGHT ZONE - OARVE - O'KASIS 14/PAGE | 224 00 | 4463 00 |
| 8/31/63 | MAGAZINE MANAGE. | 1 | 13 PGS - IRON MAN - SCARECROW X-581 - | 286 00 | 4749 00 |
| 9/5/63 | Don Sherwood | PENCIL | ART WORK - DAN FLAGG - MAY - 14, 8, 19.20 | 125 00 | 4874 00 |
| 9/9/63 | Magazine Managem | INK | 5 PG — WASP - TALES - | 50 00 | 4924 00 |
| 9/31/63 | Mag. Management | P+ INK | 13 PGS — GIANT MAN — TALES TO AST — X-610 | 286 00 | 5210 00 |
| 10/21/63 | Mike Pippe | INK - | 15 PG - FROGMAN — MC. LINTOCK | 230 00 | 5440 00 |
| 10/21/63 | Mag. Management | P+ I | 13 PGS - IRON MAN — BORIS + BLACK WIDOW - | 284 00 | 5724 00 |
| 10/6/63 | Geo. Tuska | PEN. | 6 DAILYS - BUCK ROGERS | 60 00 | 5784 00 |
| 11/9/63 | Mag. Management | P+ I | 13 PGS VINTOM - IRONMAN BLACK WIDOW STRIKES AGAIN | 288 00 | 6072 00 |
| 11/20/63 | Mag. Management. | I | 5 PG. — | 50 00 | 6122 00 |
| 12/7/63 | Mag. Management. | P+ I | 13 PGS - MADERIN'S REVENGE IRON MAN PART I | 286 00 | 6408 00 |
| 12/23/63 | Mag Margent | P+ E | 13 PGS - MADERIN'S REVENGE IRON MAN PART II | 286 00 | 6694 00 |

1955

| | ALLEN B. HARDY. $1000.00 | PAID | BAL. DUE. |
|---|---|---|---|
| Oct 7 | | $50.00 | $950.00 |
| Nov. 19 | | $50.00 | $900.00 |
| Jan 27/56 | | 25.00 | $875.00 |

DETTWILER-0049

964

| Date | Account | Type of Work | Amount | TOTAL |
|---|---|---|---|---|
| | | 5 PGS. IRON MAN - Q + A | | |
| 1/14/64 | Mag. Managmnt | PP - HH - | 110.00 | 110.00 |
| 1/21/64 | Mag. Managmnt | 18 PG - IRON MAN X-716 VS - UNICORN | 396.00 | 506.00 |
| 1/18/64 | Mag. Managmnt | 18 PG. IRON MAN X-742 WS - HAWKEYE | 396.00 | 902.00 |
| 2/14/64 | Mag. Managmnt | 18 PS. IRON MAN VS CAPT. PENCYLS    AMERICA | 234.00 | 1136.00 |
| 3/29/64 | Mag. Managmnt | 13 PGS + IRON MAN - BLACK PENCYLS,    KNIGHT | 231.00 | 1367.00 |
| 4/14/64 | Mag. Managmnt | 13 PGS - IRON MAN - WANTED FOR PENCILS      MURDER X - 782 | 195.00 | 1562.00 |
| 4/14/64 | Mike Peppe | INKS - LOVE STORY - | 70.00 | 1632.00 |
| 4/21/64 | Mag. Managmnt | 8 PGS. PENCIL - AVENGERS ZEMO - ENCH - EXEC. | 120.00 | 1752.00 |
| 5/1/64 | Mag. Managmnt | MILLIE THE MODEL 18 PGS. INK - 788 13 PGS PENCIL - AVNRS - ZEMO | 393.00 | 2145.00 |
| 5/8/64 | Mag. Managmnt | MILLIE - 9 PGS    INK - | 90.00 | 2235.00 |
| 5/25/64 | Joe Giella | RELIGIOUS PAGES 6 — | 72.00 | 2307.00 |
| 5/28/64 | Mag. Managmnt | 20 PGS — PENCIL  AVENGERS - LIMEDTES — | 300.00 | 2607.00 |
| 6/1/64 | Joe Giella | Religious Pages    2 | 24.00 | 2631.00 |
| 6/12/64 | Mag. Managmnt | 12 PGS - IRON MAN - DEATH OF TONY STARK — | 180.00 | 2811.00 |
| 6/13/64 | ROMITA  — | 6 PGS - BREAKDOWN - LOVE STORY - | 54.00 | 2865.00 |
| 6/?/64 | Mike Peppe | Heads — | 45.00 | 2910.00 |
| 7/1/64 | Mag. Managmnt | 20 PGS - PENCILS - AVENGERS KANG - SP M.    # 11 | 300.00 | 3210.00 |
| 7/3/64 | John Romita | 14 PGS - BREAKDOWN BONNIE TAYLOR | 126.00 | 3336.00 |
| 7/7/64 | Mag. Managmnt | 12 PGS - PENCILS - IRON MAN ORIGIN OF MAND. - 2 PG PIN-UP | 228.00 | 3564.00 |
| 7/8/64 | John Romita | 14 PGS - BREAKDOWN NURSE - | 126.00 | 3690.00 |
| 7/9/64 | Mag. Managmnt | 20 PGS — AV - # 12 - MOLE MAN — | 300.00 | 3990.00 |

DETTWILER-0050

PAID OUT FOR HELP ON JOBS.

