# Exhibit 51





-48- **EXHIBIT C**

ME00867
JA1883