# Exhibit 55

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3
 4    _____
                                     )
 5    STAN LEE MEDIA, INC.,          )
                                     )
 6              Plaintiff,           )
                                     )
 7        vs.                        ) Civil Action No.
                                     ) 1:12-cv-02663-WJM-KMT
 8    THE WALT DISNEY COMPANY,       )
                                     )
 9              Defendants.          )
      _____)
10
11
12
13
14            VIDEOTAPED DEPOSITION OF STAN LEE
15                  Beverly Hills, California
16                 Wednesday, March 13, 2013
17                         Volume 1
18
19
20
21    Reported by:
      ALENE M. CASTRO
22    CSR No. 4847
23    Job No. 1619769
24
25    PAGES 1 - 70
```

Page 1

2021MARVEL-0047535

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3
 4     _____
                                              )
 5     STAN LEE MEDIA, INC.,                  )
                                              )
 6                     Plaintiff,             )
                                              )
 7          vs.                               ) Civil Action No.
                                              ) 1:12-cv-02663-WJM-KMT
 8     THE WALT DISNEY COMPANY,               )
                                              )
 9                     Defendants.            )
       _____)
10
11
12
13
14          Videotaped deposition of STAN LEE, Volume 1,
15     taken on behalf of Plaintiff, at 9601 Wilshire
16     Boulevard, Suite 700, Beverly Hills, California,
17     beginning at 9:01 a.m. and ending at 11:04 a.m. on
18     Wednesday, March 13, 2013, before ALENE M. CASTRO,
19     Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25
```

Page 2

2021MARVEL-0047536

```
 1    APPEARANCES:
 2
 3    For Plaintiff Stan Lee Media, Inc.:
 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE
 5         BY:  ROBERT S. CHAPMAN
 6         BY:  JAMES MOLEN
 7         Attorneys at Law
 8         9601 Wilshire Boulevard, Suite 700
 9         Beverly Hills, California 90210
10         (310) 855-3200
11         rchapman@eisnerlaw.com
12         jmolen@eisnerlaw.com
13
14    For Defendant The Walt Disney Company:
15         WEIL, GOTSCHAL & MANGES LLP
16         BY:  BRUCE R. RICH
17         BY:  RANDI W. SINGER
18         Attorneys at Law
19         767 Fifth Avenue
20         New York, New York 10153-0119
21         (212) 310-8152
22         bruce.rich@weil.com
23         randi.singer@weil.com
24
25
                                            Page 3
```

```
 1    APPEARANCES (continued):
 2
 3    For Stan Lee Individually:
 4         SHERMAN & HOWARD
 5         BY:  MARK W. WILLIAMS
 6         Attorney at Law
 7         633 Seventeenth Street, Suite 3000
 8         Denver, Colorado  80202-3622
 9         mwilliams@shermanhoward.com
10         (303) 299-8211
11
12         --and--
13
14         GANFER & SHORE LLP
15         BY:  IRA BRAD MATETSKY
16         Attorney at Law
17         360 Lexington Avenue
18         New York, New York  10017
19         (212) 922-9250
20         imatetsky@ganfershore.com
21
22
23
24
25
                                          Page 4
```

```
 1     APPEARANCES (Continued):
 2
 3     Also Present:
 4          MICHAEL WOLK, Walt Disney Corporate Representative
 5          ELI BARD, Deputy Chief Counsel, Marvel
 6          Entertainment
 7
 8     Videographer:
 9          DAVID WEST
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1        A    The daily one, yes.  It's seven days a
 2   week.
 3        Q    And who was that for?
 4        A    The newspapers, for King Features
 5   Syndicate.  But that was done for Marvel.            10:46:59
 6        Q    It was done for Marvel for King Features?
 7        A    Yeah.  I mean, Marvel had to have a
 8   contract with King Features.
 9        Q    To allow you to do that?
10        A    That's right.                              10:47:11
11        Q    And while you were at Marvel, did you write
12   and self publish comedy books?
13        A    Sometimes, yes.  Very rarely.  Did maybe
14   two or three.
15        Q    That wasn't for Marvel, was it?            10:47:26
16        A    No.  That was just for me.  But they okayed
17   it.
18        Q    So Marvel paid you a salary for editing;
19   right?
20        A    Well, the salary, as far as I know, was for 10:47:57
21   everything.  But it certainly included editing.
22   There was also art direction.  And I was the head
23   writer.  Although the writing I did, I got paid on a
24   freelance basis.  Whatever the freelance writers
25   got, I got.                                          10:48:14
```

Page 62

```
 1        Q    So the salary didn't cover your writing?
 2             MR. WILLIAMS:  Object to the form of the
 3   question.  Mischaracterizes his testimony.
 4             You can go ahead and answer.
 5             THE WITNESS:  I don't really know how to      10:48:25
 6   answer that.  I got the salary, and I was -- well, I
 7   also got paid for the writing -- they paid me for
 8   what I wrote besides my salary.
 9   BY MR. CHAPMAN:
10        Q    So you got a salary whether you wrote or     10:48:41
11   not; correct?
12        A    Yes.
13        Q    And then if you wrote, you got paid in
14   addition; is that your testimony?
15        A    Right.  Except if I hadn't written, they     10:48:51
16   wouldn't have been so generous with the salary.  But
17   you're right, I got paid as editor and art director,
18   and I also got paid separately for whatever I wrote.
19        Q    Now, sir, you've told me that you've been
20   deposed before?                                        10:49:24
21        A    Yes.
22        Q    In connection with which case or cases was
23   that?
24        A    I don't even remember.  The one with
25   Marvel.  It seems to me there was something with       10:49:35
```

Page 63