# Exhibit 56

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3
 4      _____
                                        )
 5      STAN LEE MEDIA, INC.,           )
                                        )
 6                  Plaintiff,          )
                                        )
 7          vs.                         ) Civil Action No.
                                        ) 1:12-cv-02663-WJM-KMT
 8      THE WALT DISNEY COMPANY,        )
                                        )
 9                  Defendants.         )
        _____)
10
11
12
13
14             VIDEOTAPED DEPOSITION OF STAN LEE
15                  Beverly Hills, California
16                  Thursday, March 14, 2013
17                         Volume 2
18
19
20
21      Reported by:
        ALENE M. CASTRO
22      CSR No. 4847
23      Job No. 1619771
24
25      PAGES 71 - 133
```

Page 71

Sarnoff, A VERITEXT COMPANY
877-955-3855

2021MARVEL-0047458

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3
 4   _____
                                             )
 5   STAN LEE MEDIA, INC.,                   )
                                             )
 6              Plaintiff,                   )
                                             )
 7       vs.                                 ) Civil Action No.
                                             ) 1:12-cv-02663-WJM-KMT
 8   THE WALT DISNEY COMPANY,                )
                                             )
 9              Defendants.                  )
     _____)
10
11
12
13
14        Videotaped deposition of STAN LEE, Volume 2,
15   taken on behalf of Plaintiff, at 9601 Wilshire
16   Boulevard, Suite 700, Beverly Hills, California,
17   beginning at 8:55 a.m. and ending at 10:09 a.m. on
18   Thursday, March 14, 2013, before ALENE M. CASTRO,
19   Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25
```

Page 72

```
 1    APPEARANCES:
 2
 3    For Plaintiff Stan Lee Media, Inc.:
 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE
 5         BY:  ROBERT S. CHAPMAN
 6         BY:  JAMES MOLEN
 7         Attorneys at Law
 8         9601 Wilshire Boulevard, Suite 700
 9         Beverly Hills, California 90210
10         (310) 855-3200
11         rchapman@eisnerlaw.com
12         jmolen@eisnerlaw.com
13
14    For Defendant The Walt Disney Company:
15         WEIL, GOTSCHAL & MANGES LLP
16         BY:  BRUCE R. RICH
17         BY:  RANDI W. SINGER
18         Attorneys at Law
19         767 Fifth Avenue
20         New York, New York 10153-0119
21         (212) 310-8152
22         bruce.rich@weil.com
23         randi.singer@weil.com
24
25
```

Page 73

```
 1    APPEARANCES (continued):
 2
 3    For Stan Lee Individually:
 4         SHERMAN & HOWARD
 5         BY:  MARK W. WILLIAMS
 6         Attorney at Law
 7         633 Seventeenth Street, Suite 3000
 8         Denver, Colorado  80202-3622
 9         mwilliams@shermanhoward.com
10         (303) 299-8211
11
12         --and--
13
14         GANFER & SHORE LLP
15         BY:  IRA BRAD MATETSKY
16         Attorney at Law
17         360 Lexington Avenue
18         New York, New York  10017
19         (212) 922-9250
20         imatetsky@ganfershore.com
21
22
23
24
25
```

Page 74

2021MARVEL-0047461

```
 1    APPEARANCES (Continued):
 2
 3    Also Present:
 4         MICHAEL WOLK, Walt Disney Corporate Representative
 5         ELI BARD, Deputy Chief Counsel, Marvel
 6         Entertainment
 7
 8    Videographer:
 9         GRANT CIHLAR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                      EXAMINATION
 2    BY MR. RICH:
 3        Q    Good morning, Mr. Lee.
 4        A    Good morning.
 5        Q    We have met before.  I'm Bruce Rich, and I        08:57:14
 6    will be asking you some questions this morning on
 7    behalf of our client the Walt Disney Company.
 8        A    Right.
 9        Q    As usual, if you don't understand the
10    question or if I let my voice drop and you don't          08:57:23
11    hear me, I'm sure you'll let me know.
12        A    Right.
13        Q    I would like to spend a little bit of time
14    this morning quickly going through a bit of your
15    history dating back a few years to your involvement       08:57:34
16    in the comic books industry.  Am I right that you
17    began your career in the comics industry around
18    1940?
19        A    Right.
20        Q    So by my math, you were maybe 17 years old       08:57:47
21    or so?
22        A    Yes, just about that.
23        Q    Okay.  And what was your first employment
24    in the comic book industry?
25        A    I heard there was a job open at a company        08:57:55
```

