# Exhibit 59

Page 1

1

2      IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3      ------------------------------x
       MARVEL CHARACTERS, INC.,

4
                      Plaintiff and
5          Counterclaim Defendant,
6               vs.                        Case Nos.
                                           1:21-cv-7955-LAK
7      LAWRENCE D. LIEBER,                 1:21-cv-7957-LAK
                                           1:21-cv-7959-LAK
8                   Defendant and
                   Counter-claimant.
9      ------------------------------x
       MARVEL CHARACTERS, INC.,

10
                   Plaintiff and
11                 Counterclaim Defendant,
12                 vs.
       KEITH A. DETTWILER, in his
13     capacity as Executor of the
       Estate of Donald L. Heck,

14
                   Defendant and
15                 Counter-claimant.
       ------------------------------x
16     MARVEL CHARACTERS, INC.,
17                 Plaintiff and
                   Counterclaim Defendant,
18
                   vs.
19     PATRICK S. DITKO, in his
       capacity as Administrator of the
20     Estate of Stephen J. Ditko,
21                 Defendant and
                   Counter-claimant.
22     ------------------------------x
          VIDEOTAPED DEPOSITION OF PATRICK S. DITKO
23                New York, New York
               Tuesday, February 14, 2023
24                    9:52 a.m.
25     JOB NO. 5697050

Page 2

8                           February 14, 2023

9                           9:52 a.m.

10

11            Videotaped Deposition of

12        PATRICK S. DITKO, held at the offices

13        of O'Melveny & Myers LLP, Seven Times

14        Square, New York, New York, pursuant to

15        notice, before Jennifer Ocampo-Guzman,

16        a Certified Realtime Shorthand Reporter

17        and Notary Public of the State of New

18        York.

1

2        A P P E A R A N C E S:

3

4            O'MELVENY & MYERS LLP

5            Attorneys for

6            Plaintiff/Counterclaim Defendant

7                    7 Times Square

8                    New York, New York 10036

9                    (212)326-4329

10         BY:   MOLLY LENS, ESQ.

11                   SALVATORE COCCHIARO, ESQ.

12

13           TOBEROFF & ASSOCIATES P.C.

14           Attorneys for Defendant/Counterclaim

15           Plaintiff

16                   23823 Malibu Road, Suite 50-363

17                   Malibu, California 90265

18         BY:   MARC TOBEROFF, ESQ.

19

20      ALSO PRESENT:

21           JON DIFILIPPO, Videographer

22           JAYMIE PARKKINEN (via Zoom)

23           ELI BARD (Via Zoom)

24

25

Page 61

1

2      respect to --

3           A.    Like I said, when I was in New York

4      State, in New York, he never discussed it

5      with me.   But what I knew was just what I

6      knew from seeing the books and stuff.

7           Q.    And the same question with respect

8      to Dr. Strange, any knowledge relating to the

9      character Dr. Strange other than what you saw

10     in the comic books?

11               MR. TOBEROFF:   Objection as to

12          form.

13          A.    There was some other things that --

14     repeat that question.

15          Q.    With respect to the character Dr.

16     Strange, prior to this lawsuit, did you have

17     any knowledge of that character other than

18     what you may have seen in the published comic

19     books?

20          A.    Yes.

21          Q.    Okay.   What?

22          A.    In 1946, when Steve was in the

23     service, he used to send me letters and

24     always sketches, and he drew this one

25     character in green, and it looked exactly

Page 62

1

2          like Dr. Strange to me.

3              Q.   Did Steve tell you that the letter

4          sketch that you received in 1946 was Dr.

5          Strange?

6              A.   No.

7              Q.   So the idea that what he sent you

8          in 1946 relates to Dr. Strange, that's

9          something that you came to on your own?

10             A.   Well, yeah, I assumed it.  He sent

11         me all kind of drawings from everything.

12         That was among them.

13             Q.   Fair to say that your brother Steve

14         was always drawing?

15                  MR. TOBEROFF:  Objection as to

16             form.  Lacks foundation.

17                  THE WITNESS:  Too quick.

18                  MR. TOBEROFF:  That's okay.

19             A.   Absolutely.  The fact is, when he

20         came home, all the kids wanted him to draw

21         them pictures, and he did.

22             Q.   Did you ever see your brother Steve

23         draw a character --

24                  MS. LENS:  Strike that.

25             Q.   Did you ever -- did you ever see

1

2        your brother Steve draw a figure that looked

3        like this figure in green that you've

4        described, other than the one instance that

5        you have?

6              A.    Did I ever see --

7              Q.    Did you ever see him draw that

8        sketch?

9                    MR. TOBEROFF:   Objection as to

10           form.

11             A.    No, no, no.

12             Q.    Did you have any conversations,

13       ever, with your brother about the sketch that

14       he had sent you in 1946?

15             A.    No.

16             Q.    Where did you find this letter from

17       1946?

18             A.    I kept all of his letters.  I have

19       them in my files.

20             Q.    So it's something that you found at

21       your personal files; is that right?

22             A.    Yes.

23                   MS. LENS:   So I'm going to go ahead

24           and show you what's been previously

25           marked as Exhibit 82.

1

2                    (Discussion off the record.)

3           Q.   Do you recognize what's been marked

4      as Exhibit 32 -- sorry, 82?

5                    MS. LENS:  It's previously marked.

6           You don't have to mark it.  It doesn't

7           have a sticker on it.

8           A.   What's the question?

9           Q.   Do you recognize what's been marked

10     as Exhibit 82?

11          A.   Mine is not marked, but yes, I do.

12          Q.   Fair enough.

13               Do you recognize what's been -- the

14     document that is in front of you which is

15     Bates stamped -- which is the number in red

16     at the bottom -- DITKO 247?

17          A.   Correct.

18          Q.   And what is it?

19          A.   It's my brother's drawing of what I

20     think is Dr. Strange and another character, I

21     will not go into it, and then there is the

22     envelope that it came in.

23          Q.   Do you recall receiving this

24     communication from your brother in 1946?

25          A.   Yeah, yes.

Page 65

1

2          Q.    You actually recall receiving it?

3          A.    Yeah.  It was to me.

4          Q.    Was there a letter that accompanied

5     the pictures?

6          A.    Not with this one.

7          Q.    There's a figure that appears on

8     the envelope as well, correct?

9          A.    Yes.

10         Q.    And do you know anything about that

11    figure?

12         A.    Well, he was in a constabulary

13    troop, and that's a picture of what they

14    looked like, and their symbols.

15         Q.    And how about the figure that's

16    next to the figure in green?

17         A.    I would rather not comment on that.

18         Q.    Okay, well --

19               MR. TOBEROFF:  She's allowed to ask

20         you.

21               MS. LENS:  Yeah I, need to ask you

22         about that.

23         Q.    So what, if anything, do you know

24    about that figure?

25               MR. TOBEROFF:  Based on your