# Exhibit 60

Steve Ditko
Case 1:21-cv-07957-LAK    Document 90-60    Filed 06/30/23    Page 2 of 13



2021MARVEL-0000121






























Steve Ditko
Case 1:21-cv-07957-LAK Document 90-60 Filed 06/30/23 Page 7 of 13









2021MARVEL-0000129















2021MARVEL-0000132

Steve Ditko
Case 1:21-cv-07957-LAK    Document 90-60    Filed 06/30/23    Page 10 of 13









2021MARVEL-0000133





2021MARVEL-0000134





2021MARVEL-0000135








