# Exhibit 61











