# Exhibit 62

Steve Ditko



2021MARVEL-0003792



Steve Ditko





2021MARVEL-0003796








2021MARVEL-0003797