# Exhibit 63



2021MARVEL-0003648



2021MARVEL-0003649






