# Exhibit 65







# OUT OF THIS WORLD








# OUT OF THIS WORLD



# OUT OF THIS WORLD








# OUT OF THIS WORLD






