# Exhibit 66

Steve Ditko



2021MARVEL-0003770



2021MARVEL-0003771










256

2021MARVEL-0003780