# Exhibit 67



HENDRIX HAD STUMBLED ONTO SOMETHING WHICH COULD MAKE HIM THE RICHEST MAN ON EARTH! BUT HE NEVER EXPECTED TO BE SO RICH THAT HE WOULD HAVE....

# A WORLD OF HIS OWN



"A DIAMOND! AS BIG AS AN EGG! SHERRY, WHERE DID YOU GET IT? I WANT THE TRUTH!"

"BUT DADDY-- I'VE TOLD YOU THE TRUTH-- I GOT IT OUT OF THE PICTURE!"

IN A WAY, MARTHA HARRIS WAS RESPONSIBLE! IT WAS SHE WHO FOUND THE PAINTING, AND RIGHT FROM THE FIRST, SHE WAS SORRY...



"MARTHA-- IT'S BEAUTIFUL! HOW EVER DID YOU FIND IT?"

"I-I JUST HAD HENDRIX MOVE THESE OTHER PAINTINGS ASIDE AND... THERE IT WAS! BUT I WISH-- I HADN'T!"



"MARK, I-I DON'T LIKE IT! I DON'T KNOW WHY BUT I JUST DON'T! YOU AREN'T THINKING OF BUYING IT?"

"I CERTAINLY AM! WE CAME TO THIS GALLERY LOOKING FOR PAINTINGS TO ADD TO MY COLLECTION, DIDN'T WE? I'VE NEVER SEEN ANYTHING LIKE IT!"



























