# Exhibit 68

Steve Ditko





84













87

2021MARVEL-0003611











**88**

2021MARVEL-0003612