# Exhibit 69

Steve Ditko



2021MARVEL-0003737



2021MARVEL-0003738