# Exhibit 70

Steve Ditko



2021MARVEL-0003682



159

2021MARVEL-0003683

















167

2021MARVEL-0003691