# Exhibit 71

Steve Ditko



2021MARVEL-0000634

Steve Ditko
Case 1:21-cv-07957-LAK    Document 90-71    Filed 06/30/23    Page 3 of 3



2021MARVEL-0000635