# Exhibit 72

Steve Ditko

Case 1:21-cv-07957-LAK    Document 90-72    Filed 06/30/23    Page 2 of 3



2021MARVEL-0003748

Steve Ditko



2021MARVEL-0003749