# Exhibit 73



2021MARVEL-0000591



2021MARVEL-0000592

















**121**

2021MARVEL-0000597