# Exhibit 74



2021MARVEL-0000886



2021MARVEL-0000887









446