# Exhibit 75



# STRANGE SUSPENSE STORIES
# DIRECTOR OF THE BOARD





## STRANGE SUSPENSE STORIES





