Exhibit 76





TM & © 2006 MARVEL

2021MARVEL-0000309

Steve Ditko

Steve Ditko



DON'T BOTHER PUTTING THAT GOLD IN THE CAR! I'LL JUST TAKE IT NOW!

FOR THE LUVVA PETE! WHAT'S THAT?

THIS TOWN IS FULL OF CRACK-POTS! SEARCH ME!



A CRACKPOT, AM I?? YOU'LL THINK DIFFERENTLY AFTER I'VE DISARMED YOU!

HEY!!

OWW! HE'S TOSSING ELECTRIC SHOCKS!!



I TOLD YOU I'D TAKE THOSE BAGS!



NATURALLY! THAT'S WHY I CALL MYSELF ELECTRO! ALL THE POWER OF ELECTRICITY IS MINE!

AND, IF YOU ARE STILL NOT CONVINCED...

...I'LL MERELY SURROUND YOU IN THIS RING OF ELECTRICITY UNTIL YOU GIVE ME THE BAGS I HAVE ASKED FOR!



DO AS HE SAYS, CHUM! THAT GUY IS A LOT MORE THAN WE CAN HANDLE!



AND, THE NEXT MORNING, BACK AT PETER PARKER'S...

GOOD THING YOU CALLED ME, PETER! YOUR AUNT IS WORSE! WE'VE GOT TO SEND HER TO THE HOSPITAL!

THE HOSPITAL??!



BUT, PETER DEAR—IF I GO TO THE HOSPITAL, WHO'LL LOOK AFTER YOU? WHO'LL GET YOU YOUR MEALS—-TAKE CARE OF YOU--??

PLEASE, AUNT MAY, DON'T WORRY ABOUT ME, THE IMPOR-TANT THING IS FOR YOU TO GET WELL. I CAN TAKE CARE OF MYSELF--HONEST!



LATER, AT SCHOOL, PETER IS OBLIVIOUS TO THE USUAL TAUNTS OF HIS CLASSMATES...

HI, BOOKWORM! WHAT'S NEW IN DULLVILLE?

S'MATTER TEACHER'S PET? TOO BUSY TO ANSWER US COMMON FOLKS?

TM & © 2006 MARVEL

4



I DON'T KNOW—MAYBE I'VE BEEN TOO ROUGH ON PARKER! HE'S MORE OF A MAN THAN I THOUGHT! I STILL REMEMBER THAT LAST FIGHT WE HAD! /*

HEY, PETER, WAIT UP! I WANNA TALK TO YOU!

* AMAZING SPIDER-MAN #8 -- THE CASE OF "THE LIVING BRAIN!" —EDITOR



WOW! DID PETER PARKER GIVE YOU THE COLD SHOULDER, FLASH OLD BOY?

YEAH! THAT'S WHAT I GET FOR STARTIN' TO SOFTEN UP! PUNY PARKER ALWAYS WAS A BIG ZERO, AND HE ALWAYS WILL BE!



BUT THIS IS ONE TIME WHEN PETER PARKER COULDN'T CARE LESS FOR FLASH'S OPINION! A FEW MINUTES LATER WE FIND HIM AT THE HOSPITAL...

YOUR AUNT IS ALRIGHT AT THE MOMENT, SON! WE'RE NOT QUITE READY TO OPERATE YET! WOULD YOU LIKE TO SEE HER?

YES, DOC--I SURE WOULD!



HELLO, AUNT MAY! I—OH, BETTY BRANT!

ISN'T IT SWEET OF BETTY, PETER'S SHE CAME TO VISIT!

WHEN I HEARD ABOUT YOUR AUNT I CAME TO SEE IF THERE WAS ANYTHING I COULD DO! I HOPE YOU DON'T MIND?



MIND? GOSH NO, BETTY! I APPRECIATE IT!

PETER, YOU LOOK PALE! ARE YOU EATING ENOUGH, DEAR?

OF COURSE, AUNT MAY! NOW YOU JUST WORRY ABOUT YOUR-SELF!



LATER, WHEN VISITING HOURS ARE OVER...

DO YOU MIND IF I DON'T SEE YOU HOME, BETTY? I, EH, HAVE SOME-THING IMPOR-TANT TO ATTEND TO!

CERTAINLY, PETER! I KNOW YOU MUST HAVE A LOT ON YOUR MIND, WHAT WITH YOUR AUNT'S ILLNESS AND ALL...



BUT, AFTER PETER HAS LEFT...

IT'S STRANGE--ALTHOUGH PETER SEEMS SO CALM, AND EASY-GOING, I GET THE FEELING THAT HE'S LIKE A SMOLDERING VOLCANO INSIDE, JUST WAITING TO ERUPT!



IT'S AS THOUGH HE CARRIES A DEEP SECRET WITHIN HIM—ONE WHICH NO ONE CAN EVER SHARE!



AND, BETTY BRANT IS CLOSER TO THE TRUTH THAN SHE SUSPECTS!

I'VE GOT TO RAISE SOME MONEY FAST! AUNT MAY'S OPERATION WILL COST MORE THAN WE HAVE IN THE BANK!

I'LL SCOUR THE CITY UNTIL I FIND SOME SORT OF CRIME THAT I CAN PHOTOGRAPH! THEN I'LL SELL THE PIX TO J. JONAH JAMESON FOR AS MUCH AS HE'LL PAY!

OH NO! IT'S STARTING TO RAIN! I'M LICKED BEFORE I START!

MY CAMERA ISN'T GOOD ENOUGH TO TAKE CLEAR PICTURES IN THE RAIN!

TM & © 2006 MARVEL

5

2021MARVEL-0000312