# Exhibit 77


















GEORGE CLINTON WAS UNCONSCIOUS AFTER THAT... AND WHEN MORNING CAME, HE GOT UP TO HIS FEET, AND FELT THAT HIS TERRIBLE ELECTRICAL GIFT WAS GONE...

NEITHER GEORGE NOR THE REST OF HUMANITY WOULD EVER KNOW THAT HIS GREAT ELECTRICAL FORCE HAD SHOT ABOUT THE CLOUDS TO DESTROY A FLOCK OF GRUESOME LIVING ENTITIES, BEARING NEW AND TERRIBLE DISEASES TO EARTH FROM ANOTHER GALAXY!



YES, A BALANCE OF NATURE HAD BEEN ACHIEVED... DESTINY HAD EMPLOYED GEORGE CLINTON TO BE THE MEDIUM FOR HER GREAT DESTRUCTIVE FORCE...



GEORGE NEVER AGAIN HAD ANY VESTIGE OF ELECTRICAL POWER... HE NEVER TALKED ABOUT IT BECAUSE HE COULDN'T EXPLAIN IT-- AND WHO CAN?



THE END