# Exhibit 78



TM & © 2006 MARVEL

2021MARVEL-0000157








Steve Ditko















TM & © 2006 MARVEL     TM & © 2006 MARVEL

2021MARVEL-0000171

     

     

     

TM & © 2006 MARVEL    TM & © 2006 MARVEL

2021MARVEL-0000172











