# Exhibit 79











# OUT OF THIS WORLD












# OUT OF THIS WORLD








# OUT OF THIS WORLD

