# Exhibit 80



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

Statement Date : 04/13/2015
Vendor Number : 123514
Vendor Name : STEVE DITKO
Payment Type : CHECK

Period Beginning Date: 04/10/2015
Period Ending Date : 04/10/2015

Fully paid Invoice(s) information

| Pay Date : | 04/10/2015 | | | | | | | Payment Number : | 171179 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details | |
| TRD3077101 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077103 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077107 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077109 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077147 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077148 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077165 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 4 | $0.00 | $13.74 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077166 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 4 | $0.00 | $4.58 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077179 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077180 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 | |
| TRD3077219 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period | |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0103



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | SUSPENSE VOL. 1 TPB | | | | | | | : 01-AUG-14 to 31-AUG-14 |
| TRD3077220 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077225 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077226 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077284 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 4 | $0.00 | $13.74 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077285 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 4 | $0.00 | $4.58 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077302 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077303 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077332 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077333 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077350 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Pencils | 5 | $0.00 | $17.18 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077351 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB | 18897 | Interior | Inks | 5 | $0.00 | $5.73 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077490 | Inking | MARVEL MASTERWORKS: MARVEL RARITIES VOL. 1 HC | 18809 | Interior | Inks | 5 | $0.00 | $8.79 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3077707 | Inking | MARVEL MASTERWORKS: | 18810 | Interior | Inks | 5 | $0.00 | $4.80 | Collection |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0104

**MARVEL**

Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | MARVEL RARITIES VOL. 1 HC VARIANT (DM ONLY) | | | | | | | Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079184 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079186 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079190 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079192 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079230 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079231 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079248 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 4 | $0.00 | $2.61 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079249 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 4 | $0.00 | $0.87 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079262 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079263 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079302 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079303 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

**MARVEL**

Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| TRD3079308 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079309 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079367 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 4 | $0.00 | $2.61 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079368 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 4 | $0.00 | $0.87 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079385 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079386 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079415 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079416 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079433 | Penciling | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Pencils | 5 | $0.00 | $3.26 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3079434 | Inking | MARVEL MASTERWORKS: ATLAS ERA TALES OF SUSPENSE VOL. 1 TPB VARIANT (DM ONLY) | 18898 | Interior | Inks | 5 | $0.00 | $1.09 | Collection Incentive Period : 01-AUG-14 to 31-AUG-14 |
| TRD3185187 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 11 | $0.00 | $89.74 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185188 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 11 | $0.00 | $29.91 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185193 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 24 | $0.00 | $195.79 | Collection Incentive Period : 01-SEP-14 to |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0106



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| TRD3185194 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 24 | $0.00 | $65.26 | 30-SEP-14 Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185201 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 24 | $0.00 | $195.79 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185202 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 24 | $0.00 | $65.26 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185208 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185209 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185214 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 21 | $0.00 | $171.32 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185215 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 21 | $0.00 | $57.11 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185220 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 21 | $0.00 | $171.32 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185221 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 21 | $0.00 | $57.11 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185226 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 21 | $0.00 | $171.32 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185227 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 21 | $0.00 | $57.11 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185232 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 21 | $0.00 | $171.32 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185233 | Inking | AMAZING SPIDER-MAN EPIC | 18834 | Interior | Inks | 21 | $0.00 | $57.11 | Collection |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.



```
Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547
```

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | COLLECTION: GREAT POWER TPB | | | | | | | Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185238 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 17 | $0.00 | $138.69 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185240 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 23 | $0.00 | $62.54 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185246 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185247 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185252 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185253 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185258 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 21 | $0.00 | $171.32 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185259 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 21 | $0.00 | $57.11 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185262 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185263 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185268 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185269 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0108



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| TRD3185274 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185275 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185280 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185281 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185286 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185287 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185292 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 22 | $0.00 | $59.83 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185293 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 22 | $0.00 | $179.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185298 | Inking | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Inks | 41 | $0.00 | $111.49 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185299 | Penciling | AMAZING SPIDER-MAN EPIC COLLECTION: GREAT POWER TPB | 18834 | Interior | Pencils | 41 | $0.00 | $334.48 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |
| TRD3185420 | Inking | FANTASTIC FOUR EPIC COLLECTION: THE WORLD'S GREATEST COMIC MAGAZINE TPB | 18832 | Interior | Inks | 22 | $0.00 | $46.62 | Collection Incentive Period : 01-SEP-14 to 30-SEP-14 |

