Exhibit 86

DITKO-0379

DITKO-0380



DITKO-0381