# Exhibit 87



2021MARVEL-0033524

Steve Ditko



# TSK! TSK!  By S. Ditko © 2000

! ? ! ? ! ?

**AUG. 8, 1999**
STAN LEE'S "TO WHOM IT MAY CONCERN" STATEMENT
**THE COMICS** NOV. 1999
"I HAVE ALWAYS CONSIDERED STEVE DITKO TO BE SPIDER-MAN'S CO-CREATOR... I WRITE THIS TO ENSURE THAT STEVE DITKO RECEIVES THE CREDIT TO WHICH HE IS SO JUSTLY ENTITLED."



MAY, 1999
"STAN LEE'S SOAPBOX"
MARVEL COMICS

**FEB. 23, 1963**
STAN LEE'S LETTER TO **THE COMIC READER # 16**
"WE HAVE A NEW CHARACTER... NAMED DR. STRANGE. ...TWAS STEVE'S IDEA."

JUSTICE

"YOU KNOW ME, I'LL TAKE ANY CREDIT THAT ISN'T NAILED DOWN."

**DEC. 7, 1999**
**TAMPA TRIBUNE** INTERVIEW
"RAIL: WHAT HERO IS YOUR FAVORITE CREATION?"
"SL: I DON'T KNOW... DR. STRANGE. WELL, SPIDER-MAN, HE'S THE MOST FAMOUS CHARACTER I CREATED."

INJUSTICE

END 32

2021MARVEL-0033525