# Exhibit 88

# DESIGNATED "CONFIDENTIAL" BY MARVEL

# FILED UNDER SEAL