# Exhibit 97



Case 1:21-cv-07957-LAK    Document 90-97    Filed 06/30/23    Page 3 of 4











