# Exhibit 98

# DESIGNATED "CONFIDENTIAL" BY MARVEL

# FILED UNDER SEAL