Exhibit 103



Case 1:21-cv-07957-LAK   Document 30-109   Filed 06/30/23   Page 3 of 25

# THE CAPTIVE MONSTER

FROM BEYOND TIME HE CAME, TOWERING TO THE SKIES, FEARFUL IN HIS SIMIAN MONSTROUSNESS! FASHIONED BY THE HAND OF MAN AT THE HELM OF SCIENCE; HE FACED ATOMIC EXPLOSION AND THE FEARSOMENESS OF A MODERN WORLD! GIGANTIC, HUGE BEYOND IMAGINATION, A GORILLA THAT TOWERED BEYOND THE HIGHEST BUILDING, SAVAGE AND ALMOST INDESTRUCTIBLE, THIS WAS THE MONSTROUSITY KNOWN TO THE WORLD AS... KONGA!!!



A-1133

1

**KONGA**



TRAPPED ON A TROPICAL ISLE WITH THE ONLY TWO PEOPLE IN THE WORLD WHOM HE LOVED, SANDRA AND BOB, THE GIGANTIC APE IS CALLED TO AID HIS FRIENDS WHEN THEY DISCOVER THAT THEY FACE A HIDEOUS DEATH!

I'VE GOT TO MAKE HIM UNDERSTAND! ONLY HIS GREAT STRENGTH CAN PRY THE STEEL COVER FROM THE BLINKER LIGHT!

OH, HURRY, BOB! BOB ARE...ARE YOU SURE...?



THERE'S NO DOUBT ABOUT IT! THIS ISLAND HAS BEEN PICKED AS A TARGET FOR A NEW EXPERIMENTAL HYDROGEN BOMB! KONGA...HELP US!



THERE'S THE BOMBER! IT WILL BE HERE IN SECONDS! WE'VE GOT TO LET THEM KNOW THAT WE'RE HERE...



DESPERATELY THE TWO TRAPPED HUMANS TRY TO MAKE THE MONSTROUS APE UNDERSTAND!

PLEASE, KONGA, YOU'VE GOT TO UNDERSTAND! TAKE THE COVER OFF! ONLY YOU HAVE THE STRENGTH TO DO IT!



AND IN THE BOMBER...

THERE'S THE ISLAND! I'LL SURE BE GLAD TO DUMP THIS LOAD! SIGNAL ANDY TO GET READY TO RELEASE THE BOMB!

2



THE HUGE BOMBER CARRYING THE HYDROGEN BOMB HUMMED CLOSER TO ITS TARGET... THE ISLAND ON WHICH BOB AND SANDRA DESPERATELY TRIED TO SHOW MIGHTY KONGA WHAT THEY WANTED!

HE...HE DOESN'T UNDERSTAND! PRY IT OFF... THE COVER, KONGA!...



HE DID IT! NOW... TIP THE MIRROR...TIP IT UP...

UP, TO THE SKY, KONGA! PLEASE... PLEASE UNDERSTAND! WE DON'T HAVE MANY MORE MINUTES...



THAT'S IT, THAT'S IT! BUT THE PLANE, IT'S FLYING SO HIGH! I DON'T THINK IT WILL SEE THE FLASHES!

WE'VE GOT TO TRY...IT'S OUR ONLY CHANCE!



THE MIRROR CAUGHT THE SUN! DESPERATELY BOB WORKED THE SHUTTERS, SENDING THE BLINKING LIGHT UP TOWARD THE SKY! BUT THE PLANE CAME ON, NEVER VEERING!

HE DOESN'T SEE IT! HE'S COMING IN...ON THE TARGET! IT'S NO USE...



I THINK I SAW... YES, THERE IT IS AGAIN! THE MIRROR...SOMEONE'S BLINKING IT! THERE'S SOMEONE ON THAT ISLAND, DAN!

CALL BASE! TELL THEM WE'RE PASSING THE RUN UNTIL THEY GET A PLANE IN THERE AND TAKE OFF WHOEVER IS THERE! WE'LL SWING WIDE AND COME BACK ON TARGET WHEN ALL'S CLEAR!

3

CONTINUED AFTER FOLLOWING PAGE

Case 1:21-cv-07951-AM   Document 90-103   Filed 06/30/23   Page 6 of 25













4

BUT THE SENSITIVE EARS OF THE HUGE BEAST HAD PICKED UP THE WHINE OF THE BOMB'S DESCENT THROUGH SPACE...



