Exhibit 104



CHARLTON COMICS GIVE YOU MORE!

# MONSTER HUNTER

E. KELLINGTON TRENT WAS THE WORLD'S MOST FAMOUS HUNTER...IN HIS DEN YOU COULD FIND THE HEAD OF THE LARGEST KODIAK BEAR EVER SHOT, A STUFFED TARPON THAT WAS BIGGER THAN ANYTHING MAN HAD EVER SEEN, THE RUG WAS MADE OF A PYTHON SKIN, AND SO ON! E.K. NEVER HUNTED FOR JUST ORDINARY GAME...IT HAD TO BE THE BIGGEST, MOST DANGEROUS OF ITS KIND BEFORE HE'D WASTE A SHOT OR CAST A PLUG! SO, FOR HIM TO GO AFTER THE LARGEST LIVING CREATURE THAT EVER TROD THE TREMBLING CRUST OF MOTHER EARTH WAS A NATURAL...BUT HE DIDN'T EXACTLY WIND UP AS THE CONQUEROR OF THE GIANT PRIMATE CALLED KONGA! IN FACT, IT WAS JUST THE OTHER WAY AROUND!



A-2234

1

# KONGA

THE SHIP NEWS REPORTERS MET THE LUXURY LINER AT NEW YORK BECAUSE E. KELLINGTON TRENT WAS ABOARD! HE WAS ALWAYS NEWSWORTHY AND THE WORD GOT OUT THAT E.K.'S CATCH THIS TIME DWARFED ALL HIS OTHER ACHIEVEMENTS!



I KNOW WHAT THEY MEAN! THAT'S A RECORD IF I EVER SAW...

NOT THE DAME, STUPID! LOOK INSIDE THE CAGE OVER THERE!



IS HE FEROCIOUS, MISS LOVEJOY?

NOT AT ALL! IN FACT, HE'S VERY GENTLE, SEE?



DON'T DO THAT, DARLING! YOU PROMISED ME YOU'D BE CAREFUL!

YOU'RE THE ONE WHO SHOULD BE CAREFUL, E.K.!



THE POOR DEAR IS JEALOUS, DARLING!



AN ENTERPRISING REPORTER RAISED THE QUESTION...

MR. TRENT, YOU'VE SHOT OR NETTED OR REELED IN EVERY KIND OF GAME! THERE'S ONLY ONE, THE LARGEST OF ITS KIND, THAT YOU HAVEN'T GONE AFTER! THAT'S KONGA!

MY DEAR CHAP, KONGA IS A BIT MUCH, EVEN FOR A HUNTER OF MY ABILITY!

2

# CHARLTON COMICS GIVE YOU MORE!



BESIDES, THE CREATURE IS UN-PREDICTABLE! ONE DAY HE'S IN AUSTRALIA, AND NEXT HE'S IN SPITZBERGEN, THE THIRD HE'S WALLOWING IN A LAKE TANGANYIKA MUD-HOLE! I MIGHT BE TEMPTED TO GO AFTER THE ANIMAL WERE HE TO SETTLE SOME-WHERE HE COULD BE FOUND!

AT THAT MOMENT, IN THE CENTRAL PACIFIC, ADMIRAL HARWELL'S ATOMIC TESTING WAS IN PROGRESS...

SEVEN SECONDS TO DETONATION! HANG ON, YOU GUYS!



THE ATOMIC BOMB WAS SET TO EXPLODE OVER AN ISLAND WHICH HAD BEEN EVACUATED OF PERSONNEL! BUT IN THE TIME BETWEEN THE VISIT OF THE IN-SPECTION TEAM AND THE DROPPING OF THE BOMB, A HUGE, GLISTENING FIG-URE EMERGED FROM THE SEA...

...FOUR... THREE... TWO...

GOOD GRIEF! LOOK! WHAT IN THE...??!!





KNOW WHAT THAT BIG THING WAS? IT WAS KONGA, THAT'S WHO! AND IT FINISHED HIM FOR SURE!

3

CONTINUED AFTER FOLLOWING PAGE

## CHARLTON COMICS GIVE YOU MORE!

WAS HE FINISHED? THE ADMIRAL WAS APPRISED OF THIS REVOLTING DEVELOPMENT AND HE TRAINED HIS BINOCULARS TOWARD THE SCENE OF THE BOO-BOO...



