Exhibit 105



# CHARLTON COMICS GIVE YOU MORE!

# GORGO CAPTURED

GORGO, THE BEAST FROM ANOTHER AGE, THE MONSTER FROM THE DAWN OF TIME, CAPTURED AT LAST BY PUNY MODERN MAN! GORGO, NO LONGER FREE TO ROAM THE SEAS OF THE WORLD...NOW CAGED AND A CURIOSITY, THE EIGHTH WONDER OF THE WORLD! WAS THIS TO BE THE FATE OF THE MOST MONSTROUS CREATURE THE WORLD HAS EVER SPAWNED, THE LIVING NIGHTMARE THAT HAD BECOME THE NEMESIS OF THE TWENTIETH CENTURY? SHUDDER AND THRILL WITH EXCITEMENT AND SUSPENSE AS YOU READ HERE THE SPINE-CHILLING STORY OF THE MONSTER'S CAPTURE!



A-2454

Case 1:21-cv-07957-LAK    Document 90-10    Filed 06/30/23    Page 4 of 22

IN OUR LAST GORGO ADVENTURE A GROUP OF HOLLYWOOD FILM PEOPLE HAD FOUND AND FILMED THE MONSTER, USING HIM AS THE AXIS OF A FILM PLOT! THEN, IN ATTEMPTING TO ESCAPE IN A SUB, THEIR UNDERWATER VEHICLE HAD BECOME THE FOCUS OF GORGO'S CURIOSITY AND DEATH CLOSED IN AROUND THE GROUP TRAPPED IN THE SUBMARINE...





IT WAS SOMETHING TO PLAY WITH...HE WOULD SHOW IT TO HIS MOTHER!



AND AS HE SWAM HE TOSSED IT UP AND DOWN, PLAYING WITH THIS NEW TOY!

THE SEAMS ARE SPRINGING! I THINK THIS IS IT, MY DEAR! COURAGE!

AH, MY DARLING, YOU WERE MAGNIFICENT BACK THERE ON THE ISLAND! IF I MUST DIE, THEN LET IT BE BY YOUR SIDE!



GORGO SHOWED THE STRANGE TOY TO HIS MONSTROUS MOTHER!

2

Case 1:21-cv-07957-LAK    Document 90-105    Filed 06/30/23    Page 5 of 22



SHE WAS ABOUT TO TEST IT WITH HER GREAT TEETH AND SHE DREW THE STRANGE TOY TOWARD HER MONSTROUS MAW...



BUT A GIANT SQUID PASSING BY DIVERTED HER ATTENTION AND PIQUED HER EVER RAVENOUS APPETITE...



THE MOVEMENT'S STOPPED! I THINK IT'S LET GO OF US!

YOU, WHATS-YOUR-NAME, TAKE A PEEK OUT OF THE PORT!



MR. BERLITZ, I'VE BEEN WITH YOU FOR TWENTY YEARS... AND YOU NEVER CAN REMEMBER MY NAME! IT'S KIBBET! HARLEY KIBBET! K-I-B-B-E-T!

WHAT'S IN A NAME, DARLING! SO I CAN'T REMEMBER YOUR NAME... I STILL LOVE YOU!

3

CONTINUED AFTER FOLLOWING PAGE

Case 1:21-cv-07957-LAK    Document 90-105    Filed 06/30/23    Page 6 of 22

# CHARLTON COMICS GIVE YOU MORE!



THE SUB SURFACED! THE SEA AROUND IT WAS CALM! THE MONSTERS HAD GONE!



IT LIMPED ITS WAY TO THE NEAREST PORT...

WE'LL TAKE A PLANE THE REST OF THE WAY! SAY, ISN'T THERE SOME KIND OF FLYING MONSTER THAT'S BEEN REPORTED, TOO... CALLED REPTISNORUS OR SOMETHING?

PLEASE, ALEX...!



AND IN DUE TIME THE WORLD WAS GIVEN THE GREATEST, THE MOST COLOSSAL EPIC EVER FILMED!



GORGO'S TRIUMPH



A THOUSAND MILES AWAY FROM THE GLITTER AND GLAMOR OF HOLLYWOOD, THE REAL STAR OF THE EPIC FILM SWAM IN WARM WATERS AND WONDERED WHAT HAD HAPPENED TO THE STRANGE TOY HE HAD FOUND...

GORGO



THE FILM, PLAYING IN NEW YORK'S ROCKEFELLER CENTER THEATER, CAME TO THE ATTENTION OF THE FAMED ZOOLOGIST, PROFESSOR CARL CARLSON...



