Exhibit 106



CHARLTON COMICS GIVE YOU MORE!

# GORGO
## The Hidden Witness

THE ATLANTIC DEEP...THE BLACK, SILENT VALLEYS OF THE OCEAN FLOOR... UNEXPLORED, UNCHARTED, HITHERTO UNKNOWN TO MAN...IS NOW BEING INVADED BY SUPER-SUBMARINES, NUCLEAR-POWERED, CAPABLE OF UNLIMITED CRUISES BENEATH THE SURFACE! TRAVELING AT HIGH SPEED, DESCENDING TO GREAT DEPTHS, THEY INVADED GORGO'S SECRET LAIRS! BUT THEIRS WERE PERILOUS JOURNEYS...AND THE PENALTY, WHEN AN ERROR WAS MADE, WAS THE ULTIMATE! U.S.S. RIPPER EXPLORING A LONG, STEEP VALLEY, JUST GRAZED A TOWERING CLIFF...AND GORGO DOZING NEARBY HAD TO SCRAMBLE TO AVOID THE UNDERSEA AVALANCHE WHICH WAS THUS CAUSED!



WE SCRAPED THE CLIFF! SEA-SLIDE! ALL ENGINES EMERGENCY FULL SPEED AHEAD! HARD RIGHT RUDDER!

A-4072

1

Case 1:21-cv-07957-LAK   Document 90-106   Filed 06/30/23   Page 4 of 22

# RETURN OF GORGO







# CHARLTON COMICS GIVE YOU MORE!

INSIDE THE CONNING TOWER, AT A THICK, SPECIAL GLASS PORT...THE CAPTAIN OF U.S.S. RIPPER PEERED OUT, PRESSING A SWITCH...AND HE SAW A SIGHT THAT TURNED HIS BLOOD COLD!



GOOD GRIEF!



WHAT'D YOU SEE OUT THERE, SIR? IS IT BAD?

FAIRLY SERIOUS, I'D SAY, NED!



GORGO, THE UNWITTING CAUSE OF THIS DISASTER-IN-THE-MAKING, NOSED AROUND SOME MORE BUT THE GREAT CLIFF LOOMING ABOVE U.S.S. RIPPER WAS DANGEROUS...HUGE ROCKS, SMALL MOUNTAINS IN THEMSELVES, TUMBLED DOWN FROM TIME TO TIME!





UP, FINDING THE SHALLOWER WATERS AND THE WARM CURRENTS FROM THE TROPICS...FINALLY RELAXING IN TOT-AL CONTENTMENT IN THE TEEMING, TEPID RIVER IN THE SEA...THE GREAT GULF STREAM!

GET CLYDE TO GIVE US ANOTHER INTERVIEW, JOHNNY! THAT DOLPHIN IS THE MOST TALKATIVE CHARACTER I'VE EVERY TAPED!

3

CONTINUED AFTER FOLLOWING PAGE

Case 1:21-cv-07957-LAK    Document 90-106    Filed 06/30/23    Page 6 of 22

# CHARLTON COMICS GIVE YOU MORE!





SOUND CRAZY? A DOLPHIN NAMED CLYDE? CLYDE?? AND EVERYONE KNOWS DOLPHINS CAN'T TALK!

THAT'S WHAT EVERYONE THINKS, DOLPHINS CAN'T TALK! FISH CAN'T TALK EITHER, NATURALLY! ANYONE WHO SAYS FISH CAN TALK IS A NUT, NATURALLY! WELL... I'M A NUT, THEN!



I'VE HEARD THE WEIRD NOISES FISH MAKE DOWN THERE! I'VE RECORDED THEM...BUT MY SPECIAL BABY IS THIS RESEARCH PROGRAM WITH THE CETACEA, AN ORDER OF AQUATIC ANIMALS WHICH INCLUDE DOLPHINS, PORPOISES, AND WHALES, ALL MAMMALS, OF COURSE!





THIS IS THE BOTTLE-NOSED DOLPHIN.. A HIGHLY INTELLIGENT WARM-BLOODED ANIMAL, NOT A FISH, MIND YOU! THEY COMMUNICATE WITH EACH OTHER... THEY'VE GOT DEFINITE SPEECH PATTERNS, WE'VE LEARNED THAT MUCH!



