Exhibit 107





CAPTAIN ADAM, U.S. AIR FORCE TEST PILOT, WAS AT THE CONTROLS OF THE NEWEST, FASTEST SPACE TRAVELING ROCKET-POWERED PLANE IN THE WORLD!



THE COUNTDOWN CAME OVER THE SPEAKERS...THREE...TWO...ONE...ZERO...

ZERO!

WOW! THAT THING STARTS LIKE A BOMB GOING OFF!

VVROO OOOO

ACCELERATION WAS FANTASTIC...1000 MPH IN 3 SECONDS!

VVRROOOOM

6,000 MPH IN 10 SECONDS...ALTITUDE 400 MILES IN LITTLE MORE THAN HALF A MINUTE! UP, UP, FAR OUT WHERE SPACE BEGINS...THAT'S WHERE THE SABOTEUR PLOTTED...



# CAPTAIN ATOM in THE WRECK OF X-44

WE ARE TRACKING YOU, CAPTAIN ADAM! CAN YOU READ OUR SIGNAL?

BLAM

X44

LOUD AND CLEAR, SIR! BUT I AM IN TROUBLE...

Steve Ditko

STRANGE SUSPENSE STORIES Vol. 1, No. 78, Aug., 1965, published bimonthly by Charlton Comics Group, Charlton Building, Derby, Conn. Second Class postage paid at Derby, Conn.

WHAT'S THAT, CAPTAIN? WHAT KIND OF TROUBLE?

KERF M

THE EXPLOSION THAT SHATTERED X-44 ONLY STUNNED CAPT. ADAM, U.S. A.F. BECAUSE CAPTAIN ADAM HAD ONCE BEEN COMPLETELY DESTROYED IN A MORE POSITIVE MANNER! AND AT THE INSTANT THE EXPLOSION OCCURRED, CAPT. ADAM BECAME CAPTAIN ATOM, THE INDESTRUCTIBLE MAN!

CAPTAIN ADAM FROM SPACE CONTROL! COME IN PLEASE! SPACE CONTROL CALLING CAPTAIN ADAM!

AS THE EXPLOSION OCCURRED, I SMELLED THE NITROGLYCERIN! IT WAS SABOTAGE, NOT A STRUCTURAL DEFECT! I'M LUCKY. GRAVITY IS ALMOST NULLIFIED AT THIS ALTITUDE BY THE SPEED WE WERE TRAVELING!

THE DEBRIS...EVERY PIECE...IS TRAVELING THE SAME PATH! I MAY BE ABLE TO ASSEMBLE ALL OF IT...TO LEARN EXACTLY WHAT HAPPENED!



THE INCREDIBLE SPACE MAN RETRIEVED THE METAL SCRAPS...THE ROCKET ENGINE...THE BURNED OUT FUEL CONTAINER! AND HE MOLDED AND BENT THEM BACK INTO A SEMBLANCE OF THEIR FORMER SHAPE!

IT'S NOT AS PRETTY AS IT WAS AT TAKE-OFF TIME...BUT IT WILL DO! NOW...TO APPLY HEAT TO WELD IT INTO ONE SOLID UNIT AGAIN!



2



CAPTAIN ATOM 100,000 MPH...TO SUBSIST WITHOUT AIR TO BREATHE OR FOOD TO EAT...AND TO HURL FIERY RAYS GREAT ENOUGH TO MELT ANY METAL KNOWN TO MAN! HE USED HALF-POWER TO DIRECT HEAT AT THE WRECKED X-44!



NOW TO RETURN TO SPACE CONTROL WITH THE WRECKAGE! I'LL GUIDE IT DOWN! IT COULDN'T GET BACK UNDER ITS OWN POWER ANYHOW...FUEL SUPPLY EXHAUSTED!



SPACE CONTROL TO CAPT. ADAM! COME IN PLEASE!



POWERFUL RADAR ON THE GROUND HAD REPORTED THE EXPLOSION AND THE DIS-INTEGRATION OF X-44! AMAZED OPERATORS "SAW" THE EXPERIMENTAL SHIP RE-SHAPE ITSELF...AND TURN TO COME BACK TO LAND!

THAT SHIP'S NOT RUNNIN' ON HER OWN ROCKET-POWER! CAPTAIN ATOM IS BOOSTIN' HER HOME!



PROVOST MARSHAL, PLACE A GUARD ON THAT SHIP! KEEP ALL UNAUTHORIZED PERSONNEL AWAY!

3



A YOUNG AIR POLICE GUARD RUSHED OUT AS ORDERED...SAW A STRANGE, NON-AIR FORCE FIGURE NEAR THE TAIL AND OPENED FIRE!

