Exhibit 108



# DEATH KNELL OF THE WORLD!

**W**HAT HAPPENS *"WHEN WORLDS COLLIDE"*? IT LOOKED LIKE ALL OF THE PEOPLE OF EARTH WOULD SOON KNOW, FOR A MYSTERIOUS PLANETOID FROM THE INTERSTELLAR REGIONS BEYOND OUR SOLAR SYSTEM WAS BEARING DOWN ON EARTH...ON A COLLISION COURSE. CAPTAIN ADAM, U.S. AIR FORCE, KNEW THAT THE PLANETOID MUST BE STOPPED...OR A WORLD WOULD DIE! HE ALSO KNEW THAT ONLY ONE MAN COULD POSSIBLY HOPE TO SAVE EARTH FROM A HORRIBLE FATE... CAPTAIN ATOM, ATOM-POWERED SUPER BEING. BUT THE TASK SEEMED IMPOSSIBLE EVEN FOR CAPTAIN ATOM'S AWESOME POWERS...



THAT PLANETOID WILL BLAST THE EARTH ASUNDER WHEN IT CRASHES INTO IT! I MUST STOP IT! BUT DO EVEN I HAVE THE POWER?

A 5285

CAPTAIN ATOM Vol. 2, No. 80, Apr.-May, 1966, published bimonthly by Charlton Comics Group, Charlton Building, Derby, Conn. 06418. Second Class postage paid at Derby, Conn. 06418.



HIGH OVER THE EARTH CIRCLES A MAN, A CAPSULE, AND A BIT OF DESTINY, WHILE A WORLD WATCHES...



NOT THE LEAST INTERESTED OF THE WATCHERS CAN BE FOUND AT CAPE KENNEDY...

HE'S APPROACHING THE LAST PHASE! IT'S TIME FOR THE RE-ENTRY PROCEDURE! I PRAY THAT NOTHING GOES WRONG!

FLEDGLING TO MOTHER NEST. I'M IN TROUBLE. REPEAT! I'M IN TROUBLE!

WHAT?



THE FUEL SYSTEM IS JAMMED! I'M GETTING NO POWER RESPONSES! I'M TRAPPED IN MY ORBIT!



KEEP APPLYING PRESSURE AT SHORT INTERVALS, SON! THE FUEL INJECTION SYSTEM MAY UNJAM ITSELF! START CUTTING IN THE EMERGENCY FUEL RESERVE!

DO YOU REALIZE WHAT THIS COULD MEAN, CAPTAIN ADAM?



IF HE CAN'T BREAK OUT OF HIS ORBIT, HIS CAPSULE WILL BECOME HIS COFFIN IN SPACE... HUH? HE'S GONE



THAT ASTRONAUT NEEDS HELP...FAST! THERE'S MORE INVOLVED THAN THE REPUTATION OF THE UNITED STATES! A MAN'S LIFE IS AT STAKE!

2



IN THE SECLUSION OF THE SHADOWS THE INCREDIBLE OCCURS....

THERE'S ONLY ONE PERSON WHO CAN RESCUE THAT ASTRONAUT... *CAPTAIN ATOM!*





IT'S NO GO, ED! THE INJECTION-SYSTEM'S BLOCKED UP BUT GOOD!

C'MON, BOY. GIVE HER ONE MORE TRY!



TENSE SECONDS DRAG BY, AND THEN...

HEY! IT'S TAKING HOLD! I CAN FEEL THE POWER SURGING BACK! I'M TAKING HER DOWN!

WHAHOOO!



AS THE *CAPSULE* ANGLES DOWN INTO THE OUTER FRINGES OF THE ATMOSPHERE...

THAT'S FUNNY! COULD'VE SWORN I SAW A FAINT STREAK IN THE SKY, LIKE TRAILING FIREFLIES! MUST BE MY IMAGINATION!

