Exhibit 109



































































HE SPOKE OF WORLD-SHAKING MATTERS WHICH NEEDED HIS ATTENTION!

I WONDER IF I WILL EVER LEARN WHAT THOSE MYSTIC MATTERS MIGHT *BE?*



BUT MY GREAT PROBLEM REMAINS AS IT HAS EVER BEEN...

HOW AM I TO DEFEAT THE COMBINED EVIL FORCES OF *MORDO* AND THE DREAD *DORMAMMU*, ALONE AND UNAIDED??

AND YET, DEFEAT THEM I *MUST*, IF THE WORLD, AS WE KNOW IT, IS TO ENDURE!



BUT, UPON REACHING THE HIDDEN CAVE, THE MASTER OF SORCERY FINDS...

THE *ANCIENT, ONE...!*

...HE'S *GONE!*



HIS FAITHFUL ATTENDANT CLUTCHES FEARFULLY AT THAT DRAPE... THE VICTIM OF AN ENCHANTED SPELL!

BY THE VAPORS OF *VALTORR*, LET THY MIND BE CLEARED!!



AH, YOU RETURN TO NORMAL! NOW I SHALL LEARN... *WAIT!!*

WHAT ARE THOSE SOUNDS *BEHIND* ME?

8















THEN, FINALLY...AFTER MONTHS OF PURSUIT AND PERIL, THE MIGHTY ANTAGONISTS *STAND FACE TO FACE*, AS DR. STRANGE BARKS AN IMPERIOUS DEMAND...!

TAKE ME TO THE *ANCIENT ONE!* IF HE HAS BEEN HARMED, THEN I SWEAR BY THE SHADES OF THE SERAPHIM...!

*SILENCE,* DEFEATED ONE! IT IS *WE* WHO GIVE THE ORDERS HERE! YOU HAVE PLAYED YOUR FINAL GAMBIT... THE GAME IS *LOST!*

WE MEET AGAIN, MORTAL! AND *THIS* TIME, YOU SHALL NOT ESCAPE DORMAMMU! IT IS *I* WHO AM THE POWER! IT IS *YOU* WHO ARE THE PREY!

**A**S SURELY AS THE TWELVE MOONS OF MUNNOPOR GLEAM WITH THEIR ETERNAL, MYSTIC LIGHT, YOUR STARTLED SENSES WILL REEL IN WONDER-MENT, WHEN YOU BEHOLD OUR NEXT CHAPTER...

## "DR. STRANGE FACES DOOM!"

**T**ILL THEN, MAY THINE AMULET NEVER TARNISH!

10