# EXHIBIT 81

Page 1

```
 1
 2      IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      -------------------------------x
        MARVEL CHARACTERS, INC.,
 4
                    Plaintiff and
 5            Counterclaim Defendant,
 6             vs.                          Case Nos.
                                            1:21-cv-7955-LAK
 7      LAWRENCE D. LIEBER,                 1:21-cv-7957-LAK
                                            1:21-cv-7959-LAK
 8                  Defendant and
                 Counter-claimant.
 9      -------------------------------x
        MARVEL CHARACTERS, INC.,
10
                    Plaintiff and
11                  Counterclaim Defendant,
12                  vs.
        KEITH A. DETTWILER, in his
13      capacity as Executor of the
        Estate of Donald L. Heck,
14
                    Defendant and
15                  Counter-claimant.
        -------------------------------x
16      MARVEL CHARACTERS, INC.,
17                  Plaintiff and
                    Counterclaim Defendant,
18
                    vs.
19      PATRICK S. DITKO, in his
        capacity as Administrator of the
20      Estate of Stephen J. Ditko,
21            Defendant and
                 Counter-claimant.
22      -------------------------------x
          VIDEOTAPED DEPOSITION OF PATRICK S. DITKO
23                New York, New York
              Tuesday, February 14, 2023
24                   9:52 a.m.
25      JOB NO. 5697050
```

Page 2

8    February 14, 2023
9    9:52 a.m.

11   Videotaped Deposition of
12   PATRICK S. DITKO, held at the offices
13   of O'Melveny & Myers LLP, Seven Times
14   Square, New York, New York, pursuant to
15   notice, before Jennifer Ocampo-Guzman,
16   a Certified Realtime Shorthand Reporter
17   and Notary Public of the State of New
18   York.

Page 60

```
 1
 2        A.   No.
 3        Q.   Did you ever discuss Dr. Strange
 4   with your brother Steve?
 5        A.   No.
 6        Q.   Prior to this lawsuit, were you
 7   aware that your brother Steve illustrated
 8   Spider-Man comics?
 9             MR. TOBEROFF:  Objection as to
10        form.
11        A.   Was I -- yes, I was aware.
12        Q.   And prior to this lawsuit were you
13   aware that your brother Steve illustrated
14   Dr. Strange comics?
15             MR. TOBEROFF:  Objection as to
16        form.
17        A.   Yes.
18        Q.   And prior to this lawsuit, what did
19   you know about your brother's work on
20   Spider-Man?
21             MR. TOBEROFF:  Objection as to
22        form.
23        A.   I -- not very much.
24        Q.   Do you recall anything that you
25   were aware of prior to this lawsuit with
```

Page 62

1
2     like Dr. Strange to me.
3          Q.   Did Steve tell you that the letter
4     sketch that you received in 1946 was Dr.
5     Strange?
6          A.   No.
7          Q.   So the idea that what he sent you
8     in 1946 relates to Dr. Strange, that's
9     something that you came to on your own?
10         A.   Well, yeah, I assumed it.  He sent
11    me all kind of drawings from everything.
12    That was among them.
13         Q.   Fair to say that your brother Steve
14    was always drawing?
15              MR. TOBEROFF:  Objection as to
16         form.  Lacks foundation.
17              THE WITNESS:  Too quick.
18              MR. TOBEROFF:  That's okay.
19         A.   Absolutely.  The fact is, when he
20    came home, all the kids wanted him to draw
21    them pictures, and he did.
22         Q.   Did you ever see your brother Steve
23    draw a character --
24              MS. LENS:  Strike that.
25         Q.   Did you ever -- did you ever see

Page 206

```
                    C E R T I F I C A T E

    STATE OF NEW YORK  )
                              : ss.
    COUNTY OF NEW YORK )


              I, Jennifer Ocampo-Guzman, a
    Certified Realtime Shorthand Reporter and
    Notary Public within and for the State of New
    York, do hereby certify:
              That PATRICK S. DITKO, the
    witness whose deposition is hereinbefore set
    forth, was duly sworn, and that such
    deposition is a true record of the testimony
    given by the witness.
              I further certify that I am not
    related to any of the parties to this action
    by blood or marriage, and that I am in no
    way interested in the outcome of this
    matter.
              IN WITNESS WHEREOF, I have
    hereunto set my hand this 1st day of
    March, 2023.


                    [signature]
                    JENNIFER OCAMPO-GUZMAN, CRR, CLR
```

```
                                                   Page 207
 1
 2        -------------- I N D E X ----------------
 3     WITNESS              EXAMINATION BY       PAGE
 4     PATRICK S. DITKO     MS. LENS              6
 5                          MR. TOBEROFF         201
 6        -------------- EXHIBITS ------------------
 7     EXHIBITS                                 FOR I.D.
 8
        Exhibit 122, Complaint for              94
 9      Declaratory Relief
10      Exhibit 123, Defendant Ditko's         112
        Supplemental Responses and
11      Objections to Plaintiff's Third Set
        of Interrogatories to Patrick S
12      Ditko
13      Exhibit 124, Article                   137
        entitled,"Ditko family working to
14      share Johnstown comics legend's
        story, promote his legacy."
15
        Exhibit 125, Affidavit, Bates Nos.     150
16      2021MARVEL-0070642 through
        2021MARVEL-0070643
17
        Exhibit 126, Photocopies of            197
18      handwritten letters
19                 MARKED FOR RULING
                     PAGE   LINE
20                    26     19
21
22
23
24
25
```