# EXHIBIT 82

```
                                                          Page 1

 1              UNITED STATES DISTRICT COURT
 2          FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   MARVEL CHARACTERS, INC.,
 4       Plaintiff and
         Counterclaim-Defendant,
 5
              vs.                Case No. 1:21-cv-7955-LAK
 6                               and consolidated cases
     LAWRENCE D. LIEBER,         21-cv-7957-LAK and
 7                               21-cv-7959-LAK
         Defendant and
 8       Counterclaimant.
     _____
 9   MARVEL CHARACTERS, INC.,
10       Plaintiff and
         Counterclaim-Defendant,
11
              vs.
12
     KEITH A. DETTWILER, in his
13   capacity as Executor of the
     Estate of Donald L. Heck,
14
         Defendant and
15       Counterclaimant.
     _____
16   MARVEL CHARACTERS, INC.,
17       Plaintiff and
         Counterclaim-Defendant,
18
              vs.
19
     PATRICK S. DITKO, in his
20   capacity as Administrator of
     the Estate of Stephen J.
21   Ditko,
22       Defendant and
         Counterclaimant.
23   _____
24
25   caption(cont'd)
```

Page 2

ZOOM DEPOSITION OF JAMES F. STERANKO

(Reported Remotely via Video & Web Videoconference)

Reading, Pennsylvania (Deponent's location)

Friday, February 10, 2023

Volume 1

STENOGRAPHICALLY REPORTED BY:
REBECCA L. ROMANO, RPR, CSR, CCR
California CSR No. 12546
Nevada CCR No. 827
Oregon CSR No. 20-0466
Washington CCR No. 3491
JOB NO. 5753867
PAGES 1 - 108

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   MARVEL CHARACTERS, INC.,
 4        Plaintiff and
          Counterclaim-Defendant,
 5
              vs.               Case No. 1:21-cv-7955-LAK
 6                              and consolidated cases
     LAWRENCE D. LIEBER,        21-cv-7957-LAK and
 7                              21-cv-7959-LAK
          Defendant and
 8        Counterclaimant.
     _____
 9   MARVEL CHARACTERS, INC.,
10        Plaintiff and
          Counterclaim-Defendant,
11
              vs.
12
     KEITH A. DETTWILER, in his
13   capacity as Executor of the
     Estate of Donald L. Heck,
14
          Defendant and
15        Counterclaimant.
     _____
16   MARVEL CHARACTERS, INC.,
17        Plaintiff and
          Counterclaim-Defendant,
18
              vs.
19
     PATRICK S. DITKO, in his
20   capacity as Administrator of
     the Estate of Stephen J.
21   Ditko,
22        Defendant and
          Counterclaimant.
23   _____
24
25   caption(cont'd)
```

Page 4

1         DEPOSITION OF JAMES F. STERANKO, taken on
2    behalf of the Plaintiff and Counterclaim-Defendant,
3    with the deponent located in Reading, Pennsylvania,
4    commencing at 12:53 p.m., Friday,
5    February 10, 2023, remotely reported via Video &
6    Web Videoconference before REBECCA L. ROMANO, a
7    Certified Shorthand Reporter, Certified Court
8    Reporter, Registered Professional Reporter.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                         Page 5
 1              APPEARANCES OF COUNSEL
 2    (All parties appearing via Web Videoconference)
 3
 4    For the Plaintiff and Counterclaim-Defendant:
 5        O'MELVENY & MYERS LLP
 6        BY:   MOLLY M. LENS
 7        BY:   MATTHEW KAISER*Admitted pro hac vice
 8        Attorneys at Law
 9        1999 Avenue of the Stars
10        8th Floor
11        Los Angeles, California 90067
12        (310) 553-6700
13        mlens@omm.com
14        mkaiser@omm.com
15
16
17
18
19
20
21
22
23
24
25    /////
```

```
 1              APPEARANCES OF COUNSEL
 2     (All parties appearing via Web Videoconference)
 3
 4     For the Defendant and Counterclaimant and Deponent:
 5          TOBEROFF & ASSOCIATES, P.C.
 6          BY:  MARC TOBEROFF
 7          BY:  JAYMIE PARKKINEN
 8          Attorneys at Law
 9          23823 Malibu Road
10          Suite 50-363
11          Malibu, California 90265
12          (310) 246-3333
13          info@toberoffandassociates.com
14
15
16
17     ALSO PRESENT:
18          Soseh Kevorkian, Videographer
19
20
21
22
23
24
25     /////
```

```
                                                              Page 7
 1                        I N D E X
 2   DEPONENT                                         EXAMINATION
 3   JAMES F. STERANKO                                        PAGE
     VOLUME 1
 4
 5                     BY MS. LENS                             12
 6                     BY MR. TOBEROFF                         89
 7                     BY MS. LENS                             96
 8
 9
10                     E X H I B I T S
11   NUMBER                                                   PAGE
12                     DESCRIPTION
13   Exhibit 116   Declaration of James F.                     18
14                 Steranko in Support of
15                 Defendants' Motion for
16                 Summary Judgment and
17                 Defendant's Opposition to
18                 Plaintiffs' Motion for
19                 Summary Judgment;
20
21   Exhibit 117   Expert Report of Jim                        55
22                 Steranko, STERANKO-0001 -
23                 STERANKO-0018;
24
25   /////
```

