# EXHIBIT 83

```
                                                            Page 1

 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MARVEL CHARACTERS, INC.              )
                                           )
 5          Plaintiff,                     )
                                           )
 6          v.                             ) Case No.
                                           ) 2:21-cv-07624-
 7    MICHELE HART-RICO and                ) DMG-KES
      BUZ DONATO F. RICO III,              )
 8                                         )
            Defendants.                    )
 9    _____ )
                                           )
10    MICHELE HART-RICO and                )
      BUZ DONATO F. RICO III,              )
11                                         )
            Counterclaimants,              )
12                                         )
            v.                             )
13    MARVEL CHARACTERS, INC.              )
      and DOES 1-10, inclusive,            )
14                                         )
            Counterclaim-Defendants.       )
15    _____ )
16
17       VIDEOTAPED DEPOSITION OF MICHELE HART-RICO
18              Los Angeles, California
19              Thursday, February 2, 2023
20
21    Reported by:
      Damon M. LeBlanc
22    CSR No. 11958
      Job No. 5695642
23
24
25
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4    MARVEL CHARACTERS, INC.            )
                                         )
 5          Plaintiff,                   )
                                         )
 6          v.                           ) Case No.
                                         ) 2:21-cv-07624-
 7    MICHELE HART-RICO and              ) DMG-KES
      BUZ DONATO F. RICO III,            )
 8                                       )
            Defendants.                  )
 9    _____)
                                         )
10    MICHELE HART-RICO and              )
      BUZ DONATO F. RICO III,            )
11                                       )
            Counterclaimants,            )
12                                       )
            v.                           )
13    MARVEL CHARACTERS, INC.            )
      and DOES 1-10, inclusive,          )
14                                       )
            Counterclaim-Defendants.     )
15    _____)
16
17          Videotaped deposition of MICHELE HART-RICO,
18    taken on behalf of the plaintiff, at 1999 Avenue of
19    the Stars, 8th Floor, Los Angeles, California,
20    beginning at 9:46 a.m. and ending at 5:10 p.m.,
21    Thursday, February 2, 2023, before
22    Damon M. LeBlanc, Certified Shorthand Reporter,
23    Number 11958.
24
25
```

```
 1      APPEARANCES:
 2      For the Plaintiff and Counterclaim-Defendant,
        MARVEL CHARACTERS, INC.
 3
                O'MELVENY & MYERS LLP
 4              BY:  MOLLY M. LENS, ESQ., and
                BRITTANY B. FOWLER, ESQ.
 5              1999 Avenue of the Stars
                8th Floor
 6              Los Angeles, California  90067
                Telephone:  (310) 553-6700
 7              Facsimile:  (310) 246-6779
                E-mail:  mlens@omm.com
 8
 9      For the Defendant and Counterclaimants,
        MICHELE HART-RICO and BUZ DONATO F. RICO, III:
10
                TOBEROFF & ASSOCIATES PC
11              BY:  MARC TOBEROFF, ESQ.
                23823 Malibu Road
12              Suite 50-36
                Malibu, California  90265
13              Telephone:  (310) 246-3333
                Facsimile:  (310) 246-3101
14              E-mail:  mtoberoff@toberoffassociates.com
15
        Also Present:
16
                Kevin Del Cid, Videographer
17              Veritext Legal Solutions
                (866) 299-5127
18
19      VIDEO-CONFERENCE APPEARANCES:
20      For the Defendant and Counterclaimants,
        MICHELE HART-RICO and BUZ DONATO F. RICO, III:
21
                TOBEROFF & ASSOCIATES PC
22              BY:  JAYMIE R. PARKKINEN, ESQ.
                23823 Malibu Road
23              Suite 50-36
                Malibu, California  90265
24              Telephone:  (310) 246-3333
                Facsimile:  (310) 246-3101
25              E-mail:  mtoberoff@toberoffassociates.com
```

```
 1    VIDEO-CONFERENCE APPEARANCES (CONTINUED):
 2    Also Present:
 3            ELI BARD
              Deputy Chief Counsel, Marvel Entertainment
 4            1290 Sixth Avenue
              New York, New York  10104
 5            (212) 576-8501
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

                                                           Page 5

                          I N D E X
     THE WITNESS:
     MICHELE HART-RICO
     Examination by:                                      Page
     MS. LENS:                                         10, 231
     MR. TOBEROFF:                                         219


                         E X H I B I T S
                                                           Page
     Exhibit          Description                        Marked
     Exhibit 84       Entertainment Industry
                      Book, How to Register Your
                      Copyright & Introduction
                      to New & Historical Copyright
                      Law by Walter E. Hurst,
                      Illustrated by Don Rico
                      Bates-stamped
                      2021 MARVEL-0076414 to
                      76720                                 43
     Exhibit 85       Inside The News, July 11
                      Creator of Heroes
                      Bates-stamped RICO-0010
                      to 0014                               75

     Exhibit 86       Flash drive containing
                      video                                 97
     Exhibit 87       Don Rico remembered by
                      Scott Shaw at CAPS
                      transcript of video                   97
     Exhibit 88       Defendant Michele Hart-Rico's
                      Second Amended Responses and
                      Objections to Plaintiff's
                      First Interrogatories to
                      Michele Hart-Rico                    111

                         Continued...

