# EXHIBIT 84

Page 1

1                   UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
2                  Case No.: 1:21-cv-7955-LAK
            and Consolidated Cases 21-cv-7957-LAK
3                      and 21-cv-7959-LAK
      -----------------------------------------x
4     MARVEL CHARACTERS, INC.,
5          Plaintiff and Counterclaim-Defendant
6     v.
7     LAWRENCE D. LIEBER,
8          Defendant and Counterclaimant.
      -----------------------------------------x
9     MARVEL CHARACTERS, INC.,
10         Plaintiff and Counterclaim-Defendant,
11    v.
12    KEITH A. DETTWILER, in his capacity as
      Executor of the Estate of Donald L. Heck,
13
14         Defendant and Counterclaimant.
      -----------------------------------------x
15    MARVEL CHARACTERS, INC.,
16         Plaintiff and Counterclaim-Defendant,
17    v.
18    PATRICK S. DITKO, in his capacity as
      Administrator of the Estate of Stephen J.
19    Ditko,
20         Defendant and Counterclaimant.
      -----------------------------------------x
21
22        VIDEO DEPOSITION OF ROY WILLIAM THOMAS, JR.
23                     January 20, 2023
24                        8:49 a.m.
25                  Charlotte, North Carolina

Page 2

1          ROY WILLIAM THOMAS, JR., pursuant to Federal Rule of

2     Civil Procedure 30, held at the offices of Nelson Mullins

3     Riley & Scarborough in the Foster Conference Room A, located

4     at 301 South College Street, One Wells Fargo Center, 23rd

5     Floor, Charlotte, North Carolina 28202, before

6     Audra Smith, a realtime court reporter and

7     a Notary Public of the State of North Carolina.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1
2                    A P P E A R A N C E S :
3

     O'MELVENY & MYERS LLP
4    Attorneys for Marvel Characters, Inc.
     1999 Avenue of the Stars, 8th Floor
5    Los Angeles, California 90067
     Telephone: (310) 553-6700

6
                    BY:  MOLLY M. LENS, ESQ.
7                   mlens@omm.com
                    MATTHEW KAISER, ESQ.
8                   mkaiser@omm.com
                    DANIEL M. PETROCELLI, ESQ.
9                   dpetrocelli@omm.com
                    SALVATORE J. COCCHIARO, ESQ. (Via Zoom)
10                  scocchiaro@omm.com
11   TOBEROFF & ASSOCIATES, P.C.
     Attorneys for the Defendants
12   23823 Malibu Road, Suite 50-363,
     Malibu, California 90265
13
                    BY:  MARC TOBEROFF, ESQ.
14                  mtoberoff@toberoffandassociates.com
                    JAYMIE PARKKINEN, ESQ. (Via Zoom)
15                  jparkkinen@toberoffandassociates.com
16   ALSO PRESENT:
17   DAVID COOPER, Videographer
     ELI BARD, Marvel Entertainment, (Via Zoom)
18   Alec Lipkind, The Walt Disney Company, (Via Zoom)
19
20
21
22
23
24
25

Page 4

# S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

```
 1      those, the next two were to dialogue stories that
 2      had been plotted and roughly penciled by Steve Ditko
 3      of Dr. Strange, two 10-page stories.  Each of them
 4      was like a half a comic.
 5           Q     Okay.  We'll come back to some of these
 6      superhero comics in a little bit.  But roughly --
 7      this is 1965?
 8           A     Yes.  September, October.
 9           Q     And you testified earlier that you
10      reported to Stan Lee for your salaried position,
11      whether that was as a staff writer or as the
12      editorial assistant; is that correct?
13           A     Yes.
14           Q     And did that -- did you also report to
15      Stan Lee as a freelance writer?
16           A     Yes.
17           Q     Anyone else that you reported to?
18           A     Well, a lot of it went through the
19      production manager, Sol Brodsky.  But I always
20      understood that Sol was acting for Stan and that
21      virtually anything he told me, you know, or asked me
22      to do, with his expression, you know, "Do me a
23      favor," was always -- you know, basically it was as
24      part of my, you know, job for Stan.  So he wasn't
25      really, like, my superior but he was speaking for
```

Page 31

1    him, so -- and we had no problems over that.

2         Q     And did there come a time at Marvel where

3    your position changed again?

4         A     Well, the next time was around the end of

5    '66, turn of '66-'67 when Stan hired a second

6    writer, a friend of mine from Missouri that I had

7    suggested to him, who also took a writer's test,

8    named Gary Friedrich, and Stan took the two of us

9    out to lunch to -- just to talk over things and

10   get -- you know, Gary was fairly new at the company.

