# EXHIBIT 85

Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF NEW YORK
 3   Civil Action No.: 1:21-cv-05316-DG-TAM
     ------------------------------------------x
 4   MARVEL CHARACTERS, INC.,
 5                 Plaintiff,
 6          - against -
 7   NANCI SOLO and ERIK COLAN,
 8                 Defendant.
     ------------------------------------------x
 9   NANCI SOLO and ERIK COLAN,
10                 Counterclaimant,
11          - against -
12   MARVEL CHARACTERS, INC. and DOES 1-10
     inclusive,
13
14                 Counterclaim-Defendants.
     ------------------------------------------x
15              October 28, 2022
                8:11 a.m.
16
17       VIDEOTAPED DEPOSITION of NANCI SOLO,
18   pursuant to Federal Rule of Civil Procedure
19   30, held at the offices of O'Melveny &
20   Myers LLP, located at 7 Times Square, New
21   York, New York 10036, before Anthony
22   Giarro, a Registered Professional Reporter,
23   a Certified Realtime Reporter and a Notary
24   Public of the State of New York.
25
```

```
 1
 2     A P P E A R A N C E S :
 3
       O'MELVENY & MYERS LLP
 4      Attorneys for Marvel Characters, Inc.
        1999 Avenue of the Stars, 8th Floor
 5      Los Angeles, California 90067
        Telephone: (310) 553-6700
 6
       BY:   MOLLY M. LENS, ESQ.
 7           mlens@omm.com
             DANIELLE FEUER, ESQ.
 8           dfeuer@omm.com
             SALVATORE J. COCCHIARO, ESQ.
 9           scocchiaro@omm.com
             (via Zoom)
10           MATTHEW KAISER, ESQ.
             mkaiser@omm.com
11           (via Zoom)
12
13
14
15     TOBEROFF & ASSOCIATES, P.C.
        Attorneys for Keith Dettwiler
16      23823 Malibu Road, Suite 50-363,
        Malibu, California 90265
17
       BY:   MARC TOBEROFF, ESQ.
18           JAYMIE PARKKINEN, ESQ.
             (via Zoom)
19
20
21     ALSO PRESENT:
22                 MARCELO RIVERA, Videographer
                   ELI BARD, Marvel
23                 (via Zoom)
24
25
```

```
 1
 2              S T I P U L A T I O N S
 3
 4        IT IS HEREBY STIPULATED AND AGREED,
 5   by and among counsel for the respective
 6   parties hereto, that the filing, sealing
 7   and certification of the within deposition
 8   shall be and the same are hereby waived;
 9        IT IS FURTHER STIPULATED AND AGREED
10   that all objections, except as to form of
11   the question, shall be reserved to the time
12   of the trial;
13        IT IS FURTHER STIPULATED AND AGREED
14   that the within deposition may be signed
15   before any Notary Public with the same
16   force and effect as if signed and sworn to
17   before the Court.
18            *      *      *
19
20
21
22
23
24
25
```

Page 155

```
                        NANCI SOLO
 1
 2   prior experience in representing other
 3   comic book artists, are you aware that
 4   there are currently four other cases that
 5   are currently being litigated?  So, for
 6   example, this deposition is deemed being
 7   provided not only in your litigation, but
 8   also in four other lawsuits?
 9              MR. TOBEROFF:  Compound.
10       A      I don't know.
11       Q      Have you ever spoken with
12   Larry Lieber?
13       A      No.
14       Q      Do you know who he is?
15       A      I don't know, no.
16       Q      Have you ever spoken to
17   Steve Ditko?
18       A      No.
19       Q      Do you know who he is?
20       A      I've heard that name.
21       Q      Other than hearing the name,
22   do you know who he is?
23       A      No.
24       Q      Have you ever spoken to
25   anyone in the Ditko family, like Patrick
```

Page 156

1            NANCI SOLO
2    or Mark Ditko?
3         A       Not that I'm aware of, no.
4         Q       And how about Don Rico?  Do
5    you know who he is?
6         A       No.
7         Q       Have you ever spoken to
8    Michelle Hart-Rico or Buz Rico?
9         A       No.
10        Q       How about Don Heck?  Do you
11   know who he is?
12        A       I've heard that name.  I
13   don't know who he is.
14        Q       Have you spoken or
15   communicated with Keith Dettwiler?
16        A       No.
17        Q       Do you know who that is?
18        A       No.
19        Q       And I asked you if you'd
20   ever spoken with any of those
21   individuals, and you said no.
22                Is the same true, that
23   you've never corresponded with them
24   either?
25        A       Yes.  The same is true.  I

INDEX

EXAMINATION

|  | EXAMINATION | FURTHER EXAMINATION |
|---|---|---|
| Ms. Lens | 6 | 169 |
| Mr. Toberoff |  | 166 |

EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 38 | Video | 18 |
| Exhibit 39 | Transcript of Exhibit 38 video | 18 |
| Exhibit 40 | Video | 21 |
| Exhibit 41 | Transcript of Exhibit 40 video | 21 |
| Exhibit 42 | Audio recording | 22 |
| Exhibit 43 | Transcript of Exhibit 42 | 22 |
| Exhibit 44 | Audio recording | 23 |
| Exhibit 45 | Transcript of Exhibit 44 | 23 |
| Exhibit 46 | Handwritten letter | 25 |
| Exhibit 47 | E-mail | 27 |
| Exhibit 48 | E-mail | 29 |

Page 177

INDEX (Cont.)

| | | |
|---|---|---|
| Exhibit 49 | E-mail | 31 |
| Exhibit 50 | E-mail | 39 |
| Exhibit 51 | E-mails | 40 |
| Exhibit 52 | Confidential document | 46 |
| Exhibit 53 | E-mails | 53 |
| Exhibit 54 | E-mail | 57 |
| Exhibit 55 | E-mails | 60 |
| Exhibit 56 | Series of documents | 67 |
| Exhibit 57 | Responses and objections | 70 |
| Exhibit 58 | Copy of a book | 83 |
| Exhibit 59 | Letter | 149 |
| Exhibit 60 | Letter | 158 |

Page 178

```
 1
 2                    INDEX (Cont.)
 3
 4                    R U L I N G S
 5
 6    Page                                    Line
 7     35                                      6
 8    104                                     21
 9    106                                     17
10                    R E Q U E S T S
11
12     Page                                   Line
13     98                                     23
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATION

I, ANTHONY GIARRO, a Shorthand Reporter and a Notary Public, do hereby certify that the foregoing witness, NANCI SOLO, was duly sworn on the date indicated, and that the foregoing, to the best of my ability, is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any party to this action.

_____
ANTHONY GIARRO