# EXHIBIT 86

Page 1

```
                UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------------X
     MARVEL CHARACTERS, INC.,

             Plaintiff and Counterclaim-Defendant,

                  -against-      Case No.:
                                 1:21-cv-7955-LAK
                                 and consolidated
                                 cases, Nos.:
                                 21-cv-7957 LAK and
                                 21-cv-7959 LAK
     LAWRENCE D. LIEBER,
             Defendant and Counterclaimant.
     ------------------------------------------X
     MARVEL CHARACTERS, INC.,
             Plaintiff and Counterclaim-Defendant,
                     -against-
     KEITH A. DETTWILER, in his capaciity as
     Executor of the Estate of Donald L. Heck,
             Defendant and Counterclaimant.
     ------------------------------------------X
     MARVEL CHARACTERS, INC.,
             Plaintiff and Counterclaim-Defendant,
                     -against-
     PATRICK S. DITKO, in his capacity as
     Administrator of the Estate of Stephen J.
     Ditko,
             Defendant and Counterclaimant.
     ------------------------------------------X
                        DATE: October 25, 2022
                        TIME: 9:41 A.M.


        (Caption continues on following page.)
```

Page 2

2      REALTIME VIDEOTAPED DEPOSITION
3   of the Defendant, LARRY LIEBER, taken by
4   the Plaintiff and Counterclaim-Defendant,
5   pursuant to a Court Order and to the
6   Federal Rules of Civil Procedure, held at
7   the offices of O'Melveny & Myers, LLP, 7
8   Times Square, Times Square Tower, New York,
9   New York 10036, before Karyn Chiusano, a
10  Notary Public of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3
 4    O'MELVENY & MYERS, LLP
          Attorneys for the Plaintiff and
 5        Counterclaim-Defendant
          MARVEL CHARACTERS, INC.
 6        7 Times Square
          Times Square Tower
 7        New York, New York 10036
          BY: DANIEL PETROCELLI, ESQ.
 8        dpetrocelli@omm.com
 9
      TOBEROFF & ASSOCIATES, P.C.
10        Attorneys for the Defendant
          and Counterclaimant
11        LAWRENCE D. LIEBER
          23823 Malibu Road ~ Suite 50-363
12        Malibu, California 90265
          BY: MARC TOBEROFF, ESQ.
13        mtoberoff@toberoffandassociates.com
14
15
16    ALSO PRESENT:
          MARCELO RIVERA, Videographer
17        MOLLY LENS, O'Melveny & Myers, LLP
          DANIELLE FEUER, O'Melveny & Myers, LLP
18        ELI BARD, via Zoom
          JAYMIE PARKKINEN, via Zoom
19
20
21
22              *        *        *
23
24
25
```

Page 4

1
2      **F E D E R A L   S T I P U L A T I O N S**
3
4
5         IT IS HEREBY STIPULATED AND AGREED by and
6      between the counsel for the respective
7      parties herein that the sealing, filing and
8      certification of the within deposition be
9      waived; that the original of the deposition
10     may be signed and sworn to by the witness
11     before anyone authorized to administer an
12     oath, with the same effect as if signed
13     before a Judge of the Court; that an
14     unsigned copy of the deposition may be used
15     with the same force and effect as if signed
16     by the witness, 30 days after service of
17     the original & 1 copy of same upon counsel
18     for the witness.
19
20        IT IS FURTHER STIPULATED AND AGREED that
21     all objections except as to form, are
22     reserved to the time of trial.
23
24              *     *     *     *
25

```
                                              Page 156
 1                    LARRY LIEBER
 2           Q.    Okay.
 3           A.    -- as long as they accepted my
 4     work, they paid me for it.
 5           Q.    And you said Stan always
 6     accepted your work; correct?
 7                 MR. TOBEROFF:  Misstates his
 8           testimony.
 9           Q.    You can answer.
10           A.    Yes.
11                 Wait a minute.  As far as I
12     know, yes. Stan always -- I can't recall
13     him not.
14           Q.    Have you made any attempt to
15     get a copy of those checks from 1958 to
16     1965?
17           A.    No.
18                 I don't even -- no.
19           Q.    Let me ask you about some of
20     the characters.
21                 You worked on "IRON MAN";
22     right?
23           A.    Yes.
24           Q.    You wrote the script; right?
25           A.    Yes.
```

