# EXHIBIT 87

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF COLORADO
 3
 4    _____
                                    )
 5    STAN LEE MEDIA, INC.,         )
                                    )
 6              Plaintiff,          )
                                    )
 7        vs.                       ) Civil Action No.
                                    ) 1:12-cv-02663-WJM-KMT
 8    THE WALT DISNEY COMPANY,      )
                                    )
 9              Defendants.         )
      _____)
10
11
12
13
14            VIDEOTAPED DEPOSITION OF STAN LEE
15                 Beverly Hills, California
16                 Thursday, March 14, 2013
17                         Volume 2
18
19
20
21    Reported by:
      ALENE M. CASTRO
22    CSR No. 4847
23    Job No. 1619771
24
25    PAGES 71 - 133
```

Page 71

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3
 4    _____
                                       )
 5    STAN LEE MEDIA, INC.,            )
                                       )
 6              Plaintiff,             )
                                       )
 7        vs.                          ) Civil Action No.
                                       ) 1:12-cv-02663-WJM-KMT
 8    THE WALT DISNEY COMPANY,         )
                                       )
 9              Defendants.            )
      _____)
10
11
12
13
14        Videotaped deposition of STAN LEE, Volume 2,
15    taken on behalf of Plaintiff, at 9601 Wilshire
16    Boulevard, Suite 700, Beverly Hills, California,
17    beginning at 8:55 a.m. and ending at 10:09 a.m. on
18    Thursday, March 14, 2013, before ALENE M. CASTRO,
19    Certified Shorthand Reporter No. 4847.
20
21
22
23
24
25
```

Page 72

2021MARVEL-0131406

```
 1    APPEARANCES:
 2
 3    For Plaintiff Stan Lee Media, Inc.:
 4         EISNER CAHAN GORRY CHAPMAN ROSS & JAFFE
 5         BY:  ROBERT S. CHAPMAN
 6         BY:  JAMES MOLEN
 7         Attorneys at Law
 8         9601 Wilshire Boulevard, Suite 700
 9         Beverly Hills, California 90210
10         (310) 855-3200
11         rchapman@eisnerlaw.com
12         jmolen@eisnerlaw.com
13
14    For Defendant The Walt Disney Company:
15         WEIL, GOTSCHAL & MANGES LLP
16         BY:  BRUCE R. RICH
17         BY:  RANDI W. SINGER
18         Attorneys at Law
19         767 Fifth Avenue
20         New York, New York 10153-0119
21         (212) 310-8152
22         bruce.rich@weil.com
23         randi.singer@weil.com
24
25
```

Page 73

```
 1     APPEARANCES (continued):
 2
 3     For Stan Lee Individually:
 4          SHERMAN & HOWARD
 5          BY:  MARK W. WILLIAMS
 6          Attorney at Law
 7          633 Seventeenth Street, Suite 3000
 8          Denver, Colorado  80202-3622
 9          mwilliams@shermanhoward.com
10          (303) 299-8211
11
12          --and--
13
14          GANFER & SHORE LLP
15          BY:  IRA BRAD MATETSKY
16          Attorney at Law
17          360 Lexington Avenue
18          New York, New York  10017
19          (212) 922-9250
20          imatetsky@ganfershore.com
21
22
23
24
25
```

Page 74

2021MARVEL-0131408

```
 1    APPEARANCES (Continued):
 2
 3    Also Present:
 4         MICHAEL WOLK, Walt Disney Corporate Representative
 5         ELI BARD, Deputy Chief Counsel, Marvel
 6         Entertainment
 7
 8    Videographer:
 9         GRANT CIHLAR
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 75

2021MARVEL-0131409

```
 1                      INDEX
 2   WITNESS                                  EXAMINATION
 3   STAN LEE
 4   Volume 2
 5
 6              BY MR. RICH                       82
 7              BY MR. CHAPMAN                   128
 8
 9
10                     EXHIBITS
11   NUMBER                                          PAGE
12   Exhibit 11   Excerpt from the Origins of        100
13                Marvel Comics by Stan Lee
14
15   Exhibit 12   100 New Yorkers of the 1970s by    102
16                Max Millard
17
18   Exhibit 13   Stan Lee Conversations             104
19
20   Exhibit 14   LexisNexis document, Stan Lee      108
21                Abloom at 80; Marvel's Dad Plants
22                Comics on Internet
23
24
25
```

Page 76

