# EXHIBIT 88

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1               UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3
 4   MARVEL WORLDWIDE, INC.,              )
 5   MARVEL CHARACTERS, INC. and          )
 6   MVL RIGHTS, LLC,                     )
 7                       PLAINTIFFS,      )
 8                                        )
 9         VS.                            ) NO. 10-141-CMKF
10                                        )
11   LISA R. KIRBY, BARBARA J. KIRBY,     )
12   NEAL L. KIRBY and SUSAN N. KIRBY,    )
13                       DEFENDANTS.      )
14   _____)
15
16         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
17            VIDEOTAPED DEPOSITION OF STAN LEE
18                  LOS ANGELES, CALIFORNIA
19                     MAY 13, 2010
20
21
22   REPORTED BY:
23   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, CLR
24   JOB NO.: 30189
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1
 2
 3
 4
 5
 6
 7                         May 13, 2010
 8                          9:35 a.m.
 9
10
11
12
13         Deposition of Stan Lee, taken on behalf of
14    Plaintiffs, held at the offices of Paul Hastings,
15    515 South Flower Street, 25th Floor, Los Angeles,
16    California, before Christy A. Cannariato,
17    CSR #7954, RPR, CRR.
18
19
20
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 3

```
 1              A P P E A R A N C E S
 2
 3   REPRESENTING THE PLAINTIFFS:
 4
 5   WEIL, GOTSHAL & MANGES, LLP
 6   BY:  JAMES W. QUINN, ESQ.
 7   RANDI W. SINGER, ESQ.
 8   767 FIFTH AVENUE
 9   NEW YORK, NY  10153
10
11   -AND-
12
13   HAYNES AND BOONE, LLP
14   BY:  DAVID FLEISCHER, ESQ.
15   1221 AVENUE OF THE AMERICAS, 26TH FLOOR
16   NEW YORK, NY  10020
17
18
19   REPRESENTING THE DEFENDANTS:
20
21   TOBEROFF & ASSOCIATES, P.C.
22   BY:  MARC TOBEROFF, ESQ.
23   2049 CENTURY PARK EAST, SUITE 2720
24   LOS ANGELES, CA  90067
25
```

2021MARVEL-0130806

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 4

```
 1                APPEARANCES (Cont'd)
 2
 3
 4   FOR THE WITNESS:
 5
 6   GANFER & SHORE, LLP
 7   BY:  ARTHUR LIEBERMAN, ESQ.
 8   360 LEXINGTON AVENUE, 14TH FLOOR
 9   NEW YORK, NY  10017
10   REPRESENTING
11
12
13
14
15
16
17
18   ALSO PRESENT:
19   BRENT JORDAN, VIDEOGRAPHER
20   ELI BARD, MARVEL ENTERTAINMENT
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 5

```
                         I N D E X

EXAMINATION BY                                              PAGE

MR. QUINN.....................................................8


----------------------------------------------------------------

                         EXHIBITS

EXHIBIT DESCRIPTION                                         PAGE


Lee Exhibit 1
Affidavit of Stan Lee........................................23


Lee Exhibit 2
Affidavit of Millicent Shuriff...............................29


Lee Exhibit 3
Article by Nat Freedland, "Super Heroes With Super
Problems," NY Herald Tribune, 1/9/66.........................39


Lee Exhibit 4
Reprint "Super-Heroes with Super Problems"...................39


Lee Exhibit 5 - Retained by Counsel for Plaintiff
Jack Kirby Collector Fifty-Four..............................49
```

2021MARVEL-0130808

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 6

```
 1                        EXHIBITS
 2   EXHIBIT DESCRIPTION                                    PAGE
 3
 4   Lee Exhibit 6
 5   Color Photocopy of "Fantastic Four"....................53
 6
 7   Lee Exhibit 7 - Retained by Counsel for Plaintiff
 8   Book, Alter Ego........................................62
 9
10   Lee Exhibit 8
11   Deposition transcript of Stan Lee 11/18/03............102
12
13   Lee Exhibit 9
14   DVD titled Stan Lee Deposition Audio and Video Clips..103
15
16   Lee Exhibit 10
17   Collection of Audio CD labels from University of
18   Wyoming...............................................103
19
20   Lee Exhibit 11 - Retained by Counsel for Plaintiff
21   Book, Stan Lee Conversations, Edited by
22   Jeff McLaughlin.......................................121
23
24   Lee Exhibit 12 - Retained by Counsel for Plaintiff
25   Book, Origins of Marvel Comics, by Stan Lee...........120
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 120

1  S. LEE

2

3      STAN LEE:  I never owned these
4      characters.  I did them as a work for hire.  So
5      the company owned the characters.

6

7      Q.     BY MR. QUINN:  And that's still consistent
8  with what you believe today?
9      A.     Yes.
10             (Lee Exhibit 12 marked for identification.)
11     Q.     Now, I want to mark, and I think we may have
12  already marked it this one -- I don't think we have a copy
13  of, but I'm only going to ask you a couple of questions --
14  as Exhibit 12.  It's a book entitled, "Origins of Marvel
15  Comics," by Stan Lee.
16             And could you tell us what that book is?
17     A.     At some time in the past Simon & Schuster
18  wanted to do a book about Marvel, and they asked me to
19  write it.  And they wanted to know how I came up with the
20  ideas for the various characters, what the origins were of
21  the characters.  So I turned out this book, and they sold
22  it.
23             It did very well, actually.  They asked for a
24  sequel.  I did "Son of Origins of Marvel."  Then I did one
25  about the villains called, "Bring on the Bad Guys."  And

