# EXHIBIT 89

**Warner Bros./The Siegel Actions ("Superman")**
# James Steranko
**3/6/2007**

**Printed : 4/15/2010**

James Steranko  3/6/2007  8:53:00 AM

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
|   | CENTRAL DISTRICT OF CALIFORNIA |
| 2 | EASTERN DIVISION |
|   | - - - |
| 3 | JOANNE SIEGEL and        : |
|   | LAURA SIEGEL LARSON,     : |
| 4 |       Plaintiffs,   : |
|   |                     : |
| 5 |       vs.           : |
|   |                     : Case No. 04-8400 |
| 6 | TIME WARNER INC.; WARNER : |
|   | COMMUNICATIONS INC.;     : Case No. 04-8776 |
| 7 | WARNER BROS. ENTERTAINMENT: |
|   | INC.; WARNER BROS.       : |
| 8 | TELEVISION PRODUCTION    : |
|   | INC.; DC COMICS; and     : |
| 9 | DOES 1-10,               : |
|   |       Defendants.   : |
| 10 |       - - - |
| 11 | Philadelphia, Pennsylvania |
| 12 |   Tuesday, March 6, 2007 |
| 13 | |
| 14 |       - - - |
| 15 | |
| 16 |       Videotaped Deposition of JAMES |
| 17 | STERANKO held at Morgan, Lewis & Bockius, LLP, |
| 18 | 1701 Market Street, on the above date, |
| 19 | beginning at 2:17 p.m., before Kimberly A. |
| 20 | Overwise, a Certified Realtime Reporter and |
| 21 | Notary Public. |
| 22 |       - - - |
| 23 | |
| 24 | |
| 25 | |

James Steranko  3/6/2007  8:53:00 AM

1    APPEARANCES:

     MARC TOBEROFF, ESQ.

2    Law Offices of Marc Toberoff PLC

     2049 Century Park East, Suite 2720

3    Los Angeles, CA  90067

4    Counsel for Plaintiffs and

     Counterclaim Defendants

5

     PATRICK T. PERKINS, ESQ.

6    Perkins Law Office, PC

     1711 Route 9D

7    Cold Spring, NY  10516

8    Counsel for Defendants and

9    Counterclaimants

10

11

12    ALSO PRESENT:

13    Brian Sappio

14    Jacqueline Vassalotti

15    Videographers

16

17

18

19

20

21

22

23

24         (INDEX at end of transcript.)

25

1       James Steranko

2   by Detective and DC Comics?

3       A   I think he was treated very well at

4   some times and very badly at others.

5       Q   I'd like to turn to Page 4 of your

6   report if we could.  It says Analysis.  Do you

7   see that?

8       A   Yes.

9       Q   The first subheading is A,

10  Work-for-Hire issue.  Do you see that?

11      A   Yes.

12      Q   What is your understanding of what

13  the word work -- the phrase "work for hire"

14  means?

15          MR. TOBEROFF:  Calls for a

16  legal conclusion.

17          You can answer.

18      A   I believe that work for hire

19  indicates that an employee dictates a specific

20  set of terms, elements, designations, details,

21  sometimes reference material, perhaps a plot

22  outline, a treatment, a synopsis to the

23  employee; sometimes that work is done under

24  direct supervision of the employer; that the

25  employer has significant control over the

James Steranko  3/6/2007  8:53:00 AM

1     James Steranko

2  nature of the material and ultimately that

3  it's turned over to him and that he owns it

4  completely.

5     Q  Are you aware that work for hire is

6  a legal concept?

7     A  Yes.

8     Q  Do you know what the legal test is

9  for determining whether or not a work is a

10 work for hire?

11    A  I may have discussed this with

12 various people along the way.  I'm not sure

13 that I can give you a definitive answer or

14 even if I ever knew precisely what the legal

15 test would be.

16    Q  Can you give me your best attempt at

17 identifying what the legal test is for what is

18 a work for hire?

19       MR. TOBEROFF:  Calls for a

20    legal conclusion.  He's not a lawyer.

21    A  I'd say that the employer must

22 provide a significant basis for the material,

23 the subject matter, for example, synopsis of

24 the story, or provide reference for the

25 characters, that there's a significant amount

James Steranko  3/6/2007  8:53:00 AM

1           James Steranko

2    of input, and that they pay for the work.

3       Q   What is the basis for your opinion

4    that that is the test?

5           MR. TOBEROFF:  Asked and

6    answered.

7           You can answer.

8       A   When I worked at Marvel, I was on a

9    work for hire basis.  They provided me with

10   description of the character.  Sometimes they

11   gave me pencil breakdowns to work from.

12   Occasionally they would give me, especially in

13   the beginning, treatment, synopsis of the

14   material that they were looking for.  There

15   was supervision, particularly in the early

16   part of my tour at Marvel.  And finally that

17   paycheck that was stamped work for hire.  A

18   little stamp on the opposite side I think said

19   work for hire, which I often just crossed off

20   just to see what would happen with it, and the

21   check was cashed and I got paid anyway.  But

22   my experience at Marvel would be the basis for

23   that comment.

24       Q   Are you familiar with any cases, the

25   names of any cases where the work for hire

1         I N D E X

    WITNESS:                    Page
2   JAMES STERANKO
       By Mr. Perkins              4
3

4         E X H I B I T S
    No.         Description      Page
5   Exhibit 1    Subpoena           9
    Exhibit 2    Subpoena           9
6   Exhibit 3    Subpoena          44
    Exhibit 4    Initial Designation  56
7            of Expert Witness
8
9   Exhibit 5    Action Comics No. 1   153
10
11  Exhibit 6    Superboy script    204
12
13  Exhibit 7    Comic book panel   233
14
15  Exhibit 8    More Fun Comics No.  235
16            101
17  Exhibit 9    Superman No. 1    236
18  Exhibit 10   Expert Rebuttal   239
19            Witness Disclosure
20
21
22
23
24
25