# EXHIBIT 90



DEFENDANT'S EXHIBIT AW

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - -x

JOSEPH H. SIMON, :

                Plaintiff, :

  -against- :

MARTIN GOODMAN and JEAN GOODMAN, in- :
dividually, and d/b/a MAGAZINE MANAGE-
MENT COMPANY, KRANTS FILMS, INC., RKO :
GENERAL, INC., and WESTON MERCHANDISING
CORP., :

                Defendants. :

- - - - - - - - - - - - - - - - - - - - - -x

                    375 Park Avenue,
                    New York, N.Y.

                    December 14, 1967,
                    2:00 p.m.

       EXAMINATION BEFORE TRIAL of MARTIN GOODMAN,

a defendant herein, taken by the plaintiff

pursuant to notice dated November 16, 1967

and stipulations between counsel, before a

Notary Public of the State of New York.

            RAYVID REPORTING SERVICE
           CERTIFIED STENOTYPE REPORTERS
               150 NASSAU STREET
              NEW YORK, N.Y. 10038

                CORTLANDT 7-3877
                        3878

MARVEL 002173

2021MARVEL-0041165

|    |   |                                                                  |
|----|---|------------------------------------------------------------------|
| 1  |   | Goodman                                                     5    |
| 2  |   | original one was Newsstand Publication, Timely Comics           |
| 3  |   | and there may have been another but I can't recall.             |
| 4  |   | MR. BRAINAD: I would like the record to                         |
| 5  |   | show that we have supplied a list of the corpora-              |
| 6  |   | tions participating in this publishing business                 |
| 7  |   | in our bill of particulars as shown in those                    |
| 8  |   | records which are now available to you.                         |
| 9  | Q | When was CaptainAmerica first published?                        |
| 10 | A | As near as I can recall the early part of 1940.                 |
| 11 | Q | Who published it?                                               |
| 12 | A | One of my corporations.                                         |
| 13 | Q | Which one?                                                      |
| 14 | A | I cant recall which one.                                        |
| 15 | Q | Did you have the first publication copy-                        |
| 16 |   | righted?                                                        |
| 17 | A | I would believe so.                                             |
| 18 | Q | In whose name was it copyrighted?                               |
| 19 | A | Under the corporation that published it.                        |
| 20 | Q | What is the name of the corporation?                            |
| 21 | A | I don't know offhand.                                           |
| 22 | Q | Where is the copyright?                                         |
| 23 |   | MR. BRAINAD: Excuse me, could you explain                       |
| 24 |   | what you mean?                                                  |
| 25 |   | MR. REISKIND: Registration of copyright.                        |

MARVEL 002177

2021MARVEL-0041169

# INDEX

| WITNESS | PAGE |
|---|---|
| Martin Goodman | 45 |

## EXHIBITS

| PLAINTIFF'S FOR IDENTIFICATION | | PAGE |
|---|---|---|
| 1 | Letter dated January 9, 1941. | 52 |
| 2 | Notice of deposition. | 58 |
| 3 | Document entitled Schedule 1. | 67 |
| 4 | Contract dated September 27, 1943. | 95 |

MARVEL 002264

2021MARVEL-0041263

101

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NEW YORK )

### CERTIFICATE OF REPORTER

I, NORMAN ROSEN, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify that the within continued examination before trial in the Matter of Simon against Goodman et al, was held on January 19, 1968, at 10:30 A. M., at the offices of Friend & Reiskind, Esqs., 375 Park Avenue, New York, New York, and faithfully and impartially recorded stenographically the said questions, answers and colloquy.

I further certify that after said examination before trial was recorded stenographically by me, was reduced to typewriting under my supervision and hereby submit that the within contents of said examination before trial is true and accurate, to the best of my ability.

I further certify that I am not a relative nor an attorney for the within parties connected with the aforesaid examination before trial, nor otherwise interested in the testimony of the witness MARTIN GOODMAN, a defendant herein.