# EXHIBIT 92



## MARVEL COMIC GROUP

**MARTIN GOODMAN, Publisher**

2,000,000 monthly average guaranteed

350 Fifth Avenue
New York 1, N. Y.
BRyant 9-5890

Rate Card No. 6
Effective with issue of July, 1948

Monthly Groups are issued largely from the following. Titles and composition of the various units within Marvel Comic Group are subject to change without notice.

| RED UNIT | Willie the Model (Former Marvel Comic Group) | BLUE-YELLOW UNITS | |
|---|---|---|---|
| Annie Oakley | Willie the Model | All True Crime Cases | Jeanie |
| Blackstone | Namora | All Winners | Human Torch |
| Blonde Phantom | Nellie the Nurse | Captain America | Hedy de Vine |
| Complete Mystery | Patsy Walker | Cindy | Gay Comics |
| Crimefighters | Sub-Mariner | Comedy Comics | Frankie |
| Georgie | Sun Girl | Crime Exposed | |
| Ideal Comics | Teen Comics | Oscar | |
| Joker Comics | Tessie the Typist | Mitzi | |
| Justice | Tex Morgan | Lana | |
| Lawbreakers | Two Gun Kid | Krazy Komics | |
| Marvel Comics | Wild Western | Kid Colt—Outlaw | |
| Margie | Willie | Junior Miss | |
| | | Powerhouse Pepper | |
| | | Rusty | |
| | | Super Rabbit | |
| | | Venus | |
| | | Wacky Duck | |

Page and Cover Size.................. 6" x 9¼"     Column Width.................................2"
½ Page Size........................... 6" x 4½"     No Bleed Pages or Covers accepted

Plates made at no cost to advertiser. Complete Black and White original art in position, ready to photograph, required. Velox Print may be supplied in place of original art. For color pages, color breakdown must be supplied. Type size recommended 6 point or larger. Only line material accepted. Copy subject to publisher's approval. Advertisements and key numbers placed in any one unit must be identical for that entire unit. Advertisements and key numbers placed in more than one unit of Marvel Comic Group, and receiving advantage of reduced rate for such combination of units, must be identical for all units. Preference given to advertisers purchasing space in larger units in cases of conflict.

Guarantees (net paid monthly circulations based on averages for year): Marvel Comic Group 8,000,000 per month; Red Unit* 4,000,000 per month ABC; Blue Unit 2,000,000 per month; Yellow Unit 2,000,000 per month. Agency Commission 15%. Cash Discount 2% within 10 days from date of invoice. Orders beyond three months accepted at rates then prevailing.

\* Former Marvel Comic Group.

Magazines appear on sale during first month preceding date of issue. Firm Order closing date is 1st day of 3rd month preceding date of issue. Copy can be accepted until 7th day of 3rd month preceding date of issue. Cancellations not accepted after Firm Order closing date. Covers are not cancellable.

Marvel Comic Group
350 Fifth Avenue
New York 1, N. Y.
BRyant 9-5890

William R. Stewart
9 South Clinton Street
Chicago 6, Illinois
FRanklin 5494

2021MARVEL-0039904

## MARVEL COMIC GROUP

8,000,000 monthly average guaranteed

(consists each month of the Red, Blue and Yellow Units for that month)

| | | | |
|---|---|---|---|
| 1 Page (4 colors)..................... $6,400.00 | | 2nd or 3rd Cover (B & W)................... $ 7,200.00 | |
| ½ Page (4 colors)..................... 3,600.00 | | 4th Cover (4 colors)........................... 10,000.00 | |

Quantity Discount Payable When Earned (on above space units only)
  3 insertions or more within 1 year.................... 3%
  6 insertions or more within 1 year.................... 5%
  12 insertions or more within 1 year................... 10%

