# EXHIBIT 93



**MARVEL COMICS GROUP** 625 MADISON AVE. NEW YORK, N.Y. 10022

CHARLES GOODMAN

APRIL 3, 1967

Mr. Charles Brainard,
Kenyon & Kenyon,
165 Broadway,
New York.

RECEIVED APR 4 8 45 AM '67 KENYON & KENYON 165 B'WAY, N.Y.

Dear Charlie,

**Redacted - Privileged**

2021MARVEL-0039915

> **Redacted - Privileged**

Yours truly,

*Chip Goodman*

CHIP GOODMAN

CG:cj
Enc: 1

6,000,000
Guaranteed Bi-monthly

# MARVEL COMIC GROUP



Rate Card No. 21
Issued Sept. 1966
Effect. March/April 1967 Issues

**Black and White or 4 Colors**
 1 Page .................................................................................. $6,000.00
 ½ Page ..................................................................................  3,200.00

**Covers**
 2nd Cover (black and white only) .......................................... $6,000.00
 3rd Cover (black and white only) ..........................................  6,000.00
 4th Cover (4 colors) ................................................................  8,000.00

 Agate line (for Stamp and Shop-By-Mail Page)   $9.00

Marvel Comic Group consists principally of the following magazines. Titles comprising this group are subject to change or transference without notice, since guarantees are extended only on the total circulation of the Group. All circulations based on average of issues used during calendar year.

| | | |
|---|---|---|
| THOR | STRANGE TALES | FANTASTIC FOUR |
| THE RAWHIDE KID | SGT. FURY | TWO GUN KID |
| MIGHTY MARVEL WESTERN | MILLIE THE MODEL | KID COLT OUTLAW |
| DAREDEVIL | AMAZING SPIDER-MAN | FANTASY MASTERPIECES |
| THE X-MEN | THE AVENGERS | MARVEL TALES |
| TALES TO ASTONISH | TALES OF SUSPENSE | THE GHOST RIDERS |

MARVEL COLLECTORS ITEM CLASSICS

NATIONAL ADVERTISING REPRESENTATIVES
KALISH, QUIGLEY AND ROSEN ASSOCIATES
NEW YORK -- 667 Madison Ave., New York, N. Y. 10021 -- TEmpleton 8-0720
LOS ANGELES -- 490 So. San Vicente, Los Angeles, Calif. 90048 -- OLive 3-3942

2021MARVEL-0039917

Magazines close and appear bi-monthly, on sale according to following schedule. Cancellations not accepted after Firm Order closing date. Covers are non-cancellable.

| ISSUE | APPEARS DURING | FIRM ORDER CLOSING DATES Inside space and Covers |
|---|---|---|
| February-March | December-January | August 20 |
| April-May | February-March | October 20 |
| June-July | April-May | December 20 |
| August-September | June-July | February 20 |
| October-November | August-September | April 20 |
| December-January | October-November | June 20 |

## MECHANICAL REQUIREMENTS

Page and Cover Size ............ 6" x 9¼"   Column Width ............ 2"
½ Page Size ............ 6" x 4½"   No Bleed-Pages or Covers accepted.

Complete black and white original art in position, ready to photograph required. Velox print may be supplied in place of original art. Plates made at no cost to advertiser, **PROVIDING ORIGINAL MATERIAL AND COLOR BREAKDOWN SUPPLIED CONFORM TO COMIC ENGRAVING TECHNIQUE.** When color overlays **DO NOT** conform to the accepted comic technique, there will be an added charge. Brochures explaining process on request. Copy must be submitted completely set, ready to photograph. In the case of a repeat advertisement needing corrections, those corrections must be submitted completely set for our Production Department to strip-in. Exact color matching cannot be guaranteed. Type size recommended 6 point or larger. Only line material accepted. Copy subject to Publisher's approval. No deductions for errors in key numbers. All "T.F." orders automatically expire one year from date of issuance.

Distribution national. 6,000,000 average net paid circulation guarantee based on average of issues used during calendar year. Agency commission 15%; cash discount 2% within 10 days from date of invoice. Orders beyond two issues accepted at rates then prevailing.

2021MARVEL-0039918