# EXHIBIT 96

# Magazine management co.

625 MADISON AVENUE,
NEW YORK, N.Y. 10022
TEmpleton 8-7900

March 20, 1967

TO WHOM IT MAY CONCERN

This letter will confirm that Charles Goodman has been authorized by me to act as agent for Magazine Management Company and sign licensing and related contracts both for domestic accounts and foreign.

Yours truly,

*[signature]*

Martin Goodman

2021MARVEL-0069166