# EXHIBIT 97

Simon v. Goodman, et al

## SCHEDULE 3-A

**Miscellaneous Contracts Concerning Captain America**

| No. | Licensor | Licensee |
|---|---|---|
| 1 | Complete Photo Story | John R. Franchey |
| 2 | Krantz Films, Inc. | Hearst Broadcasting |
| 3 | " " " | Metromedia |
| 4 | " " " | RKO General, Inc. - WOR, WNAC, KHJ, WHBQ |
| 5 | Timely Comics and Complete Photo | Republic Products, Inc. |
| 6 | Krantz Films, Inc. | Screen Gems of Louisiana, Inc. |
| 7 | " " " | Screen Gems of Utah, Inc. |
| 8 | Magazine Management | Super Hero Productions, Inc. |
| 9 | Krantz Films, Inc. | " " " " |
| 10 | " " " | WAPA, San Juan, Puerto Rico |
| 11 | " " " | Western Ontario Broadcasting Co., Ltd. |
| 12 | Magazine Management | Western Printing & Lithographing Co. |
| 13 | Krantz Films, Inc. | Westinghouse |
| 14 | Magazine Management (Agreement of Mar. 29, 1965 and supplement of Mar. 25, 1966) | Weston Merchandising Corp. |
| 15 | Krantz Films, Inc. | WGN, Chicago |
| 16 | " " " | WGN, Denver |

Confidential
2021MARVEL-0039774

Simon v. Goodman, et al

## SCHEDULE 3-B

**Contracts with Krantz Films, Inc. on Standard Form Concerning Captain America**

These contracts are based on the standard Krantz Films, Inc. license form. We are informed by Migdal, Low, Tenney and Glass, 598 Madison Avenue, New York, New York, attorneys for Krantz Films, Inc., that a copy of each if produced would be substantially the same as the copy produced herewith of the License Agreement with WHEC-TV.

| No. | Licensor | Licensee | Date |
|---|---|---|---|
| 1 | Krantz Films, Inc. | Capital Cities - WKBW, Buffalo | 4/15/66 |
| 2 | " " " | Capital Cities - WPRO, Providence | 4/15/66 |
| 3 | " " " | Capital Cities - WTEN, Albany | 4/15/66 |
| 4 | " " " | Capital Cities - WSAZ, Charleston, W. Va. | 4/15/66 |
| 5 | " " " | Gerity Broadcasting | 5/3/66 |
| 6 | " " " | Hampden-Hampshire Corp. | 5/18/66 |
| 7 | " " " | Meridith Syracuse TV | 4/28/66 |
| 8 | " " " | Pulitzer Publishing Co. | 5/5/66 |
| 9 | " " " | WHEC-TV | 4/26/66 |

SCHEDULE 3-C

**Contracts with Magazine Management on Standard Form Concerning Captain America**

| No. | Licensor | Licensee |
|---|---|---|
| 1 | Magazine Management | A.A. Records, Inc. |
| 2 | " " | Allison Manufacturing Co., Inc. |
| 3 | " " | Aurora Plastics Corp. |
| 4 | " " | Benay Albee Novelty Co. |
| 5 | " " | Ben Cooper, Inc. |
| 6 | " " | Milton Bradley Co. |
| 7 | " " | Bradley Time Corp. |
| 8 | " " | Button-World Mfg. Co. |
| 9 | " " | Creative House Promotions, Inc. |
| 10 | " " | Dell Plastics, Inc. |
| 11 | " " | The Donrus Co. |
| 12 | " " | Ed-U-Cards Mfg. Co. |
| 13 | " " | Folz Vending Corp. |
| 14 | " " | Ideal Toy Corp. (Dolls) |
| 15 | " " | Ideal Toy Corp. (Hand Puppets) |
| 16 | " " | Kenner Products Corp. |
| 17 | " " | Macman Enterprises Corp. |
| 18 | " " | Mailing and Printing Service |
| 19 | " " | Norwich Mills, Inc. |
| 20 | " " | Philadelphia Chewing Gum |
| 21 | " " | Synthetic Plastics Co. |
| 22 | " " | Transogram Co., Inc. |

Confidential
2021MARVEL-0039825