# EXHIBIT 99

Case 1.21-cv-07957-LAK   Document 94-19   Filed 06/30/23   Page 2 of 10





# ZATARA
## THE MASTER MAGICIAN
### AND THE
### LAND OF THE FOURTH DIMENSION
BY FRED GUARDINEER



AFTER A TRIP AROUND THE WORLD WE FIND ZATARA, THE MASTER MAGICIAN, RESTING A FORTNIGHT AT THE EXPLORER'S CLUB IN SAN FRANCISCO, WHERE ONE OF THE MOST UNUSUAL EXPERIENCES IN HIS LIFE IS ABOUT TO BE ENACTED...

PARDON ME, SIR – BUT ARE YOU NOT ZATARA, THE MAGICIAN?



WHY YES, BUT WHO–PROFESSOR SUSSWILL!



YOU DO REMEMBER ME, THEN! YOU WERE A BRILLIANT SCHOLAR, ZATARA–IN THE THINGS YOU ENJOYED. I THINK I HAVE SOME SUCH THING TO INTEREST YOU NOW!



THERE IS ANOTHER DIMENSION OCCUPYING THE SAME SPACE AS OURS. IT IS MADE UP OF CURVES OF TIME DIFFERENT FROM WHAT WE EVER KNEW, BUT I, ZATARA–HAVE MADE AN INSTRUMENT TO ENABLE US TO ENTER THE FOURTH DIMENSION!



I HAVE INVENTED A MACHINE OF CURVED WIRES, SO FITTED TOGETHER THAT THEY CO-INCIDE WITH THE CURVES OF THE FOURTH DIMENSION. I CALL IT THE DOORWAY TO THE FOURTH!

Case 1:21-cv-07957-LAK   Document 94-19   Filed 06/30/23   Page 4 of 10



Case 1:21-cv-07957-LAK   Document 94-19   Filed 06/30/23   Page 5 of 10

# MERLIN
## THE MAGICIAN

GAA-A!

BY LANCE BLACKWOOD

FAR AWAY IN THE HIMALAYA MOUNTAINS IS THE FORBIDDEN TEMPLE OF "THE MAN-EATING SPIDER," HOME OF THE GIANT KHOTAN BUDDHA OF THE ALL-SEEING EYE THE ALL-SEEING EYE IN THE IDOL'S FOREHEAD IS A HUGE DIAMOND, FOR WHOSE CAPTURE COUNTLESS MEN HAVE TRIED AND FAILED.

AT THIS VERY MOMENT ONE MORE ADVENTURER PAYS WITH HIS LIFE AS HE TRIES TO POSSESS THE "EYE", FOR THE PENALTY OF FAILURE IN THE TEMPLE OF THE MAN-EATING SPIDER IS DEATH !

IN THE VALLEY BELOW, ANOTHER ADVENTURER IS LEAVING KATMANDU AND HEADS IN THE DIRECTION OF THE TEMPLE.



THE LONELY TRAVELLER IS MERLIN THE MAGICIAN.

WITH MY COMMAND OF MAGIC, MAYBE I'LL HAVE BETTER LUCK THAN MY PREDECESSORS. IF I CAN GET THAT DIAMOND IT WILL SWELL THE BRITISH WAR RELIEF FUND !



AFTER MANY DAYS OF ARDUOUS CLIMBING, MERLIN STANDS AT THE GATES OF THE TEMPLE !

WONDER WHAT THAT INSCRIPTION SAYS ?



1

NATIONAL COMICS

SNARLING WITH RAGE, THE PRIESTESS ADVANCES AND HURLS HER DOUBLE POINTED SPEAR AT MERLIN!



THE SPEAR STICKS SOLIDLY IN THE BASE OF THE HUGE IDOL!

MISSED!

THUD



SAVAGELY THE TWO FIGHT HAND-TO-HAND FOR POSSESSION OF THE DIAMOND EYE!





I WILL TEAR YOU TO PIECES WITH MY FANGS!



EVIG EM EHT HTGNERTS FO NET!



MAGICALLY INCREASING HIS STRENGTH, MERLIN IS ABLE TO FORCE HIS FIERCE ASSAILANT BACKWARD!



AND IMPALES HER ON THE END OF THE SPEAR!

AAGH!



THAT'S THE END OF HER!



5





# TOR THE MAGIC MASTER

JIM SLADE, THE ROVING PRESS PHOTOGRAPHER, SECRETLY BECOMES TOR, THE MAGIC MASTER WHEN HE TACKLES A DIFFICULT ASSIGNMENT — HIS ABILITY AS A MAGICIAN GETS HIM OUT OF MANY TIGHT SQUEEZES.

BY FRED GUARDINEER



IN THE JUNGLES OF PANAMA, JIM SLADE IS SENT TO PHOTOGRAPH THE SAN BLAS INDIANS.

WHAT THE BOSS REALLY WANTS IS FOR ME, TO WATCH OUT FOR JAPS-HE THINKS THEY ARE HIDING AMONG THE INDIANS!

AFTER A FEW WEEKS IN THE JUNGLE, JIM MAKES FRIENDS WITH A YOUNG SAVAGE.

YOU ARE CLEVER WHITE MAN, UGH!

THANKS CHOCO!

Case 1:21-cv-07957-LAK Document 94-19 Filed 06/30/23 Page 9 of 10

# MANDRAKE THE MAGICIAN

by LEE FALK and PHIL DAVIS

IN PART: TRAP, MANDRAKE SENDS HIS FIGURE-IMAGE TO LOTHAR!



AND AS THE LAST HORIZONTAL SPIKE SPEEDS AT MANDRAKE--



OUT OF WAY! HERE IS-- SWITCH!

LOTHAR REACHES THE CONTROL SWITCH IN THE NICK OF TIME!



MASTER! YOU ALL RIGHT?

BY A HAIR'S BREADTH, YES! THANKS, LOTHAR! FIND DORMUS AND SYBIL. I'M GOING TO GIVE PAULO SOMETHING TO REMEMBER ME BY!

AND THE CRISS-CROSS SPIKES RECEDE BACK INTO THEIR WALL PANELS!



YOU CAN'T HIDE BEHIND YOUR SOLDIERS, PAULO! AND YOU CAN'T GET AWAY FROM ME!

THERE HE IS! CHARGE HIM! CHARGE HIM!



DON'T LET HIM GET NEAR ME! HACK HIM TO PIECES! TRAMPLE HIM! KILL HIM!

AND AS PAULO'S REGIMENT CHARGES AT MANDRAKE--

Copr. 1937, King Features Syndicate, Inc., World rights reserved.



--THE MAGICAN SUDDENLY SEEMS TO TOWER INTO THE AIR, BECOMING A HUNDRED-FOOT COLOSSUS!

7-11                    CONT.













