# EXHIBIT 100

















**29**



**30**



**31**









**35**







38







**41**

