## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. <br><br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No.: 1:21-cv-7957-LAK <br><br> Hon. Lewis A. Kaplan <br><br> **DECLARATION OF MOLLY M. LENS IN SUPPORT OF MARVEL CHARACTERS, INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE EXPERT REPORTS AND TESTIMONY OF MARK EVANIER** <br><br> Oral Argument Requested |

I, Molly M. Lens, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at O'Melveny & Myers LLP, counsel for plaintiff Marvel Characters, Inc. ("MCI") in this action, and a member of the Bar of this Court. I submit this declaration in support of MCI's Reply in support of its Motion to Exclude the Expert Reports and Testimony of Mark Evanier based on my personal knowledge and review of the document referenced herein. If called and sworn as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 8** is a true and correct copy of Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan M. Kirby's "MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MARK EVANIER," dated March 25, 2011, filed in *Marvel Worldwide, Inc. v. Lisa R. Kirby*, No. 10-cv-141 (S.D.N.Y.), at Docket No. 86.[1]

I declare under penalty of perjury that the foregoing is true and correct, and was executed on July 21, 2023 in Los Angeles, CA.

By: _____
Molly M. Lens

---

[1] The numbering in this declaration continues consecutively from the numbering in my May 19, 2023 declaration in support of MCI's Motion to Exclude the Expert Reports and Testimony of Mark Evanier. *See* Dkt. 79. Rather than re-submit evidence that was attached to my May 19 declaration, this declaration attaches only additional evidence not attached to my prior declaration.