# Exhibit 67



DEFENDANT'S EXHIBIT AW

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x

JOSEPH H. SIMON,                                :

                  Plaintiff,        :

    -against-                                  :

MARTIN GOODMAN and JEAN GOODMAN, in-             :
dividually, and d/b/a MAGAZINE MANAGE-
MENT COMPANY, KRANTS FILMS, INC., RKO            :
GENERAL, INC., and WESTON MERCHANDISING
CORP.,                                           :

                  Defendants.       :

- - - - - - - - - - - - - - - - - - - -x

                        375 Park Avenue,
                        New York, N.Y.

                        December 14, 1967,
                        2:00 p.m.

        EXAMINATION BEFORE TRIAL of MARTIN GOODMAN,

a defendant herein, taken by the plaintiff

pursuant to notice dated November 16, 1967

and stipulations between counsel, before a

Notary Public of the State of New York.

RAYVID REPORTING SERVICE
CERTIFIED STENOTYPE REPORTERS
180 NASSAU STREET
NEW YORK, N.Y. 10038

CORTLANDT 7-3877
             3878

MARVEL 002173

2021MARVEL-0041165

2

Appearances:

    FRIEND & REISKIND, Esqs.,
        375 Park Avenue,
        New York, N.Y.
    By: EDWIN M. REISKIND, Esq., and
        EDWIN REISKIND, Jr., Esq., of Counsel.

    KENYON & KENYON, Esqs.,
        Attorneys for Defendant,
        59 Maiden Lane,
        New York, N.Y.,
    By: CHARLES R. BRAINARD, Esq., and
        THOMAS L. CREEL, Esq., of Counsel.

Also Present:

    CHARLES GOODMAN.

- - -

    IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto that the sealing and filing of the transcript of the within examination be and the same hereby are waived and that said transcript may be signed and sworn to before any Notary Public or Commissioner of Deeds with the same force and effect as if before an officer of this Court.

- - -

MARVEL 002174

2021MARVEL-0041166

|   |   |   |
|---|---|---|
| 1 | Goodman | 72 |

2  of the rights to Captain America character, Captain
3  America comics?
4          MR. BRAINARD: Which?
5          MR. REISKIND: Captain America char-
6  acter.
7          MR. BRAINARD: What rights in the
8  character do you refer to?
9          MR. REISKIND: All rights, title and
10  interests being Captain America character.
11  If the rights have been subdivided I would
12  like to have the respective owners or respect-
13  ive subdivisions of that right.
14          MR. BRAINARD: If you refer to a trade-
15  mark I would like you to identify it. If you
16  refer to any specific copyright I would like
17  you to identify it.
18     Q    Who presently is claimed to be the owner
19  of the copyrights of the property or the publications
20  of Captain America?
21     A    I will get you that information.
22     Q    Who is, according to your claim, the present
23  owner of the trade-mark or name Captain America?
24     A    I will get you that information.
25     Q    Is the copyright ownership of Captain

MARVEL 002235

2021MARVEL-0041234

Goodman 73

2  America in the name of one of your companies?
3  A   I believe that is correct.
4  Q   These companies are owned and controlled
5  by you and Mrs. Jean Goodman, doing business as
6  Magazine Management Company?
7  A   No, each corporation stands on its own.
8  Q   You and your wife are the principal stock-
9  holders of the corporations involved in this group?
10 A   I own them either completely or my wife may own
11 some stock in some of them.
12 Q   You are familiar with a property and as-
13 sets of these corporations?
14 A   I am.
15 Q   Is the character Captain America indicated
16 as an asset of any of these corporations?
17 A   Do you mean is there a specific value carried
18 on the books?
19 Q   Yes, that is exactly what I have reference
20 to.
21 A   One dollar.
22 Q   The same thing applies to the other phases
23 of the rights in Captain America, that is in addition
24 to the publication rights the trade-mark rights?
25     MR. BRAINARD:  I understood that is

Goodman                                                                74

  what you were referring to by your previous question.

 Q All rights, whether trade-mark or copy-rights in connection with Captain America are carried at one dollar?

 A At one dollar or nothing.

  MR. BRAINARD: Are you testifying of specific recollection to Captain America or about a general practice followed in your organization?

 A I would guess I am testifying as a general practice, out of all our titles are carried at any value or more than a dollar.

 Q Would you be good enough to check this information and verify it for me?

 A I will do that.

  MR. BRAINARD: Off the record.

  (Discussion off the record.)

 Q Would you be good enough to tell us whether Captain America Comics publication rights, trade-mark rights or any other rights of the publications or the character itself, Captain America, are carried as an asset on the books of the corporation, whichever corporation claims to be the owner thereof and if it is

RAYVID REPORTING SERVICE
180 NASSAU ST., NEW YORK, N.Y. 10038. CORTLANDT 7-3877

MARVEL 002237

2021MARVEL-0041236

## INDEX

<u>WITNESS</u>　　　　　　　　　　　　　　　　　　　<u>PAGE</u>

Martin Goodman　　　　　　　　　　　　　　　　　　45

## EXHIBITS

<u>PLAINTIFF'S FOR</u>
<u>IDENTIFICATION</u>

| | | |
|---|---|---|
| 1 | Letter dated January 9, 1941. | 52 |
| 2 | Notice of deposition. | 58 |
| 3 | Document entitled Schedule 1. | 67 |
| 4 | Contract dated September 27, 1943. | 95 |

MARVEL 002264

2021MARVEL-0041263

101

STATE OF NEW YORK )
                  ) SS:
COUNTY OF NEW YORK )

### CERTIFICATE OF REPORTER

I, NORMAN ROSEN, a Stenotype Reporter and Notary Public within and for the State of New York, do hereby certify that the within continued examination before trial in the Matter of Simon against Goodman et al, was held on January 19, 1968, at 10:30 A. M., at the offices of Friend & Reiskind, Esqs., 375 Park Avenue, New York, New York, and faithfully and impartially recorded stenographically the said questions, answers and colloquy.

I further certify that after said examination before trial was recorded stenographically by me, was reduced to typewriting under my supervision and hereby submit that the within contents of said examination before trial is true and accurate, to the best of my ability.

I further certify that I am not a relative nor an attorney for the within parties connected with the aforesaid examination before trial, nor otherwise interested in the testimony of the witness MARTIN GOODMAN, a defendant herein.

RAYVID REPORTING SERVICE
150 NASSAU ST., NEW YORK, N. Y. 10038. CORTLANDT 7-3877

MARVEL 002265

2021MARVEL-0041264