# EXHIBIT 80





2021MARVEL-0003404

Steve Ditko, Larry Lieber



SOMETIME IN THE FUTURE, THE COLD WAR IS STILL WITH US, AND MEN WORK NIGHT AND DAY TO MAN THE FREE WORLD'S MASSIVE DEFENSE SYSTEM!

ALL RIGHT, MEN, YOUR SHIFT IS OVER! IT'S TIME TO REPLACE YOU WITH A FRESH CREW!



THEN, AS NOW, THERE IS ONE HAUNTING PROBLEM WHICH PLAGUES MANKIND...

GENERAL, YOU ARE ONLY HUMAN! WE CANNOT TAKE THE CHANCE THAT YOU MIGHT ACCIDENTALLY PRESS THE WRONG BUTTON AND CAUSE A WAR WITHOUT MEANING TO!

WHAT DO YOU PROPOSE, SIR?



THIS! WE HAVE CREATED THE MOST ADVANCED, SOPHISTICATED ROBOT OF ALL TIME! FROM NOW ON HE WILL BE IN CHARGE OF OUR DEFENSE SYSTEM! FOR ROBOT R-63 CANNOT MAKE A MISTAKE!



BUT, MR. SECRETARY, THERE ARE SOME DECISIONS A MAN CAN MAKE BETTER THAN A ROBOT!

OUR DECISION IS FINAL, GENERAL! YOU ARE HEREBY RELIEVED OF COMMAND! HENCEFORTH, YOU WILL ASSIST R-63! THAT IS ALL!



AND SO, COLDLY, UNEMOTIONALLY, THE COMPLETE THINKING MACHINE WHICH IS ROBOT R-63, ASSUMES COMMAND OF THE FREE WORLD'S DEFENSE ESTABLISHMENT!

I HOPE THEY HAVE MADE THE RIGHT DECISION! FOR THE SAKE OF ALL OF US, I HOPE THE ROBOT IS AS PERFECT AS THEY CLAIM!



AND THEN, ONE DAY--A CRISIS!

CONDITION RED! UNIDENTIFIED OBJECT ON SCREEN!

2021MARVEL-0003405

Steve Ditko, Larry Lieber











2021MARVEL-0003406

Steve Ditko, Larry Lieber













2021MARVEL-0003407

Steve Ditko, Larry Lieber















THE BIG "STRANGE TALES ANNUAL" NOW ON SALE! ONLY 25¢! GET IT!

2021MARVEL-0003408

Don Heck, Steve Ditko, Larry Lieber



Don Heck, Steve Ditko, Larry Lieber



2021MARVEL-0003423













487

2021MARVEL-0003424

Don Heck, Steve Ditko, Larry Lieber













488

2021MARVEL-0003425

Don Heck, Steve Ditko, Larry Lieber













489

2021MARVEL-0003426



2021MARVEL-0003427





2021MARVEL-0003442

Steve Ditko, Larry Lieber













2021MARVEL-0003443

Steve Ditko, Larry Lieber















2021MARVEL-0003444

Steve Ditko, Larry Lieber















2021MARVEL-0003445















523

2021MARVEL-0003446





STRANGE TALES #105, FEBRUARY 1963



HOW WOULD **YOU** DEFINE THE SUPERNATURAL?? EVERYBODY SEEMS TO HAVE THEIR **OWN** VERSION! NOW, ON THE PAGES THAT FOLLOW, YOU WILL SEE EVENTS THAT **MUST** BE CALLED SUPER-NATURAL! OR--**MUST** THEY?

SCRIPT: **STAN LEE** • ART: **STEVE DITKO** • LETTERING: **ART SIMEK**

2021MARVEL-0003461

Don Heck, Steve Ditko, Larry Lieber



THIS MAY LOOK LIKE AN ORDINARY, AVERAGE AMERICAN HOME! AND YET, SLOWLY A LIGHT WISP OF SMOKE FLOATS TOWARDS THE SILENT HOUSE...



AND, MOMENTS LATER, WITH NO WARNING, THE **ROOF** BEGINS TO RISE GENTLY INTO THE AIR!



UNTIL, BEFORE OUR VERY EYES -- IT HAS **VANISHED!**

530

2021MARVEL-0003462

Don Heck, Steve Ditko, Larry Lieber



INSIDE THE HOUSE, WE SEE A TYPICAL, EVERYDAY SCENE AS A MAN SEEMS TO BE ABSORBED IN HIS NEWSPAPER WHILE THE WOMAN OF THE HOUSE BENDS OVER HER KITCHEN CHORES!



BUT ONCE AGAIN WE CATCH A GLIMPSE OF THE SLOWLY MOV~ ING SMOKEY VAPOR...



