# EXHIBIT 101

Page 1

1                  UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF NEW YORK
2                  Case No.: 1:21-cv-7955-LAK
            and Consolidated Cases 21-cv-7957-LAK
3                      and 21-cv-7959-LAK
    -----------------------------------------x
4   MARVEL CHARACTERS, INC.,
5         Plaintiff and Counterclaim-Defendant
6   v.
7   LAWRENCE D. LIEBER,
8         Defendant and Counterclaimant.
    -----------------------------------------x
9   MARVEL CHARACTERS, INC.,
10        Plaintiff and Counterclaim-Defendant,
11  v.
12  KEITH A. DETTWILER, in his capacity as
    Executor of the Estate of Donald L. Heck,
13
14        Defendant and Counterclaimant.
    -----------------------------------------x
15  MARVEL CHARACTERS, INC.,
16        Plaintiff and Counterclaim-Defendant,
17  v.
18  PATRICK S. DITKO, in his capacity as
    Administrator of the Estate of Stephen J.
19  Ditko,
20        Defendant and Counterclaimant.
    -----------------------------------------x
21
22      VIDEO DEPOSITION OF ROY WILLIAM THOMAS, JR.
23                   January 20, 2023
24                      8:49 a.m.
25               Charlotte, North Carolina

Page 2

1          ROY WILLIAM THOMAS, JR., pursuant to Federal Rule of

2     Civil Procedure 30, held at the offices of Nelson Mullins

3     Riley & Scarborough in the Foster Conference Room A, located

4     at 301 South College Street, One Wells Fargo Center, 23rd

5     Floor, Charlotte, North Carolina 28202, before

6     Audra Smith, a realtime court reporter and

7     a Notary Public of the State of North Carolina.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

```
 1
 2                   A P P E A R A N C E S :
 3
     O'MELVENY & MYERS LLP
 4   Attorneys for Marvel Characters, Inc.
     1999 Avenue of the Stars, 8th Floor
 5   Los Angeles, California 90067
     Telephone: (310) 553-6700
 6
                   BY:  MOLLY M. LENS, ESQ.
 7                 mlens@omm.com
                   MATTHEW KAISER, ESQ.
 8                 mkaiser@omm.com
                   DANIEL M. PETROCELLI, ESQ.
 9                 dpetrocelli@omm.com
                   SALVATORE J. COCCHIARO, ESQ. (Via Zoom)
10                 scocchiaro@omm.com
11   TOBEROFF & ASSOCIATES, P.C.
     Attorneys for the Defendants
12   23823 Malibu Road, Suite 50-363,
     Malibu, California 90265
13
                   BY:  MARC TOBEROFF, ESQ.
14                 mtoberoff@toberoffandassociates.com
                   JAYMIE PARKKINEN, ESQ. (Via Zoom)
15                 jparkkinen@toberoffandassociates.com
16   ALSO PRESENT:
17   DAVID COOPER, Videographer
     ELI BARD, Marvel Entertainment, (Via Zoom)
18   Alec Lipkind, The Walt Disney Company, (Via Zoom)
19
20
21
22
23
24
25
```

Page 108

```
1    little thing he did once, and actually crossing out
2    a panel or two on the original art, which made the
3    Art Director John Verpoorten look at me in horror
4    because I didn't usually do that because I had so
5    much respect for him.  But that was an exception.
6    Gene's work was so good and the things that he did,
7    if he didn't do it right the first time, he wasn't
8    going to be able to improve it, you know, by doing
9    something else and no one else was going to, so you
10   just accepted it was just a page.  There may have
11   been occasional things.
12           Martin Goodman either rejected or at
13   least expressed extreme displeasure at one of his
14   covers, a Doctor Strange.  Sent back a message, "I
15   don't know what the hell's going on in this cover,"
16   and he was kind of right.
17      Q     Other than those two examples, the one
18   panel or two that you crossed out and the one cover
19   that may or may not have been rejected by Martin
20   Goodman, do you have any recollection of Gene
21   Colan's other artwork for Marvel during the relevant
22   period being rejected?
23      A     He probably had -- you know, all artists
24   would have some page they had to redo over from time
25   to time, but it would not have been exceptional with
```

1   Gene.

2        Q     And if Marvel had to keep rejecting or

3   sending back pages to artists, would that artist,

4   based on your experience, continue to get regular

5   assignments from Marvel?

