# EXHIBIT 102

Page 1

```
 1
 2          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      MARVEL CHARACTERS, INC.,
 4
            Plaintiff and Counterclaim-Defendant,
 5
                 -against-    Case No.:
 6                            1:21-cv-7955-LAK
                              and consolidated
 7                            cases, Nos.:
                              21-cv-7957 LAK and
 8                            21-cv-7959 LAK
 9    LAWRENCE D. LIEBER,
10         Defendant and Counterclaimant.
      ------------------------------------------X
11    MARVEL CHARACTERS, INC.,
12         Plaintiff and Counterclaim-Defendant,
13               -against-
14    KEITH A. DETTWILER, in his capaciity as
15    Executor of the Estate of Donald L. Heck,
16         Defendant and Counterclaimant.
      ------------------------------------------X
17    MARVEL CHARACTERS, INC.,
18         Plaintiff and Counterclaim-Defendant,
19               -against-
20    PATRICK S. DITKO, in his capacity as
      Administrator of the Estate of Stephen J.
21    Ditko,
22         Defendant and Counterclaimant.
      ------------------------------------------X
23              DATE: October 25, 2022
                TIME: 9:41 A.M.
24
         (Caption continues on following page.)
25
```

Page 2

1

2       REALTIME VIDEOTAPED DEPOSITION

3    of the Defendant, LARRY LIEBER, taken by

4    the Plaintiff and Counterclaim-Defendant,

5    pursuant to a Court Order and to the

6    Federal Rules of Civil Procedure, held at

7    the offices of O'Melveny & Myers, LLP, 7

8    Times Square, Times Square Tower, New York,

9    New York 10036, before Karyn Chiusano, a

10   Notary Public of the State of New York.

```
 1
 2    A P P E A R A N C E S:
 3
 4    O'MELVENY & MYERS, LLP
         Attorneys for the Plaintiff and
 5       Counterclaim-Defendant
         MARVEL CHARACTERS, INC.
 6       7 Times Square
         Times Square Tower
 7       New York, New York 10036
         BY: DANIEL PETROCELLI, ESQ.
 8       dpetrocelli@omm.com
 9
      TOBEROFF & ASSOCIATES, P.C.
10       Attorneys for the Defendant
         and Counterclaimant
11       LAWRENCE D. LIEBER
         23823 Malibu Road ~ Suite 50-363
12       Malibu, California 90265
         BY: MARC TOBEROFF, ESQ.
13       mtoberoff@toberoffandassociates.com
14
15
16    ALSO PRESENT:
         MARCELO RIVERA, Videographer
17       MOLLY LENS, O'Melveny & Myers, LLP
         DANIELLE FEUER, O'Melveny & Myers, LLP
18       ELI BARD, via Zoom
         JAYMIE PARKKINEN, via Zoom
19
20
21
22              *         *         *
23
24
25
```

                                                          Page 25

1                      LARRY LIEBER
2         not answer.
3         Q.    How did he get your phone
4    number?
5         A.    Um, he had it probably from the
6    previous, um, deposition.
7               You see -- if I can explain
8    something?
9         Q.    Sure.
10        A.    I, um, I was not a party in
11   that deposition, that's why I said I didn't
12   wonder who -- represent Marvel.  I didn't
13   -- and I wasn't represented by Mr.
14   Toberoff.
15              And I tried to be as neutral
16   and fair as possible. I remember I even
17   found something in a book and that might
18   have been of value for learning the truth.
19              And I remember I called up -- I
20   forget which party first, I either called
21   Marvel's lawyers or I called -- well, let's
22   say I called Marvel's lawyers first,
23   perhaps.
24              And I told them what I found in
25   this book and I said I was going to call

Page 26

1        LARRY LIEBER
2   Mr. Toberoff and give him the same
3   information because I -- I -- I wanted to
4   be fair in this thing. All I knew is that
5   they wanted me to come down and testify and
6   be truthful about the matter.
7            So, I gave it to both parties.
8   That's why I say I didn't consider Mr.
9   Toberoff my lawyer or Marvel my -- my -- my
10  lawyer.
11       Q.   Thank you for that explanation.
12            And you were truthful in your
13  deposition in the Kirby case; right?
14       A.   Yes.
15            As far as -- as far as I know,
16  yes. Right.
17       Q.   You're not aware of anything
18  that you said in the Kirby case that was
19  not truthful; correct?
20       A.   No.
21       Q.   Okay.
22            MR. TOBEROFF:  Please, um, when
23      he asks the question --
24            THE WITNESS:  Oh, I keep
25       forgetting.

