# EXHIBIT 104

Confidential Pursuant to Protective Order

Page 150

1         UNITED STATES DISTRICT COURT
2         SOUTHERN DISTRICT OF NEW YORK
3
4  MARVEL WORLDWIDE, INC.,      )
   MARVEL CHARACTERS, INC.,     )
5  and MVL RIGHTS, LLC,         )
                                )
6         Plaintiffs,            )
                                )
7   vs.                          )Case No. 10-141-CMKF
                                )
8  LISA R. KIRBY, BARBARA J.    )
   KIRBY, NEAL L. KIRBY and     )
9  SUSAN N. KIRBY,              )
                                )
10        Defendants.            )
                                )
11 _____)
12
13
14
15        CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
16                      VOLUME II
17              DEPOSITION OF STAN LEE
18               LOS ANGELES, CALIFORNIA
19             WEDNESDAY, DECEMBER 8, 2010
20
21
22
23
    REPORTED BY:
24  Alejandria E. Kate
    CSR NO. 11897, HI 448, RPR, CLR
25  JOB NO.:  35197

2021MARVEL-0043928

Page 151

DECEMBER 8, 2010
9:11 A.M.

Deposition of STAN LEE, held at the offices of VENABLE LLP, 2049 Century Park East, Suite 2100, Los Angeles, California, pursuant to agreement before Alejandria E. Kate, a Registered Professional Reporter and Certified Shorthand Reporter of the State of California.

Page 152

APPEARANCES:

ATTORNEY FOR THE PLAINTIFFS:
  WEIL, GOTSHAL & MANGES
  BY: JAMES W. QUINN, ESQ.
    RANDI W. SINGER, ESQ.
  767 Fifth Avenue
  New York, New York 10153
  -AND-
  HAYNES AND BOONE
  BY: DAVID FLEISCHER, ESQ.
  1221 Avenue of the Americas
  26th Floor
  New York, New York 10020

ATTORNEY FOR THE DEFENDANTS:
  TOBEROFF & ASSOCIATES
  BY: MARC TOBEROFF, ESQ.
    NICHOLAS C. WILLIAMSON, ESQ.
    JEFFREY R. RHOADS, ESQ. (Page 200)
  2049 Century Park East
  Suite 2720
  Los Angeles, California 90067

FOR THE WITNESS:
  GANFER & SHORE
  BY: ARTHUR LIEBERMAN, ESQ.
    (APPEARANCE VIA VIDEO CONFERENCE)
  360 Lexington Avenue
  14th Floor
  New York, NY 10017

ALSO PRESENT:
  ELI BARD, Marvel Entertainment

Page 153

1      LOS ANGELES, CALIFORNIA
2     WEDNESDAY, DECEMBER 8, 2010
3        9:11 A.M.
4
5        STAN LEE,
6 the witness herein, having been first duly sworn,
7    was examined and testified as follows:
8
9       EXAMINATION
10 BY MR. TOBEROFF:
11   Q. Good morning, Mr. Lee.
12   A. Good morning.
13   Q. I'm going to start with the difficult
14 questions first.
15     Could you please state and spell your full
16 name for record.
17   A. My name is Stan Lee. S-T-A-N, L-E-E.
18   Q. Please state your current address for the
19 record.
20   A. 9143 Oriole Way, Los Angeles, 90069.
21   Q. Other than -- you recall that you had your
22 deposition taken in this case in May of this year? Do
23 you recall that?
24   A. Yes.
25   Q. Excuse me. Yes, it was in May.

Page 154

1   A. Pardon me?
2   Q. Strike that.
3     MR. QUINN: It was in May.
4     MS. SINGER: Yeah.
5     MR. LIEBERMAN: I can't hear either. You have
6 to talk towards the speaker.
7     THE WITNESS: Do me a favor. I don't hear as
8 well as I used to. If you could speak just a little
9 louder.
10 BY MR. TOBEROFF:
11   Q. Certainly.
12     Aside from your May deposition in this case,
13 had you ever had your deposition taken before that?
14   A. Before the May one? I don't remember.
15   Q. Was that your first deposition, the deposition
16 you had in May?
17   A. I think so, yes.
18     MR. QUINN: Object only because it's unclear.
19     Do you mean in this case or in some other case
20 ever?
21     MR. TOBEROFF: Any case.
22     THE WITNESS: Oh, oh. I've had depositions in
23 other cases.
24 BY MR. TOBEROFF:
25   Q. How many other times have you been deposed?

