# EXHIBIT 105

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2               SOUTHERN DISTRICT OF NEW YORK
 3
 4   MARVEL WORLDWIDE, INC.,            )
 5   MARVEL CHARACTERS, INC. and        )
 6   MVL RIGHTS, LLC,                   )
 7                      PLAINTIFFS,     )
 8                                      )
 9           VS.                        ) NO. 10-141-CMKF
10                                      )
11   LISA R. KIRBY, BARBARA J. KIRBY,   )
12   NEAL L. KIRBY and SUSAN N. KIRBY,  )
13                      DEFENDANTS.     )
14   _____  )
15
16         CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
17              VIDEOTAPED DEPOSITION OF STAN LEE
18                   LOS ANGELES, CALIFORNIA
19                        MAY 13, 2010
20
21
22   REPORTED BY:
23   CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR, CLR
24   JOB NO.: 30189
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 2

```
 1
 2
 3
 4
 5
 6
 7                              May 13, 2010
 8                              9:35 a.m.
 9
10
11
12
13        Deposition of Stan Lee, taken on behalf of
14   Plaintiffs, held at the offices of Paul Hastings,
15   515 South Flower Street, 25th Floor, Los Angeles,
16   California, before Christy A. Cannariato,
17   CSR #7954, RPR, CRR.
18
19
20
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
                                                          Page 3
 1              A P P E A R A N C E S
 2
 3    REPRESENTING THE PLAINTIFFS:
 4
 5    WEIL, GOTSHAL & MANGES, LLP
 6    BY:  JAMES W. QUINN, ESQ.
 7    RANDI W. SINGER, ESQ.
 8    767 FIFTH AVENUE
 9    NEW YORK, NY  10153
10
11    -AND-
12
13    HAYNES AND BOONE, LLP
14    BY:  DAVID FLEISCHER, ESQ.
15    1221 AVENUE OF THE AMERICAS, 26TH FLOOR
16    NEW YORK, NY  10020
17
18
19    REPRESENTING THE DEFENDANTS:
20
21    TOBEROFF & ASSOCIATES, P.C.
22    BY:  MARC TOBEROFF, ESQ.
23    2049 CENTURY PARK EAST, SUITE 2720
24    LOS ANGELES, CA  90067
25
```

2021MARVEL-0130806

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 4

```
 1                APPEARANCES (Cont'd)
 2
 3
 4   FOR THE WITNESS:
 5
 6   GANFER & SHORE, LLP
 7   BY:  ARTHUR LIEBERMAN, ESQ.
 8   360 LEXINGTON AVENUE, 14TH FLOOR
 9   NEW YORK, NY  10017
10   REPRESENTING
11
12
13
14
15
16
17
18   ALSO PRESENT:
19   BRENT JORDAN, VIDEOGRAPHER
20   ELI BARD, MARVEL ENTERTAINMENT
21
22
23
24
25
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 5

I N D E X

EXAMINATION BY                                                    PAGE

MR. QUINN.................................................8

---

EXHIBITS

EXHIBIT DESCRIPTION                                               PAGE

Lee Exhibit 1
Affidavit of Stan Lee....................................23

Lee Exhibit 2
Affidavit of Millicent Shuriff...........................29

Lee Exhibit 3
Article by Nat Freedland, "Super Heroes With Super
Problems," NY Herald Tribune, 1/9/66.....................39

Lee Exhibit 4
Reprint "Super-Heroes with Super Problems"...............39

Lee Exhibit 5 - Retained by Counsel for Plaintiff
Jack Kirby Collector Fifty-Four..........................49

2021MARVEL-0130808

Page 6

1                          EXHIBITS

2   EXHIBIT DESCRIPTION                                        PAGE

3

4   Lee Exhibit 6

5   Color Photocopy of "Fantastic Four"....................53

6

7   Lee Exhibit 7 - Retained by Counsel for Plaintiff

8   Book, Alter Ego........................................62

9

10  Lee Exhibit 8

11  Deposition transcript of Stan Lee 11/18/03............102

12

13  Lee Exhibit 9

14  DVD titled Stan Lee Deposition Audio and Video Clips..103

15

16  Lee Exhibit 10

17  Collection of Audio CD labels from University of

18  Wyoming...............................................103

19

20  Lee Exhibit 11 - Retained by Counsel for Plaintiff

21  Book, Stan Lee Conversations, Edited by

22  Jeff McLaughlin.......................................121

23

24  Lee Exhibit 12 - Retained by Counsel for Plaintiff

25  Book, Origins of Marvel Comics, by Stan Lee...........120

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 100

1   S. LEE
2   the raw hide kid tell us about The Rawhide Kid.
