# EXHIBIT 106

DEPOSITION OF STAN LEE

09:17:19

```
 1              UNITED STATES DISTRICT COURT
 2              SOUTHERN DISTRICT OF NEW YORK
 3
 4
 5   STAN LEE,                      )
                                    )
 6        PLAINTIFF,                )
                                    )
 7        VS.                       ) CASE NO. 02-CV-8945
                                    )           (RSS)
 8   MARVEL ENTERPRISES, INC.,      )
     AND MARVEL CHARACTERS,         )
 9   INC.,                          )
                                    )
10        DEFENDANTS.               )
                                    )
11
12
13
14
15        DEPOSITION OF STAN LEE, TAKEN ON
16        BEHALF OF THE DEFENDANTS, AT 515
17        SOUTH FLOWER STREET, 25TH FLOOR,
18        LOS ANGELES, CALIFORNIA, COMMENCING
19        AT 10:09 A.M., TUESDAY, NOVEMBER 18,
20        2003, BEFORE KELLI C. NORDEN, CSR
21        NUMBER 7200.
22
23
24
25
```

2

## DEPOSITION OF STAN LEE

```
 1  APPEARANCES OF COUNSEL:
 2
 3  FOR THE PLAINTIFF:
 4          DICKSTEIN SHAPIRO MORIN & OSHINSKY
            BY:  JUDITH R. COHEN, ESQ.
 5                  - AND -
            ARTHUR LIEBERMAN, ESQ.
 6                  - AND -
            HOWARD GRAFF, ESQ.
 7          1177 AVENUE OF THE AMERICAS
            NEW YORK, NEW YORK  10036-2714
 8          212.896.5414
            COHENJ@DSMO.COM
 9
10
    FOR THE DEFENDANTS:
11
            PAUL, HASTINGS, JANOFSKY &
12          WALKER, L.L.P.
            BY:  DAVID FLEISCHER, ESQ.
13                  - AND -
            JODI AILEEN KLEINICK, ESQ.
14          75 EAST 55TH STREET
            NEW YORK, NEW YORK  10022
15          212.318.6751
            JODIKLEINICK@PAULHASTINGS.COM
16
17
    ALSO PRESENT:
18
            ELI BARD, ESQ., MARVEL ENTERPRISES
19
            LISA LEVOTE, LEGAL VIDEO SERVICES
20
21
22
23
24
25
```

3

2021MARVEL-0041705
2021MARVEL-0131485

DEPOSITION OF STAN LEE

```
 1                      I N D E X
 2
 3  DEPONENT:          EXAMINED BY:            PAGE:
 4  STAN LEE           MR. FLEISCHER            11
 5                     (AFTERNOON SESSION)     102
 6
 7
 8
 9  EXHIBITS MARKED FOR IDENTIFICATION:
10  DEFENDANTS':
11  (BOUND UNDER SEPARATE COVER)
12  1  -  LETTER TO MR. LEE FROM MR. FEINBERG
           OF CADENCE DATED 4-9-76 (3 PAGES)    28
13
    2  -  LETTER TO MR. LEE FROM MR. FREEDMAN
14         OF CADENCE DATED 1-15-80 (5 PAGES)   31
15  3  -  LETTER TO MR. LEE FROM MARVEL
           ENTERTAINMENT GROUP DATED AS OF
16         4-1-80 (9 PAGES)                     33
17  4  -  LETTER TO MR. LEE FROM MARVEL
           ENTERTAINMENT GROUP DATED AS OF
18         4-1-80 (3 PAGES)                     37
19  5  -  LETTER TO MR. GALTON OF MARVEL
           ENTERTAINMENT GROUP, FROM MR.
20         TABACHNICK OF WOLF, RIFKIN, DATED
           11-8-85 (12 PAGES)                   48
21
    6  -  CADENCE INTERNAL CORRESPONDENCE RE
22         STAN LEE DATED 11-10-85 (2 PAGES)    50
23  7  -  LETTER TO MR. TABACHNICK FROM MR.
           CALAMARI DATED 11-19-85 (3 PAGES)    57
24
25
                                                 4
```

