# EXHIBIT 107

# In The
# United States District Court
# District of Delaware

IN RE: MARVEL ENTERTAINMENT GROUP, INC., et al.,

*Debtors,*

-vs-

MARVIN WOLFMAN,

*CASE NO. 97-638 (RRM)*

## DEPOSITION OF ROY THOMAS
### October 13, 1999



## A W R
PROFESSIONALS SERVING PROFESSIONALS

## A. WILLIAM ROBERTS, JR. & ASSOCIATES

CHARLESTON (843) 722-8414   COLUMBIA (803) 731-5224
GREENVILLE (864) 234-7030   CHARLOTTE (704) 573-3919

**1-800-743-DEPO**

2021MARVEL-0051131

Page 1

```
              UNITED STATES DISTRICT COURT
                  DISTRICT OF DELAWARE

IN RE: MARVEL ENTERTAINMENT GROUP, INC., ET AL.,
          Debtors,
                      CASE NO. 97-638 (RRM)
          vs.
MARVIN WOLFMAN


PARTIAL TELEPHONE
DEPOSITION OF:   ROY THOMAS

DATE:            October 13, 1999

TIME:            6:30 PM

LOCATION:        Fairfield Inn
                 663 Citadel Road
                 Orangeburg, SC

TAKEN BY:        Counsel for the Debtors

REPORTED BY:     LESLIE TOOLE STANLEY,
                 Certified Shorthand Reporter


       A. WILLIAM ROBERTS, JR., & ASSOCIATES

Charleston, SC            Columbia, SC
(843) 722-8414            (803) 731-5224

Greenville, SC            Charlotte, NC
(864) 234-7030            (704) 573-3919
```

Page 2

```
APPEARANCES OF COUNSEL:

   ATTORNEYS FOR THE DEBTORS/PLAINTIFF
       MARVEL ENTERTAINMENT GROUP:

       BATTLE, FOWLER
       BY:  JODI KLEINICK
       75 East 55th Street
       New York, NY  10022
       (212) 856-7034

   ATTORNEYS FOR MARVIN WOLFMAN:

       KLEINBERG & LERNER
       BY:  MICHAEL DILIBERTO
            ADRIAN ASKARIEH
       2049 Century Park East
       Suite 1080
       Los Angeles, CA  90067-3112
       (310) 557-1511
       (Appearing via telephone)










            (INDEX AT REAR OF TRANSCRIPT)
```

Page 3

 1   STIPULATION
 2      It is stipulated by and among Counsel that
 3  this deposition is being taken in accordance with the
 4  Federal Rules of Civil Procedure, that all objections
 5  as to Notice of this deposition are hereby waived; that
 6  all objections except as to form are reserved until the
 7  time of trial; and that the deponent does not waive
 8  reading and signing of this deposition.
 9      * * * * * * * * * *
10          ROY THOMAS,
11  being first duly sworn, testified as follows:
12          EXAMINATION
13  BY MS. KLEINICK:
14      Q. Can you please state your full name and
15  address for the record, please?
16      A. Roy William Thomas, Junior. My address is
17  Route 3, Box 468, St. Matthews, South Carolina 29135.
18      Q. Mr. Thomas, I'm going to show you a
19  document. I'd like to have this marked as Thomas
20  Exhibit 1 for identification. And I'll ask you if you
21  recognize it.
22          MS. KLEINICK: This is a subpoena, Michael.
23          MR. DILIBERTO: Okay.
24          THE WITNESS: Okay --
25          (THOMAS EXH. 1, U.S. District Court

Page 4

 1  Subpoena, was marked for identification.)
 2  BY MS. KLEINICK:
 3      Q. Okay --
 4      A. Because I didn't pay much attention to it --
 5  it looks like the subpoena.
 6      Q. Are you testifying here pursuant to a
 7  subpoena?
 8      A. Yes.
 9      Q. Mr. Thomas, describe your educational
10  background.
11      A. Regular school, high school, went to college
12  at Southeast Missouri State College, now University, in
13  Cape Gerardo, Missouri. Graduated there in 1961.
14      Q. What was your degree in?
15      A. BS, Bachelor of Science, in Education.
16          (Off-the-record conference.)
17  BY MS. KLEINICK:
18      Q. When you graduated from college, what did you
19  do for employment?
20      A. I taught high school English for four years
21  in a couple of high schools in Missouri.
22      Q. So that would be until 1965, approximately?
23      A. 1965, yes.
24      Q. And what did you do -- what subjects did you
25  teach while you were teaching between '61 and '65?

