# EXHIBIT 108

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE

 3    IN RE:

 4    MARVEL ENTERTAINMENT GROUP, INC.,
      THE ASHER CANDY COMPANY, FLEET CORP.,
 5    FRANK H. FLEER, CORP., HEROES WORLD      CASE NO.
      DISTRIBUTION, INC., MALIBU COMICS        97-638-RRM
 6    ENTERTAINMENT, INC., MARVEL CHARACTERS,
      INC., MARVEL DIRECT MARKETING., and
 7    SKY BOX INTERNATIONAL, INC.,
      Debtors.
 8    _____
              DEPOSITION OF EUGENE COLAN, held at the Law
 9    Offices of Thuillez Ford Gold & Johnson, 90 State
      Street, Suite 1500, Albany, New York, on Friday,
10    August 20, 1999, commencing at 10:30 a.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Marvel, 8-20-99, Albany, NY                                    2

1       APPEARANCES:
        BATTLE FOWLER LLP
2       Attorneys for Marvel
        75 East 55th Street
3       New York, New York  10022
        By:  JODI KLEINICK
4
        KLEINBERG & LERNER, LLP
5       Attorneys for Marvin Wolfman
        2049 Century Park East, Suite 1080
6       Los Angeles, California 90067
        By:  ADRIAN ASKARIEH
7
        ARTHUR O. DEY
8       Attorney of behalf of Eugene Colan
        1013 Old Depot Road
9       Arlington, VT  05250

10

11

12

13

14

15

16

17

18

19

20

21

22

23

2021MARVEL-0032788

Gene Colan

Marvel, 8-20-99, Albany, NY                                    3

1
   Direct Examiatnion by Mr. Kleinick
2  Cross Examination by Mr. Askarieh
   Redirect Examination by Mr. Kleinick
3  Recross Examination by Mr. Askarieh

4
                E X H I B I T
5
   Marked as    Description                        Page
6  Colan

7  1            A copy of the subpoena             11
              duces tecum which was
8            served by a Vermont
              Deputy Sheriff on July
9            30th, 1999.

10 2            Blank voucher form                 74

11

12

13

14

15

16

17

18

19

20

21

22

23

2021MARVEL-0032789

Marvel, 8-20-99, Albany, NY           121
Colan/Cross/Askarieh

1    characters and the plot?
2        A.   We would talk about it and we would
3    discuss it me a very complete script. He would
4    even throw in the balloons of what everyone would
5    be saying.
6        Q.   Earlier you testified that Stan Lee
7    would give you a beginning, a middle and an end.
8        A.   That was Stan, that was the way Stan
9    did it.
10       Q.   I want to make the distinction between
11   Marv and Stan.
12       A.   Stan handled it that way.
13       Q.   But Marv's plot scripts were very
14   detailed?
15       A.   I was used to drawing them when Stan
16   was aboard his way. And it was very brief, it was
17   a few paragraphs, and that was it, he let me fill
18   it the rest. Because Stan wrote for everyone of
19   those books. And this was before, I believe before
20   Dracula came in.
21       Q.   Would you tell me how Marv described
22   the character of Blade to you.
23            MS. KLEINICK:   Objection.

Marvel, 8-20-99, Albany, NY

1  I, Barabara Seiber, do hereby certify that the
2  foregoing testimony of EUGENE COLAN was taken by me,
3  in the cause, at the time and place, and in the
4  presence of counsel, as stated in the caption hereto,
5  at Page 1 hereof; that before giving testimony said
6  witness(es) was (were) duly sworn to testify the
7  truth, the whole truth and nothing but the truth;
8  that the foregoing typewritten transcription,
9  consisting of pages number 1 to 144, inclusive, is a
10 true record prepared by me and completed by
11 Associated Reporters Int'l., Inc. from materials
12 provided by me.

*Barbara Seiber*

Barbara Seiber, Reporter

9/15/99 Date

2021MARVEL-0032932