# EXHIBIT 109

Timely Comics, Inc., and/or
Abraham Goodman.

Gentlemen:-

    We hereby consent to your registration of the words "Marvel Mystery Comics" as the title of a magazine, book or publication.

    Signed at New York City, N.Y., this 6th day of July, 1942.

FAWCETT PUBLICATIONS, INC.

By _____
        Secretary

Confidential
2021MARVEL-0039527

Fawcett Publications, Inc.,
1501 Broadway,
New York, N. Y.

Gentlemen:

    We hereby consent to your use and registration of the words "CAPTAIN MARVEL" as the title of a comic strip, magazine, book or other publication.

    The foregoing consent is granted on the condition that the word "MARVEL" is not emphasized in size, form or type more than the word "CAPTAIN".

    Signed at New York City, N. Y., this 28th day of April, 1942.

TIMELY COMICS, INC.

By _Martin Goodman_
    President.

_Abraham Goodman_
Abraham Goodman

Confidential

2021MARVEL-0039528