# EXHIBIT 111

# *CARTOONIST*
## *PROfiles*

A unique quarterly magazine for the professional, the cartoon buff, the student, and all who enjoy cartoons.



'INSTANT
BACKGROUNDS'

See
Page Four

Issue No. 4 — November 1969

$2.50

2021MARVEL-0070383



STAN LEE

2021MARVEL-0070384

I have the kind of relationship with the artist where we sit and talk for five minutes about it. Later on, while the artist is making his drawings, he puts little notes on the side of the pages indicating what the hell he's drawing, just to help me know what he's doing in the various panels. Here's an idea as to how I work with several of our artists: In the case of Gene Colan, I'll write maybe a page of notes for myself, including all the things I want to discuss. Then I will phone Gene and he puts his tape recorder against the phone and I discuss the story with him — sort of reading the page I've written. In the case of Jack Kirby, I will merely phone him, or he will phone me, as he did about two hours ago, and say, "Stan, I'm ready for the next story." He's calling from California and we both start cold. I'll say, "What book are you talking about?" And he says, "Thor — is that the one we need next?" "Yeah." And so the conversation goes back and forth. "What do you think we ought to do?" "Well, let's bring back that girl he used to be in love with — that's a good idea." "Suppose he tries to save her but he doesn't want her to know it's him saving her and at the end she figures, "Gee, it's funny — Thor never did come to help me" — not knowing it was really him who saved her." "Great idea — but what do we save her from?" "Oh that's right — we need a villain." "Well, let's see — who haven't we used or should we make up a new one?" "How about this crook who wants to use transplant — he's old and he's dying and he's very rich, and he doesn't want to die, and he wants to transplant his brain in a healthy body — great!" "Hey, Stan, how about the body he wants to use being Thor's?" "Perfect — O.K. Jack, you got it?" At this point I don't know what the heck the story is going to be — this is basically the thread — the skeleton outline — that's all that I discussed

with Jack. He will send back 20 pages drawn up as he sees it. I will then write the copy. Then in pencil I indicate where the balloons go on the art work, I number each balloon, and then on a sheet of paper I type the dialogue with numbers corresponding to the balloons I've indicated. I don't letter in the dialogue myself in the strip. The letterers don't have the remotest idea where to put these balloons — when the writer indicates the balloons, he can design the page nicely and complement the art work. I know that if a panel has a lot of beautiful art work, I'll keep the dialogue sparse — if there's a dull panel, I'll write a lot of dialogue to fill up the panel. This is the reason I said a while ago that even a good writer may not be able to write comics — because this is something that no writer even thinks he has to contend with. There are so many of those little things involved. The artists don't even think much about the balloons — they're so good that they automatically — subconsciously — they'll leave enough space on top. The writer, of course, has to have a sense of knowing about how many words will fit into the space which has been allowed for the balloon. Next the script and the art work goes to the lettering man — he puts the dialogue in and then the strip goes to the inker. The inker could be the man who penciled the strip or it could be a different inker. In our case, it's usually a different inker.

Q: Weren't you saying something about how you evolved this Marvel Comics system of doing stories?

A: Years ago when I was writing all the books, I just couldn't write fast enough — it took me 12 minutes to type a page, so if I was doing 20 pages, it would take 4 hours to type a story. And there might be an artist waiting for one story while I was finishing another — and I couldn't afford to let that

man sit around doing nothing. So in desperation I would say to him, "Look, I don't have time to write your script but your story is going to deal with Doctor Doom who comes to town, etc., why don't you start drawing it and I'll put the dialogue in later." With this method, the artist was kept busy while I was typing the script. After a while I realized that this was a great way to do it. The artist could now create — he wasn't just blindly following what the writer did. And the artist could envision this better than the writer. The artist could play up what he considered pictorially interesting. Then the writer could be inspired by the artist's drawing. For instance, it's easier for me to write copy looking at a drawing than it is to write copy looking at a sheet of blank paper. No other companies want to work this way — although I think it's wonderful. The other editors feel that they would lose control, and many other artists feel that they don't want to do the writer's job, etc.

Q: You have written a tremendous number of stories, haven't you?

A: Well, somebody said to me, "You know, Stan, I'll bet you have written more stories that have been published than any professional writer who's ever lived." I would add, "Certainly not better stories, but more, probably." For 30 years I have never written less than two complete comic magazines a week — sometimes three or four in that length of time. Even Walter Winchell with all his columns never totaled that much. I think this is what I'll rest my case on — as far as my claim to glory is concerned.

Q: How much of a staff do you have?

A: Well, our staff is very small — there's myself, then I have Roy Thomas who's my associate editor — I'm the head writer and he's the next writer. I write about 10 books a month, he writes 4 or 5

2021MARVEL-0070386