# EXHIBIT 113



2021MARVEL-0130300






THE WORLD'S GREATEST MOLDER OF HANDSOME HE-MEN and CHAMPS out of WEAKLINGS says

**YOU can now get FREE!** ALL these 5 famous PICTURE-PACKED STRENGTH-TEST COURSES to Make YOU a SUPER-MAN. (formerly $5.00 each) Now FREE to you if you mail coupon AT ONCE! LAST CHANCE!

**SKINNY or FAT, 15, 20, 30 or 40 YEARS OF AGE — I'LL BUILD YOU INTO A NEW ATHLETIC MIGHTY-MUSCLED ALL-MALE HE-MAN** in THRILLING MINUTES a day, as I have done to THOUSANDS in 20 YEARS.

**BEN REBHUHN** 20 years Directing Head of the most famous and largest home-training body building institute in the world, through which millions of youths and men applied for training, of which countless were changed from skinny and fat weaklings into streamlined heroic he-men.

This now MAGNIFICENT MODERN HERCULES, 26 year old teacher, **William Butler,** says to YOU, "No matter WHAT your age, I advise you, SEND for the A.B.C. WONDER PICTURE COURSES at once.

Under the World's GREATEST BODY-BUILDER, I now have 18½" ARMS, a 52" CHEST; my STRENGTH has greatly improved. So have my sports. I have won titles like 'Mr. Virginia', 'Mr. State Y.M.C.', etc.

How would **YOU** like to have 18½ inch ARMS a 52 inch CHEST like this A.B.C. pupil NOW has?

"NO MATTER WHAT YOUR AGE I'll show you, by my quick, easy SECRETS **How to GAIN or LOSE UP TO 50 LBS. FAST** like my pupils here did and THOUSANDS do now."

17 YEAR OLD SILLS — "I GAINED 60 LBS. OF SHAPELY MIGHTY MUSCLES. BEFORE mailing coupon, I was a 125 lb. 6 ft. skinny weakling," says JOHN SILL.

YOU can add 7 inches to your CHEST 3½ inches to each ARM and the rest in proportion just as I did.

YOU can WIN the 18" tall SILVER TROPHY with name on it, A GOLD MEDAL, $100, as I did."

45 year old FATHER and 18 year old SON — now Pals — train A.B.C. way together!

"Both gained pounds of powerful muscles. Advise all you fathers and sons to send for the A.B.C. courses without foolish delay." —LARRY CAMPBELL

28 year old Felipe Mendoza — "I LOST 30 LBS. OF DANGEROUS UGLY FAT 4 INCHES OFF MY WAIST!

"That 220 lb. FAT-BOY at the right was ME a few short weeks ago."

A.B.C. streamlined my body, made me a new man my 47" chest my 32" waist 15" difference attracts admiration at the beach.

YOU become A WINNER in ALL you do like these and MILLIONS of my pupils!

YOU become A STAR in ANY SPORT! YOU fear NO MAN or BULLY!

YOU can soon be a HERO of MEN like Butler is and an IDOL of WOMEN in a few weeks!

Yes! In just 10 THRILLING MINUTES a day, in the SECRECY of YOUR OWN ROOM at home, MY RAPID-FIRE, EASY as ABC FAMOUS PICTURE METHODS will start building you THE VERY FIRST NIGHT. I'll show you How to Mold 16 INCH ARMS of MIGHT, a big, deep 45 INCH CHEST housing TIRELESS LUNGS, WIDE MANLY SHOULDERS — a BROAD BRAWNY BACK, tapering to a SLENDER WAIST with punch-proof STOMACH MUSCLES, LEGS of RUNNING POWER.

WOMEN always say, "I just adore A.B.C. ALL-MALE HE-MEN".

NO! I don't care how skinny or flabby you are now, if you're in your teens, twenties, thirties or forties, I'll show you in just 10 thrilling minutes in your home, how you can make yourself over by the easy, quick method I turned myself from wreck to a tower of strength and endurance. of others into all-male he-men!

YES! You'll ADD INCHES of MIGHTY MUSCLES to your ARMS, deepen your CHEST, broaden your BACK and SHOULDERS. From HEAD to HEELS you'll gain SIZE, POWER, LIGHTNING SPEED, ENDURANCE. You'll become a SUCCESSFUL HE-MAN in LOOKS and ACTS — a WINNER in EVERYTHING — athletics, business, studies.

BEFORE mailing coupon this A.B.C. pupil was this 90 lb. skeleton. Gained 70 lbs. Made football team.

"I'm proud of you now, Tony" Pascarella

You wouldn't give me a tumble before I gained 28 A.B.C. lbs.

**AMERICAN BODY BUILDING CLUB, Dept. MA310, GREAT NECK, NEW YORK**
Mail me FREE all 5 WORLD FAMOUS STRENGTH TEST COURSES, including PHOTO BOOK of FAMOUS STRONG MEN, once weaklings, now famous Strong Men, and How to Become one of Them.
☐ I enclose 10c for mailing and handling.
I am under no other obligation.
I'm checking everything I need to give me the kind of body I want.
☐ I want to gain ........ lbs. (fill in).  ☐ Triple my strength.
☐ I want to streamline my body, get rid of flabby fat.
☐ I want to add inches of muscle to my ☐ ARMS  ☐ CHEST
     ☐ SHOULDERS  ☐ POWERFUL LEGS  ☐ SLIM WAIST
☐ I want to become a winning athlete.  ☐ I want new pep.
NAME.................................................. AGE.........
DO NOT MAIL COUPON IF UNDER 14 YEARS OF AGE.
ADDRESS...........................................
CITY......................... ZONE..... STATE...............

**FREE** Sports, Self-defense, Strong-man Stunts Courses Apparatus. Let me know how to get these FREE!

AMERICAN BODY BUILDING CLUB, Dept. MA310 GREAT NECK, NEW YORK

JOURNEY INTO MYSTERY is published by ATLAS MAGAZINES, INC. OFFICE OF PUBLICATION: 655 MADISON AVENUE, NEW YORK, N.Y. SECOND-CLASS POSTAGE PAID AT NEW YORK, N.Y. and at MERIDEN, CONN. Published monthly. Copyright 1963 by ATLAS MAGAZINES, INC., 655 Madison Avenue, New York, N.Y. Vol. 1 No. 98, NOVEMBER, 1963 issue. Price 12¢ per copy. Subscription rate $1.75 for 12 issues including postage. Foreign subscription $3.25 in American funds. No similarity between any of the names, characters, persons, and/or institutions appearing in this magazine with those of any living or dead person or institution is intended, and any such similarity which may exist is purely coincidental. Printed in the U.S.A. by The Eastern Color Printing Co., Waterbury 20, Conn. Martin Goodman, Publisher.