# EXHIBIT 114



