# EXHIBIT 115





Don Heck, Steve Ditko, Larry Lieber, Gene Colan
Case 1:21-cv-07957-LAK   Document 103-15   Filed 07/28/23   Page 4 of 6

FABULOUS FLO STEINBERG & THE 1960s MADCAP MARVEL BULLPEN!

# COMIC BOOK ARTIST

NUMBER EIGHTEEN  •  CELEBRATING THE LIVES & WORK OF THE GREAT CARTOONISTS, WRITERS & EDITORS (AND GAL FRIDAYS!)  •  MARCH 2002



♪ YOU BELONG..YOU BELONG..YOU BELONG..♪
♪ YOU BELONG..TO THE... ♪
♪ MERRY MARVEL MARCHING SOCIETY! ♪

Editor/Designer
JON B. COOKE

Publisher
TWOMORROWS
JOHN & PAM MORROW

Associate Editors
CHRIS KNOWLES
DAVID A. ROACH
CHRISTOPHER IRVING
GEORGE KHOURY

Contributing Editors
ROY THOMAS
JOHN MORROW

Proofreader
ERIC NOLEN-WEATHINGTON

Cover Art & Color Guide
MARIE SEVERIN

Cover Color
TOM ZIUKO

Transcribers
JON B. KNUTSON
BRIAN K. MORRIS
SAM GAFFORD

Logo Designer/Title Originator
ARLEN SCHUMER

Mascot
WOODY by J.D. King

Flip-side Theme Song
IT'S A BEAUTIFUL DAY
U2



Contributors
Fabulous Florence Steinberg
Marie Severin • Stan Lee
Herb Trimpe • Linda Fite
Barry Windsor-Smith • Les Daniels
Trina Robbins • John Romita, Sr.
Dennis O'Neil • Steve Skeates
Marie Steinberg • Roy Thomas
Jim Warren • Arlen Schumer
Aaron Sultan • David Schwartz
Andrew D. Cooke • Patty Willett

## CONTENTS

**QUESTION OF CONTENT: THE 2002 COMIC BOOK ARTIST READERS SURVEY**
Please fill out our Q&A form to better help improve our humble magazine, and you could win a prize! ..........1-B

**MICHELLE'S MEANDERINGS: THE MARVELOUS EPOCH OF LOVE**
Ms. Nolan checks out the Marvel romance comics that flourished when Fabulous Flo was young ....................4-B

**SPECIAL FABULOUS FLO STEINBERG CELEBRATION**

**SMILEY & CO.: ALL IN THE MARVEL FAMILY**
Voices of the real MMMS in this transcript of Stan, Flo, and the Bullpen's "Voice of Marvel" recording..........6-B

**FLO STEINBERG INTERVIEW: ABSOLUTELY FABULOUS**
Our favorite Florence on her half-decade tenure at the House of Idea between 1963-68 ................................8-B

**CBA ROUNDTABLE: GOING WITH THE FLO**
Flo, Herb Trimpe, Linda Fite, and Barry Windsor-Smith break bread and yak about Marvel's good ol' days....19-B

**PEER APPROVAL: THE FAB ONE'S MARVEL DAZE**
Smilin' Stan, Mirthful Marie, Jazzy John, Stylin' Steve, Rascally Roy, Declarative Denny, Happy Herb,
Loveable Linda, Terrific Trina, Leapin' Les, and Marvey Marie S. yak about Steinberg the Stunning! ..............22-B

**Left:** Courtesy of Aaron Sultan, a MMMS pin. ©2002 Marvel Characters, Inc. **Opposite:** The lady in question in a December 1964 photo taken in the Marvel Bullpen. Hey! Face front, Flo fan! Keep ye eyes off her slip, y'hear? Courtesy of Fab Flo.

**H A P P Y   B I R T H D A Y ,   F A B   F L O   S T E I N B E R G !**

**COMIC BOOK ARTIST**™ is published 10 times a year by TwoMorrows, 1812 Park Drive, Raleigh, NC 27605, USA. 919-833-8092. Jon B. Cooke, Editor. John Morrow, Publisher. Editorial Office: P.O. Box 204, West Kingston, RI 02892-0204 USA • 401-783-1669 • Fax: 401-783-1287. Send subscription funds to TwoMorrows, NOT the editorial office. Single issues: $9 postpaid ($11 Canada, $12 elsewhere). Six-issue subscriptions: $36 US, $66 Canada, $72 elsewhere. All characters © their respective owners. All material © their creators unless otherwise noted. All editorial matter © their respective authors. ©2002 Jon B. Cooke/TwoMorrows. Cover acknowledgements: Art ©2002 Marie Severin. Florence Steinberg ©2002 Mom & Pop Steinberg. Stan Lee ©2002 Joanie Lee. First Printing. PRINTED IN CANADA.

