# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Defendant. <br><br> PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC. and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | Case No.: 1:21-cv-7957-LAK <br><br> Hon. Lewis A. Kaplan <br><br> **MARVEL CHARACTERS, INC.'S NOTICE OF ERRATA REGARDING EXHIBIT 77 TO THE DECLARATION OF MOLLY M. LENS (DKT. 71-98)** |

Plaintiff Marvel Characters, Inc. ("MCI"), by and through its undersigned counsel, submits this Notice of Errata regarding Exhibit 77 to the May 19, 2023 Declaration of Molly M. Lens (Dkt. 71-98).  MCI inadvertently filed a copy of Defendant Patrick S. Ditko's purported "Notice of Termination [–] 'Spider-Man,'" instead of a copy of Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby, and Susan M. Kirby's purported "Notice of Termination of Transfer Covering Extended Renewal Term [–] 'SPIDERMAN,'" as described in the Lens Declaration.  A replacement exhibit (Corrected Exhibit 77) is attached as Exhibit C to the August 11, 2023 Declaration of Molly M. Lens, filed concurrently with this notice.

Dated: August 11, 2023

**O'MELVENY & MYERS LLP**

By: ____/s/ Daniel M. Petrocelli____
        Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

* Admitted *pro hac vice*
*Attorneys for Marvel Characters, Inc.*