# EXHIBIT A

```
                                                           Page 1
 1
 2      UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
 3      Case No.: 1:21-cv-7955-LAK
        and Consolidated Cases 21-cv-7957-LAK
 4      and 21-cv-7959-LAK
        ------------------------------------------x
 5      MARVEL CHARACTERS, INC.,
 6          Plaintiff and Counterclaim-Defendant
 7                   - against -
 8      LAWRENCE D. LIEBER,
 9          Defendant and Counterclaimant.
        ------------------------------------------x
10      MARVEL CHARACTERS, INC.,
11
            Plaintiff and Counterclaim-Defendant,
12
                     - against -
13
        KEITH A. DETTWILER, in his capacity as
14      Executor of the Estate of Donald L. Heck,
15          Defendant and Counterclaimant.
        ------------------------------------------x
16      MARVEL CHARACTERS, INC.,
17          Plaintiff and Counterclaim-Defendant,
18                   - against -
19      PATRICK S. DITKO, in his capacity as
        Administrator of the Estate of Stephen J.
20      Ditko,
21          Defendant and Counterclaimant.
        ------------------------------------------x
22
                     October 27, 2022
23                   9:35 a.m.
24
25        *CAPTION CONTINUED ON THE FOLLOWING PAGE.
```

**Page 2**

1
2       VIDEOTAPED DEPOSITION of KEITH
3   DETTWILER, pursuant to Federal Rule of
4   Civil Procedure 30, held at the offices of
5   O'Melveny & Myers LLP, located at 7 Times
6   Square, New York, New York 10036, before
7   Anthony Giarro, a Registered Professional
8   Reporter, a Certified Realtime Reporter and
9   a Notary Public of the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1
 2     A P P E A R A N C E S :
 3
 4     O'MELVENY & MYERS LLP
        Attorneys for Marvel Characters, Inc.
 5      1999 Avenue of the Stars, 8th Floor
        Los Angeles, California 90067
 6      Telephone: (310) 553-6700
 7     BY:   MOLLY M. LENS, ESQ.
             mlens@omm.com
 8           MATTHEW KAISER, ESQ.
             mkaiser@omm.com
 9
10
11
12
       TOBEROFF & ASSOCIATES, P.C.
13      Attorneys for Keith Dettwiler
        23823 Malibu Road, Suite 50-363,
14      Malibu, California 90265
15     BY:   MARC TOBEROFF, ESQ.
             JAYMIE PARKKINEN, ESQ.
16           (via Zoom)
17
18     ALSO PRESENT:
19               MARCELO RIVERA, Videographer
                 ELI BARD, Marvel
20               (via Zoom)
21
22
23
24
25
```

1            KEITH DETTWILER
2    Dettwiler.
3            THE VIDEOGRAPHER: Counsel
4    that just joined, could you please
5    state your name for the record?
6            MS. LENS: Guess not.
7     K E I T H    D E T T W I L E R, after
8    having first been duly sworn by a Notary
9    Public of the State of New York, was
10   examined and testified as follows:
11    EXAMINATION BY
12    MS. LENS:
13       Q       Good morning, Mr. Dettwiler.
14   I introduced myself before we began.  But
15   just to formally do it on the record, my
16   name is Molly Lens.  As you just heard, I
17   represent Marvel Characters, Inc. in this
18   case.  And I'll be taking your deposition
19   today.
20            Could you please state your
21   name for the record, please?
22       A       Yeah.  It's Keith A.
23   Dettwiler.
24       Q       And could you state your
25   address, please?

|  | Page 93 |
|---|---|

```
 1                    KEITH DETTWILER
 2         A      They're not inaccurate.
 3         Q      And, again, if I showed you
 4   other comics that your uncle had worked
 5   on at Marvel, would you have any basis to
 6   dispute the accuracy of those credits,
 7   sir?  You wouldn't, would you?
 8         A      I wouldn't.
 9         Q      We can put 20 aside for the
10   time being.
11                I'm going to go ahead and
12   mark as Exhibit 33, a document Bates
13   Stamped DETTWILER14 through DETTWILER127.
14                (The above-referred-to
15       document was marked as Exhibit 33 for
16       identification, as of this date.)
17                MR. TOBEROFF:  This is
18       Exhibit -- I'm sorry.  What's the
19       number?
20                MS. LENS:  33.
21         Q      Fair to say, Mr. Dettwiler,
22   that this document is familiar to you;
23   right?
24         A      Yes, it is.
25         Q      And what is it, sir?
```

```
                                                      Page 94
 1                    KEITH DETTWILER
 2          A        It's my uncle's ledgers of
 3    what he made of the artwork that he did.
 4          Q        And this is a document that
 5    you found in his files when you went
 6    through his materials after his passing?
 7          A        Well, I had a copy of it,
 8    yes.
 9          Q        You had your sister copy it;
10    correct?
11          A        Yes.
12          Q        But the original was found
13    in his files after he passed?
14          A        The original was found in
15    his house, yes.
16          Q        And your sister took the
17    original after he passed or you provided
18    it to her?
19          A        I provided it to her.
20          Q        So after finding your
21    uncle's accounting notebooks in his house
22    after he passed, you provided them to
23    your sister; yes?
24          A        Mm-hmm.
25          Q        That's a yes?
```

Page 95

1              KEITH DETTWILER
2       A      Oh.  Yes.
3       Q      And subsequently, your
4   sister at your request provided you an
5   accurate copy of those notebooks;
6   correct?
7       A      Yes.
8       Q      And what we're looking at
9   here is a copy of those copies?
10      A      Yes.
11      Q      Did you or your sister
12  provide a copy of your uncle's accounting
13  notebook to anyone in connection with the
14  Jack Kirby litigation?
15      A      Not that I'm aware.
16      Q      Do you have any
17  understanding of how the Kirbys produced
18  a number of pages from your uncle's
19  accounting notebook in that litigation?
20             MR. TOBEROFF:  Lacks
21     foundation.
22      A      I don't know.
23      Q      And you're aware that
24  Mr. Toberoff represented the Kirbys in
25  that litigation; correct?

Page 149

1
2                    C E R T I F I C A T I O N
3
4
5        I, ANTHONY GIARRO, a Shorthand
6   Reporter and a Notary Public, do hereby
7   certify that the foregoing witness, KEITH
8   DETTWILER, was duly sworn on the date
9   indicated, and that the foregoing, to the
10  best of my ability, is a true and accurate
11  transcription of my stenographic notes.
12          I further certify that I am not
13  employed by nor related to any party to
14  this action.
15
16
17
18     ANTHONY GIARRO
19
20
21
22
23
24
25