# EXHIBIT B

```
1

          IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF NEW YORK
            Civil Action No. 10-141 (CM) (KF)
3

4

   MARVEL WORLDWIDE, INC.,          )
5  MARVEL CHARACTERS, INC.,         )
   and MVL RIGHTS, LLC.,            )
6                                   )
              Plaintiffs,           )
7                                   )
         vs.                        )
8                                   )
   LISA R. KIRBY, BARBARA J.        )
9  KIRBY, NEAL L. KIRBY and         )
   SUSAN N. KIRBY,                  )
10                                  )
              Defendants.           )
11                                  )
                                    )
12

13

                     VOLUME I
14

              VIDEOTAPED DEPOSITION OF
15

                    ROY THOMAS
16

17                October 26, 2010
18                  10:06 a.m.
19

                Holiday Inn Express
20           Orangeburg, South Carolina
21

        ANNIE O'HARA, CCR-B-2340, SC Notary
22

23

24

25
```

2021MARVEL-0131738

1                    APPEARANCES OF COUNSEL

2

    On behalf of the Plaintiffs:
3

    JODI AILEEN KLEINICK, Esq.
4   Paul Hastings Janofsky & Walker
    75 East 55th Street
5   New York, New York 10022

6

7   ELI BARD, Esq.
    Marvel Entertainment, Inc.
8   417 Fifth Avenue
    New York, New York 10016

9

10

    On behalf of the Defendants:
11

    MARC TOBEROFF, Esq.
12  Toberoff & Associates
    2049 Century Park East
13  Suite 2720
    Los Angeles, California  90067

14

15

16

    Videographer:
17

    Michael Arrison
18

19

                                - - -
20

21

22

23

24

25

2021MARVEL-0131739

INDEX TO WITNESSES

Witness                                   Page

Roy Thomas

Examination by Ms. Kleinick        6
Examination by Mr. Toberoff        120


- - -


EXHIBITS

Plaintiff's                               Page

Exhibit 1      Thomas 002613                    13
Exhibit 2      Thomas 002616                    16
Exhibit 3      Thomas 002617                    17
Exhibit 4      Marvel 9841-9847                 36
Exhibit 5      Marvel 8974-9839                 38
Exhibit 6      Marvel 8981-8995                 41
Exhibit 7      Marvel 8984-8986                 42
Exhibit 8      Marvel 8967-8973                 43
Exhibit 9      Thomas 2619-2620                 89
Exhibit 10     Marvel 8220                      90
Exhibit 11     Thomas 1992-1999                 91
Exhibit 12     Thomas 2636-2639                 97
Exhibit 13     Thomas 2629-2630                 101
Exhibit 14     PHP0005396                       102

