# EXHIBIT C
# (Corrected Exhibit 77)

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

### "SPIDERMAN"

To:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer
Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

2021MARVEL-0072216

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel International Character
Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

2021MARVEL-0072217

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

2021MARVEL-0072218

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. section 201.10, the undersigned Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, being the persons who own an interest sufficient to terminate transfers pursuant to said statutory provisions, hereby terminate all pre-January 1, 1978 exclusive or non-exclusive grants of a transfer or license of the renewal copyright(s) (to the extent of author Jack Kirby's (a.k.a. Jacob Kurtzberg) share in the ownership of the renewal copyright) in and to SPIDERMAN work(s) made by Jack Kirby and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C); and the undersigned set forth in connection therewith the following:

1.  The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Marvel Entertainment, Inc., 417 5th Avenue, New York, NY 10016; The Walt Disney Company, 500 South Buena Vista Street, Burbank, CA 91521; Marvel Animation LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel Animation, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Books LLC, 3257 Del Mar Avenue, Suite B, Rosemead, CA 91770; Marvel Characters B.V., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Characters B.V., 2240 Palm Beach Lakes Blvd., Ste. 101, West Palm Beach, FLA 33409; Marvel Characters, Inc., 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Marvel Enterprises LLC, 8810-C Jamacha Blvd., Ste. 359, Spring Valley, CA 91977; Marvel Enterprises, Inc., 417 5th Avenue, 11th Floor, New York, NY 10016; Marvel Entertainment Group, Inc., 10880 Wilshire Blvd., Suite 1400, Los Angeles, CA 90024; Marvel Entertainment Group, Inc. 417 5th Avenue, New York, NY 10016; Marvel Entertainment International Ltd., Europa House, 54 Great Marlborough St., London,

2021MARVEL-0072219

W1F 7JU, England; Marvel Film Productions LLC, 417 5th Avenue, New York, NY 10016; Marvel Internet Productions, LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Networks LLC, 1222 S. Serenade Avenue, West Covina, CA 91790; Marvel Properties LLC, 404 N. Maple Drive, Suite 304, Beverly Hills, CA 90210; Marvel Property DNY, 417 5th Avenue, New York, NY 10016; Marvel Property, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing, Inc., 417 5th Avenue, New York, NY 10016; Marvel Publishing LLC, 1600 Rosecrans Avenue, Manhattan Beach, CA 90266; Marvel Sales Corp., 417 5th Avenue, New York, NY 10016; Marvel Studios, 1600 Rosecrans, Bldg. 7, Suite 110, Manhattan Beach, CA 90266; Marvel Studios, Inc., 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; Marvel Worldwide Consumer Products, 417 5th Avenue, New York, NY 10016; MVL Development LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Film Finance, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Film Finance LLC, 9242 Beverly Hills Blvd., Ste. 350, Beverly Hills, CA 90210; MRV, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL International LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; MVL Productions, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; MVL Rights, Inc., 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024; MVL Rights LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Squad Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Asgard Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Iron Works Productions II LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Incredible Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA

2021MARVEL-0072220

90210; Assemble Line Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Assembled Productions LLC, 2711 Centerville Road, Suite 400, Wilmington, DE 19808; Marvel International Character Holdings LLC, 1600 Rosecrans Ave. Building #7, Suite 110, Manhattan Beach, CA 90266; Marvel Toys Ltd., 1/F., HK Spinners Industrial Bldg Phase I &II, 800 Cheung Sha Wan Rd., KLN, Hong Kong, Vita-Ray Productions LLC, 9242 Beverly Blvd., Suite 350, Beverly Hills, CA 90210; Sony Pictures Entertainment, Inc., 10202 W. Washington Blvd., Culver City, CA 90232; SPE Spider-Man GP, Inc., 10202 West Washington Blvd., Culver City, CA 90232; Spider-Man Broadway LLC, 1650 Broadway, Suite 800, New York, NY 10019; Spider-Man Merchandising L.P., 10202 West Washington Blvd., Culver City, CA 90232 and Spider-Man Touring Company LLC, 1674 Broadway, 3rd Floor, New York, NY 10019. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail.

