# EXHIBIT 33

Steve Ditko, Larry Lieber



2021MARVEL-0003514

"Dr. STRANGE MASTER OF BLACK MAGIC!"
MEN CALL HIM DR. STRANGE! NEVER HAVE YOU KNOWN HIS LIKE! IT IS A GREAT PLEASURE AND PRIVILEGE FOR THE EDITORS OF STRANGE TALES TO PRESENT, QUIETLY AND WITHOUT FANFARE, THE FIRST OF A NEW SERIES, BASED UPON A DIFFERENT KIND OF SUPER-HERO--- DR. STRANGE MASTER OF BLACK MAGIC!
STORY: STAN LEE
ART: STEVE DITKO
LETTERING: TERRY SZENICS
SOMEWHERE IN THE CITY, BETWEEN DARKNESS AND DAWN, A TORTURED MAN TOSSES FITFULLY IN HIS BED, VAINLY SEEKING PEACE THAT WILL NOT COME...
NO! NO!! GO AWAY! PLEASE-- PLEASE GO AWAY!
IT'S NO USE! I CAN'T SLEEP! I DARE NOT SLEEP! IT'S THAT SAME DREAM! EVERY NIGHT THE SAME! BUT WHY? WHAT CAN IT MEAN??
I CAN'T FIGHT IT ALONE! I NEED HELP! I'VE HEARD A NAME--- SPOKEN IN WHISPERS--- DR. STRANGE! HE DABBLES IN BLACK MAGIC! PERHAPS HE CAN HELP ME!

THE NEXT MORNING, ON A QUIET SIDE STREET IN NEW YORK'S COLORFUL GREENWICH VILLAGE...
I'M HERE TO SEE DR. STRANGE! HE DOESN'T KNOW ME, BUT---
DOCTOR STRANGE KNOWS ALL! ENTER!
SUDDENLY, A TALL, BROODING FIGURE APPEARS, WEARING A STRIKING AMULET AT HIS THROAT! THE COLD GREY EYES OF DR. STRANGE SEEM TO PIERCE THE MIST OF THE ROOM LIKE A KNIFE!
I-I HAD TO COME! I'M IN TROUBLE!
NATURALLY! ALL WHO COME TO ME ARE! SPEAK...
IT'S MY DREAMS! EVERY NIGHT I HAVE THE SAME DREAM---OVER AND OVER!! IT'S TERRIBLE! I CAN'T STAND IT!
CONTINUE...
IT'S ALWAYS THE SAME! A HAUNTING FIGURE, BOUND IN CHAINS APPEARS... IT STARES AT ME! IT NEVER STOPS! NEVER!
ENOUGH!
TONIGHT I SHALL VISIT YOU! I SHALL FIND THE ANSWER TO YOUR DREAM! NOW GO!
BUT HOW?? HOW WILL YOU DO IT?
...BY ENTERING YOUR DREAM!!!
!!!
LATER, ALONE IN HIS ROOM, DR. STRANGE SITS SILENTLY IN FRONT OF AN ANCIENT INCENSE BURNER, AS HIS PHYSICAL BODY GOES INTO AN EERIE TRANCE...
IT IS TIME FOR ME TO VISIT THE MASTER, FROM WHOM ALL MY POWERS STEM...
LIKE A FLEETING GHOST, HIS METAPHYSICAL SPIRIT LEAVES HIS MOTIONLESS BODY AND DRIFTS AWAY...
...BEING WITHOUT FORM OR SUBSTANCE, NOTHING CAN IMPEDE ITS FLIGHT! IT DRIFTS EFFORTLESSLY THRU THE BUILDING WALL..
...HIGH INTO THE SKY... ACROSS THE VAST OCEAN ...ACROSS THE CONTINENTS... CONQUERING ALL OF TIME AND SPACE IN ITS SILENT FLIGHT...
2.

Steve Ditko, Larry Lieber



















3

2021MARVEL-0003517





















I AM THE SYMBOL OF EVIL! THE EVIL HE HAS DONE! THAT IS WHY I AM CHAINED SO! IF YOU DO NOT BELIEVE---ASK MR. CRANG!
SUDDENLY, ANOTHER FORM APPEARS--- FAR MORE MENACING THAN THE FIRST!
SO! IT IS DR. STRANGE! YOU HAVE ENTERED THE DIMENSION OF DREAMS FOR THE LAST TIME! NEVER AGAIN SHALL YOU THWART ME!
NIGHTMARE--- MY ANCIENT FOE!
YOU KNOW THE RULES OF SORCERY, DR. STRANGE! THOSE WHO ENTER A HOSTILE DIMENSION MUST BE PREPARED TO PAY FOR IT--- WITH THEIR LIVES!
MEANWHILE, IN THE SEMI-DARK BEDROOM, THE SLEEPER AWAKES!
HE MENTIONED MR. CRANG! SO THAT'S WHAT IT'S ALL ABOUT! THERE'S DR. STRANGE! HE MUST HAVE HEARD IT ALL!
HE IS IN A TRANCE ---HELPLESS! IT'S JUST AS WELL! HE MUSTN'T BE ALLOWED TO LIVE WITH WHAT HE HAS LEARNED!
BEHOLD, DR. STRANGE--- YOU MAY WITNESS YOUR OWN DESTRUCTION! YOUR MORTAL BODY IS UNPROTECTED--- ITS LIFE IS ABOUT TO BE SNUFFED OUT!
NOTHING CAN SAVE YOU NOW!
THERE IS YET ONE WHO CAN! MASTER! HEAR ME! I NEED THEE, MASTER!!
AND, ACROSS THE LIMITLESS VOID OF TIME AND SPACE, TWO ANCIENT EARS HEAR THE DESPERATE CRY OF DR. STRANGE!
HE CALLS!
THERE IS ONLY ONE WAY TO HELP HIM--- THRU THE ENCHANTED AMULET! I MUST CONCENTRATE-- --CONCENTRATE---
4.

























**5**

2021MARVEL-0003519