# EXHIBIT 34

Steve Ditko

STRANGE TALES
APPROVED BY THE COMICS CODE AUTHORITY
MARVEL COMICS GROUP 12¢
115 DEC.
THE HUMAN TORCH TRAPPED BY SPIDER-MAN'S FATAL FOE... THE UNCANNY SANDMAN!
A MARVEL MASTERPIECE OF FANTASY!
THE TORCH WILL HAVE TO SAVE HIMSELF WITHOUT THE HELP OF SPIDER-MAN! BUT I WONDER... CAN HE DO IT?

2021MARVEL-0003542



Steve Ditko

IN ANSWER TO AN AVALANCHE OF REQUESTS, WE PRESENT:

# "THE ORIGIN OF Dr. STRANGE"

EDITOR'S NOTE:
IT COULD ONLY HAPPEN TO THE OFF-BEAT MARVEL COMICS GROUP! WITH THREE PUBLISHED STORIES OF DR. STRANGE ALREADY UNDER OUR BELTS, WE HAVE BEEN OVER-WHELMED BY A FLOOD OF LETTERS REMINDING US THAT WE FORGOT ONE LITTLE DETAIL... WE FORGOT TO GIVE YOU HIS ORIGIN!
WELL, NEVER LET IT BE SAID THAT WE DON'T TRY TO CORRECT OUR NUTTY MISTAKES! STAN AND STEVE DROPPED EVERYTHING AND RUSHED THIS EXTRA-LONG 8-PAGER INTO PRODUCTION IN TIME FOR THIS ISH! IF THERE'S ANYTHING ELSE THEY'VE FORGOTTEN, DON'T TELL 'EM! THEY'RE OUT REST-ING UP BY TRYING TO FINISH THE LATEST ISSUE OF "SPIDER-MAN" ON TIME!
AND NOW, HERE IT IS... THE ORIGIN OF THE MYSTERIOUS MASTER OF BLACK MAGIC...
WHERE DOES HE COME FROM?
HOW DID HE GET HIS POWERS?
WHO IS HE?
WRITTEN BY: STAN LEE
DRAWN BY: STEVE DITKO
LETTERED BY: S. ROSEN

19

2021MARVEL-0003543

Steve Ditko

COME WITH US TO INDIA, LAND OF MYSTIC ENCHANTMENT, WHERE WE FIND A HAGGARD FIGURE ENTERING A STRANGELY SILENT CHAMBER...
I'VE SEARCHED FOR MONTHS, BUT NOW AT LAST MY QUEST IS ENDED!

YOU! OLD MAN! ARE YOU THE ONE I SEEK? ARE YOU CALLED "THE ANCIENT ONE"?
I AM THE ANCIENT ONE!

THEN YOU'RE THE ONE WITH THE MAGIC HEALING POWER! I NEED YOU! YOU HAVE TO HELP ME!
BE PATIENT, MAN OF THE WESTERN WORLD!

I HEAL NONE SAVE THOSE WHO DESERVE IT! THE POWER OF MY MAGIC MUST NEVER BE WASTED ON THE UNDESERVING! FIRST, YOU MUST PROVE YOU ARE WORTHY!

YOU CAN'T REFUSE ME! I WON'T LET YOU! I'VE TRAVELLED TOO FAR...WAITED TOO LONG...
STOP! I WILL PERMIT NO ACT OF VIOLENCE HERE! NONE MAY LIFT A HAND AGAINST THE ANCIENT ONE!
OH!! WHA--?

HE...HE IS HOLDING ME MOTIONLESS ABOVE THE GROUND... JUST BY A GESTURE! IT'S UNCANNY!
AND NOW I SHALL PEER INTO YOUR BRAIN ...INTO YOUR MEMORY... AND LEARN THE TRUTH ABOUT YOU!

I SEE YOU IN THE PAST...IN AMERICA...YOU ARE WEARING THE FROCK OF A DOCTOR! AHH, YOU WERE A FAMOUS SURGEON NAMED STEPHEN STRANGE!

"YOU WERE PROUD, HAUGHTY, SUCCESSFUL! BUT, YOU CARED LITTLE FOR YOUR FELLOW MEN..."
THE OPERATION WAS A SUCCESS, DOCTOR! YOUR PATIENT WANTS TO THANK YOU!
I CAN'T BE BOTHERED! JUST BE SURE HE PAYS HIS BILL!

"MONEY...THAT WAS ALL THAT INTERESTED YOU... ALL YOU CARED ABOUT..."
SORRY, IF YOU WON'T PAY MY PRICE, I CAN'T HELP YOU! FIND ANOTHER DOCTOR!
2.

20

2021MARVEL-0003544







22

2021MARVEL-0003546










23

2021MARVEL-0003547










24

2021MARVEL-0003548










2021MARVEL-0003549










