

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, CA 90067-6035

T: +1 310 553 6700
F: +1 310 246 6779
omm.com

**Molly M. Lens**
D: +1 310 246 8593
mlens@omm.com

December 6, 2023

The Honorable Louis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Marvel Characters, Inc. v. Ditko*, No. 1:21-cv-07957-LAK – Anticipated Dismissal

Dear Judge Kaplan:

We write on behalf of Plaintiff and Counterclaim-Defendant Marvel Characters Inc., on the one hand, and Defendant and Counterclaimant Patrick S. Ditko, on the other (collectively, the "Parties"), to advise the Court that the Parties have amicably resolved their dispute and a stipulated dismissal with prejudice of the above-referenced matter is anticipated to be filed within the next 45 days.

Respectfully submitted,

/s/ Molly M. Lens

Molly M. Lens
Of O'Melveny & Myers LLP
*for Marvel Characters Inc.*

/s/ Marc Toberoff

Marc Toberoff
Of Toberoff & Associates, P.C.
*for Patrick S. Ditko*