## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko, <br><br> Defendant. | Case No.: 1:21-cv-07957-LAK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Hon. Lewis A. Kaplan |
| PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC., and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendant and Counterclaimant Patrick S. Ditko, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: December 22, 2023 | **O'MELVENY & MYERS LLP**<br><br>By: _/s/ Daniel M. Petrocelli_<br>Daniel M. Petrocelli<br><br>Daniel M. Petrocelli\*<br>dpetrocelli@omm.com<br>Molly M. Lens<br>mlens@omm.com<br>Matthew Kaiser\*<br>mkaiser@omm.com<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Allen Burton<br>aburton@omm.com<br>Danielle Feuer<br>dfeuer@omm.com<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>Facsimile: (212) 326-2061<br><br>\* Admitted pro hac vice<br><br>*Attorneys for Marvel Characters, Inc.* |
| Dated: December 20, 2023 | **TOBEROFF & ASSOCIATES, P.C.**<br><br>By: _/s/ Marc Toberoff_<br>Marc Toberoff<br><br>Marc Toberoff<br>mtoberoff@toberoffandassociates.com<br>23823 Malibu Road, Suite 50-363<br>Malibu, CA 90265<br>Telephone: (310) 246-3333<br>Facsimile: (310) 246-3101<br><br>*Attorneys for Patrick S. Ditko* |

**SO ORDERED**:

DATED: _____, 2023      BY: _____
                                          Hon. Lewis A. Kaplan
                                          United States District Judge