# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko, <br><br> Defendant. | Case No.: 1:21-cv-07957-LAK <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Hon. Lewis A. Kaplan |
| PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko, <br><br> Counterclaimant, <br><br> v. <br><br> MARVEL CHARACTERS, INC., and DOES 1-10, inclusive, <br><br> Counterclaim-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendant and Counterclaimant Patrick S. Ditko, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated:   December 22, 2023          O'MELVENY & MYERS LLP

By: _____
   Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated:   December 20, 2023          **TOBEROFF & ASSOCIATES, P.C.**

By: _____
   Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*

**SO ORDERED:**

DATED:   1/2, 2024          BY: _____
                              Hon. Lewis A. Kaplan
                              United States District Judge