AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>U.S. District Court for the Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|---|
| DOCKET NO.<br>1:21-cv-07957 | DATE FILED<br>9/24/2021 | |
| PLAINTIFF<br>MARVEL CHARACTERS, INC. | | DEFENDANT<br>PATRICK S. DITKO, in his capacity as Administrator of the Estate of Stephen J. Ditko |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | B976775 | Amazing Fantasy, Vol. 1, Issue 15 | Marvel Characters, Inc. |
| 2 | B12112 | Amazing Spider-Man, Vol. 1, Issue 1 | Marvel Characters, Inc. |
| 3 | B22020 | Amazing Spider-Man, Vol. 1, Issue 2 | Marvel Characters, Inc. |
| 4 | B32700 | Amazing Spider-Man, Vol. 1, Issue 3 | Marvel Characters, Inc. |
| 5 | | SEE ATTACHMENT FOR ADDITIONAL WORKS | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☒ No | DATE RENDERED<br>1/2/24 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>Yadira Vargas | DATE<br>1/2/24 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVEL CHARACTERS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko,<br><br>　　　　　Defendant.<br><br>PATRICK S. DITKO, in his capacity as Executor of the Estate of Stephen J. Ditko,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>MARVEL CHARACTERS, INC., and DOES 1-10, inclusive,<br><br>　　　　　Counterclaim-Defendants. | Case No.: 1:21-cv-07957-LAK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Lewis A. Kaplan |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim-Defendant Marvel Characters, Inc., on the one hand, and Defendant and Counterclaimant Patrick S. Ditko, on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all counterclaims, and defenses asserted therein, be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

Dated:   December 22, 2023               **O'MELVENY & MYERS LLP**

By: _____
Daniel M. Petrocelli

Daniel M. Petrocelli*
dpetrocelli@omm.com
Molly M. Lens
mlens@omm.com
Matthew Kaiser*
mkaiser@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Allen Burton
aburton@omm.com
Danielle Feuer
dfeuer@omm.com
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

* Admitted pro hac vice

*Attorneys for Marvel Characters, Inc.*

Dated:   December 20, 2023               **TOBEROFF & ASSOCIATES, P.C.**

By: _____
Marc Toberoff

Marc Toberoff
mtoberoff@toberoffandassociates.com
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Patrick S. Ditko*

**SO ORDERED:**

DATED:   1/2, 2024          BY: _____
Hon. Lewis A. Kaplan
United States District Judge

- 1 -