# EXHIBIT 32



2021MARVEL-0003617

Steve Ditko



2021MARVEL-0003618



**E**VEN WHEN HE RESTS, THE MYSTERIOUS **DR. STRANGE** PRACTICES HIS MYSTIC ARTS... AS HE IS DOING NOW, IN THE SILENT PRIVACY OF HIS GREENWICH VILLAGE RETREAT...

THE ART OF LEVITATION IS BUT ONE OF MANY I MUST MASTER IN ORDER TO BE WORTHY OF MY CALLING!



**B**UT, LITTLE DOES DR. STRANGE SUSPECT THAT SINISTER EYES ARE WATCHING HIM FROM AN UNIMAGIN-ABLE DISTANCE AWAY... FROM THE LEGENDARY LAND OF **ASGARD**, HOME OF THE FABLED NORSE GODS!

HAH! I HAVE **FOUND** HIM! **HE** IS THE ONE MAN WHO CAN HELP ME TO DEFEAT MY DESPISED ARCH-ENEMY, **THOR**, THE THUNDER GOD!



THOUGH I AM COMPELLED TO REMAIN A PRISONER HERE IN ASGARD, BY DIRECT COMMAND OF **ODIN** HIMSELF, I SHALL **STILL** FIND A WAY TO ACHIEVE MY AIM!



"I SHALL DECEIVE DR. STRANGE! AFTER ALL, HE IS MERELY A **HUMAN**, WHILE I AM **LOKI**, GOD OF MISCHIEF, PRINCE OF EVIL! I SHALL TRICK DR. STRANGE INTO STEALING THOR'S ACCURSED HAMMER--THUS, ODIN WILL NEVER KNOW THAT **I** AM THE REAL CULPRIT!"





IT IS A SIMPLE MATTER FOR ME TO SEND A **SPIRIT TYPE** BODY TO EARTH, IN ORDER TO COMMUNICATE WITH THE UNWITTING MORTAL WHO SHALL SOON SERVE ME!



**A**ND SO IT COMES TO PASS THAT A STARTLING FIGURE SUDDENLY APPEARS BEFORE THE MASTER OF THE MYSTIC ARTS...

I AM **LOKI!!** THE EVIL **THOR** HAS PUT ME IN CHAINS AS YOU CAN SEE! I NEED YOUR **HELP**, MORTAL ONE!

95













96

2021MARVEL-0003620













97

2021MARVEL-0003621













98

2021MARVEL-0003622

Steve Ditko















99



LOKI IS SO *SURE* OF HIMSELF--SO OVERCONFIDENT, THAT IT NEVER OCCURRED TO HIM *NONE* OF THOSE FIGURES WERE REALLY ME! HE DOESN'T SUSPECT THAT I'M NEXT DOOR--REVERTING TO MY *ECTOPLASMIC* FORM...



NOW I MUST MOVE QUICKLY! ONLY WITH UNEXPECTED SPEED CAN I HOPE TO DEFEAT SO AWESOME A FOE!



*ALL* THE FIGURES HAVE FADED AWAY!! BUT--BUT HOW CAN THAT *BE?* WHICH WAS THE *REAL* DR. STRANGE??

LOOK *BEHIND* YOU, EVIL ONE! THE BATTLE HAS BEEN *LOST!*



*YOU!* BUT--HOW--??

*NOW*-- WHILE I CAN SEE HIS *EYES!*

HAMMER OF THOR, RETURN TO YOUR MASTER! THOUGH HE WAS FALLING, *YOU* TRAVEL FASTER!



*NO* SOONER ARE THE DRAMATIC WORDS UTTERED, THAN THE IRON GLOVE FADES INTO THE NOTHINGNESS FROM WHENCE IT HAD COME...



...*AND* TIME SPINS BACK, BACK, BACK... UNTIL, BEFORE THOR'S FALL IS FINISHED...

MY *HAMMER* HAS RETURNED!!



ONLY A FORM OF *ENCHANTMENT* COULD HAVE WRESTED IT FROM ME! BUT NOW, BY THE MAGIC URU POWER IT CONTAINS, IT WILL LEAD ME TO THE *SOURCE* OF THAT ENCHANTMENT!

7

**100**

2021MARVEL-0003624

Steve Ditko













2021MARVEL-0003625

Steve Ditko











2021MARVEL-0003626