5/1/64  $60.00  MIKE PEPPE - MILLIE THE MODEL X758

DETTWILER-0051

| Date | Account | Job | Amm't | Total |
|------|---------|-----|-------|-------|
| 2/14/64 | Joe Giella | J & B<br>4 pgs religious | 48 00 | 7030 00 |
| 2/14/64 | John Pippa | Henry & Pierce Caperthina,<br>Seaview-story<br>12 pg - pencil - 1m | 30 00 | 7110 00 |
| 2/28/64 | Mag Managmt. | And the Alien ship<br>2 pg - religious | 290 00 | 7350 00 |
| 2/28/64 | Joe Giella | | 24 00 | 7374 00 |
| 2/31/64 | Joe Giella | 2 pg - religious - | 24 00 | 7398 00 |
| | | Total | | 7398 00 |

DETTWILER-0052

1964

| Date | Name | Description | | | | | |
|---|---|---|---|---|---|---|---|
| /27/64 | Mag. Management | 12 PG. IRON MAN - PHANTOM | 180 | 00 | 4170 | 00 |
| /26/64 | Joe Sinella | 2 PGS - NICODEMUS - RELIGIOUS - | 24 | 00 | 4194 | 00 |
| /2/64 | Joe Sinella | 2 PGS - APOSTLES - RELIGIOUS - | 24 | 00 | 4218 | 00 |
| /4/64 | Mag. Management | 10 PGS. AVENGERS - CAPTAIN AMER. | 300 | 00 | 4518 | 00 |
| /6/64 | John Romita | 4 PGS 3 AVENGERS BLACK WIDOW and HULK | 126 | 00 | 4644 | 00 |
| /8/64 | Mag. Mag. Mangmnt | 12 PGS - IM. BEN HAVOK | 204 | 00 | 4848 | 00 |
| /28/64 | Joe Sinella | 4 PGS - RELIGIOUS - apostles Six - Room Capt. | 48 | 00 | 4876 | 00 |
| /4/64 | Mag. Management | 12 PG.9 I.M . INK - | 156 | 00 | 5054 | 00 |
| /12/64 | Joe Sinella - | 2 PGS - RELIGIOUS - | 20 | 00 | 5078 | 00 |
| /10/64 | Mag. Management | 20 PGS - AVENGERS - WASP HAT - | 280 | 00 | 5358 | 00 |
| /7/64 | Joe Sinella | 2 PGS - RELIGIOUS - NEC-13 SHIP - SHORE - WILDMAN - | 22 | 00 | 5380 | 00 |
| /28/64 | Joe Sinella | 2 PGS - RELIGIOUS - WILDMAN - STORY | 24 | 00 | 5404 | 00 |
| /29/64 | Mag. Management | 12 PG - IM V.9 OP IM PENCIL | 216 | 00 | 5620 | 00 |
| /29/64 | Joe Sinella | 2 PG - RELIGIOUS FEEDING 5000. | 24 | 00 | 5644 | 00 |
| /11/64 | Western Printing | 32 PGS THE MAN FROM UNCLE | 560 | 00 | 6204 | 00 |
| /3/64 | Joe Sinella | 2 PGS - RELIGIOUS - 2PGS - WALKING WATER | 24 | 00 | 6228 | 00 |
| /9/64 | Joe Sinella | 2 PGS - MOUNTAIN TOP - RELIGIOUS | 24 | 00 | 6252 | 00 |
| /23/64 | Mag. Management | 20 PGS. AVENGERS - DEATH - ZEMO | 300 | 00 | 6552 | 00 |
| /28/64 | Mag. Management | 12 PGS - IM - V.9 PENCIL | 216 | 00 | 6768 | 00 |
| /28/64 | Joe Sinella | 2 PGS - RELIGIOUS - FIG ON MOUT. TOP | 24 | 00 | 6792 | 00 |
| /4/64 | Mag. Management | 12 PGS. IM V.9 BEAL. PENCIL MOSES | 240 | 00 | 7032 | 00 |