Page 82

```
 1   called Timely.  Actually, the parent company I think
 2   was Magazine Management or something like that.  And
 3   they had other books.  They had movie books, men's
 4   books and so forth.  And I went up there, and I
 5   found out -- I didn't know until I got up there that    08:58:12
 6   the job they had was in the comic book department.
 7   So a job was a job, and I took the job.  I was an
 8   assistant to the two people who really ran the
 9   department, Joe Simon and Jack Kirby.
10        Q   And am I correct that Timely, over time        08:58:29
11   through various corporate changes, became what we
12   know to be Marvel Comics today?
13        A   That's right.
14            MR. CHAPMAN:  Objection; leading the
15   witness.                                                08:58:40
16   BY MR. RICH:
17        Q   And who at the time was running Timely?
18   Who was the ultimate boss?
19        A   The ultimate boss at that time was Martin
20   Goodman, the publisher.                                 08:58:48
21        Q   Now, so for a period of time you were an
22   assistant to, you indicated, two individuals, one of
23   whom, as I recall, is Jack Kirby; is that correct?
24        A   That's right.
25        Q   And did there come a time when you were        08:58:59
```

Page 83

2021MARVEL-0047470

1  witness.
2  BY MR. RICH:
3      Q   Who had the final say -- who had the final
4  say as to whether a new title would be developed or
5  a new character would ever appear in one or more          09:03:20
6  economic issues?
7      A   My publisher Martin Goodman.
8      Q   And did you ever precede with a concept for
9  a new title involving, let's say, a new character
10 without discussing it first with Mr. Goodman?             09:03:40
11     A   Well, there was one time.  Spider-Man.  He
12 had never liked the idea of Spider-Man when I
13 proposed it to him.  He told me that people hated
14 spiders, so you couldn't call a hero Spider-Man.  I
15 wanted him to be a teenager.  And he said you can't       09:03:59
16 have a teenager as a hero.  They can only be
17 sidekicks.  And then I wanted him to have a lot of
18 personal problems.  And Martin said, Stan, don't you
19 know what a superhero is?  They don't have personal
20 problems.  So from every point of view he didn't          09:04:16
21 like the character.
22         I thought it was a good one, and I wanted
23 to get it done somehow.  So we had a book that we
24 were going to drop called "Amazing Fantasy," I
25 think.  Now, when you're going to drop a book,            09:04:31

Page 89

2021MARVEL-0047476

```
 1    nobody cares what you put in the last issue because
 2    the book is going to die.  So just for fun I put
 3    Spider-Man -- without asking Martin because he
 4    didn't care what went into the last issue of
 5    "Amazing" -- I put Spider-Man in there, and I put          09:04:47
 6    him on the cover.  And the book sold like -- it just
 7    sold wonderfully.
 8              And Martin came in to me later, and he said
 9    you know that character Spider-Man of yours that we
10    both liked so much, why not make it a series.  I'll       09:05:01
11    never forget that.
12         Q   And did that series go forward with
13    Mr. Goodman's approval?
14         A   Yes.
15         Q   Would it have gone forward without his           09:05:10
16    approval?
17         A   No, it couldn't.
18         Q   Why couldn't it have?
19         A   Well, he was the publisher, and he was the
20    guy who said you'll do this or you won't do that          09:05:18
21    because he was paying for everything.
22         Q   Did Mr. Goodman have the right to accept or
23    reject particular story lines that were being
24    proposed for publication?
25         A   Yes.                                             09:05:29
```

Page 90

2021MARVEL-0047477

| | | |
|---|---|---|
|1|Q   Did he ever do so?||
|2|A   Hardly ever.||
|3|Q   But he had the power to do it?||
|4|A   He had the power to do it, yes.||
|5|Q   Did he have the authority to edit materials|09:05:37|
|6|that were submitted for publication?||
|7|A   If he wanted to, yes.||
|8|Q   Now, I take it you were paid for your||
|9|activities on behalf of Marvel back in -- again,||
|10|we're talking in the era when you were performing|09:05:54|
|11|these editorial supervisory functions and acting as||
|12|a writer, '50s, '60s; okay?||
|13|A   Yes, I was paid.||
|14|MR. CHAPMAN:  Objection; leading and||
|15|compound.  Mr. Rich, could you wait until I finish|09:06:05|
|16|my objection before you start your next question?||
|17|MR. RICH:  Didn't realize I hadn't.||
|18|MR. CHAPMAN:  You hadn't.||
|19|BY MR. RICH:||
|20|Q   How were you paid for your -- the duties|09:06:15|
|21|you performed at Marvel?||
|22|A   Not enough.  And I was paid on a, as||
|23|everyone else was, on a per page rate.||
|24|Q   And that was for your writing contributions||
|25|or for something else?|09:06:31|