Payment Total :   $4,934.04

Payment Grand Total :   $4,934.04

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0109



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

Statement Date : 01/15/2016
Vendor Number : 123514
Vendor Name : STEVE DITKO
Payment Type : CHECK

Period Beginning Date: 01/15/2016
Period Ending Date : 01/15/2016

**Fully paid Invoice(s) information**

Pay Date : 01/15/2016
Payment Number : 176002

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| TRD4346519 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 25 | $0.00 | $126.98 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346521 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 25 | $0.00 | $253.96 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346522 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 25 | $0.00 | $84.65 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346528 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 5 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346529 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 5 | $0.00 | $16.93 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346534 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 5 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346535 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 5 | $0.00 | $16.93 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346540 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 5 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346547 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 8 | $0.00 | $81.27 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346548 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 8 | $0.00 | $27.09 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346552 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC | 19137 | Interior | Pencils | 8 | $0.00 | $81.27 | Collection Incentive Period |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0123



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
|  |  | (NEW PRINTING) |  |  |  |  |  |  | : 01-MAY-15 to 31-MAY-15 |
| TRD4346553 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 8 | $0.00 | $27.09 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346558 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 8 | $0.00 | $81.27 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346559 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 8 | $0.00 | $27.09 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346564 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 8 | $0.00 | $81.27 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346566 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 8 | $0.00 | $27.09 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346570 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 8 | $0.00 | $81.27 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346572 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 8 | $0.00 | $27.09 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346576 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 9 | $0.00 | $91.42 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346578 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 9 | $0.00 | $30.47 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346582 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 9 | $0.00 | $91.42 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346584 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 9 | $0.00 | $30.47 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346588 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 9 | $0.00 | $91.42 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346594 | Penciling | MARVEL MASTERWORKS: | 19137 | Interior | Pencils | 9 | $0.00 | $91.42 | Collection |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com

DITKO-0124



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | | | | | | | Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346600 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 9 | $0.00 | $91.42 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346602 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 9 | $0.00 | $30.47 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346606 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346612 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346614 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346618 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346620 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346624 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 11 | $0.00 | $111.74 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346626 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 11 | $0.00 | $37.25 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346630 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346632 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346636 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com

DITKO-0125



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| TRD4346638 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346642 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346644 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346648 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346650 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346654 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346656 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346660 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346662 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346664 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346666 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346668 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346670 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0126



```
Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax:   212-576-8547
```

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 31-MAY-15 |
| TRD4346672 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346674 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346676 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346678 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346680 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346682 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346684 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346686 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346688 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346690 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346692 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346694 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346696 | Penciling | MARVEL MASTERWORKS: | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection |

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0127



Marvel Worldwide, Inc.
135 W. 50th Street, 7th Floor
New York, NY 10020
Phone: 646-742-6837/646-742-6871
Fax: 212-576-8547

| Invoice Number | Discipline | Book Name | Issue | Destination | Work Type | Pages | Rate | Amount | Details |
|---|---|---|---|---|---|---|---|---|---|
| | | DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | | | | | | | Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346698 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346700 | Writing | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Plot | 10 | $0.00 | $50.79 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346702 | Penciling | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Pencils | 10 | $0.00 | $101.58 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |
| TRD4346704 | Inking | MARVEL MASTERWORKS: DOCTOR STRANGE VOL. 1 HC (NEW PRINTING) | 19137 | Interior | Inks | 10 | $0.00 | $33.86 | Collection Incentive Period : 01-MAY-15 to 31-MAY-15 |

Payment Total :   $4,379.83

Payment Grand Total :   $4,379.83

If you have any questions, please forward this email and your concern to cmeyer@marvel.com and anunez@marvel.com.

DITKO-0128