HIS SENSES RANG A TOCSIN, WARNING HIM OF DANGER/ HE RAN TO THE SHORE...



AND AS THE BOMB HIT HIS BODY WAS HURTLING THROUGH THE AIR AND INTO THE WATER/



CHARLTON COMICS GIVE YOU MORE!

HIS TREMENDOUS WEIGHT CARRIED HIM DEEP! BUT THE AWFUL POWER OF THE HYDROGEN BOMB EXPLOSION SMASHED THROUGH THE WATER...



HE TRIED TO FIGHT HIS WAY TO THE SURFACE, BUT THE HURRICANE-CHURNED WATERS BATTERED HIM, HOLDING HIM FROM THE SURFACE!



TWICE HE MANAGED TO REACH THE SURFACE AND FILL HIS TORTURED LUNGS WITH PRECIOUS AIR!



MEANWHILE, FIGHTING FOR HIS LIFE IN THE CRAZED SEA, KONGA WAS NOT AWARE THAT THE BATTERING WATERS, PUSHING HIM OUT AND AWAY FROM THE TITANIC EXPLOSION, HAD CARRIED HIM HUNDREDS OF MILES FROM THE DE-MOLISHED ISLAND WITH EXPRESS TRAIN SPEED!



6

Case 1:21-cv-07957-LAK    Document 90-103    Filed 06/30/23    Page 9 of 25

TIME SEEMED TO STAND STILL FOR THE GIANT SIMIAN AS DAYS AND NIGHTS PASSED, UNTIL AT LAST THE RACING, BUBBLING MADNESS OF THE SEA SUBSIDED!



IN THE DIM DISTANCE HE SAW LAND, AND TOWARD IT HE MADE HIS TIRED WAY!



UTTERLY EXHAUSTED, KONGA DRAGGED HIMSELF UP FROM THE WATER TO DRY LAND AND THERE FELL FULL LENGTH INTO AN EXHAUSTED COMA!



HE SLEPT, NOT HEARING THE JUNGLE SOUNDS, THE NOISES OF AFRICA, THE DARK CONTINENT, THE LAND SHROUDED IN MYSTERY!



AND AS HE SLEPT A COSMIC DISTURB-ANCE BEGAN TO TAKE PLACE IN HIS BODY CELLS FOSTERED BY EXPOSURE TO THE UNKNOWN, GENE-TWISTING EMENATIONS FROM THE HYDROGEN BOMB! HIS CELLS, HIS BODY, BEGAN TO SHRINK!



CHARLTON COMICS GIVE YOU MORE!

WHEN DAWN SHED ITS LIGHT OVER THE LAND, SENDING WEAKENED FINGERS THROUGH THE DANK, CLOSE FOLIAGE OF THE JUNGLE, KONGA STIRRED! HE WAS NO LONGER THE GIGANTIC APE HE HAD BEEN! HE HAD SHRUNKEN TO A SIZE ONLY A BIT LARGER THAN A LARGE GORILLA!



A RUSTLING OF FOLIAGE CAME TO HIM! DANGER LURKED IN THE JUNGLE, AND HE WHIRLED...



THE SNARLS THAT ISSUED FROM HIS LIPS WERE ANSWERED IN KIND!



OUT OF THE JUNGLE HAD CREPT APES...GIGANTIC APES, ALMOST AS LARGE AS HE, APES WHO SENSED HIS STRANGENESS AND HAD COME TO KILL!



8

**KONGA**

THE GREAT APES RUSHED IN AND CLOSED WITH KONGA IN ABYSMAL BATTLE!



THEN ENSUED A FRIGHTFUL FIGHT TORN FROM THE BEGINNING OF TIME WHEN THE ANCESTORS OF MAN FOUGHT EACH AGAINST THE OTHER FOR SUPREMACY!



BUT, THOUGH KONGA HAD SHRUNK IN SIZE, HIS STRENGTH WAS STILL ALMOST AS GREAT AS IT HAD BEEN BEFORE, AND GRADUALLY HE OVERCAME HIS OPPONENTS!