BUT THE ADMIRAL LEARNED WHAT THE COMMIES IN CHINA AND RUSSIA HAD FOUND OUT THE HARD WAY! TO SAY THE LEAST, THE HUGE SIMIAN WAS ON THE RUGGED SIDE...



HEY, HE ISN'T EVEN SINGED!

HE LOOKS MAD AND HE'S HEADING FOR THE FLAGSHIP! TELL THE ADMIRAL HE'D BETTER TAKE EVASIVE ACTION!



HE...HE'S COMING THIS WAY! SEND THIS MESSAGE TO ALL SHIPS IN THE FLEET! OPEN FIRE WITH EVERY AVAILABLE WEAPON...KONGA CONSTITUTES A MENACE TO ALL MANKIND! DESTROY HIM!

SIR, IF THE BIGGEST ATOMIC BOMB WE EVER EXPLODED DIDN'T HURT HIM, A SIXTEEN INCH SHELL WON'T EVEN MAKE HIM SCRATCH!



BUT THEY SHELLED KONGA AND THE INCREDIBLE GIANT RETALIATED...

CANCEL THAT LAST ORDER! ALL SHIPS OF THE FLEET TURN EASTWARD AND PROCEED AT FULL SPEED OUT OF THIS AREA!



4

KONGA



THE INCIDENT MADE HEADLINES ALL OVER THE WORLD! AND AT THE TRENT ESTATE, E.K.'S MOTHER AND LORELEI LOVEJOY HAD THE SAME THOUGHT...

WEEVES, BE CERTAIN THAT NO NEWS-PAPERS ARE SEEN BY MR. WELLINGTON FOR A FEW DAYS! THE KONGA STORY, YOU UNDERSTAND...HE MUSTN'T SEE IT!

WHEW! WHAT A NARROW ESCAPE!



E.K. WAS KEPT IN IGNORANCE FOR A FEW DAYS BUT THEN...

IS IT TRUE, MR. TRENT, THAT YOU ARE MAKING PLANS TO GO AFTER KONGA NOW THAT HIS LOCATION IS DEFINITELY KNOWN?

WHAT? HE'S BEEN SIGHTED? WHERE?



RUN ALONG, JUNIOR, WE'RE NOT INTERESTED IN KONGA!

YOUR BUTLER TOLD ME YOU'VE BEEN HIDING THE NEWSPAPERS FROM MR. TRENT, MISS LOVEJOY! KONGA IS ON A PACIFIC ISLAND, MR. TRENT...



...AND YOU ARE NOT, I REPEAT, NOT GOING AFTER THAT APE!

LORELEI, THERE ARE TIMES WHEN I WONDER IF YOU ARE A TRUE LADY! JAMMING THAT MAN'S HAT DOWN OVER HIS EYES WON'T KEEP ME FROM GOING AFTER KONGA!



5

# CHARLTON COMICS GIVE YOU MORE!



E. KELLINGTON'S PLANE, ALWAYS READY FOR THE HUNT WITH RIFLES AND AM-MUNITION AND OTHER NEEDED PARAPHERNALIA ABOARD, WAS AT A LONG ISLAND AIRPORT! LORELEI AND THE HUNTER DROVE THERE FROM THE NIGHT-CLUB...

I INSIST ON PILOTING YOU OUT THERE, KELLINGTON! IF YOU DON'T ASK ME ALONG, I'LL BREAK OUR ENGAGEMENT!

VERY WELL, MY DEAR, COME ALONG! I SAY, THERE'S THAT SAME REPORTER!



MR. TRENT, MY PUBLISHER, ASKED ME TO GIVE YOU A MESSAGE! HE WANTS TO WAGER YOU $100,000 YOU WON'T KILL OR CAPTURE KONGA!

TELL HIM IT'S A BET! NOW, IF YOU'LL EX-CUSE US, WE MUST BE OFF!



THAT'S WHAT I THINK...YOU'RE OFF YOUR ROCKER, BOTH OF YOU!

FLY DUE WEST, LORELEI, WHILE I CATCH A LITTLE SHUT-EYE!