HIS ABSORBTION PIQUED THE CURIOSITY OF HIS ASSISTANT, DR. JAN BLAKE!

WHY PROFESSOR, I DON'T THINK I'VE EVER SEEN YOU READ A NEWSPAPER BEFORE! IT MUST BE SOMETHING TERRIBLY INTERESTING!



TAKE OFF YOUR SMOCK, JAN, WE'RE GOING TO THE MOVIES! LOOK HERE!

MOVIES? PROFESSOR, WHAT EVER HAS COME OVER YOU?



THE 8TH WONDER OF THE WORLD IN LIVING MUTI-COLOR
GORGO - THE MONSTER
ALEX BERLITZ EPIC



WE'VE GOT TO SEE THIS, JAN! AN IDEA IS FORMING IN MY MIND...

IF I KNOW YOU, PROFESSOR, AND I THINK I DO, IT WILL BE THE MOST UNIQUE OF IDEAS!

5



IN THE THEATER, AS THE MONSTER TOOK FORM AND SUBSTANCE ON THE SCREEN, COLOR LENDING EVEN GREATER HORROR TO THE MONSTROUS GORGO, THE PROFESSOR'S EXCITEMENT INCREASED!

WHAT A MAGNIFICENT CREATURE! I'VE SEEN ENOUGH, LET'S GET OUT OF HERE!



WELL, WHAT'S ON YOUR MIND, PROFESSOR?

GORGO, JAN... GORGO! AS YOU KNOW, I AM CHAIRMAN OF THE BOARD OF DIRECTORS OF THE BRONX ZOO!



IT HAS ALWAYS BEEN OUR POLICY TO HAVE THE FINEST ZOO, DISPLAYING THE GREATEST VARIETY OF LIVING ANIMALS OF THE WORLD! JAN, THINK OF EXHIBITING GORGO...LIVING, BREATHING, IN ALL HIS MONSTROUSNESS! WHAT A FEATHER IN OUR CAP IT WOULD BE!



CAPTURE THAT MONSTER? IT'S IMPOSSIBLE!

NOTHING'S IMPOSSIBLE! IT WOULD BE THE SENSATION OF THE WORLD! AND THINK OF WHAT WE COULD LEARN OF THE PREHISTORIC BEASTS AND THE AGE OF REPTILES BEFORE THE COMING OF MAN, BY STUDY OF A REAL, LIVE MONSTER FROM THAT ANCIENT TIME!



DRIVER, TAKE US TO THE BRONX ZOO!

6





AT THE ZOO, PROFESSOR CARLSON SOUGHT OUT AND SPOKE TO THE CURATOR!

I DON'T THINK IT FEASIBLE, BUT I'M ALL FOR TRYING! WAIT, I'LL CALL IN ONE OF OUR VETERINARIANS! HELLO! LET ME SPEAK TO DR. RESTON! HE IS? NO, WE'LL FIND HIM!



DR. RESTON IS TREATING SOME BEARS! WE'LL FIND HIM DOWN AT THE DENS! YOU SEE, IT IS MY THOUGHT THAT, IF THE MONSTER GORGO IS TO BE TAKEN, IF IT IS POSSIBLE, SOME KIND OF ANESTHETIC WILL HAVE TO BE USED, AND DR. RESTON SHOULD BE ABLE TO HELP US THERE!



THE VETERINARIAN WAS FOUND AT THE BEAR DEN AND THE IDEA TOLD TO HIM!

IT WOULD BE A GIGANTIC UNDERTAKING, BUT I SEE WHAT YOU MEAN! YES, IT WOULD BE POSSIBLE TO SHOOT AN ANESTHETIC INTO HIM AT LONG RANGE, IN THE SAME MANNER IN WHICH I AM TREATING THESE BEARS! THIS PISTOL SHOOTS A HYPO CONTAINING SPECIAL VITAMINS, WHICH THEY SEEM TO LACK, INTO THEIR SKIN! WATCH!



YOU SEE, THE HYPO TRIGGERS AS IT HITS AND THE VITAMIN, IN LIQUID FORM IS INJECTED INTO THE SKIN AND MUSCLE! THE SAME PROCESS COULD BE USED WITH AN ANESTHETIC!

7

# CHARLTON COMICS GIVE YOU MORE!



WE WOULD HAVE TO CONSTRUCT A COMPOUND SUCH AS HAS NEVER BEEN SEEN BEFORE, TO HOLD THE CREATURE, ASSUMING YOU WILL BE SUCCESSFUL!