THIS FELLOW'S NAME IS CLYDE! HE'S BIG, A LITTLE OVER 12 FEET IN LENGTH, AND HE SEEMS TO BE THE LEADER OF THE CROWD AROUND HERE! THE SOUNDS HE JUST MADE ARE COMPARITIVELY NEW...AND WE TAPED THEM!



...AND TRIED DECIPHERING THE SOUNDS BUT FAILED...UNTIL WE PLAYED THE TAPE BACK AT A SLOWER SPEED AND DISCOVERED AN AMAZING DIFFERENCE! THEY HAVE A DEFINITE SPEECH PATTERN...AND SEEM TO BE TRYING TO SAY WORDS THEY'VE HEARD US USE FREQUENTLY!

## RETURN OF GORGO



THE PORPOISES, A TERM WE USE WHICH INCLUDE THE DOLPHINS, OFFER US AN OPPORTUNITY TO BRIDGE THE COMMUNICATIONS GAP BETWEEN MAN AND THE HIGHER FORMS OF ANIMAL LIFE! THERE IS NO DOUBT THAT THE PORPOISES WE'RE WORKING WITH HERE ARE INTELLIGENT, HAVE A SPEECH FORM, AND CAN BE TAMED!



THOSE GRUNTS...CLYDE'S MAKING THEM...SEEM TO BE AN ALARM SIGNAL! LUCKY HE'S ON MY SIDE... THAT HAMMERHEAD SHARK WAS ALL SET TO HAVE ME FOR LUNCH!



THE SKINDIVER, DR. RAY MUNSON, HAD RECORDED THE KOUKOUKOU SOUND CLYDE HAD MADE AS HE RUSHED TO SAVE THE SCIENTIST!



THE SOUND WAS PLAYED BACK...AND IT DIDN'T MEAN A THING UNTIL THE HIGH-PITCHED SOUNDS WERE RE-PLAYED AT HALF SPEED AND THEN...

LISTEN, MIKE! KNOW WHAT CLYDE WAS TRYING TO SAY TO ME?

SOUNDS LIKE LOOK OUT! YOU'RE ALWAYS USING THAT PHRASE TO WARN ME WHEN SOMETHING'S HAPPENING!



THEN, THEY CAN LEARN HUMAN SPEECH, MIKE! THIS PROVES IT!

NOT VERY SCIENTIFIC PROOF! AND IT'LL BE CUMBERSOME TO CARRY A TAPE RECORDER AROUND, RECORD WHAT THE FELLOW SAYS, THEN PLAY IT BACK AT A LOWER SPEED JUST TO FIND OUR A BOTTLE-NOSED DOLPHIN SAYS GOOD MORNING!

5

# CHARLTON COMICS GIVE YOU MORE!



THEN, THE NAVY IN WASHINGTON BROKE THE TRAGIC NEWS!

...U.S.S. RIPPER IS 72 HOURS OVERDUE! WHEN LAST CONTACTED, U.S.S. RIPPER WAS 1100 MILES DUE EAST OF HATTERAS, ABOUT TO SUBMERGE ON A DEEP DIVE TESTING PROGRAM!



THE WORLD HEARD THIS NEWSCAST! AND THE SCIENTISTS ABOARD U.S.S. LEANDRE IN THE GULF STREAM WERE MORE INTERESTED THAN MOST...FOR A NUMBER OF REASONS!



...IN WATERS MORE THAN TWO MILES DEEP! U.S.S. RIPPER HAS MADE SUCH DEEP DIVES BEFORE BUT...



THE GIVEN POSITION IS LESS THAN 100 MILES NORTHEAST OF US! THAT CLASS NUCLEAR-SUB IS DESIGNED FOR GREATER DEPTHS THAN 11,000!

THE SLIGHTEST EQUIPMENT FAILURE OR STRUCTURAL WEAKNESS IN THE HULL WOULD MEAN INSTANT DEATH FOR ALL HANDS, MIKE!



JUST HAD A RADIO MESSAGE, MIKE! THE NAVY WANTS US TO GO TO THE AREA WHERE U.S.S. RIPPER WAS WHEN LAST HEARD FROM AND USE OUR EQUIPMENT TO SEARCH FOR THE SUB!

I GUESS THOSE FELLOWS CAN USE ALL THE HELP AVAILABLE! DO WE HAVE TIME TO LOOK FOR CLYDE...MAYBE TRY TO LURE HIM ABOARD?