BUDA

BUDDA



SERGEANT! C'MERE ON THE DOUBLE!



TOO BAD HE SAW ME! HE'LL NEVER GET ANYONE TO BELIEVE HIS STORY!

SERGEANT, HE WAS RIGHT THERE! I FIRED FIFTY SLUGS RIGHT AT HIM...NOT ONE OF THEM MISSED!



CAPTAIN ATOM QUICKLY MADE THE TRANSITION FROM SPACE BEING TO AIR FORCE TEST PILOT...AND STROLLED BACK TOWARD X-44!

BACK OFF, SIR! YOU CAN'T APPROACH THIS SHIP!

I'M THE TEST PILOT, AIRMAN! AND DON'T FIRE THAT THING AT ME AGAIN!



YOU WERE SABOTAGED, I PRESUME, CAPTAIN! IF AN ORDINARY MAN HAD BEEN UP THERE...WHAT HAPPENED?

NITRO PLANTED BEHIND THE INSTRUMENT PANEL, GENERAL!



THE INSTRUMENT PANEL? GERALD MUDGE, AN ELECTRONICS SPECIALIST, CHECKED THAT AREA! WHERE IS HE? I SAW HIM A MOMENT AGO...

OFFICIAL PARKING ONLY

4

CONTINUED AFTER THE NEXT TWO PAGES



MUDGE, A HIGHLY SPECIALIST IN DESTRUCTION, WASN'T LINGERING ...HE RACED AWAY FROM THE BASE AT TERRIFIC SPEED!

HE LEFT THE TESTING AREA! MUDGE IS RUNNING AWAY!



VRROOMMM

SCREEEE!



I'LL GET HIM BACK!

HIS HEAD START WON'T HELP HIM!



IT'S THE TECHNICIAN! AND HE THINKS HE MADE A GETAWAY!

ROOMMM

SUDDENLY, GERALD MUDGE SAW A FIERY STREAK AHEAD...SMELLED BURNING OZONE...AND CAPTAIN ATOM LANDED SQUARELY IN THE MIDDLE OF THE ROAD!



NO! IT CAN'T BE!



LATER...AFTER GERALD MUDGE HAD CONFESSED AND THE OTHERS IN HIS SPY APPARATUS HAD BEEN TAKEN!

THEY'RE ALL PUZZLED, SIR, THE MECHANICS AND TECHNICIANS! CAN'T TAKE IT APART...CAN'T CUT THE METAL!

WHEN I RAYED HEAT AT IT TO REWELD IT, I GUESS I USED TOO MUCH! OH, WELL, THE NEXT SHIP WILL BE BETTER, RIGHT, GENERAL?



END



CAPTAIN ATOM in — THE LITTLE WANDERER

CAPTAIN ADAMS, U.S.A.F., NUCLEAR GENIUS, CELESTIAL AUTHORITY, AN EXPERT ON THE ART OF ATOMIC WAR, HAD A PROBLEM...ONE THAT BEGAN IN SMEEDVILLE, GEORGIA, AND HAD IT'S CONCLUSION IN A GALAXY BEYOND THE BORDERS OF MAN'S CELESTIAL CHARTS! OUT WHERE A SMALL BOY RODE ON THE WINGS OF A NIGHTMARISH CREATURE --THAT COULD NOT EXIST -- AND DID!

> WHATEVER THAT THING IS...IT'S FRIENDLY TO LITTLE BILLY! BUT I'VE GOT TO GET THE BOY BACK TO HIS FOLKS!

6556



THE ENTIRE FANTASTIC EPISODE WHEN CAPT. ADAMS...WHO OFTEN CRUISED THE GALAXIES AS CAPTAIN ATOM...WENT WITH SGT. GUNNER GOSLIN TO THE SERGEANT'S HOME IN GEORGIA...

> BILLY'S BEEN DREAMIN' LATELY, CAPTAIN! AND MY WIFE IS WORRIED! SAYS MY SON TELLS WEIRD STORIES WHEN HE WAKES UP! STORIES ABOUT THE STARS...

> INTERESTING! THE BOY'LL PROBABLY BE A SPACE PILOT WHEN HE GROWS UP, SERGEANT!



> JEFF, WE'VE GOT TO DO SOMETHING! HE'S BEEN ASLEEP FOR TWO DAYS NOW!

Steve Ditko

1



WAKE UP, BILLY! YOU HEAR ME, SON?

THIS IS THE LONGEST TIME HE'S SLEPT YET, CAPTAIN!



GO ON, LOOK AT THAT BRIGHT ONE OVER THERE!

WHEN DID THESE DREAMS START?