3



GUESS THAT'S MY GOOD DEED FOR THE DAY! NO ONE WILL EVER KNOW THAT I GAVE THE CAPSULE A PUSH IN THE RIGHT DIRECTION, THOUGH THERE MAY BE A FEW PUZZLED TECHNICIANS ON EARTH WHEN THEY DISCOVER THAT THE FUEL SYSTEM IS STILL JAMMED UP! NOW TO HEAD BACK HOME!



ONCE MORE AN INVISIBLE FLASH STABS THROUGH THE AIR OVER CAPE KENNEDY...



MOMENTS LATER...

HEY, CAPTAIN, THE GENERAL'S LOOKING FOR YOU!

CHECK, SERGEANT. I'M ON MY WAY!



CAPTAIN ADAM ENTERS THE OFFICE OF GENERAL EINING ONE OF THE FEW MEN WHO KNOW OF THE EXISTENCE OF CAPTAIN ATOM...

I'VE JUST RECEIVED WORD FROM THE PRESIDENT, CAPTAIN! HE WANTS YOU TO COMPOSE AN ACCOUNT OF THE MIRACLE THAT GAVE YOU THE POWERS OF CAPTAIN ATOM!

YES, SIR! I'LL GET ON IT RIGHT AWAY!



AFTER A WHILE, IN THE SANCTUARY OF HIS QUARTERS, CAPTAIN ADAM BEGINS HIS ASTOUNDING TALE...

THE YEAR WAS 1961! I WAS A MISSILE EXPERT AT CAPE KENNEDY, THEN CALLED CAPE CANAVERAL!

4

CONTINUED AFTER THE NEXT TWO PAGES







"I WAS MAKING SOME LAST-MINUTE ADJUSTMENTS IN AN ATLAS MISSILE JUST MOMENTS AWAY FROM BLAST-OFF WHEN..."

DROPPED THE SCREW-DRIVER! GOT TO GET IT OUT...FAST!



"I STRUGGLED MY WAY IN TO RECOVER THE TOOL, BUT I KNEW, EVEN AS MY HAND CLOSED ON IT, THAT I'D NEVER BE ABLE TO WORK MY WAY BACK OUT IN TIME..."



ONE MINUTE TO BLAST-OFF! CAPTAIN ADAM, REPORT TO CONTROL AT ONCE!

IT'S NO USE! I'LL NEVER MAKE IT! LOOKS AS THOUGH I'M GOING FOR A LONG, FAST RIDE!



"GUNNER TRIED TO STOP THE TAKE-OFF"...

GENERAL, WAIT! CAPTAIN ADAM IS STILL IN THE ROCKET!

WAIT! DON'T...OH, NO! IT'S TOO LATE!



"THE WEIGHT OF ACCELERATION PINNED ME HELPLESSLY WHERE I WAS AS THE ATLAS BORE ME UP INTO SPACE. SHE CARRIED AN ATOMIC WARHEAD"...



"TIME SEEMED TO STAND STILL..."

THE WARHEAD'S PRESET TO DETONATE AT A HEIGHT OF 300 MILES! THERE'S NOTHING WE CAN DO TO STOP IT!

HE WAS THE BEST OFFICER THE AIR FORCE EVER HAD! WHY DID IT HAVE TO BE CAPTAIN ADAM?

2000 MILES

5



"I KNEW MY TIME HAD COME."...

THIS IS IT! GOODBYE, WORLD! IT'S BEEN NICE KNOWING YOU!



"I NEVER FELT THE BLAST THAT SCATTERED THE MISSILE INTO ATOMIC DUST."...



"TO THE ASTRONOMERS WATCHING THE EXPLOSION BACK ON EARTH THERE WAS NO TRACE OF MAN OR MISSILE"...



"AT THE CAPE GUNNER WAS SUDDENLY SNAPPED OUT OF HIS GRIEF."...

GUNNER! COME TO THE PAD AT ONCE!

THAT VOICE! IT'S CAPTAIN ADAM!

BUT...IT CAN'T BE



"EVERYONE WAS ORDERED FROM THE PAD! THEN GUNNER AND GENERAL EINING CAME TO ME."...