                                                          Page 8
1              E X H I B I T S(cont'd)
2    NUMBER                                               PAGE
3                 DESCRIPTION
4    Exhibit 118  Declaration of James Steranko            65
5                 in Support of Plaintiffs'
6                 Supplemental Brief Submitted
7                 Pursuant to the Court's July
8                 27, 2007 Order;
9
10   Exhibit 119  Special Character Agreement,             71
11                2021MARVEL-0125747 -
12                2021MARVEL-0125755l
13
14   Exhibit 120  Fantastic Fanzine 11,                    76
15                STERANKO-0155 -
16                STERANKO-0205;
17
18   Exhibit 121  Rolling Stones Article,                  84
19                2021MARVEL-0069717 -
20                2021-MARVEL-0069725.
21
22
23
24
25   /////

Page 25

1    Q.   I appreciate that.
2         In what year did you begin working with
3    Marvel?
4    A.   It might have been around 1965 or '6 and
5    I was with them for three years and maybe beyond
6    that on a more regular basis for -- well, actually
7    that could have gone on for another -- maybe for
8    another ten years.
9    Q.   And so do I understand correctly that
10   around 1965 or 1966 thereabouts for a period of
11   about three years you worked for Marvel on a
12   regular basis?
13        MR. TOBEROFF:  Objection as to form.
14   Assumes facts.
15   Q.   (By Ms. Lens)  You can answer.
16        MR. TOBEROFF:  You can answer.
17        THE DEPONENT:  I did work for Marvel for
18   three years.  Additionally, I had two other
19   full-time jobs.
20   Q.   (By Ms. Lens)  And after the period where
21   you were working with Marvel regularly for -- for
22   that three-year period, do I understand correctly
23   that you would do occasionally one-off jobs
24   thereafter, like for certain covers for comic
25   books?

Page 26

1    MR. TOBEROFF:  Objection as to form.
2    THE DEPONENT:  Yes, I did engage in
3  freelance work.
4    Q.    (By Ms. Lens)  And during the three-year
5  period where you were working with Marvel while as
6  you said having other -- I think you said other
7  full-time -- two other full-time jobs.
8    Who were you working with --
9    MR. TOBEROFF:  Objection as to form.
10    Q.    (By Ms. Lens)  -- at Marvel?
11    A.    Would you clarify that question, please?
12    Q.    Sure.
13    During the period where you were working
14  regularly with -- with Marvel, do I understand
15  correctly that Roy Thomas was the editor in chief?
16    MR. TOBEROFF:  Objection as to form.
17  Lacks foundation.
18    THE DEPONENT:  Stan Lee was the editor,
19  T-H-E, capital T-H-E.  Roy was as far as I know an
20  assistant editor.
21    Q.    (By Ms. Lens)  Thank you.
22    Did you work with Steve Ditko while you
23  were with Marvel?
24    A.    No.
25    Q.    Did you work with Gene Colan while you

Page 75

1           THE DEPONENT:  They may have appeared in
2     other Marvel comics, but before I created them,
3     they appeared nowhere.  Because they didn't exist.
4           I created them specifically for -- for --
5     for these couple of books and they -- they
6     certainly had been used since then in other books
7     without my -- without my working on them.
8        Q.   (By Ms. Lens)  Certainly didn't appear in
9     any books prior to you creating them, correct,
10    Mr. Steranko?
11          MR. TOBEROFF:  Objection as to form.
12    Misstates his testimony.  Asked and answered.
13          THE DEPONENT:  You are correct.
14       Q.   (By Ms. Lens)  Thank you.
15          I don't believe I finished going through
16    some of my questions about the specific
17    contributors involved in the current litigation.
18          Did -- did you know Steve Ditko?
19       A.   No.
20       Q.   How about Gene Colan, did you know him?
21          MR. TOBEROFF:  Objection.  Asked and
22    answered.
23          THE DEPONENT:  Can I ask you to define
24    the word "know," Molly?
25       Q.   (By Ms. Lens)  Well, I think I mean it in

Page 106

         I, Rebecca L. Romano, a Certified Shorthand Reporter of the State of California, do hereby certify:

         That the foregoing proceedings were taken before me remotely at the time and place herein set forth; that any deponents in the foregoing proceedings, prior to testifying, were administered an oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is true record of the testimony given.

         Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [X] was not requested.

         I further certify I am neither financially interested in the action nor a relative or employee of any attorney or any party to this action.

         IN WITNESS WHEREOF, I have this date subscribed my name.

Dated:  February 23, 2023

*[Signature: Rebecca L. Romano]*

                Rebecca L. Romano, RPR, CCR
                CSR. No 12546