Page 6

I N D E X (CONTINUED)

E X H I B I T S

| Exhibit | Description | Page Marked |
|---|---|---|
| Exhibit 89 | Tales of Suspense Bates-stamped 2021MARVEL-0005039 to 5052 | 120 |
| Exhibit 90 | Tales of Suspense Bates-stamped 2021MARVEL-0005053 to 5066 | 121 |
| Exhibit 91 | Don Rico Biographical Material, Bates-stamped RICO-0052 to 0057 | 136 |
| Exhibit 92 | Michele Hart-Rico Interview Conducted by Dewey Cassell Date 06/24/12, 16 pages Bates-stamped RICO-0211 | 154 |
| Exhibit 93 | Marvel Comics Group Stan Lee to Donato, dated 10/27/72, Bates-stamped RICO-0007 | 156 |
| Exhibit 94 | Letter to Stan Lee from Daring Don, Bates-stamped RICO-0008 | 158 |
| Exhibit 95 | Agreement of Sale, Bates-stamped RICO-0037, 0018 to 0024, 0038 to 0047, 0029 to 0036 | 162 |
| Exhibit 96 | Defendant Michele Hart-Rico's Supplemental Responses and Objections to Plaintiff's Third Set of Interrogatories to Michele Hart-Rico | 177 |

Continued...

Page 72

```
 1    and overbroad.  Ambiguous.
 2            THE WITNESS:  Not specifically.
 3    BY MS. LENS:
 4            Q     It's true, is it not, Ms. Hart-Rico,
 5    that your husband was quite appreciative of the
 6    life that he had been able to make working on
 7    comics for Marvel?
 8            MR. TOBEROFF:  Objection as to form.  Lacks
 9    foundation.
10            THE WITNESS:  That he was appreciative of
11    the life?
12    BY MS. LENS:
13            Q     That he had been able to build based
14    on the money that he was paid working on Marvel
15    comics?
16            A     Not during the time that I knew him.
17            Q     But you were aware that, prior to
18    the time that you knew your husband, he had -- he
19    felt that he had earned a good quality of life
20    working for Marvel; did he not?
21            MR. TOBEROFF:  Objection as to form.  Lacks
22    foundation.  Calls for speculation.
23            THE WITNESS:  I believe so.
24    BY MS. LENS:
25            Q     His work -- as he said in published
```

Page 73

1   interviews, his work for Marvel enabled him to have
2   not only an apartment in the city but also a house
3   outside city; right?
4           MR. TOBEROFF:  Excuse me.  Objection as to
5   form.  Compound.
6           THE WITNESS:  Yes.  He, as far as I know,
7   did very well when he was in New York.
8   BY MS. LENS:
9       Q    And you're aware that when he was in
10  New York, prior to moving to L.A., he was doing
11  majority of his work with Marvel; right?
12          MR. TOBEROFF:  Objection as to form.
13          THE WITNESS:  I don't know that.  I don't
14  know that for a fact.
15          MR. TOBEROFF:  Objection as to form.
16  BY MS. LENS:
17      Q    You're aware he was an editor with
18  Marvel, are you not?
19      A    I'm aware of that.
20      Q    And you understand that he worked
21  with Stan Lee as an editor at Marvel?
22          MR. TOBEROFF:  Are you talking
23  about -- just to be clear, are you talking about
24  the 1950s?
25          MS. LENS:  Talking about the time when he

Page 207

1  Q    Not to Black Widow?
2  A    No, no.  To Olga.
3  Q    And so my question is different,
4  which is that do you have any facts to -- other
5  than the fact that they are both Russian, do you
6  have any facts to support the assertion that the
7  character Black Widow was inspired by Don Rico's
8  first wife?
9        MR. TOBEROFF:  Asked and answered.  She
10 just gave you some facts.
11       THE WITNESS:  Just what I've already told
12 you.
13       MS. LENS:  Okay.
14 BY MS. LENS:
15 Q    Are you familiar with the entity
16 Magazine Management?
17 A    I've heard the name.
18 Q    What does it mean to you?
19 A    It either is or was a part of
20 Marvel.  I'm fairly fuzzy on how that connected.
21 Q    Is that understanding from your
22 husband, Don Rico?
23 A    Yes.
24 Q    Did Don Rico have a studio in the
25 1960s when you lived in New York?

Page 208

1   A   No.  We had an enormous apartment.
2   Q   I would like to turn your attention
3   to -- I just lost it.  Give me a moment.
4        Request Number 10, which is on page 19 and
5   20.  Actually, I'm sorry.  We can stay on 15.  It
6   will make it easier.
7        In response to Request for Admission
8   Number 2, we were on page 15.
9   A   Okay.
10  Q   You can see on line 20 it states:
11       "During this same time, communications
12  between Rico and Stan Lee show that Rico was
13  working on several projects on spec, which he
14  pitched and/or intended to pitch to Marvel."
15       Do you see that?
16  A   I see it.
17  Q   And do you have an understanding of
18  what communications are being referenced there?
19  A   Probably phone or possibly lunch
20  meetings.
21  Q   Do you have any records of phones or
22  lunch meetings?
23  A   No.
24  Q   And are you speculating, or you have
25  knowledge that that is -- there were

Page 239

Certification of Court Reporter

Federal Jurat

I, the undersigned, a Certified Shorthand Reporter of the State of California do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; further, that the foregoing is an accurate transcription thereof.

That before completion of the deposition, a review of the transcript [X] was [ ] was not requested.

I further certify that I am neither financially interested in the action nor a relative or employee of any attorney of any of the parties.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: February 16, 2023

Damon M. LeBlanc
CSR No. 11958