11              And on the way there, Stan suddenly said,

12   "Well, you know, we need some titles around here, I

13   decided."  So he says, "Roy, from now on, you're the

14   associate editor."  I had never known what I was

15   before that.  And he said, "Gary, I guess, you're

16   newer, so you're the assistant editor."

17              That was how I learned what my new

18   situation was.  It didn't involve any kind of

19   change, particularly.  I mean, you know, it was just

20   doing more of the same kind of thing and maybe

21   supervising Gary a bit.

22        Q     And who did you report to as the

23   associate editor for Marvel Comics?

24        A     To Stan.

25        Q     And were you still doing freelance

Page 87

1  well, which -- strike that.

2          Which books were you referring to when

3  you say "Stan doesn't even bother to read them now"?

4      A    The titles were Patsy and Hedy, Millie

5  the Model, and the other one was Modeling with

6  Millie which was the second bimonthly book with the

7  same character.

8      Q    And were any of those superhero books?

9      A    No.

10     Q    Okay.  Let's turn -- flip the page.

11         And can you tell me what the balance of

12  the document is, please.

13     A    Yes.  It alternates between the -- to a

14  copy of the typewriter sheet page that I was given

15  along with Steve Ditko's original penciled art for

16  this Doctor Strange story.  These were his notes

17  with a couple of words just to make sure, since they

18  were very, very rough pencil since he was going to

19  ink it, they told me basically what was going --

20  what was going on so I wouldn't have to try to, you

21  know, make sure I -- so I would make sure I knew

22  what was going on exactly and wouldn't get something

23  wrong in the story.

24     Q    And so the artwork that we see on page --

25  for example, 274, is that reflective of the detail

1   of the pencils that you received from Steve Ditko?

2          A       Well, this is the finished artwork inked.

3   What I got was much rough, the figures were like

4   little ballons and you could tell what the hands and

5   arms were, that there was a little bit of background

6   and so forth.  But it was very sketchy.  If he were

7   going to have -- if he were not going to ink the

8   story, he would have done it in more detail.  But

9   since he was going to ink it, he only needed enough

10  for him and me to be able to see.  This was actually

11  first done with the idea that Stan would write it.

12         Q       Why do you say that this was first done

13  with the idea that Stan would write it?

14         A       Because Stan had been writing the -- for

15  the last year or so, Stan had been the scripter of

16  all the Doctor Strange stories.

17         Q       Who, if anyone, asked you to become the

18  writer on this Doctor Strange story?

19         A       Stan Lee.

20         Q       And did you have an understanding of who

21  decided who would be the artist on the -- this

22  Doctor Strange story?

23         A       Well, I knew that Stan had decided that

24  Steve Ditko would.  He had been doing it since the

25  beginning.

1     Q     And what was the basis for your

2  understanding that Stan Lee had decided that Steve

3  Ditko would work on this comic?

4     A     Stan made all the artist assignments.

5     Q     And was that true over the entirety of

6  the relevant period, that is 1962 to '75 to your

7  understanding?

8     A     Yes.  Sometimes the production manager

9  would make certain inking decisions because -- you

10  know, in a hurry, but he would -- they would always

11  be subject to Stan.  Even if they were made, they

12  were made in Stan's name, and they could be canceled

13  or changed if Stan wanted that.

14     Q     And so when we see the words on page 273

15  which is the second page of the exhibit, "Found

16  place to hide.  Must move fast."

17          Do you see that?

18     A     Oh, this, yes.  That's -- yes -- Steve's

19  writing, yes.

20     Q     And what did that mean to you?

21     A     Well, it was in the middle of a story I

22  continued from the preceding month's story, so I had

23  that to look at, too, with all written and drawn

24  out.

25          And Doctor Strange was fleeing some

Page 90

1    enemies of his.  He was kind of trussed up, and so
2    forth, with his body.  So he was trying to find a
3    place for his body, his physical body to hide so
4    that his enemies couldn't find him and destroy him.
5    And he had to send out his astral self since he was
6    a sorcerer to find a hiding place for him.
7            It was just to convey a sense of, not
8    just what he was doing, but that there was a sense
9    of urgency.
10       Q    And does that correspond to the drawings
11   that follow on page 274?
12       A    Yes.  I -- you know, I added different
13   things to it as I was fleshing it out, but sort of
14   took that and just did whatever I felt I should do
15   with it.
16       Q    And you can see on page 274 the credit
17   box?
18       A    Yes.
19       Q    And based on your working on this comic
20   issue, are those credits accurate?
21       A    Yes.
22       Q    And it says, for example, "Edited and
23   rehashed by Stan Lee."
24            What does that mean to you?
25       A    Well, besides being the editor of a

Page 247

1    BY MR. TOBEROFF:

2        Q      And how soon after that did Perfect

3    Films -- soon after their purchase of Magazine

4    Management in 1968, how soon after that did they

5    change their name to Cadence?