```
 1              LARRY LIEBER
 2              E X H I B I T S
 3
 4    PLAINTIFF'S  EXHIBITS
 5
 6    EXHIBIT     EXHIBIT                         PAGE
 7    NUMBER      DESCRIPTION
 8    1           Letter being dated
 9                January 31, 2011               23
10    2           Deposition transcript
11                with attached errata
12                sheet                          31
13    3           Document, entitled "A
14                Conversation with
15                Artist-Writer Larry Lieber,
16                conducted & Edited by Roy
17                Thomas, Transcribed by
18                Jon B. Knutson"                35
19    4           Document entitled:
20                "Comic Book Marketplace,
21                Special Halloween
22                Horror-Fest! Jim Warren's
23                Creepy & Eerie!  Plus:
24                Grisly, Gruesome and
25                Ghastly...Pre-Code
```

```
                                                    Page 316
 1                  LARRY LIEBER
 2              Horror!"                        41
 3      5       Document, entitled:
 4              "The Larry Lieber Interview,
 5              by Barry Dutter               43
 6      6       Document, entitled:
 7              "Tribute: 2003 Kirby Tribute
 8              Panel"                         45
 9      7       Document, entitled:  "20th
10              Century Danny Boy"            49
11      8       Document with picture of
12              Stan Lee on cover, entitled:
13              "Special STAN LEE 85th
14              Birthday Issue!"              51
15      9       Document, entitled:
16              "Alter Ego, It Finally
17              Happens!  Jack Kirby Takes
18              Over Alter Ego!"              54
19     10       CD of video                   60
20     11       Document, entitled:  "Back
21              Issue Icons Interview of
22              Larry Lieber"                 62
23     12       CD of podcast                 63
24     13       Transcript of podcast         63
25     14       Audiotape                     68
```

Page 317

1           LARRY LIEBER
2   15   Certified transcript of
3        interview                              68
4   16   E-mail                                 68
5   17   E-mail                                 80
6   18   E-mail                                 86
7   19   E-mail from Marvel: August
8        1961 Omnibus Introduction
9        from Cory Sedimeier,
10       dated Thursday, January
11       28, 2021 at 7:10 A.M.       93
12  20   "Tales of Suspense,
13       "IRON MAN" He Lives!
14       He Walks! He Conquers!"    158
15  21   One-page document,
16       entitled "RAWHIDE KID"
17       Gunfight with Yerby's
18       Yahoos!"                              176
19  22   Contract, beginning with
20       the words: "AGREEMENT made
21       this 14 day of June, 1978,
22       by and between Larry
23       Lieber"                               182
24  23   Complaint for Declaratory
25       Relief                                216

```
 1                    LARRY LIEBER
 2     24      Defendant Lieber's
 3             Second Amended Responses
 4             and Objections to
 5             Plaintiff's First
 6             Interrogatories to
 7             Lawrence D. Lieber          226
 8     25      Defendant Lieber's
 9             Responses and Objections
10             to Plaintiff's First Set
11             of Requests for
12             Admission to Lawrence D.
13             Lieber                      236
14     26      Plaintiff's First Request
15             of First Set of Requests
16             For Admission to Defendant
17             and Counterclaimant
18             Lawrence D. Lieber          239
19     27      Life insurance policy       305
20     28      Plot prepared by Stan
21             Lee                         309
22
23        (Exhibits retained by Court Reporter.)
24
25
```

Page 319

```
 1              LARRY LIEBER
 2                I N D E X
 3
 4    EXAMINATION BY                           PAGE
 5    MR. PETROCELLI                          9/289
 6    MR. TOBEROFF                             252
 7
 8    INFORMATION AND/OR DOCUMENTS REQUESTED
 9    INFORMATION AND/OR DOCUMENTS             PAGE
10    (None)
11
12
13
14
15    QUESTIONS MARKED FOR RULINGS
16    PAGE  LINE  QUESTION
17    72    6     Mr. Lieber, you did speak to
18                your counsel during the break;
19                is that correct?
```

```
 1                    LARRY LIEBER
 2              C E R T I F I C A T E
 3
 4    STATE OF NEW YORK        )
                               : SS.:
 5    COUNTY OF NEW YORK       )
 6
 7          I, KARYN CHIUSANO, a Notary Public
 8    for and within the State of New York, do
 9    hereby certify:
10          That the witness whose examination is
11    hereinbefore set forth was duly sworn and
12    that such examination is a true record of
13    the testimony given by that witness.
14          I further certify that I am not
15    related to any of the parties to this
16    action by blood or by marriage and that I
17    am in no way interested in the outcome of
18    this matter.
19          IN WITNESS WHEREOF, I have hereunto
20    set my hand this 17th day of November,
21    2022.
22
23    <%18034,Signature%>
      KARYN CHIUSANO
24
25
```