```
 1   INDEX (Continued):
 2                       EXHIBITS
 3   NUMBER                                              PAGE
 4   Exhibit 15    LexisNexis document, Superhero        110
 5                 Worship; Stan Lee, The Original
 6                 X-Man
 7
 8   Exhibit 16    Letter agreement dated April 9,       113
 9                 1976 to Stan Lee from Marvel
10                 Entertainment; M_CJ7 14477-14479
11
12   Exhibit 17    Letter agreement dated April 1,       115
13                 1980, to Stan Lee from Marvel
14                 Entertainment; Lee 0054-0062
15
16   Exhibit 18    Letter agreement dated April 1,       116
17                 1980, to Stan Lee from Marvel
18                 Entertainment; Lee 0067
19
20   Exhibit 19    Letter agreement dated March 28,      117
21                 1988, to Peter Bierstedt from
22                 Engel & Engel; Lee 0071-0072
23
24
25
```

```
INDEX (Continued):

                         EXHIBITS
NUMBER                                                  PAGE

Exhibit 20     Employment Agreement dated               118
               12/22/89 between Stan Lee and
               Marvel Entertainment Group; Lee
               0083-0085


Exhibit 21     Employment Agreement dated 4/1/94        120
               between Stan Lee and Marvel
               Entertainment; Lee 0095-0097


Exhibit 22-A   Employment Agreement dated April         121
               1, 1994, between Stan Lee and
               Marvel Entertainment Group; Lee
               0101-0105


Exhibit 22-B   Employment Agreement dated April         122
               12, 1994 between Stan Lee and New
               World Family Filmworks Ltd.; Lee
               0106-0109


Exhibit 23     Excelsior The Amazing Life of            128
               Stan Lee by Stan Lee and George
               Mair
```

Page 78

Sarnoff, A VERITEXT COMPANY
877-955-3855

2021MARVEL-0131412

```
 1   INDEX (Continued):
 2
 3              PREVIOUSLY MARKED EXHIBITS*
 4              NUMBER                  PAGE
 5                2                      111
 6
 7           * Retained by Counsel
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 79

2021MARVEL-0131413

```
 1   in or around October of 1998, the Stan Lee Media
 2   agreement?
 3        A    Uh-huh.
 4        Q    This quotes you as saying, quote, "I have
 5   created a dozen brand new characters that I will be        09:27:59
 6   announcing as soon as everything is set.  These
 7   characters will belong to me.  It's funny, after all
 8   the characters I created for Marvel, none of them
 9   were actually mine.  They all belonged to the
10   company," unquote.                                         09:28:18
11            Was that a true and accurate statement at
12   the time?
13        A    Yes.
14        Q    I'll show you a second article which we'll
15   mark as Lee 15.  This one is from a little bit            09:28:30
16   later, July 20, 2000, from the Chicago Tribune
17   newspaper.  And at the bottom of the first page over
18   to the second page, you are quoted here as saying
19   the following: "Anything I create Stan Lee Media
20   will own, and that's a great feeling.  At Marvel I        09:29:08
21   was an employee, a writer for hire.  No one who
22   worked for a comics company back then owned anything
23   they created," unquote.
24            Was that also an accurate statement?
25        A    Yes.                                            09:29:26
```

Page 109

```
 1
 2
 3
 4         I, STAN LEE, do hereby declare under
 5   penalty of perjury that I have read the foregoing
 6   transcript; that I have made any corrections as
 7   appear noted, in ink, initialed by me, or attached
 8   hereto; that my testimony as contained herein, as
 9   corrected, is true and correct.
10       EXECUTED this 22 day of April 2013,
11   at  Beverly Hills   ,    CA           .
            (City)                  (State)
12
13
14
15                    [signature]
16            STAN LEE
              Volume 2
17
18
19
20
21
22
23
24
25
                                          Page 132
```

2021MARVEL-0131466

## ACKNOWLEDGMENT

State of California
County of __Los Angeles__ )

On __April 22, 2013__ before me, __Kimberly Luperi__
(insert name and title of the officer)

personally appeared __Stan Lee__ ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __/s/__  (Seal)

KIMBERLY LUPERI
Commission # 1949954
Notary Public - California
Los Angeles County
My Comm. Expires Aug 27, 2015

```
 1          I, the undersigned, a Certified Shorthand
 2  Reporter of the State of California, do hereby
 3  certify:
 4          That the foregoing proceedings were taken
 5  before me at the time and place herein set forth;
 6  that any witnesses in the foregoing proceedings,
 7  prior to testifying, were administered an oath; that
 8  a record of the proceedings was made by me using
 9  machine shorthand which was thereafter transcribed
10  under my direction; that the foregoing transcript is
11  a true record of the testimony given.
12          Further, that if the foregoing pertains to
13  the original transcript of a deposition in a Federal
14  Case, before completion of the proceedings, review
15  of the transcript [ ] was [ ] was not requested.
16          I further certify I am neither financially
17  interested in the action nor a relative or employee
18  of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date
20  subscribed my name.
21
22  Dated: March 16th, 2013
23                    _____
24                    ALENE M. CASTRO
25                    CSR No. 4847
```

Page 133