2021MARVEL-0130923

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 147

1                    C E R T I F I C A T E
2
3    STATE OF CALIFORNIA           )
4                                  )SS.:
5    COUNTY OF LOS ANGELES         )
6
7              I, CHRISTY A. CANNARIATO, a Certified
8         Shorthand Reporter within and for the State
9         of California, do hereby certify:
10             That Stan Lee, the witness
11        whose deposition is hereinbefore set forth,
12        was duly sworn by me and that such
13        deposition is a true record of the
14        testimony given by such witness.
15             I further certify that I am not
16        related to any of the parties to this
17        action by blood or marriage; and that I am
18        in no way interested in the outcome of this
19        matter.
20             IN WITNESS WHEREOF, I have hereunto
21        set my hand this 25th day of May, 2010.
22
23             _[signature]_
24        _____
25        CHRISTY A. CANNARIATO, CSR #7954

Marvel Worldwide, Inc., Marvel Characters, Inc., and MVL Rights, LLC
v.
Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan N. Kirby

Civil Action No. 10 Civ. 141 (CM) (KNF)

Southern District of New York

ERRATA SHEET FOR THE MAY 13, 2010 DEPOSITION OF STAN LEE

| PAGE/ LINE NO. | CHANGE | REASON FOR CHANGE |
|---|---|---|
| 14:16 | "grownup" should be "grown up" | Typographical error |
| 21:7 | "fill in" should be "villain" | Typographical error |
| 34:8 | "Then I would send it to the inker" should be "Then, after it was lettered by the letterer, I would send it to the inker." | Clarification |
| 35:19 | "talk it with the artist" should be "talk about it with the artist" | Typographical error |
| 38:12 | "news stand" should be "newsstand" | Typographical error |
| 40:17 | "Kirby a veteran comic book artist," should be "Kirby, a veteran comic book artist," | Typographical error |
| 42:20 | "thus and such" should be "such and such" | Typographical error |
| 49:12 | "Collection" should be "Collector" | Typographical error |
| 53:8 | "Os" should be "O's" | Typographical error |
| 55:3 | "Dr. doom" should be "Dr. Doom" | Typographical error |
| 56:2 | "might have decide to" should be "might have decided to" | Typographical error |
| 64:25 | "the Fantastic Four" should be "The Fantastic Four" | Typographical error |
| 65:20 | "See later part of the article" should be "see latter part of article." | Clarification |
| 65:23 | "synopses with Marvel artists, often working merely" should be "synopses, with Marvel artists often working merely" | Typographical error |
| 65:24 | "brief conversations" should be "brief conversations," | Typographical error |
| 67:17 | "the thing" should be "the Thing" | Typographical error |
| 67:21-22 | "such a ugly monstrous looking guy" should be "such an ugly, monstrous-looking guy" | Typographical error |
| 69:6 | "started drawing" should be "started drawing," | Typographical error |
| 69:8-0 | "action sequence may have been suggested, then, as well by either man." should be "action sequence, may have been suggested then, as well, by either man." | Typographical error |

| 70:20 | "this mind" should be "in mind" | Typographical error |
|---|---|---|
| 74:24 | "insect Man? fly Man?" should be "Insect Man? Fly Man?" | Typographical error |
| 75:2 | "Spider-Man" should be "The Spider" | Typographical error |
| 75:13 | "type" should be "types" | Typographical error |
| 76:11 | "I didn't mention that" should be "I mentioned that" | Clarification |
| 80:16 | "the thing" should be "the Thing" | Typographical error |
| 81:5 | "I remember Dr. Jekyll" should be "I remembered Dr. Jekyll" | Typographical error |
| 86:18 | "Happy hogan" should be "Happy Hogan" | Typographical error |
| 91:14 | "And how you do that." should be "And how do you do that?" | Typographical error |
| 96:5 | "Sgt. fury" should be "Sgt. Fury" | Typographical error |
| 97:15 | "loaner" should be "loner" | Typographical error |
| 97:17 | "also powerful" should be "all so powerful" | Typographical error |
| 100:2 | "the raw hide kid tell us about The Rawhide Kid" should be "The Rawhide Kid. Tell us about The Rawhide Kid." | Typographical error |
| 104:12 | "Stanley Deposition" should be "Stan Lee Deposition | Typographical error |
| 110:3 | "I know What" should be "I know what" | Typographical error |
| 110:4 | "That sounds that" should be "That sounds like that" | Typographical error |
| 110:18 | "spider-man" should be "Spider-Man" | Typographical error |
| 112:4 | "Stanley deposition" should be "Stan Lee deposition" | Typographical error |
| 112:6 | "Stanley" should be "Stan Lee" | Typographical error |
| 121:2-3 | "The Superhero Women.'" should be "'The Superhero Women.'" | Typographical error |
| 123:2 | "mr." should be "Mr." | Typographical error |
| 123:14 | "whose" should be "who's" | Typographical error |

*[Signature: Stan Lee]*
*7/2/10*

2021MARVEL-0130952

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __July 2, 2010__ before me, __Susan M. Dymond, a Notary Public__
Here Insert Name and Title of the Officer

personally appeared __Stan Lee__
Name(s) of Signer(s)

[Notary Seal: SUSAN M. DYMOND, NOTARY PUBLIC - CALIFORNIA, COMMISSION # 1857651, LOS ANGELES COUNTY, My Comm. Exp. July 12, 2013]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Susan M. Dymond__
Signature of Notary Public

Place Notary Seal Above

--- OPTIONAL ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Errata Sheet for the May 13, 2010 Deposition__

Document Date: __7-2-10__    Number of Pages: __2__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Stan Lee__
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER – Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER – Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder Call Toll-Free 1-800-876-6827