6,000,000 monthly average guaranteed

### RED UNIT plus either BLUE or YELLOW UNIT

| | |
|---|---|
| 1 Page (4 colors)..................... $5,100.00 | 2nd or 3rd Cover (B & W)............... $5,700.00 |
| ½ Page (4 colors)..................... 2,820.00 | 4th Cover (4 colors)....................... 7,500.00 |

Quantity Discount Payable When Earned (on above space units only)
  3 insertions or more within 1 year.................... 3%
  6 insertions or more within 1 year.................... 5%
  12 insertions or more within 1 year................... 10%

4,000,000 monthly average guaranteed

### RED UNIT (Former Marvel Comic Group)

| | |
|---|---|
| 1 Page (4 colors)..................... $3,600.00 | 2nd or 3rd Cover (B & W)............... $4,000.00 |
| ½ Page (4 colors)..................... 1,980.00 | 4th Cover (4 colors)....................... $5,000.00 |

Quantity Discount Payable When Earned (on above space units only)
  3 insertions or more within 1 year.................... 3%
  6 insertions or more within 1 year.................... 5%
  12 insertions or more within 1 year................... 10%

|  | | 6 times | 12 times |
|---|---|---|---|
| Per line................................... $12.00 | | $10.00 | $9.00 |

2,000,000 monthly average guaranteed

### BLUE UNIT

| | |
|---|---|
| 1 Page (4 colors)..................... $1,800.00 | 2nd or 3rd Cover (B & W)............... $2,000.00 |
| ½ Page (4 colors)..................... 990.00 | 4th Cover (4 colors)....................... 2,500.00 |

Quantity Discount Payable When Earned (on above space units only)
  6 insertions or more within 1 year.................... 3%
  12 insertions or more within 1 year................... 5%

|  | | 6 times | 12 times |
|---|---|---|---|
| Per line................................... $6.00 | | $5.00 | $4.50 |

2,000,000 monthly average guaranteed

### YELLOW UNIT

| | |
|---|---|
| 1 Page (4 colors)..................... $1,800.00 | 2nd or 3rd Cover (B & W)............... $2,000.00 |
| ½ Page (4 colors)..................... 990.00 | 4th Cover (4 colors)....................... 2,500.00 |

Quantity Discount Payable When Earned (on above space units only)
  6 insertions or more within 1 year.................... 3%
  12 insertions or more within 1 year................... 5%

|  | | 6 times | 12 times |
|---|---|---|---|
| Per line................................... $6.00 | | $5.00 | $4.50 |

### BLUE and YELLOW UNITS in combination

Quantity Discount Payable When Earned (on above space units only)
  3 insertions or more within 1 year.................... 3%
  6 insertions or more within 1 year.................... 5%
  12 insertions or more within 1 year................... 10%

2021MARVEL-0039905

# MARVEL COMIC GROUP

**MARTIN GOODMAN, Publisher**



Rate Card No. 7
Effective with
issue of January, 1949

8,000,000 monthly
Guaranteed, average.
350 Fifth Avenue
BRyant 9-5890

No My Groups are issued largely from among the following. Titles comprising the various units within Marvel Comic Group are subject to change without notice.

### RED UNIT
All Western Winners
Best Western
Blaze Carson
Captain America
Cindy
Comedy Comics
Georgie
Hedy deVine
Jeanie
Joker Comics
Junior Miss
Kid Colt
Lana
Margie
Willie
Wild Western
Two Gun Kid
Tex Taylor
Tex Morgan
Tessie the Typist
Teen Comics
Sub Mariner
Rusty
Patsy Walker
Nellie the Nurse
Millie the Model
Marvel Mystery Comics
(Former Marvel Comic Group)

### BLUE-YELLOW UNITS
All True Crime Cases
Amazing Mysteries
Crimefighters
Frankie
Gay Comics
Justice
Lawbreakers Always Lose
Love and Romance
Lovers
Love Tales
Mitzi's Boyfriend
My Own Romance
Oscar
True Complete Mystery
Venus