...AND **THIS** TIME IT IS THE **WOMAN** WHO SILENTLY RISES INTO THE AIR...



...AS THE MAN OF THE HOUSE CONTINUES TO STARE AT HIS NEWSPAPER, UNAWARE OF WHAT HAS TAKEN PLACE!



AT THIS POINT, THE PACE OF OUR STRANGE TALE **ACCELERATES**, AS THE VERY FURNITURE ITSELF BEGINS TO FLOAT UP-WARD...

3

2021MARVEL-0003463

Don Heck, Steve Ditko, Larry Lieber



...WHILE THE MAN REMAINS OBLIVIOUS TO THE SEEMINGLY SUPERNATURAL EVENTS WHICH ARE OCCURRING NEARBY!



...UNTIL...



...NOTHING REMAINS IN THE BARE ROOM EXCEPT THE LONE FIGURE HIMSELF, AND THE CHAIR UPON WHICH HE IS SITTING!



BUT, THE WISP OF SMOKE AGAIN APPEARS...THIS TIME HOVERING ABOUT THE SEATED MAN...



...AND THE FINAL ITEM OF FURNITURE IN THE ROOM IS LIFTED INTO THE AIR AS THOUGH IT IS WEIGHTLESS, AS THE CHAIR'S OCCUPANT BEGINS TO LOSE HIS BALANCE, AND...

4

2021MARVEL-0003464











533

Steve Ditko, Larry Lieber





2021MARVEL-0003480



2021MARVEL-0003481

Steve Ditko, Larry Lieber











2021MARVEL-0003482













2021MARVEL-0003483











2021MARVEL-0003484

Steve Ditko, Larry Lieber



2021MARVEL-0003485



2021MARVEL-0003499

Steve Ditko, Larry Lieber











2021MARVEL-0003500

Steve Ditko, Larry Lieber



A REPORT JUST CAME IN--THE NEW PLANETOID IS THOUGHT TO CONTAIN A GREAT *TREASURE!* BETTER HOLD UP THE NEWS ITEM TILL WE CAN VERIFY IT!

RIGHT, CHIEF! IF WE BROADCAST THE NEWS *NOW,* THERE'LL BE A STAMPEDE FOR THE NEW PLANETOID TWELVE!



MINUTES LATER...

*THERE!* THAT'LL KEEP YOU FROM BROADCASTING THE NEWS UNTIL I GET A HEAD START FOR PLANETOID TWELVE!

LUCKY THING I HEARD ABOUT THE THE ASTEROID, AND THE *TREASURE!* THIS SURE BEATS ROBBING PAYROLLS!



IT ONLY TAKES CHARLIE NAST A FEW MINUTES TO REACH THE SPACEPORT, AND THEN...

THAT'S RIGHT, PAL! YOUR TWO-MAN ROCKET IS ALL FUELED AND READY, AND YOU'RE A LICENSED SPACE PILOT! SO YOU'RE TAKIN' ME FOR A LITTLE RIDE!

I'M GONNA BE SURE THAT *I'M* THE FIRST MAN TO SET FOOT ON PLANETOID TWELVE-- THEN *I* CAN CLAIM THE TREASURE FOR MY- SELF!



YOU'RE OUT OF YOUR MIND! YOU CAN'T HI-JACK A SPACE SHIP LIKE THIS!

I'M *DOIN'* IT, AIN'T I? DON'T WORRY, PAL, MAYBE I'LL SHARE A LITTLE OF THE TREASURE WITH YOU IF YOU'RE LUCKY! JUST BE SURE YOU DON'T TRY ANY TRICKS!



HEARING THAT NEWS ITEM WAS THE FIRST GOOD BREAK I EVER HAD! ACCORDING TO SPACE LAW, A PLANETOID AND EVERYTHING ON IT BELONGS TO THE FIRST MAN TO SET FOOT ON IT, NO MATTER *WHO* HE IS!



AFTER A FEW HOURS FLIGHT, AT SPEEDS EQUALLING THE SPEED OF LIGHT...

THIS IS *IT*-- PLANETOID TWELVE!

AND IT'S GONNA BE *MINE*-- ALL *MINE!*

3

571

2021MARVEL-0003501













572

2021MARVEL-0003502

Steve Ditko, Larry Lieber











2021MARVEL-0003503



2021MARVEL-0130206



2021MARVEL-0003504

Steve Ditko, Larry Lieber











2021MARVEL-0003505











586

2021MARVEL-0003506

Steve Ditko, Larry Lieber











587

2021MARVEL-0003507

Steve Ditko, Larry Lieber











588

2021MARVEL-0003508



2021MARVEL-0130201



2021MARVEL-0003509













2021MARVEL-0003510











606

2021MARVEL-0003511













607

2021MARVEL-0003512









608

2021MARVEL-0003513