6        A     Probably not, if you had to do it too

7   much.  The person with our deadlines and so forth

8   would just have been too much trouble.  By the time

9   they got to the status that Gene was at, you know,

10   you knew their work, and we'd have an occasional

11   problem with the writing or the order with any book,

12   but you basically knew what you were going to get

13   from Gene, except for an occasional drawing or an

14   occasional page.

15           And I worked with him, as I said, for a

16   year or more on Daredevil, and I don't have --

17   except for this one panel or something I crossed out

18   and might have had him or somebody else redo, I have

19   no memory of ever, you know, rejecting or trying to

20   get Stan to reject, you know, a page of his.  There

21   may have been one or two, but it wasn't very much.

22        Q     Okay.  And you say that you worked with

23   Gene Colan for a year on Daredevil.  What year was

24   that?

25        A     I'm not sure.  It was at --

1      Q    Okay.  And so let's say even before the

2   expansion in the early '70s when Marvel was doing

3   eight or so superhero comics, how many -- do you

4   have an understanding of approximately how many

5   pages, for example, a regular artist like Gene Colan

6   might be doing per month?

7      A    Different artists had considerably

8   different rates because of the amount they could

9   pencil.  Gene -- I understood, both by comics, to be

10  fairly fast and probably working long hours, it -- I

11  got the impression that on the days he worked, he

12  would do a couple pages, maybe three.  He was one of

13  the -- considered one of the faster and more

14  productive artists.

15     Q    Okay.  Let's go ahead and look back at

16  Exhibit 62, which we've already looked at.  And if

17  we turn to page -- the last three digits are 306.

18     A    Yes, I have it here.

19     Q    You're there.  Okay great.

20          And do you see there where you're

21  discussing how Gene often -- Gene Colan often ran

22  out of room; do you see that?

23     A    Yes.  It's probably an exaggeration to

24  say "often," but he did have that problem from time

25  to time, yes.

1      Q      And what do you mean by that?  Can you

2   explain?

3      A      Yes.  Stan did a plot, whether it was at

4   the beginning, being written still when I first came

5   there, and later mostly over the phone that Gene

6   would record.  But he would -- they would -- he

7   would discuss the points, and they'd go back and

8   forth, and mostly Stan would plot it.  But they

9   would talk it over, and then he'd -- so then Gene

10  had something to write [sic].  And in the beginning,

11  as I said, it was -- I mean "to draw," in the

12  beginning it was all written out.

13          But the problem was that Gene had a

14  tendency to start working on stories without

15  bothering to read the whole plot so that -- and he

16  liked drawing big panels, and he like to express --

17  and he had so much fun doing it and he had his own

18  particular style that, on several occasions, he

19  would suddenly get to a certain point, and Stan

20  would see the early pages.  I remember one

21  conversation over the phone, I was in the room at

22  the time, and Stan said, "Gene," he said, you know,

23  "I can see these pages, and they're great," but he

24  said, you know, "you got a big panel of a whole-page

25  drawing of Spider-Man -- I mean of Iron Man and this

1    and that."  He said, "You're going to run out of

2    room.  What about this stuff that comes in the last,

3    you know, half of the story, and you only have four,

4    five, six pages left of the 12 pages?"

5              And Gene said, "Well, I haven't read that

6    far yet.  You know, I hadn't got that far in the

7    plot."  He was obviously drawing it without reading

8    the whole story.

9              As a result, that story had to suddenly

10   crowd a whole scene with a rocket and the explosion

11   and all sorts of thing into a page or two that

12   really needed several times that length.

13             And in that case, Stan did it because he

14   could kind of make it work, but he was kind of, you

15   know, unhappy with the pacing.  But he gave Gene a

16   lot of room because the readers liked it, Stan loved

17   his work, and in general, you just kept trying to

18   get him to pay a little more attention to the

19   pacing.

20        Q    Okay.  Let's go ahead and mark as 75,

21   Tales of Suspense Volume 1, Number 86.

22             (Exhibit Number 75, Comic:  Tales of

23        Suspense Featuring Iron Man and Captain

24        America, Volume 1, Number 86, no Bates,  was

25        identified.)