Page 315

```
 1                    LARRY LIEBER
 2                   E X H I B I T S
 3
 4      PLAINTIFF'S  EXHIBITS
 5
 6      EXHIBIT     EXHIBIT                         PAGE
 7      NUMBER      DESCRIPTION
 8      1           Letter being dated
 9                  January 31, 2011               23
10      2           Deposition transcript
11                  with attached errata
12                  sheet                          31
13      3           Document, entitled "A
14                  Conversation with
15                  Artist-Writer Larry Lieber,
16                  conducted & Edited by Roy
17                  Thomas, Transcribed by
18                  Jon B. Knutson"                35
19      4           Document entitled:
20                  "Comic Book Marketplace,
21                  Special Halloween
22                  Horror-Fest! Jim Warren's
23                  Creepy & Eerie!  Plus:
24                  Grisly, Gruesome and
25                  Ghastly...Pre-Code
```

Page 316

|  |  |  |  |
|---|---|---|---|
| 1 |  | LARRY LIEBER |  |
| 2 |  | Horror!" | 41 |
| 3 | 5 | Document, entitled: |  |
| 4 |  | "The Larry Lieber Interview, |  |
| 5 |  | by Barry Dutter | 43 |
| 6 | 6 | Document, entitled: |  |
| 7 |  | "Tribute: 2003 Kirby Tribute |  |
| 8 |  | Panel" | 45 |
| 9 | 7 | Document, entitled: "20th |  |
| 10 |  | Century Danny Boy" | 49 |
| 11 | 8 | Document with picture of |  |
| 12 |  | Stan Lee on cover, entitled: |  |
| 13 |  | "Special STAN LEE 85th |  |
| 14 |  | Birthday Issue!" | 51 |
| 15 | 9 | Document, entitled: |  |
| 16 |  | "Alter Ego, It Finally |  |
| 17 |  | Happens!  Jack Kirby Takes |  |
| 18 |  | Over Alter Ego!" | 54 |
| 19 | 10 | CD of video | 60 |
| 20 | 11 | Document, entitled: "Back |  |
| 21 |  | Issue Icons Interview of |  |
| 22 |  | Larry Lieber" | 62 |
| 23 | 12 | CD of podcast | 63 |
| 24 | 13 | Transcript of podcast | 63 |
| 25 | 14 | Audiotape | 68 |

|   |    | LARRY LIEBER |     |
|---|----|--------------|-----|
| 1 |    |              |     |
| 2 | 15 | Certified transcript of interview | 68 |
| 4 | 16 | E-mail | 68 |
| 5 | 17 | E-mail | 80 |
| 6 | 18 | E-mail | 86 |
| 7 | 19 | E-mail from Marvel: August 1961 Omnibus Introduction from Cory Sedimeier, dated Thursday, January 28, 2021 at 7:10 A.M. | 93 |
| 12 | 20 | "Tales of Suspense, "IRON MAN" He Lives! He Walks! He Conquers!" | 158 |
| 15 | 21 | One-page document, entitled "RAWHIDE KID" Gunfight with Yerby's Yahoos!" | 176 |
| 19 | 22 | Contract, beginning with the words: "AGREEMENT made this 14 day of June, 1978, by and between Larry Lieber" | 182 |
| 24 | 23 | Complaint for Declaratory Relief | 216 |

```
 1                LARRY LIEBER
 2     24    Defendant Lieber's
 3           Second Amended Responses
 4           and Objections to
 5           Plaintiff's First
 6           Interrogatories to
 7           Lawrence D. Lieber           226
 8     25    Defendant Lieber's
 9           Responses and Objections
10           to Plaintiff's First Set
11           of Requests for
12           Admission to Lawrence D.
13           Lieber                       236
14     26    Plaintiff's First Request
15           of First Set of Requests
16           For Admission to Defendant
17           and Counterclaimant
18           Lawrence D. Lieber           239
19     27    Life insurance policy       305
20     28    Plot prepared by Stan
21           Lee                          309
22
23       (Exhibits retained by Court Reporter.)
24
25
```

```
                                                    Page 319
 1              LARRY LIEBER
 2                I N D E X
 3
 4   EXAMINATION BY                              PAGE
 5   MR. PETROCELLI                              9/289
 6   MR. TOBEROFF                                252
 7
 8   INFORMATION AND/OR DOCUMENTS REQUESTED
 9   INFORMATION AND/OR DOCUMENTS          PAGE
10   (None)
11
12
13
14
15   QUESTIONS MARKED FOR RULINGS
16   PAGE LINE QUESTION
17   72    6    Mr. Lieber, you did speak to
18             your counsel during the break;
19             is that correct?
20
21
22
23
24
25
```

Page 320

LARRY LIEBER

C E R T I F I C A T E

STATE OF NEW YORK        )
                         : SS.:
COUNTY OF NEW YORK       )

I, KARYN CHIUSANO, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of November, 2022.

*Karyn Chiusano*

KARYN CHIUSANO