2021MARVEL-0043929

```
                                Page 211
 1       THE WITNESS: POW! was a company that I formed
 2   with two partners, Arthur Lieberman and Gill Champion,
 3   to do movies, television, publishing, whatever we could
 4   do in entertainment.
 5   BY MR. TOBEROFF:
 6       Q.  Does that include live-action theatrical
 7   motion pictures?
 8       A.  Yes.
 9       Q.  Does that also include animated theatrical
10   motion pictures?
11       A.  Yes.
12       Q.  Does it include live-action television series?
13       A.  Yes.
14       Q.  When was POW! first established,
15   approximately?
16       A.  About six years ago. Again, I'm no good at
17   dates, but somewhere around there.
18       Q.  Less than ten years ago?
19       A.  Yeah. I think less than ten.
20       Q.  And what is your corporate position at POW!
21   Entertainment?
22       A.  My personal position?
23       Q.  Yes.
24       A.  I think I'm the chairman and the chief
25   creative officer.
```

```
                                Page 212
 1       Q.  Other than yourself and the two people you
 2   mentioned, how many other people work at POW!
 3   Entertainment?
 4       A.  At the moment, there's -- Mike and Ron --
 5   eight total.
 6       Q.  Eight people.
 7           And last year, in 2009, did less people work
 8   at POW! Entertainment?
 9       A.  Yeah. Last year we had -- I think we had six.
10       Q.  And is that six in addition to Gill?
11       A.  No, that's including all of us.
12       Q.  Including.
13           So the number you gave me for 2010 was
14   including everyone?
15       A.  Yes.
16       Q.  Okay. So under this agreement, Exhibit 16,
17   dated as of March 20, 2006, POW! has a first-look
18   agreement, as they call it in the motion picture
19   industry, a first-look agreement with Disney; correct?
20       A.  Yes.
21       Q.  And it's your understanding that Silver Creek
22   Pictures, Inc. is a -- is owned by Disney?
23       A.  No.
24       Q.  What is Silver Creek Pictures, Inc.?
25       A.  I have no idea. I mean, I don't even remember
```

```
                                Page 213
 1   seeing this. I -- I don't read the contracts in our
 2   company.
 3       Q.  I understand.
 4       A.  I don't know what this is.
 5       Q.  But this -- your understanding is that this
 6   agreement gives you a first look -- a producing deal
 7   with Disney?
 8       A.  I know we have that look. I don't know that
 9   this is the agreement. I mean, I'd have to sit and
10   read this whole thing, which bores the hell out of me.
11           MR. QUINN: The document speaks for itself.
12   He did not sign it.
13   BY MR. TOBEROFF:
14       Q.  Whether or not this is the document
15   commemorating your first-look agreement with Disney,
16   POW! has a first-look agreement with Disney; correct?
17       A.  Absolutely.
18           MR. TOBEROFF: Please mark the next exhibit as
19   Exhibit 17.
20           (Whereupon, Defendants' Exhibit Number
21           LEE 17 was marked for identification.)
22           MR. TOBEROFF: Exhibit 17 is an agreement
23   dated as of December 18th, 2009 between POW!
24   Entertainment, Inc.
25           MR. LIEBERMAN: What's the date of that again?
```

```
                                Page 214
 1           MR. TOBEROFF: December 18th, 2009. It's
 2   dated as of December 18th, 2009. Between POW!
 3   Entertainment, Inc. and Silver Creek Pictures, Inc.
 4           MR. LIEBERMAN: Thank you.
 5           MR. TOBEROFF: Bates Numbers Lee 201 to Lee
 6   211.
 7       Q.  This agreement, you'll notice, Mr. Lee,
 8   Exhibit 17, in the re on the first page, it says,
 9   "Stan Lee/Overall Agreement/Fifth Amendment."
10       A.  Uh-huh.
11       Q.  And this -- the date is as of December 18,
12   2019 [sic].
13       A.  No. 2009.
14       Q.  2009. Excuse me. Thank you.
15           Because this is dated as of December 18th,
16   2009, I assume it was executed after that date.
17           Does that comport with your recollection?
18       A.  No.
19           MR. QUINN: Objection.
20           THE WITNESS: I don't have a recollection
21   about this. I don't read the contracts at our company.
22           MR. QUINN: Again, he didn't sign this.
23           MR. TOBEROFF: Okay. As you said, the
24   document speaks for itself.
25           MR. QUINN: Okay.
```