3       A.   I don't really know what to tell you.  Martin,
4   the publisher, he loved Westerns.  And we had a lot of
5   Western books, and he loved the name The Kid.  We had Kid
6   called Outlaw, The Rawhide Kid, The Texas Kid.  We had a
7   few others I can't remember.  He loved that word.  And the
8   Rawhide Kid was just one of the many Westerns we had.
9            And I, as far as I know, my brother had been
10  doing most of them.  He was writing and drawing them.  I
11  don't remember who started it.  Maybe it was Jack that I
12  did it with first.  I probably wrote the first one.
13           But it was just -- I don't even remember.
14  Maybe he was somebody wanted by the law, but he was really
15  a good guy, and nobody knew it and he just rode around The
16  West having adventures.
17           We didn't put a lot of thought into our
18  Westerns, really.  They were all pretty much alike, just a
19  guy who is the fastest gun in the west, and he fights bad
20  guys.
21      Q.   And with The Rawhide Kid, you followed the
22  same practice of making the assignment and then overseeing
23  it and editing it?
24      A.   Yeah.
25      Q.   Switching to another subject.  Do you recall

2021MARVEL-0130903

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 101

1                       S. LEE
2  that sometime back in 2002 and 2003 you had a dispute with
3  Marvel?
4        A.    Oh, yes.
5        Q.    And what was that dispute about?
6        A.    Well, according to my contract, I was supposed
7  to get 10% of the profits of -- Marvel's profits from the
8  movies and television and things like that.  And I felt I
9  hadn't been getting it.
10       Q.    Did during the course of that dispute did you
11 ever say that you owned the characters and not Marvel?
12       A.    No, that wasn't part of the dispute.
13       Q.    And from your perspective, who did you believe
14 owned the characters?
15       A.    Say that again.
16       Q.    Who did you believe owned the characters?
17       A.    I always felt the company did.
18       Q.    Now, do you recall during the course of that
19 dispute that my nice friend, Mr. Fleischer over there,
20 took your deposition?
21       A.    I don't recall it, but I take your word for
22 it.  Somebody took it.  I don't remember who.
23       Q.    I'm going to show you a portion of that
24 deposition --
25       A.    All right.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 102

1                              S. LEE

2       Q.     -- and just ask you a couple questions about
3   it. We'll mark the deposition transcript itself as Stan
4   Lee 8.
5              (Lee Exhibit 8 marked for identification.)
6              MR. TOBEROFF:  Is this the entire transcript
7   of the deposition?
8              MR. QUINN:  Yes, but I promise I won't play it
9   all.
10             THE WITNESS:  Oh, wow.
11             THE REPORTER:  I'm sorry, did you want me to
12  report it?
13             MR. QUINN:  No.
14             (Video recording playing.)
15      Q.     BY MR. QUINN:  That was you up there, wasn't
16  it?
17      A.     Looked like it.
18      Q.     Now, is that testimony consistent with your
19  current recollection?
20      A.     Yes.
21      Q.     And truthful testimony when you gave it?
22      A.     Pardon me?
23      Q.     It was truthful testimony when you gave it?
24      A.     Yes.
25      Q.     Back in November, I guess, 2003?

2021MARVEL-0130905

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Page 147

1                    C E R T I F I C A T E

2

3     STATE OF CALIFORNIA         )

4                                  )SS.:

5     COUNTY OF LOS ANGELES        )

6

7              I, CHRISTY A. CANNARIATO, a Certified

8        Shorthand Reporter within and for the State

9        of California, do hereby certify:

10             That Stan Lee, the witness

11       whose deposition is hereinbefore set forth,

12       was duly sworn by me and that such

13       deposition is a true record of the

14       testimony given by such witness.

15             I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage; and that I am

18       in no way interested in the outcome of this

19       matter.

20             IN WITNESS WHEREOF, I have hereunto

21       set my hand this 25th day of May, 2010.

22

23                  *[signature: Cannariato]*

24       _____

25            CHRISTY A. CANNARIATO, CSR #7954

Marvel Worldwide, Inc., Marvel Characters, Inc., and MVL Rights, LLC
v.
Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan N. Kirby

Civil Action No. 10 Civ. 141 (CM) (KNF)

Southern District of New York

ERRATA SHEET FOR THE MAY 13, 2010 DEPOSITION OF STAN LEE

| PAGE/ LINE NO. | CHANGE | REASON FOR CHANGE |
| --- | --- | --- |
| 14:16 | "grownup" should be "grown up" | Typographical error |
| 21:7 | "fill in" should be "villain" | Typographical error |
| 34:8 | "Then I would send it to the inker" should be "Then, after it was lettered by the letterer, I would send it to the inker." | Clarification |
| 35:19 | "talk it with the artist" should be "talk about it with the artist" | Typographical error |
| 38:12 | "news stand" should be "newsstand" | Typographical error |
| 40:17 | "Kirby a veteran comic book artist," should be "Kirby, a veteran comic book artist," | Typographical error |
| 42:20 | "thus and such" should be "such and such" | Typographical error |
| 49:12 | "Collection" should be "Collector" | Typographical error |
| 53:8 | "Os" should be "O's" | Typographical error |
| 55:3 | "Dr. doom" should be "Dr. Doom" | Typographical error |
| 56:2 | "might have decide to" should be "might have decided to" | Typographical error |
| 64:25 | "the Fantastic Four" should be "The Fantastic Four" | Typographical error |
| 65:20 | "See later part of the article" should be "see latter part of article." | Clarification |
| 65:23 | "synopses with Marvel artists, often working merely" should be "synopses, with Marvel artists often working merely" | Typographical error |
| 65:24 | "brief conversations" should be "brief conversations," | Typographical error |
| 67:17 | "the thing" should be "the Thing" | Typographical error |
| 67:21-22 | "such a ugly monstrous looking guy" should be "such an ugly, monstrous-looking guy" | Typographical error |
| 69:6 | "started drawing" should be "started drawing," | Typographical error |
| 69:8-0 | "action sequence may have been suggested, then, as well by either man." should be "action sequence, may have been suggested then, as well, by either man." | Typographical error |

| 70:20 | "this mind" should be "in mind" | Typographical error |
|---|---|---|
| 74:24 | "insect Man? fly Man?" should be "Insect Man? Fly Man?" | Typographical error |
| 75:2 | "Spider-Man" should be "The Spider" | Typographical error |
| 75:13 | "type" should be "types" | Typographical error |
| 76:11 | "I didn't mention that" should be "I mentioned that" | Clarification |
| 80:16 | "the thing" should be "the Thing" | Typographical error |
| 81:5 | "I remember Dr. Jekyll" should be "I remembered Dr. Jekyll" | Typographical error |
| 86:18 | "Happy hogan" should be "Happy Hogan" | Typographical error |
| 91:14 | "And how you do that." should be "And how do you do that?" | Typographical error |
| 96:5 | "Sgt. fury" should be "Sgt. Fury" | Typographical error |
| 97:15 | "loaner" should be "loner" | Typographical error |
| 97:17 | "also powerful" should be "all so powerful" | Typographical error |
| 100:2 | "the raw hide kid tell us about The Rawhide Kid" should be "The Rawhide Kid. Tell us about The Rawhide Kid." | Typographical error |
| 104:12 | "Stanley Deposition" should be "Stan Lee Deposition | Typographical error |
| 110:3 | "I know What" should be "I know what" | Typographical error |
| 110:4 | "That sounds that" should be "That sounds like that" | Typographical error |
| 110:18 | "spider-man" should be "Spider-Man" | Typographical error |
| 112:4 | "Stanley deposition" should be "Stan Lee deposition" | Typographical error |
| 112:6 | "Stanley" should be "Stan Lee" | Typographical error |
| 121:2-3 | "The Superhero Women.'" should be "'The Superhero Women.'" | Typographical error |
| 123:2 | "mr." should be "Mr." | Typographical error |
| 123:14 | "whose" should be "who's" | Typographical error |

*[Signature: Stan Lee]*
*7/2/10*

2021MARVEL-0130952

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __Los Angeles__

On __July 2, 2010__ before me, __Susan M. Dymond, a Notary Public__
                    Date                              Here Insert Name and Title of the Officer

personally appeared __Stan Lee__
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __Susan M. Dymond__
                  Signature of Notary Public

[Notary Seal: SUSAN M. DYMOND, NOTARY PUBLIC - CALIFORNIA, COMMISSION # 1857651, LOS ANGELES COUNTY, My Comm. Exp. July 12, 2013]

Place Notary Seal Above

——————— OPTIONAL ———————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Errata Sheet for the May 13, 2010 Deposition__

Document Date: __7-2-10__                Number of Pages: __2__

Signer(s) Other Than Named Above: __N/A__

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: __Stan Lee__
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

[RIGHT THUMBPRINT OF SIGNER - Top of thumb here]

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org  Item #5907  Reorder Call Toll-Free 1-800-876-6827

2021MARVEL-0130953