KELLI NORDEN AND ASSOCIATES     (310) 820-7733     FAX: (310) 820-7933

2021MARVEL-0041706
2021MARVEL-0131486

DEPOSITION OF STAN LEE

```
         I N D E X  (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
8   -  LETTER TO MR. GOODKIND OF ENGEL &
       ENGEL FROM MR. BIERSTEDT OF NEW
       WORLD PICTURES DATED 3-29-88
       (16 PAGES)                                 58

9   -  LETTER TO MR. LEE FROM MR. GALTON
       OF CADENCE DATED 3-7-85 (3 PAGES)          63

10  -  LETTER TO MR. BEVINS OF THE ANDREWS
       GROUP FROM MR. BIERSTEDT DATED
       3-24-89 (3 PAGES)                          73

11  -  LETTER TO MR. ZEMELMAN OF NEW WORLD
       ENTERTAINMENT FROM MR. BIERSTEDT
       DATED 7-31-89 (1 PAGE)                     77

12  -  LETTER TO MR. ZEMELMAN FROM MR.
       BIERSTEDT DATED 10-16-89 (1 PAGE)         100

13  -  LETTER TO MR. ZEMELMAN FROM MR.
       BIERSTEDT DATED 9-25-89 (4 PAGES)         102

14  -  LETTER TO MR. ZEMELMAN FROM MR.
       BIERSTEDT DATED 11-21-89 (1 PAGE)         114

15  -  FAX TO MR. BIERSTEDT FROM MR.
       ZEMELMAN FAX DATED AT THE TOP OF
       THE PAGE 12-22-89 (4 PAGES)               115

16  -  LETTER TO MR. ZEMELMAN FROM MR.
       BIERSTEDT DATED 1-3-90 (2 PAGES)          120

17  -  LETTER TO MR. LEE FROM MARVEL
       ENTERTAINMENT GROUP DATED 12-22-89
       (3 PAGES)                                 124

18  -  LETTER TO MR. ZEMELMAN FROM MR.
       BIERSTEDT DATED 2-5-90 (1 PAGE)           130
```

5

DEPOSITION OF STAN LEE

```
                  I N D E X (CONTINUED)


EXHIBITS MARKED FOR IDENTIFICATION:
DEFENDANTS':
(BOUND UNDER SEPARATE COVER)
 19  - LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED 12-1-93
        (3 PAGES)                                    149
 20  - LETTER TO MR. BEVINS FROM MR.
        BIERSTEDT DATED 3-7-94 (3 PAGES)             154
 21  - LETTER TO MR. BEVINS FROM MR.
        BIERSTEDT DATED 3-11-94 (7 PAGES)            158
 22  - LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED AS OF
        4-1-94 (3 PAGES)                             169
 23  - FAX TO MR. BIERSTEDT FROM MR.
        SHAPIRO DATED 4-11-94 (10 PAGES)             173
 24  - LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED
        4-12-94 (5 PAGES)                            175
 25  - LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED 4-12-94
        (4 PAGES)                                    175
 26  - LETTER TO MR. LEE FROM MS. BURKE OF
        MARVEL ENTERTAINMENT GROUP DATED
        7-31-95 (1 PAGE)                             177
 27  - ASSIGNMENT OF EMPLOYMENT AGREEMENT
        (5 PAGES)                                    181
 28  - LETTER TO MR. LEE FROM MR. ISKO OF
        MARVEL ENTERTAINMENT GROUP DATED
        2-5-97 (2 PAGES)                             183
 29  - LETTER TO MR. LEE FROM MARVEL
        ENTERTAINMENT GROUP DATED AS OF
        11-1-98 (13 PAGES)                           193
```

6

DEPOSITION OF STAN LEE

```
 1                I N D E X  (CONTINUED)
 2
 3  EXHIBITS MARKED FOR IDENTIFICATION:
 4  DEFENDANTS':
 5  (BOUND UNDER SEPARATE COVER)
 6  30  - LETTER TO MR. LEE FROM MR. LIEBERMAN
          DATED 10-19-98 (2 PAGES)                  204
 7
    31  - LETTER TO MR. LEE FROM STAN LEE
 8        ENTERTAINMENT INC. DATED 10-15-98
          (5 PAGES)                                 222
 9
10
11
12
13             INFORMATION REQUESTED:
14                    (NONE)
15
16
17
18        QUESTIONS UNANSWERED BY THE DEPONENT:
19                    (NONE)
20
21
22
23
24
25
                                                     7
```