2021MARVEL-0051132

Page 9

were staff work.
   Primarily, after the first few, everything I wrote was written freelance. It was written outside the office hours.
   Q. Okay, and for the material that you were writing on a freelance basis, how were you paid?
   A. I got a separate check for my salary, I believe. In other words, I think it was a separate check that came. I couldn't swear to that, but I've always had the memory -- I know it was figured separately, but perhaps they put them both on the same check, but that varied week to week. There were no set assignments.
   Q. For freelance work you were doing, were you paid by the page?
   A. Yes.
   Q. Did you have any written agreement with Marvel at that time?
   A. No.
   Q. Who did you have to report to while you were a staff writer for Marvel?
   A. Are you -- do you mean just those couple of weeks before it sort of changed or during that whole period when I was -- what would amount to an Assistant Editor, during those several months --

Page 10

   Q. When did you become an Assistant Editor at Marvel?
   A. It was kind of -- kind of vague. It metamorphosed over a period of weeks. It was clear I was not going to be doing staff writing, and so I was then referred to as kind of an Assistant Editor. It was kind of vague. But I reported primarily to Stan Lee as the Editor-in-Chief. The term on the books was Editor.
   I also, to some extent, was -- between there, there was the Production Manager, Saul Broadski, and he sort of gave me my marching orders. That was on behalf of Stan, really.
   Q. What responsibilities did you have as Assistant Editor at Marvel?
   A. Just to do whatever needed doing. Primarily, it meant backup proofreading on the books that Stan had proofed on his own. I would try to see to it that the corrections had been done. Increasingly, as I was writing, I would also be doing backup proofing on my own, and a couple of other people's writing, and that included looking at the finished art.
   Other than that, sometimes I would have to write a bit of interior copy for an ad or something of that sort or suggest ideas for these bullpen bulletins

Page 11

they had that were kind of a fan page. It was sort of an apprenticeship.
   Q. Were you responsible in any way for overseeing the production side of the comic books?
   A. Not really. Saul Broadski did that. I assisted him and carried messages back and forth. We had a whole two rooms and so forth -- but I really wasn't in production. Once or twice, I would do things in production and Stan would not want me to spend my time doing that.
   Q. Were you assigned to edit particular issues or titles?
   A. No, I've just -- I did backup proofreading on everything, including the books that I wrote as I began to do more writing that Stan would proofread to see what he liked and didn't like. I would do the backup proofreading on that. It was basically the backup proofreading; then increasing it with a couple of other writers coming in.
   Sometimes there was something that Stan wouldn't read so carefully. But it was the whole general line. I worked on every title we had in one capacity or another.
   Q. Okay. How did you -- during the time you were Assistant Editor, how did you get your writing

Page 12

assignments?
   A. Well, they came from Stan. I won't say that sometimes Saul Broadski might not have been the intermediary, but it was basically Stan that made the assignments -- one day, I want you to write this or I want you to write that.
   Q. During this time, were these assignments for particular issues or were they for a particular series?
   A. I was -- in the early days, they were tryouts and Stan didn't feel I was ready to take it over totally, so I kept working at it, and then with a book called -- I did have the regular assignment of the two Millie the Model comics for three or four months.
   There was Millie the Model. And there was Millie -- there was one that died after one issue. These were supposed to be regular assignments of mine. And I did a couple of stories that were half an issue of Dr. Strange.
   The first adventure series that became a regular assignment was Sergeant Fury and his Howling Commandos.
   Q. When you refer to something as a regular assignment, is it the same as saying -- just so we can clarify the record, that you are the writer for a series?

Page 17

1  Q. So between 1972 and '74, you held the
2  position of Editor-in-Chief; is that correct?
3  A. Yes, the book said Editor, but that was just
4  for show. We just put Editor on the books. Everyone
5  else was an Assistant Editor.
6  Q. Okay, what -- after the art responsibilities
7  and the writing responsibilities were merged, what were
8  the responsibilities that you had as Editor-in-Chief?
9  A. Just to see to it that the books had the best
10 level of story and art that we could get out. The
11 Production Manager handled most of the trafficking -- I
12 didn't have to do a lot of that kind of donkey work --
13 Q. Did you say trafficking?
14 A. Yes, the Production Manager, later replaced
15 by John, handled that aspect of things, so all I had to
16 do was meet with the writers, some artists, look over
17 the material, confer with Stan or whoever needed to be
18 conferred with and do whatever I had to do. But I
19 didn't have to do all these little day-to-day things.
20 It would not have been my specialty anyway.
21     I was not -- I was not somebody who was going
22 to be that organized. I just came in and did whatever
23 needed to be done.
24 Q. Was Editor-in-Chief a full-time position?
25 A. Yes, I had been only coming in two or three

Page 18

1  days a week before that, and then I wrote freelance the
2  rest of the time. But with the Editor -- when I became
3  Editor-in-Chief, I had to start five days a week.
4  Q. Did you receive a salary in connection with
5  the position you held as Editor-in-Chief?
6  A. I don't recall exactly what it was.
7  Q. And while you were Editor-in-Chief, were you
8  still writing stories for Marvel?
9  A. Yes.
10 Q. Were you paid additional compensation for the
11 material you were writing for Marvel from your
12 Editor-in-Chief salary?
13 A. Yes, not for cover copy I wrote as Editor,
14 but the story writing was all freelance.
15 Q. And for freelance work you were doing for
16 Marvel, were you being paid by the page or by some
17 other method?
18 A. No, I was paid by the page.
19 Q. After you resigned -- how did you come to
20 leave your position as Editor-in-Chief of Marvel?
21 A. Basically, I decided -- I had been restive in
22 the position and didn't find it especially fulfilling
23 to oversee dozens of books a month and not be able to
24 deal personally, individually, with a lot of them. I
25 barely had time to read some of the books as they came