2021MARVEL-0080289

Don Heck, Steve Ditko, Larry Lieber, Gene Colan
Case 1:21-cv-07957-LAK   Document 103-15   Filed 07/28/23   Page 5 of 6



# All in the Marvel Family
## Stan the Man, Fab Flo and the Bullpen's goofy fan club record



Above and opposite page: *Marie Severin's sleeve art for both the* Voices of Marvel *and* Scream Along with Marvel *records which came with the Merry Marvel Marching Society membership kits. All courtesy of Tim Townsend.* ©2002 Marvel Characters, Inc.

**Stan Lee:** Okay, out there in Marvel land! Face front! This is Stan Lee speaking! You've probably never heard a record like this before, because no one would be nutty enough to make one with a bunch of off-beat artists, so anything is liable to happen.
**Jack Kirby:** Hey, who made you a disc jockey, Lee?
**Stan:** Well, well! Jolly Jack Kirby! Say a few words to the fans.
**Jack:** Okay. "A few words."
**Stan:** Look, pal: I'll take care of the humor around here.
**Jack:** *You?* You've been using the same gags over and over for years!
**Stan:** Well, you can't accuse me of being fickle, can you? By the way, Jack, the readers have been complaining about Sue's hairdo again.
**Jack:** What am I supposed to do? Be a hairdresser? Next time I'll draw her bald-headed.
**Stan:** Boy, I'm glad we caught you when you were in a good mood!
**Flo Steinberg:** Oh, Stan? Do you have a few minutes?
**Stan:** For our fabulous gal Friday? Sure, say hello to the fans, Flo Steinberg.
**Flo:** Hello, fans! It's very nice to meet you. As Marvel's corresponding secretary, I feel as though I know most of you from your letters. By the way, Sol Brodsky wants to say a few words.
**Stan:** Sol Brodsky? Who's he?
**Flo:** *Stan!* The fans know you have a bad memory by all the mistakes you make, but this is ridiculous. He's been your associate for years!
**Stan:** Really? We ought to start paying him one of these days!

**Sol Brodsky:** I've been meaning to talk to you about that. And how come I don't get my name plastered all over the mags like you do?
**Stan:** Because I can't spell it, that's why.
**Sol:** Well, as long as you got a good reason.
**Stan:** Hey, what's all that commotion out there, Sol?
**Sol:** Why, it's shy Steve Ditko. He heard you're making a record and he's got mike fright! *Whoops!* There he goes!
**Stan:** Out the window again? You know, I'm beginning to think he *is* Spider-Man.
**Artie Simek:** You mean he *isn't?*
**Stan:** Who said that?
**Artie:** Just that lovable old letterer, me.
**Flo:** It's adorable Artie Simek. What brought you here?
**Artie:** The subway.
**Stan:** Oh well, ask a bonehead question, Flo.
**Flo:** Stan, Sam Rosen is on the phone.
**Artie:** The letterer? My competitor?
**Stan:** Just for fun, Artie, *you* talk to him!
**Artie:** Hi, Sam. This is Artie. How's it going, pal?
**Sam Rosen:** Just great, Artie. I sure admire your lettering.
**Artie:** I admire yours, too, Sam. I think you're tops.
**Sam:** Thanks. Well, nice talking to you.
**Artie:** The pleasure was all mine. [*hangs up phone*] I never could stand that guy.
**Stan:** Well, that's our Artie. Just imagine what Sam is saying about him now. Well, let's see who else we can get on this record.
**Sol:** How about Chic Stone?
**Stan:** Okay. Hi, Chic! How's tricks?
**Chic Stone:** Fine, Stan. I'm reading the latest story. It's great. What a thriller!
**Stan:** Now *that's* what we like to hear, Chic! Which one of our comics is it?
**Chic:** Who's reading a comic? This is a novel about James Bond. I can't wait to finish it.
**Stan:** We're going to miss Chic around here.
**Flo:** Oh, look who just came in, Kid Daredevil himself, Wally Wood!
**Wally Wood:** Is that a tape recorder, Flo? You know I'm afraid to talk into these machines [*talks faster and faster*] I-can-never-think-of-anything-to-say-I'm-not-a-big-talker-I-shut-up-like-a-clam-I-get-struck-dumb-my-mind-goes-blank-and….
**Stan:** Okay, *okay*, forget it! *Boy!* I'd hate to hear you when you feel like talking.
**Flo:** Stan, Dick Ayers is on the phone.
**Stan:** Let's surprise him. [*picks up phone*] Hi, Dick. We have a recorder playing and you're talking to millions of people right now.
**Dick Ayers:** You some kind of nut or something? I just want to tell you I want a raise!
**Stan:** Dick, don't you understand? People are *listening!* You're talking to the *whole* world!
**Dick:** I always knew you'd crack some day, Lee! Just my luck, it had to happen when I had to ask you for some more dough! Well, I'm going back to *Sgt. Fury.* Good bye!
**Flo:** Another phone call for you, Stan.
**Stan:** Oh, not any more! I'm getting an ear ache!
**Flo:** But it's Don Heck!
**Stan:** The idol of the "Iron Man" fans? The ace of *The Avengers?* [*phone picked up*] Hi, Don! What's doing?
**Don Heck:** Stan, I was just wondering. Wasn't I supposed to