2021MARVEL-0131740

```
 1                    EXHIBITS (Continued)
 2   Exhibit 15   Thomas 2121-2129              104
 3   Exhibit 16   Marvel 15988-16125           118
 4   Defendant's
 5   Exhibit 17   13466-13469                  148
 6   Exhibit 18   Marvel 8967-8973             153
 7   Exhibit 19   3211-3255                    174
 8   Exhibit 20   2641-2642                    177
 9   Exhibit 21   Article                      184
10   Exhibit 22   Article                      192
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2021MARVEL-0131741

1                         Thomas

2              THE VIDEOGRAPHER:  This is the start of

3       video labeled number one of the videotaped

4       deposition of Mr. Roy Thomas, in the matter of

5       Marvel Worldwide, Incorporated, et al., vs. Lisa

6       R. Kirby, et al; filed in the U.S. District

7       Court, Southern District of New York, Civil No.

8       10-141.

9              This deposition is being held at the

10      Holiday Inn Express, 118 Sleep Inn Road,

11      Orangeburg, South Carolina, on Tuesday, October

12      26, 2010; and it's approximately 10:06 a.m.  My

13      name is Michael Harrison from TSG Reporting,

14      Incorporated, and I am the legal video

15      specialist.  The court reporter is Annie O'Hara,

16      also in association with TSG Reporting.

17             Will counsel please introduce yourselves

18      for the record.

19             MS. KLEINICK:  Jodi Kleinick from Paul

20      Hastings, representing Marvel Entities and

21      representing the witness for purposes of this

22      deposition.

23             MR. BARD:  Eli Bard, deputy general

24      counsel for Marvel Entertainment, LLC.

25             MR. TOBEROFF:  Marc Toberoff.  I represent

2021MARVEL-0131742

                              Thomas

 1                            Thomas

 2        the defendants, the Kirby family.

 3             THE VIDEOGRAPHER:  Will the court reporter

 4        please swear in the witness:

 5                       ROY THOMAS,

 6   having been first duly sworn, was examined and

 7   testified as follows:

 8                       EXAMINATION

 9   BY MS. KLEINICK:

10        Q.    Good morning, Mr. Thomas.

11        A.    Morning.

12        Q.    You're aware that this is a deposition in

13   connection with a lawsuit between Marvel and the

14   heirs of Jack Kirby involving the copyrights for

15   certain stories and characters in those stories that

16   Jack Kirby drew for Marvel; is that right?

17        A.    Yes.

18        Q.    And you understand that I represent Marvel

19   in connection with the lawsuit, and that I am

20   representing you in connection with your deposition

21   here today?

22        A.    Yes.

23        Q.    Can you please tell us how old are you?

24        A.    I am 69 for another couple of weeks.

25        Q.    When is your birthday?

2021MARVEL-0131743

1                          Thomas

2    BY MS. KLEINICK:

3        Q.     I'd like to mark for identification as

4    Thomas Exhibit 12 a document bearing production

5    number Thomas 2636 and 2639.

6               Mr. Thomas, I'd like to direct your

7    attention to the first page of this exhibit, Bates

8    number Thomas 2636.

9        A.     Yes.

10       Q.     Can you tell me what -- what is this?

11       A.     This seems to be the note that Stan sent

12   me in, I guess, about -- it would have been about

13   1998, when he sent me that -- the copy of the

14   synopsis for part of Fantastic Four No. 1 that is

15   reprinted in the previous exhibit.

16       Q.     You're referring to Exhibit No. 11?

17       A.     Yes, Exhibit 11, yeah.

18       Q.     I'd like to direct your attention to the

19   second and third pages of Exhibit 12, which are

20   marked Thomas 2637 and 2638.

21       A.     Uh-huh.

22       Q.     Did these two pages come with the page

23   that's Bates number Thomas 2636?

24       A.     Yes.

25       Q.     And is it your understanding that this is

2021MARVEL-0131835

1                         Thomas

2     the original synopsis for Fantastic Four No. 1?

3                    MR. TOBEROFF:  Lacks foundation; leading.

4                    THE WITNESS:  It's --

5                    MR. TOBEROFF:  Assuming facts.

6                    THE WITNESS:  I'm sorry.

7     BY MS. KLEINICK:

8          Q.    Mr. Thomas, what is Thomas 2637 to 2638?

9          A.    It's the copy Stan sent me of the plot for

10    about the first -- approximately, the first half of

11    Fantastic Four No. 1, the origin part that

12    introduced the characters.

13         Q.    And you said that he sent it to you in

14    about 1998 with the cover sheet that's marked Thomas

15    2636?

16         A.    Yes.

17         Q.    Was that the first time that you had seen

18    the synopsis for Fantastic Four No. 1?

19         A.    No.  I asked Stan at this time to send it

20    to me; although, it had been printed once or twice

21    in between, because I had seen it sometime in the

22    first couple of years that I worked at Marvel,

23    sometime -- no later than '66 or '67 Stan had told

24    he -- had shown this to me.

25         Q.    And is the document that's marked Thomas

2021MARVEL-0131836

1                        Thomas

2    2637 to 2638 the same synopsis that you recall

3    seeing back in the first couple of years after you

4    started working for Marvel?

5        A.    Of course, you know, I didn't have perfect

6    recall of every word, but it seems to be exactly the

7    same, the document that I saw then.

8        Q.    Do you remember writing the Alter Ego

9    article that appeared -- that we marked as Thomas

10   Exhibit 11?

11       A.    Yes.

12       Q.    Did you have a chance to make any

13   corrections to the article before it was printed?

14       A.    Yes.

15       Q.    And sitting here today do you believe that

16   what you wrote in the article is accurate?

17       A.    Yes.

18       Q.    And you testified earlier that the writer

19   of a particular issue in the '60s after you got to

20   Marvel would typically write the plot or synopsis.

21   Is the synopsis that you -- that is attached to