  2. Each work (individually, "Work;" collectively, the "Works") to which this Notice of Termination applies was authored or co-authored by Jack Kirby (a.k.a. Jacob Kurtzberg) and is identified as follows: The title of the original copyrighted work to which this Notice of Termination applies is SPIDERMAN, along with all characters, story elements, and/or indicia appearing therein, which was first published and embodied in the illustrated comic book story in Amazing Fantasy, Vol. 1, No. 15, cover-dated September, 1962 issue, for which copyright was originally secured on June 5, 1962 in the name of Atlas Magazines, Inc. under Copyright Registration No. B976775. Renewal for the work was made on November 20, 1990, in the name of Marvel Entertainment Group, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration

2021MARVEL-0072221

No. RE0000497761. The remaining works to which this Notice of Termination applies[1] are:

| Title | Name of Author/ Copyright Claimant[2] | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **SPIDERMAN IN[3]:** | | | |
| Amazing Spider-Man #1 | Non-Pareil Pub. Corp. | December 10, 1962 | B12112 |

3.      The grant(s) to which this Notice of Termination applies is (are) made in that certain Agreement, between Jack Kirby (a.k.a. Jacob Kurtzberg), on the one hand, and Magazine Management Co., Inc., on the other hand, which was executed by Jack

---

[1] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that was registered with the United States Copyright Office and/or published within the Termination time window, as defined by 17 U.S.C. § 304(c) and the effective date of this Notice of Termination, and which includes or embodies any character, story element, or indicia reasonably associated with Spiderman or Spiderman stories, such as, without limitation, Spiderman (a.k.a. Spider-Man) Peter Parker, Aunt May, Uncle Ben, J. Jonah Jameson, John Jameson, the Chameleon, Eugene "Flash" Thompson, Elizabeth Allan (a.k.a. Liz Allan), Crusher Hogan, The Daily Bugle, the Vulture, the Tinkerer, and the Lizard, to the extent that such characters, story elements or indicia appear in works subject to this Notice of Termination. Every reasonable effort has been made to find and list herein every such SPIDERMAN-RELATED work. Nevertheless, if any such work has been omitted, including but not limited to any advertisements or other promotional materials relating to and published prior to the publication of such SPIDERMAN work, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted work.

[2] Pursuant to 37 C.F.R § 201.10(b)(1)(iii), this Notice includes the name of at least one author of each work to which this Notice of Termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[3] "SPIDERMAN IN:" means any and all works as described in footnote no. 1.

2021MARVEL-0072222

Kirby on May 30, 1972 and executed by Magazine Management Co., Inc. on June 5, 1972.[4]

4.   The effective date of termination shall be December 15, 2018.[5]

5.   No prior termination of the grant(s) of rights in the copyright of the aforementioned Works for their renewal copyright term has been exercised by the author, Jack Kirby, or his statutory heirs or representatives pursuant to Section 304(c) of the United States Copyright Act (17 U.S.C. § 304(c)).

6.   Jack Kirby (a.k.a. Jacob Kurtzberg) died on February 6, 1994. Mr. Kirby is survived by his four children: Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby. Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby, who own and constitute more than one-half of author Jack Kirby's termination interest, are executing this notice and constitute all of those persons entitled to exercise the termination interest of Jack Kirby as to the grant(s) of the transfer(s) described hereinabove. To the best knowledge and belief of the undersigned, this Notice of Termination has been signed by all persons whose signature is necessary to terminate said grant(s) [*continued on next page*]

---

[4] This Notice of Termination shall also apply to any alleged pre-January 1, 1978 implied or express oral license by Jack Kirby, and/or by any other person defined in 17 U.S.C. § 304(a)(1)(C), of any copyright interest in SPIDERMAN and/or of any character, story element, or indicia reasonably associated with SPIDERMAN or SPIDERMAN stories. Every reasonable effort has been made to find and list herein every grant of transfer of the renewal copyright to any SPIDERMAN work (as described in footnote no. 1) by any person defined in 17 U.S.C. § 304(a)(1)(C). Nevertheless, if any such grant has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted grant.

[5] The undersigned intend to serve successive notices of termination covering successive SPIDERMAN works in order that the effective date of termination applicable to such works pursuant to 17 U.S.C. §304(c)(3) be in the earliest possible year.

2021MARVEL-0072223

under Section 304(c) of Title 17, United States Code.