DETTWILER-0053

| DATE | ACCOUNT | JOB | AMM'T | TOTAL |
|---|---|---|---|---|
| 2/3/65 | MAGAZINE MANAGEM'T | 20 PAGES - AVENGERS #23 VS - KANG - | 400 00 | 5460 00 |
| 2/21/65 | Magazine Managm't | CONT. PAYMENT - 20 PAGES AVENGERS. #24 | 160 00 | 5620 00 |
| 3/1/65 | Mag. Management. | CONT - AVENGERS - KANG - PART II | 240 00 | 5860 00 |
| 3/3/65 | Mike Lippe | 3 PGS - ADVERTISING JOB | 54 00 | 5914 00 |
| 3/16/65 | Mag. Management | AVENGERS - DR. DOOM #25 | 400 00 | 6314 00 |
| 3/11/65 | Mag. Management | AVENGERS #26 DC. - VS ATTUMA PART I | 400 00 | 6714 00 |
| 10/17/65 | WESTERN PRINTING | MAN FROM UNCLE - #5 VAN - 32 PGS - | 560 00 | 7274 00 |
| 9/4/65 | Mag. Management. | Avengers - 27 - VAN - Attuma Part II | 400 00 | 7674 00 |
| 1/1/65 | Mag. Management | COVER - AVENGERS # 26 DEC. | 20 00 | 7694 00 |
| 12/27/65 | Mag. Management. | Avengers # 28 - Feb. | 400 00 | 8094 00 |
| 11/13/65 | Mag. Managmet. | THE COLLECTOR - Avengers # 29 - Mar. SWDMN4 POW MAN - 20 PGS - | 450 00 | 8544 00 |
| 11/20/65 | Mag. Management | COVER - INK - AVENGERS, - # 27 | 15 00 | 8559 00 |
| 11/27/65 | WESTERN PRINTING | PERCENTAGE CHECK. | 11 66 | 8570 66 |
| 12/6/65 | Mag. Management | Avengers # 30 - APRIL | 450 00 | 9020 66 |
| 2/4/66 | Mag. Management | 5 PGS - WESTERN - FINK — | 112 50 | 9133 16 |
| 2/13/66 | Mag. Management | PRODUCTION AVT T.F.SUBB | 75 00 | 9218 16 |
| 2/27/66 | Mag. Management | 12 PGS PENCIL SHIELD - "DRUID" | 240 00 | 9458 16 |

DETTWILER-0054

965

| DATE | ACCOUNT | JOB | AMOUNT | TOTAL |
|---|---|---|---|---|
| 3/6/65 | Joe Giella | 2 PGS - RELIGIOUS - strips - | 24.00 | .24.00 |
| 3/8/65 | John Romita | 12 PGS - BREAKDOWN - Bonnie Taylor - SCOTCH 3 pp - policeman | 108.00 | 132.00 |
| 3/8/65 | Mag. Management | Avengers March - new avengers | 400.00 | 532.00 |
| 3/8/65 | Joe Giella | 4 PGS - RELIGIOUS - 3/14 - SKI - | 48.00 | 580.00 |
| 3/9/65 | Joe Giella | 2 PGS - RELIGIOUS - 3-28 - | 24.00 | 604.00 |
| 3/9/65 | Mag. Management | 2 PG - CHALLENGE OF COMMISSAR AVENGERS APPR | 400.00 | 1004.00 |
| 3/10/65 | Mike Sekow | 9 PG - WITCHES - SPICE - FOR TWILIGHT ZONE | 157.50 | 1161.50 |
| 3/7/65 | Joe Giella | 6 PGS - RELIGIOUS - CRUCIFIXION - | 72.00 | 1233.50 |
| 3/8/65 | Mag. Management | 12 PGS - IRONMAN - VS TITANIUM MAN - | 240.00 | 1473.50 |
| 3/13/65 | Joe Giella | 2 PGS END OF CHRIST'S STORY | 24.00 | 1497.50 |
| 3/11/65 | Mag. Management | 20 PGS AVENGERS #19 SWORDSMAN - MAY - | 400.00 | 1897.50 |
| 4/1/65 | Western Printing | 32 PG - PENCIL - SINAH VOYAGE OF THE SEAVIEW | 560.00 | 2457.50 |
| 4/1/65 | Mag. Management | 12 PGS - IRON MAN - VS TITAN MAN +IM +IM LOVER PART 2 | 300.00 | 2757.50 |
| 5/1/65 | Mag. Management | 20 PGS - SUMMIT MANHATTAN - AVENGERS - JUNE | 400.00 | 3157.50 |
| 5/1/65 | Mag. Management | 12 PGS - IRON MAN - TITANIAM PART III | 240.00 | 3397.50 |
| 5/3/65 | Western Printing | 9 PGS - LOST BATTALION PENCIL | 157.50 | 3555.00 |
| 5/4/65 | Mag. Management | 20 PGS - DEFENDER VS - AV. AVENGERS - JULY | 400.00 | 3955.00 |
| 5/8/65 | Mag. Management | 12 PGS IRON MAN - THINKER | 240.00 | 4195.00 |
| 5/12/65 | Mag. Management | 20 PGS. AV - VS. POWER MAN + | 400.00 | 4595.00 |
| 5/?/65 | Mike Sekow | 5½ Pages. Man from "Uncle" | 200.00 | 4795.00 |
| 5/26/65 | Mag. Management | 12 - MAN FROM SHIELD + PROG END OF HYDRA | 265.00 | 5060.00 |