Page 91

2021MARVEL-0047478

```
 1        A    Well, I was paid -- I received a salary,
 2   okay.  The salary was for being editor/art director.
 3   But when I would write a script, I was paid, as all
 4   the script writers were, by the page.  So if I wrote
 5   a 10-page script, and whatever the rate was, they              09:06:47
 6   multiplied it by 10, and that was my payment.
 7        Q    And did the per page rate depend on the
 8   success, the degree of success of the particular
 9   work which you contributed to?
10        A    Well, no one particular work.  But as the            09:07:00
11   head writer, I got the largest rate.  Although there
12   were other writers that got as much as I did.  We
13   had a number of writers who were pretty steady that
14   I had hired who were good who also wrote things.
15   And I gave them a good rate.  And then when we had a           09:07:21
16   new beginning writer, a tryout writer, a writer who
17   wasn't that good, but we'd give him something
18   because the other writers didn't have time, he would
19   get less per page.
20        Q    On a given project, though, the per page             09:07:34
21   rate -- my question wasn't clear enough, I
22   apologize -- the per page rate you received, did it
23   vary depending on whether a particular project was a
24   big success or a flop?
25        A    Not really, no.                                      09:07:47
```

Page 92

```
 1        A    Other writers?
 2        Q    Yes.
 3        A    Oh, sure.
 4        Q    And other artists?
 5        A    Yes.                                      09:08:51
 6        Q    And what was -- would you describe
 7   generally the process by which a particular issue or
 8   project came together and what your role was in
 9   supervising that project.
10        A    Well, the books had to be published on a  09:09:03
11   regular basis.  Most of them were monthly.  So after
12   one book had been published, we needed another book
13   all ready to go to the printer 30 days later.  If
14   that book didn't make the printing date, the
15   publisher would have to pay for the printing time    09:09:23
16   anyway.  So it was like life or death that no book
17   be late.  I remember in my -- I had a small office.
18   I had a clock on all four walls so wherever I was
19   facing, I could see what time it was because this
20   artist had to come up at this time, this writer had  09:09:42
21   to be up.
22             And I would read the script, and I would
23   make some suggestions -- there's too much dialogue
24   here or this doesn't sound like what this fellow
25   would really say or -- whatever suggestions I would  09:09:56
```

Page 94

|    |                                                              |            |
|----|--------------------------------------------------------------|------------|
| 1  | make on the scripts that were handed in.  These are          |            |
| 2  | the scripts other people wrote.  The scripts I               |            |
| 3  | wrote, I was my biggest fan.  So I loved everything          |            |
| 4  | I wrote.  There was very little editing.                     |            |
| 5  |          But on the artwork -- my job was more               | 09:10:13   |
| 6  | important as art director than editor, I think,             |            |
| 7  | because I wrote most of the stuff.  So I didn't              |            |
| 8  | worry much about the editing.  But the artwork               |            |
| 9  | was -- you could take -- it's like a movie.  You             |            |
| 10 | could take the best script in the world, and if you          | 09:10:30   |
| 11 | have a bad director or actors who aren't good,               |            |
| 12 | you've got nothing.  Once the script was there, I            |            |
| 13 | had to make sure that the artist drew it excitingly          |            |
| 14 | enough, understandably enough, that there wasn't too         |            |
| 15 | much dialogue, too little dialogue, that everything          | 09:10:47   |
| 16 | was moved in the right pattern.  My main job,                |            |
| 17 | really, was working with the artists.  Working with          |            |
| 18 | the writers was easy.                                        |            |
| 19 |     Q   Were there other contributors than just the         |            |
| 20 | artists and the writers?  Did other people come              | 09:11:03   |
| 21 | together to create the final product that was                |            |
| 22 | published?                                                   |            |
| 23 |     A   Yes.                                                |            |
| 24 |     Q   Can you identify them.                              |            |
| 25 |     A   Yes.  There were letterers who would put in         | 09:11:10   |

Page 95

2021MARVEL-0047482