AND FINALLY HE LAY LOW HIS LAST ATTACKER, A HUGE, SCARRED PRIMATE, THE KING OF THE APES!



9

CHARLTON COMICS GIVE YOU MORE!

THEN, FROM THE JUNGLE SCORES OF APES CAME AND PROCLAIMED KONGA THE NEW KING OF THE APES!



AND KONGA BEAT HIS MASSIVE CHEST AND ROARED HIS DEFIANCE OF ALL THINGS THAT WALKED OR CRAWLED ON THE EARTH, FOR HE WAS NOW THE KING...KONGA HAD AT LAST FOUND HIS NICHE, HIS PLACE IN A WORLD THAT UNDERSTOOD AND SUITED HIM!



THE HIDEOUS ROARS CARRIED OUT AND AWAY TO REACH A SMALL CRAFT APPROACHING THE JUNGLE PENINSULA ON THE OFF SIDE!



HEAR THAT, ALICE? THE VICTORY CRY OF A BULL APE!

THEN THE STORY THAT NATIVE TOLD US WAS TRUE...THAT A SPECIES OF HUGE APE INHABITS THAT PENINSULA!



THE WHITE HUNTER, BEN MARSDEN, TURNED TO HIS WIFE, HIS EYES EAGER FOR THE ADVENTURE AHEAD!

I HOPE SO! IF IT'S TRUE WE'LL TRAP SOME OF THEM AND SELL THEM AT HIGH PRICES, ENOUGH SO THAT I CAN RETIRE AND WE'LL BUILD THAT COTTTAGE YOU WANT IN YORKSHIRE! I'M GETTING TOO OLD AND MY MANY WOUNDS HURT TOO MUCH TO CONTINUE BEING A WHITE HUNTER MUCH LONGER!



10

# KONGA



THE BOAT ANCHORED OFF SHORE AND THE WHITE HUNTER MADE CAMP!

TRACKS, BWANA! MANY BIG TRACKS OF MAN-APE! BIGGER THAN KENYA GORILLA!

GOOD! WE'LL BUILD OUR TRAPS IN THE MORNING!



THE TRAPS WERE BUILT, CLEVERLY CAMOUFLAGED PITS WITH NETS TO EN-TANGLE THE TRAPPED PREY!

THAT DOES IT! NOW ALL WE CAN DO IS WAIT! MEANWHILE I'LL HAVE THE MEN BUILD STRONG CAGES TO TRANSPORT THE APES WE CAPTURE!



AND THAT NIGHT THE VICIOUS OLD BULL APE WHOM KONGA HAD DETHRONED FELL INTO THE TRAP...



IN THE MORNING, AS THE WHITE HUNTER HAULED HIM OUT, KONGA WATCHED FROM THE JUNGLE!

ALICE, COME HERE! WE'VE GOT ONE! A MAGNIFICENT SPECIMEN!



KONGA SAW THE WOMAN THEN, AND IN THE DIM RECESSES OF HIS BRAIN HE REMEMBERED ANOTHER WOMAN, SANDRA, WHO HAD BEEN KIND TO HIM, WHOM HE'D LOVED!

LOOK OUT, BWANA! MAN APE, HE GET LOOSE...

11

CONTINUED AFTER FOLLOWING PAGE















# CHARLTON COMICS GIVE YOU MORE!





WHAT A MAGNIFICENT SPECIMEN/ HE'S DIFFERENT FROM THE OTHERS/ BIGGER, TOO/ STRANGE WHAT HE DID, SAVING YOUR LIFE THAT WAY/ MUMBA, GET THESE TWO CREATURES INTO THE CAGES/



A WEEK LATER, THE STRONGLY BUILT CAGES FILLED, THE SHIP SAILED BACK TO CIVILIZATION/ AND IN ONE OF THE CAGES WAS KONGA/

ALICE, YOU SEEM FASCINATED BY THAT HUGE FELLOW/

HE'S DIFFERENT THAN THE OTHERS/ LOOK AT HIS EYES/ THE SAVAGERY ISN'T THERE/ EARLIER I HELD OUT A BANANA TO HIM AND HE TOOK IT GENTLY, SO GENTLY/



I'VE NOTICED THAT MYSELF...HIS GENTLENESS/ IT'S ALMOST AS THOUGH HE WERE AT ONE TIME... PERHAPS A PET/ BUT, THAT'S RIDICULOUS/ WHO'D MAKE A PET OF SUCH A MONSTER/



THAT NIGHT KONGA FELT A STRANGE STIRRING WITHIN HIS BEING/ THE EFFECTS OF THE NUCLEAR EXPLOSION WERE BEGINNING TO WEAR OFF AND HIS BODY CELLS WERE SWELLING, GROWING...