I'LL TAKE OVER NOW, BELOVED! WHAT'S OUR E.T.A.?

ESTIMATED TIME OF ARRIVAL IS 1400 HOURS ON ISLAND ADJACENT TO ONE ON WHICH ATOMIC TEST WAS MADE!



AND AT 1359 HOURS...

6



THIS WAS A ROLE THEY KNEW WELL! E.K. SURVEYED THE SCENE THAT WOULD BECOME THE ARENA WHERE HE WOULD DO BATTLE WITH HIS PREY! AND LORELEI, HIS AIDE IN THESE MATTERS, DID THE CHORES!

NO TRACKS THAT I CAN SEE, LORELEI!

ARE YOU STANDING IN A SORT OF DE-PRESSION, DEAR? I MEAN...IF YOU MOVE AWAY A LITTLE AND LOOK WHERE YOU'RE STANDING...?



HOLY MACKEREL! IT'S...IT'S A FOOTPRINT!

OF COURSE! I KNEW YOU'D BE DELIGHTED! THAT CERTAINLY SHOULD BE A TROPHY CATCH, SHOULDN'T IT?



YOU'RE GLAD, AREN'T YOU? OF COURSE YOU ARE!

ULP! Y-YES, DEAR!



MEANWHILE...THE OBJECT OF THE HUNT WASN'T ON THE ISLAND! HE WAS DOWN DEEP...DOWN WHERE THE GIANT CLAMS GROW!



# CHARLTON COMICS GIVE YOU MORE!







E, KELLINGTON TRENT AND FAITHFUL FIANCEE SET UP CAMP...SEPARATE TENTS AND COMMON COOKING FACILITIES, OF COURSE!

I'VE GOT THE HIGHEST POWER ARMOR-PENETRATING SHAPED CHARGE CARTRIDGES IN THIS, LORELEI! THEY'D BRING DOWN AN ELEPHANT!

THAT'S WONDERFUL, KELLINGTON... BUT WE AREN'T HUNTING ELEPHANTS, ARE WE!



HE SWAGGERED A LITTLE, THIS MOST INTREPID HUNTER OF HIS TIME! HE STRUTTED IN THE ADMIRATION OF HIS BETROTHED...



...UNTIL...

YEEOW

8

# KONGA



WHAT WAS THAT?

THAT WAS YOUR TROPHY! IT MUST BE KONGA... OVER THIS WAY!



YES, IT WAS KONGA...CAUGHT BY HIS OWN GREED...WITH A THUMB MASHED IN THE POWERFUL VISE OF A GIANT CLAM SHEEL!



GET BACK, DEAR! LET ME HANDLE THIS! A BULLET RIGHT OVER THE...

IF YOU SHOOT HIM NOW, I'LL NEVER SPEAK TO YOU AGAIN! LISTEN TO HIM... HE'S CRYING LIKE A BABY!



SEE? THERE'S A GIANT CLAM-SHELL CLOSED ON HIS THUMB! THE POOR THING IS IN AGONY! YOU'VE GOT TO HELP HIM!

OH, SURE, I'LL SIT HIM ON MY LAP AND BURP HIM! ARE YOU CRAZY?



I'M SERIOUS, KELLINGTON! REMEMBER THAT NATIVE DIVER IN THE SOUTH CHINA SEA CAUGHT IN THE GIANT CLAM? YOU SET HIM FREE, DIDN'T YOU?

YES...I STUCK A KNIFE IN THE BIG MUSCLE THAT CLOSES THE CLAM BUT...KONGA WOULD MASH ME IF I WENT THAT CLOSE!

9

# CHARLTON COMICS GIVE YOU MORE!



"YOU HAVE THE RIFLE, KELLINGTON, AND YOU'RE A CRACK SHOT! SHOOT AT THE MUSCLE PART OF THE CLAM FROM HERE!"

"WELL... I'LL TRY!"



E.K. REALLY WAS QUITE A SHOT... AND HE HAD TO BE NOW! HE RAISED THE GUN AND KONGA GROWLED...HE HAD REASON TO KNOW ABOUT GUNS!



"EASY, KONGA... HE'S TRYING TO HELP YOU!"