AND AN ARTIFICIAL LAKE FOR HIM! DR. RESTON AND I WILL WORK ON THE ANESTHETIC AND I'LL PLAN THE EXPEDITION...

THE ANESTHETIC WILL HAVE TO BE VERY POWERFUL AND QUICKLY EFFECTIVE...



PLANS FOR THE CAPTURE OF GORGO SWIFTLY TOOK SHAPE! MEANWHILE, IN MOSCOW...

IF GORGO IS CAPTURED AND SENT TO AMERICA, IT WILL BE THE SENSATION OF THE WORLD! IT WILL EVEN MAKE NEGATIVE OUR SPACE TRIUMPHS!

IT MUST NOT HAPPEN! WORD HAS COME FROM THE TOP... IT MUST NOT HAPPEN!



IF GORGO IS CAPTURED IT MUST BE BY US AND HE MUST BE EXHIBITED HERE, IN THE MOSCOW ZOO! WE MUST BE FIRST, IN EVERYTHING, OR OUR SATELLITE COUNTRIES, EVEN OUR OWN PEOPLE, WILL BEGIN TO WONDER!



BUT HOW CAN WE DO IT? THE AMERICANS' PLANS ARE ALL MADE! WE CANNOT CATCH UP TO THEM!

I HAVE A PLAN! YES... I KNOW WE CAN'T CATCH UP TO THEM, WE DON'T HAVE TO! LET THEM TRY TO CAPTURE THE MONSTER! IF THEY FAIL WE WILL PLAY IT UP, MAKE A LAUGHING STOCK OF THEM! IF THEY SUCCEED...WELL, LET THEM FACE THE DANGERS AND THEN...WE WILL TAKE THE CREATURE FROM THEM AND BRING IT HERE! HA, LEAVE THE DETAILS TO ME!

8

GORGO



AND IN THE U.S. PLANS FOR THE CAPTURE OF THE MOST MONSTROUS CREATURE MAN HAS EVER KNOWN, WENT ON!

WHAT DO YOU THINK OF MASSIVE, CONCENTRATED DOSES OF NEMBUTAL, HENRY?

BEAUTIFUL!



GET YOUR MIND OFF MY ASSISTANT, HENRY! WE'VE GOT WORK TO DO! WORK OUT DOSAGE! I'LL BE BACK SHORTLY!

OH...I'M SORRY, PROFESSOR! BUT, GOLLY, SHE IS BEAUTIFUL!



WANT TO HELP ME FEED THEM, HENRY? THIS SHOULD HAVE BEEN YOUR JOB, THEY'RE ORPHANS FROM THE ZOO AND AS VETERINARIAN, YOU SHOULD BE TAKING CARE OF THEM! MR. JAMES SAID YOU WANTED NO PART OF THEM!

I DON'T! IT'S NOT WISE TO GET TOO CLOSE TO WILD AND VICIOUS ANIMALS!



WHY...WHY, I BELIEVE YOU'RE AFRAID, HENRY... AFRAID OF ANIMALS!

WELL, MAYBE I AM! MANY PEOPLE ARE, YOU KNOW! IT'S NOT TOO STRANGE!



NOT VETERINARIANS, HENRY! WHATEVER POSESSED A MAN LIKE YOU WHO IS A COWARD AROUND ANIMALS TO BECOME A VETERINARIAN?

I...I LIKE TO TREAT ANIMALS! I WAS BROUGHT UP WITH THEM AND... WELL, IT'S A LONG STORY AND WOULDN'T INTEREST YOU, I'M SURE!

9

# CHARLTON COMICS GIVE YOU MORE!



"I'M SURE IT WOULDN'T... DR. RESTON!"



AT THE ZOO THE VAST ENCLOSURE THAT WOULD HOUSE GORGO...IF HE WERE CAPTURED, WAS BEING BUILT!



AND DEEP IN THE SEA, ALL UNAWARE OF THE PLANS BEING MADE FOR HIS FUTURE, GORGO AND HIS MONSTROUS MOTHER SLEPT AND PLAYED AND HUNTED!

10

Case 1:21-cv-07957-LAK    Document 90-28    Filed 06/30/23    Page 13 of 22



A SHIP WAS FITTED OUT FOR THE JOURNEY...

WHEN WE CAPTURE GORGO WE WILL TOW HIM IN A HUGE NET FITTED WITH BUOYANT PONTOONS BEHIND THE SHIP!