SORRY, GENTLEMEN! IN COMPLIANCE WITH THIS MESSAGE, I'VE ALREADY ORDERED THE SHIP TO GET UNDERWAY!

6

# RETURN OF GORGO

U.S.S. LEANDRE PROCEEDED NORTH AT A MODEST 18 KNOTS...HER TOP SPEED! ACCOMPANYING HER, EASILY MATCHING HER SPEED, CLYDE, THE BOTTLE-NOSED DOLPHIN, LED HIS FRIENDS IN A "SWIM-ALONG!"

LOOK...I'M SURE THAT'S CLYDE! HEAR THAT SOUND HE'S MAKING NOW? WE RECORDED THAT SAME NOISE!



PROBABLY COUNTING CADENCE FOR HIS TROOPS LIKE A TOP SERGEANT!



AND ON A TINY ISLET NOT FAR AHEAD, GORGO DOZED....



SIX HOURS LATER, U.S.S. LEANDRE HOVE TO...IN APPROXIMATELY THE SAME SPOT WHERE U.S.S. RIPPER HAD MET DISASTER!

HOW MANY FEET OF CABLE DO WE HAVE ON THAT HYPERSENSITIVE MICROPHONE, RAY!

WE CAN GET THE MIKE DOWN TO 8,000 FEET, MIKE! STILL...WE'LL HAVE A BETTER CHANCE OF HEAR-ING SOMETHING AT THAT DEPTH!



AND, FAR, FAR, DOWN, U.S.S. RIPPER WAS STILL ALMOST BURIED IN THE ROCKS AND SAND FROM THE UNDERSEA AVALANCHE!

IT'S NINETY HOURS NOW SINCE WE MADE OUR LAST REPORT! THEY'LL BE SEARCHING THE AREA FOR US! DON, IS THE REFUSE-DISPOSAL TUBE BURIED TOO?



7

# CHARLTON COMICS GIVE YOU MORE!



I CHECKED ALL DISPOSAL PORTS THIS MORNING, CAPTAIN! ONE IS OPEN...

VERY GOOD! THEN, WE'LL USE THE SPECIAL CANISTERS BUILT TO WITHSTAND PRESSURE...DYE MARKER UNITS WILL BE ATTACHED TO THREE OF THESE...AND WE'LL PUT A MESSAGE INSIDE TELLING THE WORLD WHAT HAPPENED TO US!



THE DISPOSAL PORTS...A FACILITY ON THE SUBMARINE TO ENABLE THE CREW TO JETTISON GARBAGE OR ANYTHING ELSE.. WERE USED TO LAUNCH THE CANISTERS!



A FATHOMETER TRACED THE CONTOURS OF THE OCEAN FLOOR...THE EXISTENCE OF THE 2,000 FOOT CLIFF WAS DISCOVERED...INFORMATION GATHERED BY THE DEVICE WHICH IS A SIMPLE DEVICE FOR DIRECTING AN ELECTRONIC SIGNAL AT THE BOTTOM AND THEN RECEIVING THE ECHO AND MEASURING THE ELAPSED TIME TO DETERMINE THE DEPTH!

STEEP CLIFF HERE...CANYON RUNNING NORTHWEST TO SOUTHEAST ALONG THERE! 11,000 FEET STRAIGHT DOWN! THAT'S AN AWFUL LOT OF WATER...



THINK U.S.S. RIPPER CAN GO THAT DEEP, RAY?

IT'S CLASSIFIED INFORMATION, MIKE, BUT I'M SURE THEY'VE GONE DEEPER! THE BATHYSPHERES THEY'VE DEVELOPED RECENTLY HAVE REACHED 16,000 FEET!

8

# RETURN OF GORGO

CLYDE, THE PORPOISE, WAS PRESENT FOR MUCH OF THIS! HE'D COME INTO THE "SWIMWAY," A SLANTING SHELF NEAR THE STERN DESIGNED TO PERMIT LARGE FISH OR MAMMALS TO BE BROUGHT ABOARD...AND CLYDE WOULD BASK HERE LISTENING TO DR. RAY MUNSON AND DR. DEEL DISCUSS THE FATE OF THE MEN, FAR, FAR BELOW!



NOTICE HOW CLYDE SEEMS CURIOUS ABOUT WHAT WE'RE SAYING, RAY? WONDER HOW MUCH HE DIGS?