BILLY TOLD ME ABOUT THE FIRST ONE HE HAD, CAPTAIN! ABOUT A BIG BIRD THAT CAME FOR HIM... RIGHT THROUGH THE WINDOW! TOOK HIM FOR A RIDE UP TO THE MOON HE SAID, THE CRAZY KID!



HE TOLD ME ABOUT THE DARK SIDE OF THE MOON AND I DESCRIBED IT TO YOU!

THE DESCRIPTION WAS ACCURATE, GUNNER! AT THE TIME, I WONDERED IF IT WAS A COINCIDENCE!



YOU...YOU DON'T BELIEVE THAT HE TRAVELS IN SPACE IN HIS DREAMS? HE'S RIGHT THERE IN BED, AIN'T HE?

HE MAY BE HERE AND OUT THERE TOO, GUNNER! I INTEND TO FIND OUT!



I DON'T KNOW HOW LONG I'LL BE GONE! BUT DON'T WORRY ABOUT THE BOY... HE'LL BE ALL RIGHT!

2



UP, UP, THE HUMAN MISSILE SPED, ACCELERATING TO 24,000 MPH, PAST STARTLED AIRLINE PILOTS...



DON'T CRY, HON! CAPTAIN ATOM'LL FIND OUT WHAT'S WRONG WITH OUR BOY!



IN THE DREAM, THE BOY SPOKE TO SOMEONE OR SOMETHING! CALLED IT LOGA!



THIS IS THE LAST CHARTED GALAXY! BEYOND THIS POINT LIES THE UNKNOWN!



CAN SPACE BE POPULATED? I GET HEAT RAY IMPULSES... SOME LIVING THING IS IN THIS GALAXY!

3

CONTINUED AFTER THE NEXT TWO PAGES



WHATEVER IT IS, THE THING IS GETTING CLOSER! COMING IN TO ATTACK! IF I TURN, OR LOOK BACK, IT MAY RUN! SO I'VE GOT TO PRETEND...



IT'S CLOSE! HEAT WAVES STRONGER! SOME GAMMA RADIATION TOO! IT'S...



IT'S STUNNED! THIS *THING* MIGHT BE THE CREATURE GUNNER'S LITTLE BOY TALKED ABOUT IN HIS DREAM! OR IT MIGHT BE A DIFFERENT ONE OF THE SAME SPECIES!



...HERE NOW!



NOT FAR AWAY, IN THE SAME GALAXY... THE HOME OF THE SPACE-BIRDS... A BOY FROM EARTH AND HIS COMPANION WITNESSED THE ODD DUEL...

GO TO THEM, LOGA! YOUR FRIEND NEEDS HELP! THE MAN IS FROM MY PLANET! HE MAY NOT BE EVIL! WE SHALL FIND THAT OUT!

4

Case 1:21-cv-07957-LAK    Document 96-107    Filed 06/30/23    Page 12 of 22



THE SPACE-BIRD AND HIS HUMAN PASSENGER ARROWED TOWARD THE STRICKEN CREATURE AND CAPTAIN ATOM...

THERE'S LITTLE BILLY NOW... RIDING A SIMILAR CREATURE!



BILLY, YOU'VE BEEN GONE IN THIS DREAM TOO LONG! YOUR PARENTS ARE WORRIED ABOUT YOU.

I TRIED TO TELL MOM. BUT SHE DIDN'T BELIEVE IN THIS! IT IS REAL. ISN'T IT, SIR?



YOUR FRIEND WILL RETURN YOU NOW, BILLY! I'LL TALK TO YOU AND YOUR PARENTS AS SOON AS YOU AWAKEN IN YOUR OWN ROOM! FAREWELL, LOGA, WE WILL MEET AGAIN!



A FEW MOMENTS LATER... TELL HIM, CAPTAIN ATOM! TELL HIM YOU SAW ME IN OUTER SPACE WITH LOGA!



HE TOLD THE TRUTH, GUNNER! BILLY HAS STRANGE FRIENDS... GOOD FRIENDS... OUT THERE! HE WON'T TAKE SUCH LONG TRIPS IN THE FUTURE, WILL YOU, BILLY?

NO, SIR, CAPTAIN ATOM! I PROMISE... JUST OUT PAST THE SUN AND BACK FROM NOW ON. DAD!