GOOD GOSH, MAN, WHAT HAPPENED TO YOU? HOW COULD YOU POSSIBLY HAVE ESCAPED FROM THAT BLAST?

I DIDN'T "ESCAPE" GENERAL! I WAS DISINTEGRATED UP THERE, AND I INTEGRATED DOWN HERE! DON'T ASK ME HOW!



"I SOON DISCOVERED THAT THE EXPLOSION HAD MIRACULOUSLY ENDOWED ME WITH AWESOME POWERS. I COULD TRAVEL AT A FANTASTIC SPEED WITH MAXIMUM MANEUVERABILITY! I HAD THE POWER OF AN ATOM BOMB AT MY FINGERTIPS! I WAS VIRTUALLY THE MOST POWERFUL MAN ON THE EARTH."

6



THE EXISTENCE OF CAPT. ATOM IS ONE OF THE NATION'S MOST CLOSELY KEPT SECRETS! ONLY A FEW OF THE KEY MEN ARE AWARE OF THE FACT THAT AMERICA HAS A TOP-SECRET WEAPON IN A MAN CALLED CAPTAIN ATOM!

SORRY TO BARGE IN, CAPTAIN, BUT AN URGENT MESSAGE HAS JUST COME IN ON DIRECT WIRE FROM THE PRESIDENT! YOU'RE TO HOTFOOT IT TO THE OBSERVATORY AT MOUNT PALOMAR THE FASTEST WAY YOU KNOW HOW!



THANKS, SGT. MUST BE SOMETHING BIG! DON'T WAIT UP FOR ME!

MAN, THAT'S ONE GUY YOU NEVER HAVE TO WORRY ABOUT STALLING WITH SLOPPY SENTIMENTAL GOOD-BYES! HE DIDN'T EVEN STOP LONG ENOUGH TO PACK A TOOTHBRUSH!



IT IS EXACTLY SIX AND ONE HALF MINUTES AFTER HIS TAKE-OFF FROM CAPE KENNEDY, FLORIDA, THAT CAPT. ADAM ENTERS THE MOUNT PALOMAR OBSERVATORY NEAR SAN DIEGO CALIFORNIA...



MY NAME IS CAPT. ADAM, SPECIAL ADVISER FOR THE PRESIDENT!

AH, YES, CAPTAIN. TO BEST ILLUSTRATE MY POINT YOU'D BETTER FIRST LOOK THROUGH THIS TELESCOPE



I SEE SOME KIND OF MOON OUT BEYOND THE ORBIT OF PLUTO, BUT I DON'T GRASP ITS SIGNIFICANCE. YOU'D BETTER EXPLAIN, PROF.

I REALIZE THAT YOUR BRIEF LOOK COULDN'T HAVE SHOWN YOU THIS, CAPT. ADAM, BUT OUR OBSERVATIONS HAVE REVEALED THAT THIS SO-CALLED MOON IS TRAVELING TOWARDS OUR SOLAR SYSTEM AT A PHENOMENAL RATE OF SPEED!





ACCORDING TO OUR CALCULATIONS, IN EXACTLY TWO DAYS THAT "MOON" WILL CRASH INTO THE EARTH!

WHAT?

7



I ASSURE YOU, CAPTAIN; OUR COMPUTATIONS ARE QUITE PRECISE! I'M AFRAID THAT, UNLESS SOME MIRACLE OCCURS, TWO DAYS HENCE THAT PLANETOID WILL INTERSECT THE ORBIT OF THE EARTH! WE'RE LIVING ON A DOOMED WORLD, CAPTAIN!



NATURALLY, ALL OF THIS INFORMATION HAS BEEN KEPT VERY HUSH-HUSH TO PREVENT PANIC, BUT IT'S ONLY A MATTER OF TIME BEFORE...

I GET THE PICTURE, PROF. NOW I'VE GOT WORK TO ATTEND TO. THANKS FOR THE INFO!



SECONDS LATER... BAD MANNERS TO RUN OUT ON THE OLD BOY LIKE THAT, BUT IF WHAT HE SAID IS TRUE, THIS IS NO TIME TO PLEASE EMILY POST!