6        A      I don't know.  A couple of years or so,

7    but I can't recall.  It was Perfect Film for a

8    little while but not too long.  They saw -- it

9    wasn't a film company really anymore, so they wanted

10   to come up with another more generalized name, I

11   guess.  But it was a couple of years, I think.

12           But, again, I didn't take any particular

13   notice of it because I had -- I had no real dealings

14   with Perfect Film or Cadence, you know.  My dealings

15   were always with Martin Goodman, who occasionally

16   remained as the line publisher, and with Stan Lee.

17       Q      So I realize that you've written books

18   about Marvel and the history of Marvel, including

19   Marvel in the 1940s and '50s, and about Stan Lee.

20   But you've not been designated as an expert witness

21   in the case.  You're testifying here today only as a

22   percipient witness.

23           Do you understand that?

24       A      No.

25       Q      Do you know what I mean by percipient

1          to the extent that it calls for a legal

2          conclusion or lacks foundation.

3               You can answer.

4     A     I never really knew or thought about it.

5  I always thought of myself as working for Marvel

6  Comics.  In fact, in a lot of ways I told people I

7  was working for Stan Lee.  I thought it was a more

8  personal thing than just that.  If I had said a

9  company, I would have always said Marvel Comics.

10 But that doesn't mean that that was the official

11 name.  It's just what I would have said.  Whether

12 the official name was Cadence or Perfect Film or

13 Magazine Management, to me it was always Marvel

14 Comics from the day I walked in the door until I

15 left.

16 BY MR. TOBEROFF:

17     Q     But you were an actual employee --

18     A     Yes.

19     Q     -- of a company?

20     A     Yes.

21     Q     And you don't know what company that was?

22           MS. LENS:  Objection.  It's

23 argumentative.  It's been asked and answered.

24     A     There were various overlappings, Marvel

25 comics being a part of Magazine Management and then

Page 283

1    think they ever wrote out any kind of guidelines for

2    us.  It was all sort of word of mouth.

3    BY MR. TOBEROFF:

4         Q     After Perfect Film purchased Magazine

5    Management, did they have printed guidelines for

6    freelance writers and artists doing work with

7    Marvel?

8         A     I don't recall ever seeing any.  It

9    didn't seem like anything really changed.  We knew

10   we had different owners of the sort.  That was about

11   it.  But we didn't interchange with them.  Stan

12   maybe did a little, but the rest of us did not.

13              MR. TOBEROFF:  What exhibit are we up to?

14              THE COURT REPORTER:  82.

15              MR. TOBEROFF:  I'd like to mark as

16        Exhibit 82 an agreement dated 1974 between

17        Marvel Comics Group and Roy Thomas.

18              THE WITNESS:  Oh, it's my contract again.

19              MS. LENS:  Can we have a copy, Marc?

20              MR. TOBEROFF:  Yes.  Just a second.

21              THE WITNESS:  It's the same document as

22        the '74 contract.

23              MS. LENS:  So this was already marked

24        today.

25              THE WITNESS:  Yes.

1    you know, mostly for Marvel because it kept the

2    style similar.  But, you know, you couldn't legally

3    force them.  If the person did too many things you

4    didn't like, you just didn't give them another

5    assignment.  That was up to what they wanted to do

6    and what you wanted to do.  It was a very free

7    market.

8              MR. TOBEROFF:  Next exhibit is 82,

9         correct?

10             I'd like to mark this drawing as

11   Exhibit 82.

12             (Exhibit Number 82 was identified.)

13   BY MR. TOBEROFF:

14        Q    I'd like to draw your attention to the

15   illustration at the top left of Exhibit 82.

16        A    Uh-huh.

17        Q    It's on the top half of Exhibit 82.

18        A    Yes.

19        Q    On the left side, it's a face.

20        A    Uh-huh.

21        Q    Do you recognize that character?

22             MS. LENS:  Objection to form.  Lacks

23        foundation.