Page and Cover Size.......................... 6" x 9¼"     Column Width.....................................2 "
½ Page Size........................................ 6" x 4½"     No Bleed Pages or Covers accepted

Plates made at no cost to advertiser. Complete Black and White original art in position, ready to photograph, required. Velox Print may be supplied in place of original art. For color pages, color breakdown must be supplied. Type size recommended 6 point or larger. Only line material accepted. Copy subject to publisher's approval. Advertisements and key numbers placed in any one unit must be identical for that entire unit.* Advertisements and key numbers placed in more than one unit of Marvel Comic Group, and receiving advantage of reduced rate for such combination of units, must be identical for all units.* Preference given to advertisers purchasing space in larger units in cases of conflict.

* Under certain circumstances, copy in page units may be split. Details upon request.

Guarantees (net paid monthly circulations based on averages for year): Marvel Comic Group 8,000,000 per month; Red Unit* 4,000,000 per month ABC; Blue Unit 2,000,000 per month; Yellow Unit 2,000,000 per month. Agency Commission 15%. Cash Discount 2% within 10 days from date of invoice. Orders beyond three months accepted at rates then prevailing.
* Former Marvel Comic Group.

Magazines appear on sale first month preceding and month of issue. Firm Order closing date is 1st day of 3rd month preceding date of issue. Copy can be accepted until 7th day of 3rd month preceding date of issue. Cancellations not accepted after Firm Order closing date. Covers are not cancellable.

Marvel Comic Group
350 Fifth Avenue
New York 1, N. Y.
BRyant 9-5890

William R. Stewart
9 South Clinton Street
Chicago 6, Illinois
FRanklin 5494

2021MARVEL-0039906

## MARVEL COMIC GROUP

8,000,000 monthly guaranteed, average.

(consists each month of the Red, Blue and Yellow Units for that month)

| | | | |
|---|---|---|---|
| 1 Page (4 colors) | $6,400.00 | 2nd or 3rd Cover (B & W) | $ 7,200.00 |
| ½ Page (4 colors) | 3,600.00 | 4th Cover (4 colors) | 10,000.00 |

Quantity Discount Payable When Earned (on above space units only)

- 3 insertions or more within 1 year.................... 3%
- 6 insertions or more within 1 year.................... 5%
- 12 insertions or more within 1 year.................... 10%

### RED UNIT plus either BLUE or YELLOW UNIT

6,000,000 monthly guaranteed, average.

| | | | |
|---|---|---|---|
| 1 Page (4 colors) | $5,100.00 | 2nd or 3rd Cover (B & W) | $5,700.00 |
| ½ Page (4 colors) | 2,820.00 | 4th Cover (4 colors) | 7,500.00 |

Quantity Discount Payable When Earned (on above space units only)

- 3 insertions or more within 1 year.................... 3%
- 6 insertions or more within 1 year.................... 5%
- 12 insertions or more within 1 year.................... 10%

### RED UNIT  (Former Marvel Comic Group)

4,000,000 monthly guaranteed, average.

| | | | |
|---|---|---|---|
| 1 Page (4 colors) | $3,600.00 | 2nd or 3rd Cover (B & W) | $4,000.00 |
| ½ Page (4 colors) | 1,980.00 | 4th Cover (4 colors) | $5,000.00 |

Quantity Discount Payable When Earned (on above space units only)

- 3 insertions or more within 1 year.................... 3%
- 6 insertions or more within 1 year.................... 5%
- 12 insertions or more within 1 year.................... 10%

| | | 6 times | 12 times |
|---|---|---|---|
| Per line.....{ "SHOP BY MAIL" OR "STAMP" SECTION } | $12.00 | $10.00 | $9.00 |

### BLUE UNIT

2,000,000 monthly guaranteed, average.

| | | | |
|---|---|---|---|
| 1 Page (4 colors) | $1,800.00 | 2nd or 3rd Cover (B & W) | $2,000.00 |
| ½ Page (4 colors) | 990.00 | 4th Cover (4 colors) | 2,500.00 |