Page 125

1  it would refer to the pencil artist as kind of a
2  sloppier, shorthand usage because that was the
3  primary artist, but it really meant "the penciler,"
4  generally speaking.
5       Q     And --
6       A     We would say the artist, as opposed to
7  the inker, but that wasn't -- that was just
8  imprecise terminology is what we did.
9       Q     And once the pencil artist finished
10  drawing out the plot, what was the next step in the
11  process?
12       A     For him to get it into the office, or to
13  the writer by whatever method we were doing.
14       Q     And what happened at that point?
15       A     The writer took it and wrote the dialogue
16  and the captions and indicated the balloons on
17  the -- at that time, on the original art as well.
18       Q     And what if the writer on the comic was
19  not Stan Lee, was Stan Lee involved at all at this
20  stage?
21       A     Yes.  His -- he was the editor.  His name
22  was always on there as editor, or later, you know,
23  "Presents..." or something, but it always indicated
24  he was the editor.  He was always the ultimate
25  authority unless Martin Goodman stepped in, and that

Page 126

1    was mostly on covers.

2         Q     And other than having his name actually

3    listed as the editor on the comics, would Stan Lee,

4    for example, review the artwork when it came in?

5         A     Yes.  Stan really liked to review the --

6    he really liked to look at the artwork, even if he

7    wasn't going to write the comic.  At first he felt

8    he should.  That was his duty.  He wanted to make

9    sure.  He didn't have faith -- total faith in me or

10   anybody else.  And -- so he would review all of it.

11   There might be something that got slipped by him

12   once in a while, but that was -- but in general,

13   that was his practice, yes.

14        Q     And what was your understanding of why

15   Stan Lee reviewed the artwork?

16        A     Well, he was the editor, so it was his

17   job to supervise.  If something went wrong, the

18   publisher wasn't going to blame -- go to the artist,

19   he was going to go to Stan Lee, not me or his

20   artist.

21             And secondly, he felt that, you know,

22   he -- that both over the years, and in particular in

23   recent years since Marvel got started, he felt he

24   had a particular expertise, you know, over -- you

25   know, over knowing what the book should look like

Page 329

```
 1       A     Yes.  Yes.  Including that, now it's
 2    five.
 3       Q     Including today it's five, yes.
 4             Approximately over how many years did
 5    those five depositions occur?
 6       A     Well, 35 or 40.  Because the first one
 7    was in -- sometime in the early -- middle '80s in
 8    Los Angeles.  So it's at least 35, 40 years.
 9       Q     Okay.  And Mr. Toberoff also asked you a
10    number of questions suggesting or inquiring whether
11    Marvel is in any way compensating you for your
12    testimony today.  Do you recall that?
13             MR. TOBEROFF:  Object to form.
14       A     Yes.
15    BY MS. LENS:
16       Q     And, Mr. Thomas, has any work that you've
17    done for Marvel over the years been tied in any way
18    to testimony that you may have provided in any
19    litigation?
20             MR. TOBEROFF:  Object to form.
21       A     Not even the slightest, you know, hint.
22    BY MS. LENS:
23       Q     And Mr. Toberoff also asked you about the
24    incentive payments that you testified that Marvel
25    provides to you on a discretionary basis.  Do you
```

Page 330

1    recall that?

2         A     Yes.

3         Q     Okay.  And do those incentive payments,

4    to your understanding, have any connection to either

5    this lawsuit or any of the testimony that you've

6    previously provided during depositions?

7              MR. TOBEROFF:  Object to the form.

8         A     No.  They've been going on for the last

9    maybe three decades or so as Marvel's republishing.

10   And it's always been kind of, you know, steady

11   depending upon what they publish.  It has nothing to

12   do with anything I do, whether I'm writing for the

13   company or not writing for the company or doing

14   whatever.

15   BY MS. LENS:

16        Q     And to your understanding, your -- well,

17   strike that.

18              Let's talk about the character agreement

19   that Mr. Toberoff asked you about.  To your

20   understanding, is that character agreement related

21   in any way to testimony that you may provide in any

22   litigations involving Marvel?

23        A     No.  It has no connection to anything

24   other than work that I did for the company over the

25   last few decades since '65.

Page 331

1    Q    Mr. Thomas, do you have any reason to
2  believe that the system or method for creating
3  comics at Marvel in the 1960s, prior to you joining
4  in 1965, differed from that in place when you joined
5  in '65?
6         MR. TOBEROFF:  Objection as to form.
7    Calls for speculation.
8    A    Well, you know, I could tell from
9  conversations with Stan, with Sol, with various
10  artists at various times that it had evolved
11  somewhat obviously from the early '60s.  Certainly
12  by the time I was there in '65, it had pretty much
13  come into its basic form, and I just -- you know, I
14  just kind of worked with it and inherited the form
15  as it already existed.
16  BY MS. LENS:
17    Q    Did anyone tell you, when you joined in
18  1965, that the system for creating comics was new or
19  different from that used in, say, 1962, '63, and
20  '64?
21         MR. TOBEROFF:  Objection as to form.
22    Compound.
23    A    I never got any indication that it was
24  different.  It was still the same -- mostly the same
25  people, even.