Confidential Pursuant to Protective Order

Page 287

1  Thomas in this case. Bates Number 365 to 82.
2       This is an interview that you appeared to have
3  given with the American Archive of American Television
4  on March 22, 2004.
5       Did you give this interview with the American
6  Archive of American Television?
7     A. Yes.
8     Q. Please turn to Page 3, second column.
9     A. I'm sorry. Did you say Page 3?
10    Q. Page 3, second column. All the way down in
11 your response on the second column -- excuse me, all
12 the way down the second column of that page, you see
13 the questioner is Lisa Tarata, and she asked the
14 following question: "Can you talk a little bit
15 about -- and you mentioned that what the comic book
16 industry was like there. It didn't have a great
17 reputation at the time. But can you just talk a little
18 bit of what the industry looked like in the early
19 '40s."
20      And you respond, "Well, in the early '40s --
21 and, again, I'm not really good at this, I have the
22 word's worst memory for detail," and then you continue.
23     Do you see that?
24    A. Yes.
25       MR. TOBEROFF: I'd just like to show you one

Page 288

1  more. We'll mark this 31, Lee Exhibit 31.
2       (Whereupon, Defendants' Exhibit Number
3       LEE 31 was marked for identification.)
4  BY MR. TOBEROFF:
5     Q. Exhibit 31 is an excerpt from David Anthony
6  Kraft's Comic Interview Number 64 that was published in
7  1988. And there's -- on the first page of this
8  interview, there's a picture of you with your hand on a
9  provocative statue.
10      Do you see that?
11    A. (No audible response.)
12    Q. Did you give this interview?
13    A. I suppose so. Yes.
14    Q. Please turn to Page 15. I'd like to draw your
15 attention to something in the interview.
16      Page 15 in the first column, where the
17 interviewer -- where it's connoted by Darryl, it says
18 the following: "It's kind of amusing. With all of the
19 collecting and indexing and cataloging over the years,
20 people still aren't certain they have everything that
21 Marvel put out in their catalogue and indexes and so
22 on. You wouldn't happen to have some vague memory of
23 some missing Marvel they could get after?"
24      I believe the interview is missing a word,
25 "material."

Page 289

1       And you respond, "Unfortunately, I have
2  probably the worst memory in the world. It makes me
3  happy for this reason. If my memory was just bad now,
4  I would figure it's old age and I'm getting senile.
5  But I've always had a bad memory. When I went to work
6  for Marvel I had a bad memory."
7       Do you see that?
8     A. Yes.
9        MR. QUINN: And it says "laughter" right after
10 that. Just like the last time.
11 BY MR. TOBEROFF:
12    Q. Is it fair to say, Mr. Lee, that you've been
13 pretty consistent over the years in honestly stating
14 that you got a bad memory?
15    A. I joke about it.
16    Q. So do you believe you have a bad memory or a
17 good memory?
18    A. I have a bad memory for details. I don't
19 remember dates. I don't remember amounts of monies or
20 things like that. But I have a good memory for other
21 things.
22    Q. So when they were asking you for details, and
23 you told them you had a bad memory, did you know the
24 answer to their questions and you were avoiding it by
25 telling them that you had a bad memory?