KELLI NORDEN AND ASSOCIATES     (310) 820-7733     FAX: (310) 820-7933

2021MARVEL-0041709
2021MARVEL-0131489

DEPOSITION OF STAN LEE

| Time | # | |
|---|---|---|
| 10:11:12 | 1 | ENTERED THE MILITARY SERVICE? |
| 10:11:19 | 2 | A. YES. I BELIEVE IT WAS -- LET'S |
| 10:11:20 | 3 | SEE. I GOT OUT IN '45 AND I WAS THERE FOR THREE |
| 10:11:23 | 4 | YEARS, SO IT MUST HAVE BEEN 1942. |
| 10:11:26 | 5 | Q. SO DURING THAT TIME, I ASSUME YOU |
| 10:11:27 | 6 | DIDN'T FUNCTION AS THE EDITOR OF MARVEL? |
| 10:11:29 | 7 | A. NO. I GOT A REPLACEMENT FOR THOSE |
| 10:11:31 | 8 | THREE YEARS, BUT I DID WRITE FOR MARVEL. |
| 10:11:39 | 9 | Q. DURING THOSE THREE YEARS? |
| 10:11:41 | 10 | A. UH-HUH. YES. |
| 10:11:42 | 11 | Q. AND WHAT DID YOU WRITE, IF YOU CAN |
| 10:11:44 | 12 | RECALL? |
| 10:11:45 | 13 | A. COMIC STRIPS. |
| 10:11:47 | 14 | Q. DID YOU CREATE ANY CHARACTERS |
| 10:11:49 | 15 | DURING THOSE THREE YEARS THAT WERE PUBLISHED BY |
| 10:11:53 | 16 | MARVEL? |
| 10:11:53 | 17 | A. NO, I DON'T THINK SO. I THINK I |
| 10:11:55 | 18 | WROTE STORIES ABOUT EXISTING CHARACTERS. |
| 10:11:57 | 19 | Q. DO YOU RECALL WHAT THE NAMES OF |
| 10:11:58 | 20 | THOSE EXISTING CHARACTERS WERE? |
| 10:12:00 | 21 | A. NO. WELL, PROBABLY CAPTAIN AMERICA |
| 10:12:03 | 22 | AND A LOT OF OTHERS. I DON'T EVEN REMEMBER THE |
| 10:12:17 | 23 | NAMES. |
| 10:12:17 | 24 | Q. IN CONNECTION WITH YOUR WORK IN |
| 10:12:19 | 25 | COMICS, MR. LEE, WHAT ASPECT OF COMIC BOOK WORK IS |

13

2021MARVEL-0041715
2021MARVEL-0131495

DEPOSITION OF STAN LEE

```
10:12:23   1  YOUR SPECIALTY?
10:12:29   2         A.    WELL, ACTUALLY, I DID THREE THINGS.
10:12:31   3  I WAS THE EDITOR, I WAS THE ART DIRECTOR AND I WAS
10:12:34   4  THE HEAD WRITER.  SO I WOULD SAY EDITING, ART
10:12:38   5  DIRECTING AND WRITING.
10:12:40   6         Q.    IN YOUR CAPACITY AS AN ART
10:12:42   7  DIRECTOR, DID YOU DRAW ANY OF THE COMICS?
10:12:44   8         A.    NO, BUT I DID ROUGH LAYOUTS AND I
10:12:48   9  HAD THE ARTIST DRAW -- I GAVE THEM INSTRUCTIONS ON
10:12:51  10  HOW TO DRAW EACH STRIP.
10:13:01  11         Q.    AND WHEN YOU RETURNED FROM MILITARY
10:13:03  12  SERVICE AND REJOINED MARVEL, WAS THAT AS A
10:13:06  13  FULL-TIME EMPLOYEE?
10:13:07  14         A.    YES.
10:13:07  15         Q.    AND DID YOU REPORT TO MR. GOODMAN
10:13:10  16  AFTER RETURNING TO THE COMPANY?
10:13:13  17         A.    YES.
10:13:13  18         Q.    DID ANYONE REPORT TO YOU?
10:13:16  19         A.    ALL OF THE ARTISTS AND WRITERS. AND
10:13:23  20  PRODUCTION PEOPLE.
10:13:27  21         Q.    DID YOU HAVE A WRITTEN EMPLOYMENT
10:13:29  22  AGREEMENT WITH MARVEL AFTER YOU RETURNED FROM THE
10:13:34  23  SERVICE AND REJOINED --
10:13:34  24         A.    I DON'T --
10:13:34  25         Q.    -- THE COMPANY?
```