Page 19

1  through.
2      Of course, I had time to work on my own. And
3  because of this situation -- well, a situation arose
4  that I was uncomfortable with; I refused to carry out a
5  directive which Stan gave me, and decided -- we decided
6  that my written refusal to do so would be my letter of
7  resignation and that was fine with me, so I was -- I
8  left effective as soon as I could possibly get out of
9  there.
10 Q. After you resigned as Editor-in-Chief of
11 Marvel, did you continue to write or edit any scripts
12 for Marvel?
13 A. Yes, Stan and I -- despite this disagreement,
14 we were on good terms and I think he just saw I was not
15 that kind of company man and so forth, as far as going
16 along with whatever the company would say, so I -- he
17 asked me if I would sign a contract to be a writer and
18 I'm not sure exactly how it came up, but it happened
19 that it became a writer and editor contract. I know
20 that I -- at some time, I insisted on this, because I
21 did not want any successors to be able to come between
22 me and Stan.
23 Q. When you say writer and editor contract, are
24 you referring -- the editor part of that, are you
25 referring to responsibilities that you had to edit your

Page 20

1  own material or edit other writers' material?
2  A. It was primarily my own material, especially
3  when it started in '74 and '75. Later on, there were
4  some books that I would be placed in charge of, and I
5  did have the authority to -- I don't know if it was in
6  writing or they just let me do it, but I did hire some
7  people to do a story and perhaps just a plot or
8  dialogue for a limited time, but there were two or
9  three titles where I did that.
10     Primarily, I was to be a writer myself. I
11 evolved into something where I could occasionally have
12 someone else do the writing, and I could just edit it.
13 That was not the main purpose, originally.
14 Q. While you were a writer and editor at Marvel,
15 were you paid a set salary?
16 A. Yes.
17 Q. And under your contract, were you required to
18 write a specified number of pages?
19 A. Yes, and the editing was counted as being in
20 lieu of some of those pages. Like the editing per book
21 would amount to a certain amount of money, and each
22 page would be some more, and I had a monthly quota, 50
23 or 70 or whatever pages, and I was paid that regular
24 basis.
25 Q. Were there ever occasions where you wrote

Page 21

1  numbers of pages that exceeded your obligation under
2  your contract?
3      A. I suspect so, but I could not swear to that.
4      Q. Okay, do you know what the term of your
5  contract was?
6      A. Yes, there were two of them -- I guess they
7  were -- I'm pretty sure they were three years apiece.
8  The two together ran from 1974 to running out in late
9  1980, and I'm pretty sure they were both three-year
10 contracts. Or maybe it would be two and four, I
11 believe, but --
12     Q. Okay.
13     A. I haven't looked at them, of course, in some
14 years.
15         (Off-the-record conference.)
16 BY MS. KLEINICK:
17     Q. Do you know an individual by the name of
18 Marvin Wolfman?
19     A. Yes, I do.
20     Q. How did you first come to know Marvin
21 Wolfman?
22     A. I don't recall the exact occasions, but I
23 have this feeling that I met him with his friend at
24 comic stands -- possibly at the office, perhaps at
25 convention or something of that sort. I'm not sure

Page 22

1  how. But as a comic --
2      Q. Do you recall when you first met Mr. Wolfman?
3      A. Not exactly. It would have been something
4  like 1966 or '67, somewhere a year or so after I came
5  to work, probably. I don't think it was right away, so
6  it was probably '66, '67.
7      Q. Did there come a time that Marv Wolfman began
8  writing scripts for Marvel?
9      A. Yes.
10     Q. Do you recall when that was?
11     A. Not exactly. But it was around 1969 or 1970,
12 when I was still Associate Editor.
13     Q. Do you recall what titles Marv was writing
14 for when he first came to Marvel?
15     A. I don't recall the exact titles, but we had
16 two or three books that were interchangeable. But they
17 were mystery books, sort of mild horror titles, with
18 titles like Tower of Shadows or Chamber of Darkness. I
19 think Marv's first story might have been Chamber of
20 Darkness. He had been working for D. C., and he came
21 over -- I put him in one of those titles at that time.
22     Q. Are you familiar with the Tomb of Dracula
23 series that Marvel published?
24     A. Oh, yes.
25     Q. Were you the editor for that series?

Page 23

1      A. Originally, I would have been called
2  Associate Editor. It started before my time. Although
3  I actually did real plotting, my name wasn't on it in
4  any capacity.
5      Q. Do you recall how the idea for the Tomb of
6  Dracula series first came up?
7      A. Yes, Stan wanted to do a book with Dracula as
8  the hero. Not making him a good person, or a good
9  vampire, but treating him as Dracula. And he came up
10 with a -- sort of one or two or three -- like a two- or
11 three-sentence idea, which a descendant of Dracula went
12 to a castle and accidentally brought Dracula back to
13 life. I took it home and made a full two- or three- or
14 four-page plot for artist Jean Cole out of that. I
15 don't know the year, but I think I finished it late on
16 New Year's Eve, and arrived late at a party.
17     Q. Can you describe the process at Marvel,
18 between 1972 and 1978, with respect to how a new series
19 or title would come to be published?
20     A. You're talking '72, after I became Editor?
21 Or before --
22     Q. Was there a difference?
23     A. Yes, the difference to some extent was that I
24 became a little more of an official part of the process
25 in 1972, in the middle of '72. Before that, I would --