2021MARVEL-0080293

draw "Iron Man" last week?
**Stan:** Sure, why do you ask?
**Don:** So how come you mailed me a *Patsy Walker* script?
**Stan:** *Yipe!* Did I do that? That's awful!
**Don:** Oh well, don't worry, I'll send it back to you.
**Stan:** That's not why I'm worried, I must have sent *your* script to Al Hartley! I can just imagine Iron Man looking like Patsy Walker this issue. Okay, talk to you later, Don. [*hangs up phone*]
**Stan Goldberg:** Don't worry about it, Stan. Don't you remember that Al Hartley used to draw adventure strips? It may not be too bad.
**Stan:** Well, well. Look who's here. Stan G., our demon colorer. I've been meaning to talk to you, Stan. When are you going to remember it's the *Hulk* who has green skin, *not* Captain America!
**Stan G.:** Gee whiz! A guy can't remember everything. Anyway, I had to tell you what MMMS meant last week. And you're the guy who made it up!
**Stan:** But when I forget something, it's different.
**Stan G.:** Yeah, it's worse.
**Sol:** Stan, this is the most confused record I've ever heard!
**Stan:** Great, Sol! Just what we want. If it were anything else, it wouldn't be the nutty Marvel Bullpen!
**Flo:** Gosh, we don't have time for George Bell and Vince Colletta and Larry Lieber and Bob Powell....
**Sol:** That's great. Now if we ever form another club, we'll have something new to offer... voices that haven't been heard yet.
**Stan:** 'Nuff said, Sol! Now let's all get back to work in the Bullpen. And as for you, Marvelous Merry Marchers: Welcome from all of us to all of you. If you want to know how glad we are to have you with us, just you listen. Okay, let 'em hear it, gang!
**The Marvel Bullpen:** *Wah-Hooo!*



# You Belong! You Belong! You Belong!

We dunno of what historical value the following lyrics have—if any—in the cause of comics history but we sure had a blast trying to decipher 'em courtesy of copies made of the original Merry Marvel Marching Society vinyl records by David Schwartz, an old pal of CBA, who also contributed the record transcribed above. Also many thanks to the actual lyricist of these classic ditties, none other than Stan "The Man" Lee himself, who graciously clarified and corrected our transcribing attempts via e-mail. Thanks also to super-hero song afficionado Arlen ("Metamorpho! Meta-mor-pho!") Schumer and Mr. Schwartz for their welcome help.

—Ye Editor

## The Marvel Super-Heroes

He's the sulky,
  over-bulky, kinda-hulky super-hero.
A two-fisted
  and electrically-transisted super-hero.
An exotically
  neurotic and aquatic super-hero.
The Marvel super-heroes have arrived!

Super-powered from the forehead to the toes
Watch them change
  their very shape before your nose
See a cane-striking
  super-hero change to Viking super-hero
A hum-dinging,
  real swinging, shield-flinging super-hero
They're the latest, they're
  the greatest, ultimatest super-heroes
The Marvel super-heroes have arrived!



## The Merry Marvel Marching Society

Stand a little straighter, walk a little prouder
Be an innovator, laugh a little louder
Grow forever greater, we can show you how'ta
And where will you be then?

  You'll belong, you'll belong, you'll belong
  You'll belong to
    the Merry Marvel Marching Society!
  March along, march along, march along
  To the song of
    the Merry Marvel Marching Society!

  If you growl, if you groan with a dour, sour outlook
  If you howl, if you moan, you will get a sauerkraut look
  Keep it trim and in step, with the vim and the pep
  of the Merry Marvel Marching Society

Be an early riser, strive to be ambitious
Speak a little wiser, try to be judicious
  Be a good adviser, never ever vicious
  And where will you be then?

  Face front!
  Lift your head!
  You're on the winning team!
  'Nuff Said!

  You belong, you belong, you belong
  You belong to the Merry Marvel Marching Society!
  March along, march along, march along
  To the song of the Merry Marvel Marching Society!

  If you growl, if you groan, and you're only batting zero
  Do not howl, do not moan, you can be a super-hero
  Marching right along, to the fighting song
  of the Merry Marvel Marching Society!