22   Exhibit 12 the type of synopsis that you were

23   referring to?

24            MR. TOBEROFF:  Misstates testimony;

25       leading.

2021MARVEL-0131837

1              C E R T I F I C A T E

2

3      STATE OF GEORGIA:

4      COUNTY OF FULTON:

5

6           I hereby certify that the foregoing

7      transcript was taken down, as stated in the

8      caption, and the questions and answers thereto

9      were reduced to typewriting under my direction;

10     that the foregoing pages 1 through 196 represent

11     a true, complete, and correct transcript of the

12     evidence given upon said hearing, and I further

13     certify that I am not of kin or counsel to the

14     parties in the case; am not in the regular

15     employ of counsel for any of said parties; nor

16     am I in any way interested in the result of said

17     case.

18          This, the 8th day of November, 2010.

19

20

21          ANNIE O'HARA, CCR-B-2340

22

23

24

25

2021MARVEL-0131942

# ERRATA SHEET

Transcript of Roy Thomas
October 13, 2010 and October 14, 2010

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 10 | 16 | various | varies | Transcription error |
| 25 | 13 and 14 (and in passim throughout transcript) | Brodski | Brodsky | Spelling error |
| 30 | 8 | I remember calling myself | I don't remember calling myself | Transcription error |
| 33 | 19 | Berpoorten | Verpoorten | Spelling error |
| 35 | 14 | increasing | increasingly | Clarification |
| 43 | 5 | newspaper script that | newspaper strip that | Transcription error |
| 45 | 8 | Milly | Millie | Spelling error |
| 45 | 10 | Heady | Hedy | Spelling error |
| 46 | 17 | Ironman | Iron Man | Spelling error |
| 46 | 18 | we wrote | he wrote | Transcription error |
| 50 | 15 | "dialogue for" | "dialogue" for | Transcription error |
| 76 | 20 | comics code | Comics Code | Transcription error |
| 87 | 7-8 | Comics Book | Comix Book | Spelling error |
| 88 | 22 | Dennis | Denis | Spelling error |
| 92 | 6 | Magazine fancy | magazine – "fanzine" | Transcription error |

| Page | Line | Per Transcript | Should Be | Reason |
|------|------|----------------|-----------|--------|
| 93 | 17-18 | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8." And there's a newspaper Puppet Master. Do you see that? | I'd like to direct your attention to page 9 of the article, the window that starts off "Synopsis for Fantastic Four No. 8. Prisoners of Puppet Master." Do you see that? | Transcription error |
| 95 | 13 | Evenier | Evanier | Spelling error |
| 109 | 17 | surfer | Surfer | Spelling error |
| 119 | 24 | Coleman | Colan | Transcription error |
| 138 | 17-22 | Oh Romita. I had some communications with John Romita. I don't think I did, unless I would have mentioned it in passing sometime in an e-mail, but I don't recall doing that. We have very little communication and so forth. There was certainly nothing substantive. | I have not had any communications with John Romita about this case. | Clarification |
| 152 | 21 | gone | gotten | Transcription error |
| 158 | 9 | you say that at a minimum would be a co-writer and | you say that at a minimum you would be a co-writer and | Transcription error |
| 179 | 8-9 | Carmen Empitimo | Carmine Infantino | Spelling error |
| 191 | 5 | regretted | regret | Transcription error |

2021MARVEL-0131944

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 195 | 3 | Jerry | Gerry | Spelling error |
| 196 | 15 | Jerry | Gerry | Spelling error |
| 218 | 17 | originated | originate | Transcription error |
| 224 | 18 | including the two I dialogue, did not have any | including the two I dialogued, I did not have any | Transcription error |
| 232 | 3 | don't | didn't | Transcription error |
| 233 | 18 | balloon | Balloons | Transcription error |
| 237 | 14-16 | So in that case, as far as I know, Jack did all the plotting and was credited, you know, and we all knew it. | So in that case, as far as I know, Jack did the plotting and, though he wasn't specifically credited with the plot, we knew he had done it. | Clarification |
| 238 | 3 | Well, -- yes. | Well, -- no.  It was after Jack left Marvel in 1970. | Clarification |
| 239 | 19 | House Roy | Houseroy | Spelling error |
| 240 | 16 | do that | get at | Transcription error |
| 241 | 3 | enjoined | enjoyed | Transcription error |
| 241 | 5 | statement | sometimes | Transcription error |
| 241 | 6 | deprecating | deprecatingly | Transcription error |
| 242 | 8-10 | stories that were at alternate realty, that took off from a certain point in borrowed continuity, and developed story almost in a | stories that were set in an alternate reality, that took off from a certain point in normal continuity, and developed a story almost in a | Transcription error |

2021MARVEL-0131945

| Page | Line | Per Transcript | Should Be | Reason |
|---|---|---|---|---|
| 246 | 21 | Dan | Dann | Spelling error |
| 253 | 3-5 | pursuant to a Xerox, at my request, to him.  And the Xerox that said it was on the way; that then this followed. | pursuant to a fax, at my request, to him.  And the fax that said it was on the way; that then this followed. | Clarification |
| 253 | 11-12 | I had contacted Stan and asked him if he had it.  Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it.  So he sent me a Xerox saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | I had contacted Stan by and asked him if he had it.  Because, although it had been published once or twice, I wanted to publish it in Alter Ego and kind of do an analysis of it.  So he sent me a fax saying it would have to be followed by mail, because it was just too dim to send a good Xerox of it. | Clarification |
| 277 | 8 | Meade | Romita | Transcription error |
| 279 | 17 | the seventies | the sixties | Clarification |
| 280 | 16 | Yes, I furnished some plot, | Yes, I furnished some plots, | Transcription error |
| 291 | 14 | He called Sol Brodsky, you know, a | He called in Sol Brodsky, you know, a | Transcription error |
| 293 | 13 | are. | were. | Transcription error |
| 295 | 5 | his work, and Stan didn't feel that he needed | his work, and Stan didn't feel that they needed | Clarification |

2021MARVEL-0131946

_Roy Thomas_

Roy Thomas

Sworn to before me
this 7th day of December, 2010

_Vickie B. Stoudenire_
Notary Public

LEGAL_US_E # 90833583.1

2021MARVEL-0131947