Dated: September 15, 2009

_____
Lisa R. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Barbara J. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Neal L. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067


_____
Susan M. Kirby
c/o Marc Toberoff, Esq.
2049 Century Park East, Suite 2720
Los Angeles, CA  90067

10

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on our behalf as to the current ownership of the rights being terminated, by commissioning a search of U.S. copyright records, including a search of the records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2009, at Los Angeles, California.

_____
Marc Toberoff, Esq,
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

11

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM to be served this $\underline{16^{th}}$ day of September, 2009, by First Class Mail, postage

prepaid, upon the following:

Marvel Entertainment, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

The Walt Disney Company
c/o Alan Braverman
Sr. Exec. Vice Pres. & General Counsel
500 South Buena Vista Street
Burbank, CA 91521

Marvel Animation LLC
c/o Simon Phillips
Chief Executive Officer
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel Animation, Inc.
c/o Simon Phillips
Chief Executive Officer
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Books LLC
c/o Kenneth Long
3257 Del Mar Avenue, Suite B
Rosemead, CA 91770

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Characters B.V.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
2240 Palm Beach Lakes Blvd.
Ste. 101
West Palm Beach, FLA 33409

Marvel Characters, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Marvel Enterprises LLC
c/o Ernest Antoine
8810-C Jamacha Blvd., Ste. 359
Spring Valley, CA 91977

Marvel Enterprises, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue, 11th Floor
New York, NY 10016

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
10880 Wilshire Blvd., Suite 1400
Los Angeles, CA 90024

Marvel Entertainment Group, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

2021MARVEL-0072226

Marvel Entertainment Intl. Ltd.
Europa House
54 Great Marlborough St., London
W1F 7JU, England

Marvel Film Productions LLC
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Internet Productions, LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Networks LLC,
1222 S. Serenade Avenue
West Covina, CA 91790

Marvel Properties LLC
404 N. Maple Drive, Suite 304
Beverly Hills, CA 90210

Marvel Property DNY
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Property, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing, Inc.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Publishing LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Avenue
Manhattan Beach, CA 90266

Marvel Sales Corp.
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

Marvel Studios
c/o David Maisel
1600 Rosecrans, Bldg. 7, Suite 110
Manhattan Beach, CA 90266

Marvel Studios, Inc.
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

Marvel Worldwide Consumer Products
c/o John Turitzin
Exec. Vice Pres. & General Counsel
417 5th Avenue
New York, NY 10016

MVL Development LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Film Finance, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Film Finance LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Hills Blvd., Ste. 350
Beverly Hills, CA 90210

2021MARVEL-0072227

MRV, Inc.
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL International LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MVL Productions, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

MVL Rights, Inc.
c/o Joshua B. Grode
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

MVL Rights LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Squad Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Asgard Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Iron Works Productions II LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Incredible Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assemble Line Productions LLC
c/o Ryan Potter
Associate Counsel
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

Assembled Productions LLC
2711 Centerville Road, Suite 400
Wilmington, DE 19808

Marvel International Character Holdings LLC
c/o Ryan Potter
Associate Counsel
1600 Rosecrans Ave.
Building #7, Suite 110
Manhattan Beach, CA 90266

Marvel Toys Ltd.
1/F., HK Spinners Industrial Bldg
Phase I &II
800 Cheung Sha Wan Rd.
KLN
Hong Kong

Vita-Ray Productions LLC
9242 Beverly Blvd., Suite 350
Beverly Hills, CA 90210

2021MARVEL-0072228

Sony Pictures Entertainment, Inc.
c/o Roger Toll
General Counsel
10202 W. Washington Blvd.
Culver City, CA 90232

SPE Spider-Man GP, Inc.
c/o Roger Toll
General Counsel
10202 West Washington Blvd.
Culver City, CA 90232

Spider-Man Broadway LLC
c/o Thom Mitchell
Alan Wasser Associates
1650 Broadway, Suite 800
New York, NY 10019

Spider-Man Merchandising L.P.
c/o Michael M. Lynton
Co-Chairman & CEO
10202 West Washington Blvd.,
Culver City, CA 90232

Spider-Man Touring Company LLC
c/o Ultimate Shoes & Ent. Inc.
1674 Broadway, 3rd Floor
New York, NY 10019

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of September, 2009, at Los Angeles, California.

Marc Toberoff, Esq.
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067

Counsel for Lisa R. Kirby, Barbara J. Kirby, Neal L. Kirby and Susan M. Kirby

15

2021MARVEL-0072229