DETTWILER-0055

Paid out for help on Jobs

| 4/15/66 | Werner Roth | – | Menace of lay Singles Midnight city Mandrake Mandrake – pencils 12 pg. | 228.00 |
| 4/15/66 | Mike Peppe | – | Ink. cover – Mandrake #1 | 23.00 |

DETTWILER-0056

1966

| DATE | ACCOUNT | ITEMS | AMOUNT | TOTAL |
|---|---|---|---|---|
| 1/1/66 | Mag. Mangmt | | 200 00 | 200 00 |
| 1/15/66 | Mag. Managmnt | Avengers #28 cover | 62 50 | 262 50 |
| 1/21/66 | Mag Managmnt | Avengers #31 May | 450 00 | 712 50 |
| 2/11/66 | Mag Managmnt | St. Tales #147 | 240 00 | 952 50 |
| | | Sup "St" type. Sub-Cover | | |
| 2/25/66 | Mag Managmnt | Sup "St" Apr. Sub | 165 00 | 1117 50 |
| 3/4/66 | Mag Managmnt | Avengers #32 | 450 00 | 1567 50 |
| 3/4/66 | Mike Pippe | | 40 00 | 1607 50 |
| 3/18/66 | Mag. Mangmt | St. Tales #148 May Pencils | 200 00 | 1847 50 |
| | | Avengers #31 May P. I | 37 50 | |
| 3/25/66 | Mag Managmnt | St. Tales 148 May Ink | 180 00 | 2065 00 |
| | | Thornburke the Magician | | |
| 4/13/66 | King Features | Movie of City Jungle Mudget 531 | 639 00 | 2704 00 |
| 4/15/66 | Mag. Mangmt | Avengers #32 ink | 300 00 | 3004 00 |
| | | cover ink | | |
| 4/25/66 | Mag Mangmt | Avengers #30 Pencils | 37 50 | 3041 50 |
| 4/29/66 | Mag Mangmnt | Avengers #33 PENCILS | 450 — | 3491 50 |
| 5/13/66 | Mag. Managmnt | Avengers #33 PRONOUN | 50 00 | 3541 50 |
| 7/23/66 | Mag. Manage. | Spider Man Anual inks | 315 00 | 3856 50 |
| 6/10/66 | Mag Manage | | 540 00 | 4396 50 |
| 6/23/66 | Mike Pippe | | 78 — | 4472 50 |
| 6/24/66 | Mag Manage. | Avengers #34 Ink | 300 — | 4772 50 |
| 7/1/66 | Mag Manage | Avengers #34 Cover | 40 — | 4812 50 |
| 7/15/66 | Mag Manage | Avengers #35 Pencil | 500 — | 5312 50 |
| 7/25/66 | Mag Manage. | Avengers #35 | 300 | 5612 50 |

DETTWILER-0057

1966

| Date | Account | Job | Amount | Total |
|---|---|---|---|---|
| 8-1-66 | Mag. Mange. | Avengers #36 Oct. paid | 45.00 | 6152.50 |
| 8-19-66 | Mag. Mange | Vacation 2 Wks | 290.— | 6442.50 |
| 8-26-66 | Mag. Mange. | Avengers #36 Ink, #36 Oct. Pen corr. | 300.+ 40.— | 6742.50 |
| 9-1-66 | Mag Mange. | Avengers #37 Nov. Pen. | 500.— | 7282.50 |
| 9-23-66 | Mag Mang. | Avengers #37. Ink | 300.— | 7582.50 |
| 9-30-66 | Mag. Mang. | Avengers #37 P.S cover | 40.— | 7622.50 |
| 10-7-66 | Mag. Mang. | Avengers #38 Dec. Pencil | 500.— | 8122.50 |
| 10-21-66 | Mag. Mang | Avengers #39 partial payment | 300.— | 8422.50 |
| 11-11-66 | Mag. Mang | Avengers #39 payment | 200.— | 8622.50 |
| 11-25-66 | Mag. Mang | Avengers #40 Pencil | 500.— | 9122.50 |
| 12-2-66 | Mag. Mang. | Avengers Cover #39 Pencil | 25.— | 9147.50 |
| 12-16-66 | Mag. Mang | Avenger payment Pencil | 500.— | 9647.50 |
| 12-20-66 |  | Bonas | 150.— | 9797.50 |
| 12-23-66 |  |  | 160.— | 9957.50 |