# KONGA

HIS SLOW BUT STEADY GROWTH SOON BECAME APPARANT TO THE WHITE HUNTER AND HIS WIFE!

ODD! PERHAPS HE'S A YOUNG ONE OF SOME UNKNOWN, GIANT SPECIES OF APE WITH REMARKABLE GROWTH! MUMBA, HAVE THE MEN BUILD A LARGER CAGE FOR HIM...MUCH LARGER!



THE APES WERE ASSIGNED TO AN ANIMAL WAREHOUSE IN KENYA WHILE BEN MARSDEN SENT CABLES TO ANIMAL IMPORTERS AND CIRCUSES!

NEVER SEEN ANYTHING LIKE THIS GROWTH BEFORE! THE APE MUST BE SOME KIND OF FREAK! BUT, HE'LL BRING ENOUGH, I'M SURE, TO KEEP ME FROM EVER HAVING TO GO BACK TO THE BUSH COUNTRY!



BEN, THIS IS MR. WILHELM! HE OWNS WILHELM'S CIRCUS! HE'S HEARD ABOUT OUR APE...

MAGNIFICENT! I MUST HAVE HIM! HE WILL BE THE BIGGEST ATTRACTION MY SHOW HAS EVER HAD! ACH, NAME YOUR PRICE!



AND SO BEN MARSDEN AND HIS WIFE MOVED OUT OF KONGA'S LIFE!

ALL THE MONEY WE'LL EVER NEED TO MAKE OUR DREAMS COME TRUE!

BE CAREFUL, SWINEHUNDS! THAT APE IS WORTH MORE THAN ALL OF YOU PUT TOGETHER!



14

# CHARLTON COMICS GIVE YOU MORE!

SOON KONGA BECAME THE EIGHTH WONDER OF THE WORLD!

AND, AS HE WAS MOVED AND EXHIBITED THROUGH EUROPE, THE GIANT PRIMATE'S SIZE STEADILY INCREASED!



8th WONDER OF THE WORLD

PRESENTED BY- THE WILHELM INTERNATIONAL CIRCUS! KING! THE GIANT APE FROM ANOTHER...

FINALLY THE WILHELM CIRCUS CAME TO LONDON WITH ITS PRIME ATTRACTION!





BOB, DID YOU SEE THE EVENING PAPER? A CIRCUS IS IN TOWN AND...AND WITH IT IS A GIANT APE, TEN TIMES THE SIZE OF THE LARGEST APE KNOWN! BOB, DO YOU THINK...

NOW, SANDRA, YOU KNOW IT CAN'T BE...HE COULDN'T HAVE SURVIVED...



THIS PHOTO... IT LOOKS...IT LOOKS LIKE KONGA!

WE MUST GO AND SEE, BOB! WE MUST!

15



Case 1:21-cv-07957-LAK   Document 90-103   Filed 06/30/23   Page 19 of 25



IT'S HIM! IT'S KONGA! HE'S COME BACK TO US!

I NEVER THOUGHT.../ DARLING, WE MUST SEE THE MANAGEMENT! WE MUST HAVE KONGA RE-LEASED INTO OUR CUSTODY!



I HEARD WHAT YOU SAID! WHAT IS THIS, ABOUT THIS CREATURE?

HE IS THE PRODUCT OF A SCIENTIFIC EXPERIMENT! I CAN'T GO INTO ALL THE DETAILS NOW! BUT WE MUST HAVE HIM BACK! HE MUST BE GIVEN TO SCIENCE!



IF YOU DON'T RELEASE HIM WE'LL GET A COURT ORDER!

AND TAKE AWAY A MILLION DOLLAR ATTRACTION? OH, NO! I'LL SHUT YOUR MOUTHS SO YOU'LL GIVE ME NO TROUBLE!