HE HEARD THE WORDS AND HE DID NOT UNDERSTAND THEIR MEANING...BUT SHE WAS PRETTY AS A GIRL HE HAD ONCE KNOWN AND LOVED HAD BEEN PRETTY...HER VOICE WAS GENTLE AND TENDER...AND HE LOVED THIS GIRL TOO! HE STOPPED GROWLING AND WAITED, MOTIONLESS, UNTIL,...



"OH, DARLING, YOU MISSED! IT'S ALL RIGHT... KONGA... HE'S GOING TO HELP YOU!"

10

**KONGA**

THE JUNGLE GIANT TREMBLED...HE HAD FELT THE IMPACT OF THE SLUG THROUGH THE SHELL...HE KNEW THE NEXT BULLET MIGHT HURT HIM AS OTHER BULLETS HAD STUNG HIS FLESH...BUT HE WAITED!





RUN, LORELEI! HIS HAND DOESN'T HURT HIM NOW... HE'LL GRAB AT YOU!

HE...HE DOESN'T LOOK MEAN, KELLINGTON!



AT THE LAST SECOND, LORELEI LOVEJOY KNEW THE TERRIBLE DANGER SHE FACED AND SHE TURNED TO RUN...



I'LL SAVE YOU, DARLING!

NO! DON'T SHOOT!



11

CONTINUED AFTER FOLLOWING PAGE

KONGA



E.K. TRENT WAS FROZEN WITH FEAR! NOT FOR HIMSELF FOR HE WAS A BRAVE MAN AND HE COULD FIGHT EVEN WHEN FEAR CRAWLED IN HIS STOMACH LIKE A GIANT SNAKE! THIS WAS GREATER FEAR THAN HE HAD EVER KNOWN FOR HE TRULY LOVED HIS LOVELY LORELEI!

DON'T MOVE, DARLING!

YOUR NAME IS KONGA! I AM LORELEI! YOU UNDERSTAND? WE CAME HERE TO KILL OR CAPTURE YOU, KONGA, BUT THAT IS CHANGED NOW!



YOU'RE FANTASTICALLY BIG, KONGA...BUT YOU DON'T BEHAVE LIKE A CREATURE YOUR SIZE MIGHT! YOU LIKE ME, I KNOW...AND YOU WANT ME TO LIKE YOU!

SHE DIDN'T REALLY EXPECT THE ANTHROPOID TO UNDERSTAND AND OBEY...BUT, TO HER AMAZEMENT, KONGA, MOVING SLOWLY TO AVOID ALARMING HER, AND GENTLY TO SET HER DOWN UNHURT...

YOUR MOUTH IS OPEN, DARLING! I TOLD YOU...HE'S A LAMB, REALLY!

A...A LAMB? THAT... THAT MONSTER IS A... A LAMB?





I DO LIKE YOU, KONGA! I... I THINK YOU'RE ADORABLE! WOULD YOU PUT ME DOWN NOW, PLEASE? I'VE GOT TO TALK TO KELLINGTON!



CHARLTON COMICS GIVE YOU MORE!



DROP THAT SILLY RIFLE AND SAY HELLO, DARLING! E.K.'S REALLY VERY NICE WHEN YOU GET TO KNOW HIM, KONGA! HE GOT THAT CLAM OFF YOUR THUMB, DIDN'T HE?



L-LORELEI! HE LOOKS HUNGRY!

IT SEEMED LIKE AN INCREDIBLE NIGHTMARE...THE KIND ONLY A BIG GAME HUNTER MIGHT SUFFER...BUT THE GREAT SIMIAN WAS CROONING COMFORT TO HIM, ROCKING HIM GENTLY, LIKE AN UNDERSIZED DOLL!

OH, DARLING, IF YOU COULD ONLY SEE IT...WHAT A GROUP PICTURE YOU TWO MAKE! YOU LOOK LIKE FATHER AND SON DAY IN A LOONY BIN!

IF YOU EVER TELL ANYONE ABOUT THIS, I'LL HATE YOU TILL I DIE!

THEN...AFTER LONG, HEART-HAMMERING SECONDS...KONGA MOVED!