PROFESSOR, I DON'T THINK DR. RESTON SHOULD COME WITH US AS YOU PLAN...

OH, HENRY WILL DO ALL RIGHT! I'VE RECEIVED A LETTER FROM THE COAST ZOOLOGICAL SOCIETY ASKING IF THEY CAN SEND A REPRESENTATIVE ALONG ON OUR GREAT ADVENTURE, A DR. MARK BARLOW! I ANSWERED YES!



JAN, I...I'M IN LOVE WITH YOU! I KNOW HOW YOU FEEL BUT WON'T YOU AT LEAST GIVE ME A CHANCE!

I'LL HAVE NOTHING TO DO WITH A COWARD, DR. RESTON! SO PLEASE DON'T MAKE YOURSELF OBJECTIONABLE!



THE DAY OF SAILING DR. MARK BARLOW CAME ABOARD!

GOOD TO HAVE YOU WITH US, DR. BARLOW! THIS IS DR. JAN BLAKE, MY ASSISTANT!

I THINK NOW THAT THIS WILL BE A VERY PLEASURABLE TRIP DESPITE THE DANGERS!



AS THE SHIP SAILED TOWARD THE ISLAND WHERE ALEX BERLITZ HAD FILMED HIS EPIC PICTURE, THERE WAS CONSTANT CHECKING OF PLANS AND EQUIPMENT!

WE'LL PICK UP THE FROGMEN WE NEED OFF THE COAST HERE! AS WE PLANNED, THEY'LL USE COMPRESSION GUNS TO FIRE THE ANESTHETIC TUBES YOU DESIGNED INTO THE MONSTER, ASSUMING WE FIND HIM IN THE WATER AND NOT ON LAND...

11

CONTINUED AFTER FOLLOWING PAGE



THEY SEEM TO BE GET-TING ON QUITE WELL! DR. BARLOW IS A CHARMING MAN, THE KIND WOMEN TAKE TO! I'M SORRY HENRY, I'D MUCH RATHER IT HAD BEEN YOU! BUT, THERE IS NO ACCOUNTING FOR A WOMAN'S TASTE!

I CAME ALONG BECAUSE OF THE DANGER SHE MIGHT FACE SHOULD WE SIGHT THE MONSTER! BUT, IF I TOLD HER THAT SHE'D LAUGH AT ME... BECAUSE SHE KNOWS ME AS A CO-WARD!





A CREW OF FROGMEN WERE PICKED UP, MEN WHO WERE FEARLESS AND AS MUCH AT HOME UNDER THE WATER AS ABOVE IT!



THEN, SEVERAL DAYS LATER, THE SHIP DROPPED ANCHOR IN THE AREA WHERE GORGO HAD LAST BEEN SEEN BY THE HOLLYWOOD PEOPLE!

JUST SCOUT AND SEE IF YOU CAN LOCATE HIM! IF YOU DO, THEN RE-PORT BACK AND WE'LL ARRANGE FOR HIS CAPTURE!



IN THE DEEP WATER, SATIATED WITH FOOD, THE TWO MONSTERS SLEPT!



2-

12



BUT PRESENTLY GORGO AWAKENED AND ATTEMPTED TO TEASE HIS MOTHER INTO PLAY!



BUT THE OLDER CREATURE, GORGED ON WHALE MEAT, REFUSED TO STIR, SO GORGO SWAM AWAY TO FROLIC AND SEEK ENTERTAINMENT ELSEWHERE!







HOLY MACKEREL, IT'S THE BIGGEST THING I EVER SAW!

13

Case 1:21-cv-07957-LAK    Document 30-43    Filed 06/30/23    Page 16 of 22



A FEW MINUTES LATER THE FROGMEN REPORTED TO THE SHIP!

WE SAW IT! IT... IT'S MONSTROUS! LISTEN, WE'LL NEVER BE ABLE TO CAPTURE THAT THING! IT'LL DESTROY US ALL!

NOT WITH THE ANESTHETIC WE'LL SHOOT INTO HIM!



NOW GET ONLY AS CLOSE AS NECESSARY TO MAKE A HIT, AND SHOOT THESE NEMBUTAL HYPOS INTO HIM WITH YOUR SPEARGUNS...



THE FROGMEN, WHO HAD FACED DEATH A THOUSAND TIMES AS UNDERWATER DETONATION EXPERTS DURING THE WAR, KNEW FEAR THEN AS THEY LAUNCHED THEIR ATTACK UPON THE MONSTER OF THE DEEP!