I THINK HE MUST UNDERSTAND QUITE A LOT! HE'S BEEN AROUND US FOR MONTHS...CLYDE, IF YOU WANT FISH OPEN YOUR MOUTH!



HE GOT THAT PRETTY QUICK! MIKE, DO YOU REALIZE HOW VALUABLE A PORPOISE COULD BE TO US IF WE COULD COMMUNICATE WITH HIM! ON A SEARCH MISSION LIKE THIS ONE, FOR INSTANCE?



CLYDE, THERE'S A SUBMARINE DOWN THERE! WE'RE LOOKING FOR IT, YOU UNDERSTAND? DO YOU UNDERSTAND ME?

THE DOC'S OFF HIS ROCKER FOR SURE NOW! HE'S TALKING TO CLYDE EXPECTING HIM TO ANSWER!



GO DOWN AS FAR AS YOU CAN AND SEE IF YOU CAN FIND ANY-THING!

9

# CHARLTON COMICS GIVE YOU MORE!



THE PORPOISE TRIED...HE WENT DOWN, DOWN, AND DOWN...BUT THIS AIR-BREATHING MAMMAL IS NOT A DEEP-WATER CREATURE!



ALMOST DEAD, THE PORPOISE TURNED TOWARD THE SURFACE AGAIN...HAVING DIVED DEEPER THAN ANY PORPOISE HAD EVER BEEN BEFORE!



BUT CLYDE'S DIVE WASN'T A TOTAL LOSS! RETURNING TO THE SURFACE, THE GABBY MAMMAL DISCOVERED THE CANISTER WHICH HAD JUST BEEN RELEASED BY THE CREW OF U.S.S. RIPPER FAR BELOW!



YOU DON'T REALLY EXPECT CLYDE TO SEARCH FOR THE SUB, DO YOU? A PORPOISE CAN'T GO VERY DEEP ANYHOW, RAY!

THAT'S A FUNNY LITTLE BLIP ON RADAR! IT'S SMALL BUT IT SHARP!



THE CANISTER WOULDN'T HAVE BEEN FOUND IN THE IMMENSITY OF THE OCEAN...BUT CLYDE NOSED IT NEARER U.S.S. LEANDRE AND KEPT TOSSING IT IN THE AIR FROM TIME TO TIME UNTIL DR. RAY MUNSON SPOTTED IT!

MIKE! MIKE, LOOK! THAT'S CLYDE...AND HE'S GOT A BALL OR SOMETHING! SEE IT?

10

## RETURN OF GORGO



IT DIDN'T TAKE LONG TO RETRIEVE THE CANISTER! WHILE DR. MIKE DEEL OPENED THE U.S.S. RIPPER'S METALLIC MESSAGE CANISTER, RAY MUNSON TANKED CLYDE!

IT'S FROM CAPTAIN MORRISON, ABOARD U.S.S. RIPPER! SAYS THEY'RE TRAPPED BENEATH ROCKSLIDE IN A CANYON 11,000 FEET DOWN! THEY'RE NOT TAKING WATER AND IN NO IMMEDIATE DANGER...BUT MORE ROCKS ARE COMING DOWN... AND EXTERNAL PRESSURE MAY CRUSH THE HULL IF THEY'RE DOWN THERE LONG ENOUGH!



WASHINGTON WAS NOTIFIED...THEN THE NEWS WAS RELEASES TO THE WORLD! THE SUPER-SECRET U.S.S. RIPPER WAS A RICH PRIZE FOR OUR ENEMIES IN THE WORLD...SO KILLER-SUBS WERE SENT TO THE AREA TO KEEP ENEMY PROWLERS FROM SEEKING TO RETRIEVE OUR SUBMARINE!



ALL THIS ACTIVITY PROVED UPSETTING TO GORGO, DOZING ON HIS LITTLE ISLAND!

LOOK, SKIPPER! DOWN THERE...WHAT IS IT?



I ALMOST DON'T BELIEVE WHAT I SEE...BUT I READ ABOUT A SEA-MONSTER THAT SIZE...THEY CALL IT GORGO! WE'LL HAVE TO REPORT HIS PRESENCE HERE! THAT JUST COMPLICATED A NASTY SITUATION!