END

Case 1:21-cv-07957-LAK    Document 90-107    Filed 06/30/23    Page 13 of 22



# CAPTAIN ATOM in TEST-PILOT'S NIGHTMARE

**THE** SLEEK BUT BLUNT-NOSED X-49 NESTLED SNUGLY AGAINST THE BELLY OF THE MOTHER-SHIP, A MODIFIED B-52...AT TAKE-OFF, CAPTAIN ADAM, U.S.A.F. ROCKET EXPERT, ACE TEST-PILOT AND TROUBLE-SHOOTER, WOULD BE ABOARD! HIS APPEARANCE AT THE DESERT AIR BASE WAS AS PUZZLING AS HIS REASON FOR BEING THERE! FOR HE'D BEEN TALKING BY PHONE FROM CANAVERAL IN FLORIDA TO THE CHIEF DESIGNING ENGINEER ONLY MOMENTS BEFORE...

CAPTAIN ADAM, YOU'VE LIED TO ME! YOU SAID YOU CALLED FROM CAPE KENNEDY ...MORE THAN TWO THOUSAND MILES AWAY...THREE MINUTES AGO!

DR. HARGUS, THAT'S NOT IMPORTANT NOW! WHAT *IS* IMPORTANT IS THE OXYGEN SUPPLY PUMP YOU'VE PROVIDED IN THE EXPERIMENTAL PLANE!



IT WILL WORK! MAJOR SILBERLING, THE TEST-PILOT, ALREADY HAS FLOWN WITH THE GEAR IN AN F-105!

IT WORKED AT SPEEDS UP TO 2100 MILES PER HOUR! BUT AT 18,000 MILES PER HOUR, IT WILL FAIL! I'M GO-ING UP WITH YOU WHEN YOU LAUNCH!



DR. HARGUS TRIED TO PREVENT CAPT. ADAM FROM FLYING THAT MORNING -- HE CALLED A FOUR STAR GENERAL ...

DOCTOR HARGUS, I'VE JUST RECEIVED INSTRUCTIONS FROM THE WHITE HOUSE! CAPTAIN ADAM WILL ACCOMPANY YOU AND YOU WILL LISTEN TO ANY SUGGESTION HE MAKES...AND *ACT* ON IT! YOU UNDERSTAND?



TAKE - OFF TIME, 1010...



GLAD TO HAVE YOU ALONG, CAPTAIN! I'VE HEARD A FEW WHISPERS ABOUT YOU THAT INDICATE YOU'RE A HANDY MAN IN A PINCH!

THE PINCH MAY COME SOON, MAJOR! I'VE TOLD DR. SILBERLING THAT I'M NOT SATISFIED WITH YOUR OXYGEN SUPPLY PUMP!



WELL, IT'S THE ONLY PUMP WE'VE GOT, ADAM! AND WE'RE DUE TO LAUNCH IN SEVEN MINUTES! EXCUSE ME... I'VE GOT TO CLIMB INTO MY SCOOTER!



CONDITIONS WERE RIGHT...AT 55,000 FEET. THE X-49 WAS LAUNCHED...

START POWER, MAJOR!

ROGER!



VROOM

2



ACCELERATED TO 9,000 MPH ON FIRST ROCKET STAGE! CUTTING IN SECOND STAGE!



14,000 MPH ON SECOND STAGE! THIRD STAGE WILL BOOST ME TO 18,000 MPH ...CRUISE FOR TWO HOURS AT THAT SPEED, CHECK?

THAT IS CORRECT, MAJOR! NOW, BEGIN YOUR INSTRUMENT CHECK!



DR. HARGUS, THE MAJOR IS SUFFERING FROM ANOXIA ALREADY! WARN HIM NOT TO USE HIS THIRD STAGE! REQUEST HE RETURN TO BASE!

YOU'RE A CRANK, ADAM! STOP ANNOYING ME, I'VE GOT WORK TO DO!



MEANWHILE, IN X-49...

♫ HE FLIES THROUGH THE AIR, WITH THE GREATEST OF EASE... ♫

* ONE OF THE SYMPTOMS OF ANOXIA, LACK OF OXYGEN, IS A EUPHORIC FEELING SIMILAR TO THAT EXPERIENCED BY ONE UNDER ALCOHOLIC INFLUENCE!



WHAT'S WRONG WITH SILBERLING? THIS IS NO TIME FOR JOKES!

HE'S DYING, THAT'S WHAT'S WRONG! DYING FOR OXYGEN!



CAPT. ADAM WENT QUICKLY...SECONDS WERE VITAL...FROM THE PRESSURIZED AREA TO A HATCHWAY! HE HAD NO PARACHUTE... BUT HE DIDN'T NEED ONE...