THE HUMAN MISSILE ACCELERATES PAST 24,000 MILES PER SECOND AS HE ARROWS PAST THE MOON...

BETTER SHIFT INTO HIGH IF I WANT TO REACH THAT ALIEN MOON BEFORE IT REACHES ME!



ONE BY ONE THE PLANETS OF THE SOLAR SYSTEM BLUR PAST CAPT. ATOM UNTIL, NEARING THE ORBIT OF PLUTO...

ALMOST THERE. AND NOT A TRAFFIC COP IN SIGHT!

8



THAR SHE BLOWS, MATEY! THAT'S FUNNY, UP CLOSE, THIS DEADLY MOON LOOKS ARTIFICIAL!



DESPITE HIS FANTASTIC SPEED, DECELERATION IS NO PROBLEM FOR THE ANIMATED ATOM BOMB THAT IS CAPT. ATOM...

NOW TO DETONATE MYSELF LIKE AN ATOMIC WAR-HEAD AND SHATTER THIS THING-INTO HARMLESS DUST! STRANGE... THE SURFACE OF THE SPHERE SEEMS TO BE PULSATING, AS IF WITH MAN-MADE MECHANICAL POWER!



I'D BETTER LOOK INTO THIS MYSTERY... LITERALLY!

MUCH IN THE SAME WAY THAT HE INTEGRATED ON EARTH THE FIRST TIME AFTER HIS "DEATH" IN THE ATLAS MISSLE, CAPT. ATOM INTEGRATES THROUGH THE SKIN OF THE PUZZLING PLANETOID...



INCREDIBLE!



THE INSIDE OF THE MOON IS *HOLLOW!* AND THERE'S A VAST ALIEN CIVILIZATION HERE -- A WORLD WITHIN A WORLD!

9



THAT RUBE GOLDBERG PALACE AFFAIR AT THE HUB OF THIS WORLD MUST BE WHERE THE BIG WHEEL LIVES!



AS THE MAN WITH AN ATOM BOMB IN EACH FIST HEADS FOR A THREE-POINTER IN THE PALACE COURTYARD...

EEE! VALDAR, TO ME!

HEY, TAKE IT EASY, MISS! I DIDN'T MEAN TO FRIGHTEN YOU! I MEAN NO HARM!



ARE YOU ALL RIGHT, CELEST?

YES, VALDAR! DO NOT SHOOT THE STRANGER! HE DID NO-THING, BUT HIS SUDDEN APPEAR-ANCE STARTLED ME!

I CAN "HEAR" WORDS IN MY MIND, THOUGH THE ALIENS ARE MAKING NO SOUNDS. THEY MUST EMPLOY TELEPATHY IN THEIR COMMUNICATION. THAT SAVES ME THE HEADACHE OF LANGUAGE BARRIERS HERE!



BOY, SOME WAY TO TREAT A TOURIST! NEXT THING YOU KNOW YOU'LL BE SCRAWLING "YANKEE GO HOME" ON THE WALLS! I'LL HAVE TO RELIEVE YOU OF THAT GUN, SANTA CLAUS! IT'S NOT THAT IT COULD HURT ME, BUT EMILY POST DIS-APPROVES OF POINTING...ESPECIALLY WITH A LOADED WEAPON!



BY THE STARS, MY GUN IS DISINTEGRATING!

NOW, IF YOU'LL PARDON THE EXPRESSION, TAKE ME TO YOUR LEADER!



I AM HERE, MIGHTY ONE! I AM CALLED... DRAKO!

10



MY NAME'S CAPTAIN ATOM! I HAVEN'T GOT MUCH TIME, SO LISTEN! IN A MATTER OF DAYS YOUR WORLD WILL COLLIDE WITH MINE, DESTROYING BOTH OF OUR RACES!

I'M WELL AWARE OF THAT SAD STATE OF AFFAIRS, CAPTAIN!



THEN, FOR CRYING OUT LOUD, PUT THE BRAKES ON THIS ROUND ROCKET OF YOURS!