24        A    It's a bearded man with a cloak.

25

```
                                                      Page 304
1   BY MR. TOBEROFF:
2        Q     Doesn't look familiar to you at all?
3              MS. LENS:  Same objections.  Lacks
4        foundation.
5        A     No.  It looks like any number of comic
6   book magicians over the years imitating Mandrake
7   going back into the '40s.
8   BY MR. TOBEROFF:
9        Q     So it doesn't look like any comic book
10  character we discussed today?
11             MS. LENS:  Objection to form.  It's been
12       asked and answered, lacks foundation.
13       A     Because I can't help seeing that the
14  envelope says Steve Ditko, it's obviously -- it
15  bears resemblance to Doctor Strange.  But any
16  character he drew in a cloak and mustache would have
17  a resemblance to Doctor Strange and also to Mandrake
18  the Magician and 100 other comic book magicians that
19  existed between 1940 and 1960.
20  BY MR. TOBEROFF:
21       Q     So you said this character resembles 100
22  other comic book characters?
23       A     Maybe that's an exaggeration but quite a
24  few.  There were a lot of comic book magicians.
25  They were all imitating the comic strip character
```

Page 311

1    repeal -- appeal from that judgment.

2         Q    When you started at Marvel in July of

3    1965, was Stan Lee and Steve Ditko on good terms?

4         A    One of the first things I had learned in

5    the first couple of days, Sol Brodsky was the one

6    who told me, was that Stan Lee and Steve Ditko, for

7    the last little bit, months or whatever, were not

8    even speaking to each other, which of course was

9    utterly astonishing to me.

10        Q    How long did that rift continue?

11        A    Well, I don't know exactly how long it

12   was going before I got there.  That was in July.

13   Steve walked in and quit near the end of the year,

14   so it was about a half a year.  But the actual

15   situation probably lasted a little longer than that

16   because it was there when I got there until the day

17   Steve walked in and said he was quitting.

18        Q    Would Steve Ditko plot Spider-Man stories

19   in addition to drawing them?

20        A    Yes, he did.  And he was credited for

21   that for the last year or so of his term there.  It

22   said plotted and drawn by Steve Ditko.

23        Q    Does that fairly describe what's called

24   the Marvel method?

25        A    It was -- it was a switch on the Marvel

1   BY MR. TOBEROFF:

2        Q      You also mentioned that Sol Brodsky --

3   Stan would sometimes give you directions through Sol

4   Brodsky; is that correct?

5        A      Yes.

6        Q      Would you sometimes communicate with Stan

7   through Sol Brodsky?

8        A      Occasionally.  Not so much.  If I had

9   something to say to Stan, I would usually say --

10  once in a while there would be something that was

11  just easier for Sol to tell him.  Or it would have

12  to do with both of them, so I would mention it to

13  Sol, and then Sol would talk to Stan if he needed

14  to.

15       Q      Why would Stan talk to you through Sol

16  Brodsky?

17              MS. LENS:  Objection to the extent it

18       lacks foundation.  Objection to form.