Quantity Discount Payable When Earned (on above space units only)

- 6 insertions or more within 1 year.................... 3%
- 12 insertions or more within 1 year.................... 5%

| | | 6 times | 12 times |
|---|---|---|---|
| Per line.....{ "SHOP BY MAIL" OR "STAMP" SECTION } | $6.00 | $5.00 | $4.50 |

### YELLOW UNIT

2,000,000 monthly guaranteed, average.

| | | | |
|---|---|---|---|
| 1 Page (4 colors) | $1,800.00 | 2nd or 3rd Cover (B & W) | $2,000.00 |
| ½ Page (4 colors) | 990.00 | 4th Cover (4 colors) | 2,500.00 |

Quantity Discount Payable When Earned (on above space units only)

- 6 insertions or more within 1 year.................... 3%
- 12 insertions or more within 1 year.................... 5%

| | | 6 times | 12 times |
|---|---|---|---|
| Per line.....{ "SHOP BY MAIL" OR "STAMP" SECTION } | $6.00 | $5.00 | $4.50 |

### BLUE and YELLOW UNITS in combination

Quantity Discount Payable When Earned (on ½ page or larger units only)

- 3 insertions or more within 1 year.................... 3%
- 6 insertions or more within 1 year.................... 5%
- 12 insertions or more within 1 year.................... 10%

2021MARVEL-0039907

# MARVEL COMIC GROUP 

350 Fifth Avenue  
New York 1, N. Y.  
Bryant 9-5890

Rate Card No. 4  
Effective with issue  
of September, 1947

Monthly Group Issued Largely from the Following:

| | | | |
|---|---|---|---|
| Blonde Phantom | Human Torch | Marvel Comics | Silly Tunes |
| Captain America | Jeanie | Millie the Model | Sub Mariner |
| Frankie | Joker Comics | Nellie the Nurse | Teen Comics |
| Gay Comics | Junior Miss | Oscar | Tessie the Typist |
| Georgie | Krazy Komics | Patsy Walker | Willie |
| Hedy De Vine | Margie | Rusty | |

| | |
|---|---|
| 1 Page (4 colors) ............ $2500.00 | 2nd or 3rd Cover (B & W) ............ $3000.00 |
| ½ Page (4 colors) ............ $1300.00 | 4th Cover (4 colors) ............ $3500.00 |
| Split-run ............ 10% extra | |

| | |
|---|---|
| Page and Cover Size ............ 6" x 9¼" | No Bleed Pages accepted. |
| ½ Page Size ............ 6" x 4½" | No Bleed Covers accepted. |

Plates made at no cost to advertiser. Complete Black and White original art and copy in position, ready to photograph, required. Velox Print may be supplied in place of original art. For color pages, color breakdown must be supplied. Type size recommended 6 point or larger. Only line material accepted. Cover process plates will be used only if advertiser supplies the plates.

2021MARVEL-0039908

Copy subject to Publisher's approval.

Advertisements and key numbers placed in any one group must be identical for that entire group.

No units of space accepted other than those quoted.

---

Guarantee: Net paid circulation 3,000,000 based on annual monthly average, ABC.

Agency Commission 15%. Cash discount 2% within 10 days from date of invoice.

Orders beyond three months accepted at rates then prevailing.

---

Magazines go on sale during 1st month preceding date of issue.

Firm Order closing date is 1st day of 3rd month preceding date of issue. Copy will be accepted until 7th day of that month. Cancellations not accepted after Firm Order closing date. Covers are non-cancellable.

---

New York: Marvel Comic Group, 350 Fifth Avenue, New York 1, N. Y., BRyant 9-5890.

Chicago: William R. Stewart, 9 South Clinton Street, Chicago, Ill., FRanklin 5494

2021MARVEL-0039909