Page 332

1    BY MS. LENS:
2        Q    So no one told you, for example, that in
3    1962 freelance writers weren't working under the
4    supervision of Stan Lee?
5            MR. TOBEROFF:   Leading.   Objection as to
6        form.
7    BY MS. LENS:
8        Q    Let me restate that.
9            Did anyone tell you, when you joined
10   Marvel in 1965, that previously in the 1960s that
11   freelance writers weren't working under the --
12   freelance artists weren't working under the
13   supervision of Stan Lee?
14           MR. TOBEROFF:   Objection as to form.
15       Leading.   Compound.
16       A    No one told me that there had been, you
17   know, any changes.   And Stan had been the editor
18   during that entire period.   The artists and other
19   writers, if there had been any, they all reported to
20   Stan.   And it seemed like that had been the way it
21   had been for at least the last several years.
22   BY MS. LENS:
23       Q    Did anyone tell you, when you joined
24   Marvel in 1965, that freelancers didn't work on a
25   per-page rate in the 1960s before you joined?

Page 333

1              MR. TOBEROFF:  Objection as to form.

2       A      As far as I knew or was informed, it had

3    always been a paid -- a page rate kind of system for

4    writers and for artists.

5    BY MS. LENS:

6       Q      And did anyone tell you before -- strike

7    that.

8              Did anyone tell you, when you joined

9    Marvel in 1965, that prior to that, that freelance

10   artists didn't work pursuant to deadlines provided

11   by Marvel?

12             MR. TOBEROFF:  Objection as to form.

13      A      No.  No, they didn't.  Obviously there

14   always had to be deadlines.  There were deadlines

15   all the way back to the '30s and the '40s, and that

16   part of it really had never changed.

17   BY MS. LENS:

18      Q      Did anyone tell you, when you joined

19   Marvel in 1965, that prior to that, that Marvel

20   didn't have the right to require freelancers to do

21   revisions at Marvel's request?

22             MR. TOBEROFF:  Objection as to form.

23      Vague.

24      A      No, no one ever told me that.

25

```
                                              Page 334
 1    BY MS. LENS:
 2         Q      Do you have any reason to believe that
 3    that was the case?
 4              MR. TOBEROFF:   Same objection.
 5         A      No.   Quite the contrary.
 6              MS. LENS:   Okay.   No further questions.
 7         Of course if Mr. Toberoff asks any questions in
 8         his remaining minute, I'll reserve the balance
 9         of my time for redirect.
10              MR. TOBEROFF:   I'm starting my stopwatch
11         over.
12                     FURTHER EXAMINATION
13    BY MR. TOBEROFF:
14         Q     When Stan had meetings with freelance
15    writers and artists during the period, were you
16    generally in those meetings?
17              MS. LENS:   Objection to form.
18         A     I wouldn't say generally but sometimes.
19    BY MR. TOBEROFF:
20         Q     What percentage of the times?
21              MS. LENS:   Objection.   Lacks foundation.
22         A     Just a few percent.   Five, ten.   Rather
23    small numbers.   There would usually be some
24    particular reason why he wanted me there, to take
25    notes or whatever.
```

```
                                            Page 338

 1                   I N D E X

 2                    *****

 3    ROY THOMAS, JR.                          PAGE

 4         Examination by Ms. Lens                 7

 5         Examination by Mr. Toberoff           180

 6         Further Examination by Ms. Lens      328

 7         Further Examination by Mr. Toberoff  334

 8                E X H I B I T S

 9    NUMBER       DESCRIPTION                  PAGE

10    Exhibit 62  AlterEgo magazine article, Rascally

11                Roy Celebrates 40 Years Since Modeling

12                with Millie No. 44, and a few More

13                Marvel Milestones!

14                2021MARVEL-71288 to 71402         93

15    Exhibit 63  The Jack Kirby Collector,

16                2021MARVEL-0070540 to 70607      175

17    Exhibit 64  Magazine, Comic Book Artist,

18                2021MARVEL-0036207 to 36236      176

19    Exhibit 65  AlterEgo magazine, "Roy Thomas on

20                Marvel in the 1970s!",

21                2021MARVEL-74335 to 74438         45

22    Exhibit 66  10/26/10 Vol. 1 Deposition of Roy

23                Thomas, 2021MARVEL-0043115 to 43320  171

24    Exhibit 67  10/27/10 Vol. 2 Deposition of Roy

25                Thomas, 2021MARVEL-0064804 to 9323   171
```