Page 290

1     A. No. I never avoided anything.
2        MR. QUINN: Objection. Unclear.
3        Go ahead.
4        THE WITNESS: I say it was something that I
5  joked about, I've written about. And when I've
6  lectured, I've joked with the audience about and they
7  joke back with me about it. It's like a standing joke
8  with me and a lot of my fans, my bad memory.
9  BY MR. TOBEROFF:
10    Q. I see.
11    A. So I make as much of it as I can because
12 anything that provides a little humor in this sordid
13 world of ours, I think is a good thing.
14    Q. I agree.
15       MR. QUINN: Note the laughter.
16       MR. TOBEROFF: I'd like to mark as Exhibit 32
17 the May 13th, 2010, deposition transcript of Stan Lee
18 in this case.
19       (Whereupon, Defendants' Exhibit Number
20       32 was marked for identification.)
21       MR. TOBEROFF: Actually, I'm not going to mark
22 this as an exhibit.
23       (Whereupon, Defendants' Exhibit Number
24       32 was withdrawn.)
25       MR. QUINN: Do you have another copy? Because

Confidential Pursuant to Protective Order

Page 399

1  MR. TOBEROFF: Thank you.
2  THE COURT REPORTER: So stipulated?
3  MR. FLEISHCHER: So stipulated.
4  (Time noted: 5:01 p.m.)
5  -oOo-

---

STAN LEE
Subscribed and sworn to before me
this ___ day of _____, 20___.

_____

Page 400

CERTIFICATE

STATE OF CALIFORNIA )
                    ) ss.
COUNTY OF LOS ANGELES )

I, ALEJANDRIA E. KATE, a Registered Professional Reporter and Notary Public within and for the State of California, do hereby certify:
That the foregoing record of proceedings is a full and correct transcript of the stenographic notes taken by me therein.
In witness whereof, I have hereunto set my hand this 20th day of December, 2010.

_____
ALEJANDRIA E. KATE, CSR 11897

Page 401

INDEX

| WITNESS: | EXAMINATION | PAGE |
|---|---|---|
| STAN LEE | By Mr. Toberoff | 153 |
|  | (Afternoon Session) | 298 |
|  | By Mr. Quinn | 376 |
|  | By Mr. Toberoff | 389 |

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

| PAGE | LINE |
|---|---|
| 162 | 2 |
| 182 | 13 |
| 190 | 4 |
| 239 | 17 |

EXHIBITS

(ALL EXHIBITS MARKED CONFIDENTIAL)

| DEFENDANTS' | PAGE |
|---|---|
| Exhibit LEE 13-- Employment Agreement, Bates-stamped MARVEL 0007134 through 0007144 | 172 |
| Exhibit LEE 14-- Settlement Agreement, Bates-stamped MARVEL 0016508 through 0016511 | 188 |
| Exhibit LEE 15-- Letter dated July 26, 2002, Bates-stamped MARVEL 0011424 | 208 |

Page 402

INDEX (CONTINUED):

EXHIBITS
(ALL EXHIBITS MARKED CONFIDENTIAL)

| DEFENDANTS' | PAGE |
|---|---|
| Exhibit LEE 16-- Letter dated March 20, 2006, Bates-stamped LEE 0409 through 0411 | 210 |
| Exhibit LEE 17-- Letter dated December 18, 2009, Bates-stamped LEE 0201 through 0212 | 213 |
| Exhibit LEE 18-- Letter dated May 2, 2008, Bates-stamped LEE 0424 through 0430 | 225 |
| Exhibit LEE 19-- Stock Purchase Agreement, Bates-stamped LEE 0174 through 0184 | 241 |
| Exhibit LEE 20-- Confidential Draft4, Bates-stamped LEE 0169 through 0170 | 245 |
| Exhibit LEE 21-- Letter dated January 19, 1972, Bates-stamped MARVEL 0014654 through 0014657 | 246 |
| Exhibit LEE 22-- Preliminary Statement, Bates-stamped MARVEL 0016161 through 0016164 | 249 |
| Exhibit LEE 23-- Amendment dated May 2, 2008, Bates-stamped MARVEL 0016141 through 0016142 | 254 |
| Exhibit LEE 24-- E-mail dated January 14th, 2010, Bates-stamped MARVEL 0008901 | 258 |