14

KELLI NORDEN AND ASSOCIATES      (310) 820-7733      FAX: (310) 820-7933

2021MARVEL-0041716
2021MARVEL-0131496

DEPOSITION OF STAN LEE

```
10:15:01   1            A.   I DON'T THINK I DID.  NOT THAT I
10:15:03   2   CAN REMEMBER.
10:15:08   3            Q.   WOULD YOU BASICALLY DESCRIBE YOUR
10:15:10   4   DUTIES AND RESPONSIBILITIES AS THE EDITOR OF
10:15:14   5   MARVEL OR ITS PREDECESSOR COMPANY AT THE TIME THAT
10:15:18   6   YOU RESUMED THAT POST AFTER RETURNING FROM
10:15:21   7   MILITARY SERVICE IN OR ABOUT 1945.
10:15:26   8            A.   WELL, IT WAS MY JOB TO DETERMINE
10:15:29   9   WHAT SCRIPTS -- ALONG WITH THE PUBLISHER, MARTIN
10:15:34  10   GOODMAN, TO DETERMINE WHAT STRIPS WE WOULD
10:15:36  11   PUBLISH, WHAT MATERIAL WE WOULD PUBLISH.
10:15:38  12                 ONCE THAT DETERMINATION WAS MADE,
10:15:42  13   IT WAS UP TO ME TO HIRE THE ARTIST, TO EITHER
10:15:46  14   WRITE THE STORY MYSELF OR HIRE A WRITER.
10:15:50  15                 IF I HIRED A WRITER, TO MAKE SURE
10:15:53  16   THAT HE WROTE THE STORY THE WAY I WANTED HIM TO
10:15:56  17   AND TO ALSO HIRE THE LETTERERS, THE INKERS, THE
10:16:01  18   COLORISTS, AND GENERALLY, TO MAKE SURE THAT THE
10:16:03  19   WORK WAS AS GOOD AS IT COULD BE.
10:16:09  20            Q.   WAS THERE ANY DIFFERENCE IN THE WAY
10:16:10  21   YOU WERE COMPENSATED FOR WORK THAT YOU DID ON A
10:16:17  22   PARTICULAR SERIES OF COMIC BOOKS WHERE YOU HAD
10:16:23  23   CREATED THE STORY, WRITTEN THE STORY YOURSELF, AS
10:16:26  24   OPPOSED TO EDITING THE STORY WRITTEN BY SOMEONE
10:16:28  25   ELSE?
```

16

2021MARVEL-0041718
2021MARVEL-0131498

DEPOSITION OF STAN LEE

| Time | # | |
|---|---|---|
| 10:16:28 | 1 | A. COULD YOU SAY THAT AGAIN? |
| 10:16:31 | 2 | Q. WERE YOU PAID ANY DIFFERENTLY IN |
| 10:16:32 | 3 | YOUR CAPACITY AS A WRITER VERSUS AN EDITOR? |
| 10:16:35 | 4 | A. OH, YES. AS AN EDITOR, I RECEIVED |
| 10:16:38 | 5 | A SALARY, BUT I HAD ALWAYS BEEN PAID FOR EVERY |
| 10:16:44 | 6 | STORY I WROTE AS THOUGH I WERE A FREELANCER. I |
| 10:16:50 | 7 | GOT PAID BY THE PAGE, AS ALL THE FREELANCERS DID |
| 10:16:56 | 8 | ALSO. |
| 10:16:59 | 9 | Q. OKAY. CAN YOU RECALL THE NAMES OF |
| 10:17:01 | 10 | THE CHARACTERS, TO THE EXTENT POSSIBLE, IN |
| 10:17:06 | 11 | CHRONOLOGICAL ORDER, THAT YOU WERE INVOLVED IN |
| 10:17:11 | 12 | CREATING AS A WRITER? |
| 10:17:14 | 13 | A. WE'D BE HERE ALL DAY, BUT I CAN -- |
| 10:17:18 | 14 | MILLIE THE MODEL, ZIGGY PIG AND SILLY SEAL AND, I |
| 10:17:25 | 15 | THINK, THE DESTROYER. |
| 10:17:29 | 16 | AND YOU KNOW, THERE WERE SO MANY |
| 10:17:33 | 17 | AND I NEVER KNEW I'D BE QUESTIONED ABOUT IT HALF A |
| 10:17:37 | 18 | CENTURY LATER THAT I DIDN'T -- |
| 10:17:39 | 19 | I DID SUPERHEROES; I DID WESTERN -- |
| 10:17:42 | 20 | THERE WAS KID COLT OUTLAW; THERE WAS THE BLACK |
| 10:17:47 | 21 | RIDER; THERE WAS THE BLACK KNIGHT, THE TWO-GUN |
| 10:17:54 | 22 | KID, COMBAT KELLY, COMBAT CASEY, FLOOP AND |
| 10:18:05 | 23 | SKILLYBOO. |
| 10:18:06 | 24 | I MEAN, I COULD GO ON ALL MORNING. |
| 10:18:08 | 25 | I DID LITERALLY HUNDREDS OF WESTERNS, WAR STORIES, |