Page 24

1  I was an Associate Editor, and I did what almost
2  amounted to hiring, although I had to have these things
3  approved by Stan on my own or through Saul Broadski,
4  but once I became Editor-in-Chief, it was my
5  responsibility to hire people.
6          I was still responsible to say yes or -- to
7  Stan if he cared to say yes or no. What I was supposed
8  to do was take the day-to-day basis of a lot of his
9  editorial work off his hands, which before that, I had
10 been doing on and off.
11     Q. Let's talk about the time period when you --
12 after you became Editor-in-Chief. How would an idea
13 for a new series typically originate?
14         MR. DILIBERTO: Objection, vague.
15         THE WITNESS: Well, it could -- the problem,
16 of course, is in the word typically, because while
17 there was a general pattern, it could have -- if things
18 like -- things did happen in other ways as well. Stan
19 increasingly, sometimes myself, would come with an idea
20 for a comic -- would come up with an idea for a comic
21 and then if it was I who did it, I would, of course,
22 have to get it approved by Stan.
23         If Stan did it, he told me what he wanted.
24 Then we would set these things in motion. Sometimes
25 that was left more to me and sometimes was more in the

Page 25

process. In those days most of them came -- most of them were an idea of an editor, and I would say mostly Stan's.
BY MS. KLEINICK:
   Q. Okay.
   A. But there were exceptions.
   Q. If the idea for a series during that time originated with you --
       (Off-the-record conference.)
BY MS. KLEINICK:
   Q. After the new idea -- after the idea for a new series originated, who would determine whether or not that new series would become a new Marvel title?
       MR. DILIBERTO: Objection. Vague as to which series we're talking about.
       THE WITNESS: Well, any series would have been decided by Stan after the middle of the year. Once he became President and Publisher, he made the final decision on that.
BY MS. KLEINICK:
   Q. Did you have authority as Editor-in-Chief to authorize a new series or title without approval -- without Stan's approval?
   A. No.
   Q. At that time, did a writer have authority to

Page 26

authorize a new series or title on his own?
   A. No.
   Q. Do you recall how Marv Wolfman started writing -- how Marv Wolfman came to write the Tomb of Dracula series for Marvel?
   A. I don't remember every detail. What I do know is that we had had a total of about three different writers for the first few issues, not counting Stan's idea, not counting my plot. We had Jerry Conway. We had Archie Goodwin. And especially recently, the issue -- the writing just was not going terribly well. They were all good writers; but the book didn't seem to be going anywhere.
       Gardner Fox was a writer who had never been a Marvel writer, so I had to find someone else to do the book. And I thought of Marv, because he had done such a good job doing these mystery stories, the one or two he had done earlier. He had done some writing for D.C., a lot of stories of that same kind, House of Secrets, that kind of thing.
       Although I'm vague myself as to what he was doing at that time, I knew that he was -- still was the Editor of the Warren Magazine, plus I knew he understood heroes. He liked superheroes, and we were trying to tightrope between a hero and regular

Page 27

continuing series and a horror comic, and so it just seemed a logical choice to ask Marv to take over -- I don't remember when or how or over the phone or whatever -- but I did it.
   Q. Was it your understanding that Marv was taking -- was being hired as the writer for the series or -- or was it your understanding that he was being hired to write a particular issue of a series?
   A. He was being hired as the writer of the series. Had I been or had Stan noticed and been unhappy with the writing, we could have taken him off of it immediately. But I hired anybody with the idea they would take over the whole series. That's what I was looking for, not just one issue.
   Q. Can you describe whether or not Marvel had a process for determining how a particular writer, artist, penciller and colorist are assigned to a series? Who needs to be consulted in the process?
   A. Even when I was Editor-in-Chief, I would have consulted in some major books, probably with Stan. I might have told him after the fact, in some books that he had more of an interest in. If he had started, I would not have made a move on Spiderman without conferring with him and getting his approval. It was really -- I had been doing some of that as Associate

Page 28

Editor.
       I still was subject to Stan, and I was not eager to get out from under that because we worked pretty well as a team. We saw each other several days a week, so it was no inconvenience. I never thought about trying to keep him out of the process.
   Q. Was it -- was the practice the same for a new series as it was for a pre-existing series?
   A. What practice do you mean exactly? I want to make sure I understand the question fully before I answer it.
   Q. How did the determination get made -- withdrawn.
       (Off-the-record conference.)
       MS. KLEINICK: I'm sorry, I withdraw the question.
BY MS. KLEINICK:
   Q. Was the Editor-in-Chief responsible for assigning a writer to a new series?
   A. Yes.
   Q. Did anyone else participate in the decision to assign a writer to a new series?
   A. Stan would have participated. I would have gotten his approval before I would have made any definite decision like that almost certainly, whether I

Page 29

1  did in any individual case -- I can't always remember
2  that, but I had that general process.
3  Q. Did a freelance writer for Marvel have the
4  authority to assign himself or herself to write a
5  particular comic book issue or a series for Marvel?
6  A. No, those assignments were made by me and
7  occasionally by Stan. Once or twice, he might have
8  almost bypassed me -- he might forget occasionally, and
9  wouldn't always go through channels, but almost always,
10 it was, after mid-1972, for those years, it was my
11 decision.
12 Q. Were there writers at Marvel who self-edited
13 their own scripts between 1972 and 1974?
14 A. To a certain extent, they all did. Almost
15 all of them. I couldn't -- since I only had a couple
16 of Assistant Editors, and didn't necessarily have
17 anyone that I had enough faith in to give them that
18 much authority right off the bat, I tended to trust the
19 writers, and all of the -- when I was doing freelance
20 work, they became sort of defacto editors, subject to
21 me, subject to Stan. But other than that, they were
22 pretty close to being -- subject to being -- they came
23 pretty close to being unpaid editors in exchange for
24 which they got a certain amount of freedom and had
25 certain responsibility along with it.