IT WAS AT THAT MOMENT THAT KONGA CAUGHT THE SCENT OF SANDRA AND BOB! HIS GREAT HEAD SWUNG AND HE SAW THEM STRUGGLING AS THEY WERE DRAG-GED THROUGH THE TENT...



A MIGHTY ROAR CAME FROM THE THROAT OF THE APE GIANT! HIS GIGANTIC MUSCLES TENSED...

HE'S GET-TING LOOSE!

17

CONTINUED AFTER FOLLOWING PAGE



KONGA











# CHARLTON COMICS GIVE YOU MORE!

THEN HE RACED AWAY AS BULLETS STUNG HIM! BEHIND HIM HE LEFT A PATH OF DESTRUCTION IN THE ABANDONED CITY AS HE SMASHED TOWARD THE SEA!



HE DIVED INTO THE WATER, HIS GREAT ARMS AND LEGS CHURNING AS SHELLS AND ROCKETS WHISTLED AROUND HIM!



AND, AS THE PLANES DROPPED DEPTH BOMBS HIS HUGE BODY SANK BENEATH THE FLAYED WATERS!

HE'S SUNK! THE DEPTH BOMBS MUST HAVE GOTTEN HIM!



THE END

# THE DARK CONTINENT

AFRICA...THE DARK CONTINENT, THE LAND OF JUNGLES, SAVAGE BEASTS AND SAVAGE MEN! IN AN AGE WHEN MANKIND REACHES TOWARD THE MOON AND OTHER PLANETS IN SPACE, THE DARK CONTINENT REMAINS MYSTERIOUS, UNCONQUERED, AND ONLY PARTIALLY EXPLORED HERE ON OUR OWN PLANET!



A-1286



ON AFRICA'S VAST PLAINS, HERDS OF HOOFED CREATURES BY THE THOUSANDS ROAM, WILD AND FREE!



AND HERE TOO PROWL THE CARNIVORES THAT PREY ON THEM, THE KING OF BEASTS UNTAMED, UNCAGED!

CONTINUED AFTER FOLLOWING PAGE

1

# KONGA

HYENAS LAUGH THEIR DEFIANCE OF MAN FOR HERE IN THIS AREA, CIVILIZED MAN IS OUTSIDE HIS OWN ENVIRONMENT!



AND IN HER JUNGLES, LURK STRANGE MEN AND ANIMALS!



PYGMIES, TINY AND DEADLY, USING BLOWGUNS AND BOW-LIKE CHILDREN'S PLAYTHINGS!



BUT THE CHILDISH LOOKING WEAPONS ARE DEADLY, FOR ARROWS AND DARTS ARE TIPPED WITH LETHAL POISON!



THERE ARE THE GIANT MASAI TRIBESMEN, KILLERS OF LIONS, USING PRIMITIVE SPEARS FOR THEIR KILL! AND ENGAGING IN PRIMITIVE RITES AFTER THE KILL!



2

# CHARLTON COMICS GIVE YOU MORE!

GIANT APES, GORILLAS, LIVE IN THE SOMBRE HALF-DARKNESS OF THE JUNGLE, BATTLING CRAWLING AND SPOTTED DEATH TO SURVIVE!



WHISPERS ARE HEARD OF GIANT REPTILES IN THE UNKNOWN INTERIOR THAT, BY DESCRIPTION ARE CLOSE KIN TO THE PREHISTORIC MONSTERS THAT ONCE ROAMED THE EARTH BEFORE MAN!



WHO KNOWS, PERHAPS THE STORIES ARE TRUE, FOR LITTLE IS KNOWN OF THAT JUNGLE LAND THAT IS PRACTICALLY IMPENETRABLE! PERHAPS SOMEDAY AN EXPLORER WILL FIND THE INTERIOR LAKES OF THAT VIRGIN FOREST...



PERHAPS HE'LL SEE THE BEASTS THE NATIVES SAY LIVE THERE!



YES, AFRICA IS STILL A MYSTERY, STILL THE DARK CONTINENT, THE LIGHT OF CIVILIZATION JUST ILLUMINATING THE COASTAL FRINGE, BUT IN THE INTERIOR THE DARKNESS STILL REMAINS!



END