13

Case 1:21-cv-07957-LAK    Document 90-104    Filed 06/30/23    Page 16 of 22



HE DIDN'T LIKE E.K. TRENT QUITE AS MUCH AS HE DID THE GIRL BUT HE HAD HAPPY MEMORIES OF A MAN NOT UNLIKE THIS ONE SO HE PUT HIM DOWN GENTLY NEAR LORELEI...

THIS IS MADNESS, LORELEI! HE COULD MASH US BOTH BETWEEN TWO FINGERS!

OF COURSE, DEAR...BUT HE WON'T!



H-HE W-WON'T? THEN, WHAT'S HE DOING?



HE WANTS YOU TO KISS ME, SILLY, AND SO DO I!





SO...THEY HADN'T BAGGED A TROPHY...THEY HAD ACQUIRED A PET! AND WHAT A PET! HE HAD SOME QUAINT HABITS LIKE...

THE SUN IS TOO HOT, LORELEI! I WISH THERE WAS SOME SHADE!

14

# CHARLTON COMICS GIVE YOU MORE!



NO SOONER SAID THAN DONE...A PALM TREE MOVED OVERHEAD!

KONGA, YOU'RE A DARLING! ISN'T HE PRECIOUS, KELLINGTON?

YES, BUT WE'RE WASTING TIME, LORELEI! THINK OF THE SPLENDID HUNTING THAT'S GOING TO WASTE WHILE WE LANGUISH ON THIS CORAL REEF!



I KNOW YOU LIKE KONGA, DEAR, AND I DO TOO IN A WAY...BUT WE CAN'T STAY HERE FOREVER! PLEASE...CAN'T WE LEAVE SOON?

I SUPPOSE YOU'RE RIGHT, DARLING!



NOW IS AS GOOD A TIME AS ANY! LEAVE THE TENTS, LEAVE EVERYTHING...WE'LL WADE OUT TO THE PLANE AND TAKE OFF!



THEY RAN THE LAST HUNDRED YARDS... WADING OUT TO THE PLANE! THE ENGINE CAUGHT AT ONCE AND...

LOOK, KELLINGTON... HE KNOWS WE'RE LEAVING HIM AND HE COULD STOP US IF HE WANTED TO...BUT HE'S LETTING US GO!



WALK SLOWLY... ACT LIKE WE'RE JUST GOING FOR A STROLL!

KELLINGTON, HE'S GOING TO BE TERRIBLY LONELY WHEN WE LEAVE...

15



YES, KONGA KNEW THIS ABOUT PEOPLE...THEY CAME INTO HIS LIFE AND THEY LEFT AGAIN...AND, AS LORELEI HAD SAID, HE'D BE LONELY!



KNOW WHAT I JUST THOUGHT OF, LORELEI? THE BET?

THE BET? WHAT BE... OH, THE BET! THAT WAS FOOLISH OF YOU, WASN'T IT? YOU HAVE THAT MUCH TO LOSE, I SUPPOSE!



SOME OF THE INVESTMENTS THE ESTATE LAWYERS MADE DIDN'T TURN OUT WELL AT ALL! THE MARKET WEAKENED A LITTLE THERE FOR A TIME, YOU KNOW, AND...WELL, AFTER I PAY OFF THE PUBLISHERS, WE'LL BE BROKE!



THEY FLEW ON ACROSS THE WIDE PACIFIC FOR A TIME WITHOUT FURTHER TALK, THEN...

DOESN'T THAT PUBLISHER HAVE AN ESTATE IN THE HAWAIIAN ISLANDS? A FABULOUS PLACE WHERE HE SPENDS MOST OF HIS TIME?

HE'S US- UALLY THERE AT THIS TIME OF YEAR! WHY?



FLY US THERE, HONEY... MAYBE WE CAN WIN THIS BET YET!

16

# CHARLTON COMICS GIVE YOU MORE!

THIS PUBLISHER, RIDICULOUSLY WEALTHY, HAD HIS OWN MARINA...WITH A CLEARLY MARKED LANDING CHANNEL FOR SEA-PLANES!



LET ME MANEUVER HIM INTO THIS, KELLINGTON! IT'S IMPORTANT...

I DON'T EVEN KNOW WHAT YOU'RE DOING... I'VE GOT TO LET YOU HANDLE IT!