14

Case 1:21-cv-07957-LAK   Document 90-105   Filed 06/30/23   Page 17 of 22

THE GIANT BEAST FELT THE ANESTHETIC ENTERING HIS MUSCLES!



WE DID IT! BUT, IF THAT STUFF DOESN'T TAKE EFFECT IN A FEW MINUTES HE'LL CHEW US UP LIKE FLIES!

STAND BY THE NET CANNON!



LOOK! THERE HE IS!



DON'T SHOOT THE NET... THE ANESTHETIC HASN'T TAKEN EFFECT YET AND HE'LL RIP IT TO PIECES!

IF IT DOESN'T TAKE EFFECT IN THE NEXT COUPLE OF SECONDS HE'LL RIP US TO PIECES!



15

Case 1:21-cv-07957-LAK    Document 1-XX    Filed 06/30/23    Page 18 of 22

**GORGO**



SUDDENLY THE MONSTROUS FIGURE BEGAN TO REEL, THE EYES BLINKED, THE SCALY LIDS HEAVY...



NOW!



AND AS THE MONSTER SLOWLY SANK DOWN THE NET SETTLED OVER HIM!





IT WORKED...IT WORKED! AND THE TIDE IS JUST RIGHT TO DRIFT HIS NETTED BODY TO SHORE SO WE CAN APPLY THE PONTOONS!



HALF AN HOUR LATER THE MONSTROUS, UNCONSCIOUS BULK OF THE PRIMEAVAL CREATURE WASHED UP UPON THE SHORE OF THE ISLAND!

NOW WE'LL SECURE HIM WELL IN THE NET AND ATTACH THE PONTOONS...

I'LL TAKE OVER NOW, PROFESSOR!

16

Case 1:21-cv-07957-LAK    Document 80-105    Filed 06/30/23    Page 19 of 22









CONTINUED AFTER FOLLOWING PAGE

Case 1:21-cv-07957-LAK   Document 90-105   Filed 06/30/23   Page 20 of 22





HENRY, YOU... YOU'RE WOUNDED!

JUST A SCRATCH!



HEY, PROF, THAT CREW OF YOURS WERE RUSSKYS! THEY PUT GUNS ON US AND IT MADE US SORE, SO WE TOOK 'EM AWAY FROM THEM AND TIED 'EM UP!

GOOD! CALL THE OTHERS AND LETS GET THIS MONSTER READY TO TOW HOME!



HENRY, YOUR WHOLE BODY IS COVERED WITH SCARS!

MY DAD WAS A LION TAMER...THE BIG CATS KILLED HIM AND I SAW IT! BUT I WANTED TO DO THINGS WITH ANIMALS, SO I BECAME A VET-ERINARIAN! THEN, MY FIRST DAY AT THE ZOO A LION GOT ME...ALMOST KILLED ME! THAT'S WHY I'VE BEEN AFRAID...



BUT, I WON'T BE AFRAID ANYMORE, JAN...

AFTER WHAT YOU DID, CHARGING INTO THAT GUN, I KNOW YOU'RE NOT A COWARD, HENRY!



SEVERAL WEEKS LATER GORGO, KEPT UNDER ANESTHETIC, WAS BROUGHT TO THE BRONX ZOO!

18

# GORGO





HE'S GETTING LOOSE! QUICK, GET THE ANESTHETIC PELLETS!

PROFESSOR, GORGO'S MOTHER HAS BEEN SIGHTED AT THE BATTERY! SHE'S FOLLOWED HIM...



LET HIM GO! THE OTHER ONE WILL SMASH NEW YORK FLAT! IF HE REJOINS HER IT MAY BE THE ONLY WAY WE CAN SAVE THE CITY...



GORGO EMITTED A ROAR THAT SHOOK THE TOWERING BUILDINGS!

# CHARLTON COMICS GIVE YOU MORE!



HIS MOTHER ANSWERED...





LIKE A BABY THE MONSTROUS CREATURE CURLED UP IN THE ARMS OF HIS HUGE, GARGOYLE MOTHER AND SHE TURNED AND WADED INTO THE SEA THAT HAD SPAWNED HER IN THE BEGINNING OF TIME!



WELL, I GUESS NO ONE ELSE WILL EVER TRY TO CAPTURE GORGO! BUT, WE DID HAVE HIM FOR A LITTLE WHILE!



STRANGEST OF ALL... WHO WOULD EVER IMAGINE THAT MONSTER WOULD EVER PLAY CUPID!

END