11

CONTINUED AFTER FOLLOWING PAGE

# RETURN OF GORGO

GORGO HAD BEEN EXPOSED BEFORE TO AIRCRAFT...BOMBS HAD OFTEN BEEN DROPPED AND OTHER UNPLEASANTRIES FOLLOWED...SO GORGO DISCREETLY SOUGHT DEEP WATER!



GORGO SAW THE PORPOISE...AND HALF-HEARTEDLY SNAPPED AT THE BIG MAMMAL!



UNALARMED, CLYDE DODGED THE JAWS AND SWAM NEARER TO GORGO...



TOTALLY UNLIKE, ONE WOULD SUPPOSE THESE TWO CREATURES WOULD BE INEVITABLE ENEMIES...BUT SUCH WAS NOT THE CASE!



SKIPPER, I'VE GOT A CONTACT ON HERE, I DON'T UNDERSTAND IT AT ALL! SOMETHING BIGGER THAN A SUBMARINE IS DOWN THERE...DOESN'T GIVE ME A GOOD BLIP...LIKE IT ISN'T METALLIC! MAYBE...MAYBE A FISH OR A HUGE TIGHTLY-PACKED SCHOOL OF FISH?

OR MAYBE ONE ANIMAL... NAMED GORGO! WE JUST GOT A REPORT, RYAN...A SEA MONSTER IS IN THE AREA...
YOU'VE GOT A READING ON IT!



12

# CHARLTON COMICS GIVE YOU MORE!



DID GORGO GET THE MESSAGE? IF HE DID... DID HE ANSWER CLYDE?

THEN, GORGO FLIPPED HIS TAIL AND WENT STRAIGHT DOWN! DOWN AND DOWN AND DOWN....





THE MONSTER'S DIV-ING, SIR! GOING STRAIGHT DOWN... 6,000 FEET DEEP ALREADY AND REALLY MOVING!

WHAT! THAT'S INCREDIBLE!



PRESSURE GAUGES INDICATE ADDITION-AL STRAIN ON THE HULL, SIR!



THANK YOU, RODETSKY!

SOMETHING JUST BRUSHED AGAINST THE HULL! SAME THING I REPORTED RIGHT AFTER IT HAPPENED FOUR DAYS AGO! SOMETHING ALIVE IS OUT THERE!

13

# RETURN OF GORGO



GORGO GINGERLY NOSED AT THE NU-CLEAR SUBMARINE! IT WAS TRAPPED, JAMMED SOLIDLY BENEATH THE GROW-ING MOUND OF RUBBLE!

WOW! WHATEVER IT IS OUT THERE, IT WEIGHS TOO MUCH! THE HULL'S ALMOST GIVING UNDER THE INCREA-SED WEIGHT!



GORGO CLAWED SOME OF THE ROCKS AND COARSE GRAVEL OFF THE SUNKEN SUB!

THERE GOES THE DIVING PLANE! WE WON'T LAST LONG ENOUGH TO STARVE...NOT IF THE THING KEEPS THAT UP!



GORGO PERSISTED IN HIS EFFORTS FOR A TIME...THEN ANOTHER ROCK BASHED HIM ON THE HEAD AND...



THE NOISE STOPPED, SKIPPER!



AND CLYDE MET GORGO AS HE FLOATED UPWARD! THE PORPOISE NUDGED THE GREAT REPTILE AND BARKED DIFFERENT SOUNDS IN THE GREAT ANIMAL'S EARS...

14

# CHARLTON COMICS GIVE YOU MORE!

THE REPTILE SURFACED...AND CLYDE WAS NEAR! U.S.S. LEANDRE WAS CLOSE BY THIS TIME...



THERE'S THE MONSTER AGAIN! WASHINGTON SAYS IT'S GOT TO BE DRIVEN FROM THE AREA BEFORE THE BATHYSPHERE IS LAUNCHED!



UMBRELLA ABLE FROM WHITECHAPEL! PROCEED WITH ROCKET ATTACK ON REPTILE IN SEARCH AREA! EXERCISE CAUTION, THIS CREATURE IS CAPABLE OF DESTROYING YOUR AIRCRAFT!



WILCO, WHITECHAPEL, ON FIRING RUN NOW!





ABOARD U.S.S. LEANDRE, DRS. MUNSON AND DEEL WITNESSED THE ATTACK ON GORGO AND CLYDE!

THE IDIOTS! GORGO WASN'T INTERFERING WITH THE SEARCH! IN FACT...I'M SURE GORGO COULD REACH BOTTOM AT THIS POINT AND IF CLYDE...