3

CAPTAIN ADAM HAD TO WORK FAST... HE QUICKLY CHANGED FROM THE AIR FORCE UNIFORMED MAN SUBJECT TO HEAT AND COLD AND GRAVITY... TO THE BEING HE'D BECOME SO LONG BEFORE AT CAPE CANAVERAL WHEN A HYDROGEN WARHEAD HAD DEMOLISHED HIM... AND, THROUGH AN UNEXPLAINED METAMORPHOSIS, HE'D BEEN ABLE TO REFORM AS MAN AGAIN... RETAINING HIS NEWLY-ACQUIRED INVULNERABILITY TO THE ELEMENTS... IN SHORT, ABLE, AT WILL, TO BECOME... *CAPTAIN ATOM* ...





IT LOOKS LIKE A... NO, IT'S A ROCKET! IT *MUST* BE ONE OF OUR SUPER-HIGH-SPEED TESTING ROCKETS!



I'M OVERTAKING HIM... HIS SPEED IS 18000 MILES PER HOUR, MINE IS 23,000! HE'S GOT TO BE ALIVE!

CAPTAIN ATOM WAS IN SPACE... FEELING NO DISCOMFORT, NO OXYGEN LACK...

THE OXYGEN PUMP FAILED BECAUSE OF THE FINE OIL VAPORIZING WHEN SUBJECT TO NEGATIVE PRESSURE IN SPACE!





SHOULDA JOINED THE ARMY! FLYIN' IS FOR THE BIRDS! HA, HA, HA!

HE'S GOT SECONDS TO LIVE!

4



I'M LUCKY I STUDIED THE DESIGN OF THE X-49! I KNOW EXACTLY WHERE THE BEARING IS LOCATED! GOT IT! IT'S DRY... BARELY TURNING!



SOME HEAVY GREASE WHICH WON'T VAPORIZE SHOULD DO IT! GOT SOME FROM THE MAIN BEARING GREASE CUP! *THERE!*



IN A SPLIT SECOND THE DRY BEARING WAS RUNNING FREE ONCE *MORE!* LIFE-GIVING OXYGEN WAS REACHING MAJOR SILBERLING, AND HE WAS ALERT AND CAPABLE...

INSTRUMENT READING AS REQUESTED, DOCTOR! ALTITUDE FOUR HUNDRED AND TEN THOUSAND FEET...



SILBERLING SAW ME... IN HIS STUPOR! BUT HE WOULDN'T RECOGNIZE ME...



LATER...

HOW WAS THE FLIGHT, MAJOR? ANY TROUBLES?



NO, EXCEPT FOR A DRY BEARING IN THE OXYGEN PUMP! IT'LL HAVE TO BE REDESIGNED! OH, YEAH, I HAD A SPACE DREAM FOR A SECOND UP THERE...THOUGHT I SAW A MAN IN A ODD OUTFIT! FUNNY HOW THE HUMAN MIND WORKS THAT FAR UP, EH, CAPTAIN?

END



# CAPTAIN ATOM

THE ATLAS-THOR-ABLE XIV WAS PRE-SET TO ORBIT VENUS... MOUNTED IN THE NOSE CONE WERE COLOR CAMERAS... AT LAST, EARTH WAS TO LEARN THE REAL FACTS ABOUT THE SPHERE SO LONG GLORIFIED BY POETS AND NOVELISTS! CAPTAIN ADAM, U.S. AIR FORCE EXPERT ON ASTROPHYSICS, BALLISTIC MISSILES, ASTROGATION AND RELATED SUBJECTS WAS ONE OF THE OBSERVERS AS COUNT-DOWN WAS COMPLETED...

## A VICTORY FOR VENUS



...FOUR... THREE... TWO... ONE... ZERO!

CAPTAIN ADAM, *TAKE SHELTER!* YOU'LL BE FRIED LIKE A... TOO LATE!



THE GENERAL WAS NOT ONE OF THOSE FEW WHO KNEW... CAPTAIN ADAM COULD NOT BE AFFECTED EVEN BY THE 10,000 C. HEAT GENERATED BY A MISSILE...



1





TOO BAD GUNNER WENT OUT TO CHECK THE SENTRIES! HE'S MISSING MAN'S FIRST LOOK AT VENUS!



NO ONE IN THE WORLD EXCEPT ME HAS SEEN IT THIS WAY! THIS IS THE ONLY TV CIRCUIT TUNED TO THIS FREQUENCY! I ALONE IN ALL...



WHAT IN TH...?

IT'S A GIRL! A VENUTIAN!

I WONDERED IF THERE MIGHT BE PRIMITIVE LIFE ON VENUS! I NEVER DREAMED THERE'D BE HIGHLY CIVILIZED, ATTRACTIVE CREATURES LIKE HER!





AND, THEN...THE SET WENT DARK...

THE PICTURE'S GONE! SOMETHING WENT WRONG!

3



