I ONLY WISH I COULD, CAPTAIN! BUT OUR ARTIFICIAL WORLD HAS TRAVELED FOR SO LONG THAT IT HAS BUILT UP TO A TREMENDOUS SPEED WHICH NO POWER *WE* CAN GENERATE IS POSSIBLE OF STOPPING, OR EVEN CHANGING OUR COURSE!



I CAN STOP YOUR WORLD WITH MY *OWN* POWER!

PERHAPS YOU COULD, CAPTAIN, BUT I'M AFRAID THAT'S IMPOSSIBLE TOO!



WHAT??

YOU SEE, CAPTAIN, THE PRESSURE OF STOPPING OUR WORLD, OR EVEN SHIFTING ITS COURSE, WOULD UPSET THE ENTIRE GRAVITATIONAL-COMPENSATION APPARATUS OF OUR MANUFACTURED PLANET! IN SHORT ALL OF MY PEOPLE WOULD BE CRUSHED TO DEATH!



BUT THERE HAS TO BE A WAY TO SAVE BOTH OF OUR WORLDS, THERE JUST HAS TO BE!

THERE IS ONE, CAPTAIN!



I HAVE LAID OUT PLANS FOR A GRAVITATIONAL MOTIVATOR THAT, UTILIZING THE GRAVITY FIELDS OF NEARBY PLANETS, COULD STOP MY WORLD AND AT THE SAME TIME ACCOUNT FOR THE ENORMOUS DECELERATION PRESSURES INVOLVED! BUT I LACK CERTAIN MATERIALS TO BUILD IT!

JUST TELL ME WHAT YOU NEED DRAKO, AND I'LL GET IT NO MATTER WHAT IT IS!

VERY WELL, CAPTAIN! IT'S THE ONLY CHANCE WE'VE GOT

11

AS DRAKO LEAVES TO PREPARE A HASTY LIST...

CAPTAIN ATOM, THERE'S SOMETHING YOU SHOULD KNOW ABOUT DRAKO! BUT LET ME GO BACK A LITTLE BIT AND WORK UP TO IT GRADUALLY!



OUR WORLD...NOT THIS ARTIFICIAL ONE, BUT OUR HOME PLANET...WAS CONSTANTLY WARTORN! AN ATOMIC WAR SO DEVASTATED THE PLANET THAT IT WAS LITERALLY FALLING APART! OUR SCIENTISTS PREDICTED THAT WE HAD A YEAR TO LIVE BEFORE IT WOULD EXPLODE INTO COSMIC DUST!



"A SMALL COLONY OF PEACE LOVERS WERE ALL THAT REMAINED AFTER THE WAR, HAVING ESCAPED THE RADIOACTIVE FALLOUT BY LIVING IN A DOMED CITY UNDER THE SEA! SINCE OUR WORLD WAS SOON TO DIE, OUR SCIENTISTS CONSTRUCTED A GIGANTIC ARK TO TAKE US AWAY TO ANOTHER WORLD..."



"OUR FIRST RULER ON THE VOYAGE THROUGH SPACE WAS JUST AND WISE, AND ALL OF OUR PEOPLE LOVED HIM! THEN YOUNG DRAKO STARTED MOVING UP IN POWER..."

IS IT WISE TO GIVE DRAKO SUCH AUTHORITY, MY LORD?

IF THE BOY IS CLOSELY WATCHED AND PROPERLY GUIDED, HIS KEEN MIND CAN DO MUCH FOR OUR PEOPLE! I HAVE NO FEAR FOR MY CROWN YET, MY FRIEND!



"THEN, OUR RULER DIED, AND DRAKO TOOK OVER... SINCE THEN, OUR WORLD HAS LABORED UNDER A CRUEL, IRON HAND! EVERYTHING THAT DRAKO DOES IS DESIGNED TO INCREASE HIS OWN POWER, NOT TO HELP MY PEOPLE..."



THEN...DRAKO REALLY CAN'T BUILD THIS GRAVITY MACHINE?