19       A      Well, he was a busy guy, and Sol would

20  want to take all -- any work away from him he could

21  and interpret it and then get my answer.  It would

22  just save Stan a lot of time because Sol very much

23  understood what Stan wanted.  He was just one of

24  those people who, you know, as John Verpoorten

25  became one of these people who's very good at

Page 338

1                    I N D E X

2                      *****

3    ROY THOMAS, JR.                                PAGE

4         Examination by Ms. Lens                      7

5         Examination by Mr. Toberoff               180

6         Further Examination by Ms. Lens           328

7         Further Examination by Mr. Toberoff       334

8                    E X H I B I T S

9    NUMBER       DESCRIPTION                       PAGE

10   Exhibit 62  AlterEgo magazine article, Rascally

11               Roy Celebrates 40 Years Since Modeling

12               with Millie No. 44, and a few More

13               Marvel Milestones!

14               2021MARVEL-71288 to 71402            93

15   Exhibit 63  The Jack Kirby Collector,

16               2021MARVEL-0070540 to 70607         175

17   Exhibit 64  Magazine, Comic Book Artist,

18               2021MARVEL-0036207 to 36236         176

19   Exhibit 65  AlterEgo magazine, "Roy Thomas on

20               Marvel in the 1970s!",

21               2021MARVEL-74335 to 74438            45

22   Exhibit 66  10/26/10 Vol. 1 Deposition of Roy

23               Thomas, 2021MARVEL-0043115 to 43320  171

24   Exhibit 67  10/27/10 Vol. 2 Deposition of Roy

25               Thomas, 2021MARVEL-0064804 to 9323   171

Page 339

1                        E X H I B I T S

2    NUMBER          DESCRIPTION                              PAGE

3    Exhibit 68  4/12/11 Deposition of Roy Thomas

4                2021MARVEL-0041265 to 41434              172

5    Exhibit 69  4/13/11 Deposition of Roy Thomas

6                2021MARVEL-0123147 to 123387             173

7    Exhibit 70  Trial, 10/13/99,

8                2021MARVEL-0081102 to 81239              174

9    Exhibit 71  Employment Contracts & Correspondence

10               from Roy Thomas, Confidential, 9/1/74,

11               Bates 2021MARVEL-88673 to 88680           51

12   Exhibit 72  Comic:  Tales of Suspense, "The Crimson

13               Dynamo strikes again!  And none,

14               but Iron Man can hope to stop him!"

15               2021MARVEL-0005039 to 5052                76

16   Exhibit 73  Marvel Comics Group Notepad note from

17               Roy to Jerry with comic samples,

18               2021MARVEL-0050273 to 50278               84

19   Exhibit 74  Comic:  Marvel Super-Heroes Featuring

20               Captain Marvel, 2021MARVEL-3353 to

21               3368                                      98

22   Exhibit 75  Comic:  Tales of Suspense Featuring

23               Iron Man and Captain America

24               Number 86, no Bates                      114

25

```
                                        Page 340
```

1                    E X H I B I T S

2     NUMBER          DESCRIPTION                        PAGE

3     Exhibit 76  Comic:  The Avengers, Number 39,

4                 2021MARVEL-0001682 to 1702        163

5     Exhibit 77  Plot:  The Avengers vs. Sub-Mariner

6                 (#40),  2021MARVEL-0071516 to 71578  166

7     Exhibit 78  Plot:  Avengers v. Super-Adaptoid,

8                 2021MARVEL-0071592 to 71594        167

9     Exhibit 79  Comic:  The Avengers Number 45,

10                2021MARVEL-0001724 to 1744         169

11    Exhibit 80  Subpoena for Roy Thomas            199

12    Exhibit 81  Responses and Objections to

13                Subpoena to Produce Documents,

14                Information, or Objects to Roy

15                Thomas                             211

16    Exhibit 82  Drawing with envelope to Patrick

17                Ditko                              303

18    Exhibit 83  Hero Initiative article, no Bates  326

19

20

21

22

23

24

25

Page 341

1              PREVIOUSLY MARKED EXHIBITS

2     NUMBER        DESCRIPTION                      PAGE

3     Exhibit 3    AlterEgo magazine article,

4                  Conversation with Larry Lieber,

5                  2021MARVEL-0027468 to 27481        67

6     Exhibit 8    Article:  Special Stan Lee 85th

7                  Birthday Issue, 2012MARVEL-0073287 to

8                  73370                             156

9     Exhibit 28   Comic:  The Fantastic Four,

10                 2021MARVEL-0023907 to 23908       169

11    Exhibit 31   Avengers Plot, 2021MARVEL-71572   161

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 342

```
 1          REQUESTS FOR MARKED PORTIONS OF TRANSCRIPT

 2     PAGE/LINE     DESCRIPTION

 3     185/8         Question by Toberoff:  Did you ask Marvel's

 4                   attorneys to represent you in this case?

 5     188/14        Question by Toberoff:  Did Marvel's attorneys tell

 6                   you why they were suggesting that they represent

 7                   you?

 8     190/2         Question by Toberoff:  And what did they tell you?

 9     218/13        Question by Toberoff:  What was -- at

10                   that meeting, what was said to you by Marvel's

11                   attorneys?

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 343

```
 1    STATE OF NORTH CAROLINA )

 2    COUNTY OF FORSYTH        )

 3                 REPORTER'S CERTIFICATE

 4              I, Audra Smith in and for the above county

 5    and state, certify that the person hereinbefore named was

 6    taken before me at the time and place and was sworn by me and

 7    that such deposition is a true record of the testimony given

 8    by such witness.

 9              I further certify that I am not related to

10    any of the parties to this action by blood or marriage and

11    that I am in no way interested in the outcome of this matter.

12              IN WITNESS WHEREOF, I have hereto set my

13    hand this 6th day of February, 2023.

14

15

      <%19326,Signature%>

16    _____

17    Audra Smith

18    Notary Number:  201329000033

19    Commission Expires:  June 26, 2025

20

21

22

23

24

25
```