1                    E X H I B I T S

2     NUMBER        DESCRIPTION                        PAGE

3     Exhibit 68  4/12/11 Deposition of Roy Thomas

4                 2021MARVEL-0041265 to 41434          172

5     Exhibit 69  4/13/11 Deposition of Roy Thomas

6                 2021MARVEL-0123147 to 123387         173

7     Exhibit 70  Trial, 10/13/99,

8                 2021MARVEL-0081102 to 81239          174

9     Exhibit 71  Employment Contracts & Correspondence

10                from Roy Thomas, Confidential, 9/1/74,

11                Bates 2021MARVEL-88673 to 88680       51

12    Exhibit 72  Comic:  Tales of Suspense, "The Crimson

13                Dynamo strikes again!  And none,

14                but Iron Man can hope to stop him!"

15                2021MARVEL-0005039 to 5052            76

16    Exhibit 73  Marvel Comics Group Notepad note from

17                Roy to Jerry with comic samples,

18                2021MARVEL-0050273 to 50278           84

19    Exhibit 74  Comic:  Marvel Super-Heroes Featuring

20                Captain Marvel, 2021MARVEL-3353 to

21                3368                                  98

22    Exhibit 75  Comic:  Tales of Suspense Featuring

23                Iron Man and Captain America

24                Number 86, no Bates                  114

25

```
                                                    Page 340

 1                       E X H I B I T S

 2    NUMBER          DESCRIPTION                           PAGE

 3    Exhibit 76  Comic:  The Avengers, Number 39,

 4                2021MARVEL-0001682 to 1702          163

 5    Exhibit 77  Plot:  The Avengers vs. Sub-Mariner

 6                (#40),  2021MARVEL-0071516 to 71578  166

 7    Exhibit 78  Plot:  Avengers v. Super-Adaptoid,

 8                2021MARVEL-0071592 to 71594          167

 9    Exhibit 79  Comic:  The Avengers Number 45,

10                2021MARVEL-0001724 to 1744           169

11    Exhibit 80  Subpoena for Roy Thomas             199

12    Exhibit 81  Responses and Objections to

13                Subpoena to Produce Documents,

14                Information, or Objects to Roy

15                Thomas                               211

16    Exhibit 82  Drawing with envelope to Patrick

17                Ditko                                303

18    Exhibit 83  Hero Initiative article, no Bates   326

19

20

21

22

23

24

25
```

Page 341

1                  PREVIOUSLY MARKED EXHIBITS

2    NUMBER        DESCRIPTION                        PAGE

3    Exhibit 3   AlterEgo magazine article,

4                Conversation with Larry Lieber,

5                2021MARVEL-0027468 to 27481          67

6    Exhibit 8   Article:  Special Stan Lee 85th

7                Birthday Issue, 2012MARVEL-0073287 to

8                73370                               156

9    Exhibit 28  Comic:  The Fantastic Four,

10               2021MARVEL-0023907 to 23908         169

11   Exhibit 31  Avengers Plot, 2021MARVEL-71572     161

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 342

```
 1          REQUESTS FOR MARKED PORTIONS OF TRANSCRIPT
 2     PAGE/LINE    DESCRIPTION
 3     185/8        Question by Toberoff:  Did you ask Marvel's
 4                  attorneys to represent you in this case?
 5     188/14       Question by Toberoff:  Did Marvel's attorneys tell
 6                  you why they were suggesting that they represent
 7                  you?
 8     190/2        Question by Toberoff:  And what did they tell you?
 9     218/13       Question by Toberoff:  What was -- at
10                  that meeting, what was said to you by Marvel's
11                  attorneys?
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                      Page 343
 1    STATE OF NORTH CAROLINA )

 2    COUNTY OF FORSYTH        )

 3                    REPORTER'S CERTIFICATE

 4                    I, Audra Smith in and for the above county

 5    and state, certify that the person hereinbefore named was

 6    taken before me at the time and place and was sworn by me and

 7    that such deposition is a true record of the testimony given

 8    by such witness.

 9                    I further certify that I am not related to

10    any of the parties to this action by blood or marriage and

11    that I am in no way interested in the outcome of this matter.

12                    IN WITNESS WHEREOF, I have hereto set my

13    hand this 6th day of February, 2023.

14

15

16    _____

17    Audra Smith

18    Notary Number:  201329000033

19    Commission Expires:  June 26, 2025

20

21

22

23

24

25
```