Confidential Pursuant to Protective Order

Page 403

INDEX (CONTINUED):

EXHIBITS
(ALL EXHIBITS MARKED CONFIDENTIAL)

| DEFENDANTS' | PAGE |
|---|---|
| Exhibit LEE 25-- Preliminary Statement, Bates-stamped MARVEL 0016157 through 0016160 | 262 |
| Exhibit LEE 26-- Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action | 267 |
| Exhibit LEE 27-- Copy of check, Bates-stamped MARVEL 0014603 through 0014604 | 276 |
| Exhibit LEE 28-- Copy of check, Bates-stamped MARVEL 0014602 through 0014611 | 280 |
| Exhibit LEE 29-- Excerpts From The 1975 Stan Lee Panel, Bates-stamped K 01298 through 01302 | 285 |
| Exhibit LEE 30-- Stan Lee: T.V. Archives 2004, Bates-stamped THOM 0000365 through 0000382 | 286 |
| Exhibit LEE 31-- The Silver Surfer No. 64 | 288 |
| Exhibit LEE 32-- The Comic Book Makers, Joe Simon | 293 |
| Exhibit LEE 33-- Alter Ego, Stan Lee, No. 74 | 298 |
| Exhibit LEE 34-- Son of Origins of Marvel Comics, by Stan Lee | 306 |
| Exhibit LEE 35-- The Incredible, by Stan Lee | 308 |

Page 404

INDEX (CONTINUED):

EXHIBITS
(ALL EXHIBITS MARKED CONFIDENTIAL)

| DEFENDANTS' | PAGE |
|---|---|
| Exhibit LEE 36-- Stan Lee Universe, Stan Lee and Jack Kirby, WBAI Radio, New York, March 3, 1967 | 311 |
| Exhibit LEE 37-- Stan the Man Lee, Maestro of the Marvel Mythos | 312 |
| Exhibit LEE 38-- MARVEL by Les Daniels | 318 |
| Exhibit LEE 39-- Stan Lee, It's a Marvelous Life | 320 |
| Exhibit LEE 40-- Comics Interview | 322 |
| Exhibit LEE 41-- The Fantastic Four, By Stan Lee | 328 |
| Exhibit LEE 42-- The Superhero Women, By Stan Lee | 330 |
| Exhibit LEE 43-- Interview with Stan Lee (Part 1 of 5), dated June 26, 2000 | 339 |
| Exhibit LEE 44-- Spidey: The Movie, No. 85 | 343 |
| Exhibit LEE 45-- Artwork Release, Bates-stamped MARVEL 0013830 | 352 |
| Exhibit LEE 46-- Opinion, Marvel Entertainment Group, Inc., debtors | 356 |
| Exhibit LEE 47-- Artwork Release, Bates-stamped MARVEL 0013831 | 362 |
| Exhibit LEE 48-- Excelsior, The Amazing Life of Stan Lee | 367 |

Page 405

INDEX (CONTINUED):

EXHIBITS
(ALL EXHIBITS MARKED CONFIDENTIAL)

| PLAINTIFFS' | PAGE |
|---|---|
| Exhibit LEE 49-- Letter dated March 27, 1962, Bates-stamped THOM 0002628 | 386 |
| Exhibit LEE 50-- Letter dated January 8, 1962, Bates-stamped THOM 0002631 | 387 |
| Exhibit LEE 51-- Letter dated January 9, 1963, Bates-stamped THOM 0002629 through 0002630 | 387 |

EXHIBITS PREVIOUSLY MARKED AND ATTACHED HERETO:

Exhibit 1
Exhibit 2
Exhibit 3
Exhibit 11
Exhibit 12

Page 406

ERRATA SHEET

NAME OF CASE: "MARVEL WORLDWIDE VS. LISA R. KIRBY"
DATE OF DEPOSITION: DECEMBER 8, 2010
NAME OF WITNESS: STAN LEE
Reason Codes:
  1. To clarify the record.
  2. To conform to the facts.
  3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____
STAN LEE

2021MARVEL-0043992