17

2021MARVEL-0041719
2021MARVEL-0131499

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:19:01 | 1 | TOWARDS THE LATTER PERIOD, WHEN WE |
| 10:19:04 | 2 | WERE HEAVILY INVESTED IN SUPERHEROES AND WHEN I |
| 10:19:07 | 3 | CHANGED THE NAME OF THE COMPANY TO "MARVEL COMICS" |
| 10:19:13 | 4 | AND WE DID THE STORIES THAT ARE NOW PRETTY WELL |
| 10:19:15 | 5 | KNOWN OR THE CHARACTERS THAT ARE WELL KNOWN, THERE |
| 10:19:19 | 6 | WERE A FEW ARTISTS THAT I WORKED WITH MORE THAN |
| 10:19:21 | 7 | OTHERS. |
| 10:19:21 | 8 | THERE WAS JACK KIRBY, STEVE DITKO, |
| 10:19:26 | 9 | JOHN ROMITA, GIL KANE, JOHN BUSCEMA AND A FEW |
| 10:19:41 | 10 | OTHERS. |
| | 11 | BY MR. FLEISCHER: |
| 10:19:41 | 12 | Q.   FOCUSING ON THE SUPERHERO GENRE -- |
| 10:19:45 | 13 | A.   UH-HUH. |
| 10:19:46 | 14 | Q.   -- WOULD YOU IDENTIFY THE |
| 10:19:49 | 15 | CHARACTERS THAT YOU CONSIDER THE MOST ENDURING |
| 10:19:52 | 16 | THAT YOU CREATED AS A WRITER. |
| 10:19:53 | 17 | MS. COHEN:  OBJECT TO FORM. |
| 10:19:54 | 18 | YOU MAY ANSWER. |
| 10:19:56 | 19 | THE DEPONENT:  SPIDER-MAN, THE |
| 10:19:59 | 20 | X-MEN, THE INCREDIBLE HULK, DAREDEVIL, THE |
| 10:20:09 | 21 | FANTASTIC FOUR, IRON MAN, SERGEANT FURY AND HIS |
| 10:20:17 | 22 | HOWLING COMMANDOS, NICK FURY, AGENT OF SHIELD, |
| 10:20:25 | 23 | DOCTOR STRANGE, THE SILVER SURFER. |
| 10:20:32 | 24 | THOSE ARE THE ONES THAT COME TO |
| 10:20:33 | 25 | MIND RIGHT NOW. |