Page 30

1  Q. Did a person who was writing and editing
2  their own material have the authority to assign himself
3  or herself to write an issue of a different series that
4  they weren't asked to write by you or Stan?
5  A. No.
6  Q. Did Marvel have a production schedule for the
7  issues that Marvel published between 1972 and 1978?
8  A. You mean like when they had to come in the
9  house and when they had to leave?
10 Q. Yes.
11 A. Yeah, it didn't always get met, but it was
12 there.
13 Q. Who was responsible for setting that
14 schedule?
15 A. The production manager.
16 Q. That was Saul Broadski at the time?
17 A. Well earlier, but -- I should -- I should
18 know better, but Saul left the company, about 19 --
19 1970 or so, because by the time I became
20 Editor-in-Chief, the production manager was John. And
21 had been for -- I don't know, maybe a year or so there,
22 and although Saul returned to the company, he returned
23 in a different capacity. A sort of -- in a different
24 direction. John was manager until he died in December
25 of 1977.

Page 31

1  Q. Were the issues for the Tomb of Dracula
2  series scheduled to be published at regular intervals?
3  A. Every month. It went monthly somewhere in
4  there. About that time, I think. So it was selling
5  reasonably well.
6  Q. As --
7  A. I haven't checked on this, but I think it
8  started as bimonthly, but it was still on a regular
9  schedule, whichever it might have been.
10 Q. Do you recall what issue number Marv Wolfman
11 started writing for the Tomb of Dracula series?
12 A. I don't recall, but I looked it up, and I
13 remember reading the deposition awhile ago that said it
14 was number seven. I knew it was something like that.
15 If someone asked me, I might have said five or six or
16 eight. The number didn't really mean that much to me.
17 I knew there had been these writers before, so there
18 had been five or six issues. But I did start --
19 somebody else had totally finished off -- finished the
20 preceding issue, so he --
21 Q. After Marv Wolfman took over as a writer for
22 the Tomb of Dracula, was he required to submit a
23 specified number of issues to Marvel in any particular
24 time period?
25 A. Only in the sense that it was a monthly -- if

Page 32

1  it was becoming a monthly book, he had to keep things
2  on schedule, subject to the Production Manager, and
3  technically to me to see to it that that schedule was
4  met and that, you know, we had something ready to go
5  out every month. That was sort of his informal
6  responsibility, which he helped with in exchange for
7  being let alone to do a lot of other things.
8  Q. Did you have any discussions with Marv
9  Wolfman about the Tomb of Dracula series, what it was
10 about, before he accepted the assignment as the writer
11 for the series?
12 A. Well, there would be two answers to that.
13 First, I have no exact knowledge or memory rather --
14 except that I know I would have talked to him in
15 general about just the fact that, you know, the book
16 wasn't doing too well, and I just needed to goose it up
17 a little bit.
18     And you know, that I needed good stories and
19 so forth. I may have said more than that, but I have
20 no memory of what it would have been. I don't know how
21 much direction I gave him, but I don't suspect it was a
22 terrible amount.
23 Q. Is it -- was it your usual practice to have
24 periodic discussions with a writer of a series as a
25 series progressed, to discuss the general direction

Page 37

1  from what you thought Marv should publish --
2     A. Yes.
3        MR. DILIBERTO: Objection, irrelevant.
4  BY MS. KLEINICK:
5     Q. If Wolfman had submitted a script that Marvel
6  believed was unacceptable for some reason, was Marvel
7  required to obtain Wolfman's approval before changing
8  that script?
9        MR. DILIBERTO: Objection, calls for
10 conclusion, incomplete, hypothetical.
11       THE WITNESS: No.
12 BY MS. KLEINICK:
13    Q. If Wolfman and Marvel had a disagreement with
14 respect to either the direction a series should take or
15 the contents of any particular issue, who was the
16 one -- who would have the final authority to determine
17 what got published?
18    A. The final authority was Stan. Since Stan
19 would not involve himself in the day-to-day work,
20 unless there was something he personally saw or
21 something he took an interest in, that was my
22 responsibility.
23    Q. Was that true with respect to all of the
24 freelance writers at Marvel?
25    A. Well --