DID YOU COME TO PAY THE BET, TRENT? CASH ISN'T NECESSARY...A CHECK WILL DO!

YOU WERE QUITE CERTAIN KELLINGTON COULDN'T WIN, WEREN'T YOU?



YOU'D READ REPORTS...YOU KNEW NO CONVENTIONAL WEAPON COULD HARM KONGA, DIDN'T YOU? IT WASN'T VERY FAIR, CLODDER! TELL ME, DO YOU REALLY NEED THE MONEY?

HAHAHAHA! YOU'RE QUITE THE GAGSTER, AREN'T YOU? I'LL BET YOU COULDN'T FIND KONGA AT ALL!



I DON'T UNDERSTAND THE EXACT TERMS OF THE BET! THEY MAY NOT BE BINDING ON MY FIANCE! JUST WHAT WAS IT? DID HE HAVE TO SHOOT KONGA AND DRAG HIS CARCASS HERE? THAT WOULDN'T BE PRACTICAL! AND HE COULDN'T PUT HIM IN A CANARY CAGE AND CARRY HIM UNDER HIS ARM!



ALL THIS RICH PLAYBOY OF YOURS ACTUALLY HAD TO DO WAS MEET THE BEAST AND COPE WITH HIM! KILL HIM, CAPTURE HIM, TAME HIM... ANYTHING LIKE THAT!

TAME? I THINK KELLINGTON HAS MANAGED THAT, MR. CLODDER! AND IF YOU'LL ACCOMPANY US, WE'LL ACCEPT EITHER CASH OR A CHECK FROM YOU!

17

CONTINUED AFTER FOLLOWING PAGE

# CHARLTON COMICS GIVE YOU MORE!



IS SHE SERIOUS, TRENT, OR AS NUTTY AS MY WIFE?

I'LL GIVE YOU A BLOODY NOSE IF YOU SAY A WORD AGAINST LORELEI! SHE'S SERIOUS...IF THAT PRETTY LITTLE TOY AT THE DOCK CAN SAIL, WE'LL TAKE YOU TO THE ISLAND AND PROVE IT!



TRAPPED, THADDEUS CLODDER INVITED THEM ABOARD HIS YACHT AND ORDERED THE CREW TO CAST OFF...

IF THIS IS A GAG, TRENT, I'LL EXPOSE YOU IN FOOT-HIGH HEADLINES AROUND THE WORLD!



THEY NEARED THE ISLAND, AND THE CAPTAIN WAS WORKING HIS WAY CAREFULLY THROUGH UNKNOWN WATERS TOWARD THE BEACH WHEN THE SKY GREW DARK...

PUT ON YOUR LIFEJACKETS, MR. CLODDER, THIS STORM MAY DRIVE US AROUND... THESE ARE UNCHARTED WATERS!



KONGA'S IN THERE, DARLING! I'LL BET HE'S WATCHING US NOW!



SEE WHAT YOU'VE DONE? AND ALL BECAUSE OF YOUR STUPID LIES TO AVOID PAYING OFF THE BET!

THEY WEREN'T LIES, MISTER! KONGA'S ON THAT ISLAND... WE MAY NOT STAY AFLOAT LONG ENOUGH TO PROVE IT BUT HE'S THERE!

18

# KONGA



HE SAW THE SHIP BUT HE HAD SEEN SHIPS BEFORE! WHY DID HE WATCH THIS ONE SO HARD...DID SOME SIXTH SENSE TELL HIM LORELEI AND E.K. TRENT WERE ABOARD?



THE WIND-WHIPPED SEA TOSSED THE MULTI-MILLION DOLLAR SHIP LIKE A STICK OF WOOD...STRAIGHT TOWARD A KNIFE-EDGED REEF!

KONGA CAN SAVE US! KONGA, IF YOU'RE THERE, HELP US NOW!



LOOK, DARLING! THERE HE IS!



SIR, WHAT SHALL I DO?

PRAY, YOU IDIOT, PRAY AS HARD AS YOU CAN!



THEY ALL SAW THE GREAT APE...BUT THE PUBLISHER STILL WASN'T CONVINCED!

IT DOESN'T PROVE A THING, TRENT!

19

# CHARLTON COMICS GIVE YOU MORE!