I'M GOING TO RADIO THE NAVY AND TELL 'EM TO CALL OFF THE WAR UNTIL THIS IS OVER!

15

# RETURN OF GORGO





AN ADMIRAL GOT THE MESSAGE AND HE THOUGHT ABOUT THE CONTENTS FOR A LONG TIME...

A PORPOISE WITH THIS CREATURE GORGO? WELL? HOW DOES THAT CHANGE ANYTHING?

IT SEEMS THESE OCEANOGRAPHERS HAVE BEEN CONDUCTING EXPERIMENTS WITH THIS PORPOISE... WHOSE NAME, IS CLYDE, BY THE WAY!



THEY BELIEVE THIS CLYDE CAN COMMUNICATE AND THEY HOPE THAT HE IS "TALKING" TO GORGO! IF HE IS... GORGO! CONCEIVABLY CAN HELP U.S.S. RIPPER GET OUT OF WHATEVER JAM SHE'S IN! SOUND INCREDIBLE?



IF I'M RIGHT...AND CLYDE UNDERSTANDS OUR SPEECH...AND HE CAN ALSO COMMUNICATE WITH THE REPTILE...THEN IT'S POSSIBLE!



WE CAN GET GORGO TO DO THINGS FOR US BY ASKING CLYDE TO TELL HIM WHAT WE WANT GORGO TO DO! SOUNDS LOONY...BUT IT'S WORTH A TRY! I'M GOING TO TAKE THE LIGHTWEIGHT UNDERWATER CAMERA, RIG A PRESSURE SWITCH SET FOR 9,000 FEET TO IT, AND PRAY GORGO WILL BRING BACK PICTURES! HOW'S THAT FOR A DIZZY IDEA?



DR. DEEL HAD DONE SOME MIGHTY DANGEROUS THINGS IN THE NAME OF SCIENCE... BUT HE'D NEVER BEEN MORE FRIGHTENED THAN HE WAS AS HE SWAM CLOSER TO THE MONSTER!

TELL HIM I'M FRIENDLY, CLYDE! I WANT HIM TO DO SOMETHING FOR ME!

16

# CHARLTON COMICS GIVE YOU MORE!

THE PORPOISED BARKED, GRUNTED, AND SQUEALED AT DR. DEEL...AND THE DOCTOR FERVENTLY WISHED HE HAD A BUILT-IN TAPE RECORDER IN HIS HEAD SO HE COULD RE-PLAY THE SOUNDS AT HALF-SPEED! BUT HE DIDN'T AND DR. DEEL HAD TO HOPE CLYDE WASN'T RE-FUSING TO COOPERATE!



GORGO SEEMS TO BE WILLING TO WORK WITH US! I ONLY HOPE IT WORKS!

THEN, THE STRANGELY EQUIPPED REP-TILE HEADED FOR THE BOTTOM ONCE MORE!



THERE'S GORGO... SIGHTED AT 7,000 FEET AND GOING DOWN!

AT 9,000 FEET THE LIGHT CAME ON AND THE PRESSURE-SWITCH STARTED THE CAMERA!



THIS TIME, WITH THE LIGHT TO SHOW THE WAY, GORGO SET TO WORK! PER-HAPS THE PORPOISE'S MORE CAPABLE BRAIN HAD ENLIGHTENED GORGO ON WHAT PROCEDURE WOULD BE MOST EF-FECTIVE...BUT THE REPTILE BEGAN CRAWING ROCKS AND DEBRIS AWAY ON EACH SIDE...



SIR, THE PRESSURE'S LESSENING! ON THE HULL!!

THAT SAME THING'S OUT THERE! HEAR IT? GRUNTING, SCRAPING AGAINST THE HULL... WHATEVER IT IS, IT IS PLENTY BIG

17

CONTINUED AFTER FOLLOWING PAGE

Case 1:21-cv-07957-LAK    Document 90-106    Filed 06/30/23    Page 20 of 22

LITTLE BY LITTLE, THE MASSIVE ROCK-FALL WAS MOVED AWAY FROM THE NU-CLEAR-POWERED SUBMARINE! THERE WAS SOME EXTERNAL DAMAGE, OF COURSE...