12



THAT'S THE REAL IRONY! HE'S THE ONLY ONE IN OUR ARK WHO *IS* CAPABLE OF CONSTRUCTING SUCH A DEVICE! BUT YOU CAN BET THERE'S MORE TO HIS SCHEME THAN SAVING TWO WORLDS!



BE THAT AS IT MAY, I HAVEN'T GOT MUCH CHOICE BUT TO PLAY ALONG WITH HIM!

HERE'S THE LIST, CAPTAIN!



WHOOOEEE! THIS IS SOME LIST!

I MUST HAVE EVERYTHING LISTED THERE AS QUICKLY AS POSSIBLE, CAPTAIN ATOM, OR ALL IS LOST!



AS CAPTAIN ATOM WINGS INTO THE ARTIFICIAL SKY ON HIS LIFE-OR-DEATH MISSION...

I KNOW WHAT VALDAR'S BEEN TELLING CAPTAIN ATOM, BUT IT DOESN'T MATTER!



THE EARTHMAN DOESN'T HAVE ANY CHOICE! WITH TWO WORLDS AT STAKE, HE *HAS* TO HELP ME!



AND, THOUGH THE FOOL DOESN'T SUSPECT IT, BY SO DOING CAPTAIN ATOM WILL HELP MAKE ME *MASTER OF THE EARTH!*

13



FIRST STOP, EARTH! BE IT EVER SO HUMBLE!



IT ISN'T LONG BEFORE EARTH'S GUARDIAN IS DROPPING THROUGH THE CLEAR NIGHT SKY OF HIS HOME PLANET...

THIS PILE OF SCRAP METAL SHOULD SERVE MY PURPOSES NICELY!

JNK



BEATS ME WHAT DRAKO WILL USE SILICON FOR, BUT THE BEST, AND QUICKEST WAY TO GET A LOT IS FROM SAND! THIS GIANT SCOOP I FASHIONED FROM THE SCRAP METAL SHOULD HOLD ENOUGH FOR MY NEEDS, AND I DOUBT IF THE SAHARA WILL MISS A LITTLE SAND!



A QUICK TRIP TO THE ALIEN ARK AND...

THIS IS THE BEST I CAN DO ON SUCH SHORT ORDER, DRAKO!

THAT'LL BE FINE CAPTAIN! NOW YOU'LL HAVE TO CHASE A METEOR DOWN FOR ME!

14



THERE'S THE METEOR, CAUGHT IN SATURN'S GRAVITATIONAL PULL! DRAKO'S DETECTORS IDENTIFIED AN ELEMENT ON IT UNKNOWN TO MAN...EARTHMAN, THAT IS...WHICH IS VITAL TO HIS MACHINE!



AS THE ASTONISHING HUMAN RIDES HIS PRIZE OUT OF SATURN'S GRASP...

GIT ALONG LI'L DOGGIE... WITH YOUR HELP EARTH MY BE SAVED YET!



AND SPEAKING OF EARTH, DESPITE THE GOVERNMENT'S EFFORTS, AMATEUR ASTRONOMERS SPOTTED THE APPROACHING DANGER AND THE WORD IS OUT...

WORLD DOOMED

COLLISION INEVITABLE

WORLD WIDE PANIC!



ALL THE ROUTINES OF EVERYDAY LIFE ARE TORN APART AS MASS HYSTERIA GRIPS THE WORLD...



YET TWO MEN KNOW THAT THERE IS STILL A SLIM CHANCE THAT DESTRUCTION MAY BE AVERTED, ONE IN THE WHITE HOUSE, AND ONE AT CAPE KENNEDY...

I KNOW YOU'RE UP THERE, CAPTAIN, DOING YOUR BEST TO SAVE OUR WORLD!



THERE'S AT LEAST ONE GUY DOWN HERE WHO HAS FAITH IN YOU! I KNOW YOU CAN SAVE US!



YOU'VE GOTTA! YOU'RE OUR ONLY HOPE!

15



AND, FAR OUT IN SPACE...

HERE COMES JUPITER'S CONTRIBUTION!