19

2021MARVEL-0041721
2021MARVEL-0131501

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:28:48 | 1 | REPORTING TO JIM GALTON. |
| 10:29:14 | 2 | Q.   OKAY.  WHEN YOU BECAME THE |
| 10:29:16 | 3 | PUBLISHER, WAS YOUR COMPENSATION BASED ON A -- A |
| 10:29:24 | 4 | SALARY -- WITHDRAWN. |
| 10:29:25 | 5 | WHAT WAS THE NATURE OF THE -- OR |
| 10:29:29 | 6 | THE STRUCTURE OF THE FINANCIAL ARRANGEMENT BETWEEN |
| 10:29:31 | 7 | YOU AND THE COMPANY ONCE YOU BECAME PUBLISHER? |
| 10:29:33 | 8 | A.   AS FAR AS I REMEMBER, I WAS GETTING |
| 10:29:35 | 9 | A SALARY. |
| 10:29:37 | 10 | Q.   AT THAT POINT IN TIME WERE YOU |
| 10:29:38 | 11 | GETTING ANY KIND OF PAGE RATE OR ROYALTY IN |
| 10:29:45 | 12 | RESPECT OF ANY OF THE WORK THAT YOU HAD DONE AS |
| 10:29:48 | 13 | CREATOR BEFORE THAT DATE? |
| 10:29:51 | 14 | A.   NO, I NEVER RECEIVED ROYALTIES AND |
| 10:29:53 | 15 | I ALWAYS GOT A PAGE RATE FOR WHATEVER I WROTE. |
| 10:30:23 | 16 | Q.   ARE YOU FAMILIAR WITH A PROPERTY |
| 10:30:24 | 17 | CALLED "THE FURY OF THE FEMIZONS"? |
| 10:30:27 | 18 | A.   YES. |
| 10:30:27 | 19 | Q.   WHAT CONNECTION, IF ANY, DID YOU |
| 10:30:29 | 20 | HAVE TO THAT PROPERTY? |
| 10:30:30 | 21 | A.   WELL, I CREATED THAT, ALONG WITH -- |
| 10:30:37 | 22 | WELL, I CREATED IT AND I HAD AN ARTIST NAMED JOHN |
| 10:30:40 | 23 | ROMITA DRAW IT. |
| 10:30:41 | 24 | AND IT WAS A ONE-SHOT.  IT WAS ONLY |
| 10:30:44 | 25 | PUBLISHED ONCE IN A BLACK-AND-WHITE MAGAZINE THAT |

26

2021MARVEL-0041728
2021MARVEL-0131508

DEPOSITION OF STAN LEE

```
10:30:47   1   WE THOUGHT WE WOULD PUBLISH FOR AN OLDER
10:30:51   2   READERSHIP.
10:30:52   3             WE NEVER DID ANY OTHER STORIES AND
10:30:54   4   JUST -- I DON'T REMEMBER WHY, BUT I THOUGHT "GEE,
10:30:57   5   I'D REALLY LIKE TO OWN THIS BECAUSE I DON'T OWN
10:31:00   6   ANYTHING ELSE."
10:31:01   7             AND I ASKED MARTIN IF HE'D LET ME
10:31:05   8   HAVE THE RIGHTS TO THAT BECAUSE MAYBE SOME DAY I
10:31:08   9   COULD SELL IT AS A MOVIE OR A TELEVISION SHOW.
10:31:11  10   AND HE SAID OKAY.
10:31:12  11             AND -- AND I RECEIVED SOME SORT OF
10:31:15  12   A DOCUMENT SAYING THAT I HAD THE RIGHTS TO IT.
10:31:52  13        Q.   COULD YOU DESCRIBE, IF IT'S
10:31:56  14   POSSIBLE, AS A ROUTINE MATTER, THE DIVISION OF
10:32:00  15   LABOR BETWEEN THE ARTIST AND A WRITER OF A COMIC
10:32:03  16   BOOK THAT YOU WERE INVOLVED IN CREATING?
10:32:06  17             PICK ONE OF THE ONES YOU MENTIONED,
10:32:08  18   LIKE THE HULK OR DAREDEVIL OR -- OR EVEN
10:32:13  19   SPIDER-MAN.
10:32:14  20        A.   WELL, BY THE TIME WE WERE DOING
10:32:16  21   THOSE SUPERHEROES, WE HAD AN UNUSUAL WAY OF
10:32:19  22   WORKING.  IN THE PAST, THE WRITER WOULD WRITE A
10:32:22  23   FULL SCRIPT AND GIVE IT TO THE ARTIST AND HE WOULD
10:32:25  24   DRAW IT, LIKE A SCREENPLAY.
10:32:27  25             I STARTED A NEW SYSTEM WHERE I
```