Page 38

1        MR. DILIBERTO: Objection, no foundation.
2        THE WITNESS: Yes, it was.
3  BY MS. KLEINICK:
4     Q. Did Marvel have any practice with respect to
5  who had the right to make final determinations as to
6  what got published, the freelance writer or the
7  company?
8     A. There wasn't any doubt that Stan or I could
9  make any change that we needed to have in a story or
10 anything else, subject only to the fact that we had to
11 have the book out of there on some kind of schedule.
12 But Stan or I could do that. No one else had the
13 authority to make changes without checking with me.
14 The Assistant Editors did not. They might sometimes
15 could take that authority, but they didn't really have
16 it, unless it was a typo or an obvious word thing or
17 something.
18    Q. If Marvel disagreed with language contained
19 in the script submitted by a freelance artist, and that
20 freelance -- the freelance writer, and that writer
21 refused to revise the script, what recourse, if any,
22 did Marvel have?
23       MR. DILIBERTO: Irrelevant.
24       THE WITNESS: We would have changed the
25 script. I would say if a writer really objected

Page 39

1  strongly to some change, and you have a lot of respect
2  for the writer, then you are a fool if you don't at
3  least try to find out why the writer objects to having
4  that changed. You may have a reason you haven't
5  thought of. Nobody is perfect. In the end, it was my
6  responsibility and my authority to make any change I
7  felt like I needed to make.
8  BY MS. KLEINICK:
9     Q. As part of your responsibilities as an editor
10 of a series or in your capacity as Editor-in-Chief, did
11 you have the authority to supervise the freelance
12 writers with respect to any characters that they wanted
13 to introduce into the scripts they submitted to
14 Marvel?
15       (Off-the-record conference.)
16       MR. DILIBERTO: Could you repeat the
17 question?
18       (Question read back.)
19 BY MS. KLEINICK:
20    Q. As part of your responsibility as an Editor
21 of a series or in your capacity as Editor-in-Chief of
22 Marvel, did you have the right to direct or supervise a
23 freelance writer with respect to any new characters
24 that they wanted to introduce into the scripts they
25 were writing for Marvel?

Page 40

1        MR. DILIBERTO: Objection, irrelevant.
2        THE WITNESS: Yes, I did have that authority
3  if I wanted to exercise it.
4  BY MS. KLEINICK:
5     Q. Did that authority include the right to
6  changes in features or back story of any new character
7  that a writer wanted to introduce into a Marvel
8  series?
9        MR. DILIBERTO: Objection, irrelevant.
10       THE WITNESS: Yes, it did.
11 BY MS. KLEINICK:
12    Q. Did that authority also include to write, to
13 supervise and direct how that writer would use the
14 characters in a script?
15       MR. DILIBERTO: Same objection.
16       THE WITNESS: If I wanted to yes, I had that
17 right, that authority.
18 BY MS. KLEINICK:
19    Q. If a writer had wanted to make a change to a
20 character that Marvel did not agree with, who would
21 have the final say in how that character would be
22 depicted in the issue?
23       MR. DILIBERTO: Objection, incomplete,
24 hypothetical.
25       THE WITNESS: Well, Marvel would have that

Page 41

1  right, which meant Stan or me that particular time.
2  BY MS. KLEINICK:
3     Q. Would that be true even for characters that
4  the writer himself or herself had created?
5     A. Well --
6        MR. DILIBERTO: Objection, vague and
7  irrelevant.
8        THE WITNESS: As far as I was concerned, and
9  I'm sure as far as Stan was concerned, yes, we had that
10 authority. We didn't exercise it particularly, but --
11 but we had it, we felt.
12 BY MS. KLEINICK:
13    Q. Did you ever have occasion to exercise it?
14    A. Yes.
15    Q. Okay --
16       MR. DILIBERTO: Objection, vague.
17 BY MS. KLEINICK:
18    Q. Did you and Marv Wolfman ever come to any
19 agreement where Wolfman would have complete control
20 over either the story lines or the characters he
21 created for the Tomb of Dracula series?
22       MR. DILIBERTO: Objection, no foundation.
23       THE WITNESS: I don't remember any specific
24 discussion in that regard. He had authority to do
25 whatever he wanted to do as the writer as long as Stan

Page 42

1  or I didn't object, as far as I was concerned, and I
2  felt he understood that, but other than that, I don't
3  know. I don't remember any specific conversations
4  about it, really.
5  BY MS. KLEINICK:
6     Q. Did you reach -- did you ever reach an
7  agreement with any freelance writer where -- where you
8  would give complete control over a story line or
9  character to that writer?
10    A. Well --
11       MR. DILIBERTO: Objection; vague and no
12 foundation.
13 BY MS. KLEINICK:
14    Q. Okay --
15    A. You mean during this period when I was
16 Editor-in-Chief?
17    Q. Yes.
18    A. No.
19    Q. Do you recall ever reaching any agreement
20 with Marv Wolfman where he would have complete control
21 over either the stories or the characters or -- that he
22 was introducing or the stories for any other series he
23 wrote for Marvel?
24       MR. DILIBERTO: Objection, irrelevant.
25       THE WITNESS: He had the complete control as

Page 43

1  long as it was subject to me and Stan. He was the next
2  in line, serving as an unpaid editor.
3  BY MS. KLEINICK:
4     Q. Okay.
5     A. Whether we used those terms or not, we joked
6  about it from time to time.
7     Q. Did Marv Wolfman have any agreement with
8  Marvel that prohibited Marvel from allowing other
9  writers from using characters that he introduced into
10 the Tomb of Dracula series in other Marvel
11 publications?
12       MR. DILIBERTO: Objection; vague as to
13 agreement and no foundation.
14       THE WITNESS: Not that I'm aware of.
15 BY MS. KLEINICK:
16    Q. Did you ever have any discussion with Marv
17 Wolfman where he demanded and you agreed to allow him
18 to prevent any other writers from using characters that
19 he introduced into Marvel story lines in other
20 publications?
21       MR. DILIBERTO: Objection, irrelevant.
22       THE WITNESS: I don't recall any such
23 conversation; however, in many cases, there might be
24 characters that were so ingrained in a particular
25 series that a writer might, for at least a certain