CAPTAIN RIORDAN, WE HAVE RIPPER IN CLEAR SIGHT NOW! THE MON-STER, GORGO, IS DIG-GING THE SUBMARINE OUT OF THE ROCKFALL LIKE A DOG DIGGING UP A HUGE BONE!

THE SCREWS ARE BENT AND PROBABLY WON'T TURN! DIVING PLANE IS UNDOUBTEDLY USELESS...BUT U.S.S. RIPPER APPEARS TO BE INTACT AND I'D SAY THAT MOST OF THE CREW WOULD STILL BE ALIVE!



ABOARD U.S.S. RIPPER, THE CREW WAS INDEED VERY MUCH ALIVE!

FEEL THAT? WE ALMOST STARTED TO RISE...I'D LIKE TO BLOW THE MAIN TANKS BUT IF I DID AND WE START-ED UP TOO FAST, WE MIGHT WRECK IT ALL!

THE MAIN TANKS WERE VENTED ENOUGH TO GIVE THEM POSITIVE BUOYANCY...AND STILL THE MASSIVE ROCKS AND REMAINING DEBRIS KEPT U.S.S. RIPPER ON THE BOTTOM! SO GORGO GINGERLY STRETCHED HIS MASSIVE JAWS WIDE...

CAPTAIN RIORDAN, YOU MAY NOT BE-LIEVE THIS...BUT THE CREATURE HAS U.S.S. RIPPER IN HIS JAWS! IF HIS INTENTIONS ARE GOOD...THEY'RE SAVED...BUT IF GORGO EVER STARTS TO CHEW!



# RETURN OF GORGO



...CAPTAIN RIORDAN, GORGO IS SWIMMING STRONGLY TOWARD THE SURFACE! HE IS BRINGING U.S.S. RIPPER UP! HE HASN'T DAMAGED THE SUBMARINE IN ANY WAY!



HANG ON, CREW! WHATEVER IS TAKING US UP TO THE SURFACE IS MOVING MIGHTY FAST!



SUDDENLY THE WATCHING SHIPS SAW THE WATER HEAVE AND BUBBLE AND THEN... U.S.S. RIPPER WAS SAFELY AFLOAT!



IS THAT WHAT..?? GOOD GRIEF! WAIT A MINUTE, I KNOW...IT'S GORGO!

19

# CHARLTON COMICS GIVE YOU MORE!



ABOARD U.S.S. LEANDRE, DRS. MUNSON AND DEEL KNEW MORE OF THE STORY THAN ANYONE ELSE...AND THEY QUICKLY TOLD ALL THEY KNEW TO THE NAVY BRASS!

I CAN'T WRITE THAT NONSENSICAL STORY INTO AN OFFICIAL REPORT... EVEN IF IT'S TRUE!

ADMIRAL, WITH YOUR PERMISSION, I'M GOING TO GO INTO THE WATER AND THANK CLYDE...AND ASK HIM, IF HE CAN, TO THANK GORGO FOR SAVING RIPPER AND ALL THE MEN ABOARD!



DR. DEEL SLIPPED INTO THE BLUE WATERS OF THE GULF STREAM AND SWAM OUT AWAY FROM THE SHIP! HE KNEW CLYDE WOULD BE ALONG AT ANY SECOND...

DON'T WORRY ABOUT SHARKS, ADMIRAL! THE PORPOISES WITH CLYDE WON'T LET A MAN-EATER GET WITHIN A MILE OF MY FRIEND!



DR. DEEL FOUND CLYDE, THE TALKING PORPOISE, AND HE TOLD HIM WHAT HE WANTED CLYDE TO DO...

...AND WE'RE ALL GRATEFUL TO GORGO FOR DOING WHAT HE DID! CLYDE, CAN YOU TELL HIM FOR US? DO YOU UNDER-STAND ME? IF YOU DO, GIVE ME SOME SORT OF SIGN...



THE SIGN THE PORPOISE GAVE WAS...

OKAY! OKAY, I UNDER-STAND!



AND, WHEN LAST SEEN, CLYDE WAS TALKING TO GORGO, THE PREHISTORIC REP-TILE...WHO, FOR A CHANGE, WASN'T BOMBED, STRAFED, AND SO ON, BY MAN-KIND! IN FACT, GORGO SEEMED QUITE PLEASED...

I WISH HE'D STOP BEING SO HAPPY.. HE ALMOST CAPSIZED THE DESTROYER WHEN HE WAGGED HIS TAIL!

END