DEPOSITING HIS BURDEN, CAPT. ATOM IS ABOUT TO CONTINUE WITH HIS RACE AGAINST TIME, WHEN...

CAPTAIN ATOM, MAY I HAVE A WORD WITH YOU?



EVEN THOUGH DRAKO IS MY FATHER, HE IS ALSO A TYRANT! NOW, IF HE SAVES OUR PEOPLE WITH YOUR HELP, THEY MUST BE INDEBTED TO THE MAN WHO OPPRESSES THEM!



BUT...I...I KNOW THERE IS NOTHING YOU CAN DO! IT...IT'S ALL SO UNFAIR!



I KNOW THE GIRL IS RIGHT, BUT WHAT CAN I DO! POWER-MAD TYRANT OR NOT, DRAKO HOLDS THE FATES OF TWO WORLDS IN HIS HANDS!



A TRAIL OF STARDUST BLAZES THROUGH THE VAST EMPTINESS OF INTERPLANETARY SPACE, AND THEN...

LAST STOP, MARS!



AFTER RETURNING TO THE SATELLITE, THE TIRELESS HUMAN DYNAMO CAN DO LITTLE SAVE WAIT, WHILE DRAKO LABORS ON A WORLD'S HOPE...

ALL RIGHT, CAPTAIN! THE MOTIVATOR IS ALMOST READY! THERE'S ONLY ONE THING LEFT TO DO, AND FOR IT I NEED YOU!

16



FUSE ALL OF THE OUTER SURFACE TOGETHER! THERE MUST BE NO CRACK IN ITS SKIN! QUICKLY!

I HEAR, AND I OBEY AS THE MASTER COMMANDS.



NOW, HURRY! GET IN THE CHAMBER! YOU MUST FURNISH THE POWER TO OPERATE THE MOTIVATOR!



GOOD! NOW POSITION YOURSELF IN THE EXACT CENTER OF THE SPHERE! RADIATE POWER! MORE ENERGY! MORE!



AS THE PLANETOID HURTLES PAST THE MOON, A MADMAN'S FINGERS PLAY OVER A ROW OF BUTTONS, A DETERMINED EARTHMAN STRAINS TO GENERATE ENERGY, AND THE DESTINY OF TWO WORLDS HANGS IN THE BALANCE...

THERE IS A DEADLY SILENCE ON BOTH WORLDS AS ALL WAIT FOR THE INEVITIBLE...







AND THEN...

ASTOUNDING. IMPOSSIBLE.

17



THE PLANETOID! IT... IT STOPPED! WE'RE SAVED!

THE CAPTAIN DID IT! I KNEW HE WOULD!



BEWILDERED, HYSTERICAL RELIEF SWEEPS THE EARTH...

EARTH IS SAVED! THE COLLISION HAS BEEN AVERTED! REPEAT! EARTH IS SAVED!



AMID THE JOYOUS CHEERS ON THE PLANETOID CAN BE HEARD THE VOICE OF DRAKO...

WE DID IT, CAPTAIN! MY GENIUS AND YOUR POWER! WE DID IT



WITHIN THE MOTIVATOR...

OH, THERE'S ONE THING I NEGLECTED TO TELL YOU, CAPTAIN! YOU ARE QUITE EFFECTIVELY TRAPPED! AND BY TRAPPING YOUR NATURAL ENERGY I INTEND TO BECOME RULER OF YOUR WORLD AS WELL AS MINE!

YOU'RE MAD, DRAKO!



MAD? NO, CAPTAIN! IF I WERE MAD, COULD I HAVE DEVISED SUCH A CLEVER PRISON? ANY AMOUNT OF POWER YOU EXERT TO FREE YOURSELF IS AUTOMATICALLY RETURNED, ERG FOR ERG! YOU ARE QUITE HELPLESS, MY FRIEND!

HE'S RIGHT! THE MORE POWER I APPLY, THE MORE COUNTERS MY MOVE!