27

DEPOSITION OF STAN LEE

```
10:32:28   1   WOULD JUST WRITE A BRIEF OUTLINE OF WHAT THE STORY
10:32:32   2   WAS.  SOMETIMES I WOULDN'T EVEN WRITE IT.  I WOULD
10:32:35   3   SIT WITH THE ARTIST AND I WOULD TELL HIM WHAT I
10:32:38   4   WANTED THE STORY TO BE.
10:32:40   5              AND THEN THE ARTIST WOULD GO AND HE
10:32:43   6   WOULD DRAW IT ANY WAY HE WANTED TO, AS LONG AS HE
10:32:46   7   FOLLOWED THE PARAMETERS I HAD GIVEN HIM.
10:32:51   8              HE WOULD BRING THE ARTWORK BACK TO
10:32:54   9   ME AFTER IT WAS DRAWN IN PENCIL AND I WOULD PUT IN
10:32:58  10   ALL THE DIALOGUE AND ALL THE CAPTIONS, ALL THE
10:33:01  11   COPY, BASED ON WHAT HE HAD DRAWN.
10:33:04  12              AND THEN THE REGULAR PRODUCTION:
10:33:08  13   IT WAS LETTERED AND COLORED AND INKED AND
10:33:11  14   PUBLISHED.
10:33:11  15          Q.    IT WAS -- WHAT YOU'VE JUST
10:33:13  16   DESCRIBED TO BECOME KNOWN AS THE SO-CALLED "MARVEL
10:33:17  17   METHOD"?
10:33:18  18          A.    THAT'S RIGHT.
10:33:51  19              MR. FLEISCHER:  WOULD THE REPORTER
10:33:52  20   PLEASE MARK THAT.  I THINK WE'LL CALL THEM LEE 1,
10:34:18  21   ET CETERA.
          22              (WHEREUPON, DEFENDANTS' EXHIBIT NUMBER
          23              LEE 1 WAS MARKED FOR IDENTIFICATION BY
          24              THE DEPOSITION OFFICER AND IS BOUND
10:34:19  25              UNDER SEPARATE COVER.) --
```

28

2021MARVEL-0041730
2021MARVEL-0131510

DEPOSITION OF STAN LEE

| | | |
|---|---|---|
| 10:46:39 | 1 | POINT OF TIME, A LETTER WAS SIGNED BY BOTH PARTIES |
| 10:46:47 | 2 | REFLECTING AN ACKNOWLEDGMENT THAT MARVEL HAD NO |
| 10:46:52 | 3 | CLAIMS IN CERTAIN CHARACTERS? |
| 10:46:54 | 4 | A.   I SEEM TO THINK SO, YEAH.  SEEM TO |
| 10:47:55 | 5 | REMEMBER. |
| | 6 | (WHEREUPON, DEFENDANTS' EXHIBIT NUMBER |
| | 7 | LEE 4 WAS MARKED FOR IDENTIFICATION BY |
| | 8 | THE DEPOSITION OFFICER AND IS BOUND |
| 10:47:56 | 9 | UNDER SEPARATE COVER.) |
| | 10 | BY MR. FLEISCHER: |
| 10:47:57 | 11 | Q.   NOW, MR. LEE, I'VE PLACED BEFORE |
| 10:47:59 | 12 | YOU WHAT WE'VE MARKED FOR IDENTIFICATION AS |
| | 13 | EXHIBIT 4. |
| 10:48:04 | 14 | AND I ASK YOU INITIALLY IF THE |
| 10:48:07 | 15 | FIRST PAGE OF THAT DOCUMENT BEARS A COPY OF YOUR |
| 10:48:11 | 16 | SIGNATURE. |
| 10:48:19 | 17 | A.   YES. |
| 10:48:19 | 18 | Q.   AND IS EXHIBIT 4 THE AGREED UPON |
| 10:48:21 | 19 | LIST OF THOSE CHARACTERS OR PROPERTIES IN WHICH |
| 10:48:28 | 20 | MARVEL ACKNOWLEDGED THAT IT HAD NO CLAIMS OR |
| 10:48:34 | 21 | RIGHTS? |
| 10:48:36 | 22 | A.   YES. |
| 10:48:41 | 23 | Q.   AND THERE'S AN ATTACHMENT TO |
| 10:48:47 | 24 | EXHIBIT 4, THE FIRST PAGE OF EXHIBIT 4. |
| 10:48:50 | 25 | A.   YES. |