Page 44

1  indefinite period of time, might not want that
2  character used in another book.
3        And I would listen to those arguments and
4  maybe have gone along with it, if there was a good
5  reason. I don't recall whether we did or not. We
6  didn't want this character used in another book right
7  then because it would mess things up and so forth. But
8  whether I had such a conversation with Marv or not, I
9  don't recall.
10 BY MS. KLEINICK:
11    Q. Did you ever reach an agreement with any
12 freelance writer where that freelance writer could
13 forever prevent Marvel from allowing another writer to
14 use the characters they introduce into the story
15 lines?
16       MR. DILIBERTO: Objection; irrelevant and no
17 foundation.
18       THE WITNESS: We never talked in terms of
19 forever. We were always thinking of the next issue or
20 two, was the furthest ahead we ever thought. I don't
21 know how to answer a question that deals with forever
22 exactly, except to say if it was forever, the answer
23 had to be no. We just didn't think in terms of
24 guaranteeing anything that far ahead. But maybe I
25 didn't understand the question properly.

Page 45

BY MS. KLEINICK:
Q. I'll try to ask it a different way. If you had determined that a character that Marv Wolfman had introduced into the Tomb of Dracula series should make an appearance in another series written by another writer, did you have the authority to allow that other writer to use the characters?

MR. DILIBERTO: Objection, irrelevant and calls for speculation and incomplete, hypothetical.

THE WITNESS: Yes, I did have that authority. Or at least I assumed I did, and no one ever disabused me of that notion.

BY MS. KLEINICK:
Q. Were there any instances where a freelance writer at Marvel wanted to use a character that another freelance writer had introduced into a Marvel publication, into a series -- and was permitted to do so?

MR. DILIBERTO: Objection; vague and irrelevant.

THE WITNESS: You're saying was there ever an instance where you allowed a freelance writer to use a character that had been introduced into a series by another freelance writer?

BY MS. KLEINICK:

Page 46

Q. Yes, but I didn't finish the question though --

A. I don't recall. I would have thought twice about doing that. Potentially, of course, the answer would be that I would have allowed that. But I would be careful about it. You'd make another writer angry.

Q. Was it -- would the approval of the creator of the character have been sought because it was necessary or sought out of a courtesy --

MR. DILIBERTO: Objection; calls for speculation or -- and irrelevant.

THE WITNESS: What were the choices?

(Off-the-record conference.)

BY MS. KLEINICK:
Q. You testified that --
A. I just meant two -- I just got --
Q. Necessity or courtesy --
A. In those two extremes, it would have been a courtesy. I would have -- I would have felt we should confer with the writer, but they were Marvel -- as far as Stan was concerned, they were Marvel characters, and if Marvel wanted to use them they had the right to do so. If that was right or not, that was the way we did things. It just didn't come up that often. Usually people didn't object to characters being used in other

Page 47

books.

There were only a couple of other books here and there that made sense. We didn't want Dracula merged with the rest of the universe too much. Dracula is a very powerful character, supervillain -- it would take away some of his mystique. We had other horror books like Werewolf by Night --

Q. With characters that had been introduced into the Tomb of Dracula series?

A. I don't recall what characters were used. It wasn't a consideration. That was up to the writer or writers to settle. If there was a dispute -- if he said, I can't use this character -- I don't recall that ever coming up, so therefore, you know, I didn't have to -- I don't remember ever having to make that decision with regard to Dracula or any other books.

Q. Between 1972 and 1978, are you aware of whether or not Marvel had a company policy concerning who would own the rights to the stories written by freelance writers for publications by Marvel?

MR. DILIBERTO: Objection, vague and no foundation.

THE WITNESS: Well, they certainly had a policy that Marvel owned full rights to whatever we did for them; rightly or wrongly, that was their policy.

Page 48

BY MS. KLEINICK:
Q. Was that policy -- when you referred to all rights, does that refer to -- what rights does that encompass?

A. Well --

MR. DILIBERTO: Objection; calls for legal conclusion and no foundation.

THE WITNESS: As far as we were concerned, it covered all rights.

BY MS. KLEINICK:
Q. Between '72 and '78, did Marvel have a company policy concerning who would own the rights to any new characters introduced into a story line by a freelance writer?

A. After '74, when I stepped down as Editor-in-Chief, and especially after the middle of '76, when I moved to California, I had increasingly less connection, so something could have happened that I was unaware of. To the extent I was aware of it, I hadn't seen any company policy other than what I understood it to be.