AND THE FIEND KNOWS I CAN'T EXPEND MY FULL POWER. I'D BLOW UP THIS WHOLE WORLD OF INNOCENT PEOPLE IN THE PROCESS

16



AS DRAKO LEAVES THE MOTIVATOR TO BASK IN THE CHEERS OF HIS SUBJECTS...

CAN I GO IN AND THANK CAPTAIN ATOM FOR HIS HELP IN SAVING US?

I GUESS IT'D BE ALL RIGHT! YOU MIGHT AS WELL SEE THE MAN WHO'S GOING TO HELP MAKE YOU PRINCESS OF THE EARTH! HA, HA, HA!

INSIDE... CAPTAIN ATOM! WHAT DID MY FATHER MEAN BY MY BEING PRINCESS OF THE EARTH? IT SOUNDED SO...SO SINISTER!

HE PLANS TO TAP MY NATURAL POWER TO THREATEN MY WORLD INTO SUBMISSION TO HIS RULE! I'M HELPLESS TO STOP HIM!



IS THERE ANYTHING I CAN DO TO FREE YOU?

THE FORCES BINDING ME ARE DELICATELY BALANCED! IF YOU COULD FIND SOME LARGE OBJECT TO THROW INTO THE ENERGY FIELD IT MIGHT DISRUPT THE STABILITY! OTHERWISE, I FEAR MY WORLD IS DOOMED!



SO! I OFFER YOU TWO WORLDS, BUT YOU WOULD BETRAY ME! YOU WOULD TURN AGAINST THE FATHER WHO WOULD SACRIFICE ALL THAT YOU MIGHT HAVE THAT WHICH OTHER GIRLS SCARCE DARE DREAM OF OWNING! OUT OF THE MOTIVATOR, CELEST! YOU SHALL NEVER SEE THE NOBLE CAPTAIN AGAIN!



CELEST! STOP! WHAT ARE YOU DOING?

PERHAPS I CAN MAKE UP IN SOME WAY FOR THE EVIL YOU HAVE DONE, AND PREVENT YOU FROM COMMITTING ANY MORE WRONGS AGAINST OUR WORLD, OR EARTH!

CELEST! NO! THERE HAS TO BE ANOTHER WAY!



CELEST!!

19





AS THE ENERGY TRAP IS BROKEN, CAPT. ATOM SWOOPS UP TO CATCH THE FALLING FORM OF CELEST...

WHAT'S GOING ON HERE?

NO...NO! I MURDERED MY OWN DAUGHTER!



CELEST! MY OWN DAUGHTER! NO! NO! CELEST!

BOUND IN YOUR DIABOLICAL ENERGY PRISON! I WAS POWERLESS TO SAVE HER!





A SHORT TIME LATER...

YOUR PEOPLE ARE CONFUSED AND UNCERTAIN! NOW IS WHEN THEY NEED A STRONG HAND TO GUIDE THEM! YOU MUST BE THEIR NEW LEADER, VALDAR!



YOU ARE RIGHT, CAPTAIN! THANK YOU... FOR EVERYTHING! I SHALL DO MY BEST TO LEAD MY PEOPLE WISELY!



AND... I OFFERED VALDAR AND HIS PEOPLE A SANCTUARY ON EARTH, BUT THEY DECIDED THAT THE ARK IS NOW THEIR HOME! IT'S PROBABLY FOR THE BEST! NOW TO POWER THEM BACK OUT OF THE SOLAR SYSTEM! ✛

✛ NOTE: ONCE THE ARK HAD BEEN STOPPED, IT WAS THEN POSSIBLE FOR CAPT. ATOM TO MOVE IT WITHOUT THE DANGEROUS PRESSURES INVOLVED WHEN IT WAS FORMALLY MOVING SO FAST!



PERHAPS THERE'S A LESSON HERE FOR ALL WORLDS TO LEARN!



ONLY IF MEN ABANDON SELFISH PERSONAL DESIRES AND WORK FOR THE COMMON GOOD CAN THERE EVER BE TRUE "PEACE ON EARTH, GOOD WILL TOWARD MEN!"

20

*THE END*