37

2021MARVEL-0041739
2021MARVEL-0131519

| | | |
|---|---|---|
| 10:48:50 | 1 | Q.    IS THAT THE DOCUMENT OR INSTRUMENT |
| 10:48:54 | 2 | THAT YOU REFERRED TO A LITTLE WHILE AGO AS |
| 10:48:59 | 3 | REFLECTING MARVEL'S TRANSFER OF RIGHTS TO YOU IN |
| 10:49:03 | 4 | FEMIZONS? |
| 10:49:03 | 5 | A.    YES.  THERE WAS A TYPO.  THEY |
| 10:49:05 | 6 | CALLED IT "SEMIZONS," BUT YES. |
| 10:52:11 | 7 | Q.    AND APART FROM THE PROPERTIES OR |
| 10:52:11 | 8 | CHARACTERS IDENTIFIED ON EXHIBIT 4, WERE THERE ANY |
| 10:52:12 | 9 | OTHER CHARACTERS THAT YOU HAD THAT YOU HAD WORKED |
| 10:52:12 | 10 | ON DURING YOUR TENURE AT MARVEL THAT WERE NOT AT |
| 10:52:12 | 11 | THE TIME, AS YOU UNDERSTOOD IT, OWNED BY MARVEL? |
| 10:52:12 | 12 | A.    NOT THAT I -- |
| 10:52:12 | 13 | MS. COHEN:  OBJECT TO FORM. |
| 10:52:12 | 14 | YOU MAY ANSWER. |
| 10:52:12 | 15 | THE DEPONENT:  NOT THAT I KNOW OF. |
| 10:52:12 | 16 | WELL, THERE'S ONE EXCEPTION AND I |
| 10:52:12 | 17 | DON'T KNOW IF THIS IS RELEVANT, BUT THERE WAS A |
| 10:52:12 | 18 | TIME THAT I WROTE SOME COMIC BOOKS FOR A COMPANY, |
| 10:52:12 | 19 | A RESTAURANT COMPANY CALLED BIG BOY. |
| 10:52:12 | 20 | I DID THAT FOR MARVEL.  MARVEL HAD |
| 10:52:12 | 21 | THE CONTRACT, BUT MARVEL DIDN'T OWN THE BIG BOY |
| 10:52:12 | 22 | COMIC BOOKS.  IT WAS JUST SOMETHING THAT THEY DID. |
| 10:52:12 | 23 | I CERTAINLY DIDN'T OWN THEM EITHER. |
| | 24 | BY MR. FLEISCHER: |
| 10:52:12 | 25 | Q.    OKAY.  WOULD YOU DESCRIBE YOUR |

38

```
 1  STATE OF CALIFORNIA      )
                             )  SS.
 2  COUNTY OF LOS ANGELES    )

 3

 4           I, KELLI C. NORDEN, CERTIFIED
 5  SHORTHAND REPORTER, CERTIFICATE NUMBER 7200,
 6  FOR THE STATE OF CALIFORNIA, HEREBY CERTIFY:
 7           THE FOREGOING PROCEEDINGS WERE TAKEN
 8  BEFORE ME AT THE TIME AND PLACE THEREIN SET FORTH,
 9  AT WHICH TIME THE DEPONENT WAS PLACED UNDER OATH BY
10  ME;
11           THE TESTIMONY OF THE DEPONENT AND ALL
12  OBJECTIONS MADE AT THE TIME OF THE EXAMINATION WERE
13  RECORDED STENOGRAPHICALLY BY ME AND WERE THEREAFTER
14  TRANSCRIBED;
15           THE FOREGOING TRANSCRIPT IS A TRUE AND
16  CORRECT TRANSCRIPT OF MY SHORTHAND NOTES SO TAKEN;
17           I FURTHER CERTIFY THAT I AM NEITHER
18  COUNSEL FOR NOR RELATED TO ANY PARTY TO SAID ACTION,
19  NOR IN ANY WAY INTERESTED IN THE OUTCOME THEREOF.
20           IN WITNESS WHEREOF, I HAVE HEREUNTO
21  SUBSCRIBED MY NAME THIS  1st  DAY OF  December,
22  2003.
23
24                    _____Kelli C. Norden_____
25
```

KELLI NORDEN AND ASSOCIATES    (310) 820-7733    FAX: (310) 820-7933

2021MARVEL-0041956
2021MARVEL-0131736