Q. What did you understand the policy to be?

A. That Marvel owned all rights to whatever we wrote.

Q. Including the characters?

Page 49

1   A. Yes.
2   Q. Was Marvel's policy generally understood by
3 other freelance writers in the industry?
4       MR. DILIBERTO: Objection; calls for
5 speculation; no foundation.
6       THE WITNESS: I assumed that it was and in
7 conversations, I never heard anything I could recall to
8 the contrary. Of course, I can't vouch for what other
9 people really thought, because it wasn't part of my
10 job -- I'm not sure who -- my understanding of the
11 policy or --
12 BY MS. KLEINICK:
13   Q. As Editor-in-Chief, did you ever have any
14 discussions with any freelance writers concerning who
15 would own the rights to the materials that the
16 freelance writers were submitting for publication by
17 Marvel?
18   A. I did have -- I don't remember with whom. I
19 do recall having that conversation a couple of times,
20 not specifically with Marv. But I did have that
21 conversation from time to time, because from time to
22 time someone would ask me or would talk about it being
23 unfair or whatever. In fact, one of the last things I
24 did before I stepped down as Editor-in-Chief, by sheer
25 coincidence, was an artist who created a character sort

Page 50

1 of as a half writer himself wanted to get some extra
2 rights, and I told him that the company didn't have a
3 policy of doing anything like that, and if he didn't
4 want to offer the character, he just didn't have to
5 offer the character. That's the only time I
6 specifically recall that. That was in 1974.
7   Q. From 1974 -- at any time between 1972 and
8 1978, was the topic of who would own the rights to
9 materials submitted to the comic book companies a
10 subject of frequent discussion?
11       MR. DILIBERTO: Objection, vague and no
12 foundation, calls for speculation.
13       THE WITNESS: I don't know exactly what
14 frequent would mean. It was discussed, from time to
15 time. Mostly in terms of dissatisfaction, the company
16 either owned all rights or assumed they owned all
17 rights and writers and artists were not happy with the
18 fact that they got no royalties or residuals or
19 anything of this sort, and it was discussed in a
20 general sense, but not in any organized way, but it was
21 just grousing or in conversation over drinks or
22 something.
23       MS. KLEINICK: I'm going to mark as exhibit 2
24 a document bearing production numbers 5645 to 5647.
25 I'm sorry, Thomas 2 --

Page 51

1       (Off-the-record conference.)
2       (THOMAS EXH. 2, Declaration, was marked for
3       identification.)
4 BY MS. KLEINICK:
5   Q. I'd like you to take a moment and look at the
6 documents that you have been handed as exhibit 2 in
7 this deposition and let me know whether or not you have
8 ever seen this document before.
9   A. Yes, I guess I signed it a year or so ago, a
10 year after conversations with the attorneys. For
11 Marvel. It was a -- sort of a distillation of our
12 conversation.
13   Q. And that -- is that your signature on the
14 page that's numbered Marvel 5647?
15   A. Yes.
16   Q. Did you read this declaration before you
17 signed it?
18   A. Yes.
19   Q. Was it true when you signed it?
20   A. To the best of my knowledge.
21   Q. Did you understand that either Marvel or --
22 or Marvin Wolfman might use this declaration in
23 connection with the lawsuit at some point in time?
24   A. Yes.
25   Q. Have you had a chance to read the declaration

Page 52

1 today -- or before this --
2   A. Yes, you showed it to me earlier. I hadn't
3 seen it in some time, and I read it. Might have missed
4 a word here and there or something. I don't think I
5 missed anything of importance in it.
6   Q. Are the statements that you made in your
7 declaration back in July of '98 true today?
8   A. Well, to the best of my memory, they are.
9 The only direct quotation there, of course, is one that
10 was kind of speculative on my part, but the other --
11 the only ones in quotes, I mean, but the other things
12 are things that I felt then and I have seen -- I have
13 seen -- as far as I know, I see no reasoning to disown
14 any of them.
15   Q. I'd like to refer you to the last page, the
16 second part of paragraph seven, the sentence that
17 begins -- I'll read it into the record, it was
18 generally known that Marvel and D. C. owned the
19 copyrights and characters and if you worked for them,
20 that was the deal. Is that statement accurate?
21       MR. DILIBERTO: Objection; calls for legal
22 conclusion and calls for speculation and no
23 foundation.
24       THE WITNESS: It's accurate that it expressed
25 my belief. How accurate that is, I don't know. When I

Page 137

1            I N D E X
2                           Page
3  WITNESS/EXAMINATION
4  STIPULATION............................................ 3
5  ROY THOMAS,........................................... 3
6  EXAMINATION
7  BY MS. KLEINICK................................... 3
8  EXAMINATION
9  BY MR. DILIBERTO................................ 81
10 EXAMINATION
11 BY MS. KLEINICK................................ 120
12 EXAMINATION
13 BY MR. DILIBERTO.............................. 127
14 SIGNATURE OF DEPONENT............................. 134
15 CERTIFICATE OF REPORTER........................... 135
16
17
18       REQUESTED INFORMATION INDEX
19
20         (No Information Requested)
21
22
23            E X H I B I T S
24                           Page
25 THOMAS EXH. 1, U. S. District Court Subpoena......... 3

Page 138

1  THOMAS EXH. 2, Declaration........................... 51
2  THOMAS EXH. 3, Agreement/outline of
3  responsibility...................................... 59
4  THOMAS EXH. 4, Letter from Roy Thomas to Bob
5  Harris.............................................. 123
6  THOMAS EXH. 5, Declaration of Roy Thomas, Jr....... 133